AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| STATE OF NEW YORK et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18 Civ. 2921(JMF) |
| U.S. DEPARTMENT OF COMMERCE et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff City of Philadelphia                                                                              .

Date:   04/05/2018

/s/ Michael W. Pfautz
*Attorney's signature*

Michael W. Pfautz (MP2103)
*Printed name and bar number*

City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
*Address*

michael.pfautz@phila.gov
*E-mail address*

(215) 683-5233
*Telephone number*

(215) 683-5299
*FAX number*