

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ERIC T. SCHNEIDERMAN**
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU
LOURDES M. ROSADO, BUREAU CHIEF

April 5, 2018

<u>**VIA ECF**</u>

The Honorable Jesse Furman
United States District Court
40 Centre Street, Room 2202
New York, NY 10007

    Re:   *State of New York, et al. v. United States Department of Commerce, et al.,* 18-cv-02921 (JMF)

Dear Judge Furman:

    Pursuant to the instructions in the Court's order for a pretrial conference, the Plaintiffs transmitted a copy of the Court's order, ECF No. 18, the complaint, ECF No. 10, and the Court's Individual Rules and Practices to the Civil Chief of the United States Attorney's Office for the Southern District of New York, and the Director of the Federal Programs Branch of the United States Department of Justice. Attached please find copies of the email transmittal to these agencies. We anticipate effecting service on these parties tomorrow morning.

    Respectfully submitted,

    /s/Lourdes M. Rosado
    Lourdes M. Rosado, Bureau Chief
    Civil Rights Bureau
    Office of the New York State
      Attorney General
    28 Liberty, 20th Floor
    New York, New York 10005
    Lourdes.Rosado@ag.ny.gov
    Tel. (212) 416-8252
    Fax (212) 416-6030

    *Attorney for Plaintiffs*

## Saini, Ajay

| | |
|---|---|
| **From:** | Saini, Ajay |
| **Sent:** | Thursday, April 05, 2018 6:35 PM |
| **To:** | 'Jeffrey.Oestericher@usdoj.gov' |
| **Cc:** | Colangelo, Matthew; Lucas, Diane; Rosado, Lourdes; Finkelstein, Alex |
| **Subject:** | New York v. U.S. Dep't of Commerce (18-cv-02921) |

Jeff,

I am writing you from the New York State Office of the Attorney General. On Tuesday, our office, along with 24 co-plaintiffs filed the attached complaint in the Southern District of New York against the United States Department of Commerce, Wilbur L. Ross, Jr., the Bureau of the Census, and Ron S. Jarmin. We anticipate completing service tomorrow. However, Judge Furman entered an order this afternoon setting an initial conference for April 20, and directing our office to serve that order on counsel. As a result, we are sending you the complaint, the order for a pretrial conference, and Judge Furman's Rules of Practice in compliance with that order. Please let us know if you have any questions.

Thanks,

Ajay Saini
Assistant Attorney General
Civil Rights Bureau
New York State Office of the Attorney General
28 Liberty, 20th Floor
New York, NY 10005
(212) 416-8714


doc 18 (notice of initial pret...


Furman Civil Individual Practi...


doc 10 (complaint).pdf

**Saini, Ajay**

| | |
|---|---|
| **From:** | Saini, Ajay |
| **Sent:** | Thursday, April 05, 2018 6:36 PM |
| **To:** | 'jennifer.d.ricketts@usdoj.gov' |
| **Cc:** | Colangelo, Matthew; Rosado, Lourdes; Lucas, Diane; Finkelstein, Alex |
| **Subject:** | New York v. U.S. Dep't of Commerce (18-cv-02921) |

Jennifer,

I am writing you from the New York State Office of the Attorney General.  On Tuesday, our office, along with 24 co-plaintiffs filed the attached complaint in the Southern District of New York against the United States Department of Commerce, Wilbur L. Ross, Jr., the Bureau of the Census, and Ron S. Jarmin.  We anticipate completing service tomorrow.  However, Judge Furman entered an order this afternoon setting an initial conference for April 20, and directing our office to serve that order on counsel.  As a result, we are sending you the complaint, the order for a pretrial conference, and Judge Furman's Rules of Practice in compliance with that order. Please let us know if you have any questions.

Thanks,

Ajay Saini
Assistant Attorney General
Civil Rights Bureau
New York State Office of the Attorney General
28 Liberty, 20th Floor
New York, NY 10005
(212) 416-8714


doc 18 (notice of initial pret...


Furman Civil Individual Practi...


doc 10 (complaint).pdf