AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

State of New York, et al. )
*Plaintiff* )
v. ) Case No. 18 cv 2921
US Department of Commerce, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, City of New York .

Date: 04/09/2018

/s/ Sabita Krishnan
*Attorney's signature*

Sabita Krishnan (NY 4418802)
*Printed name and bar number*
ZACHARY W. CARTER
Corporation Counsel of the City of New York
100 Church Street
New York, NY 100007
*Address*

skrishna@law.nyc.gov
*E-mail address*

(212) 356-2273
*Telephone number*

(212) 356-2038
*FAX number*