May 3, 2018

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

RE: *State of New York, et al. v. United States Department of Commerce, et al.,*
 18-CV-2921-JMF (S.D.N.Y)

Dear Judge Furman:

    The Court's notice of initial pretrial conference directs that counsel for all parties appear for the conference currently calendared for May 9. (ECF Nos. 18, 43.) We write to clarify whether the Plaintiffs may appear in person through lead counsel for the State of New York, with remaining counsel to appear telephonically; or whether the Court requires instead that counsel for all thirty-three co-plaintiffs appear in person. Defendants join Plaintiffs' request to participate telephonically. Specifically, although lead counsel for Defendants will appear in person, Defendants request that three additional attorneys be permitted to participate telephonically.

    If the Court permits parties to appear telephonically, we request that the Court set up a conference call line for the May 9 hearing, and to provide call-in instructions to the parties.

    Respectfully submitted,

*/s Lourdes M. Rosado*
Lourdes M. Rosado, Bureau Chief
Matthew Colangelo, Executive Deputy Attorney General
Laura Wood, Special Counsel
Elena Goldstein, Senior Trial Counsel
Ajay Saini, Assistant Attorney General
Diane Lucas, Assistant Attorney General
Sania Khan, Assistant Attorney General
Alex Finkelstein, Volunteer Assistant Attorney General
Civil Rights Bureau
Office of the New York State Attorney General
28 Liberty, 20th Floor
New York, NY 10005
Ajay.Saini@ag.ny.gov
Tel. (212) 416-6348
Fax (212) 416-8074
*Attorney for Plaintiffs*

- and -

| | |
|---|---|
| CHAD A. READLER<br>Acting Assistant Attorney General | GEOFFREY S. BERMAN<br>United States Attorney |
| BRETT A. SHUMATE<br>Deputy Assistant Attorney General | By:     /s/ Dominika Tarczynska<br>DOMINIKA TARCZYNSKA<br>Assistant United States Attorney |
| JOHN R. GRIFFITHS<br>Director, Federal Programs Branch | 86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>Tel. (212) 637-2748 |
| CARLOTTA P. WELLS<br>Assistant Branch Director | Fax (212) 637-2686<br>dominika.tarczynska@usdoj.gov |

CAROL FEDERIGHI
Senior Trial Counsel

KATE BAILEY
STEPHEN EHRLICH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 514-9239
Fax:  (202) 616-8470

*Attorneys for Defendants*

cc:     Counsel for all parties in *State of New York, et al. v. United States Department of Commerce, et al.* (by ECF)