```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
STATE OF NEW YORK ET AL.,                                        :
                                                                 :
                              Plaintiffs,                        :   18-CV-2921 (JMF)
                                                                 :
            -v-                                                  :   ORDER
                                                                 :
UNITED STATES DEPARTMENT OF COMMERCE                             :
ET AL.,                                                          :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

**[Regarding Telephonic Access to Court Conferences]**

      By letter dated May 3, 2018 (Docket No. 106), the parties in this case requested permission for certain counsel to appear telephonically at the initial pretrial conference on May 9, 2018.  The request is hereby granted.  To that end, the Court has arranged for the use of CourtCall, an independent conference call company, to enable counsel who have noticed an appearance on ECF to listen to conferences in this litigation, including but not limited to the conference scheduled for 3:00 p.m. on May 9, 2018.

      In order to use CourtCall to participate in a conference, a party must call CourtCall's reservation desk at (888) 882-6878 prior to the conference to schedule an appearance.  CourtCall will provide each participant with written confirmation of his or her registration and a number for the participant to call at the appointed time.  Parties are advised that there is a fee to use CourtCall.  **All CourtCall participants will be in "listen-only" mode.  That is, unless the Court grants leave to counsel in advance of a conference, any counsel who wishes to speak at a conference must be physically present in the courtroom.**

      SO ORDERED.

Dated: May 4, 2018  
       New York, New York

                                                                           JESSE M. FURMAN  
                                                  United States District Judge

---

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 05/04/2018