USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/09/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
STATE OF NEW YORK ET AL.,                       :
:
Plaintiffs,           :          18-CV-2921 (JMF)
:
-v-                         :          ORDER
:
UNITED STATES DEPARTMENT OF COMMERCE   :
ET AL.,                                         :
:
Defendants.           :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed on the record at today's conference, Defendants shall file their motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or 12(b)(6) by **May 25, 2018**. Plaintiffs shall file any opposition by **June 13, 2018**, and Defendants shall file any reply by **June 22, 2018**. Additionally, Defendants shall produce the administrative record on or before **June 8, 2018**. By **June 26, 2018**, each side shall file a letter brief, not to exceed five single-spaced pages, setting forth its views on whether and to what extent the Court should permit discovery outside of the administrative record (and proposing a schedule for any such discovery). The Court will hear oral argument on Defendants' motion, as well as the letter motions concerning discovery, on **July 3, 2018**, at **9:30 a.m**, in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York**.**

      SO ORDERED.

Dated: May 9, 2018
      New York, New York
                                           JESSE M. FURMAN
                                        United States District Judge