# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, ET AL., | § |
| Plaintiff, | § § § |
| v. | §   No. 1:18-CV-02921 |
| UNITED STATES DEPARTMENT OF COMMERCE, ET AL., | § § **MOTION FOR ADMISSION PRO HAC VICE** § § |
| Defendants. | § |

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, JO ANNE BERNAL hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff County of El Paso, Texas in the above-captioned action.

I am in good standing of the bar of the state of Texas and the United States District Court for the Western District of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated May 9, 2018

Respectfully Submitted,

Applicant Signature: *[signature]*
Applicant's Name: Jo Anne Bernal
Firm Name: El Paso County Attorney's Office
Address: 500 E. San Antonio, Room 503
City/State/Zip: El Paso, Texas 79901
Telephone: (915) 546-2053
Fax: (915) 546-2133
Email: Joanne.Bernal@epcounty.com