IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, <br><br> Defendants. | No. 1:18-cv-2921 (JMF) <br><br> **NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, dated May 25, 2018, Defendants move this Court, before the Honorable Jesse M. Furman, at the United States Courthouse, 40 Centre Street, New York, NY, for an Order dismissing Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

DATED:  May 25, 2018

| | Respectfully submitted, |
|---|---|
| GEOFFREY S. BERMAN<br>United States Attorney for the<br>Southern District of New York<br>86 Chambers St., 3rd Floor<br>New York, NY 10007 | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>BRETT A. SHUMATE<br>Deputy Assistant Attorney General<br><br>JOHN R. GRIFFITHS<br>Director, Federal Programs Branch<br><br>CARLOTTA P. WELLS<br>Assistant Branch Director<br><br>/s/ Kate Bailey<br>KATE BAILEY<br>STEPHEN EHRLICH<br>CAROL FEDERIGHI<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC  20530<br>Tel.:  (202) 514-9239<br>Fax:  (202) 616-8470<br>Email:  kate.bailey@usdoj.gov<br><br>*Counsel for Defendants* |