AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| STATE OF NEW YORK, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:18-cv-2921(JMF) |
| U.S. DEP'T OF COMMERCE, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Center for Law and Justice, an amicus curiae

Date:  05/31/2018

s/ Christopher A. Ferrara (CF7123)
*Attorney's signature*

CHRISTOPHER A. FERRARA, ESQ. (CF7123)
*Printed name and bar number*

American Catholic Lawyers Association, Inc.
420 Route 46 East, Suite 7
Fairfield, New Jersey, 07004-6092

*Address*

ferrara@aclainc.org
*E-mail address*

(973) 244-9895
*Telephone number*

(973) 244-9897
*FAX number*