UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERECE, *ET AL.*, <br><br> Defendants. | No.: 1:18-cv-02921 <br><br> **CORRECTED MOTION FOR ADMISSION *PRO HAC VICE*** |

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, MITHUN MANSINGHANI, hereby move this Court for an Order admission to practice *Pro Hac Vice* to appear as counsel for Amicus Curiae, State of Oklahoma, in the above-captioned action.

I am in good standing with the Bars of the District of Columbia and State of Oklahoma and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached my Affidavit pursuant to Local Rule 1.3.

Dated June 1, 2018.

Respectfully submitted,

*/s/ Mithun Mansinghani*

**MITHUN MANSINGHANI, OBA#32453**
Solicitor General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:   405.521.3921
Facsimile:   405.521.4518
Email: mithun.mansinghani@oag.ok.gov
*Attorney for the State of Oklahoma*