UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERECE, *ET AL.*, <br><br> Defendants. | No.: 1:18-cv-02921 <br><br> **AFFIDAVIT OF MITHUN MANSINGHANI IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

I, MITHUN MANSINGHANI, being duly sworn, hereby deposes and states as follows:

1. I am the Solicitor General for the State of Oklahoma representing the State of Oklahoma.

2. I submit this Affidavit in Support of my Motion for Admission *Pro Hac Vice* in the captioned matter.

3. As shown in the Certificates of Good Standing, attached hereto, I am a member in good standing of the Bars of the District of Columbia and State of Oklahoma.

4. There are no pending disciplinary proceedings against me in any State of Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

WHEREFORE your Affiant respectfully submits that he is permitted to appear as counsel and advocate *pro hac vice* in the this one case for Amicus Curiae, State of Oklahoma.

Dated May 31, 2018.

Respectfully submitted,

_____

**MITHUN MANSINGHANI, OBA#32453**
Solicitor General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:   405.521.3921
Facsimile:   405.521.4518
Email: mithun.mansinghani@oag.ok.gov
*Attorney for the State of Oklahoma*

Subscribed and sworn to before me this 31st day of May 2018.

_____
NOTARY PUBLIC

My Commission Expires:
_____

My Commission Number:
_____

(Notary seal: LORI CORNELL, NOTARY, #11007452, EXP. 08/16/19, PUBLIC, STATE OF OKLAHOMA)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Mithun Mansinghani*

was duly qualified and admitted on **August 5, 2013** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Inactive** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 21, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## **C E R T I F I C A T E**

STATE OF OKLAHOMA )
)
COUNTY OF OKLAHOMA )

Gina L. Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That MITHUN SURESH MANSINGHANI, OBA #32453, was admitted to the practice of law by the Supreme Court of Oklahoma on September 22, 2015, and is an active member in good standing of the Oklahoma Bar Association.

Gina L. Hendryx
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 21st day of May, 2018, by Gina L. Hendryx.

NOTARY PUBLIC

My Commission Expires:
06/16/2020

Commission Number:
16005850

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065



www.okbar.org