UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERECE, *ET AL.*, <br><br> Defendants. | No.: 1:18-cv-02921 <br><br> **ORDER FOR ADMISSION PRO HAC VICE** |

The motion of MITHUN MANSINGHANI, for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and State of Oklahoma, and that his contact information is as follows:

Applicant's Name:  Mithun Mansinghani
Firm Name: Oklahoma Attorney General's Office
Address:     313 NE 21st Street
City/State/Zip: Oklahoma City, Oklahoma 73105
Telephone:   405.521.3921
Facsimile:   405.521.4518
Email:       mithun.mansinghani@oag.ok.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the State of Oklahoma in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                     UNITED STATES/MAGISTRATE JUDGE