UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, : | |
| : | CASE NO. 1:18-cv-2921 (JMF) |
| *Plaintiffs*, : | |
| : | |
| v. : | |
| : | **NOTICE OF MOTION** |
| UNITED STATES DEPARTMENT : | |
| OF COMMERCE, *et al.*, : | |
| : | |
| *Defendants*. : | |

---

PLEASE TAKE NOTICE that non-party, the American Center for Law and Justice, by the accompanying motion, requests (under Federal Rule of Civil Procedure 7(b)(1)) leave to file the accompanying MEMORANDUM OF LAW OF AMICUS CURIAE THE AMERICAN CENTER FOR LAW AND JUSTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS. The relief requested is an order granting leave for the memorandum of law to be filed. All parties have consented to the filing of the motion and the memorandum of law.

Respectfully submitted on June 1, 2018,

/s/ Christopher A. Ferrara
Christopher A. Ferrara
*Counsel of Record for Amicus Curiae*
New York Litigation Counsel for the
AMERICAN CATHOLIC LAWYERS ASS'N, INC.
141 Parkway Road, Suite 5
Bronxville, New York 10708
ferrara@acla-inc.org

Jay Alan Sekulow*
Stuart J. Roth*
Jordan Sekulow*
AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel. (202) 546-8890

Edward L. White III*
Erik M. Zimmerman*
AMERICAN CENTER FOR LAW AND JUSTICE
3001 Plymouth Rd., Ste. 203
Ann Arbor, MI 48105
Tel. (734) 680-8007

Francis J. Manion*
Geoffrey R. Surtees*
AMERICAN CENTER FOR LAW AND JUSTICE
Post Office Box 60
New Hope, Kentucky 40052
Tel. 502-549-7020

* Not admitted in this jurisdiction

*Counsel for Amicus Curiae ACLJ*