IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. DEP'T OF COMMERCE, *et al.*, <br><br> Defendants | Case No. 1:18-cv-2921 (JMF) |

**MOTION FOR LEAVE TO FILE A BRIEF AS** *AMICI CURIAE*
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Mithun Mansinghani, and all prior pleadings and proceeding in this action, *amici curiae* the States of Oklahoma, Louisiana, Alabama, Arkansas, Florida, Georgia, Indiana, Kansas, Kentucky, by and through Governor Matthew G. Bevin, Maine, by and through Governor Paul R. LePage, Michigan, Missouri, Montana, Nebraska, South Carolina, Tennessee, and Texas, and the People of the State of Colorado *ex rel.* Cynthia H. Coffman, in her official capacity as Colorado Attorney General, move this Court, before the Honorable Jesse M. Furman, for leave to file a brief as *amici curiae* in support of Defendants' Motion to Dismiss, Doc. 155 (May 25, 2018).

Attached hereto as Exhibit 1 is the States' proposed brief in support of Defendants' Motion to Dismiss.

Dated: June 1, 2018

By:   /s/ *Mithun Mansinghani*
**Mithun Mansinghani (*pro hac vice*)**\*
  *Solicitor General*
OKLAHOMA OFFICE OF THE
ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, OK 73105
P: (405) 522-4392

\*Counsel of Record for the States of Oklahoma, Louisiana, Alabama, Arkansas, Florida, Georgia, Indiana, Kansas, Kentucky, by and through Governor Matthew G. Bevin, Maine, by and through Governor Paul R. LePage, Michigan, Missouri, Montana, Nebraska, South Carolina, Tennessee, and Texas, and the People of the State of Colorado *ex rel.* Cynthia H. Coffman, in her official capacity as Colorado Attorney General.