# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

NEW YORK, *et al.*,

    Plaintiffs,

vs.

U.S. DEP'T OF COMMERCE, *et al.*,

    Defendants

Case No. 1:18-cv-2921 (JMF)

## DECLARATION OF MITHUN MANSINGHANI

MITHUN MANSINGHANI, ESQ., makes the following Declaration under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Solicitor General of Oklahoma, representing as counsel of record the proposed *amici curiae*, the States of Oklahoma, Louisiana, Alabama, Arkansas, Florida, Georgia, Indiana, Kansas, Kentucky, by and through Governor Matthew G. Bevin, Maine, by and through Governor Paul R. LePage, Michigan, Missouri, Montana, Nebraska, South Carolina, Tennessee, and Texas, and the People of the State of Colorado *ex rel.* Cynthia H. Coffman, in her official capacity as Colorado Attorney General ("*Amici* States"), interested in the U.S. Census Bureau's decision to include a citizenship question in the 2020 Census. I respectfully submit this declaration in support of the *Amici* States' motion for leave to file a brief as *amici curiae* in support of the Defendants' Motion to Dismiss, Doc. 155 (May 25, 2018).

2. Each State will be affected by the Bureau's decision in their ability to comply with the Voting Rights Act of 1965, codified at 52 U.S.C. § 10301, as including a citizenship question in the upcoming census will afford States superior data of the citizen voting age population.

3. Several *Amici* States formally requested the Bureau to include a citizenship question in the 2020 Census. Based in part upon these requests, the Bureau plans to include a citizenship question on the 2020 Census.

4. Accordingly, the States seek this Court's leave to submit their proposed *amicus* brief in support of Defendants' Motion to Dismiss, Doc. 155 (May 25, 2018).

5. The proposed brief is attached as Exhibit 1 to *Amici* States' Motion for Leave to File a Brief as *Amici Curiae* in support of Defendants' Motion to Dismiss (June 1, 2018).

Dated: June 1, 2018 By: /s/ *Mithun Mansinghani*
**Mithun Mansinghani (*pro hac vice*)***
*Solicitor General*
OKLAHOMA OFFICE OF THE
ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, OK 73105
P: (405) 522-4392

*Counsel of Record for the States of Oklahoma, Louisiana, Alabama, Arkansas, Florida, Georgia, Indiana, Kansas, Kentucky, by and through Governor Matthew G. Bevin, Maine, by and through Governor Paul R. LePage, Michigan, Missouri, Montana, Nebraska, South Carolina, Tennessee, and Texas, and the People of the State of Colorado *ex rel.* Cynthia H. Coffman, in her official capacity as Colorado Attorney General.