# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. ) 1:18-cv-2921 (JMF) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF CHRISTOPHER J. HAJEC

I, Christopher J. Hajec, declare as follows:

1. I am over 18 years of age.

2. My office address, telephone number, and email address are:

   Immigration Reform Law Institute
   25 Massachusetts Ave. NW, Suite 335
   Washington, DC  20036
   Telephone: (202) 232-5590
   Email:  chajec@irli.org

3. I have been a member in good standing of the Pennsylvania Bar since September 13, 2000 (Bar. No. 85475), and a member in good standing of the District of Columbia Bar since May 6, 2005 (Bar No. 492551).  Certificates of Good Standing for those two courts are attached hereto.

4. I have never been a member of any other state bars.

1

5. I have never been convicted of a felony or censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings presently against me.

6. I understand that, as part of the process of moving for my admission *pro hac vice*, the Court's electronic filing system will charge me the admission fee and—if that is incorrect—I commit to paying the fee expeditiously through the Clerk's Office.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge and belief.

DATED: June 8, 2018

<u>/s/ Christopher J. Hajec</u>
Christopher J. Hajec
