FORM CD-64
(REV.1-00)
DAO 201-17

U.S. DEPARTMENT OF COMMERCE

*Washington, D.C.,* __June 8_____ *, 20* __18____

*I HEREBY CERTIFY that the annexed is a true copy of* the complete administrative record

upon which the Secretary of Commerce based his decision to reinstate a question concerning

citizenship on the 2020 Decennial Census.  I base this Certification on my personal involvement

with the the compilation and review of the documents comprising the administrative record.

A copy of this record is

*on file in the* ___U.S. Department of Commerce, 1401 Constitution Ave. NW, Washington, DC 20230_____

Sahra Park-Su, Senior Policy Advisor

(Official title)

*I HEREBY CERTIFY that* ___Sahra Park-Su_____

*who signed the foregoing certificate, is now, and was at the time of signing,* the custodian of the complete administrative

record upon which the Secretary of Commerce based his decision to reinstate a question concerning citizenship on the 2020 Decennial Census.

*and that full faith and credit should be given his/her certificate as such.*

*IN WITNESS WHEREOF, I have hereunto subscribed my name,*

*and caused the seal of the Department of Commerce to be af-*

*fixed this* __8th_____ *day of* __June_____ *,*

*two thousand* ___eighteen_____

*For the SECRETARY OF COMMERCE :*

Certifying Officer