STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**BARBARA D. UNDERWOOD**
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU
LOURDES M. ROSADO, BUREAU CHIEF

**June 11, 2018**

<u>**VIA ECF**</u>

The Honorable Jesse Furman
United States District Court
40 Centre Street, Room 2202
New York, NY 10007

    Re:    *State of New York, et al. v. United States Department of Commerce, et al.,* 18-cv-02921 (JMF)

Dear Judge Furman:

    By Order dated June 11, 2018, the Court ordered Plaintiffs to (1) state their position with respect to the motion for leave to file an amicus brief propounded by the Federation for American Immigration Reform ("FAIR"), and (2) identify when Plaintiffs' counsel first saw this amicus brief.

    Plaintiffs do not oppose FAIR's motion. Trial counsel for Plaintiffs first saw a copy of the proposed amicus brief on the evening of June 7, 2018.

    Respectfully submitted,

    /s/Elena S. Goldstein
    Elena S. Goldstein, Senior Trial Counsel
    Civil Rights Bureau
    Office of the New York State
      Attorney General
    28 Liberty, 20th Floor
    New York, New York 10005
    Elena.Goldstein@ag.ny.gov
    Tel. (212) 416-6201
    Fax (212) 416-6030

    *Attorney for Plaintiffs*