# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, <br><br> Defendants. | No. 1:18-cv-2921 (JMF) |

## NOTICE OF FILING SUPPLEMENT TO ADMINISTRATIVE RECORD

To provide further background and context regarding the March 26, 2018 Memorandum of Secretary of Commerce Wilbur Ross, Defendants hereby file the attached June 21, 2018 Supplemental Memorandum of the Secretary. The Supplemental Memorandum is to be incorporated as page 1321 into the Administrative Record filed in this case on June 8, 2018. ECF No. 173.

DATED:  June 21, 2018

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
86 Chambers St., 3rd Floor
New York, NY 10007

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch

*/s/ Stephen Ehrlich*
KATE BAILEY
STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 305-9803
Fax:  (202) 616-8470
Email:  stephen.ehrlich@usdoj.gov

*Counsel for Defendants*