June 27, 2018

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

RE:   *State of New York, et al. v. United States Department of Commerce, et al.,*
      **18-CV-2921-JMF (S.D.N.Y);** *New York Immigration Coalition, et al. v. United States*
      *Department of Commerce, et al*. **18 Civ. 5025**

Dear Judge Furman:

      The parties in the above-referenced matters write to respectfully request the use of the Court's conference call line for the oral argument scheduled for July 3, 2018. While lead counsel for both parties will appear in person, both parties request that additional attorneys be permitted to utilize a listen-only conference line to attend the argument.

      Respectfully submitted,

*/s Elena Goldstein*
Elena Goldstein, Senior Trial Counsel
Civil Rights Bureau
Office of the New York State Attorney General
28 Liberty, 20th Floor
New York, NY 10005
Ajay.Saini@ag.ny.gov
Tel. (212) 416-6348
Fax (212) 416-8074
*Attorney for Plaintiffs*

- and -

/s/ _____  
Dale Ho  
David Hausman*  
American Civil Liberties Union Foundation  
125 Broad St.  
New York, NY 10004  
(212) 549-2693  
dho@aclu.org  
dhausman@aclu.org  

Sarah Brannon** ***  
Davin Rosborough***  
Ceridwen Cherry**  
American Civil Liberties Union Foundation  
915 15th Street, NW  
Washington, DC 20005-2313  
202-675-2337  
sbrannon@aclu.org  
drosborough@aclu.org  
ccherry@aclu.org  

Arthur N. Eisenberg  
Christopher T. Dunn  
Perry M. Grossman  
New York Civil Liberties Union Foundation  
125 Broad St.  
New York, NY 10004  
(212) 607-3300  
aeisenberg@nyclu.org  
cdunn@nyclu.org  
pgrossman@nyclu.org  

/s/ _____  
Andrew Bauer  
Arnold & Porter Kaye Scholer LLP  
250 West 55th Street  
New York, NY 10019-9710  
(212) 836-7669  
Andrew.Bauer@arnoldporter.com  

/s/ _____  
John A. Freedman  
David P. Gersch**  
Peter T. Grossi, Jr**  
R. Stanton Jones**  
Eric A. Rubel**  
David J. Weiner**  
Robert N. Weiner**  
Barbara H. Wootton**  
Daniel Jacobson**  
Elisabeth S. Theodore**  
Caroline D. Kelly**  
Christine G. Lao-Scott**  
Jay Z. Leff**  
Chase R. Raines**  
Dylan S. Young**  
Arnold & Porter Kaye Scholer LLP  
601 Massachusetts Avenue, N.W.  
Washington, DC 20001-3743  
(202) 942-5000  
John.Freedman@arnoldporter.com  

*Attorneys for NYIC Plaintiffs*

- and -

CHAD A. READLER  
Acting Assistant Attorney General  

GEOFFREY S. BERMAN  
United States Attorney  

2

| | |
|---|---|
| BRETT A. SHUMATE<br>Deputy Assistant Attorney General | By:   /s/ Dominika Tarczynska<br>DOMINIKA TARCZYNSKA<br>Assistant United States Attorney |
| JOHN R. GRIFFITHS<br>Director, Federal Programs Branch | 86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>Tel. (212) 637-2748 |
| CARLOTTA P. WELLS<br>Assistant Branch Director | Fax (212) 637-2686<br>dominika.tarczynska@usdoj.gov |

CAROL FEDERIGHI
Senior Trial Counsel

KATE BAILEY
STEPHEN EHRLICH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 514-9239
Fax:  (202) 616-8470

*Attorneys for Defendants*

cc: Counsel for all parties in *State of New York, et al. v. United States Department of Commerce, et al.* (via ECF)
Counsel for plaintiffs in *NYIC, et al. v. United States Department of Commerce, et al.* (via electronic mail)