UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
                                                                           :
STATE OF NEW YORK, et al.,                                                 :
                                                                           :
                          Plaintiff,                                       :
                                                                           :   18-CV-2921 (JMF)
          -v-                                                              :
                                                                           :
UNITED STATES DEPARTMENT OF COMMERCE, et al.,                              :
                                                                           :
                          Defendants.                                      :
                                                                           :
-------------------------------------------------------------------------- :
                                                                           :
NEW YORK IMMIGRATION COALITION, et al.,                                    :
                                                                           :
                          Plaintiff,                                       :   18-CV-5025 (JMF)
                                                                           :
          -v-                                                              :
                                                                           :
UNITED STATES DEPARTMENT OF COMMERCE, et al.,                              :   ORDER
                                                                           :
                          Defendants.                                      :
                                                                           :
-------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

     Per the Court's Order of May 9, 2018 (18-CV-2921, Docket No. 137), the Court will hear oral argument on Defendants' motion to dismiss in 18-CV-2921 and on the letter motions concerning discovery in both cases tomorrow, July 3, 2018, at 9:30 a.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. In addition, a live feed of the proceedings will be transmitted to Courtroom 318 in the Thurgood Marshall Courthouse to accommodate additional spectators and those who may want to come and go without intruding on the proceedings.

     SO ORDERED.

Date: July 2, 2018
      New York, New York

_____
JESSE M. FURMAN
United States District Judge