UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al, <br><br> *Defendants*. | No. 1:18-CV-2921 (JMF) |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Martin M. Tomlinson, United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for all Defendants in the above-captioned case.

Dated: August 7, 2018                                Respectfully submitted,

                                                             CHAD A. READLER
                                                             Acting Assistant Attorney General

                                                             BRETT A. SHUMATE
                                                             Deputy Assistant Attorney General

                                                             CARLOTTA P. WELLS
                                                             Assistant Branch Director

                                                             CAROL FEDERIGHI
                                                             Senior Trial Counsel

                                                             */s/ Martin M. Tomlinson*
                                                            MARTIN M. TOMLINSON
                                                             Trial Attorney
                                                             United States Department of Justice
                                                             Civil Division, Federal Programs Branch

20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 353-4556
Fax:  (202) 616-8470
Email:  martin.m.tomlinson@usdoj.gov

*Counsel for Defendants*