

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

August 7, 2018

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re:  *State of New York, et al. v. U.S. Department of Commerce, et al.*, 18-cv-2921 (JMF)

Dear Judge Furman:

   We write to advise the Court that going forward Defendants the United States Department of Commerce, Secretary Wilbur L. Ross, Jr., the Bureau of the Census, and Ron S. Jarmin, performing the non-exclusive functions and duties of the Director of the U.S. Census Bureau, (the "Government") in the above-referenced matter will be represented exclusively by attorneys from the Department of Justice, Federal Programs Branch, who have actively been involved in litigating this case to date.  Accordingly, we do not expect that withdrawal of undersigned counsel will cause any disruption in this matter.

   Although undersigned counsel did not formally file a notice of appearance in this matter, she has filed and signed letters in this action, *see* ECF Nos. 42, 191, 194, and appeared at the initial conference on May 9, 2018.   Based on these actions, an appearance of counsel has been noted on the docket.  Pursuant to Local Rule 1.4, we respectfully request that the Court so order the withdrawal of undersigned counsel, and that the Court no longer send the undersigned counsel docketing notifications via the ECF system.

   We thank the Court for its consideration of this matter.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

                              By:    /s/ Dominika Tarczynska
                              DOMINIKA TARCZYNSKA
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor

New York, NY 10007
Tel. (212) 637-2748
Fax (212) 637-2686
dominika.tarczynska@usdoj.gov

CC:

All Counsel of Record (by ECF)

SO ORDERED:

August __, 2018

_____
Hon. Jesse M. Furman
United States District Judge