

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530

August 7, 2018

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/2018
```

    Re:  *State of New York, et al., v. U.S. Department of Commerce, et al.*, 18-cv-2921 (JMF)
          *N.Y. Immigration Coalition v. U.S. Dep't of Commerce*, 18-cv-5025 (JMF)

Dear Judge Furman:

    Pursuant to this Court's Orders of August 4, 2018, No. 18-cv-5025 ECF No. 75 and No. 18-cv-2921 ECF No. 223, Defendants in the above two matters respectfully submit for the Court's *in camera* review three documents withheld from production as work product. These documents bear the Bates numbers 2034, 3888, and 3984, and copies are being produced to chambers with redactions made transparent for documents 2034 and 3984 (document 3888 was withheld in full). Defendants note that they have asserted that document 2034 is also protected under attorney-client privilege and documents 3888 and 3984 are also protected under the deliberative process privilege.

    This Court's Orders ordered Defendants to produce eight challenged documents "withheld based on work product doctrine." Upon closer review, Defendants have withdrawn the designation of work product from five of those eight documents: documents with Bates numbers 1594, 1595, 2051, 2057, and 2507. However, those documents still retain the assertion of attorney-client privilege, which Defendants asserted in their original privilege log. Defendants will provide Plaintiffs with an updated privilege log reflecting the withdrawal of work product from these five documents.

    Defendants will also provide Plaintiffs' counsel with a copy of this cover letter without the attached documents at issue.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Martin M. Tomlinson*
KATE BAILEY
GARRETT COYLE
STEPHEN EHRLICH
CAROL FEDERIGHI
DANIEL HALAINEN
REBECCA KOPPLIN
MARTIN M. TOMLINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 514-9239
Fax:  (202) 616-8470
Email: kate.bailey@usdoj.gov

*Counsel for Defendants*

CC:

All Counsel of Record

Although Defendants' letter states "By ECF," they do not appear to have filed it on the docket. The Court sees no reason for the letter not to be docketed. The Clerk of Court, however, is directed to file and maintain the attached documents under seal.

SO ORDERED.

August 14, 2018

2