UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, ET AL.,<br><br>    Defendants. | Case No. 1:18-cv-02921-JMF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that I, Mollie M. Lee, will no longer be representing Plaintiffs in this matter as I will no longer be employed at the San Francisco City Attorney's Office, and should be withdrawn as counsel of record in this matter.  The San Francisco City Attorney's Office and the remaining listed counsel continue to serve as counsel in this matter.

Dated:  August 17, 2018

Respectfully Submitted,

DENNIS J. HERRERA, Cal. State Bar #139669
City Attorney
ERIN KUKA, Cal. State Bar #275042
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:    (415) 554-4229
Facsimile:    (415) 554-4715
E-Mail:    erin.kuka@sfcityatty.org

By:  /s/ MOLLIE M. LEE
MOLLIE M. LEE, Cal. State Bar #251404
Deputy City Attorney

Attorneys for Plaintiff CITY AND COUNTY OF SAN FRANCISCO

The Clerk of Court is directed to terminate Mollie M. Lee as counsel.

**SO ORDERED**

DATE: _____

_____
Judge Jesse M. Furman