EXHIBIT C

Page 1

1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 1:18-CF-05025-JMF

4   ----------------------------------x

    NEW YORK IMMIGRATION COALITION, ET AL.,

5

              Plaintiffs,

6

7

         - against -

8

9

    UNITED STATES DEPARTMENT OF COMMERCE,

10  ET AL.,

11            Defendants.

    ----------------------------------x

12                 August 24, 2018

                   9:07 a.m.

13

14

15       Videotaped Deposition of WENDY

16  TERAMOTO, taken by Plaintiffs, pursuant to

17  Notice, held at the offices of Arnold &

18  Porter Kaye Scholer LLP, 250 West 55th

19  Street, New York, New York, before Todd

20  DeSimone, a Registered Professional

21  Reporter and Notary Public of the State of

22  New York.

23            VERITEXT LEGAL SOLUTIONS

                 MID-ATLANTIC REGION

24       1250 Eye Street NW - Suite 350

                 Washington, D.C. 20005

25

```
 1    A P P E A R A N C E S:
 2    ARNOLD & PORTER KAYE SCHOLER LLP
      601 Massachusetts Avenue, NW
 3    Washington, D.C. 20001
            Attorneys for New York Immigration
 4          Coalition, CASA De Maryland,
            American-Arab Anti-Discrimination
 5          Committee, ADC Research Institute and
            Make the Road New York
 6    BY:   DAVID GERSCH, ESQ.
              david.gersch@arnoldporter.com
 7          DYLAN SCOT YOUNG, ESQ.
              dylan.young@arnoldporter.com
 8          CHASE R. RAINES, ESQ. (Via Phone)
              chase.raines@arnoldporter.com
 9
10
      AMERICAN CIVIL LIBERTIES UNION
11    125 Broad Street
      18th Floor
12    New York, New York 10004
            Attorneys for New York Immigration
13          Coalition
      BY:   DALE HO, ESQ.
14            dale.ho@@aclu.org
15
16
      COVINGTON & BURLINGTON LLP
17    850 Tenth Street, NW
      Washington, D.C. 20001
18          Attorneys for Kravitz Plaintiffs
      BY:   DANIEL T. GRANT, ESQ.
19            dgrant@cov.com
20
21
      DANIELS WOLIVER KELLEY
22    115 Pine Avenue
      Suite 500
23    Long Beach, California 90802
            Attorneys for Los Angeles Unified
24          School District
      BY:   KEITH YEOMANS, ESQ. (Via Phone)
25            kyeomans@dwkesq.com
```

```
 1   A P P E A R A N C E S: (Continued)
 2   MALDEF
     1512 14th Street
 3   Sacramento, California 95814
          Attorneys for LUPE Plaintiffs
 4   BY:  DENISE HULETT, ESQ.
            dhulett@maldef.org
 5          JULIA GOMEZ, ESQ.
            jgomez@maldef.org
 6          ANDREA SENTENO, ESQ. (Via Phone)
            asenteno@maldef.org
 7
 8
     ASIAN AMERICANS ADVANCING JUSTICE
 9   1620 L Street, NW
     Suite 1050
10   Washington, D.C. 20036
          Attorneys for LUPE Plaintiffs
11   BY:  NIYATI SHAH, ESQ. (Via Phone)
            nshah@advancingjustice-aajc.org
12
13
14
     MANATT, PHELPS & PHILLIPS LLP
15   7 Times Square
     New York, New York 10036
16        Attorneys for City of San Jose & Black
          Alliance for Just Immigration
17   BY:  ANDREW CASE, ESQ.
            acase@manatt.com
18
19
20   LAWYERS COMMITTEE FOR CIVIL
     RIGHTS UNDER LAW
21   1401 New York Avenue, NW
     Suite 400
22   Washington, D.C. 20005
          Attorneys for City of San Jose & Black
23        Alliance for Just Immigration
     BY:  EZRA ROSENBERG, ESQ.
24          erosenberg@lawyerscommittee.org
25
```

Page 4

```
 1   A P P E A R A N C E S: (Continued)
 2   STATE OF CALIFORNIA
     DEPARTMENT OF JUSTICE
 3   OFFICE OF THE ATTORNEY GENERAL
     1300 I Street
 4   P.O. Box 944255
     Sacramento, California 94244
 5         Attorneys for State of California
     BY:   GABRIELLE BOUTIN, ESQ.
 6           gabrielle.boutin@doj.ca.gov
             MATTHEW WISE, ESQ. (Via Phone)
 7            matthew.wise@doj.ca.gov
 8
     STATE OF NEW YORK
 9   OFFICE OF THE ATTORNEY GENERAL
     28 Liberty Street
10   New York, New York 10005
           Attorneys for State of New York
11   BY:   ELENA GOLDSTEIN, ESQ.
             elena.goldstein@ag.ny.gov
12           MATTHEW COLANGELO, ESQ.
              matthew.colangelo@ag.ny.gov
13           ALEX W. FINKELSTEIN, ESQ.
              alex.finkelstein@ag.ny.gov
14
15
16   U.S. DEPARTMENT OF JUSTICE
     20 Massachusetts Avenue
17   Washington, D.C. 20530
           Attorneys for Defendants
18   BY:   CARLOTTA WELLS, ESQ.
             carlotta.wells@usdoj.gov
19           KATE BAILEY, ESQ.
              kate.bailey@usdoj.gov
20
21
22
23
24
25
```

Page 5

1    A P P E A R A N C E S: (Continued)
2    U.S. DEPARTMENT OF COMMERCE
     1401 Constitution Avenue, NW
3    Washington, D.C. 20230
          Attorneys for Defendants
4    BY:   MICHAEL J. WALSH, JR., ESQ.
            mwalsh@doc.gov
5          DAVID M.S. DEWHIRST, ESQ.
            ddewhirst@doc.gov

6

7

8

9    ALSO PRESENT:
10     CARLOS KING, Videographer
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 6

```
1                         I N D E X
2
3  WITNESS           EXAMINATION BY           PAGE
4  TERAMOTO     GERSCH                           9
                GOMEZ                          142
5               CASE                           170
                WELLS                          241
6
7

              E X H I B I T S
8
   TERAMOTO       DESCRIPTION              PAGE
9  Exhibit 1  Bates 001321                   23
   Exhibit 2  Bates 0003699                  28
10 Exhibit 3  Bates 000763-000764            38
   Exhibit 4  Bates 0002461                  49
11 Exhibit 5  Bates 0001411-0001412          58
   Exhibit 6  Bates 0002519-0002520          63
12 Exhibit 7  Bates 0002458                  67
   Exhibit 8  Bates 0002628-0002629          71
13 Exhibit 9  Bates 0002651-0002652          75
   Exhibit 10 Bates 0002528                  83
14 Exhibit 11 Bates 0002636-0002638          87
   Exhibit 12 Bates 001313-001320           115
15 Exhibit 13 Bates 0003694                 195
   Exhibit 14 Bates 0003695-0003697         199
16 Exhibit 15 Prepared Statement of         205
              John H. Thompson
17 Exhibit 16 Bates 0002167-0002169         211
   Exhibit 17 Bates 0002646-0002648         216
18 Exhibit 18 Bates 0002160-0002162         221
   Exhibit 19 Bates 0002199-0002204         223
19 Exhibit 20 Bates 0002525                 226
   Exhibit 21 Bates 0003597                 229
20
21
22
23
24
25
```

```
                                                    Page 7
 1   DIRECTIONS NOT TO ANSWER
 2   Page        Line
     72          1
 3   72          13
     81          11
 4   114         16
 5
 6   REQUESTS
 7   Page        Line
         (NONE)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 39

1  which at the top says from Kris Kobach to
2  Wendy Teramoto, CC Brooke Alexander, Israel
3  Hernandez, date is July 24th, 2017.
4        And my first question is, who
5  is Kris Kobach?
6     A.    I would like to read the
7  document, sir.
8     Q.    I will withdraw the question.
9  Let me ask you a different question.  If
10 you need to read the document to answer
11 that question, it is fine with me.
12       He was vice chair of the
13 Presidential Advisory Committee on Election
14 Integrity and Secretary of State of Kansas;
15 isn't that right?
16    A.    I have no idea.
17    Q.    All right.
18    A.    He was vice what?
19    Q.    Vice chair of the Presidential
20 Advisory Commission on Election Integrity.
21    A.    Okay.
22    Q.    Is this the first you're
23 hearing that?
24    A.    Yes, sir.
25    Q.    If I tell you he was Secretary

1   of State of Kansas, have you heard that

2   before?

3          A.     Well, I just read it right

4   here.

5          Q.     So you would have known that

6   back in the day?

7          A.     No.

8          Q.     All right.  So Kris Kobach

9   writes an e-mail to you, if you look down

10  that first page, July 21, 2017, he writes

11  "Wendy, nice meeting you on the phone this

12  afternoon.  Below is the e-mail I sent to

13  Secretary Ross" --

14         A.     Sir, can I read the whole

15  e-mail, please?

16         Q.     Sure.

17         A.     Thank you.

18                (Witness perusing document.)

19         A.     Okay.

20         Q.     All right.  So there is an

21  e-mail from Kris Kobach to you, July 21, in

22  which he says -- he references meeting you

23  on the phone this afternoon.

24                Do you recall speaking with

25  Kris Kobach?

Page 41

1      A.      Not at all.
2      Q.      You don't deny speaking with
3  him?
4      A.      I think you asked me if I
5  remember.  I don't remember talking to him.
6      Q.      This is a different question.
7              You don't deny speaking with
8  him?
9      A.      Given this e-mail, I would
10 assume that I spoke to him, but I don't
11 remember ever speaking to him.
12     Q.      All right.  And he asks --
13 withdrawn.
14             He says that he had sent an
15 e-mail to Secretary Ross and he attaches it
16 here.  You see that, correct?
17     A.      Well, I see his e-mail to me
18 says "Below is the e-mail that I sent to
19 Secretary Ross."
20     Q.      Okay.
21     A.      So I assume however this is
22 produced, it would have been this e-mail.
23     Q.      All right.  And one of the
24 things that the e-mail that Kris Kobach
25 forwards to you, one of the things in it is

Page 42

1   the statement "It is essential that one

2   simple question be added to the upcoming

3   2020 census," that's the first sentence of

4   the second paragraph of this forwarded

5   e-mail; do you see that?

6        A.    The second -- the first

7   sentence of the second paragraph that Kris

8   Kobach sent to, I believe it is Secretary

9   Ross, but I can't say his -- there is no

10  e-mail address -- says "It is essential

11  that one simple question be added to the

12  upcoming 2020 census."

13       Q.    All right.  When you spoke with

14  Kris Kobach, didn't he talk to you about

15  adding a citizenship question to the

16  census?

17       A.    Again, I have no recollection

18  ever speaking to him.

19       Q.    Who did you understand Kris

20  Kobach to be at the time?

21       A.    I had no idea.

22       Q.    Do you typically set up

23  meetings with the Secretary or calls with

24  the Secretary to people -- with people you

25  have no idea who they are?

Page 43

1    A.    You asked me, sir, if at the
2  time if I knew who Kris Kobach was, and I
3  said I didn't.
4    Q.    Correct.  I have asked you a
5  different question now.
6    A.    Okay.  Could you please repeat
7  it?
8    Q.    My question is, would you
9  typically set up a call for the Secretary
10  with somebody who you didn't know anything
11  about who they were?
12    A.    Well, no.
13    Q.    Why did you do so on this
14  occasion?
15    A.    Here it looks as though he
16  forwarded to me and told me who he was.
17    Q.    Okay.  And why did you set up a
18  call with him with the Secretary?
19    A.    At this point in time, I don't
20  remember.
21    Q.    It had to do with the
22  citizenship question, didn't it?
23    A.    He had sent an e-mail
24  requesting a call, and I don't remember,
25  well, it looks like I set it up, so, you

Page 44

1    know --

2         Q.      Ms. Teramoto, my question is

3    simply, the call that you set up, that was

4    for the purpose of discussing the

5    citizenship question, correct?

6         A.      It was -- I would have set up

7    the call because somebody had asked for a

8    call with the Secretary.

9         Q.      Didn't you set it up for the

10   Secretary in part because it was about the

11   citizenship question?

12        A.      I would have set up the call

13   because somebody had asked for the call

14   with the Secretary.  It wouldn't be

15   specifically because of a certain question.

16        Q.      You wouldn't set up a call for

17   anyone who asks for a call with the

18   Secretary, would you?

19        A.      If there is somebody who wants

20   to speak to the Secretary and it seems like

21   it is something that he would want to talk

22   about, then I would set it up.

23        Q.      So I take it he would, in your

24   mind, he would have wanted to talk about

25   the citizenship question?

Page 45

1      A.      I would have set up the call if
2   somebody like this would have asked for a
3   call with the Secretary, so if another
4   Secretary of State had asked for some call
5   with the Secretary, I would have tried to
6   facilitate that.
7      Q.      Wouldn't you have told the
8   Secretary what the topic of the call was?
9              MS. WELLS:  I object to the
10  form.
11     A.      It depends.
12     Q.      Wouldn't you have told him what
13  the topic of this call was?
14             MS. WELLS:  I object to the
15  form.
16     A.      Somebody would have told him
17  what the topic was.
18     Q.      In this time period, July 2017,
19  and earlier, hadn't you heard talk like
20  this before that it is essential that the
21  citizenship question be added to the
22  census?
23     A.      I don't remember anything
24  specific.
25             Again, sir, I was not involved

Page 244

1                   CERTIFICATION

2

3       I,   TODD DeSIMONE, a Notary Public for

4    and within the State of New York, do hereby

5    certify:

6       That the witness whose testimony as

7    herein set forth, was duly sworn by me; and

8    that the within transcript is a true record

9    of the testimony given by said witness.

10       I further certify that I am not related

11    to any of the parties to this action by

12    blood or marriage, and that I am in no way

13    interested in the outcome of this matter.

14       IN WITNESS WHEREOF, I have hereunto set

15    my hand this 24th day of August, 2018.

16

17

        _____

18          TODD DESIMONE

19

20               *        *        *

21

22

23

24

25