# EXHIBIT A

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001403 | 0001403 | 0001403 | 0001403 | Kelley, Karen (Federal) | Willard, Aaron (Federal) | | 10/9/2017 17:03 | | | Notes from drive.msg | PII - Personal Privacy; DP - Deliberative Process | Recommendation, opinions and/or advice reflecting deliberations regarding reinstatement of the citizenship question |
| 0001404 | 0001406 | 0001404 | 0001406 | Victoria Velkoff (CENSUS/ACSO FED) | Willard, Aaron (Federal) | | 7/25/2017 14:17 | | | RE: Tuesday availability.msg | PII - Personal Privacy | |
| 0001407 | 0001408 | 0001407 | 0001408 | Victoria Velkoff (CENSUS/ACSO FED) | Willard, Aaron (Federal) | | 7/25/2017 09:28 | | | RE: Tuesday availability.msg | PII - Personal Privacy | |
| 0001411 | 0001412 | 0001411 | 0001412 | Neuhaus, Chelsey; Leach, Macie (Federal); Park-Su, Sahra; Hernandez, Israel (Federal); Dorsey, Cameron | Comstock, Earl (Federal) | Bedan, Morgan (Federal) | 8/29/2017 13:23 | | | Re: Census.msg | PII - Personal Privacy | |
| 0001416 | 0001416 | 0001416 | 0001470 | Hernandez, Israel (Federal) | Park-Su, Sahra | | 7/14/2017 14:46 | | | (CENSUS) Found it! .msg | PII - Personal Privacy | |
| 0001471 | 0001471 | 0001471 | 0001472 | Kelley, Karen (Federal) | Comstock, Earl (Federal) | Wilbur Ross; Uthmeier, James (Federal); Rockas, James (Federal); Teramoto, Wendy (Federal); Walsh, Michael (Federal) | 3/26/2018 15:49 | | | Final Decision Memo on DoJ Request for Citizenship Question.msg | PII - Personal Privacy | |
| 0001472 | 0001472 | 0001471 | 0001472 | N/A | N/A | | 3/26/2018 | Earl Comstock | 3/26/2018 3:47 PM | DOJ Citizenship Request Decision Memo Final 3.26.18.pdf | DP - Deliberative Process | Draft Decision Memorandum regarding Reinstatement of a Citizenship Question on the 2020 Decennial Census Questionnaire |
| 0001473 | 0001473 | 0001473 | 0001475 | Comstock, Earl (Federal); Rockas, James (Federal); Uthmeier, James (Federal); O'Connor, Kasey (Federal); Semsar, Joseph (Federal) | Park-Su, Sahra (Federal) | Kelley, Karen (Federal); Walsh, Michael (Federal); Platt, Mike (Federal) | 3/26/2018 10:58 | | | Census: Historical Information.msg | PII - Personal Privacy | |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002158 | 0002158 | 0002158 | 0002158 | Rockas, James (Federal); Teramoto, Wendy (Federal) | Walsh, Michael (Federal) | Kelley, Karen (Federal); Comstock, Earl (Federal) | 3/16/2018 09:30 | | | RE: Updated with his further edits below - For your approval.msg | AC - Attorney Client Privilege; PII - Personal Privacy; DP - Deliberative Process | Pre-decisional advice and recommendations from attorneys re census questions |
| 0002159 | 0002159 | 0002159 | 0002159 | Walsh, Michael (Federal); Teramoto, Wendy (Federal) | Rockas, James (Federal) | Kelley, Karen (Federal); Comstock, Earl (Federal) | 3/16/2018 09:25 | | | Re: Updated with his further edits below - For your approval.msg | PII - Personal Privacy; DP - Deliberative Process | Pre-decisional advice and opinions re census questions |
| 0002160 | 0002162 | 0002160 | 0002162 | Teramoto, Wendy (Federal); Rockas, James (Federal) | Walsh, Michael (Federal) | Kelley, Karen (Federal); Comstock, Earl (Federal) | 3/16/2018 09:23 | | | RE: Updated with his further edits below - For your approval.msg | PII - Personal Privacy; DP - Deliberative Process | Pre-decisional advice and recommendations re census questions |
| 0002163 | 0002165 | 0002163 | 0002165 | Rockas, James (Federal) | Teramoto, Wendy (Federal) | Kelley, Karen (Federal); Walsh, Michael (Federal); Comstock, Earl (Federal) | 3/16/2018 09:20 | | | Re: Updated with his further edits below - For your approval.msg | PII - Personal Privacy; DP - Deliberative Process | Pre-decisional advice and recommendations re census questions |
| 0002166 | 0002166 | 0002166 | 0002166 | Kelley, Karen (Federal) | Teramoto, Wendy (Federal) | Comstock, Earl (Federal) | 3/16/2018 07:34 | | | Re: NEED APPROVAL - GILLIAN QUOTES.msg | PII - Personal Privacy; DP - Deliberative Process | Pre-decisional advice and recommendations re census questions |
| 0002167 | 0002169 | 0002167 | 0002169 | Rockas, James (Federal) | Teramoto, Wendy (Federal) | Comstock, Earl (Federal) | 3/16/2018 06:55 | | | Re: NEED APPROVAL - GILLIAN QUOTES.msg | PII - Personal Privacy; DP - Deliberative Process | Pre-decisional advice and recommendations re census questions |
| 0002170 | 0002171 | 0002170 | 0002172 | Walsh, Michael (Federal); Moulder, Pamela (Federal); Comstock, Earl (Federal) | O'Connor, Kasey (Federal) | Kelley, Karen (Federal) | 3/6/2018 15:21 | | | RE: Citizenship Letter for Review.msg | PII - Personal Privacy | |
| 0002172 | 0002172 | 0002170 | 0002172 | N/A | Kelley, Karen Dunn | | 3/6/2018 | Nicole Y Thomas-Hawkins (CENSUS/OCIA FED) | 3/6/2018 2:50 PM | New Citizenship Letter (002).docx | AC - Attorney Client Privilege; PII - Personal Privacy; DP - Deliberative Process | Pre-decisional draft re responses to stakeholders with attorney comments |
| 0002173 | 0002173 | 0002173 | 0002174 | Moulder, Pamela (Federal); Comstock, Earl (Federal); O'Connor, Kasey (Federal) | Walsh, Michael (Federal) | Kelley, Karen (Federal) | 3/6/2018 14:21 | | | RE: Citizenship Letter for Review.msg | PII - Personal Privacy | |
| 0002174 | 0002174 | 0002173 | 0002174 | N/A | Kelley, Karen Dunn | | 3/6/2018 | Nicole Y Thomas-Hawkins (CENSUS/OCIA FED) | 3/6/2018 1:12 PM | New Citizenship Letter.docx | AC - Attorney Client Privilege; PII - Personal Privacy; DP - Deliberative Process | Pre-decisional draft letter to stakeholders with attorney comments |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002175 | 0002176 | 0002175 | 0002176 | Walsh, Michael (Federal); Comstock, Earl (Federal) | Kelley, Karen (Federal) | | 3/1/2018 14:48 | | | Re: DOJ request items.msg | PII - Personal Privacy | |
| 0002177 | 0002178 | 0002177 | 0002178 | Comstock, Earl (Federal) | Walsh, Michael (Federal) | Kelley, Karen (Federal) | 3/1/2018 12:34 | | | RE: DOJ request items.msg | PII - Personal Privacy | |
| 0002179 | 0002179 | 0002179 | 0002179 | Comstock, Earl (Federal) | Walsh, Michael (Federal) | Kelley, Karen (Federal) | 3/1/2018 12:32 | | | RE: DOJ request items.msg | PII - Personal Privacy | |
| 0002180 | 0002180 | 0002180 | 0002198 | Kelley, Karen (Federal); Comstock, Earl (Federal); Walsh, Michael (Federal) | Ron S Jarmin (CENSUS/ADEP FED) | Lamas, Enrique; Jones, Christa D; Abowd, John Maron; Semsar, Joseph (Federal) | 3/1/2018 11:32 | | | DOJ request items.msg | PII - Personal Privacy | |
| 0002199 | 0002204 | 0002199 | 0002204 | Comstock, Earl (Federal) | Christa Jones (CENSUS/ADEP FED) | Kelley, Karen (Federal) | 2/28/2018 15:57 | | | Re: Seeking comment - citizenship question..msg | PII - Personal Privacy; DP - Deliberative Process | Pre-decisional draft responses to reporter |
| 0002205 | 0002210 | 0002205 | 0002210 | Comstock, Earl (Federal) | Manning, Kevin (Federal) | | 2/28/2018 15:11 | | | RE: Seeking comment - citizenship question..msg | PII - Personal Privacy; DP - Deliberative Process | Pre-decisional draft responses to reporter |
| 0002211 | 0002214 | 0002211 | 0002214 | Comstock, Earl (Federal) | Christa Jones (CENSUS/ADEP FED) | Kelley, Karen (Federal) | 2/28/2018 14:46 | | | Re: Seeking comment - citizenship question..msg | PII - Personal Privacy; DP - Deliberative Process | Pre-decisional draft responses to reporter |
| 0002215 | 0002218 | 0002215 | 0002218 | Comstock, Earl (Federal) | Christa Jones (CENSUS/ADEP FED) | Kelley, Karen (Federal) | 2/28/2018 14:09 | | | Re: Seeking comment - citizenship question..msg | PII - Personal Privacy; DP - Deliberative Process | Pre-decisional draft responses to reporter |
| 0002219 | 0002221 | 0002219 | 0002221 | Platt, Mike (Federal); Lenihan, Brian (Federal) | Neuhaus, Chelsey (Federal) | Kelley, Karen (Federal); Comstock, Earl (Federal); Davidson, Peter (Federal) | 2/22/2018 14:22 | | | RE: Return Outstanding Calls to the Hill.msg | PII - Personal Privacy; DP - Deliberative Process | Pre-decisional opinion |
| 0002222 | 0002223 | 0002222 | 0002223 | Lenihan, Brian (Federal) | Platt, Mike (Federal) | Neuhaus, Chelsey (Federal); Kelley, Karen (Federal); Comstock, Earl (Federal); Davidson, Peter (Federal) | 2/22/2018 14:04 | | | Re: Return Outstanding Calls to the Hill.msg | PII - Personal Privacy; DP - Deliberative Process | Pre-decisional opinion |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002444 | 0002445 | 0002444 | 0002445 | Kelley, Karen (Federal) | Comstock, Earl (Federal) | | 2/2/2018 12:13 | | | Re: Q/As on Citizenship.msg | PII - Personal Privacy | |
| 0002446 | 0002456 | 0002446 | 0002457 | Wilbur Ross; Teramoto, Wendy (Federal) | Comstock, Earl (Federal) | Kelley, Karen (Federal) | 10/29/2017 18:58 | | | FW: Answers to Secretary Ross's Questions.msg | PII - Personal Privacy; DP - Deliberative Process | |
| 0002457 | 0002457 | 0002446 | 0002457 | N/A | N/A | | | Reist, Burton H (CENSUS/ADDC FED) | 10/29/2017 12:08 PM | Q-A Prep Package_Questions from SWLR_10-29-17.docx | DP - Deliberative Process | Draft answers to prep for hearing |
| 0002458 | 0002458 | 0002458 | 0002458 | Teramoto, Wendy (Federal) | Comstock, Earl (Federal) | | 9/16/2017 07:33 | | | Calls with DoJ.msg | AC - Attorney Client Privilege; PII - Personal Privacy; DP - Deliberative Process | Deliberative intra-agency discussions regarding potential addition of citizenship question |
| 0002459 | 0002460 | 0002459 | 0002460 | Davidson, Peter (Federal); Uthmeier, James (Federal) | Comstock, Earl (Federal) | Teramoto, Wendy (Federal) | 9/7/2017 18:13 | | | Re: Census Matter Follow-Up.msg | AC - Attorney Client Privilege; PII - Personal Privacy; DP - Deliberative Process | Solicitation and receipt of legal advice from counsel |
| 0002461 | 0002461 | 0002461 | 0002461 | Teramoto, Wendy (Federal) | Comstock, Earl (Federal) | Wilbur Ross | 8/16/2017 16:44 | | | Re: Memo on Census Question.msg | PII - Personal Privacy; DP - Deliberative Process | |
| 0002462 | 0002462 | 0002462 | 0002462 | Mary Blanche Hankey | Comstock, Earl (Federal) | | 5/4/2017 07:58 | | | Call today to discuss DoC Issues.msg | PII - Personal Privacy | |
| 0002463 | 0002463 | 0002463 | 0002463 | Uthmeier, James (Federal) | Earl Comstock | Walsh, Michael (Federal); Kelley, Karen (Federal) | 3/23/2018 19:19 | | | Re: Census memo and Call.msg | AC - Attorney Client Privilege; PII - Personal Privacy; WP - Work Product | Emails with counsel about draft Census memo |
| 0002464 | 0002464 | 0002464 | 0002464 | Walsh, Michael (Federal) | Earl Comstock | Kelley, Karen (Federal) | 3/1/2018 12:33 | | | Re: DOJ request items.msg | PII - Personal Privacy | |
| 0002465 | 0002466 | 0002465 | 0002466 | Lenihan, Brian (Federal) | Earl Comstock | Davidson, Peter (Federal); Kelley, Karen (Federal); Platt, Mike (Federal); Neuhaus, Chelsey (Federal) | 2/8/2018 12:32 | | | Re: Return Outstanding Calls to the Hill.msg | PII - Personal Privacy | |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002474 | 0002475 | 0002474 | 0002475 | Langdon, David (Federal) | Earl Comstock | Uthmeier, James (Federal); Willard, Aaron (Federal); Park-Su, Sahra (Federal); Davidson, Peter (Federal) | 1/30/2018 08:53 | | | Re: questions re: draft census memo.msg | PII - Personal Privacy; DP - Deliberative Process | Opinions and recommendations on questions for Census |
| 0002476 | 0002476 | 0002476 | 0002476 | Uthmeier, James (Federal) | Earl Comstock | Kelley, Karen (Federal); Rockas, James (Federal); Hernandez, Israel (Federal); Platt, Mike (Federal); Lenihan, Brian (Federal) | 12/19/2017 21:42 | | | Re: Census Update.msg | AC - Attorney Client Privilege; PII - Personal Privacy | Advice from counsel |
| 0002477 | 0002477 | 0002477 | 0002477 | Walsh, Michael (Federal) | Peter Davidson | Uthmeier, James (Federal) | 3/5/2018 20:32 | | | Re: Meet with the Secretary.msg | AC - Attorney Client Privilege; PII - Personal Privacy; WP - Work Product | Discussion between counsel re advice and analysis provided to Secretary Ross |
| 0002478 | 0002478 | 0002478 | 0002478 | Walsh, Michael (Federal) | Peter Davidson | Uthmeier, James (Federal) | 3/5/2018 20:14 | | | Re: Meet with the Secretary.msg | AC - Attorney Client Privilege; WP - Work Product | Discussion between counsel re advice and analysis provided to Secretary Ross |
| 0002479 | 0002479 | 0002479 | 0002479 | Wilbur Ross | Peter Davidson | | 2/23/2018 22:44 | | | Re: Census memos.msg | PII - Personal Privacy | |
| 0002480 | 0002480 | 0002480 | 0002480 | Lenihan, Brian (Federal) | Peter Davidson | | 1/31/2018 18:48 | | | Re: Return Outstanding Calls to the Hill.msg | PII - Personal Privacy | |
| 0002481 | 0002481 | 0002481 | 0002481 | Uthmeier, James (Federal) | Peter Davidson | | 1/8/2018 07:19 | | | Re: Census.msg | AC - Attorney Client Privilege; WP - Work Product | Emails between counsel about draft memo and meeting with Census experts |
| 0002482 | 0002482 | 0002482 | 0002482 | Wilbur Ross | Peter Davidson | | 10/8/2017 18:54 | | | Re: Letter from DoJ. .msg | PII - Personal Privacy | |
| 0002483 | 0002483 | 0002483 | 0002483 | Wilbur Ross | Peter Davidson | | 10/8/2017 18:47 | | | Re: Letter from DoJ. .msg | PII - Personal Privacy | |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002509 | 0002509 | 0002509 | 0002510 | Williams, Allaire (Federal) | Comstock, Earl (Federal) | Walsh, Michael (Federal); Wilbur Ross; Teramoto, Wendy (Federal) | 3/26/2018 16:11 | | | SWLR Decision Memo for Formal Letterhead/Signature.msg | PII - Personal Privacy | |
| 0002510 | 0002510 | 0002509 | 0002510 | Kelley, Karen Dunn | Ross, Wilbur | Jarmin, Ron; Lamas, Enrique | 3/26/2018 | Comstock, Earl (Federal) | 3/26/2018 3:35 PM | DOJ Citizenship Request Decision Memo Final 3.26.18.docx | DP - Deliberative Process | Draft of final decision memo |
| 0002511 | 0002512 | 0002511 | 0002516 | Wilbur Ross | Leach, Macie (Federal) | Teramoto, Wendy (Federal) | 3/23/2018 15:54 | | | FW: Friday Afternoon's Stakeholder Calls -- Schedule and Briefing Memos.msg | PII - Personal Privacy | |
| 0002513 | 0002513 | 0002511 | 0002516 | N/A | Platt, Mike | | 3/23/2018 | O'Connor, Kasey (Federal) | 3/23/2018 3:47 PM | SWR Call - Pelosi 3-23-18.docx | DP - Deliberative Process | Briefing paper for Secretary in advance of stakeholder call |
| 0002514 | 0002514 | 0002511 | 0002516 | N/A | Lenihan, Brian | | 3/14/2018 | O'Connor, Kasey (Federal) | 3/23/2018 3:48 PM | SWR Call - Neilsen 3-23-18.docx | DP - Deliberative Process | Briefing paper for Secretary in advance of stakeholder call |
| 0002515 | 0002515 | 0002511 | 0002516 | N/A | Census Bureau | | 3/21/2018 | O'Connor, Kasey (Federal) | 3/23/2018 3:48 PM | SWR Call - Habermann 3-23-18.docx | DP - Deliberative Process | Briefing paper prepared for Secretary in advance of stakeholder call |
| 0002516 | 0002516 | 0002511 | 0002516 | N/A | Census Bureau | | 3/12/2018 | O'Connor, Kasey (Federal) | 3/23/2018 3:49 PM | SWR Call - Groves 3-23-18.docx | DP - Deliberative Process | Briefing paper prepared for Secretary in advance of stakeholder call |
| 0002517 | 0002517 | 0002517 | 0002517 | Wilbur Ross | Kelley, Karen (Federal) | | 1/6/2018 13:06 | | | Re: Census.msg | DP - Deliberative Process | Predecisional email from Secretary posing questions and interim status report from assistant |
| 0002518 | 0002518 | 0002518 | 0002518 | Wilbur Ross | Rockas, James (Federal) | | 1/2/2018 18:53 | | | Update from Census.msg | PII - Personal Privacy | |
| 0002519 | 0002520 | 0002519 | 0002520 | Wilbur Ross | Comstock, Earl (Federal) | Teramoto, Wendy (Federal) | 8/31/2017 23:21 | | | Re: [REDACTED] | PII - Personal Privacy; Proprietary Information | Redacted information with no relevance to census |
| 0002521 | 0002523 | 0002521 | 0002523 | Wilbur Ross | Comstock, Earl (Federal) | Branstad, Eric (Federal) | 3/10/2017 15:31 | | | Your Question on the Census.msg | PII - Personal Privacy | |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003687 | 0003687 | 0003687 | 0003687 | Park-Su, Sahra; Willard, Aaron (Federal) Jarmin, Ron S; Lamas, Enrique; Mason, Jacque (Federal); Platt, Mike (Federal); Reist, Burton H; Crane, Joanne; Palensky, Michael L | Kelley, Karen (Federal) | Hernandez, Israel; Hernandez, Israel (Federal); Comstock, Earl (Federal); Teramoto, Wendy (Federal) | 10/28/2017 18:16 | | | 20171028 616PM SWLR Questions.msg | DP - Deliberative Process | Pre-decisional preparation for testimony |
| 0003688 | 0003689 | 0003688 | 0003690 | Davidson, Peter (Federal); Keller, Catherine (Federal); Uthmeier, James (Federal) | Park-Su, Sahra | Kelley, Karen (Federal); Hernandez, Israel (Federal); Comstock, Earl (Federal); Platt, Mike (Federal); Lenihan, Brian (Federal); Willard, Aaron (Federal); Jarmin, Ron S; Lamas, Enrique | 10/28/2017 18:30 | | | 20171028 631PM Question from Secretary.msg | AC - Attorney Client Privilege; PII - Personal Privacy | Attorney-client communication seeking legal advice |
| 0003690 | 0003690 | 0003688 | 0003690 | N/A | N/A | | 10/23/2017 | USCB | 10/25/2017 4:09 PM | Secretary HSGAC 103117 Hearing Q A - Working Group v2jmedits.docx | DP - Deliberative Process | Pre-decisional draft preparation for testimony |
| 0003691 | 0003692 | 0003691 | 0003692 | Park-Su, Sahra | Davidson, Peter (Federal) | Keller, Catherine (Federal); Uthmeier, James (Federal); Kelley, Karen (Federal); Hernandez, Israel (Federal); Comstock, Earl (Federal); Platt, Mike (Federal); Lenihan, Brian (Federal); Willard, Aaron (Federal); Jarmin, Ron S; Lamas, Enrique | 10/28/2017 20:12 | | | 20171028 812PM Re Question from Secretary.msg | AC - Attorney Client Privilege; PII - Personal Privacy | Attorney-client communications seeking and giving legal advice |
| 0003693 | 0003693 | 0003693 | 0003693 | Wilbur Ross | Ron S Jarmin (CENSUS/ADEP FED) | | 1/8/2018 17:33 | | | 20180108 534PM Re Update on the Canadian Census.msg | PII - Personal Privacy | |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003694 | 0003694 | 0003694 | 0003694 | Comstock, Earl (Federal) | Alexander, Brooke (Federal) | Teramoto, Wendy (Federal) | 4/20/2017 19:49 | | | PL-DOC_009-0 20170420 450PM Ok .... I have tried 3 times to send from SWLR's email but can't for some reason.msg | PII - Personal Privacy | |
| 0003695 | 0003697 | 0003695 | 0003698 | Wilbur Ross | Comstock, Earl (Federal) | Teramoto, Wendy (Federal); Branstad, Eric (Federal) | 5/1/2017 06:31 | | | PL-DOC_010-0 20170501 722AM FW Census Testimony for Wed. May 3 House CJS Hearing.msg | PII - Personal Privacy; DP - Deliberative Process | Pre-decisional advice and recommendations re draft testimony |
| 0003698 | 0003698 | 0003695 | 0003698 | N/A | N/A | | 5/3/2017 | No metadata available | 4/28/2017 11:29 AM | John Thompson 05 03 17 Written Testimony - Version 6sa - for Final Clearance.docx | DP - Deliberative Process | Pre-decisional draft testimony |
| 0003699 | 0003700 | 0003699 | 0003700 | Teramoto, Wendy (Federal) | Wilbur Ross | | 5/2/2017 10:23 | | | PL-DOC_013-0 20170502 1023AM Re Census.msg | PII - Personal Privacy | Pre-decisional opinions re census; not relevant |
| 0003701 | 0003701 | 0003701 | 0003701 | Branstad, Eric (Federal) | Comstock, Earl (Federal) | | 5/3/2017 20:27 | | | PL-DOC_014-0 20170504 753AM Re DOJ contact.msg | PII - Personal Privacy | |
| 0003702 | 0003704 | 0003702 | 0003704 | Blumerman, Lisa M | Langdon, David (Federal) | | 5/24/2017 18:51 | | | PL-DOC_019-0 20170525 817AM Fwd Requested Information - Legal Review All Residents....msg | PII - Personal Privacy; DP - Deliberative Process | Pre-decisional opinion re analytical process |
| 0003705 | 0003705 | 0003705 | 0003705 | Comstock, Earl (Federal) | Uthmeier, James (Federal) | | 6/27/2017 18:26 | | | PL-DOC_024-0 20170627 626PM Accepted HOLD Meet with James re Census and Citizenship.msg | PII - Personal Privacy | |
| 0003706 | 0003706 | 0003706 | 0003706 | Park-Su, Sahra (Federal) | Willard, Aaron (Federal) | Uthmeier, James (Federal) | 1/30/2018 05:35 | | | PL-DOC_256-0 20180130 535AM Re Questions for Census.msg | PII - Personal Privacy | |
| 0003707 | 0003707 | 0003707 | 0003708 | Park-Su, Sahra (Federal); O'Connor, Kasey (Federal); Uthmeier, James (Federal) | Rankin, Alex (Federal) | Platt, Mike (Federal) | 3/23/2018 16:39 | | | PL-DOC_491-0 20180323 439PM Congressional Intergov. Census Letters List.msg | PII - Personal Privacy | |
| 0003709 | 0003709 | 0003709 | 0003709 | Comstock, Earl (Federal) | A M Neuman | | 4/13/2017 23:41 | | | PL-DOC-WH_007-0 & 008-0 20170420 842PM Re Census Questiion.msg | PII - Personal Privacy | |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003710 | 0003710 | 0003710 | 0003710 | Wilbur Ross | Comstock, Earl (Federal) | Herbst, Ellen (Federal) | 5/2/2017 10:19 | | | PL-DOC-WH_011 & 012-0 20170502 1004AM Re Census.msg | PII - Personal Privacy; DP - Deliberative Process | Emails discussing next steps on citizenship question; remaining redactions of not relevant material |
| 0003711 | 0003712 | 0003711 | 0003712 | Rockas, James (Federal) | Davidson, Peter (Federal) | Wilbur Ross; Teramoto, Wendy (Federal); Comstock, Earl (Federal); Kelley, Karen (Federal); Uthmeier, James (Federal) | 1/2/2018 23:08 | | | PL-DOC-WH_171-0 20180102 1108PM Re WaPo Editorial Board The Trump administration pushes for a change that could derail the census - The Washington Post.msg | AC - Attorney Client Privilege; PII - Personal Privacy; DP - Deliberative Process | Pre-decisional attorney-client communications re article |
| 0003713 | 0003717 | 0003713 | 0003720 | Kelley, Karen (Federal); Willard, Aaron (Federal); Lamas, Enrique | Ron S Jarmin (CENSUS/ADEP FED) | | 1/4/2018 15:05 | | | PL-DOC-WH_177-0 20180104 306PM Fwd FINAL VERSION ATTACHED was Re Follow-up to 1000am meeting on DoJ request.msg | PII - Personal Privacy | |
| 0003721 | 0003721 | 0003721 | 0003723 | Robinson, Barry (Federal); Creech, Melissa L | Uthmeier, James (Federal) | Davidson, Peter (Federal) | 1/4/2018 15:48 | | | PL-DOC-WH_177-0 20180104 Legal Review of DOJ's Citizenship Request.msg | AC - Attorney Client Privilege; WP - Work Product | Attorney communications re legal analysis of DOJ request |
| 0003722 | 0003722 | 0003721 | 0003723 | Gary, Arthur | N/A | | 1/4/2018 | Uthmeier, James (Federal) | 1/4/2018 9:22 AM | DOC legal review of DOJ request re Citizenship Draft Jan 4 2018.docx | AC - Attorney Client Privilege; WP - Work Product | Draft attorney legal memo re analysis of DOJ request. |
| 0003723 | 0003723 | 0003721 | 0003723 | N/A | N/A | | After 12/12/2017 | Uthmeier, James (Federal) | 1/4/2018 9:48 AM | Legal Memo to SWR re DOJ Citizenship Request Draft Jan 4 2018.docx | AC - Attorney Client Privilege; WP - Work Product | Attorney draft legal memo re DOJ request |
| 0003724 | 0003724 | 0003724 | 0003725 | Robinson, Barry (Federal); Creech, Melissa L | Uthmeier, James (Federal) | Davidson, Peter (Federal); McClelland, Michelle O (Federal) | 1/7/2018 10:16 | | | PL-DOC-WH_189-0 20180107 1016AM Re Revised Opinion on DOJ Census Questionnaire Request - Citizenship_mc.msg | AC - Attorney Client Privilege; WP - Work Product | Attorney communications re draft legal memo |
| 0003725 | 0003725 | 0003724 | 0003725 | Uthmeier, James | Robinson, Barry | | 1/5/2018 | Robinson, Barry (Federal) | 1/6/2018 8:08 PM | Revised Opinion on DOJ Census Questionnaire Request - Citizenshp edited 1.6.18.docx | AC - Attorney Client Privilege; WP - Work Product | Draft attorney legal memo re DOJ request |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003823 | 0003824 | 0003823 | 0003863 | Quinley, Kevin; Willard, Aaron (Federal); Park-Su, Sahra (Federal) | Burton H Reist | Jarmin, Ron S; Lamas, Enrique; Fontenot, Albert E; Crane, Joanne; Treat, James B; Thieme, Michael T; Kalluri, Phani-Kumar Atri; Stempowski, Deborah M; Becker Medina, Erika H; Villa Ross, Ceci Adriana | 1/12/2018 18:40 | | | Slide Deck for Secretary Ross Briefing.msg | PII - Personal Privacy | |
| 0003864 | 0003866 | 0003864 | 0003871 | Willard, Aaron (Federal); Quinley, Kevin; Park-Su, Sahra (Federal) | Burton H Reist | Jarmin, Ron S; Jarmin, Ron S; Fontenot, Albert E; Crane, Joanne; Buckner, Stephen L | 1/10/2018 18:23 | | | Steering Committee Read Ahead -- Citizenship.msg | PII - Personal Privacy | |
| 0003872 | 0003872 | 0003872 | 0003883 | Park-Su, Sahra (Federal); Willard, Aaron (Federal) | Burton H Reist | Jarmin, Ron S; Lamas, Enrique; Fontenot, Albert E; Crane, Joanne; Treat, James B; Thieme, Michael T | 12/15/2017 12:43 | | | Additional Briefing Materials.msg | PII - Personal Privacy | |
| 0003884 | 0003884 | 0003884 | 0003886 | Willard, Aaron (Federal); Park-Su, Sahra (Federal); Quinley, Kevin | Burton H Reist | Lamas, Enrique; Fontenot, Albert E; Treat, James B; Thieme, Michael T; Stempowski, Deborah M; Kalluri, Phani-Kumar Atri; Bishop, Deirdre Dalpiaz; Buckner, Stephen L; Crane, Joanne; Christy, James T | 12/14/2017 16:47 | | | 1-Pagers.msg | PII - Personal Privacy | |
| 0003888 | 0003888 | 0003888 | 0003888 | Comstock, Earl (Federal); Herbst, Ellen (Federal) | Langdon, David (Federal) | | 5/24/2017 17:38 | | | Counting of illegal immigrants.msg | PII - Personal Privacy; WP - Work Product; DP - Deliberative Process | Pre-decisional analysis and opinions in anticipation of litigation. |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003889 | 0003889 | 0003889 | 0003891 | Rockas, James (Federal); Manning, Kevin (Federal); Cook, Michael C; Reist, Burton H; Platt, Mike (Federal); Lang, Alan; Lenihan, Brian (Federal); Mason, Jacque (Federal); Taylor, Christine E; Shopkorn, Jennifer | Stephen L Buckner | Jarmin, Ron S; Lamas, Enrique; Hernandez, Israel (Federal); Kelley, Karen (Federal) | 12/18/2017 14:55 | | | Draft language.msg | PII - Personal Privacy | |
| 0003892 | 0003892 | 0003892 | 0003900 | Comstock, Earl (Federal); Teramoto, Wendy (Federal); Walsh, Michael (Federal); Leach, Macie (Federal); Rockas, James (Federal); Uthmeier, James (Federal) | Williams, Allaire (Federal) | | 3/26/2018 17:37 | | | FW: re-signed Citizenship Question Memo to KDK/ESA - REVISED .msg | PII - Personal Privacy | |
| 0003901 | 0003901 | 0003901 | 0003902 | Davidson, Peter (Federal); Walsh, Michael (Federal); Uthmeier, James (Federal) | Robinson, Barry (Federal) | Hyson, Beverly (Federal) | 2/22/2018 15:29 | | | FW: Citizenship Question - Legal Propriety of DOJ Request.msg | AC - Attorney Client Privilege; PII - Personal Privacy; WP - Work Product; DP - Deliberative Process | Emails with counsel about revisions to draft memo about citizenship question |
| 0003902 | 0003902 | 0003901 | 0003902 | Davidson, Peter; Uthmeier, James | Robinson, Barry | | 2/22/2018 | | 2/22/2018 1:24 PM | Revised Opinion on DOJ Census Questionnaire Request_022218.docx | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Draft pre-decisional memo to counsel about citizenship question |
| 0003903 | 0003905 | 0003903 | 0003905 | Uthmeier, James (Federal) | McClelland, Michelle O (Federal) | Keller, Catherine (Federal) | 1/11/2018 12:48 | | | Fwd: Steering Committee Read Ahead -- Citizenship.msg | PII - Personal Privacy | |
| 0003906 | 0003906 | 0003906 | 0003913 | N/A | Platt, Mike | | 3/9/2018 | O'Connor, Kasey (Federal) | 3/22/2018 7:34 PM | SWR Call - Kay Cole James 3-23-18.docx | PII - Personal Privacy; DP - Deliberative Process | Predecisional and deliberative briefing memorandum for Secretary prepared in advance of stakeholder call with Dr. Kay Coles James, PhD. |
| 0003907 | 0003907 | 0003906 | 0003913 | N/A | Platt, Mike | | 3/22/2018 | O'Connor, Kasey (Federal) | 3/22/2018 6:53 PM | SWR Call - Cummings 3-23-18.docx | DP - Deliberative Process | Predecisional and deliberative briefing memorandum for Secretary prepared in advance of stakeholder call with Congressman Cummings. |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003983 | 0003983 | 0003983 | 0003983 | Comstock, Earl (Federal) | Teramoto, Wendy (Federal) | Wilbur Ross | 8/16/2017 16:24 | | | Re: Memo on Census Question.msg | PII - Personal Privacy | |
| 0003984 | 0003984 | 0003984 | 0003984 | Comstock, Earl (Federal) | Wilbur Ross | | 8/10/2017 15:38 | | | Re: Census Matter.msg | PII - Personal Privacy; WP - Work Product; DP - Deliberative Process | Discussing responding on citizenship question, including discussion in anticipation of litigation, and redacted other unrelated matters. |
| 0003985 | 0003986 | 0003985 | 0003986 | Lamas, Enrique | Comstock, Earl (Federal) | Kelley, Karen (Federal); Willard, Aaron (Federal); Jarmin, Ron S; Fontenot, Albert E; Abowd, John Maron; Reist, Burton H; Velkoff, Victoria A | 1/31/2018 19:28 | | | Re: Q/As on Citizenship.msg | PII - Personal Privacy | |
| 0003987 | 0003989 | 0003987 | 0003989 | Langdon, David (Federal); Davidson, Peter (Federal) | Comstock, Earl (Federal) | Uthmeier, James (Federal); Willard, Aaron (Federal); Park-Su, Sahra (Federal) | 1/30/2018 11:41 | | | Re: questions re: draft census memo.msg | AC - Attorney Client Privilege; PII - Personal Privacy | Emails with counsel about questions on draft census memo |
| 0003990 | 0004001 | 0003990 | 0004001 | Leach, Macie (Federal) | Comstock, Earl (Federal) | | 10/30/2017 14:58 | | | FW: Answers to Secretary Ross's Questions.msg | PII - Personal Privacy; DP - Deliberative Process | Discussing draft briefing/prep for hearing |
| 0004002 | 0004003 | 0004002 | 0004003 | Wilbur Ross | Comstock, Earl (Federal) | Teramoto, Wendy (Federal) | 8/31/2017 23:21 | | | Re: [REDACTED] | PII - Personal Privacy; Proprietary Information | Redacted information not relevant to census, concerning only other matters |
| 0004004 | 0004004 | 0004004 | 0004004 | Wilbur Ross | Comstock, Earl (Federal) | | 8/8/2017 15:44 | | | Re: [REDACTED] | PII - Personal Privacy | |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0005245 | 0005247 | 0005245 | 0005247 | Ron S Jarmin | Burton H Reist | Enrique Lamas; Albert E Fontenot; Joanne Crane; Stephen L Buckner | 1/24/2018 09:37 | | | Need DOC Guidance -- Race/Ethnicity Questions and Citizenship.msg | PII - Personal Privacy | |
| 0005248 | 0005250 | 0005248 | 0005250 | Ron S Jarmin; Enrique Lamas | Stephen L Buckner | | 1/24/2018 08:35 | | | Fw: DOC Clearance Update.msg | PII - Personal Privacy | |
| 0005251 | 0005252 | 0005251 | 0005337 | Kelley, Karen (Federal) | Albert E Fontenot | Ron S Jarmin; Enrique Lamas; Burton H Reist | 1/23/2018 17:55 | | | Slide Deck for January 2020 Census Program Management Review.msg | PII - Personal Privacy | |
| 0005338 | 0005338 | 0005338 | 0005347 | Karen Kelley | Ron S Jarmin | Enrique Lamas | 1/19/2018 14:44 | | | Fw: Draft Technical Review of the DoJ Request.msg | PII - Personal Privacy | |
| 0005403 | 0005408 | 0005403 | 0005410 | Numerous | Sara Buettner Connelly | | 1/18/2018 10:53 | | | Week Ahead report for OCIA - January 18, 2018.msg | PII - Personal Privacy | |
| 0005418 | 0005418 | 0005417 | 0005418 | Davidson, Peter; Uthmeier, James | Robinson, Barry | | 1/9/2018 | Robinson, Barry (Federal) | 1/9/2018 1:42 PM | Revised Opinion on DOJ Census Questionnaire Request - Citizenship_ju_1_9_18.docx | AC - Attorney Client Privilege | Attorney-client legal memorandum re DOJ request |
| 0005419 | 0005421 | 0005419 | 0005421 | Ron S Jarmin; Enrique Lamas | Stephen L Buckner | Michael C Cook; Christine E Taylor; Burton H Reist | 1/16/2018 07:57 | | | Wall Street Journal op editorial .msg | PII - Personal Privacy | |
| 0005422 | 0005423 | 0005422 | 0005423 | Burton H Reist; Enrique Lamas | Ron S Jarmin | Albert E Fontenot; Joanne Crane; Stephen L Buckner | 1/12/2018 12:11 | | | Re: 2 Items in Clearances -- Citizenship and Residence Criteria.msg | PII - Personal Privacy | |
| 0005424 | 0005427 | 0005424 | 0005428 | Enrique Lamas | Burton H Reist | Ron S Jarmin; Albert E Fontenot; Joanne Crane; Stephen L Buckner | 1/12/2018 10:08 | | | Re: 2 Items in Clearances -- Citizenship and Residence Criteria.msg | PII - Personal Privacy | |
| 0005428 | 0005428 | 0005424 | 0005428 | N/A | Ross, Wilbur | | 1/00/2018 | Amy Smith (CENSUS/POP FED) | 1/12/2018 10:08 AM | Citizenship Question_Response to Congressional Inquiries_01-12-18_v-2.docx | DP - Deliberative Process | Predecisional draft response to stakeholder letters |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0005429 | 0005434 | 0005429 | 0005437 | Numerous | Tara Tadlock | | 1/12/2018 09:45 | | | Week Ahead report for OCIA - January 11, 2018.msg | PII - Personal Privacy | |
| 0005438 | 0005439 | 0005438 | 0005440 | Ron S Jarmin; Enrique Lamas; Albert E Fontenot | Burton H Reist | Joanne Crane; Stephen L Buckner; Benjamin Taylor; Ceci Adriana Villa Ross; Alan Lang; Tara Tadlock | 1/12/2018 09:02 | | | 2 Items in Clearances -- Citizenship and Residence Criteria.msg | PII - Personal Privacy | |
| 0005440 | 0005440 | 0005438 | 0005440 | N/A | Ross, Wilbur | | 1/00/2018 | Amy Smith (CENSUS/POP FED) | 1/12/2018 8:51 AM | Citizenship Question_Response to Congressional Inquiries_01-12-18.docx | DP - Deliberative Process | Predecisional draft response letter to stakeholderse |
| 0005441 | 0005441 | 0005441 | 0005443 | Enrique Lamas | Stephen L Buckner | | 1/9/2018 14:42 | | | Fw: Citizenship Timeline .msg | PII - Personal Privacy | |
| 0005444 | 0005444 | 0005444 | 0005444 | Robin J Bachman; Enrique Lamas; Ron S Jarmin; James T Christy | Timothy P Olson | | 1/5/2018 17:20 | | | Re: Perspective | I've been a census enumerator. Asking about citizenship is a terrible idea. from The Washington Post.msg | AC - Attorney Client Privilege; PII - Personal Privacy | Discussions among counsel providing legal advice on whether a person who was interviewed by WaPo on the citizenship question violated Title 13. |
| 0005452 | 0005454 | 0005452 | 0005454 | Enrique Lamas | Ron S Jarmin | | 1/5/2018 09:04 | | | Fwd: DOJ request to the Census Bureau.msg | PII - Personal Privacy | |
| 0005455 | 0005456 | 0005455 | 0005456 | Karen Kelley | Arturo Vargas | Ron S Jarmin; Enrique Lamas | 1/4/2018 18:44 | | | RE: DOJ request to the Census Bureau.msg | PII - Personal Privacy | |
| 0005457 | 0005458 | 0005457 | 0005458 | Karen Kelley | Arturo Vargas | Ron S Jarmin; Enrique Lamas | 1/4/2018 18:35 | | | DOJ request to the Census Bureau.msg | PII - Personal Privacy | |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0009793 | 0009798 | 0009793 | 0009798 | Jarmin, Ron S | S. Park-Su | | 3/13/2018 10:38 | | | Re: Phone call with Secretary Ross.msg | PII - Personal Privacy | |
| 0009799 | 0009800 | 0009799 | 0009801 | Kelley, Karen (Federal) | S. Park-Su | Willard, Aaron (Federal) | 9/5/2017 11:04 | | | Items to cover w/ Izzy.msg | PII - Personal Privacy | |
| 0009802 | 0009809 | 0009802 | 0009809 | Park-Su, Sahra (Federal) | Ron S Jarmin | | 3/13/2018 10:46 | | | Re: Phone call with Secretary Ross.msg | PII - Personal Privacy | |
| 0009810 | 0009810 | 0009810 | 0009811 | Walsh, Michael (Federal); O'Connor, Kasey (Federal) | Park-Su, Sahra (Federal) | Lenihan, Brian (Federal) | 3/20/2018 23:50 | | | Summaries.msg | DP - Deliberative Process | Pre-decisional draft call summaries |
| 0009811 | 0009811 | 0009810 | 0009811 | N/A | N/A | | 3/12/2018 | SP S | 3/20/2018 6:55 PM | Summaries (3.12.18).docx | DP - Deliberative Process | Pre-decisional draft call summaries |
| 0009834 | 0009834 | 0009834 | 0009834 | Ross, Wilbur | Comstock, Earl | | 9/8/2017 | Comstock, Earl (Federal) | 9/8/2017 11:57 AM | Memo on Census Calls with DOJ.docx | DP - Deliberative Process | Deliberative inter-agency communications regarding census discussions with DOJ |
| 0009843 | 0009843 | 0009843 | 0009843 | N/A | N/A | | | No metadata available | 7/16/2018 3:37 PM | WLR Notes on Draft Decision Memorandum.pdf | WP - Work Product; DP - Deliberative Process | Detailed and thorough handwritten questions, comments, and revisions from Secretary on questions related to citizenship memo |
| 0009856 | 0009856 | 0009856 | 0009856 | N/A | N/A | | 12/28/2017 | No metadata available | 7/18/2018 6:23 PM | KDK 2018 Census Test Dec 2017.pdf | DP - Deliberative Process | Pre-decisional draft of potential survey questionnaire for census test with handwritten notes |
| 0009857 | 0009857 | 0009857 | 0009857 | N/A | N/A | | | No metadata available | 7/18/2018 6:18 PM | KDK 2018 Census Test Form.pdf | DP - Deliberative Process | Handwritten notes on draft of census test survey questionnaire |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0010244 | 0010244 | 0010244 | 0010244 | N/A | N/A | | 3/15/2018 | No metadata available | 7/20/2018 9:46 AM | kdk call agenda for secretary ross, march 15, 2018.pdf | DP - Deliberative Process | Internal pre-call briefing for Secretary Ross and handwritten notes |
| 0010245 | 0010245 | 0010245 | 0010245 | N/A | Census Bureau | | 3/9/2018 | No metadata available | 7/20/2018 9:46 AM | kdk Camerota, Steve - briefing memo for secretary ross, march 13, 2018.pdf | DP - Deliberative Process | Internal pre-call briefing memo for Secretary Ross with handwritten notes |
| 0010246 | 0010246 | 0010246 | 0010246 | N/A | Platt, Mike | | 3/9/2018 | No metadata available | 7/20/2018 9:46 AM | kdk Carper, Tom - briefing memo for secretary ross, march 12, 2018.pdf | DP - Deliberative Process | Internal pre-call briefing memo for SWR with handwritten notes |
| 0010248 | 0010248 | 0010248 | 0010248 | N/A | N/A | | After 1/31/2018 | No metadata available | 7/20/2018 9:46 AM | kdk census memo, 2018.pdf | DP - Deliberative Process | Draft of potential census memo from Secretary with handwritten notes |
| 0010249 | 0010249 | 0010249 | 0010249 | Kelley, Karen Dunn; Uthmeier, James | Feitas, Jessica | | 2/5/2018 | No metadata available | 7/20/2018 9:46 AM | kdk census questions around the world, Feb. 5, 2018.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Draft pre-decisional memo from counsel re census citizenship question in foreign countries with handwritten notes |
| 0010250 | 0010250 | 0010250 | 0010250 | N/A | Platt, Mike | | 3/14/2018 | No metadata available | 7/20/2018 9:46 AM | kdk Connolly, Gerry - briefing memo for secretary ross, march 15, 2018.pdf | DP - Deliberative Process | Pre-call briefing memo for Secretary Ross with handwritten notes |
| 0010251 | 0010251 | 0010251 | 0010251 | N/A | N/A | | | No metadata available | 7/18/2018 6:37 PM | KDK Copy of answered Questions w notes.pdf | DP - Deliberative Process | Handwritten notes on internal draft questions on Jan 19 draft census memo on citizenship question reinstatement request |
| 0010273 | 0010273 | 0010273 | 0010273 | Ross, Wilbur | Abrowd, John | | 2/5/2018 | No metadata available | 7/18/2018 6:39 PM | KDK Copy of Jan 19 memo w notes (2).pdf | DP - Deliberative Process | Predecisional draft of January 19, 2018 Abowd memo with handwritten notes |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0010281 | 0010284 | 0010281 | 0010284 | N/A | N/A | | 7/22/1991 | No metadata available | 7/19/2018 7:56 PM | kdk fed register, part III Dept. of Commerce, july 22, 1991.pdf | DP - Deliberative Process | Handwritten deliberative pre-decisional notes redacted |
| 0010285 | 0010285 | 0010285 | 0010285 | N/A | N/A | | | No metadata available | 7/20/2018 9:46 AM | kdk final record, Feb. 2018.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Predecisional draft list of administrative record considerations |
| 0010286 | 0010286 | 0010286 | 0010286 | N/A | N/A | | | No metadata available | 7/20/2018 9:46 AM | kdk final record.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Predecisional draft list of administrative record considerations |
| 0010287 | 0010287 | 0010287 | 0010287 | N/A | N/A | | 2/22/2018 | No metadata available | 7/19/2018 7:58 PM | KDK FOIA Requests on SOGI and Citizenship FY17 and FY18 02222018.pdf | WP - Work Product; DP - Deliberative Process | Internal list and status of pending FOIA requests on citizenship and SOGI question |
| 0010288 | 0010288 | 0010288 | 0010288 | N/A | N/A | | 2/22/2018 | No metadata available | 7/20/2018 9:46 AM | kdk follow-up census issues, February 22, 2018.pdf | DP - Deliberative Process | Pre-meeting agenda for internal meeting, with handwritten notes |
| 0010289 | 0010289 | 0010289 | 0010289 | N/A | Platt, Mike | | 3/9/2018 | No metadata available | 7/20/2018 9:46 AM | kdk Hood, Jim - briefing memo for secretary ross, march 12, 2018.pdf | DP - Deliberative Process | Pre-call briefing memo with suggested talking points for Secretary's call with Attorney General Hood, with handwritten notes |
| 0010290 | 0010290 | 0010290 | 0010290 | N/A | Lenihan, Brian | | 3/9/2018 | No metadata available | 7/20/2018 9:46 AM | kdk Howard, Jerry - briefing memo for secretary ross, march 13, 2018.pdf | DP - Deliberative Process | Pre-call briefing memo with suggested talking points for Secretary's call with Attorney Jerry Howard, with handwritten notes |
| 0010291 | 0010291 | 0010291 | 0010291 | Ross, Wilbur | Abrowd, John | | 1/19/2018 | No metadata available | 7/18/2018 6:33 PM | KDK Jan 19 Abowd memo w notes.pdf | DP - Deliberative Process | Predecisional draft of January 19, 2018 Abowd memo with handwritten notes |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0010298 | 0010298 | 0010298 | 0010298 | N/A | Census Bureau | | 3/12/2018 | No metadata available | 7/20/2018 9:46 AM | kdk Murdock, Steve - briefing memo for secretary ross, march 15, 2018.pdf | DP - Deliberative Process | Pre-call briefing memo with suggested talking points for Secretary's call with Steve Murdock, with handwritten notes |
| 0010299 | 0010299 | 0010299 | 0010299 | N/A | N/A | | | No metadata available | 7/20/2018 9:46 AM | kdk notes and questions census, January 2018.pdf | DP - Deliberative Process | Pre-decisional deliberative handwritten notes on lined notepaper on census and non-census issues |
| 0010300 | 0010300 | 0010300 | 0010300 | Jarmin, Ron S | Abowd, John | | 1/3/2018 | No metadata available | 7/18/2018 6:35 PM | KDK Notes on Jan 3 Memo to Jarmin.pdf | DP - Deliberative Process | Draft predecisional memo from John Abowd addressing alternatives for responding to DOJ request, with handwritten notes |
| 0010301 | 0010301 | 0010301 | 0010301 | N/A | N/A | | 2/26/2018 | No metadata available | 7/20/2018 9:46 AM | KDK Outstanding Decennial Correspondance 02262018.pdf | DP - Deliberative Process | Internal draft chart with status of response to correspondence on citizenship question |
| 0010302 | 0010310 | 0010302 | 0010310 | Welsh, Kelly | Gary, Arthur | Samuels, Jocelyn; Lofthus, Lee; Mason, Karol; Mizer, Ben; Sabol, William | 6/25/2014 | No metadata available | 7/20/2018 9:46 AM | kdk packet information Jan. 2018.pdf | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | First two pages -- two draft outlines on administrative record considerations, with handwritten notes; fifth page -- handwritten pre-decisional deliberative notes; last page -- excerpted information from ACS handbook and handwritten pre-decisional deliber |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0010341 | 0010341 | 0010341 | 0010341 | N/A | N/A | | 1/00/2018 | No metadata available | 7/20/2018 9:47 AM | kdk questions for AG Sessions, Jan. 2018.pdf | WP - Work Product; DP - Deliberative Process | one page of proposed questions for meeting with Sessions, with handwritten notes; one page of Qs&As with handwritten notes; two pages on sexual and gender identity with handwritten notes; one page of org chart for preparing admin record |
| 0010342 | 0010345 | 0010342 | 0010345 | Jarmin, Ron; Kelley, Karen (Federal); Willard, Aaron (Federal), Uthmeier, James (Federal); Davidson, Peter (Federal) | Comstock, Earl (Federal) | | 1/30/2018 | No metadata available | 7/20/2018 9:47 AM | kdk questions on the January 19 Alternatives Memo, Jan. 30, 2018.pdf | PII - Personal Privacy; DP - Deliberative Process | redacted personal reasons for employee's absence and list of draft questions |
| 0010346 | 0010346 | 0010346 | 0010346 | N/A | N/A | | 3/26/2018 | No metadata available | 7/20/2018 9:47 AM | kdk roll out plan 2020 census questions delivery, march 26, 2018.pdf | DP - Deliberative Process | predecisional draft rollout plan for delivery of census questions |
| 0010347 | 0010347 | 0010347 | 0010347 | N/A | N/A | | 3/26/2018 | No metadata available | 7/20/2018 9:47 AM | kdk roll out plan, march 26, 2018.pdf | DP - Deliberative Process | predecisional draft roll-out plan for census question delivery, with handwritten annotations |
| 0010348 | 0010348 | 0010348 | 0010348 | N/A | Platt, Mike | | 2/28/2018 | No metadata available | 7/20/2018 9:47 AM | kdk Schatz, Brian - briefing memorandum for secretary ross, February 28, 2018.pdf | DP - Deliberative Process | pre-call briefing memo and talking points for Secretary's call with Senator Schatz |
| 0010349 | 0010349 | 0010349 | 0010349 | Ross, Wilbur | Abowd, John | | 2/20/2018 | No metadata available | 7/20/2018 9:47 AM | kdk status of mous for in support of administrative record provisioning of citizenship status, Feb. 20, 2018.pdf | DP - Deliberative Process | draft memo reporting status of MOUs with SSA, USCIS, and State |
| 0010350 | 0010350 | 0010350 | 0010350 | N/A | N/A | | | No metadata available | 7/20/2018 9:47 AM | kdk summary analysis of tbe key differences between alt c and d, 2018.pdf | DP - Deliberative Process | draft memo analyzing alternatives C and D, with handwritten annotation |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0010351 | 0010351 | 0010351 | 0010351 | N/A | N/A | | | No metadata available | 7/20/2018 9:47 AM | kdk summary analysis of the key differences between alt c and d, 2018.pdf | DP - Deliberative Process | draft memo analyzing alternatives C and D, with handwritten annotation |
| 0010352 | 0010352 | 0010352 | 0010352 | N/A | N/A | | | No metadata available | 7/20/2018 9:47 AM | kdk summary of alternatives, 2018.pdf | DP - Deliberative Process | draft of Jan. 19 Abowd memo. |
| 0010353 | 0010353 | 0010353 | 0010353 | N/A | Ross, Wilbur | | 1/00/2018 | No metadata available | 7/20/2018 9:47 AM | kdk template letter 2020 census, January 2018 .pdf | DP - Deliberative Process | draft template for responding to public comments on citizenship question. |
| 0010355 | 0010355 | 0010355 | 0010355 | N/A | Census Bureau | | 3/9/2018 | No metadata available | 7/20/2018 9:47 AM | kdk Vargas, Arturo - briefing memo for secretary ross, march 13, 2018.pdf | DP - Deliberative Process | pre-call briefing memo and talking points for Secretary's call with Arturo Vargas, with handwritten notes from call |
| 0010356 | 0010356 | 0010356 | 0010356 | N/A | N/A | | | No metadata available | 7/20/2018 9:47 AM | kdk, summary analysis of key differences between alt c and alt d, 2018.pdf | DP - Deliberative Process | draft of comparison of alternatives C and D, with handwritten annotations |
| 0010357 | 0010359 | 0010357 | 0010359 | N/A | N/A | | | No metadata available | 7/20/2018 10:03 PM | 2016 Breakoff Rates by Race Group_DR_original20180118.pdf | Proprietary Information | Redactions pursuant to Title 13 |
| 0010382 | 0010384 | 0010382 | 0010384 | N/A | N/A | | | No metadata available | 7/20/2018 10:03 PM | EMBARGOED Breakoffs by Screen and His_Race Group_Percents 2_DR_original20180116.pdf | Proprietary Information | Redactions pursuant to Title 13 |
| 0010385 | 0010385 | 0010385 | 0010385 | N/A | N/A | | | No metadata available | 7/20/2018 10:03 PM | EMBARGOED CIT item_nr_groupbypanelbymode_DR_original20180112.pdf | Proprietary Information | Redacted pursuant to Title 13 |
| 0010386 | 0010393 | 0010386 | 0010393 | N/A | Center for Survey Measurement | | 9/20/2017 | No metadata available | 7/20/2018 10:04 PM | Memo regarding respondent confidentiality concerns_170921_DR_original20171220.pdf | PII - Personal Privacy; Proprietary Information | Material subject to Title 13 |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011035 | 0011035 | 0011035 | 0011036 | Robinson, Barry (Federal); Creech, Melissa L | Uthmeier, James (Federal) | Davidson, Peter (Federal) | 1/5/2018 12:44 | | | PL-DOC-WH_189-0 20180105 546PM RE Legal Review of DOJ's Citizenship Request.msg | AC - Attorney Client Privilege; WP - Work Product | Communications among attorneys regarding drafting of legal memo providing advice to agency officials regarding reinstatement of citizenship question |
| 0011036 | 0011036 | 0011035 | 0011036 | Ross, Wilbur | N/A | | 1/5/2018 | Uthmeier, James (Federal) | 1/5/2018 12:34 PM | Legal Memo to SWR re DOJ Citizenship Request Draft Jan 5 2018.docx | AC - Attorney Client Privilege; WP - Work Product | Draft attorney legal memo providing advice to agency officials regarding DOJ request to reinstate citizenship question |
| 0011047 | 0011047 | 0011047 | 0011047 | Ross, Wilbur | Kelley, Karen Dunn | | 12/8/2017 | rogal002 | 12/7/2017 8:23 AM | CENSUS Memo for Ross Race Eth.doc | DP - Deliberative Process | Draft memo to Secretary of commerce on 2020 census contingency plans for race & ethnicity questions |
| 0011048 | 0011048 | 0011048 | 0011048 | Ross, Wilbur | Kelley, Karen Dunn | | 12/8/2017 | rogal002 | 12/7/2017 8:22 AM | CENSUS Memo for Ross Res Criteria.doc | DP - Deliberative Process | Draft memo to Secretary of Commerce on proposed residence criteria & residence situations for 2020 census |
| 0011160 | 0011162 | 0011160 | 0011162 | Lenihan, Brian (Federal) | Zadrozny, John A. | Uthmeier, James (Federal); Hamilton, Gene (OAG); Sherk, James B. | 2/21/2018 18:02 | | | RE: Conversation Next Week.msg | PII - Personal Privacy | |
| 0011163 | 0011164 | 0011163 | 0011164 | Zadrozny, John A. | Lenihan, Brian (Federal) | Uthmeier, James (Federal); Hamilton, Gene (OAG); Sherk, James B. | 2/21/2018 17:52 | | | Re: Conversation Next Week.msg | PII - Personal Privacy | |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011231 | 0011233 | 0011231 | 0011233 | Page, Ben J. | Ron S. Jarmin | Nancy A. Potok; Snyderman, Rachel B.; Enrique Lamas | 12/19/2017 21:34 | | | Re: Census Question Request.msg | PII - Personal Privacy; DP - Deliberative Process | Redacted material consists of predecisional suggestions on strategy for addressing DOJ request |
| 0011234 | 0011236 | 0011234 | 0011236 | Ron S Jarmin; Nancy A. Potok | Page, Ben J. | Snyderman, Rachel B. | 12/19/2017 17:54 | | | FW: Census Question Request.msg | PII - Personal Privacy; DP - Deliberative Process; Proprietary Information | Deliberations and opinions re first steps for addressing DOJ letter |
| 0011237 | 0011244 | 0011237 | 0011244 | Melissa L Creech | Letitia W McKoy | | 1/8/2018 08:48 | | | Re: Revised Opinion on DOJ Census Questionnaire Request - Citizenship_mc.msg | AC - Attorney Client Privilege; PII - Personal Privacy | Emails between counsel deliberating on legal advice to Secretary |
| 0011245 | 0011245 | 0011245 | 0011245 | Page, Ben J.; Ron S Jarmin | Potok, Nancy A. | Snyderman, Rachel B. | 12/20/2017 14:51 | | | RE: DOJ Letter Dec 12 2017.pdf.msg | PII - Personal Privacy | |
| 0011246 | 0011246 | 0011246 | 0011246 | Ron S Jarmin | Page, Ben J. | Nancy A. Potok; Snyderman, Rachel B. | 12/20/2017 13:07 | | | Re: DOJ Letter Dec 12 2017.pdf.msg | PII - Personal Privacy | |
| 0011247 | 0011247 | 0011247 | 0011247 | N/A | N/A | | 1/11/2018 | No metadata available | 7/20/2018 9:46 AM | kdk agenda for steering committee meeting, Jan. 11, 2018.pdf | DP - Deliberative Process | Handwritten deliberative pre-decisional notes on agenda for internal meeting |
| 0011248 | 0011249 | 0011248 | 0011249 | N/A | N/A | | 2/15/2018 | No metadata available | 7/20/2018 9:46 AM | KDK Agenda Prep for Sec. Monthly Oversight Briefing 02152018.pdf | DP - Deliberative Process | Handwritten notes on internal meeting agenda |
| 0011250 | 0011251 | 0011250 | 0011251 | N/A | N/A | | | No metadata available | No metadata available | KDK Questions re Jan 19 memo w notes (2).pdf | DP - Deliberative Process | draft list of questions about citizenship memo, with handwritten notes on interim thoughts |
| 0011252 | 0011252 | 0011252 | 0011252 | N/A | N/A | | | No metadata available | No metadata available | KDK Questions re Jan 19 memo w notes.pdf | DP - Deliberative Process | draft list of questions on citizenship memo with handwritten notes |

| Prod.: Beg. Bates | Prod.: End Bates | Prod.: Beg. Attach. | Prod.: End Attach. | To | From | CC | Date/Sent | AUTHOR | DATE TIME CRTD | File Name | Privilege | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011354 | 0011354 | 0011354 | 0011354 | Schnell, Austin (Federal) | Uthmeier, James (Federal) | | 7/11/2017 17:56 | | | Re: Hearing Prep - Census.msg | PII - Personal Privacy | |
| 0011355 | 0011355 | 0011355 | 0011355 | Shambon, Leonard (Federal) | Uthmeier, James (Federal) | | 6/27/2017 08:23 | | | Census.msg | AC - Attorney Client Privilege; PII - Personal Privacy; DP - Deliberative Process | discussion of request for legal advice |
| 0011356 | 0011356 | 0011356 | 0011356 | Comstock, Earl (Federal); Uthmeier, James (Federal); Kelley, Karen (Federal) | Walsh, Michael (Federal) | | 3/24/2018 12:26 | | | proposed insert on response rate.msg | AC - Attorney Client Privilege; PII - Personal Privacy; WP - Work Product; DP - Deliberative Process | Discussion of proposed language for decision memo |
| 0011357 | 0011360 | 0011357 | 0011361 | Walsh, Michael (Federal); Comstock, Earl (Federal); Kelley, Karen (Federal) | Uthmeier, James (Federal) | | 3/24/2018 11:22 | | | Re: Draft DOC Decision Memo.msg | AC - Attorney Client Privilege; PII - Personal Privacy; WP - Work Product; DP - Deliberative Process | Email exchange including Commerce counsel and DOJ litigation counsel discussing draft decision memo and proposing edits |
| 0011361 | 0011361 | 0011357 | 0011361 | n/a | n/a | | n/a | Uthmeier, James (Federal) | 3/24/2018 8:22 AM | Census decision memo draft 3.23.18.docx | AC - Attorney Client Privilege; WP - Work Product; DP - Deliberative Process | Draft decision memo in track changes mode |
| 0011362 | 0011362 | 0011362 | 0011363 | Ross, Wilbur | Comstock, Earl (Federal) | Teramoto, Wendy (Federal) | 8/11/2017 16:12 | | | Memo on Census Question.msg | PII - Personal Privacy; DP - Deliberative Process | Discussion of process for preparing and reviewing legal memo. |
| 0011363 | 0011363 | 0011362 | 0011363 | Secretary Wilbur Ross, Wendy Teramoto, Earl Comstock | James Uthmeier | | 8/11/2017 | Austin Schnell | 8/11/2017 4:07 PM | Census Memo Draft2 Aug 11 2017.docx | AC - Attorney Client Privilege; DP - Deliberative Process | Draft legal memo on citizenship question and the census |
| 0011364 | 0011364 | 0011364 | 0011365 | Uthmeier, James (Federal) | Schnell, Austin (Federal) | | 7/13/2017 18:30 | | | Census Responses .msg | PII - Personal Privacy | |
| 0011365 | 0011365 | 0011364 | 0011365 | n/a | n/a | | n/a | Schnell, Austin (Federal) | 7/11/2017 1:40 PM | Hearing Prep - Census.docx | AC - Attorney Client Privilege; DP - Deliberative Process | Draft Qs&As for hearing prep |