# EXHIBIT B

Page 1

1    UNITED STATES DISTRICT COURT
2    SOUTHERN DISTRICT OF NEW YORK
3    Case No. 1:18-CF-05025-JMF
4    ---------------------------------x
     NEW YORK IMMIGRATION COALITION, ET AL.,
5
               Plaintiffs,
6
7
         - against -
8
9
     UNITED STATES DEPARTMENT OF COMMERCE,
10   ET AL.,
11             Defendants.
     ---------------------------------x
12                 August 24, 2018
                   9:07 a.m.
13
14
15       Videotaped Deposition of WENDY
16   TERAMOTO, taken by Plaintiffs, pursuant to
17   Notice, held at the offices of Arnold &
18   Porter Kaye Scholer LLP, 250 West 55th
19   Street, New York, New York, before Todd
20   DeSimone, a Registered Professional
21   Reporter and Notary Public of the State of
22   New York.
23          VERITEXT LEGAL SOLUTIONS
               MID-ATLANTIC REGION
24       1250 Eye Street NW - Suite 350
               Washington, D.C. 20005
25

```
 1    A P P E A R A N C E S:
 2    ARNOLD & PORTER KAYE SCHOLER LLP
      601 Massachusetts Avenue, NW
 3    Washington, D.C. 20001
             Attorneys for New York Immigration
 4           Coalition, CASA De Maryland,
             American-Arab Anti-Discrimination
 5           Committee, ADC Research Institute and
             Make the Road New York
 6    BY:   DAVID GERSCH, ESQ.
                david.gersch@arnoldporter.com
 7           DYLAN SCOT YOUNG, ESQ.
                dylan.young@arnoldporter.com
 8           CHASE R. RAINES, ESQ. (Via Phone)
                chase.raines@arnoldporter.com
 9
10
      AMERICAN CIVIL LIBERTIES UNION
11    125 Broad Street
      18th Floor
12    New York, New York 10004
             Attorneys for New York Immigration
13           Coalition
      BY:   DALE HO, ESQ.
14              dale.ho@@aclu.org
15
16
      COVINGTON & BURLINGTON LLP
17    850 Tenth Street, NW
      Washington, D.C. 20001
18           Attorneys for Kravitz Plaintiffs
      BY:   DANIEL T. GRANT, ESQ.
19              dgrant@cov.com
20
21
      DANIELS WOLIVER KELLEY
22    115 Pine Avenue
      Suite 500
23    Long Beach, California 90802
             Attorneys for Los Angeles Unified
24           School District
      BY:   KEITH YEOMANS, ESQ. (Via Phone)
25              kyeomans@dwkesq.com
```

Page 3

```
 1   A P P E A R A N C E S: (Continued)
 2   MALDEF
     1512 14th Street
 3   Sacramento, California 95814
          Attorneys for LUPE Plaintiffs
 4   BY:  DENISE HULETT, ESQ.
            dhulett@maldef.org
 5          JULIA GOMEZ, ESQ.
            jgomez@maldef.org
 6          ANDREA SENTENO, ESQ. (Via Phone)
            asenteno@maldef.org
 7
 8
     ASIAN AMERICANS ADVANCING JUSTICE
 9   1620 L Street, NW
     Suite 1050
10   Washington, D.C. 20036
          Attorneys for LUPE Plaintiffs
11   BY:  NIYATI SHAH, ESQ. (Via Phone)
            nshah@advancingjustice-aajc.org
12
13
14
     MANATT, PHELPS & PHILLIPS LLP
15   7 Times Square
     New York, New York 10036
16          Attorneys for City of San Jose & Black
            Alliance for Just Immigration
17   BY:  ANDREW CASE, ESQ.
            acase@manatt.com
18
19
20   LAWYERS COMMITTEE FOR CIVIL
     RIGHTS UNDER LAW
21   1401 New York Avenue, NW
     Suite 400
22   Washington, D.C. 20005
          Attorneys for City of San Jose & Black
23          Alliance for Just Immigration
     BY:  EZRA ROSENBERG, ESQ.
24          erosenberg@lawyerscommittee.org
25
```

Page 4

1   A P P E A R A N C E S: (Continued)
2   STATE OF CALIFORNIA
    DEPARTMENT OF JUSTICE
3   OFFICE OF THE ATTORNEY GENERAL
    1300 I Street
4   P.O. Box 944255
    Sacramento, California 94244
5           Attorneys for State of California
    BY:   GABRIELLE BOUTIN, ESQ.
6           gabrielle.boutin@doj.ca.gov
            MATTHEW WISE, ESQ. (Via Phone)
7           matthew.wise@doj.ca.gov
8
    STATE OF NEW YORK
9   OFFICE OF THE ATTORNEY GENERAL
    28 Liberty Street
10  New York, New York 10005
            Attorneys for State of New York
11  BY:   ELENA GOLDSTEIN, ESQ.
            elena.goldstein@ag.ny.gov
12          MATTHEW COLANGELO, ESQ.
            matthew.colangelo@ag.ny.gov
13          ALEX W. FINKELSTEIN, ESQ.
            alex.finkelstein@ag.ny.gov
14
15
16  U.S. DEPARTMENT OF JUSTICE
    20 Massachusetts Avenue
17  Washington, D.C. 20530
            Attorneys for Defendants
18  BY:   CARLOTTA WELLS, ESQ.
            carlotta.wells@usdoj.gov
19          KATE BAILEY, ESQ.
            kate.bailey@usdoj.gov
20
21
22
23
24
25

Page 5

1  A P P E A R A N C E S: (Continued)

2  U.S. DEPARTMENT OF COMMERCE

   1401 Constitution Avenue, NW

3  Washington, D.C. 20230

        Attorneys for Defendants

4  BY:   MICHAEL J. WALSH, JR., ESQ.

           mwalsh@doc.gov

5         DAVID M.S. DEWHIRST, ESQ.

           ddewhirst@doc.gov

6

7

8

9  ALSO PRESENT:

10    CARLOS KING, Videographer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

```
1                    I N D E X
2
3  WITNESS          EXAMINATION BY          PAGE
4  TERAMOTO     GERSCH                          9
                GOMEZ                         142
5               CASE                          170
                WELLS                         241
6
7

             E X H I B I T S
8
   TERAMOTO       DESCRIPTION             PAGE
9  Exhibit 1  Bates 001321                  23
   Exhibit 2  Bates 0003699                 28
10 Exhibit 3  Bates 000763-000764           38
   Exhibit 4  Bates 0002461                 49
11 Exhibit 5  Bates 0001411-0001412         58
   Exhibit 6  Bates 0002519-0002520         63
12 Exhibit 7  Bates 0002458                 67
   Exhibit 8  Bates 0002628-0002629         71
13 Exhibit 9  Bates 0002651-0002652         75
   Exhibit 10 Bates 0002528                 83
14 Exhibit 11 Bates 0002636-0002638         87
   Exhibit 12 Bates 001313-001320          115
15 Exhibit 13 Bates 0003694                195
   Exhibit 14 Bates 0003695-0003697        199
16 Exhibit 15 Prepared Statement of        205
              John H. Thompson
17 Exhibit 16 Bates 0002167-0002169        211
   Exhibit 17 Bates 0002646-0002648        216
18 Exhibit 18 Bates 0002160-0002162        221
   Exhibit 19 Bates 0002199-0002204        223
19 Exhibit 20 Bates 0002525                226
   Exhibit 21 Bates 0003597                229
20
21
22
23
24
25
```

1   DIRECTIONS NOT TO ANSWER

2   Page        Line

    72          1

3   72          13

    81          11

4   114         16

5

6   REQUESTS

7   Page        Line

       (NONE)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 8

1          THE VIDEOGRAPHER: Good morning.
2    We are going on the record at 9:07 a.m. on
3    August 24th, 2018.
4          Please note that the
5    microphones are sensitive and may pick up
6    whispering, private conversations and
7    cellular interference.  Please turn off all
8    cell phones or place them away from the
9    microphones as they can interfere with the
10   deposition audio.  Audio and video
11   recording will continue to take place
12   unless all parties agree to go off the
13   record.
14          This is media unit number one
15   of the video-recorded deposition of Wendy
16   Teramoto taken by counsel for plaintiffs in
17   the matter of New York Immigration
18   Coalition, et al., versus United States
19   Department of Commerce, et al., filed in
20   the United States District Court, Southern
21   District of New York, case number
22   1:18-CF-05025-JMF.  This deposition is
23   being held at the offices of Arnold &
24   Porter located at 250 West 55th Street, New
25   York, New York.

1          My name is Carlos King from the

2   firm of Veritext and I am the videographer.

3   The court reporter is Todd DeSimone also

4   from Veritext.  I'm not authorized to

5   administer an oath, I'm not related to any

6   party in this action, nor am I financially

7   interested in the outcome.

8          All appearances will be noted

9   on the steno record.  Will the court

10  reporter please swear in the witness.

11       *   *   *

12  W E N D Y   T E R A M O T O,

13  called as a witness, having been first duly

14  sworn, was examined and testified

15  as follows:

16  EXAMINATION BY MR. GERSCH:

17       Q.     Please state your name and work

18  address.

19       A.     My name is Wendy Teramoto and I

20  work at the Department of Commerce in

21  Washington.

22       Q.     Do you do your work in

23  Washington D.C.?

24       A.     Yes, sir.

25       Q.     And how are you employed at the

Page 10

1   Department of Commerce?  What is your
2   position or title?
3          A.     I am the chief of staff and
4   senior advisor.
5          Q.     And for how long have you held
6   that position?
7          A.     Just about a year.
8          Q.     Let's go back a little.  I want
9   to get some background first and then we
10  will move forward.
11             I understand that you graduated
12  from the University of Colorado at Boulder;
13  is that right?
14         A.     Yes, sir.
15         Q.     In 1996?
16         A.     Yes, sir.
17         Q.     With a degree in accounting?
18         A.     Yes, sir.
19         Q.     And graduated with honors?
20         A.     Yes, sir.
21         Q.     You are a founding partner of
22  WL Ross & Company in 2000?
23         A.     I believe it was 2000, yes,
24  sir.
25         Q.     What did you do between

Page 11

1  graduation from the University of Colorado

2  and starting WL Ross?

3       A.    Sure.  So after I graduated I

4  worked for one year at Price Waterhouse in

5  New York City and then after Price

6  Waterhouse I started working at a firm

7  called Rothschild.

8       Q.    And what did you do at

9  Rothschild?

10      A.    At Rothschild I started as an

11 associate, and Rothschild is a huge

12 investment banking firm and so I worked on

13 some of the M&A transactions as well as the

14 Rothschild Recovery Fund.

15      Q.    When did you first meet

16 Secretary Ross?

17      A.    It would have been when I

18 started working at Rothschild.

19      Q.    Was he at Rothschild?

20      A.    Yes, sir.

21      Q.    And did you work on matters

22 with him?

23      A.    Yes, sir.

24      Q.    What kind of matters?

25      A.    The Rothschild Recovery Fund.

Page 12

1       Q.      So would this have started in
2   about 1997-1998?
3       A.      1997.
4       Q.      How did you become a founding
5   partner of WL Ross?
6               MS. WELLS:  I object to the
7   form.
8       A.      I don't understand the
9   question.
10      Q.      Well, let me ask this:  You are
11  an equity partner in -- you were an equity
12  partner in WL Ross?
13              MS. WELLS:  I object to the
14  form.
15      A.      Well, in WL Ross, the holding
16  company?
17      Q.      Let's start with that, sure.
18      A.      There was only two owners,
19  owners, that I believe of the, as you call,
20  equity in WL Ross & Co.
21      Q.      And who were they?
22      A.      That would have been Wilbur
23  Ross and his daughter.
24      Q.      The WL Ross that you were a
25  founding partner of, is that the holding

Page 13

```
 1   company or a different WL Ross?
 2        A.      There is the WL Ross & Co.,
 3   which I was a founding partner in.
 4        Q.      And what did it mean to be a
 5   founding partner?
 6        A.      I was one of -- to me, I don't
 7   know what your interpretation --
 8        Q.      Yours is fine.
 9        A.      To me, you know, I was one of
10   the original employees/partners of the
11   firm.
12        Q.      And how many original
13   employees/partners were there?
14        A.      I don't remember right now.
15        Q.      Was it ten or was it five or
16   was it twenty or some other number,
17   roughly?  I'm trying to get a rough sense.
18        A.      Again, I don't remember.
19        Q.      Do you hold -- I assume you no
20   longer hold a position at WL Ross?
21                MS. WELLS:  I object to the
22   form.
23        Q.      Is that correct?
24        A.      I am no longer employed at WL
25   Ross & Co.
```

1    Q.     Do you have any continuing

2  involvement with any of the companies that

3  WL Ross & Co. either invested in or

4  started?

5             MS. WELLS:  I'm going to object

6  to the form.

7       Q.     You can answer.

8       A.     Can you repeat the question,

9  please?

10      Q.     The question is whether --

11      A.     I asked him to repeat it.

12      Q.     That's all right, I'm allowed

13  to do it.

14             MR. WALSH:  She is also allowed

15  to ask the court reporter.  Let's have the

16  court reporter read the question back.

17  Let's not bully the witness in the first

18  five minutes of the deposition.

19      A.     You asked a very specific

20  question, sir, and I don't want you to

21  paraphrase it unless you say the exact same

22  thing.

23      Q.     Ma'am, I'm allowed to change

24  the question.

25      A.     Okay.

1      Q.      The question will be what I

2   ask.  Let's do this:  Have you been deposed

3   before?

4      A.      Yes, sir.

5      Q.      How many times?

6      A.      Times in terms of cases or

7   times in terms of days?

8      Q.      On how many -- in how many

9   cases have you been deposed, roughly?

10      A.      I think two.

11      Q.      Have you given testimony at

12   trial or at hearing before?

13      A.      Yes.

14      Q.      In how many cases?

15      A.      Once.

16      Q.      What was the case about?

17      A.      My neighbor, my former

18   neighbor, had gotten into trouble and so

19   they had called me as a witness to see if

20   he lived in the building.

21      Q.      Got it.

22      A.      So I had to go to court to

23   testify that I had seen him in the

24   building.

25      Q.      All right.  So I don't know how

1   the other depositions were conducted, I'm

2   going to ask you questions, all I ask is

3   that you answer them truthfully.  If you

4   don't understand them, please ask me to

5   rephrase, tell me you don't understand, or

6   something like that.  Can we agree on that?

7          A.     Sure.

8          Q.     If you need to take a break at

9   any time, just let us know and we will take

10  a break.  No one is here, you know, this is

11  not prison, so will you agree to do that?

12         A.     If I need to take a break, I

13  will definitely let you know.

14         Q.     And these fine folks, they may

15  want you to take a break at some point.

16         A.     Sure, or this whole plethora of

17  people.

18         Q.     Yes.  Is there any reason you

19  can't give truthful testimony here today?

20         A.     No, sir.

21         Q.     Do you have any other source

22  of -- are you employed in any other way

23  other than in your position at the

24  Department of Commerce right now?

25         A.     My only employment is at the

1   Department of Commerce.

2        Q.      And when did you start working

3   at the Department of Commerce?

4        A.      Sometime in 2017.

5        Q.      Early 2017?

6        A.      I mean, I can guess.

7        Q.      I don't want you to guess.  I'm

8   asking you for an understanding, your best

9   recollection.

10       A.      My best recollection would have

11  been in about March of 2017.

12       Q.      When did Mr. Ross ask you to be

13  chief of staff?

14       A.      I don't remember.

15       Q.      You said you also hold a

16  position of senior advisor; is that right?

17       A.      Sure.

18       Q.      Do those have different duties

19  than chief of staff?

20       A.      I'm not sure how to answer that

21  question.

22       Q.      All right.  Let's ask this:

23  There came a time when Mr. Ross asked you

24  to become chief of staff certainly?

25       A.      Well, we had talked about it

Page 18

1   clearly.

2       Q.      And what did he say to you and

3   what did he say he wanted you to do in that

4   position?

5       A.      I mean, I don't remember.  This

6   was, you know, well over, you know, well

7   over a year and a half, two years ago.

8       Q.      And you don't remember anything

9   about your discussion with Mr. Ross when he

10  asked you to be chief of staff for the

11  Secretary of Commerce?

12      A.      Nothing specific.  We had

13  generally talked about whether I would want

14  to be involved, but there was no -- I mean,

15  neither myself nor Mr. Ross, to my

16  knowledge, I certainly have never worked in

17  the government before, so an idea of a

18  chief of staff, you know, I was there to

19  help him.  I don't think -- we never had a

20  discussion of I need my chief of staff to

21  do this, because, to my knowledge, he has

22  never had a chief of staff.

23      Q.      Okay.  So did you have a

24  discussion about what he wanted you to do

25  to help him?

Page 19

1       A.      I don't remember ever having a
2   specific question of or discussion of what
3   I was specifically going to do to help him.
4       Q.      Okay.  You report directly to
5   him as chief of staff; is that right?
6       A.      Yes, sir.
7       Q.      How would you describe your
8   job?
9       A.      It depends on the day.  So I
10  would say a large portion of my job is
11  helping to run the Department of Commerce.
12  The Commerce Department has, you know, I
13  believe a large range of different
14  departments that do different things, and
15  so depending on what's happening there will
16  be different departments that I work more
17  with or different things depending on
18  what's going on.
19              So, for example, trade is
20  obviously a large thing that the Secretary
21  has been involved in, so I will go to trade
22  meetings, you know, I will work with the
23  other agencies on some of the trade-related
24  issues.  You know, it just depends on
25  what's happening that day or that week.

Page 20

1      Q.      Were you resident in New York
2  before going to the Commerce Department?
3      A.      Yes, sir.
4      Q.      When did you move down to
5  Washington?
6      A.      Well, I'm not sure what you
7  mean by move down.  I started spending a
8  lot of my time in, you know, say, March.
9  I'm still a resident in New York but I also
10  own a place in D.C. as well.
11      Q.      Roughly how much time do you
12  spend in D.C.?
13      A.      The vast majority of my time.
14      Q.      Okay.  Did other people from
15  any of the WL Ross companies come to
16  Washington to work at Commerce besides
17  yourself?
18      A.      Not that I'm aware of.
19      Q.      Did Brooke Alexander work for
20  any of the WL Ross companies?
21      A.      Not that I know of.
22      Q.      To your knowledge, did she have
23  a prior relationship with the Secretary?
24      A.      Prior to her working at the
25  Department of Commerce?

Page 21

1      Q.      Correct.

2      A.      No.

3      Q.      By the way, when I refer to the

4    Secretary, will you understand that I mean

5    Secretary Ross?

6      A.      Sure.

7      Q.      How about Under Secretary Karen

8    Dunn Kelley, did she have a prior

9    connection with the Secretary as far as you

10   know?

11     A.      Well, she worked at Invesco

12   She did not work -- I believe that you had

13   asked WL Ross.

14     Q.      I'm just asking about Secretary

15   Kelley now, Under Secretary Kelley, did she

16   have a prior relationship with Secretary

17   Ross?

18     A.      No, but I'm just clarifying

19   your question.  You just specifically asked

20   about WL Ross & Co., if anybody came from

21   WL Ross & Co.

22     Q.      I did ask that question

23   earlier.  Now I'm asking about Under

24   Secretary Kelley, did she have a prior

25   relationship with the Secretary?

1    A.    Well, she did not work at WL

2  Ross & Co., but she had worked at Invesco

3  and Invesco purchased WL Ross & Co.

4    Q.    Other than yourself -- and I

5  take it Under Secretary Kelley would have

6  known Secretary Ross from that context?

7    A.    Sure.

8    Q.    Other than yourself and Under

9  Secretary Kelley, is there anyone else at

10  the Commerce Department now in a senior

11  position who has had a prior relationship

12  with Secretary Ross?

13          MS. WELLS:  I object to the

14  form.

15    A.    I mean, not to my knowledge,

16  but when you say prior relationship, I

17  mean, the Secretary knows a lot of people,

18  so if he had known somebody and met

19  somebody at some other gathering ten years

20  ago and they happened to now work at

21  Commerce, sir, I just -- I don't know.

22    Q.    I understand.

23    A.    To the -- I'm just thinking

24  through.  I can't think of anybody now.

25    Q.    All right.  When did you first

Page 23

1   hear about the notion of adding a question
2   about citizenship to the census?
3        A.     I just don't remember.
4        Q.     Is there any way you would be
5   able to date that?
6        A.     No.
7        Q.     Is there any kind of document
8   that you remember as -- well, withdrawn.
9               How did you first hear about
10  the notion of adding a citizenship question
11  to the census?
12       A.     I don't remember.
13       Q.     Would that be reflected in any
14  documents?
15       A.     Not that I would be aware of.
16              MR. GERSCH:  Let's mark as
17  Teramoto Exhibit 1 a document Bates stamped
18  1321.
19              (Teramoto Exhibit 1 marked for
20  identification.)
21       Q.     I have handed the witness an
22  exhibit marked Teramoto Exhibit 1 titled
23  The Supplemental Memorandum of Secretary of
24  Commerce Wilbur Ross Regarding the
25  Administrative Record in Census Litigation.

Page 24

1          Do you have that in front of
2    you?

3        A.      Yes, sir.

4        Q.      If you look down to the second
5    sentence, Secretary Ross writes "Soon after
6    my appointment as Secretary of Commerce, I
7    began considering various fundamental
8    issues regarding the upcoming 2020 census,
9    including funding and content.  Part of
10   these considerations included whether to
11   reinstate a citizenship question, which
12   other senior Administration officials had
13   previously raised."

14          Let me just stop there.  He
15   says that soon after the appointment, his
16   appointment as Secretary of Commerce, if I
17   tell you that he was appointed in February
18   of 2017, shortly before you became chief of
19   staff, does that help you date when you
20   first learned that there was an interest in
21   adding a citizenship question?

22       A.      May I read this, please?

23       Q.      Certainly.

24          (Witness perusing document.)

25       A.      Okay.  This is the first time

1    I've seen this memo, sir.

2         Q.      All right.  Whether it is the

3    first time you have seen it or not -- by

4    the way, that's Secretary Ross' signature

5    on it?

6         A.      It looks like it to me.

7         Q.      That's all I need to know.  All

8    right.

9              My question is whether this

10   document refreshes your recollection that

11   you would have first heard about the idea

12   of adding a citizenship question to the

13   census early in 2017.

14              MS. WELLS:  I object to the

15   form.

16       A.      No.  I mean, what I most

17   remember when we talked about the census,

18   and I wasn't really involved in the census

19   sort of overview of the department, the

20   discussions around census I had always

21   remember really had focused on, one was

22   trying to get a handle on the budget and

23   what contracts had already been agreed to,

24   and, you know, where are we in terms of the

25   numbers.

1              The second thing that was

2   talked about a lot was how is the Census

3   Department going to be able to ramp up the

4   employment of I believe it is half a

5   million people over a very short amount of

6   time and how are we going to do that

7   effectively.  And then, you know, what do

8   you do to ensure that there is the most

9   accurate count.

10              I mean, those are the themes.

11  I don't remember specifically the question

12  that you are talking about.

13      Q.     You don't remember the -- well,

14  withdrawn.

15              Do you remember that there was

16  a time when the question of adding a

17  citizenship question to the census came up?

18              MS. WELLS:  I object to form.

19      A.     I don't remember a specific

20  conversation or meeting where it came up.

21              And I should also tell you,

22  sir, you know, I was not -- I was not

23  involved in most of the census meetings at

24  all.  I mean, you know, when you look at

25  Commerce, some of the departments that we

Page 27

1  have are extremely scientific and

2  technical.  NOAA is one of them and Census

3  is another one.  So, you know, I was not

4  involved in those areas.

5       Q.     Did you have any responsibility

6  or did you undertake to do anything with

7  respect to getting the citizenship question

8  on the census?

9       A.     I'm not sure what you mean by

10  any responsibility.

11       Q.     Did you undertake any tasks

12  related to trying to get a citizenship

13  question put on the census?

14       A.     Did I personally?  No.

15       Q.     None whatsoever?

16       A.     Did I ever -- I guess I'm a

17  little confused.  You are asking if I did

18  anything for the citizenship question?

19       Q.     I'm asking if you did anything

20  to try and help get a citizenship question

21  put on the census.

22       A.     No.

23              MR. GERSCH:  Let's mark

24  Teramoto Exhibit 2.

25                   Counsel, this is a two-page

Page 28

1    document.  The second page, for reasons I
2    don't understand, are blank.  I propose
3    only to mark the first page, unless you
4    object.
5              MS. WELLS:  No objection.
6              (Teramoto Exhibit 2 marked for
7    identification.)
8         Q.     For the record, this is Bates
9    stamped 3699.  It is an e-mail thread, the
10   top one of which states that it is from
11   Secretary Ross sent May 2nd, 2017 to Wendy
12   Teramoto, "Re: Census."
13             Take a moment to read this, I
14   think most of it is blacked out, and let me
15   know when you've had a chance to do that.
16             (Witness perusing document.)
17        A.     Okay.
18        Q.     Ms. Teramoto, let me direct you
19   to the middle of the document where it says
20   "Begin Forwarded Message: From: Alexander,
21   Brooke, To: Wendy Teramoto."
22             Do you see that?
23        A.     Uh-huh.  Yes, sir.
24        Q.     So this appears that she is
25   forwarding a message, and then the message

Page 29

1   that she appears to be forwarding is headed

2   Original Message from Wilbur Ross to Earl

3   Comstock and Ellen Herbst.

4            You see that, right?

5       A.     Correct.  I'm not on the

6   original e-mail.

7       Q.     Correct.

8            And then Secretary Ross has

9   written "Worst of all, they emphasize they

10  have settled with Congress on the questions

11  to be asked.  I am mystified why nothing

12  have been done in response to my months old

13  request that we include the citizenship

14  question.  Why not?"

15           All right, this question

16  appears to have been forwarded to you May

17  2nd, 2017.  Do you remember that?

18      A.     I don't -- I don't remember

19  receiving it.

20      Q.     Do you deny receiving it?

21      A.     No.

22      Q.     And then above the forwarding

23  part, there is a message that says "Wendy

24  Teramoto wrote:  I continue to talk

25  frequently with Marc Neumann and we often

Page 30

```
 1    have dinner together.  He will not leave
 2    les, but is in love with the census and
 3    talks about it nonstop.  Do you want me to
 4    set up another meeting?  Let me know if you
 5    want to have a drink or get together over
 6    the weekend."
 7              Then Secretary Ross has written
 8    in response to you, "Let's try to stick him
 9    in there for a few days to fact-find."
10              Do you see that?
11        A.    Yes, sir.
12        Q.    So you would have received this
13    at the beginning of May, and the message
14    that is forwarded to you has Secretary Ross
15    complaining that nothing has been done in
16    response to his months-old request that we
17    include a citizenship question.
18              Does this help you remember
19    that you had some involvement in getting
20    the citizenship question on the census?
21        A.    No.
22              MS. WELLS:  Objection to form.
23        A.    Well, wait a minute.  First of
24    all, this is -- this is two sentences out
25    of an e-mail that I have no idea what else
```

Page 31

1  was said.  It is titled Census.

2           So this has -- I mean, just

3  because, you know, for you to imply that

4  because I had suggested he set up a meeting

5  or talk to somebody who worked on the

6  transition team for census has nothing to

7  do with, in my eyes, the citizenship

8  question.  It has to do with the census as

9  a whole.

10      Q.    Ms. Teramoto, you started

11  earlier in your answer referencing that

12  there were things in the message that you

13  can't read.

14           Do you understand that it is

15  the government lawyers who have blocked

16  that information out?

17      A.    Between all the lawyers, I

18  mean, you know, it's not -- I'm not part of

19  the process of what is shown or what's not.

20  I know that they follow the rules and

21  regulations of what they are supposed to

22  do.

23      Q.    My question is, do you

24  understand that it is the government

25  lawyers who have blocked that information

Page 32

1   out that you say you can't read on here?

2        A.      If that's what you are telling

3   me, I have no reason to believe that it's

4   not true.

5        Q.      All right.  When Secretary Ross

6   says "I'm mystified why nothing have been

7   done in response to my months old request,"

8   why did Secretary Ross request as of

9   several months apparently before May 2nd,

10  2017, why did he request that a citizenship

11  question be included on the census?

12       A.      I have no idea.  I mean, as you

13  have correctly pointed out, this was in

14  May.  I didn't write the e-mail and I

15  wasn't even -- he didn't even send it to

16  me.

17       Q.      I take it your testimony is

18  that Secretary Ross never told you the

19  reason that he made such a request?

20       A.      I have never asked.

21       Q.      That's not my question.  Did he

22  ever tell you?

23       A.      No.

24       Q.      Did you ever learn to whom he

25  made that request?

Page 33

```
 1        A.      Of what?
 2        Q.      The request to add a
 3   citizenship question.
 4                MS. WELLS:  I object to form.
 5        A.      I guess I'm confused.  Can you
 6   please repeat the question?
 7        Q.      Certainly.
 8                He says he "made a months old
 9   request that we include a citizenship
10   question."  Did you ever learn to whom he
11   made the request?
12        A.      I have no idea.
13        Q.      All right.  So this is
14   forwarded to you by Brook Alexander, and
15   you respond by saying that you talk
16   frequently with Marc Neumann and asking if
17   the Secretary wants to meet with him.
18                Who is Marc Neumann?
19        A.      So Marc Neumann was somebody
20   that I met on the transition team who had
21   worked at Census before.
22        Q.      And did you discuss the
23   citizenship question with Marc Neumann?
24        A.      Did I?
25        Q.      Yes.
```

1      A.      Not that I remember.

2      Q.      And --

3      A.      Again, a lot of the census

4  focus was on the budget and how are you

5  going to properly ramp up half a million

6  employees in such a short amount of time.

7      Q.      When Secretary Ross says "Let's

8  try to stick him in there for a few days to

9  fact-find," did you do that?

10     A.      I believe so, but I don't -- I

11 believe I did, but I don't remember when.

12     Q.      Okay.  And when you say you

13 believe you did, what is it that you had

14 him do?  Did you have him go down to the

15 Census Bureau?

16     A.      Have who go down?

17     Q.      Mr. Neumann.

18     A.      No.

19     Q.      When it says "Let's try to

20 stick him in there a few days to

21 fact-find," who is the "him"?

22     A.      I mean, I didn't write the

23 e-mail.  If you want me to guess.

24     Q.      This is from the Secretary to

25 you, correct?

Page 35

```
 1        A.      Correct.
 2        Q.      And you are his chief of staff?
 3        A.      Well, I wasn't in -- not in
 4   that time period.
 5        Q.      You weren't the chief of staff
 6   on May 2nd, 2017?
 7        A.      No.
 8        Q.      What were you with respect to
 9   Commerce?
10        A.      I was a senior advisor.
11        Q.      In any case, Secretary Ross
12   sent it to you?
13        A.      Sure, on May 2nd, there is an
14   e-mail from Wilbur Ross to me.
15        Q.      And he asked you "Let's try to
16   stick him in there."
17        A.      Correct.
18        Q.      And I'm asking you -- and you
19   said you did it, that was your testimony,
20   correct?
21        A.      You were asking me who is
22   "him," and I'm telling you I think it is
23   Marc Neumann.
24        Q.      That's what I asked.  I didn't
25   think you had answered it originally.  All
```

Page 36

```
 1   right, thank you.
 2              And where did you stick him for
 3   a few days to fact-find?
 4       A.      I'm not sure how to answer that
 5   question.  I don't think I stuck Marc
 6   Neumann anywhere.
 7       Q.      I'm just using the Secretary's
 8   language, it's not yours.  Secretary Ross
 9   says "Let's stick him in there."  Where is
10   "in there"?
11       A.      I believe he is saying let's --
12   this is me trying to guess what "stick him
13   in there" meant over a year ago, but I
14   believe it is trying to find something on
15   his calendar to meet with him.  I don't
16   think he literally meant to stick Marc
17   Neumann somewhere.
18       Q.      So if I understand you
19   correctly, when he says "Let's try and
20   stick him in there for a few days," are you
21   saying what Secretary Ross means is can you
22   get Mr. Neumann on my calendar?
23       A.      I mean, when I look at it, it
24   would have been something like that.  There
25   was never a time period when I tried to
```

Page 37

1    stick Marc Neumann in anyplace.

2         Q.      All right.  Does your thinking

3    this has to do with getting him on the

4    calendar, does that square with the "for a

5    few days to fact-find"?

6         A.      Again, I mean, you asked me

7    what I thought, if I had read it.  I would

8    have said get him on the calendar, even

9    today.

10        Q.      So if I understand your

11   testimony, you were not chief of staff at

12   this time, you were a senior advisor, and

13   so you would have become chief of staff

14   sometime after May 2nd, 2017; is that

15   right?

16        A.      I would -- it is correct to say

17   that I would become chief of staff after

18   May 2nd of 2017.

19        Q.      Do you connect or relate

20   becoming chief of staff to any particular

21   event?  I'm trying to get a rough sense of

22   the date.  So I'm trying to understand --

23        A.      Oh, you should have just asked.

24             No, I believe I became chief of

25   staff, I don't have the exact date, sir,

1   but it was -- I believe it was right at the

2   end of July of 2017.

3          Q.      Did you ever speak with Marc

4   Neumann about the citizenship question?

5          A.      Not that I remember.

6          Q.      You are still chief of staff

7   today, correct?

8          A.      As far as I know, sir.

9          Q.      Let's mark another document.

10  Let's have this marked as Teramoto Exhibit

11  No. 3.  It is a two-page document, 763 and

12  764.

13                 (Teramoto Exhibit 3 marked for

14  identification.)

15         A.      Is this the entire e-mail, sir?

16         Q.      That's what has been produced

17  to us.

18         A.      Okay.  Would you like me to

19  read it, sir?

20         Q.      I'm going to ask you a question

21  about it, and at that point I would say

22  read it to the extent you need to read it

23  to answer the question.

24         A.      Okay.

25         Q.      So this is an e-mail chain,

Page 39

1   which at the top says from Kris Kobach to

2   Wendy Teramoto, CC Brooke Alexander, Israel

3   Hernandez, date is July 24th, 2017.

4              And my first question is, who

5   is Kris Kobach?

6        A.    I would like to read the

7   document, sir.

8        Q.    I will withdraw the question.

9   Let me ask you a different question.  If

10  you need to read the document to answer

11  that question, it is fine with me.

12             He was vice chair of the

13  Presidential Advisory Committee on Election

14  Integrity and Secretary of State of Kansas;

15  isn't that right?

16       A.    I have no idea.

17       Q.    All right.

18       A.    He was vice what?

19       Q.    Vice chair of the Presidential

20  Advisory Commission on Election Integrity.

21       A.    Okay.

22       Q.    Is this the first you're

23  hearing that?

24       A.    Yes, sir.

25       Q.    If I tell you he was Secretary

```
 1   of State of Kansas, have you heard that
 2   before?
 3        A.     Well, I just read it right
 4   here.
 5        Q.     So you would have known that
 6   back in the day?
 7        A.     No.
 8        Q.     All right.  So Kris Kobach
 9   writes an e-mail to you, if you look down
10   that first page, July 21, 2017, he writes
11   "Wendy, nice meeting you on the phone this
12   afternoon.  Below is the e-mail I sent to
13   Secretary Ross" --
14        A.     Sir, can I read the whole
15   e-mail, please?
16        Q.     Sure.
17        A.     Thank you.
18               (Witness perusing document.)
19        A.     Okay.
20        Q.     All right.  So there is an
21   e-mail from Kris Kobach to you, July 21, in
22   which he says -- he references meeting you
23   on the phone this afternoon.
24               Do you recall speaking with
25   Kris Kobach?
```

Page 41

1      A.      Not at all.

2      Q.      You don't deny speaking with

3  him?

4      A.      I think you asked me if I

5  remember.  I don't remember talking to him.

6      Q.      This is a different question.

7              You don't deny speaking with

8  him?

9      A.      Given this e-mail, I would

10  assume that I spoke to him, but I don't

11  remember ever speaking to him.

12      Q.      All right.  And he asks --

13  withdrawn.

14              He says that he had sent an

15  e-mail to Secretary Ross and he attaches it

16  here.  You see that, correct?

17      A.      Well, I see his e-mail to me

18  says "Below is the e-mail that I sent to

19  Secretary Ross."

20      Q.      Okay.

21      A.      So I assume however this is

22  produced, it would have been this e-mail.

23      Q.      All right.  And one of the

24  things that the e-mail that Kris Kobach

25  forwards to you, one of the things in it is

Page 42

```
 1   the statement "It is essential that one
 2   simple question be added to the upcoming
 3   2020 census," that's the first sentence of
 4   the second paragraph of this forwarded
 5   e-mail; do you see that?
 6        A.     The second -- the first
 7   sentence of the second paragraph that Kris
 8   Kobach sent to, I believe it is Secretary
 9   Ross, but I can't say his -- there is no
10   e-mail address -- says "It is essential
11   that one simple question be added to the
12   upcoming 2020 census."
13        Q.     All right.  When you spoke with
14   Kris Kobach, didn't he talk to you about
15   adding a citizenship question to the
16   census?
17        A.     Again, I have no recollection
18   ever speaking to him.
19        Q.     Who did you understand Kris
20   Kobach to be at the time?
21        A.     I had no idea.
22        Q.     Do you typically set up
23   meetings with the Secretary or calls with
24   the Secretary to people -- with people you
25   have no idea who they are?
```

Page 43

1       A.      You asked me, sir, if at the
2   time if I knew who Kris Kobach was, and I
3   said I didn't.
4       Q.      Correct.  I have asked you a
5   different question now.
6       A.      Okay.  Could you please repeat
7   it?
8       Q.      My question is, would you
9   typically set up a call for the Secretary
10  with somebody who you didn't know anything
11  about who they were?
12      A.      Well, no.
13      Q.      Why did you do so on this
14  occasion?
15      A.      Here it looks as though he
16  forwarded to me and told me who he was.
17      Q.      Okay.  And why did you set up a
18  call with him with the Secretary?
19      A.      At this point in time, I don't
20  remember.
21      Q.      It had to do with the
22  citizenship question, didn't it?
23      A.      He had sent an e-mail
24  requesting a call, and I don't remember,
25  well, it looks like I set it up, so, you

Page 44

1  know --

2      Q.     Ms. Teramoto, my question is

3  simply, the call that you set up, that was

4  for the purpose of discussing the

5  citizenship question, correct?

6      A.     It was -- I would have set up

7  the call because somebody had asked for a

8  call with the Secretary.

9      Q.     Didn't you set it up for the

10 Secretary in part because it was about the

11 citizenship question?

12     A.     I would have set up the call

13 because somebody had asked for the call

14 with the Secretary.  It wouldn't be

15 specifically because of a certain question.

16     Q.     You wouldn't set up a call for

17 anyone who asks for a call with the

18 Secretary, would you?

19     A.     If there is somebody who wants

20 to speak to the Secretary and it seems like

21 it is something that he would want to talk

22 about, then I would set it up.

23     Q.     So I take it he would, in your

24 mind, he would have wanted to talk about

25 the citizenship question?

Page 45

```
1        A.      I would have set up the call if

2   somebody like this would have asked for a

3   call with the Secretary, so if another

4   Secretary of State had asked for some call

5   with the Secretary, I would have tried to

6   facilitate that.

7        Q.      Wouldn't you have told the

8   Secretary what the topic of the call was?

9            MS. WELLS:  I object to the

10  form.

11       A.      It depends.

12       Q.      Wouldn't you have told him what

13  the topic of this call was?

14           MS. WELLS:  I object to the

15  form.

16       A.      Somebody would have told him

17  what the topic was.

18       Q.      In this time period, July 2017,

19  and earlier, hadn't you heard talk like

20  this before that it is essential that the

21  citizenship question be added to the

22  census?

23       A.      I don't remember anything

24  specific.

25               Again, sir, I was not involved
```

Page 46

1   in the day-to-day workings of the census.

2   I think that's also demonstrated by the

3   fact that I wasn't -- I don't remember ever

4   being on this call, and it doesn't look

5   like when I set it up, I had any intention

6   of being on that call.

7        Q.     In his e-mail to you, Kris

8   Kobach also said that when he spoke to the

9   Secretary, he did so at the direction of

10  Steve Bannon.

11               Steve Bannon worked in the

12  White House, correct?

13       A.     Yes.

14       Q.     Did you ever talk to Steve

15  Bannon about the census?

16       A.     Never.

17       Q.     Did you ever set up a call for

18  the Secretary and Steve Bannon about the

19  census?

20       A.     No.

21       Q.     Would there be notes of the

22  Secretary's conversation with Kris Kobach?

23       A.     I have no idea, sir, because I

24  wasn't part of that call.

25       Q.     Were there -- but as his chief

1   of staff, was it typical that there would

2   be notes of a call that people would have

3   with the Secretary?

4        A.      I don't take notes.

5        Q.      Is there someone whose job it

6   is, someone other than you, or an

7   instruction that people should take notes?

8        A.      No.

9        Q.      How about to log the call, does

10  the Secretary have a calendar in which his

11  calls are logged, or some other document

12  which logs his calls?

13       A.      In general, sir?

14       Q.      Yes.

15       A.      Well, he does have a calendar.

16       Q.      Do you keep his calendar?

17       A.      No, sir.

18       Q.      Who keeps his calendar?

19       A.      There is a scheduler who keeps

20  his calendar.

21       Q.      Who is the scheduler?

22       A.      For what time frame?

23       Q.      This time frame, July 2017.

24       A.      I don't remember.

25       Q.      Who is it now?

Page 48

1        A.       A woman by the name of Morgan.

2        Q.       What is her last name?

3        A.       Brendan.

4        Q.       For how long has she been the

5   scheduler, roughly?

6        A.       I'm guessing, I'm thinking,

7   five months.

8        Q.       Do you have access to the

9   Secretary's calendar even if you don't keep

10  it?

11       A.       Sure.

12       Q.       Do you keep a calendar?

13       A.       Well, when you say access, I

14  have never -- I never put anything into his

15  calendar.   I'm able to --

16       Q.       View it?

17       A.       View it, but I have never

18  input.

19       Q.       Understood.

20                Do you keep a calendar?

21       A.       Yes, sir.

22       Q.       And do you typically put calls

23  on it when you are going to have a call?

24       A.       It depends.

25       Q.       Do you try and do it?

Page 49

1      A.      Well, I don't do it.  Usually

2  somebody would do it for me.

3      Q.      Who does it for you?

4      A.      Well, right now it would be

5  Morgan.

6      Q.      Who would have done it in July,

7  roughly July, summer of 2017?

8      A.      I don't know, sir, because we

9  have had several different schedulers.

10             And also, sir, just so you're

11  aware, there is a calendar, but then when

12  the date changes, some things get removed

13  and some things get added, I'm sure the

14  same as your personal calendar.

15     Q.      I understand.  Let's have this

16  marked Teramoto Exhibit 4.

17             (Teramoto Exhibit 4 marked for

18  identification.)

19     A.      And then after this one, sir,

20  can we take a break?

21     Q.      Certainly.  Unless you want to

22  take a break now.  Up to you.

23     A.      Let's take a break now.

24     Q.      Certainly.

25             THE VIDEOGRAPHER:  The time is

Page 50

```
 1   10:01 a.m. and this marks the end of media

 2   unit number one.

 3              (Recess taken.)

 4              THE VIDEOGRAPHER:  The time is

 5   10:10 a.m. and this begins media unit

 6   number two.

 7   BY MR. GERSCH:

 8        Q.    Ms. Teramoto, you have in front

 9   of you what has been marked Teramoto

10   Exhibit 4.

11              My first question, simple one,

12   the top line of this memo, I'm sorry, this

13   exhibit, indicates that it is an e-mail

14   from Earl Comstock dated August 16, 2017 to

15   you, CC'd to the Secretary; is that

16   correct?

17        A.    So that's not the original

18   thread of the e-mail, right?  The original

19   e-mail looks as though it is August 11th

20   from Earl to -- I still can't see how --

21        Q.    My question was a little bit

22   different.

23        A.    Okay.

24        Q.    My question was simply, the top

25   part of the e-mail, the top part of the
```

Page 51

1  exhibit, I'm sorry, the top part of the
2  exhibit indicates that it is an e-mail from
3  Earl Comstock to you dated August 16, 2017
4  and CC'd to the Secretary?
5        A.      Yeah.
6        Q.      And its subject is Memo on
7  Census Question, correct?
8        A.      Sure.
9        Q.      And the e-mail immediately
10 below that is from you to Mr. Comstock,
11 CC'd to the Secretary, also on the subject
12 Memo on the Census Question, correct?
13       A.      From me to Earl, correct?  It
14 looks like I'm responding to --
15       Q.      We will get to that.
16       A.      -- an original e-mail.
17       Q.      Who is Earl Comstock?
18       A.      So Earl Comstock is the current
19 director of policy at the Department of
20 Commerce.
21       Q.      And what do you understand his
22 responsibility to be in that function?
23 Actually, I withdraw that.
24              Was he in this position at that
25 time, roughly?

Page 52

```
 1        A.       I believe so.
 2        Q.       And what do you understand to
 3   be his role?
 4        A.       At this time or --
 5        Q.       Correct.
 6        A.       Well, he was the director of --
 7   or he is the director of policy, so he
 8   works on various issues with the Secretary.
 9        Q.       All right.  And then going to
10   the last e-mail on this page, this is an
11   e-mail from Mr. Comstock to the Secretary
12   in which he says "Per your request, here is
13   a draft memo on the citizenship question
14   that James Uthmeier of the Office of
15   General Counsel prepared and I reviewed.
16   Once you have had a chance to review, we
17   should discuss," and then it goes on,
18   correct?
19        A.       Would you like me to read it,
20   sir?
21        Q.       I'm just asking you if that's
22   what's attached here at the bottom of the
23   e-mail chain.
24        A.       Well, let me read it, please.
25                 (Witness perusing document.)
```

1          A.      Okay.

2          Q.      Did I read that correctly?

3          A.      I mean, we can have him read it

4    back.  I don't remember exactly how you

5    read the e-mail.

6          Q.      Ms. Teramoto, the question was,

7    isn't there an e-mail attached at the

8    bottom of this chain that said certain

9    words, and you asked to read it; did I read

10   it correctly?

11         A.      I just read the e-mail.  I

12   wasn't following -- I wasn't tracking your

13   reading it.

14         Q.      All right.

15         A.      I assume you just read it.

16         Q.      Ms. Teramoto, I'm going to ask

17   you certain questions.  I'm really only

18   interested in the answers to my questions.

19   If you need to read something to answer my

20   question, I'm more than happy for you to

21   read it.

22         A.      Okay, thank you.

23         Q.      But I do want, at the end of

24   it, an answer to my question.

25         A.      Okay.

Page 54

```
 1        Q.      All right.  You have read it.
 2                You see, I take it, that
 3    Mr. Comstock has written the Secretary that
 4    he is enclosing a draft memo on the
 5    citizenship question, and then that e-mail
 6    has found its way to you because you are on
 7    this chain, correct?
 8        A.      I believe so.  Again, I know,
 9    sir, it's not your fault, but I find it
10    just tricky to follow the e-mail chains,
11    because, again, here we have an e-mail from
12    Earl Comstock, and it's, you know,
13    addressed to the Secretary, so I assume he
14    e-mailed it to the Secretary.  I just can't
15    see it.
16        Q.      All right.  In any event, you
17    respond to Mr. Comstock, CC to the
18    Secretary, that "Peter Davidson and Karen
19    Dunn Kelley will both be here Monday.
20    Let's spend 15 minutes together and sort
21    this out.  W."
22        A.      Sure.
23        Q.      And this is on the memo on the
24    citizenship question?
25        A.      Sure.
```

Page 55

1      Q.     So it appears that you had some
2   involvement with the citizenship question,
3   correct?
4      A.     If setting up a meeting -- it
5   looks like I set up a meeting for them.  I
6   don't ever remember being at that meeting.
7      Q.     All right, thank you for that.
8             But it does suggest -- am I
9   reading it right when it suggests that you
10  are going to participate in this meeting?
11  "Let's spend 15 minutes together and sort
12  this out."
13            MS. WELLS:  Objection to form.
14     A.     No.
15     Q.     You don't read that as saying
16  you would participate in the meeting?
17            MS. WELLS:  I object to the
18  form.
19     A.     When I say "let's," it doesn't
20  mean I always join the meetings.  Let's
21  have the group get together.
22     Q.     All right.  I'm sorry, finish
23  your answer.
24     A.     I don't remember -- I don't
25  remember ever participating in this

Page 56

1   meeting.

2        Q.      If there was such a meeting,

3   would you have typically put it on your

4   calendar if you were participating?

5        A.      If there was such a meeting?

6   No, I mean, again, again, I did not

7   participate in very many census meetings at

8   all.

9        Q.      Is it your testimony that you

10  did not participate in this meeting?

11       A.      My testimony is that I don't

12  remember being in a meeting with Peter

13  Davidson and Karen Dunn Kelley specifically

14  talking about the census memo.

15       Q.      Do you have an understanding as

16  to why this is coming to you if you have no

17  involvement with the citizenship question?

18       A.      Sure.  People CC me on things.

19       Q.      Why are you the one setting up

20  the meeting?

21       A.      Probably because I said people

22  should get together and discuss it.

23       Q.      Why do they need you to do

24  that?  Why can't they do that without you?

25       A.      I'm sure they can.

Page 57

1          Q.      You agree that someone would
2    have had to forward Earl Comstock's
3    original e-mail to the Secretary about this
4    to you for you to be setting up the
5    meeting?
6          A.      Somebody would have had to
7    forward -- I'm sorry, can you say that
8    again?
9          Q.      Yeah.  For you to be setting up
10   this meeting and for you to have a copy of
11   Earl Comstock's e-mail to the Secretary
12   about the citizenship question memo,
13   someone would have had to forward you that
14   e-mail?
15         A.      Sir, that's the exact thing I
16   was telling to you earlier, is that the way
17   these are laid out, I know it is not your
18   fault, it is just confusing.  I don't know
19   if it was forwarded or if I was CC'd on it.
20              And I can't tell, you know,
21   who -- I mean, it says that it is what Earl
22   Comstock wrote, but I don't see who he sent
23   it to, so I share your frustration.
24         Q.      You don't deny getting a copy
25   of Earl Comstock's e-mail to Secretary

Page 58

1    Ross, do you?

2         A.     Again, from what I can see

3    here, it looks as though I was either

4    forwarded or CC'd it.  I don't know.  I'm

5    guessing like you are, sir.

6         Q.     My question was a little more

7    specific.

8                You don't deny receiving a copy

9    of Earl Comstock's e-mail at the bottom of

10   that page --

11               MS. WELLS:  I object to the

12   form.

13        Q.     -- saying that he has got a

14   memo for the Secretary about the

15   citizenship question?

16               MS. WELLS:  Objection to form.

17        A.     My best guess, sir, is that it

18   was sent to my e-mail.

19        Q.     Thank you.

20               Let's mark this as Teramoto

21   Exhibit No. 5.  It is a two-page document

22   Bates stamped 1411 and 1412.

23               (Teramoto Exhibit 5 marked for

24   identification.)

25        Q.     All right.  You have in front

Page 59

1   of you what has been marked as Exhibit 5.

2             My first question is going to

3   go to what is on the second page, that is

4   the first e-mail in the thread, which says

5   it is sent from Peter Davidson August 29,

6   2017, to Israel Hernandez, Earl Comstock,

7   James Uthmeier, CC'd to you, and it says

8   "The Secretary asked to set up a briefing

9   on some of the legal questions he is

10  concerned with."  The subject is the

11  Census.  And it goes on.

12            Do you know why this was CC'd

13  to you?

14       A.    Sir, can I read the e-mail,

15  please?

16       Q.    Sure.

17       A.    Thanks.

18            (Witness perusing document.)

19       A.    Okay.  Could you please repeat

20  your question, sir?

21       Q.    Do you know why this was CC'd

22  to you?

23       A.    Probably for situational

24  awareness or seeing if when he had time on

25  his calendar.

Page 60

1       Q.      All right.  And then --

2       A.      Because this is, again, I was

3   only CC'd, this isn't even to me.

4       Q.      Understood.

5       A.      Okay.

6       Q.      Then the scheduler, who at the

7   time, who is Chelsey Neuhaus, she sends

8   around an e-mail August 29, 2017, this is

9   on the first page, that says "Would one of

10  you be able to confirm that these are the

11  only attendees that should be included in

12  next Wednesday's census briefing."

13              Do you see that?

14      A.      Yes, sir.

15      Q.      The first name of the people to

16  be included is you, right?

17      A.      Yes, sir.

18      Q.      You participated in this

19  briefing; is that right?

20      A.      Not that I'm aware of.

21      Q.      Do you deny that you

22  participated in this meeting?

23      A.      I don't remember attending this

24  meeting.  And just so you understand, sir,

25  they usually include me as an attendee for

Page 61

1    every single meeting of the Secretary.
2    Many of them I don't attend.
3          Q.    Okay.  I understand you saying
4    that you don't recall.
5                My question is, as you sit here
6    today, do you deny attending this meeting?
7          A.    As I sit here today, I don't
8    remember going to this and I highly doubt
9    that I went to it.  Again, I was not
10   involved in the day-to-day interactions on
11   the census.
12         Q.    And you didn't provide any
13   information to the Secretary to assist him
14   in arriving at his decision to add a
15   citizenship question to the census?
16               MS. WELLS:  I object to the
17   form.  Asked and answered.
18         A.    Again, you know, relating to
19   census, there is an entire Census Bureau,
20   so I would have facilitated a meeting, but
21   I clearly would not be the one to -- I'm
22   not the appropriate person to provide
23   information for him on these types of
24   things.
25         Q.    My question was a little

Page 62

```
 1   different.
 2        A.      Okay.
 3        Q.      Is it correct that you did not
 4   provide any information to the Secretary to
 5   assist him in arriving at his decision to
 6   add a citizenship question to the census?
 7             MS. WELLS:  Asked and answered.
 8        Q.      I don't believe you've answered
 9   the question.
10        A.      Sorry.
11        Q.      Excuse me, let the record
12   reflect we have been waiting for a minute
13   for the answer.
14        A.      Sorry, I thought she said -- I
15   thought I already answered it.
16        Q.      She can make any objections she
17   wants.  They are for the record.  Unless
18   she instructs you not to answer and you
19   elect to follow her advice, you need to
20   answer the question.
21        A.      Sorry.  I apologize.  I
22   thought -- I wasn't -- I didn't know you
23   were waiting for me.
24             Again -- can you repeat the
25   question?
```

Page 63

1      Q.      Sure.  Did you provide any

2   information to Secretary Ross to assist him

3   in arriving at his decision to add the

4   citizenship question?

5              MS. WELLS:  I will say asked

6   and answered again.

7      A.      Okay, thank you.

8              I certainly did not create any

9   information to give to the Secretary

10  relating to the citizenship question.

11     Q.      Let's have this marked as

12  Teramoto Exhibit 6.

13             (Teramoto Exhibit 6 marked for

14  identification.)

15     Q.      For the record, this is

16  Teramoto Exhibit 6, Bates stamped 2519 and

17  2520.  At the top, it is an e-mail from

18  Earl Comstock to Wilbur Ross, CC'd Wendy

19  Teramoto, "Re: IT Request."

20             And I will add for the record

21  there are seven lines of substantive text

22  in this e-mail.

23             Ms. Teramoto, the subject line

24  is "Re: IT Request" and then something is

25  blanked out.  What is IT request?  Does

Page 64

```
 1   that have a meaning to you?
 2              MS. WELLS:  I object to the
 3   form.
 4        Q.     ITA.  It says ITA.  I said IT.
 5   I was wrong.
 6        A.     ITA is a department within
 7   Commerce.
 8        Q.     What does ITA stand for?
 9        A.     International Trade.
10        Q.     The second e-mail in the chain,
11   the second from the top is from the
12   Secretary, August 31, 11:12 p.m., it says
13   "I have received no update nor has there
14   been an update nor the issue of the census
15   question."
16              Did you understand that during
17   various times during 2017 Secretary Ross
18   would say something to the effect that he
19   didn't know where the issue of the
20   citizenship question was or the census
21   question and wanted an update?
22              MS. WELLS:  I object to form.
23        A.     Was I aware of it?
24        Q.     Yes.
25        A.     I mean, here, if I had read the
```

Page 65

1    e-mail, I would have been aware that he was
2    asking about it.
3         Q.     Would you read e-mails from the
4    Secretary?
5         A.     It depends.
6         Q.     Are there e-mails from the
7    Secretary that you choose not to read?
8         A.     Sure, or that I skim.
9         Q.     At the top, Mr. Comstock says
10   "Understood.  Wendy and I are working on
11   it."  Then he says "On census, I have a
12   meeting tomorrow with Ellen and Karen where
13   they are supposed to have definitive
14   numbers.  I will send you a report on the
15   meeting and the numbers," and he goes on.
16              When he says "Wendy and I are
17   working on it," do you know what that
18   means?
19        A.     I assume it is some ITA
20   request.
21        Q.     Did you learn that, through the
22   course of 2017, either directly from the
23   Secretary or from other people who worked
24   at Commerce, that the Secretary was very
25   interested in adding a census question --

Page 66

1  I'm sorry, a citizenship question to the

2  census?

3          MS. WELLS:  I object to form.

4     A.     Did I learn throughout 2017?

5     Q.     During 2017.

6     A.     It is hard for me to say very

7  interested.  It clearly was a topic that

8  had come up.

9     Q.     Did you learn that it was a

10  matter of importance for him?

11     A.     I don't know how to engage

12  matter of importance.  There is a lot of

13  things that are important to him.

14          The budget on census, I

15  remember that being extremely important to

16  him.  I remember --

17     Q.     Wasn't the -- I'm sorry, go

18  ahead.

19     A.     -- spending time trying to

20  figure out how we are going to ramp up the

21  employment for census.  I remember those.

22     Q.     Wasn't the citizenship question

23  important to Secretary Ross?

24          MS. WELLS:  I object to the

25  form.

Page 67

1          A.        Again, I can't answer, sir,
2    what is or is not important to the
3    Secretary.
4          Q.        Who could?
5          A.        The Secretary.
6                    (Teramoto Exhibit 7 marked for
7    identification.)
8          Q.        Ms. Teramoto, I have handed you
9    what has been marked Teramoto Exhibit 7,
10   which at the top is a memo -- an e-mail,
11   sorry, from Earl Comstock dated September
12   16, 2017 to you.  Do you see that?
13         A.        Yes, sir.  Would you like me to
14   read it?
15         Q.        In a moment.
16                   Earl's memo to you says
17   "Morning Wendy:  Here is the memo I gave
18   SWLR regarding my discussions with DOJ.
19   Earl."
20                   I take it SWLR will refer to
21   the Secretary, Secretary Wilbur L. Ross?
22         A.        Yes, sir.
23         Q.        And then below that is the memo
24   or e-mail that he sent to the Secretary
25   which is dated September 8, 2017 from Earl

Page 68

```
 1   Comstock to Secretary Wilbur Ross, Census
 2   Discussions with DOJ.
 3              And let me ask you to read that
 4   e-mail there.
 5        A.    Sure.
 6        Q.    And then I will ask you
 7   questions about it.
 8        A.    Okay.
 9              (Witness perusing document.)
10        Q.    Who is Eric Branstad?
11        A.    Just a minute, sir.
12              (Witness perusing document.)
13        A.    I'm sorry?
14        Q.    Who is Eric Branstad?
15        A.    Eric Branstad used to be the --
16   I forgot his exact title.  He was -- I
17   don't know if he was Senior White House --
18   I think he was the White House liaison, or
19   the White House advisor, I'm not sure, for
20   Commerce.
21        Q.    Did he have a role with respect
22   to the citizenship question?
23        A.    Not that I'm aware of.
24        Q.    Mr. Comstock -- withdrawn.
25              You understood that
```

Page 69

1   Mr. Comstock forwarded this e-mail to you

2   on a Saturday because he wanted you to have

3   background on what was going on with the

4   citizenship question, correct?

5            MS. WELLS:  I object to form.

6       A.    I have no idea why he sent it,

7   but he did forward me his memo to the

8   Secretary.

9       Q.    Did you discuss -- did you have

10  discussions with Mr. Comstock about the

11  citizenship question in connection with

12  this e-mail or for any reason on or about

13  September 16th, 2017?

14      A.    I don't believe so.

15      Q.    And when I say on or about, I

16  mean the day before, the day after.  You

17  don't believe you had any discussions with

18  him?

19      A.    I don't believe I actually read

20  the memo.

21      Q.    Why do you think that?

22      A.    Because I wasn't involved with

23  the census.

24      Q.    You had no involvement as far

25  as you could tell?

Page 70

1      A.      Very limited involvement.

2      Q.      Didn't you have involvement on

3 the citizenship question on or about

4 September 16, 2017, and isn't that why he

5 is sending you this e-mail?

6              MS. WELLS:  I object to the

7 form.

8      A.      No.  Again, as I've said, I'm

9 copied or sent things for my situational

10 awareness.  I don't know if receiving an

11 e-mail constitutes being involved.

12     Q.      And you did nothing with

13 respect to the citizenship question in this

14 time frame?

15             MS. WELLS:  Objection, form,

16 asked and answered.

17     A.      I don't remember receiving this

18 e-mail.  I don't remember reading this

19 e-mail.  And I certainly don't recall ever

20 having a discussion specifically on this

21 e-mail train with Earl Comstock around

22 September.

23     Q.      You didn't ask Mr. Comstock

24 what's the latest on the citizenship

25 question, what's DOJ doing on the

Page 71

1    citizenship question, anything like that?
2              MS. WELLS:   I object to form.
3         A.      Not that I remember.
4              Again, I'm CC'd on a lot of
5    things.  Just because I received the e-mail
6    does not mean that, A, I read it, and B, I
7    then get involved in it.  There is too much
8    stuff going on at Commerce.
9         Q.      Let's have this marked as
10   Teramoto Exhibit 8.
11             (Teramoto Exhibit 8 marked for
12   identification.)
13        Q.      You know, before I ask you to
14   look at that document, how did you prepare
15   for this deposition?
16        A.      I met with the lawyers, who I
17   guess would have gave me the outlines of
18   how the depositions work in terms of, you
19   know, make sure I'm truthful, answer the
20   questions that you've asked.
21        Q.      Were you shown any documents?
22        A.      Sure.
23        Q.      Were you shown any of the
24   documents that have been marked as exhibits
25   in this case?

Page 72

1           MS. WELLS:  I'm going to object
2   to the question and direct the witness not
3   to answer.
4           MR. GERSCH:  What basis?
5           MS. WELLS:  It is
6   attorney-client work product.
7       Q.     Did any of the documents that
8   you were shown refresh your recollection?
9           MS. WELLS:  I object to the
10  form.
11      Q.     Were they shown to you for the
12  purpose of refreshing your recollection?
13          MS. WELLS:  I'm going to object
14  to the form, and I'm also going to object
15  on the basis of privilege and
16  attorney-client and work product, and
17  direct you not to answer.
18      Q.     Didn't you understand that
19  that's why they were showing you the
20  documents, to refresh your recollection?
21          MS. WELLS:  Same objections and
22  same direction to the witness.
23      Q.     Are you refusing to answer
24  these questions based on the instruction of
25  counsel?  You've got to answer that one.

1          A.       Am I --

2          Q.       Are you refusing to answer my

3     questions about the documents you reviewed

4     based on the advice or instructions of your

5     counsel?  You will want to answer that yes.

6          A.       Yes, sir.  Thank you for the

7     help.

8          Q.       All right.  Let's turn to

9     Teramoto Exhibit No. 8.

10         A.       Okay.

11         Q.       All right.  This is an e-mail

12    thread with five lines of substantive text.

13              Fair to say this is an

14    introduction from John Gore, he is

15    introducing himself and asking if you have

16    time for a call, and you say yes?

17              (Witness perusing document.)

18         A.       I'm sorry, sir, I don't know if

19    that's a question.

20         Q.       Yes.  Did I summarize that

21    fairly, John Gore writes you an e-mail

22    introducing himself, he wants to speak with

23    you and set up a call with you, and you say

24    yes?

25         A.       Yes, sir.

Page 74

1          Q.      Is this the first time you

2     spoke to someone from the Department of

3     Justice?

4                  MS. WELLS:  I object to the

5     form.

6          A.      I don't know.  The only other

7     person that I would have -- when is this --

8     September -- the Cabinet Affairs Director

9     generally holds a chief of staff meeting

10    either every other week or weekly, so I may

11    have met somebody who works at Department

12    of Justice at that meeting, but -- should I

13    wait for you?

14         Q.      No.

15         A.      I may have met somebody from

16    the Justice Department, but it would have

17    been -- the only time I can think of would

18    have been at the chief of staff meeting,

19    but I don't remember a name.

20         Q.      This call that you had --

21    withdrawn.

22                 You did have a call with

23    Mr. Gore, didn't you?

24                 MS. WELLS:  I object to the

25    form.

Page 75

1       A.      I believe so, but I don't
2  remember.
3       Q.      And the call was about the
4  citizenship question, wasn't it?
5               MS. WELLS:  I object to form.
6       A.      I don't remember.
7       Q.      Let's have this marked as
8  Exhibit 9.
9               (Teramoto Exhibit 9 marked for
10  identification.)
11      Q.      For the record, Exhibit 9 is a
12  two-page exhibit Bates stamped 2651 and 52,
13  the top of which is headed with an e-mail
14  from Danielle Cutrona to Wendy Teramoto,
15  "Re: Call."
16      A.      Would you like me to read it,
17  sir?
18      Q.      Let me ask you a question and
19  then you can read whatever you need to to
20  answer it.
21              Ms. Teramoto, you will see at
22  the beginning of this e-mail, at the bottom
23  of 2652, is Mr. Gore's e-mail introducing
24  you, and then at the very bottom -- and
25  there is an e-mail thread.

1             At the very bottom of 2651, he
2     says to you "By this e-mail, I introduce
3     you to Danielle Cutrona from DOJ.  Danielle
4     is the person to connect with about the
5     issue we discussed earlier this afternoon."
6             Take a look at the e-mail.  The
7     question I have for you is, I take it you
8     spoke with Acting Assistant Attorney
9     General Gore?
10            MS. WELLS:  I'm going to object
11    to the form.
12            (Witness perusing document.)
13      A.    Okay.  I'm sorry, sir, what was
14    your question?
15      Q.    My question was, I take it you
16    spoke to Assistant Attorney General Gore?
17            MS. WELLS:  Objection to form.
18      A.    I don't remember speaking to
19    him.
20            The e-mail that he sent to me
21    said Danielle is the person to connect with
22    about the issue we discussed earlier this
23    afternoon.  So I have no reason to believe
24    that I did not talk to him, but I don't
25    remember speaking to him.

1      Q.      Understood.  And the issue that

2   you spoke with Assistant Attorney General

3   Gore about, that was about the citizenship

4   issue; is that correct?

5              MS. WELLS:  I object to the

6   form.

7      A.      Again, I don't remember -- I

8   don't remember speaking to John Gore.

9      Q.      Higher up on the page,

10  September 17, 2017 at 12:10, Ms. Cutrona

11  e-mails you that "the Attorney General is

12  available on his cell," and then she goes

13  on to say "the AG is eager to assist."

14             Wasn't that in connection with

15  the citizenship question?

16             MS. WELLS:  I object to the

17  form, lack of foundation.

18     A.      I mean, I didn't -- I didn't

19  write the e-mail.  You would have to ask

20  Danielle Cutrona.

21     Q.      You were the recipient of the

22  e-mail; is that correct?

23     A.      Well, it says to me.  Again, I

24  can't see how these e-mails are sent to,

25  but I have no reason to believe I didn't

1  receive this e-mail.

2      Q.      It says "Wendy," comma, at the

3  beginning of the e-mail, right?  You are

4  the recipient?

5      A.      Again, I agree with you, I'm a

6  Wendy.  It is just frustrating that you

7  can't see who is actually -- these are

8  addressed to.  I have no reason to believe

9  I didn't receive this.

10     Q.      All right.  And in this period

11 of time, September 18th, 2017, you would

12 have been chief of staff for the Secretary

13 of Commerce, right?

14     A.      Yes.

15     Q.      And you knew that the AG was

16 eager to assist with respect to the

17 citizenship question, didn't you?

18         MS. WELLS:  I object to form,

19 mischaracterizes her testimony.

20     A.      You would have to ask Danielle

21 Cutrona, because she is the one who wrote

22 this e-mail.

23     Q.      Didn't you learn that the

24 Secretary -- I'm sorry, didn't you learn

25 that the Attorney General of the United

Page 79

1    States wanted to assist with respect to the

2    citizenship question?

3                    MS. WELLS:  I object to the

4    form, asked and answered.

5        A.     Again, I didn't write the

6    e-mail.  I'm reading the exact same e-mail

7    that you are.

8        Q.     My question has nothing to do

9    with the e-mail now.

10                    Didn't you learn that the

11   Attorney General of the United States

12   wanted to assist Secretary Ross with

13   respect to adding a citizenship question?

14                    MS. WELLS:  I object to form.

15       A.     Sir, I'm reading the same

16   e-mail that you are.  I don't see in here

17   that it says the citizenship question.  It

18   says "the AG is eager to assist."  I have

19   no idea what else the Secretary and the AG

20   may or may not have been working on.

21       Q.     Ms. Teramoto, for the third

22   time, my question is not about the e-mail.

23                    My question is, you came to

24   learn, did you not, that the Attorney

25   General of the United States was interested

1   in assisting Secretary Ross, was prepared

2   to assist Secretary Ross with getting a

3   citizenship question added to the census,

4   can you answer that question?

5               MS. WELLS:  I object to the

6   form.

7       A.      I'm not trying to be difficult.

8   You keep asking me a question, and the only

9   way I would have known what the AG was or

10  was not eager to do on anything is reading

11  the e-mail.

12              I don't -- I don't know the AG.

13  So other than reading this e-mail, which

14  you don't want me to refer to, this is the

15  only sort of foundation I have.

16      Q.      You have never spoken to the

17  Attorney General of the United States,

18  correct?

19              MS. WELLS:  I object to form.

20      A.      I believe I met him once at a

21  chief of staff meeting.

22      Q.      Well, you said earlier that you

23  didn't know the Attorney General.

24              Have you spoken -- at the chief

25  of staff meeting, did you speak to him

1  about the census question?

2       A.     No.

3       Q.     Didn't you speak to --

4       A.     And actually I don't even

5  remember, he presented to the chief of

6  staffs, I don't even -- I would have

7  probably shaken his hand, but I don't

8  remember.

9       Q.     Was this one of the documents

10  you were shown in preparation?

11           MS. WELLS:  I object to the

12  form.  I mean, I object to the question on

13  the basis of privilege and I direct the

14  witness not to answer.

15       Q.     Are you refusing to answer

16  based on the instruction of counsel?

17       A.     Yes, sir.

18       Q.     All right.  Whether you

19  remember speaking with the Attorney General

20  of the United States or not, you knew that

21  he was working with the Secretary of

22  Commerce on adding a citizenship question

23  to the census, didn't you?

24           MS. WELLS:  I object to form.

25       A.     I'm not sure how to answer

Page 82

1  that.

2       Q.      Yes or no.

3       A.      Did I know -- I would say --

4       Q.      One or the other.

5       A.      Could you please -- could you

6  please repeat the question?

7       Q.      Sure.   Whether or not you

8  recall speaking to the Attorney General,

9  you knew that the Attorney General of the

10 United States and Secretary Ross were

11 working together to add a citizenship

12 question to the census, didn't you?

13              MS. WELLS:   I object to form.

14      A.      I was not part of discussions

15 between the Attorney General and Secretary

16 Ross.

17      Q.      Do you have that understanding

18 from any source?

19              MS. WELLS:   I object to the

20 form.

21      Q.      You've got to answer that.

22      A.      Do I have -- could you repeat

23 it, please?

24      Q.      Yeah.   I have been asking you

25 didn't you know that Secretary Ross and the

Page 83

1    Attorney General were working together to

2    add a citizenship question to the census,

3    and I understood you to say that you don't

4    remember being in discussions with them.

5         A.      Right.

6         Q.      And so my question is, did you

7    learn this from any source, whether you

8    were in discussions with them or not?

9         A.      I don't remember any specific

10   discussions from others.

11        Q.      All right.  At the top of this

12   e-mail you say, in response to Ms. Cutrona,

13   you say "They connected.  Thanks for the

14   help.  Wendy."

15             I take it you are saying the

16   Attorney General and the Secretary spoke

17   with each other?

18             MS. WELLS:  I object to form.

19        A.      Yes, sir.

20        Q.      And that e-mail is September

21   18th, 2017.  Let's mark this as Teramoto

22   Exhibit 10.

23             (Teramoto Exhibit 10 marked for

24   identification.)

25        Q.      For the record, this is an

1   exhibit Bates stamped 2528.  It is a single

2   page and it is an e-mail from Wilbur Ross

3   to Peter Davidson, "Subject: Census."

4             It contains a single line of

5   text which reads as follows:  "Wendy and I

6   spoke with the AG yesterday.  Please follow

7   up so we can resolve this issue today.

8   WLR."

9             Didn't you and Secretary Ross

10  speak to the Attorney General on September

11  18th, 2017?

12            MS. WELLS:  I object to form.

13       A.    I don't remember being a part

14  of that call at all.

15       Q.    Do you deny being part of the

16  call?

17       A.    I said I don't remember being a

18  part of that call.  I remember calls with

19  different cabinet members.  I don't ever

20  remember being on a call with the AG.

21       Q.    Can you think of any reason why

22  Mr. Ross would get this wrong just a day

23  after the call?

24            MS. WELLS:  I object to form.

25       A.    You would have to ask him, but

Page 85

```
 1    I don't remember being on the call with the
 2    AG.
 3         Q.    Do you have any reason to
 4    believe Mr. Ross would make up the fact
 5    that you were on the call with him and the
 6    Attorney General on or about September
 7    18th, 2017?
 8              MS. WELLS:  I object to form.
 9         A.    You would have to ask him.
10    Again, I don't remember being on the call
11    with the AG.
12         Q.    "Him" being Secretary Ross?
13              MS. WELLS:  I object to the
14    form.
15         A.    I don't remember being on a
16    call with the AG.
17         Q.    You said you will have to ask
18    him.  By "him," you meant Secretary Ross,
19    correct?
20         A.    Yes, sir.
21         Q.    Okay.  Regardless of whether
22    you remember being on the call, isn't it
23    true that this call had to do with adding a
24    citizenship question to the census?
25              MS. WELLS:  Objection to the
```

Page 86

1    form.  Asked and answered.

2         A.     Sir, I don't remember being on

3    the call, so I can't tell you what was

4    discussed.

5         Q.     Let's go back to Exhibit, I

6    think 9.  This one.  Let's go back to

7    Exhibit 9.

8         A.     Okay.

9         Q.     Going back to the e-mail from

10   Ms. Cutrona, toward the top of the page,

11   September 17, 2017 at 12:10, Ms. Cutrona

12   says, again, this is in the e-mail to you,

13   the one that begins "Wendy, from what John

14   told me, it sounds like we can do whatever

15   you all need us to do."

16              So John, I take it, must be

17   John Gore, because he is the one who

18   introduces Ms. Cutrona to you, and this is

19   following up on a call that Mr. Gore had

20   with you.

21              So when Ms. Cutrona says "It

22   sounds to me like we can do whatever you

23   all need us to do," what did you need for

24   the Department of Justice to do?

25              MS. WELLS:  I object to form.

Page 87

1        A.      Again, I wasn't -- I'm not John

2    and I'm not Danielle, so I don't -- I don't

3    know what their conversation was.

4        Q.      Well, I'm asking about a

5    conversation that you had with Mr. Gore.

6    Presumably she is referencing that

7    conversation.

8              Didn't you have a discussion

9    with Mr. Gore about what you at Commerce

10   needed them at DOJ to do?

11             MS. WELLS:  I object to form.

12       Q.      Wasn't that the purpose of the

13   call with Mr. Gore?

14             MS. WELLS:  I object to the

15   form.

16       A.      I think what I testified

17   earlier is I don't remember talking to John

18   Gore, and I still don't remember talking to

19   John Gore.

20       Q.      Let's have this marked Teramoto

21   Exhibit 11.

22             (Teramoto Exhibit 11 marked for

23   identification.)

24       Q.      All right.  For the record,

25   this is a three-page exhibit.  It is 2636

Page 88

1    through 2638.  It includes much of the

2    e-mail chain between Mr. Gore,

3    Ms. Teramoto, and Ms. Cutrona that we have

4    seen before.

5              My question is going to have to

6    do with the e-mail at the very top of this

7    chain in which someone who the government

8    tells me is you e-mails Mr. Gore and says

9    "Hi.  AG and Sec spoke.  Please let me know

10   when you have a minute."

11             You understand that you are the

12   sender of this e-mail, correct?

13        A.    I mean, I can't see the address

14   either.

15        Q.    The government has represented

16   that you are the sender.

17        A.    Okay.  Then okay.

18        Q.    Do you accept their

19   representation?

20        A.    Sure.

21        Q.    So when you write "Hi.  AG and

22   Sec" -- first of all, Sec means Secretary

23   Ross, right?

24        A.    Sure.

25        Q.    So "the Attorney General and

1  Secretary spoke.  Please let me know when

2  you have a minute."

3             So certainly you know that the

4  Attorney General Sessions and Secretary

5  Ross had a conversation because you are

6  reporting that, correct?

7             MS. WELLS:  I object to the

8  form.  But go ahead.

9       A.    My e-mail said the AG and

10  Secretary spoke, so I must have known that

11  they spoke.

12      Q.    And then you say "Please let me

13  know when you have a minute."

14             Did you call -- didn't you call

15  Assistant Attorney General John Gore?

16      A.    Again, to this day, again, I

17  don't ever remember speaking to him on the

18  phone.

19      Q.    All right.  But certainly as

20  the author of this e-mail, you would read

21  this that way, that, in other words, you

22  would read this e-mail as saying you want a

23  call with Assistant Attorney General Gore?

24             MS. WELLS:  Objection to form.

25      A.    Again, this is, you know, an

1   e-mail from a year ago that I'm reading to

2   you that I must have written saying "Hi.

3   AG and Sec spoke.  Please let me know when

4   you have a minute."

5        Q.      Right.  My question to you is,

6   don't you understand that to be a request

7   for Mr. Gore to speak with you further or

8   request by you saying you would like to

9   speak with him further?

10              MS. WELLS:  I object to form.

11       A.      When I read this, it would be,

12   you know, let me know when you have a

13   minute.

14       Q.      So that you can speak with him,

15   right?

16              MS. WELLS:  I object to form.

17       A.      Sure.

18       Q.      And what did you speak with him

19   about?

20       A.      Again, I don't ever remember

21   speaking to John Gore.

22       Q.      You get that adding the

23   citizenship question to the census is an

24   important matter, don't you, Ms. Teramoto?

25              MS. WELLS:  I object to the

Page 91

1   form of the question.

2        A.      I'm not sure, when you say

3   important, are you asking me?

4        Q.      Yeah.

5        A.      If I -- look, I mean, I can

6   understand why there is a discussion about

7   it.

8        Q.      Do you agree that it is an

9   important matter?

10       A.      Sure.

11       Q.      It's not a surprise to you that

12   there are all these lawsuits around the

13   country about adding a citizenship question

14   to the census, is it?

15            MS. WELLS:  I object to form.

16       A.      I'm always surprised actually

17   how many lawsuits there are about

18   everything in this country.

19       Q.      You're not surprised that it is

20   a matter of controversy, of national

21   controversy, the Secretary deciding to add

22   a citizenship question to the census?

23            MS. WELLS:  I object to form.

24       Q.      Are you?

25            MS. WELLS:  I object to the

Page 92

1   form.

2          A.      I am not surprised that there

3   is this amount of litigation, because there

4   is a lot of litigation in this country.

5          Q.      All right.  Being that the

6   citizenship question is, certainly, even

7   according to you, a matter of importance,

8   is there a reason you don't remember being

9   involved in calls with Secretary Ross, the

10  Attorney General, Assistant Attorney

11  General Gore, Ms. Cutrona of the Department

12  of Justice, is there a reason you don't

13  recall being involved in these calls about

14  adding the citizenship question to the

15  census?

16         A.      Sure.

17                 MS. WELLS:  I object to form.

18  Go ahead.

19         Q.      What's the reason?

20         A.      I guess, you know, do you have

21  an understanding of what Commerce does and

22  how big Commerce is and all the issues that

23  Commerce deals with?  I think if one does,

24  one would understand that there are a lot

25  of things that are important that Commerce

1   does.

2              This is just one, you know,

3   census is very important, but it is just

4   one department, one area, that, again, I

5   was not involved in because of the

6   scientific and technical nature of it, I'm

7   not the best person to be involved in the

8   day-to-day workings on census.

9        Q.    Since you're not the best

10  person to be involved, why are you

11  involved?  Why is it that Secretary Ross

12  thinks you are in a phone conversation

13  between him and the Assistant -- I'm sorry,

14  between him and the Attorney General of the

15  United States, why are you talking to

16  Assistant -- Acting Assistant Attorney

17  General Gore, why are you talking to

18  Danielle Cutrona, and why are you talking

19  to them about the census and the

20  citizenship question?

21              MS. WELLS:  I object to form.

22       A.    Can you please read them back

23  one at a time so I can answer them?

24       Q.    I will withdraw the question.

25              You say you weren't the best

1   person to be involved with census issues.

2          A.      And I'm still not.

3          Q.      I hear you on that, which is

4   why I'm asking, so if you're not the best

5   person to be involved, why is it that the

6   documents make it seem like you were

7   involved in speaking to the Assistant

8   Attorney General of the United States about

9   this, the Acting Assistant Attorney

10  General, and the Attorney General of the

11  United States?

12             MS. WELLS:  I object to form.

13         A.      You are asking me.  I think you

14  have to ask John Gore why he reached out to

15  me.  I can't answer why John Gore reached

16  out to Wendy Teramoto.

17         Q.      Was someone in the Department

18  of Commerce the Secretary's point person on

19  the citizenship question in this period?

20         A.      I wouldn't characterize it like

21  that.  There was Karen Dunn Kelley, where

22  census falls under her group, so she would

23  have been the point for the census issues.

24         Q.      Do you have an understanding as

25  to why these calls don't go to Karen Dunn

Page 95

1   Kelley?

2        A.      My best guess is I don't know

3   when -- Karen didn't come into the

4   Administration until later.

5        Q.      All right.  So she wouldn't

6   have been the point for this at this point

7   in time?

8        A.      Again, I don't know when she

9   came in.  I can look.  It looks like you

10  have another e-mail with her on this.

11             So here on Exhibit Teramoto 5,

12  it is Bates number 0001411, there is an

13  e-mail from Karen Dunn Kelley on August

14  29th.  So at that point she would have been

15  part of it.  You know, how long she had

16  been there and if people knew that she was

17  there in the other departments, probably

18  not.

19       Q.      All right.  If she is not the

20  point person at this point in time, who is?

21       A.      At Commerce?

22       Q.      Yes.

23       A.      Earl, Earl Comstock.

24       Q.      Anyone besides Earl?

25       A.      I mean, the main people, you

1  know, who I always think about when we talk

2  about census is either Karen or Earl.

3        Q.     Let's go back to Teramoto

4  Exhibit 1.  I think you have in front of

5  you.

6        A.     Then you have Peter Davidson,

7  too, sir.

8        Q.     Peter Davidson is general

9  counsel for Commerce?

10        A.     Yes, sir.

11        Q.     Are you saying he was a point

12  person?

13        A.     You said was involved, I

14  believe.  So I don't know if there was

15  exactly one person.  There was, you know,

16  those are the people who I would say were

17  most likely involved.

18        Q.     Let's go back to Teramoto

19  Exhibit 1.

20        A.     Sure.

21        Q.     You can put the other document

22  aside.

23               You testified earlier this

24  morning that you had never seen this

25  before.

Page 97

1          A.     That's correct.

2          Q.     You are the chief of staff.  Do

3    you have an understanding why you wouldn't

4    have seen this document?

5          A.     There is plenty of documents I

6    don't see.  The volume of documents that

7    are created at Commerce is mind-boggling.

8          Q.     This is an important document,

9    isn't it?

10                MS. WELLS:  I object to the

11   form.

12         A.     There is lots of important

13   documents.

14         Q.     You recall -- withdrawn.

15                You know that after Secretary

16   Ross issued this supplemental memorandum

17   dated June 21, 2018 that members of

18   Congress wrote him a letter saying that he

19   had misled them in sworn testimony about

20   the citizenship question, you knew that,

21   right?

22                MS. WELLS:  I object to form.

23         A.     I mean, I'm taking your word

24   for it.

25         Q.     I'm asking you whether you know

Page 98

1   it.  You are the chief of staff.  You

2   certainly know that, right?

3                MS. WELLS:  I object to the

4   form.

5        A.     I remember there being some

6   discussion.  I don't ever remember reading

7   any of the correspondence.

8        Q.     You remember that members of

9   Congress having received this June 21, 2018

10  memorandum from Secretary Ross, you

11  remember that they accused Secretary Ross

12  of having given them misleading testimony;

13  is that right?

14               MS. WELLS:  I object to the

15  form.

16       A.     Again, I've heard that, but I

17  haven't actually read if there has been

18  correspondence.  I have not read any direct

19  correspondence.

20       Q.     I'm curious, you are the chief

21  of staff.  If members of Congress, and this

22  is multiple members of Congress, accuse the

23  Secretary of not being candid with them in

24  sworn testimony, that's not something you

25  want to read?

Page 99

1          MS. WELLS:  I object to the
2    form.
3       Q.    You don't say to somebody, get
4    me that letter from Congress?
5          MS. WELLS:  I object to the
6    form.  Go ahead.
7       A.    There are many important
8    letters and correspondence throughout all
9    of the different departments in Commerce.
10   I'm not physically able to read every
11   single one, I'm just not, sir.
12      Q.    I believe that.  But when you
13   hear that members of Congress have written
14   a letter accusing the Secretary of not
15   being candid with them, you don't say to
16   somebody I would like to see a copy of that
17   letter?
18      A.    No.
19      Q.    Have I got that right?  No?
20         MS. WELLS:  I object to the
21   form.  Asked and answered.
22      A.    That's correct.
23      Q.    It doesn't appear to be showing
24   up on the transcript.  I heard you to say
25   no.  Did I hear that right?

```
                                     Page 100
 1              MS. WELLS:  I object to the
 2   form, and it also mischaracterizes the
 3   testimony, I believe.
 4       Q.    I'm characterizing the
 5   transcript, which I'm looking at.
 6       A.    I have not specifically asked
 7   for this letter that you're talking about.
 8       Q.    I take it you haven't asked for
 9   it generally either?
10       A.    I don't know what you mean,
11   generally.
12       Q.    You said specifically.  I don't
13   know if you are meaning to exclude
14   something.
15       A.    I'm not a lawyer, so all I'm
16   saying is I have not asked for it.
17       Q.    Okay.  I know you haven't seen
18   this before today, but I want to point you
19   to something just so we can have a
20   framework.
21              Sort of almost halfway down the
22   first paragraph of Teramoto Exhibit 1,
23   Secretary Ross says that with respect to
24   the fundamental issues regarding the
25   census, he says "Part of these
```

Page 101

1    considerations included whether to

2    reinstate a citizenship question which

3    other senior Administration officials had

4    previously raised."

5                Do you know who the other

6    senior Administration officials are?

7         A.    I have no idea.

8         Q.    Who would know?

9         A.    You would have to ask Secretary

10   Ross.

11        Q.    I will represent to you that

12   the Commerce Department, through its

13   lawyers at the Department of Justice, said

14   they can't figure out the answer to this

15   question.

16                Do you have reason to believe

17   that the identity of the senior

18   Administration officials is some kind of

19   state secret?

20                MS. WELLS:  I object to the

21   form of the question.

22        A.    Are you being serious?

23        Q.    Yeah.  I'm, frankly, shocked

24   that the Commerce Department and the United

25   States Justice Department can't figure out

```
                                        Page 102
 1   who these senior Administration officials
 2   are.
 3               So I'm asking you, is this some
 4   kind of state secret?
 5               MS. WELLS:  I object to the
 6   form of the question and also --
 7        Q.     Is it any kind of secret?  You
 8   can withdraw "state."
 9               MS. WELLS:  -- the
10   characterization of what the government has
11   said in connection with the request for the
12   information that you have presented in your
13   interrogatory.
14               But you can answer the
15   question, if you remember it.
16               THE WITNESS:  I don't.  Can you
17   please read it back?
18        Q.     I will rephrase it.
19        A.     Okay.
20        Q.     Can you think of any reason why
21   the identity of the senior Administration
22   officials who had raised the citizenship
23   question to whom Mr. Ross refers, can you
24   think of any reason why this is secret or
25   why we can't know the answer to who those
```

Page 103

1   people are?

2              MS. WELLS:  I object to form.

3        A.    I have no idea.

4        Q.    I take it you have not heard

5   any discussion of that issue?

6        A.    Of the issue of the senior

7   Administration officials?

8        Q.    Yeah.

9        A.    Right, I have not.

10       Q.    You have not been -- you have

11  not been asked to find out the answer to

12  that question?

13       A.    I have not been a part of it at

14  all.  You are the first person who has

15  raised it with me.

16       Q.    Still on Teramoto Exhibit No.

17  1, when Secretary Ross says that soon after

18  his appointment as Secretary of Commerce,

19  he starts to have considerations into

20  whether to reinstate a citizenship

21  question, have you seen any documents about

22  that of any kind, e-mails, scraps of paper,

23  memoranda?

24       A.    Where are you, sir?

25       Q.    So second sentence is "Soon

Page 104

1   after my appointment as Secretary of

2   Commerce, I began considering various

3   fundamental issues regarding the upcoming

4   2020 census, including funding and

5   content."

6            Then he says, the next sentence

7   says "Part of these considerations included

8   whether to reinstate a citizenship question

9   which other senior Administration officials

10  had previously raised."

11           My question to you is, have you

12  seen -- so he is talking about a period

13  starting soon after his appointment as

14  Secretary of Commerce.

15           So I'm asking, have you seen

16  any documents, any memoranda, any e-mail,

17  scraps of paper, what have you, about the

18  Secretary's consideration of whether to

19  reinstate a citizenship question?  Have you

20  seen any such documents?

21       A.    Outside of what you provided me

22  here?

23       Q.    Correct.

24       A.    No.

25       Q.    Did you ever hear or be told

Page 105

1  that with respect to whether to add a

2  citizenship question, people should delete

3  or destroy documents?

4              MS. WELLS:  I object to the

5  form.

6       Q.    Did you ever hear that?

7       A.    No.

8       Q.    How about that they shouldn't

9  write things down, did you ever hear

10  anything like that?

11      A.    No.

12      Q.    Do you ever use a personal

13  e-mail address to communicate on government

14  business?

15      A.    No.

16      Q.    Do you have a personal e-mail?

17      A.    Sure.

18      Q.    How about a personal text

19  messaging app, do you ever use a personal

20  text messaging app to communicate on

21  government business?

22      A.    Not that I'm aware.  I try and

23  keep everything on my government phone,

24  texting and e-mails.

25      Q.    Yeah, actually, that raised a

Page 106

1    great question.

2                 When you started at the

3    Commerce Department, did someone give you a

4    briefing as to how you were supposed to

5    communicate and the importance of saving

6    those materials?

7          A.    Did someone give me a briefing?

8    I mean, I don't remember specifically, but

9    in general, you know, all the sort of

10   government work should be done on your

11   government phone and devices.

12         Q.    And retained, correct?

13         A.    Sure.  Well, my understanding

14   is that, I mean, even in your personal

15   e-mails, everything is retained somewhere

16   for life.

17         Q.    Were you given any briefing

18   about the Federal Records Act and the

19   record retention requirements of the

20   Federal Records Act?

21         A.    Not specifically, but, again,

22   my understanding is that any e-mails that

23   are sent using your government device is

24   saved somewhere for eternity.

25         Q.    Have you ever used a private

1   messaging app such as Signal, Confide or

2   WhatsApp?

3        A.    No.

4        Q.    Do you know what those are?

5        A.    I have heard of WhatsApp, but I

6   don't know, what are the other ones?

7        Q.    To your knowledge, does

8   Secretary Ross --

9        A.    I'm sorry, what were the other

10  ones?

11       Q.    Oh, I'm sorry, the other ones

12  were Signal or Confide.

13       A.    No.

14       Q.    To your knowledge, does

15  Secretary Ross use a personal e-mail to

16  communicate for government business?

17       A.    I know that he uses his

18  government account.

19       Q.    My question is, does he ever

20  use a personal account?

21       A.    I don't know.  He has a

22  personal account.  You would have to ask

23  him.

24       Q.    And has Secretary Ross ever

25  used text messaging on a personal -- on a

Page 108

1  personal device or personal account to

2  conduct government business?

3       A.     For as long as I have known

4  him, I have never received a text message

5  from him.

6       Q.     And, to your knowledge, does

7  Secretary Ross use a private messaging app

8  such as Signal, Confide, or WhatsApp?

9       A.     I think he would be like me and

10  not know how to use them.

11       Q.     Did you participate in any

12  briefings during the Trump Administration's

13  transition phase?

14            MS. WELLS:  I object to the

15  form.

16       A.     The only briefing that I can

17  remember was -- I believe it was after the

18  Secretary's hearing, he met with, I don't

19  know if they call it the transition or the

20  landing team.  I don't know, they call it

21  one of those things.  And we met in a room

22  with some of the people who were part of

23  the transition team for Commerce.

24            So if that was considered a

25  briefing, that's the only one that I would

1   have participated in.

2       Q.      Was there any discussion of the

3   census or citizenship question issues at

4   that meeting?

5       A.      Not that I remember.

6       Q.      Did you have any discussions

7   during the transition phase concerning the

8   census or citizenship questions?

9       A.      Census might have come up just

10  in terms of it being, you know, one of the

11  big departments that had a big budget, that

12  once he was confirmed, needed to get your

13  arms around, but I don't remember anything

14  on the citizenship question.

15      Q.      Before you became chief of

16  staff, did you have a predecessor in that

17  position?

18      A.      Meaning was there a chief of

19  staff before me?

20      Q.      Exactly.

21      A.      For Wilbur?

22      Q.      Correct.

23      A.      No, there wasn't.

24      Q.      Did you have any discussions

25  with the White House about the census and

Page 110

1    the citizenship question?

2          A.      When you say -- what do you

3    mean, White House?

4          Q.      White House personnel, people

5    who work, you know, are on the White House

6    staff, the President's staff, as opposed to

7    Cabinet staff, for example, as opposed to

8    Agency staff.

9          A.      Not that I remember.

10          Q.      Did you talk to Stephen Miller

11    at all about census questions?

12          A.      No.

13          Q.      Did you talk to Stephen Miller

14    ever?

15          A.      Sure.

16          Q.      What do you talk to him about?

17                  MS. WELLS:   I object to the

18    form.

19          A.      With Stephen Miller, I don't

20    remember specifically, but it was more

21    related to trade discussions.

22          Q.      You never spoke to him about a

23    citizenship question?

24          A.      No.

25          Q.      How about Andrew Bremberg?

1       A.      No.

2       Q.      No, you never spoke to him?

3       A.      I mean, I know who he is.  I

4  might have said hi to him, but I don't

5  think I have ever had a conversation more

6  than hi.

7       Q.      And certainly not about

8  citizenship questions?

9       A.      I don't think he knows who I

10  am.

11       Q.      And certainly you never spoke

12  to him about citizenship questions?

13       A.      No.

14       Q.      How about John, I will probably

15  pronounce this wrong, Zadrozny,

16  Z-a-d-r-o-z-n-y?

17       A.      I don't know who he is.

18       Q.      So you never spoke to him?

19       A.      No.  Or unless I said hi to him

20  in the hallways and I don't know who he

21  was, but I don't know who that is.

22       Q.      When you say in the hallways,

23  do you mean at the White House, do you

24  mean at the Census --

25       A.      Yes.  I have never been to the

1    Census Department or Bureau or building.

2         Q.     I meant the Commerce.  Okay.

3    So how often are you at the White House?

4         A.     It depends.  Sometimes I'm

5    there, you know, every day, sometimes it

6    will be a week that I'm not there.

7         Q.     Did you ever speak to Steve

8    Bannon on any occasion?

9              MS. WELLS:  Objection, asked

10   and answered.

11        A.     Yes.

12        Q.     What about?

13        A.     Hello.

14        Q.     So your testimony, you have

15   never had a substantive discussion with

16   Mr. Bannon?

17        A.     I mean, I've had idle chitchat

18   on a plane with him, but that was about it.

19        Q.     So no substantive discussion?

20        A.     No.

21        Q.     Certainly nothing about the

22   census or citizenship?

23        A.     No, no.

24        Q.     Did you ever speak with -- have

25   you ever spoken with President Trump?

Page 113

1       A.      Yes, I have spoken with him.

2       Q.      What about?

3       A.      Hi, nice to meet you, sir.

4       Q.      Did you ever have a substantive

5   discussion with President Trump?

6       A.      I have been in the room when

7   there have been substantive conversations,

8   but I would not say I was -- well, I would

9   say I was in the room, but I was not

10  participating in the discussion.

11      Q.      Were any of these -- did you

12  ever -- were you ever present for a

13  discussion including President Trump that

14  concerned the census or citizenship

15  questions?

16      A.      No.

17              MR. GERSCH:  Let's take a break

18  now and then we'll come back.

19              THE VIDEOGRAPHER:  The time is

20  11:30 a.m. and this marks the end of media

21  unit number two.

22              (Recess taken.)

23              THE VIDEOGRAPHER:  The time is

24  11:46 a.m. and this begins media unit

25  number three.

Page 114

1    BY MR. GERSCH:

2         Q.     We are back on the record,

3    Ms. Teramoto.

4                I want to return to a topic

5    that I had asked you about earlier and make

6    sure that to the extent I drew an objection

7    from counsel, that I've framed this in

8    various ways so as to see if we can avoid

9    the objection.

10               When you prepared for this

11   deposition, did you review documents?

12        A.     Yes.

13        Q.     And were any of the documents

14   you reviewed the documents that are marked

15   as exhibits today?

16               MS. WELLS:  I object, and I'm

17   going to direct the witness not to answer

18   on the basis of attorney-client and

19   attorney work product privilege.

20               MR. GERSCH:  Counsel, I'm going

21   to say that my understanding in the

22   Southern District of New York is that the

23   privilege doesn't cover the answer to that

24   question.

25               I'm going to move on.  I'm

Page 115

1   going to provide you with a copy of a case,

2   and at the next break let's see if we can

3   resolve that issue.

4               MS. WELLS:   Okay, thank you.

5       Q.      I'm going to show you what I'm

6   going to mark Teramoto Exhibit No. 12.

7               (Teramoto Exhibit 12 marked for

8   identification.)

9       Q.      For the record, Teramoto

10  Exhibit No. 12 is the March 26th, 2018

11  decisional memo from Secretary Ross to

12  Karen Dunn Kelley regarding reinstatement

13  of the citizenship question on the 2020

14  decennial census questionnaire, beginning

15  on page Bates stamp 1313 and ending on the

16  page Bates stamped 1320.

17              The only question for you at

18  this time I have is, have you seen this

19  document before today?

20      A.      No.

21      Q.      Did you hear that at some point

22  the Secretary had issued a decisional

23  memorandum regarding the census --

24  regarding adding a citizenship question to

25  the census?

1      A.      Did I hear that he --

2      Q.      -- had issued a decisional

3  memorandum regarding adding a citizenship

4  question to the census?

5      A.      I don't know if that's the

6  right verb.  I knew that there -- I have

7  heard that there was a decision memo.

8      Q.      Okay.  But you had not seen it

9  in the ordinary course of your work?

10     A.      No.  Again, because I'm not

11  involved in the details of census.

12     Q.      And putting aside whether you

13  had seen it, did you understand or come to

14  understand that the decisional memorandum

15  says the impetus for the question comes

16  from the Department of Justice?

17           MS. WELLS:  I'm going to object

18  to the form of the question.  You can

19  answer.

20     A.      I don't actually -- I don't

21  understand the question.

22     Q.      Sure.  I will rephrase it.

23     A.      Okay.

24     Q.      Did you understand from any

25  source that when Secretary Ross issued his

1   memorandum explaining his decision, the

2   decisional memorandum, that he said he was

3   adding a citizenship question because of a

4   request from the Department of Justice?

5               MS. WELLS:  I object to form.

6       A.      That is my general knowledge.

7   Now, if there is a technical thing, legal

8   thing in there, you know, that's not -- I

9   wouldn't be familiar, but that's my

10  understanding.

11      Q.      Didn't you understand that the

12  reason the Department of Justice asked for

13  the addition of the citizenship question is

14  because Secretary Ross asked the Department

15  of Justice to ask for the citizenship

16  question?

17              MS. WELLS:  I object to form.

18      A.      I have no idea.  I'm not

19  involved with the Department of Justice, so

20  I don't understand how their decisions are

21  made.

22      Q.      This is a question more about

23  Secretary Ross.

24      A.      Okay.

25      Q.      Didn't you understand that the

1   reason that the Department of Justice asked

2   the citizenship question is because

3   Secretary Ross asked the Department of

4   Justice to ask the citizenship question?

5              MS. WELLS:  I object to form.

6        A.     I'm sorry if I don't understand

7   your question, but when you ask it to me,

8   it makes it sound like you are asking me if

9   I understand why the Justice Department did

10  something, and, again, I have no idea how

11  the Justice Department works, so I can't

12  tell you why they do or do not do anything;

13  I'm sorry, I just don't.

14       Q.     Do you understand from any

15  source that Secretary Ross went to the

16  Department of Justice and asked them to ask

17  for a citizenship question on the census?

18       A.     Again, I don't know what direct

19  conversations the Secretary has had with

20  the Justice Department.

21       Q.     You haven't heard about that

22  from any source?

23       A.     Heard about what?

24       Q.     That Secretary Ross went to the

25  Department of Justice and asked the

Page 119

1  Department of Justice to please request the

2  addition of a citizenship question.

3          A.      I have no recollection of the

4  Secretary ever going to the Department of

5  Justice.

6          Q.      Including you have no

7  recollection of the Secretary talking to

8  Assistant Attorney -- I'm sorry, to

9  Attorney General Jeff Sessions about that?

10         A.      No, that's not what I said.

11         Q.      I know.  That's a different

12  question.

13         A.      Okay.  Can you ask your new

14  question, please?

15         Q.      Yes.

16                 You understand that Attorney

17  General Jeff Sessions spoke to Secretary

18  Ross about asking a citizenship question on

19  the census?

20                 MS. WELLS:  I object to the

21  question, the form of the question.

22         A.      From the e-mails, I can see

23  that the Secretary and the AG spoke.  What

24  they spoke about, I don't know, because, as

25  I said, I have no recollection of ever

Page 120

1   being on a call between the two of them.

2        Q.      Did you learn from any source

3   that the Department of Commerce had made a

4   decision in connection with the decisional

5   memorandum not to let Congress and the

6   public know that it was the Secretary who

7   wanted the Department of Justice to add the

8   citizenship question?

9              Withdrawn.  Let me rephrase

10  that.

11       A.      Okay.

12       Q.      Did you learn from any source

13  that the Department of Commerce had made a

14  decision in connection with the decisional

15  memorandum not to let Congress and the

16  public know that it was the Secretary who

17  went to the Department of Justice, and it

18  was the Secretary, the Secretary of

19  Commerce, that is, who pressed the

20  Department of Justice to ask for a

21  citizenship question?

22       A.      Sir, I'm not trying to be

23  difficult.  Can you shorten your questions,

24  because there is a lot of nots and --

25       Q.      Sure.

1              So the question is, did you

2    learn from any source --

3         A.      Okay, so did I learn from any

4    source?

5         Q.      Right, that the Commerce

6    Department --

7         A.      Okay.

8         Q.      -- didn't want Congress or the

9    public to know that the Secretary of

10   Commerce --

11              (Telephonic interruption.)

12        Q.      Let's take it -- for the

13   record, we have had a little interruption.

14   Let's just take it from the top.

15        A.      Okay.

16        Q.      So the first part was, did you

17   learn from any source; you are with me on

18   that, right?

19        A.      Yes.

20        Q.      And the second part was that

21   the Commerce Department didn't want the

22   Congress or the public to know that it was

23   Secretary Ross who went to the Department

24   of Justice and asked the Department of

25   Justice to request the citizenship

Page 122

1  question.

2       A.     I have not heard from any

3  source that the Commerce Department did not

4  want Congress or the public to know.

5       Q.     Have you heard of any

6  discussion even touching that subject?

7       A.     Not that -- not that I can

8  remember.  I mean, again, sir, I'm not

9  involved in the detailed discussions on

10 census.  I'm not involved in the meetings.

11      Q.     I take it Secretary Ross never

12 said to you, in words or in substance, I'm

13 not going to tell Congress that I was the

14 one who went to the Department of Justice

15 and asked for the citizenship question?

16      A.     Secretary Ross has never said

17 that to me.

18      Q.     Do you remember any discussion

19 with Secretary Ross about the citizenship

20 question?

21      A.     I don't remember having any

22 direct conversations with him on it.

23      Q.     Is it your best recollection

24 that you had no such conversations, or are

25 you saying there were, but you don't

Page 123

1  recall?

2      A.      I'm saying I don't remember

3  having any direct conversations with the

4  Secretary on the question.

5      Q.      Do you believe that you had

6  some?

7      A.      Again, I don't remember having

8  any direct conversations with him on the

9  citizenship question.

10      Q.      My question is a little

11  different.  I'm not asking for your memory

12  now.

13          I'm asking for whether you

14  think you had some, for example, I can

15  think of lots of conversations that I have

16  had with my spouse, with my children, on

17  certain subjects, but I can't remember the

18  conversations, I just know I had them.

19          So I'm asking in that context,

20  do you believe you had conversations

21  with --

22      A.      I don't think we did.

23      Q.      Let me just finish the

24  question.

25      A.      I'm sorry.

Page 124

1      Q.      I have your answer.    Let me
2  just finish the question.
3              Do you believe you had?
4      A.      I don't believe I have.
5              Again, again, I'm not the
6  census person, so if there is issues
7  related to census, I'm not the first person
8  or even the second or third, fourth, fifth
9  person that I believe the Secretary would
10  call.
11      Q.      Let me follow up on the last
12  question.
13              Does anyone at the Commerce
14  Department, to your knowledge, have a
15  longer relationship with the Secretary?
16      A.      Not that I'm aware of.
17      Q.      Do you believe you have a
18  relationship of trust with the Secretary?
19      A.      I would hope so.
20      Q.      Do you believe anyone else has
21  a better relationship of trust with the
22  Secretary at Commerce, anyone at Commerce?
23      A.      I mean, you would have to ask
24  the Secretary who he trusts the most.
25      Q.      You're not aware of anyone

Page 125

1   else?

2        A.      I can't speak for who the

3   Secretary trusts or doesn't trust.

4        Q.      Besides yourself, is there

5   anyone else the Secretary uses as a close

6   advisor on issues of importance?

7               MS. WELLS:  I object to the

8   form.

9        Q.      I will withdraw the question.

10              Is there anyone the Secretary

11  uses as a close advisor on questions of

12  importance and sensitivity?

13              MS. WELLS:  I object to the

14  form.

15       A.      Sure, yes.

16       Q.      Who are those people?

17       A.      Karen Dunn Kelley, Earl

18  Comstock.

19       Q.      Anyone else?

20       A.      I mean, I would say those are

21  the immediate ones.  There is other people.

22  I mean, if it is something related to

23  patents, he would speak to Andre Iancu.

24  There is the Under Secretary Gil Kaplan,

25  Matt Borman.

1      Q.      How about people outside of

2  Commerce, is there anyone outside of

3  Commerce that the Secretary likes to talk

4  to about important issues?

5              MS. WELLS:  I object to the

6  form.

7      Q.      For advice.

8      A.      On anything?

9      Q.      On matters relating to

10  Commerce.

11      A.      Well, sure.  I mean, a lot of

12  the -- I would say a wide majority of the

13  Secretary's time is spent on the trade

14  issues as well as the tariffs and the 232s

15  on steel and aluminum.

16      Q.      How about on census, are there

17  people outside of the Commerce Department

18  that the Secretary turns to for advice on

19  either the citizenship question or on the

20  census generally?

21      A.      If he goes outside of Commerce,

22  you know, other than, you know, he has

23  spoken to Marc Neumann, but anybody else, I

24  wouldn't know, unless there are other

25  people at the transition that talked to him

Page 127

```
 1    about it, but I wasn't part of the
 2    transition team, so I wouldn't know.
 3         Q.    If someone -- why Marc Neumann?
 4    Let me come back to him.
 5         A.    Sure.  I think as I stated
 6    before, Marc Neumann was part of the
 7    transition team who used to work at -- I
 8    think he worked at Census, so he was the
 9    one who would brief the Secretary just on
10    census during the transition.
11         Q.    In that summer of 2017 and
12    going to September when we saw those
13    e-mails between you and Assistant Attorney
14    General Gore and the other e-mails on those
15    chains, if someone had come to you then and
16    said Ms. Teramoto, I need -- I have got an
17    important issue that I want to talk to you
18    about regarding adding a citizenship
19    question, who would you have put them in
20    touch with?
21              MS. WELLS:  I object to the
22    form.
23         A.    Well, I mean, I think I did put
24    them in touch with Izzy Hernandez.
25         Q.    And what was his position?
```

1       A.      He was the deputy chief of
2   staff.
3       Q.      Did he have any special, you
4   know, was the census question, citizenship
5   question on the census, was that something
6   that he had particular responsibility for?
7       A.      I mean, I don't know.  He
8   worked on the census.
9       Q.      You said he was deputy chief of
10  staff.  I take it that meant he reported to
11  you?
12      A.      Sure.
13      Q.      So when he worked on the
14  census, was that because you assigned it to
15  him?
16      A.      I don't remember how that came
17  about.  I don't know if he said he wanted
18  to work on it or if I said we need somebody
19  to work on it.  I'm not sure which one.
20      Q.      Did you hire Mr. Hernandez or
21  play a role in his hiring?
22      A.      Yeah.  I had met -- I had met
23  Izzy during the transition and he had
24  helped the Secretary through his
25  confirmation process.

1      Q.      What was his background?

2      A.      Prior to Commerce, he was

3   working in California, it was Facebook or

4   Google or one of those companies, I don't

5   remember which one, and then prior to that

6   he had actually worked at Commerce

7   during -- sorry, should I continue?

8      Q.      Yes.

9      A.      He had worked at Commerce

10   during the Bush Administration, but I don't

11   remember the exact role that he had.

12      Q.      Did you ever have a discussion

13   with Mr. Hernandez about the citizenship

14   question?

15      A.      No.

16      Q.      Insofar as he worked on the

17   census, did Mr. Hernandez report those

18   issues to someone other than yourself?

19           MS. WELLS:   I object to the

20   form.  Go ahead.

21      A.      I don't know, and I actually

22   don't remember him reporting anything to

23   me.

24      Q.      Right.  My question is, to the

25   extent that he was dealing on census

1   issues, did he go to someone else other

2   than you?

3              And I ask that in the context

4   of your saying you don't remember him

5   coming to you, so my question is, would he

6   go to somebody else, would he go directly,

7   for example -- let's ask it this way:

8              Would he go directly to the

9   Secretary on census issues?

10       A.    He may have.  Again, I don't

11   know.  I just don't know.

12       Q.    Would you have some kind of

13   regular meeting with the Secretary to go

14   over important pending issues?

15       A.    Me personally or the

16   department?

17       Q.    Let's start with you, and then

18   we will move to the department.

19       A.    I would not -- I don't have

20   sort of a standing meeting time with him.

21   If something sort of comes up, depending on

22   its urgency, then I will just sort of

23   insert myself into the calendar.  But there

24   is no standing time that I speak to him.

25       Q.    How about some group of senior

Page 131

1   staff people, is there a regular meeting

2   with the Secretary that you participate in?

3        A.     There used to be, we haven't

4   had them in a while, we used to try and

5   have meetings of the bureau heads with the

6   Secretary to go through, and the

7   departments, any sort of major issues that

8   they would be grappling with.

9        Q.     I guess I should restrict my

10  question to Commerce, senior officials in

11  Commerce, was there a regular meeting that

12  the Secretary would have with senior

13  Commerce officials?

14       A.     Yeah, I'm sorry, that's what I

15  was talking about.  So the department

16  heads, so there is NOAA, there is Census,

17  there is Patent, there is BIS, there is a

18  whole bunch of them, we haven't had them in

19  a while, but we tried to install sort of a

20  weekly meeting where the department heads

21  would all come in and sort of give an

22  update to the Secretary.

23       Q.     Who would come for the Census?

24  Would that be someone from the Census, or

25  would it be Karen Dunn Kelley or someone

Page 132

1  else?

2      A.      I don't remember, to be honest.

3      Q.      Did someone take notes of these

4  meetings?

5      A.      I mean, people may take their

6  own individual notes.  There was no

7  assigned note-taker.

8      Q.      Here is what I would like to

9  get a feel for, if you could help me with

10  this.

11          So in a lot of organizations,

12  there would be somebody who would say,

13  particularly in a business organization,

14  okay, these are our priorities for the --

15  well, there might be long-term priorities,

16  but then there would be short-term

17  priorities like we need to get this

18  accomplished in the next week, day, month.

19          Did someone keep track of --

20  did someone keep track of what the

21  short-term priorities were?

22      A.      Well, there is -- I mean, there

23  is no sort of tracking system in the office

24  of the Secretary of sort of this, you know,

25  the immediate versus long-term goals, but

1    the department heads clearly have sort of

2    the current issues that they are working

3    on, and then, you know, things that they

4    are always sort of working on.

5              So, you know, depending on what

6    it is, and, you know, there is updates to

7    the Secretary on what's happening in the

8    departments.

9         Q.    Was there someone who was

10   supposed to give the Secretary updates

11   about adding a citizenship question to the

12   census?

13              MS. WELLS:  I object to form.

14        A.    I don't believe there has been

15   an appointed person on that.

16        Q.    Well, is there someone who does

17   it, whether they are appointed or not?

18        A.    Not that I'm aware of.

19        Q.    I neglected to ask you one

20   question about the documents you looked at

21   in preparation for the deposition, and I

22   will ask it slowly so your counsel can

23   decide whether they are going to object or

24   not.

25              Did any of the documents you

Page 134

1  reviewed have Bates stamp numbers on them?

2         MS. WELLS:  You can answer

3  that.

4      A.    I don't remember.

5         MR. GERSCH:  It is 12:10.  I

6  may be done.  In part, it depends on your

7  review of the -- and, for the record, I'm

8  speaking to counsel now -- counsel's review

9  of the case that I provided them with, and

10  I understand that other counsel probably

11  have some questions, much fewer than my

12  questions --

13         MS. WELLS:  Is it possible to

14  quantify how much time, I don't know if

15  this is a discussion you want to have on

16  the record, but the witness would prefer --

17         MR. GERSCH:  Let's go off the

18  record.

19         THE WITNESS:  I don't need to

20  have lunch.  So I'm happy to keep going

21  and --

22         THE VIDEOGRAPHER:  The time is

23  12:11 p.m. and this marks the end of media

24  unit number two.

25         (Luncheon recess:  12:11 p.m.)

Page 135

```
 1   A F T E R N O O N    S E S S I O N
 2                  1:04 p.m.
 3   W E N D Y    T E R A M O T O, resumed.
 4              THE VIDEOGRAPHER:   The time is
 5   1:04 p.m. and this begins media unit number
 6   four.
 7   CONTINUED EXAMINATION
 8   BY MR. GERSCH:
 9        Q.     All right, we are back on the
10   record.
11              Counsel and we have had a
12   discussion off the record about the scope
13   of the work product and attorney-client
14   privilege, and based on that conversation
15   I'm going to ask some additional questions
16   about the documents that the witness may
17   have reviewed in preparation for this
18   deposition.
19              Ms. Teramoto, I'm going to show
20   you -- I show you again a copy of Teramoto
21   Exhibit 2.
22              Did you review that document in
23   preparation for this deposition?
24        A.     I don't know if it was this
25   exact one, but a version of it looks
```

Page 136

1  familiar.

2       Q.     And did you see a version of it

3  with some of the -- some or all of the

4  black redaction marks?

5       A.     No.

6       Q.     You can put that aside.  I show

7  you Teramoto Exhibit 3 again.

8              Did you review that document in

9  preparation for this deposition?

10      A.     I don't remember.  I don't

11  remember.

12      Q.     I will show you what has been

13  marked Teramoto Exhibit 4.

14             Did you review that document in

15  preparation for this deposition?

16      A.     I don't think so.

17      Q.     I show you what has been marked

18  Teramoto Exhibit 5.

19             Did you review that document in

20  preparation for this deposition?

21      A.     I do not believe so.

22      Q.     Roughly how many documents did

23  you review in all?

24      A.     Ten or under.

25      Q.     I show you what has been marked

1  as Teramoto Exhibit 6.

2           Did you review that document in

3  preparation for your deposition?

4       A.    I don't think so.

5       Q.    I show you what has been marked

6  Teramoto Exhibit 7.

7           Did you review that document in

8  preparation for your deposition?

9       A.    Some version of this.

10      Q.    Did you see a version that

11  didn't contain -- did you see a version

12  that didn't contain some or all of the

13  redaction marks?

14      A.    No.

15      Q.    I will show you what has been

16  marked Teramoto Exhibit 8.

17           Did you see that document in

18  preparation for your deposition?

19      A.    Some -- actually, well, when I

20  say some version, again, the way that these

21  e-mails are, I might have seen something

22  that had a subset of it, but I don't know

23  if it's the whole e-mail chain.

24      Q.    These are the documents that --

25      A.    Yeah.

Page 138

1          Q.      Go ahead.
2          A.      Again, I don't know if it was
3    this exact document production, but it
4    could have been a version, I don't know how
5    they are generated, so do you get this as
6    one document production and the next e-mail
7    is another one, and the next one --
8          Q.      I get whatever counsel gives
9    me.
10         A.      Okay, all right.  So that's my
11   best thing, is some version of it, but I
12   don't know if it was this exact one.
13         Q.      And the document you have been
14   talking about, Teramoto Exhibit 8, that is
15   one of these documents that has the --
16         A.      It is an e-mail chain.
17         Q.      -- e-mail chain with you and
18   Assistant Attorney General Gore on it,
19   correct?
20         A.      Let me double-check that one.
21                 Yes, sir.
22         Q.      So I'm going to show you
23   Teramoto Exhibit 9, which is another one in
24   that chain and ask you the same question.
25                 Have you seen that document in

1  your preparation for this deposition?

2      A.      Again, I don't remember if it

3  was this exact one, like this one is the

4  same as this one here, so --

5      Q.      You are pointing to 8?

6      A.      Yeah.  So they all start

7  with -- 8, your document 8, and your

8  document 9, both have the same, I guess,

9  last e-mail.

10     Q.      The same one from Assistant

11 Attorney General Gore at the beginning,

12 right?

13     A.      Yes, but then the rest of it is

14 totally different than the other one.

15     Q.      My question is just, did you

16 see that document during your deposition

17 preparation?

18     A.      So the answer is some version

19 of this, but these are totally different,

20 even though they have, you know, some of it

21 is exactly identical, but for these, a lot

22 of it is different.

23     Q.      I will show you one more in the

24 chain, Teramoto Exhibit 11.

25             Did you see that document in

Page 140

```
 1   preparation for your deposition?

 2              If you want to say the same

 3   answer as for 9 --

 4        A.    Well, this one, they all

 5   start -- actually, this one, let me see

 6   this one.

 7              This doesn't make sense.  This

 8   looks like several different e-mail chains,

 9   because the document that --

10        Q.    It is a three-pager, correct?

11        A.    Yeah.  So Exhibit Teramoto 11,

12   so the page that has Bates number 0002636,

13   and then the page number that has 0002638,

14   both have the same e-mail at the end, and

15   then the e-mail above it is the same, and

16   then the e-mail above that is the same, and

17   the one above that is the same, but then,

18   again, I don't know how you guys do this,

19   but then the rest of it is totally

20   different than on this one, so it is,

21   candidly, confusing to me.

22        Q.    However confusing it may be,

23   have you seen that document or any part of

24   it during your deposition preparation?

25        A.    I don't remember seeing -- I
```

Page 141

1  remember seeing a part of it, but not in

2  its entirety, and I don't remember because

3  they are all versions of something.

4       Q.     Have you seen Teramoto Exhibit

5  10 in preparation for this deposition?

6       A.     I believe so, yes.

7       Q.     Have you seen -- I think you

8  testified that you reviewed about ten

9  documents.

10            What other documents did you

11  review other than the ones we've just gone

12  over?

13       A.     You mean other than these?

14       Q.     Yeah.

15       A.     I don't remember.

16       Q.     Did you review Teramoto Exhibit

17  12 before today?

18       A.     No.  Would you like me to read

19  it?

20       Q.     No.  Did you review Teramoto

21  Exhibit 1 before today?

22       A.     No.

23       Q.     Thank you.  You can put those

24  aside.

25            MR. GERSCH:  All right, at this

Page 142

```
 1   time I have no further questions.  Other
 2   counsel will have questions.
 3              We will be moving to compel
 4   additional documents, and for that reason I
 5   cannot say with certainty that this
 6   deposition is concluded for our clients,
 7   and I understand that you may not agree
 8   with that.
 9              All right, who is next?
10              THE WITNESS:  Thank you.
11              MS. WELLS:  Can you give us an
12   idea of what additional documents?
13              THE VIDEOGRAPHER:  The time is
14   1:13 p.m.  We are off the record.
15              (Recess taken.)
16              THE VIDEOGRAPHER:  The time is
17   1:14 p.m. and we are back on the record.
18   EXAMINATION BY MS. GOMEZ:
19        Q.    Good afternoon, my name is
20   Julia Gomez.  I'm an attorney for the LUPE
21   plaintiffs in Maryland.
22        A.    What does LUPE stand for?
23        Q.    La Unión Del Pueblo.  It's an
24   organization in Texas.
25        A.    Okay.
```

1      Q.     So just going back to what you
2  did to prepare for this deposition, when
3  did you first learn that your deposition
4  was going to be taken today?
5      A.     I don't remember specifically.
6  My best guess, if you want me to guess, is
7  maybe a month or so ago.
8      Q.     And to clarify, did you learn
9  that the deposition was scheduled for today
10 a month ago or did you first learn that
11 your deposition was going to be taken a
12 month ago?
13     A.     I'm sorry, I thought the
14 question was when I -- when I heard that it
15 was going to be taken, not when it was
16 scheduled.
17     Q.     Yeah, that was my question.
18     A.     Oh, okay.  So I'm guessing, I
19 don't remember the exact, but I'm guessing
20 about a month ago.
21            In terms of the exact
22 scheduling of it, I know we had gone back
23 and forth and I had to rearrange things to
24 be here today, because this was the day
25 that worked for you guys, when some of the

Page 144

1    other days that I proposed did not.

2         Q.      And when did you review the

3    documents you just went through, so

4    Exhibits 1 through 12?

5              MS. WELLS:  I object to the

6    form.

7         Q.      Of the exhibits you reviewed,

8    when did you review the exhibits?

9         A.      Well, again, I think I

10   testified earlier, these exhibits, I don't

11   know if they are the exact ones, and some

12   of those I did not review at all.  It would

13   have been yesterday.

14        Q.      And was that the only time?

15        A.      There might have been some

16   previous time that I had looked at stuff,

17   but most of them would have been yesterday.

18        Q.      Did you tell Secretary Ross

19   that you were going to be deposed today?

20        A.      Sure.

21        Q.      Did you have a conversation

22   with him about it?

23        A.      Well, I told him I was going to

24   be deposed.

25        Q.      Did you discuss anything

1    further about it?

2         A.    No.

3         Q.    Did you discuss the citizenship

4    question with Secretary Ross after you

5    found out you were going to be deposed?

6         A.    No.

7         Q.    And when did you speak to him

8    regarding the deposition?

9         A.    I mean, in terms of scheduling,

10   I don't know.  I would have just said to

11   him, oh, I'm going to be deposed this date.

12        Q.    And did he respond?

13        A.    I don't remember.  It would

14   have been "okay."

15        Q.    What is your understanding of

16   plaintiffs' allegations in this case?

17        A.    None.

18        Q.    As you sit here today, what is

19   your understanding of the controversy that

20   exists with respect to the citizenship

21   question?

22        A.    Some people think it should be

23   on there and some people don't.

24        Q.    Anything beyond that?

25        A.    I mean, that's the controversy.

1      Q.      Do you understand any further

2  details about, for example, why some people

3  don't think the citizenship question should

4  be on the census?

5      A.      I mean, the controversy, as I

6  understand it, is, you know, does the

7  question change or increase the ability to

8  have an accurate count.

9      Q.      And prior to the lawsuits, had

10  you -- had anyone expressed this concern --

11  are you aware that anyone ever expressed

12  this concern regarding the count and the

13  citizenship question?

14      A.      Well, I don't know when the

15  lawsuits were filed.

16      Q.      Prior to March 26th when the

17  decision was made to add the citizenship

18  question, were you aware that there were

19  concerns about the count if the citizenship

20  question was added?

21      A.      I can't -- I don't remember

22  anything specific.

23      Q.      Other than attorneys at the

24  Department of Justice and Department of

25  Commerce, have you talked to anyone else

1    about the fact that you were being deposed

2    today?

3         A.    I don't know if -- well, I

4    would have mentioned it to people for

5    scheduling purposes.

6         Q.    Anyone else?

7         A.    Not that I can think of.  I

8    might have mentioned it to my husband.

9         Q.    And what discussion did you

10   have with your husband about the

11   deposition?

12        A.    I can't have my doctor's

13   appointment on Friday because I'm going to

14   have a deposition, so I have to have my

15   doctor's appointment on Thursday.

16        Q.    In connection with the lawsuits

17   about the citizenship question, were you

18   directed to search for files, e-mails, or

19   references to the census or the Census

20   Bureau?

21        A.    I believe there was something

22   that had been -- some sort of e-mail or

23   some communication that there was going to

24   be a search for documents, and so somebody

25   came and searched my computer for whatever

1   the document search required.

2         Q.      Did you do anything to look for

3   documents?

4         A.      Well, I was there, but you

5   wouldn't want me to be the one searching

6   and trying to figure out how to navigate

7   the system.

8         Q.      Did you search for any

9   handwritten documents or handwritten notes?

10        A.      I wouldn't have had any.

11        Q.      Besides the people that came to

12  your office to do the search, did you

13  direct anyone else to conduct a search for

14  you in connection with this lawsuit?

15        A.      I mean, no.  I mean, there was

16  some e-mail that was sent with regard to

17  the litigation and I said somebody came and

18  searched my computer.

19        Q.      Do you know if anyone searched

20  your government-issued phone?

21        A.      I think so, but I don't -- I

22  don't know.

23        Q.      So you've mentioned a couple of

24  times that one of the big concerns with

25  respect to the census that you're aware of

1    is the census budget, correct?

2         A.       I have mentioned that one of

3    the recurring topics was the census budget.

4         Q.       And did you work on anything

5    with respect to the census budget?

6         A.       Did I?  No.

7         Q.       Are you aware of what the

8    issues were with respect to the budget?

9         A.       Well, the general issue of is

10   it going to be within or over the budget,

11   and what the appropriate budget should be.

12              But in terms of the details,

13   again, I was not involved in the detailed

14   discussions, so that's the best I would

15   have.

16        Q.       As far as you're aware, was

17   there a concern about hiring half a million

18   people to work on the census?

19        A.       Well, there was a concern about

20   how you ramp up the employment that the

21   census will need to make sure that there's

22   enough people to conduct an appropriate

23   count.

24        Q.       And was there any discussion

25   about nonresponse follow-up?

Page 150

1          A.      I don't remember.

2          Q.      How about the hiring of

3    enumerators specifically?

4          A.      I wouldn't have been a part of

5    any of those types of discussions.

6          Q.      When you did become aware about

7    these discussions, who would be the people

8    that made you aware about the census

9    budget?

10         A.      What do you mean, which

11   discussions?

12         Q.      About the census budget.

13         A.      What was your question, again?

14         Q.      How did you become aware about

15   the census budget issues?

16         A.      Well, I mean, that's a bit

17   generic.  I mean, when I say I knew that

18   the budget was an issue, that's the issue

19   that I knew of, the budget.  The inner

20   workings and the details of the budget I

21   wouldn't know.

22         Q.      I understand it's a broad

23   issue, but just generally how did you

24   become aware of these issues?  Did you

25   receive e-mails from certain people?  Were

Page 151

1  you in briefings?

2         A.       I don't remember.  I don't

3  remember specifically, but I just remember

4  there have been, you know, whether inside

5  or outside of meetings, discussions about

6  the census budget and getting our arms

7  around, you know, the numbers that were

8  inherited from the prior administration and

9  sort of what contracts had already been

10  agreed to that may or may not have been the

11  best contracts or contractors to be, you

12  know, involved with.

13             But I, again, was not involved

14  in the detail, so it was, you know, I

15  couldn't give you specifics.

16         Q.       Are there any people that you

17  know were involved in these discussions?

18         A.       Yes.  So, again, the main

19  people who worked on the census in the

20  Secretary's office was, you know, Karen

21  Dunn Kelley, because when she came in, you

22  know, census fell under her group, and Earl

23  Comstock was involved.

24         Q.       And as you heard concerns about

25  the census budget, were there any concerns

1    that the addition of the citizenship

2    question might make it more difficult to

3    hire enough -- let me rephrase that.

4              Were there any concerns that

5    adding a citizenship question would require

6    that the Census Bureau hire more people?

7         A.    No, I have never heard that.

8         Q.    If Secretary Ross were to be

9    deposed in this case and he asked you for

10   help with prepping him, what would you do

11   to assist him in prepping?

12        A.    I wouldn't.  That's for the

13   lawyers.

14        Q.    What if he asked you about the

15   call you had with Mr. John Gore in the

16   summer of 2017?

17              MS. WELLS:  I object to the

18   form.

19        A.    I would tell him the same thing

20   that I've told your colleagues, I don't

21   remember talking to John Gore.

22        Q.    You wouldn't offer to search

23   through your e-mail to see if you can write

24   down sort of a timeline of how you were

25   involved?

1         A.      No.

2         Q.      When did you first become aware

3    that Secretary Ross was considering adding

4    a citizenship question to the 2020 census?

5               MS. WELLS:  I object to form.

6         A.      I think I testified I don't

7    remember.

8         Q.      Did you know before March 26th,

9    2018?

10        A.      That what?

11        Q.      That Secretary Ross was

12   considering adding a citizenship question

13   to the 2020 census.

14              MS. WELLS:  I object to form.

15        A.      I mean, there had been -- there

16   had been obviously some communication, but,

17   you know, the date March 26th doesn't ring

18   anything special to me prior to these memos

19   being shown to me.

20        Q.      Either before or after March

21   26th, did you ever consult with the

22   Department of Justice regarding the census

23   generally?

24        A.      Not that I remember.

25        Q.      How about with John Gore

Page 154

1  specifically, either before or after March

2  26th, do you recall ever communicating,

3  e-mailing with him, regarding any subject,

4  not just the census?

5       A.     Again, there have been, you

6  know, I think it is, frankly, one e-mail,

7  it is one chain, where we've discussed

8  that.

9            Do you want me to discuss it

10 again?  Because I can pull it out.

11      Q.     No, I don't.

12      A.     But I don't remember ever

13 speaking to John Gore.  I never met John

14 Gore.  John Gore could be in this room and

15 I don't know what he looks like.

16      Q.     Are you aware that Secretary

17 Ross testified on March 22nd before the

18 House Ways and Means Committee?

19      A.     No.

20      Q.     Earlier you mentioned that you,

21 and correct me if I'm wrong, that you have

22 met President Trump before during a

23 transition meeting; is that correct?

24      A.     No, that's totally incorrect.

25 That's not right at all.  So I never met

Page 155

1   the President in a transition meeting.  I

2   met the President in a meeting.

3                   I think your colleague asked if

4   I participated in the meeting, and I think

5   what I told him is that I was sitting in

6   the room, but I did not have a speaking

7   role, so I don't know if you lawyers

8   consider that participating or not.

9        Q.     You did mention a transition

10  meeting that you participated in after

11  Secretary Ross' hearing.  Do you recall

12  when that meeting occurred?

13       A.     Yes, I think what I testified

14  is that I participated in a transition

15  meeting immediately after his confirmation

16  hearing.

17       Q.     Do you know when his

18  confirmation hearing was?

19       A.     No.

20       Q.     Were you already employed with

21  the Department of Justice when that meeting

22  occurred?

23                   MS. WELLS:  I object to the

24  form.

25       A.     I never worked for the

Page 156

```
 1   Department of Justice.
 2         Q.     I'm sorry, Department of
 3   Commerce, were you already employed with
 4   the Department of Commerce when this
 5   meeting occurred?
 6         A.     Which meeting are you talking
 7   about?
 8         Q.     The transition meeting that
 9   occurred immediately after Secretary Ross'
10   confirmation hearing.
11         A.     No, the Secretary wasn't even
12   the Secretary then.
13         Q.     What was your --
14         A.     He had his hearing, but he was
15   not confirmed, so there was no Secretary --
16   there was no 39th Secretary of Commerce.
17         Q.     So you mentioned that you
18   participated in this transition meeting.
19   Why?
20         A.     Well, participated is --
21         Q.     Attended.
22         A.     Attended.  So after the
23   Secretary had his hearing, the transition
24   team, which I don't know, you know,
25   everybody who was involved in it, had set
```

1    up a meeting for him to discuss what they

2    viewed as a route for his best

3    transitioning into Commerce as the incoming

4    Secretary.

5         Q.     And why were you invited to

6    this meeting?

7         A.     Well, I don't know if I was

8    invited, but I showed up with him.

9         Q.     Why did you show up with him?

10        A.     Because I was with him in D.C.

11        Q.     Were you his assistant at that

12   time?

13        A.     What do you mean, assistant?

14        Q.     Were you working for him either

15   as an advisor or --

16        A.     I was there for his hearing.

17        Q.     And why did you attend his

18   hearing?

19        A.     Why not?  It is fascinating.

20        Q.     So you are saying you attended

21   his hearing because you thought it was

22   fascinating?

23        A.     I thought it would be

24   interesting.

25        Q.     Did Secretary Ross ask you to

1    attend the transition meeting?

2         A.    No.

3         Q.    You just showed up?

4         A.    I was with him -- I was with

5    him at his hearing, and then after his

6    hearing he went to have a meeting with the

7    transition team, and I just went with him.

8         Q.    Who was at the transition

9    meeting?

10        A.    I won't remember everybody.

11   There was Marc Neumann, there was Lilly

12   Gaynor, Earl Comstock, I believe Eric

13   Branstad was there.

14              Let me see.  There were other

15   people there, but I don't know -- I didn't

16   know who they were.  And you should be

17   reminded this is well over a year and a

18   half ago.

19        Q.    Did you discuss the census at

20   that meeting?

21        A.    I don't believe so.

22        Q.    Do you remember what topics you

23   discussed?

24        A.    No.

25        Q.    Did you discuss reapportionment

1  during that meeting?

2       A.      No.  I don't think I have ever

3  been in a discussion about reapportionment.

4       Q.      Immigration enforcement?

5       A.      No.

6       Q.      How about not counting

7  non-citizens?

8       A.      No.  Again, this was a

9  transition meeting about him and coming in

10 on his, you know, initial days.  None of

11 that I remember being discussed.

12      Q.      Have you spoken with Stephen

13 Bannon before?

14      A.      I believe I testified that I

15 have.

16      Q.      How many times?

17      A.      I'm guessing, maybe three,

18 tops.

19      Q.      When?

20      A.      I mean, I don't know.  I mean,

21 I'm sure at some point I saw him in the

22 White House and I said hello.  I don't know

23 if he said hi back to me, so I don't know

24 if that is actually a conversation or not.

25              And then he rode on the same

Page 160

1   plane back from Saudi Arabia as we did, but

2   I didn't really talk to him because you

3   can't hear anybody on those planes.

4         Q.     You said it was three, tops.

5   Do you remember the third time?

6         A.     No.  I mean, I'm guessing.

7         Q.     So have you ever had a

8   substantive conversation with him about

9   anything?

10        A.     No.  I don't think he knows who

11  I am or what my name is.

12        Q.     Does Secretary Ross speak to

13  Stephen Bannon, maybe not anymore, but in

14  2017?

15               MS. WELLS:  I object to the

16  form.

17        A.     I don't know.

18        Q.     Are you aware that they ever

19  spoke?

20        A.     I'm sure there were

21  pleasantries.  If there was more discussion

22  beyond that, I don't know.

23        Q.     Is there anyone at the

24  Department of Commerce that you are aware

25  that has had conversations with Stephen

Page 161

1  Bannon?

2       A.     I have no way -- I have no way

3  of knowing.

4       Q.     So you mentioned that you are

5  at the White House sometimes almost every

6  day?

7       A.     Sometimes.  I mean, and

8  sometimes there is weeks that I'm not

9  there.

10      Q.     When you go to the White House,

11 do you go there -- what is it that you go

12 to do?

13      A.     Well, there will be trade

14 meetings that I go there for.  There will

15 be meetings on Ivanka's Workforce Council.

16 There will be meetings in the situation

17 room on various topics.  I will go there

18 and have lunch.

19      Q.     Have you ever had any meeting

20 at the White House regarding the census

21 generally?

22      A.     No.

23      Q.     How often does Secretary Ross

24 go to the White House?

25      A.     All the time.

Page 162

1      Q.      Are you aware of him having
2   meetings there regarding the census?
3      A.      No.
4      Q.      Not --
5      A.      Not to my knowledge.
6      Q.      What topics are you aware that
7   he discusses when he goes to the White
8   House?
9      A.      Well, you mean topics or
10  meetings?
11     Q.      Well, what is discussed during
12  these meetings as far as you're aware?
13     A.      I'm not always there, so I
14  don't know.
15     Q.      When you are there.
16     A.      He will go there for trade
17  meetings, and I'm a part of some of those.
18  I have never heard census mentioned once in
19  a single trade meeting the entire time I've
20  been there.
21            And he will go for other
22  meetings that I'm not a part of.  So I
23  don't know what's discussed at the meetings
24  that I'm not a part of.
25     Q.      Do you know if he has ever had

1    discussions, during those meetings,

2    regarding immigration enforcement?

3            MS. WELLS:   I object to the

4    form.

5        A.      Again, you would have to ask

6    him.  I can't --

7        Q.      I'm asking --

8        A.      I can't testify for a meeting

9    that I'm not a part of what he discussed.

10       Q.      I'm asking about what you are

11   aware of.  So if you are not aware, you can

12   just say I'm not aware of anything.

13           Voter fraud?

14       A.      What?

15       Q.      Voter fraud?

16       A.      Never -- I'm not aware of any.

17       Q.      An undercount that may result

18   in the census?

19       A.      Just to back up, these are have

20   I ever heard these topics at a meeting with

21   the Secretary in the White House?

22       Q.      Are you aware of the Secretary

23   having these conversations with anyone at

24   the White House?

25       A.      Okay, no.

1      Q.      Congressional apportionment?

2      A.      No.

3      Q.      Redistricting?

4      A.      No.

5      Q.      Have you ever had any

6  conversations, and excuse my pronunciation,

7  with Reince Priebus?

8      A.      Have I ever had a conversation

9  with him?

10      Q.      Uh-huh.

11      A.      He was on that plane back from

12  Saudi, but, again, nobody really spoke

13  because you couldn't hear over the engines.

14  I can't think of any.  I don't think Reince

15  knows who I am.

16      Q.      Are you aware of Secretary Ross

17  having conversations with Mr. Priebus?

18      A.      I'm sure they have, but I have

19  no idea about what.

20      Q.      Anyone at the Department of

21  Commerce, are you aware of anyone at the

22  Department of Commerce having conversations

23  with Mr. Priebus?

24      A.      I mean, it's not like people

25  have conversations and then come and notify

Page 165

1    me, so no.

2         Q.     Have you ever had any

3    conversations with John Kelly?

4         A.     Yeah.  Well, yeah, some.

5         Q.     Do you know, when was the last

6    time you spoke to Mr. Kelly?

7         A.     The last time I spoke to

8    General Kelly, I assume is who you are

9    talking about?

10        Q.     Yes.

11        A.     Probably about maybe three

12   weeks ago.

13        Q.     And what did you discuss?

14        A.     He had called me about some

15   technical issue with water in California.

16        Q.     Have you ever spoken to General

17   Kelly about the census generally?

18        A.     Never.

19        Q.     The citizenship question

20   specifically?

21        A.     Never.

22        Q.     Have you ever spoken with

23   General Kelly about immigration

24   enforcement?

25        A.     No.

1      Q.      Voter fraud?

2      A.      Not at all.

3      Q.      An undercount?

4      A.      No.

5      Q.      Congressional apportionment?

6      A.      No.

7      Q.      Redistricting?

8      A.      No.

9      Q.      Are you aware of General Kelly

10   having conversations with Secretary Ross?

11     A.      Sure.

12     Q.      Do you know if they have ever

13   spoken about the census?

14     A.      No idea.

15     Q.      Immigration enforcement?

16     A.      No idea.

17     Q.      Voter fraud?

18     A.      No idea.

19     Q.      An undercount?

20     A.      No idea.

21     Q.      Congressional apportionment?

22     A.      No idea.

23     Q.      Redistricting?

24     A.      No idea.

25     Q.      Do you know if anyone from the

Page 167

1  Department of Commerce has ever had

2  conversations with General Kelly about any

3  of the topics we have just discussed?

4        A.     I have no idea.

5        Q.     Have you ever spoken to Kris

6  Kobach, besides last summer?

7        A.     Well, I don't even remember

8  speaking to him, so other than that e-mail.

9        Q.     Do you know if Secretary Ross

10  has communicated with him before?

11        A.     I have no idea.

12        Q.     What about anyone at the

13  Department of Commerce?

14        A.     No idea.

15        Q.     Are you aware that he also made

16  a request to add a citizenship question to

17  the 2020 census?

18              MS. WELLS:  I object to the

19  form.

20        A.     Well, I mean, I've read the

21  e-mail.

22        Q.     Aside from the e-mail.

23        A.     No.

24        Q.     Have you ever spoken to

25  Attorney General Jeff Sessions?

Page 168

1        A.      I think I might have said hi to

2   him at the chief of staff meeting, but now

3   that I think about it, I was late, so I

4   don't even think I even shook his hand.

5        Q.      How about Secretary Ross and

6   Attorney General Jeff Sessions, are you

7   aware of conversations between them?

8        A.      I'm aware that they've had

9   conversations.  I'm not aware of the

10  content of those conversations.

11       Q.      Do you know if they have ever

12  spoken about the census generally?

13       A.      I have no idea.

14       Q.      Do you know if they have ever

15  spoken about immigration enforcement?

16       A.      I have no idea.

17       Q.      Voter fraud?

18       A.      Zero idea.

19       Q.      An undercount?

20       A.      No idea.

21       Q.      Congressional apportionment?

22       A.      No idea.

23       Q.      Redistricting?

24       A.      No idea.

25       Q.      So earlier you mentioned you

1   have spoken to Stephen Miller before,

2   correct?

3          A.      Right.

4          Q.      About how many times have you

5   spoken to him?

6          A.      Maybe a handful.

7          Q.      Do you remember the dates?

8          A.      No idea.

9          Q.      Have you ever spoken to Stephen

10  Miller about the census?

11         A.      No.

12         Q.      Have you ever spoken to him

13  about immigration generally?

14         A.      No.

15         Q.      Voter fraud?

16         A.      No.

17         Q.      An undercount?

18         A.      No.

19         Q.      Congressional apportionment?

20         A.      No.

21         Q.      Redistricting?

22         A.      No.

23         Q.      Are you aware of Secretary Ross

24  ever having conversations with Stephen

25  Miller about the census?

Page 170

1        A.        Not that I'm aware of.

2        Q.        Anyone at the Department of

3  Commerce ever have a conversation that

4  you're aware of with Stephen Miller?

5        A.        I'm not aware.

6        Q.        I just need a moment to make

7  sure I don't have any more questions.

8        A.        Sure, take your time.

9              MS. GOMEZ:  We have no further

10  questions.

11              THE WITNESS:  Thank you.

12              THE VIDEOGRAPHER:  The time is

13  1:44 p.m.  We are off the record.

14          (Recess taken.)

15              THE VIDEOGRAPHER:  The time is

16  1:51 p.m. and we are back on the record.

17  EXAMINATION BY MR. CASE:

18        Q.        Ms. Teramoto, my name is Andrew

19  Case.  I'm from the law firm of Manatt,

20  Phelps & Phillips, and we represent the

21  City of San Jose and the Black Alliance For

22  Just Immigration in a case filed in the

23  Northern District of California, No.

24  18-CV-2279.

25        A.        Okay.  Nice to meet you, sir.

Page 171

1      Q.      Nice to meet you.  I want to go
2  back a little bit to your time at
3  Rothschild.
4      A.      Sure.
5      Q.      Did you work on any significant
6  transactions during your time at
7  Rothschild?
8              MS. WELLS:  I'm going to object
9  to the form.
10     A.      How would you define
11 significant?
12     Q.      Do you remember any
13 transactions you worked on while at
14 Rothschild?
15             MS. WELLS:  I object to the
16 form again.  You can answer if you can.
17     A.      Well, so there's, at
18 Rothschild, there's -- when we were there,
19 there is the M&A practice and then there
20 were also the funds.  I don't offhand
21 remember any sort of the M&A things that I
22 would have worked on.  This is, you know,
23 20 years ago.
24     Q.      When you were at W.L. Ross &
25 Company, can you describe in general what

Page 172

1  your duties were and how they changed over

2  the years?

3          A.      Sure.   So I was, you know, when

4  I started at Rothschild, I was an

5  associate, and working on the Rothschild

6  Recovery Funds, and then as time went by I

7  sort of moved up the ladder in terms of

8  title, but I became primarily responsible

9  for certain verticals of investments for

10 the funds.

11          So I was primarily in charge of

12 our coal investments, our rail investments,

13 and our shipping investments.

14     Q.     So did you make decisions about

15 which investments to make in those three

16 sectors?

17          A.      Well, I was on the Investment

18 Committee for some of the funds, so I would

19 have been a part of the Investment

20 Committee decision-making process.

21     Q.     Do you remember any decisions

22 that the Investment Committee made with

23 regards to investment in those sectors?

24          A.      Well, the Investment Committee

25 approved various investments in those

1    different sectors.

2        Q.       Sitting here today, looking

3    back, do you remember any of these

4    meetings, these committee meetings?

5        A.       Investment Committee meetings?

6        Q.       Yeah.

7        A.       Not the specifics.  I mean, I

8    remember having them, but I don't remember

9    the details of them.

10       Q.       Do you remember the people that

11   were on the Investment Committee with you?

12       A.       Sure.  I mean, they are

13   different funds, so I wouldn't remember all

14   of the different funds, but I would know

15   who was on which specific Investment

16   Committee, and it changed, but some of

17   them.

18       Q.       But you have a memory of the

19   work that you did while you were at W.L.

20   Ross & Company, which committee members you

21   worked with?

22             MR. ROSENBERG:  Just for the

23   record, I think you were testifying as to

24   Rothschild, right?

25             MR. CASE:  I thought we moved

Page 174

1    to Ross & Company.

2         Q.      Were we still on Rothschild?

3         A.      Do you understand the

4    background between Rothschild --

5         Q.      Yes, I believe I do.  But why

6    don't you explain to me how the transition

7    happened.

8         A.      So the first Rothschild

9    Recovery Fund was -- I believe it was set

10   up in 1997.  So that was Rothschild

11   Recovery Fund I, and then there was a

12   Rothschild Recovery Fund II that was set up

13   a couple of years after, I don't remember

14   the exact vintage date of it, and then it

15   was April 1st, and I believe it was 2000,

16   it could have been 2001, I don't remember

17   the exact time, or the exact year, that

18   Wilbur bought out, and I don't know the

19   exact transaction, so you would have to ask

20   him exactly how it happened, but he bought

21   out most of the general partner interest

22   from the Rothschild funds and then they

23   became WLR Recovery Funds, so that then

24   evolved into the W.L. Ross portion.

25                And then in 2006, Invesco

Page 175

1    purchased W.L. Ross & Co., and you would

2    have to ask Wilbur Ross exact details of

3    that, but the funds then, there were

4    different sets of funds under that

5    umbrella.

6         Q.     So when you say the Rothschild

7    Recovery Funds, was the fund consistent

8    over the time period?  Did you work on

9    essentially the same fund for that period

10   as it went from entity to entity?

11        A.     That's not the way you look at

12   it.  I mean, there is different funds that

13   have a certain life.

14              So you would have a Rothschild

15   Recovery Fund, which I think -- I think the

16   life of the funds, I believe it was seven

17   years, and then you would have the next

18   fund and then there were more funds

19   underneath that.

20              So, you know, after a certain

21   period of time, I don't remember when, but

22   the investments that were in the first fund

23   would no longer exist because we would have

24   sold out of them, so there was no fund --

25   there was no sort of Fund I anymore, so it

1   is not as if there is still a -- I don't

2   believe there is still a WLR Recovery Fund

3   I.

4        Q.      When you were at W.L. Ross &

5   Company, were your main responsibilities

6   determining what these funds would invest

7   in?

8        A.      Well, over what time period are

9   you talking about?

10       Q.      Take me through if it changed.

11       A.      Okay.  Well, in the beginning,

12  I was an associate, so I sort of worked on

13  a whole bunch of different projects on the

14  M&A side, but then on the investment side I

15  would be in more of a support capacity for

16  the different, I guess different people who

17  were working on the fund.

18              And then, I don't want to say

19  as I got older, but maybe as I got more

20  experienced, I started -- I found my own

21  names and investments, and those I would

22  take and propose to the Investment

23  Committee.

24              And so for those, you know, I

25  would be the point person on, you know,

1  finding investments, depending on what type

2  of investment, you know, negotiating the

3  purchase agreement, or if we were buying it

4  out of bankruptcy, you would be negotiating

5  with a different set of creditors, debtors.

6  I mean, there is a whole bunch of different

7  ways.

8            And then, you know, as the

9  funds progressed, a lot of my time would

10 continue to be on the investment side and

11 finding the investments, but then there was

12 also quite a bit of time that would be

13 spent on the marketing side for our funds,

14 and so the marketing side would be to go

15 out and try and raise new money for the new

16 funds that were being created.

17      Q.      Sitting here today, do you

18 remember investments that you identified

19 and brought to the market, to the

20 Investment Committee, without identifying

21 them, obviously, but do you remember

22 sitting here today any of the investments

23 you recommended?

24      A.      Sure.

25      Q.      And how many years ago was

1  this?

2       A.      It depends.  I mean, the main

3  one I remember is an investment that we had

4  for 13 years.

5       Q.      But you identified it

6  originally?

7       A.      Sure.

8       Q.      When did Wilbur Ross first

9  speak to you about joining the Commerce

10  Department?

11      A.      I know your colleague asked

12  this before.

13              I don't remember specifically.

14  You know, it would have been -- it would

15  have been after -- well, clearly after he

16  was nominated, but I don't remember

17  specifically when.

18      Q.      If I represent to you that he

19  was nominated on Inauguration Day, which

20  was January 20th, 2017, and he was

21  confirmed on February 27th, 2017, do you

22  recall if he spoke to you before he was

23  confirmed about joining?

24      A.      I thought he was confirmed on

25  the 28th.

1      Q.      Then I could have gotten that

2  information wrong, I'm sorry.

3      A.      Okay.  And I don't know when he

4  was nominated.

5      Q.      I'm fairly confident, but I got

6  the other one wrong by one day, but it was

7  on or about Inauguration Day.

8      A.      Again, I don't remember the

9  specifics.

10      Q.      That's fine.

11          Do you remember if he spoke to

12  you about joining Commerce before the date

13  of his confirmation?

14      A.      Again, I mean, you know, we had

15  talked loosely about it, but, you know, for

16  me it was, you know, I have two small kids

17  who live in New York City, and so I just

18  remember it was a hard, you know, it was a

19  very loose discussion of, you know, would

20  you be interested, I'm paraphrasing here,

21  but it wasn't anything sort of specific,

22  because I struggled a lot, because, again,

23  I have, you know, two small kids that are

24  based in New York City.

25      Q.      I think you testified this

1    morning that you joined as a senior advisor

2    first before becoming chief of staff; is

3    that correct?

4         A.      Sure, yeah.

5         Q.      Can you tell me about what your

6    responsibilities were when you joined just

7    as a senior advisor?

8         A.      Well, remember, in the

9    beginning, and I thought it was February

10   28th, I will have to look, I should know

11   that.  I'm pretty sure it was February

12   28th.

13        Q.      I will take your word on that.

14        A.      You know, I have never worked

15   in the government and I don't believe he

16   has ever worked in the government, so when

17   I officially started, you know, in the

18   beginning, it was, one, just trying to

19   understand how the departments are run.

20             If you have never worked --

21   have you ever worked for a government?

22        Q.      I have, but I'm generally not

23   going to answer questions, but I will

24   answer that one.  I have.

25        A.      So I will just say to someone

Page 181

1    like me, who had never worked in the
2    government, trying to explain to somebody
3    who has never worked in the government, it
4    is very hard.  There is a different
5    language that you speak.  Just the way that
6    things are run is very different than the
7    way that we had run things on the private
8    side.
9                So it was understanding, you
10   know, how the department works, how the
11   departments, not only the Commerce
12   Department, but how Commerce interacts with
13   Treasury and USTR and Energy and
14   Transportation, and I'm sure for every
15   administration, it is different, but for us
16   it was just trying to understand how that
17   works, interacting with the White House,
18   learning about the different bureaus, how
19   the different bureaus work, the budgeting.
20               You know, Commerce has 47,000
21   people.  I don't think people realize the
22   magnitude of what Commerce has.  Commerce
23   has historically, from what I have been
24   told, has been a department that when
25   administrations aren't sure where to put

1   something, they have sort of stuck it in

2   Commerce, and so that's why you have, and

3   this is what I talked a little bit about in

4   the beginning, when you look at the range

5   of the different things that are in

6   Commerce, that Commerce oversees, it's a

7   huge range.

8           So you have NOAA, which is the

9   lion's share of the Commerce Department,

10  and NOAA has to do with the fisheries, they

11  deal with the satellite launches, they deal

12  with the weather.  I mean, it's huge.  So

13  that's NOAA.

14          You have Patents, and that's a

15  huge thing.  This year, the Patent Office

16  just signed their 10 millionth patent,

17  which was a huge thing for them.  You

18  obviously have Census as well.

19          And then, don't forget, you

20  have two other things, which if anybody

21  reads the news, you will see has been very

22  active in this administration, and that is,

23  you know, ITA, which is the trade, so a lot

24  of the trade discussions and dialogues, you

25  know, that's through ITA, and then you also

Page 183

1   have, you know, BIS, which does a lot of

2   the 232 tariffs on steel and aluminum.

3            So, you know, trying to get

4   your arms around just situationally what is

5   going on, that I would say in the beginning

6   was really where I tried to focus some of

7   my time, plus, you know, there was a

8   transition team, and this is all language

9   which, if you have worked in the

10  government, then you know, this was new

11  language to me, you have the transition

12  team and then you have a landing team.

13           So these are all concepts that

14  were completely foreign to me.  So those

15  are the types of things in the beginning

16  that I worked on.

17       Q.     You mentioned issues that are

18  in the press.  Do you have a role with

19  regards to press relations at Commerce?

20       A.     Did I mention issues in the

21  press?

22       Q.     You said if you read the press,

23  you see.  You said about trade, there were

24  trade issues in the press.

25       A.     Okay.

1      Q.     So I'm just asking, do you have

2  a role with how things are disseminated to

3  the press from Commerce?

4      A.     Sometimes.

5      Q.     Which times?

6      A.     Well, when there's things

7  related to some of the trade actions, those

8  are the ones that I can think of off the

9  top of my head, some of the discussions on

10  China, you know, those are some of the ones

11  that come to top of mind.

12      Q.     Do you receive briefings on

13  press coverage of the Commerce Department?

14      A.     What do you mean by briefings?

15      Q.     Either someone talking to you

16  or a packet of news clips, do you receive

17  information on news coverage of Commerce in

18  any way?

19      A.     Sure.  So in the last, let's

20  say it is probably in the last month, it

21  has been more organized, and I don't think

22  it started in the beginning, so generally

23  there was somebody in the Public Affairs

24  Group who would compile the press clippings

25  for Commerce and distribute them in the

Page 185

1    morning, and then that fellow quit, and so

2    there was a time when we didn't have that,

3    and then we were able to get somebody else

4    to reinstate that practice of trying to put

5    out that -- those clippings.

6         Q.    Do the clippings come with any

7    kind of summary or are they just raw

8    clippings when they came?

9         A.    So usually the way that they do

10   it is somebody collects them, so how they

11   do it, I don't know, and how they pull

12   them, I'm not sure, they collect them and

13   then they usually have the title, and then

14   underneath the title it will be usually the

15   first or second paragraph of the article,

16   but for some reason on the government

17   phones, whenever I click into it, title, I

18   theoretically should be able to pull up the

19   whole article and I'm never able to do it.

20   So I don't know if it's my phone or if it

21   is something with the security system, but

22   that's generally what they have.

23              To my knowledge, nobody -- I

24   think it would be a huge task for somebody

25   to try and read all the articles and then

1    summarize the articles and then put them in

2    an e-mail with just the summary form by the

3    morning time.

4         Q.    So you will have like the first

5    paragraph of the article, and you decide

6    which articles are worth reading more than

7    the first paragraph, in theory?

8         A.    Generally, generally.

9         Q.    Do you have a role in informing

10   anyone at Commerce to take action based

11   upon something that you've seen in the news

12   coverage?

13        A.    Do I have -- I'm sorry, can you

14   ask that again?

15        Q.    Would you ever say to someone

16   else in Commerce that you saw a particular

17   article and it raises an issue that that

18   person ought to address?

19             MS. WELLS:   I object to the

20   form.

21        A.    Do you have an example?

22        Q.    No.

23        A.    So you're asking if I read an

24   article and I want someone to follow up on

25   it?

1      Q.      Sure.

2      A.      Sure.

3      Q.      And you've mentioned these

4   various bureaus.  Do you have a greater

5   role in some bureaus than others?

6      A.      On the PR side or in general?

7      Q.      In general, going back to

8   general.

9      A.      Well, I think what I've said

10   before is the areas, you know, I've focused

11   my time more on some of the trade issues

12   that Commerce has been working on.

13            Again, if you think about what

14   NOAA and Census and even Patent does,

15   Patent, it is extremely scientific and

16   technical, and I don't have the background

17   for that, so I'm less involved in those.

18      Q.      When you added chief of staff

19   to your duties in I believe the summer of

20   2017, did you take on additional

21   responsibilities beyond what you had been

22   doing for the first couple of months?

23      A.      Well, I mean -- well, let me

24   put it a different way.

25            I have never worked in the

Page 188

1   government before, so I don't know what a

2   typical chief of staff does, but it became

3   a full-time position, and, you know, I

4   started attending the chief of staff

5   meetings that, you know, the White House

6   would have.  You are included in more

7   things when you are officially the chief of

8   staff than a senior advisor.  So I would

9   say that those duties did increase.

10       Q.     When you were a senior advisor,

11  it was not a full-time position?

12       A.     I was not.

13       Q.     How much of your time did it

14  take?

15       A.     I don't know.  I don't know how

16  to quantify.

17       Q.     Well, did you have any other

18  employment during that time?

19       A.     Sure.

20       Q.     And what was your other

21  employment at that time?

22       A.     I worked at Invesco.

23       Q.     And so approximately how much

24  of your work time was spent between

25  Commerce and Invesco during those first few

Page 189

1   months?

2          A.      It would depend on the week.  I

3   mean, if I just guessed, maybe 60/40,

4   depending, 70/30.

5          Q.      60 and 70 with Invesco or with

6   Commerce?

7          A.      It just depends.  I mean, it

8   just depends.  Most of it was with

9   Commerce.

10         Q.      Forgive me if I'm paraphrasing

11   wrong, and correct me if I am, but I think

12   one of the things you said this morning is

13   that you were copied on a lot of e-mails in

14   order to gain situational awareness; is

15   that fair?

16         A.      Something like that, just

17   aware.

18         Q.      What do you mean by situational

19   awareness?

20         A.      Here is something, just I'm

21   e-mailing it to the Secretary and you are

22   copied on it.

23         Q.      Does it mean you are aware of

24   the people who are working on a particular

25   issue?

1      A.      It depends if I read it or not.

2      Q.      Are you copied on these to gain

3  awareness with the expectation that you

4  will read them?

5      A.      I don't know.  I mean, you

6  know, it is a very good question, because

7  sometimes people copy me on e-mails that

8  are totally irrelevant to me and have

9  nothing to do with anything that I deem of

10  utmost urgency, and sometimes they forget

11  to copy me on things that I would have

12  thought I would have been copied on.

13         So I wish I could answer that.

14  I don't know, when people copy me, what

15  makes them decide whether a particular

16  e-mail is something that I should be on or

17  not.

18      Q.      Would you say that you were

19  situationally aware of who was working on

20  the decision to add a citizenship question

21  to the 2020 census?

22         MS. WELLS:  I object to form.

23      A.      No.  I would say that I was

24  aware of who was working on census.

25      Q.      Did you make any distinction

1 between working on census and working on

2 the citizenship question?

3      A.    No.

4      Q.    And who was working on census?

5      A.    Karen Dunn Kelley and Earl

6 Comstock were the main people within the

7 immediate.

8          Now, Census has, you know,

9 Census has a huge amount of employees, and

10 I have even been told when they come in, I

11 don't sit in on these meetings, but when

12 they come in to brief the Secretary, they

13 literally have a van of people who are

14 driven to Commerce, and, you know, I don't

15 know those people.

16      Q.    Have you ever met any of the

17 people at Census?

18      A.    So I have met Ron and Enrique,

19 but I always get them confused.  Those are

20 the two that I remember.

21      Q.    Forgive me again also if I'm

22 paraphrasing, but I think this is something

23 you said this morning, that you're not

24 generally involved in census because of the

25 scientific and technical nature of census;

1   is that a fair summary of your testimony?

2          A.      Yeah.   I mean, the census, I

3   mean, the analysis and the people who work

4   there, I mean, this stuff is very

5   technical, and I don't have the background

6   for that.

7          Q.      Who does have the scientific

8   and technical background with regard to

9   census issues?

10         A.      Well, I clearly don't.

11         Q.      Do you know who does?

12         A.      I think the people at Census

13  do.

14         Q.      Does Earl Comstock?

15         A.      I think he has a very good

16  command of a lot of the technical issues.

17         Q.      Does he have a scientific

18  background?

19         A.      I don't know what he studied,

20  but I think -- I mean, I think he actually

21  does.

22         Q.      Does Karen Dunn Kelley have a

23  command of the scientific and technical

24  issues regarding census?

25         A.      Much better than I would.

Page 193

```
 1        Q.      She comes from Invesco?
 2        A.      Yup.
 3        Q.      So does she come from -- what
 4   was her background at Invesco?
 5        A.      You would have to ask her.  I
 6   don't know all the groups that she managed.
 7        Q.      And, again, I think this
 8   question was asked this morning, but I want
 9   to get it sort of clear, am I correct that
10   this morning you testified that you
11   personally did not provide any information
12   to Ross to assist him in his decision as to
13   whether to add the citizenship question to
14   the 2020 census?
15            MS. WELLS:  I object to form.
16        A.      I think what I said is I never
17   created anything, so if there was some
18   e-mail that was forwarded that some lawyer
19   deems, but I never created anything.  I
20   didn't work on census.
21        Q.      But no e-mail you wrote was
22   providing him --
23        A.      No, no.
24        Q.      And who do you understand to
25   have been the decision-maker with regard to
```

Page 194

1  adding a citizenship question to the 2020

2  census?

3      A.      The decision-maker?

4      Q.      Who was ultimately responsible

5  for the decision?

6      A.      I believe it would be the

7  Secretary, but I'm not a lawyer, so if

8  there is some other --

9      Q.      I'm not asking -- I'm asking

10  for your understanding --

11      A.      Okay.

12      Q.      -- sitting here as to what you

13  understand.  I obviously know you're not a

14  lawyer, and I'm not asking you a legal

15  question.  If I am, she is free to stop me.

16          Who is John Thompson?

17      A.      He used to work at Census.  I

18  don't -- I don't know what his title was,

19  but I know he is no longer there.

20      Q.      Did you ever meet John

21  Thompson?

22      A.      I may have, but I don't

23  remember.

24      Q.      I'm going to show you what is

25  being marked as Exhibit 13.

Page 195

1           (Teramoto Exhibit 13 marked for
2    identification.)
3           Q.      This is Bates number 3694.
4    This is an April 20th, 2017 e-mail.  It is
5    quite short.
6           A.      Okay.  So this is basically a
7    year and a half ago?
8           Q.      Yeah.
9           A.      Would you like me to read it,
10   sir?
11          Q.      I have a question about the
12   subject line first, and I will ask it, and
13   then you can talk about the subject line
14   and then talk about the thing.
15          A.      Okay.
16          Q.      This appears to me to be from
17   Brooke Alexander, trying to send an e-mail
18   from Secretary Ross' e-mail and doing it
19   herself; is that what you understand from
20   that subject line?
21          A.      Let me read it, sir.
22                  (Witness perusing document.)
23          A.      Okay.
24          Q.      Can Brooke Alexander send
25   e-mails from the Secretary's e-mail

1   ordinarily?

2       A.      Well, Brooke Alexander is no

3   longer there.

4       Q.      Could she when she was?

5       A.      Well, it says right here she

6   couldn't, so I don't know.

7       Q.      Are you aware of anyone having

8   the ability to send e-mails from the

9   Secretary's e-mail account?

10      A.      The best person to ask is our

11  IT person.  I suppose somebody could send

12  an e-mail from his phone.

13      Q.      Simply by holding his phone and

14  logging in as him?

15      A.      Yeah.  I mean, you could send

16  an e-mail from his phone.

17      Q.      Is it your understanding that

18  people ever did send e-mails under the

19  Secretary's e-mail account?

20      A.      I don't know.  I mean, I would

21  be -- I would be surprised if somebody

22  would send something from his e-mail

23  account.

24      Q.      And remind us of Brooke

25  Alexander's title at this point, as best

1    you recall, or her position in general.

2         A.     I mean, in the private world, I

3    would say she was a secretary.  In the

4    government world, I don't even actually

5    know.  They call them -- they are not --

6    it's not an executive assistant, but it is

7    not an assistant.  So I don't know what her

8    title was.

9         Q.     And on the body of the e-mail,

10   this says "we," underlined, "must get our

11   issue resolved before this."

12              What is "our issue"?

13        A.     I have no idea.

14        Q.     You understood Earl Comstock to

15   work on the potential addition of a

16   citizenship question to the 2020 census?

17              MS. WELLS:  I object to form.

18        A.     I would say Earl worked on

19   census.

20        Q.     What other issues did Earl work

21   on on census besides the addition of a

22   citizenship question?

23              MS. WELLS:  I object to form.

24        A.     Again, like I said, Earl and

25   Karen have worked on the census.  All the

Page 198

1   issues within Census, how they divvied them
2   up or worked together, I don't know.
3        Q.     And are you familiar with the
4   National Advisory Committee on Racial,
5   Ethnic and Other Populations?
6        A.     Never heard of it.
7        Q.     And did the Secretary meet with
8   the census director after this e-mail was
9   sent?
10             MS. WELLS:  I object to form.
11       A.     I have no idea.
12       Q.     Would you have facilitated a
13  meeting between the Secretary and the
14  census director had he wanted one?
15       A.     I mean, this is all
16  hypothetical, but sure.
17       Q.     Who would be the proper person
18  to set up a meeting between the Secretary
19  and the census director?
20       A.     I mean, if somebody came to me,
21  I would set it up.  If they went to Earl,
22  he would set it up.  If they went to the
23  scheduling team, who I don't remember who
24  the scheduling team was at that date, they
25  might have tried to set it up.  If they

Page 199

1  went to Brooke directly, she might have set

2  it up.

3       Q.     But you don't recall setting up

4  a meeting between --

5       A.     No, no.

6       Q.     Do you know who the census

7  director was at this point?

8       A.     No.

9              (Teramoto Exhibit 14 marked for

10  identification.)

11      Q.     I'm going to show you a very

12  easy-to-read document marked No. 14.

13      A.     Would you like me to read this,

14  sir?

15      Q.     I would like you first to go to

16  the second page, the April 27th e-mail from

17  Beth Grossman, and identify any of the

18  people whose names you recognize in the to

19  and CC line, recognizing you're not one of

20  them.

21      A.     Okay.

22      Q.     And starting with Beth Grossman

23  herself.

24      A.     So Beth Grossman, I have no

25  idea who she is.  Earl Comstock, I know who

Page 200

1   he is.

2          Q.      We can skip Earl.

3          A.      David Langdon, I'm not sure who

4   that is.  Michelle McClelland works in the

5   General Counsel's Office.  Colin Holmes, I

6   have no idea who that is.

7                  Jim Schufreider, how do you

8   pronounce that name?

9          Q.      Your guess is as good as mine.

10         A.      I don't know who he is.

11                 Brian Lenihan works on Select

12  USA.  Beth VanHanswyk, I have no idea who

13  she is.

14         Q.      Okay.

15         A.      Would you like me to read the

16  e-mail, sir?

17         Q.      Sure.  Read the e-mail from the

18  bottom, and then what we are going to talk

19  about, Earl's e-mail, but familiarize

20  yourself with the one below first.

21         A.      Okay.

22                 (Witness perusing document.)

23         A.      Okay, I read the first one,

24  sir.  I didn't read the second one.

25         Q.      That's fine.

1          Just to confirm the first one,

2   is it fair to say this is a submission of

3   draft testimony of John Thompson from

4   Census to Commerce for review?

5      A.    I don't know who Beth is, so I

6   don't know if she is with Census or not.

7      Q.    Okay.  Is it fair to say this

8   is a draft of testimony of John Thompson

9   being submitted to Commerce for review?

10     A.    Yes.

11     Q.    Now let's look at the e-mail

12  three days later from Comstock to the

13  Secretary, copying you and Mr. Branstad.

14          (Witness perusing document.)

15     A.    Okay.

16     Q.    Is it standard practice for

17  Commerce to review and approve

18  Congressional statements by chiefs of the

19  bureaus?

20     A.    Yes.

21     Q.    And do you do that review?

22     A.    No.

23     Q.    Who does that review?

24     A.    Normally Earl reviews it.  I

25  can't imagine general counsel not.  The

1    lawyers, they like to review everything.

2    And then I believe that also the Leg

3    Affairs Office reviews those types of

4    things as well.

5        Q.    And what is the purpose of that

6    review?

7        A.    To, I mean, my understanding is

8    to have -- one is to be aware of what the

9    bureau chiefs, or whomever is testifying,

10   what they are testifying, and, two, to make

11   sure that it is consistent with the

12   Secretary's views.

13       Q.    And these are revisions to

14   public statements; is that correct?

15       A.    Revisions?

16       Q.    Or additions or changes or

17   review, this is a review of a public

18   statement.

19            MS. WELLS:   I object to the

20   form.

21       Q.    A Congressional testimony.

22       A.    So this would be I believe a

23   review of something that eventually would

24   be public.

25       Q.    And is the advice given on

Page 203

1   revisions of such a statement typically

2   designed to help the Secretary arrive in a

3   decision on a policy question?

4              MS. WELLS:   I object to the

5   form.

6       A.     Can you ask that again?

7       Q.     Sure.  Let's strike it and make

8   it more specific.

9              Do you believe that Earl

10  Comstock here is providing Ross with

11  information that Ross will use in his

12  decision to decide whether to add a

13  citizenship question to the 2020 census?

14             MS. WELLS:   I object to the

15  form.  It also calls for a legal

16  conclusion.

17      A.     I mean, I have no idea.  I can

18  only tell you what -- I can read the same

19  thing that you read.

20             I obviously didn't write the

21  e-mail, but Earl Comstock sent to the

22  Secretary, you know, "Mr. Secretary, I

23  apologize for the rush.  This testimony

24  wasn't provided until Friday midday.

25  Attached is the proposed testimony for John

Page 204

1  Thompson, the director of the Census
2  Bureau, to give the House Appropriations
3  Subcommittee this Wednesday.  I have
4  reviewed the testimony, and there are a
5  couple of points that I wanted to bring to
6  your attention and be sure you approved
7  of."
8           So, I mean, I'm not a
9  dictionary, but when I read these words, he
10  is basically bringing attention of certain
11  things that are in this testimony that he
12  thinks that the Secretary should be aware
13  of.
14     Q.    When you said that Comstock
15  would do these reviews, were you referring
16  specifically to the Census Bureau, or does
17  he do that review for chiefs of any bureau?
18     A.    I don't know about any, but I
19  know he generally likes to review them
20  himself.
21     Q.    And just to refer, again, who
22  is Eric Branstad?
23     A.    So Eric Branstad, and this is
24  when I testified earlier, I don't remember
25  if he was -- his title was either White

Page 205

1  House liaison or senior White House

2  advisor, but he was a Commerce employee who

3  was supposed to be interacting with the

4  White House more than some of the others.

5           (Teramoto Exhibit 15 marked for

6  identification.)

7       Q.      This is Exhibit 15.  This does

8  not have a Bates number.

9       A.      Would you like me to read it?

10      Q.      I will show you which part of

11  it I would like you to read, and I'm going

12  to tell you that I got this from the

13  internet while searching for the public

14  testimony delivered on May 3rd, so I

15  believe this is the public testimony as at

16  least submitted.  It is not a recording,

17  obviously, of it.

18      A.      And this was pulled from the

19  Commerce website or something else?

20      Q.      Or the Census website, I can't

21  recall at this moment, or the Congress --

22      A.      But it wasn't just posted --

23      Q.      No, this is an official -- this

24  is a document from some government website.

25  I don't know if it was from the committee

Page 206

 1  or from the Census.

 2       A.    So we will assume it is not

 3  doctored.

 4       Q.    Yes.  But I don't think we can

 5  assume that it is the exact words spoken,

 6  because people, even when they have written

 7  testimony, sometimes change things on the

 8  fly.

 9            I would like you to look at,

10  they are not numbered, but if we go nine,

11  2020 Status Update.

12       A.    Okay.

13       Q.    Can you read just that

14  paragraph, please.

15       A.    Just, sir, just so you know, I

16  generally don't like to -- I'm happy to

17  answer any questions, but I always

18  generally prefer to read the whole thing,

19  because it is hard if you just ask me to

20  read one paragraph without having the whole

21  context.

22       Q.    I understand that, and if I ask

23  you a question that you don't feel you can

24  answer after reading this paragraph, can

25  you let me know?

Page 207

```
 1        A.      Sure.

 2        Q.      Okay.

 3                (Witness perusing document.)

 4        Q.      Actually, yeah, in the second

 5   paragraph, just down to "local update."

 6   You don't need to read anything from there.

 7        A.      So you do or do not want me to

 8   read that paragraph?

 9        Q.      The second paragraph, the

10   paragraph that you are on now, you can

11   read, and I would like you to stop at

12   "local update."

13        A.      Okay.

14                (Witness perusing document.)

15        A.      Okay.  So I just read --

16        Q.      The topics in question --

17        A.      -- the two paragraphs out of

18   your ten pages.

19        Q.      That's correct.

20                Were you present for any

21   conversations regarding a March 2017

22   deadline for submitting topics to the

23   census?

24        A.      Not that I remember.

25        Q.      Were you present for any
```

1   conversations regarding a March 2018
2   deadline for submitting questions on the
3   census to Congress?
4          A.      Not that I remember.
5          Q.      Did Earl Comstock, to your
6   knowledge, discuss with John Thompson the
7   deadline for submitting topics to Congress
8   on the census?
9          A.      I have no idea.
10         Q.      Did Earl Comstock, to your
11  knowledge, discuss with John Thompson the
12  deadline for submitting questions on the
13  census to Congress?
14         A.      I have no idea.
15         Q.      Who would know?
16         A.      Earl Comstock.
17         Q.      And did Secretary Ross have any
18  conversations with John Thompson regarding
19  the March 2017 deadline for submitting
20  census topics to Congress?
21         A.      I have no idea.
22         Q.      Who would know?
23         A.      Wilbur Ross.
24         Q.      Did Secretary Ross have any
25  discussions with John Thompson about the

1    2018 deadline for submitting questions to

2    Congress for the 2020 census?

3         A.     I have no idea.

4         Q.     And who would know?

5         A.     Wilbur Ross.

6         Q.     And I want you to look at what

7    I believe was marked as Exhibit 2 today,

8    which is document number 3699.  Is it not?

9    Is it Exhibit 3?  It is the May 2nd e-mail.

10        A.     Mine are all messed up.

11        Q.     It is Exhibit 2.  I have

12   another copy of it if you want to look at

13   it.  It is not stamped.

14        A.     I have it.  I will find it.

15        Q.     It is this one, if you want to

16   go visually.  I think that's it, the next

17   one there.

18        A.     Okay.

19        Q.     Great.

20               Looking at the May 2nd e-mail

21   from Ross to Comstock, copying Ellen

22   Herbst, I understand you're not on that

23   original e-mail, the sentence "Worst of

24   all, they emphasize that they have settled

25   with Congress on the questions to be

1  asked."

2              Do you know who Secretary Ross

3  means when he says "they"?

4        A.      I have no idea.

5        Q.      And who would know?

6        A.      Wilbur Ross.

7        Q.      And in the e-mail that you

8  write above, in this e-mail, are you

9  providing any information to Wilbur Ross to

10  assist him in arriving at his decision to

11  add the citizenship question to the 2020

12  census looking at just what you wrote?

13              MS. WELLS:  I object to the

14  form.

15        A.      What I wrote is "I continue to

16  talk frequently with Marc Neumann and we

17  often have dinner together.  He will not

18  leave les, but is in love with the census

19  and talks about it nonstop.  Do you want me

20  to set up another meeting?  Let me know if

21  you want to have a drink or get together

22  with him over the weekend.  Wendy."

23              I don't see anything in there

24  about the citizenship question.

25        Q.      In fact, you have testified

Page 211

1  that on no occasion did you provide Ross
2  information that you drafted that was
3  helping him with his decision?
4        A.     I think I testified that I
5  never created any documents related to
6  that.
7        Q.     Just for reference, what is
8  "les" there, is that a person, is that a
9  company?
10       A.     Les is a person.
11       Q.     Who is it?
12       A.     It is who Marc Neumann works
13  for.
14       Q.     And just for the record, who is
15  that?
16       A.     I don't know the guy's last
17  name.
18              (Teramoto Exhibit 16 marked for
19  identification.)
20       Q.     I'm showing you a document
21  marked as Teramoto Exhibit 16, No. 2167.
22  It is an e-mail from you to James Rockas
23  and Earl Comstock.
24              To the extent you can review
25  it, I would like you to review it.

1        A.      Sure.

2                (Witness perusing document.)

3        A.      Okay.

4        Q.      Who is James Rockas?

5        A.      James Rockas is a Commerce

6   employee who works in the Public Affairs

7   Department.

8        Q.      And who is he referring to when

9   he says Gillian?

10        A.      I think it is a reporter.

11        Q.      Do you know who?

12        A.      I'm not 100 percent sure.

13        Q.      Are you familiar with a

14   reporter named Gillian Tett of the

15   Financial Times?

16        A.      I have heard of Gillian Tett.

17        Q.      Have you read any coverage of

18   Gillian Tett on Commerce Department news?

19        A.      Have I?  Not really.

20        Q.      What do you see as going on in

21   this e-mail?

22        A.      Well, there is an e-mail from

23   James, I believe, to the Secretary.  I

24   don't know who else was on it.

25        Q.      Why not?

1      A.      Because of however these
2    e-mails are produced.
3      Q.      This e-mail doesn't show who
4    James Rockas' e-mail is sent to; is that
5    correct?
6      A.      Mine doesn't.  Does yours?
7      Q.      No.
8              Does this e-mail show if anyone
9    was copied on this e-mail that James Rockas
10   sent beginning "Mr. Secretary"?
11     A.      This has been my continuing
12   complaint.  No.
13     Q.      If this document had been
14   produced in a native format where it showed
15   exactly who it was sent to and copied to,
16   would it be easier for you to answer
17   questions about it?
18              MS. WELLS:  I object to the
19   form.
20     A.      Well, when you ask me if it was
21   sent to me or how, if I was on it, if it
22   had that listed on there, it would be
23   easier for me to answer.
24     Q.      And has this been an issue with
25   any other documents today?

Page 214

1       A.      Sure.

2       Q.      Have you seen documents today

3   that you were unable to determine whether

4   they were sent to you or not?

5       A.      Well, look, I don't know if

6   this is the -- I don't know how these

7   things are produced.

8       Q.      I understand that.  I'm asking,

9   looking at the documents you've looked at

10   today, have you had a difficult time

11   understanding which e-mails were sent to

12   which people?

13           MS. WELLS:  I object to the

14   form.

15       A.      Again, we are looking at the

16   same e-mail, so I can't tell who he sent --

17   who James sent it to.

18       Q.      Okay.  So that's a yes, you

19   can't tell who he sent it to by looking at

20   this in this form?

21       A.      Correct, for this one, I cannot

22   tell who he sent it to.

23       Q.      Can you tell who you sent your

24   response to?

25       A.      Sure.

Page 215

1        Q.      Who did you send it to?

2        A.      I sent it to James Rockas and I

3   CC'd Earl Comstock.

4        Q.      And who is Karen in the first

5   line, is that Karen Dunn Kelley?

6        A.      Yes.

7        Q.      What are you asking Mr. Rockas?

8        A.      Well, I don't -- I don't

9   remember.  If I read the e-mail, it says

10  "Does Karen know about this."  So one could

11  infer from my e-mail that I was asking

12  James if Karen knew about this.

13       Q.      And you follow up with "She

14  just had a discussion with him about

15  media."

16              Who do you believe you are

17  referring to when you say "him"?

18       A.      I can't be 100 percent sure.

19       Q.      You can't be 100 percent sure

20  who "him" is?  Can you make an educated

21  deduction based on the context of the

22  e-mail who "him" might be?

23       A.      I would say it is either Earl

24  or the Secretary.

25       Q.      And you've got six or seven

1   exclamation points after "does Karen know
2   about this"?
3        A.     Sure.
4        Q.     How often do you use
5   exclamation points in e-mail?
6        A.     All the time.
7        Q.     Does this show that this is a
8   particularly important communication?
9        A.     Or I was just being dramatic.
10        Q.     And in your e-mail to
11   Mr. Rockas, are you providing information
12   for the Secretary to make a decision on the
13   citizenship question?
14        A.     In my e-mail to James?
15        Q.     Yeah.
16        A.     "Does Karen know about
17   this!!!!!!  She just had discussion with
18   him."
19              I don't see anything on this
20   about citizenship.
21              (Teramoto Exhibit 17 marked for
22   identification.)
23        Q.     Let's mark this next one.  This
24   is going to be Teramoto Exhibit 17.
25              What does this look like?

Page 217

 1          A.       It looks like an e-mail chain.
 2          Q.       Okay.  From whom to whom?
 3          A.       It looks like from James to
 4   people.  I don't know who James sent it to.
 5               And then I'm on it, from myself
 6   to James, Karen Dunn Kelley, Mike Walsh and
 7   Earl Comstock, and then there is an e-mail
 8   back from James to me.
 9          Q.       And you're asking if he sent
10   these quotes before.  "Did you already send
11   this to a reporter?"
12          A.       I said to him, "Did you already
13   send this to reporter?"
14          Q.       Do you typically approve
15   communications from the Public Information
16   Office to reporters?
17          A.       Well, "approve" is a different
18   word.  I, on occasion, may have comments.
19          Q.       Do you typically review draft
20   statements to reporters from the Public
21   Information Office?
22          A.       It depends.  I haven't reviewed
23   this.
24          Q.       We will in just a second.  I
25   want to ask you questions about process, if

1    you don't mind.

2         A.       Sure.

3         Q.       Is it typical for the Public

4    Information Office to send you drafts of

5    what they are planning to send to

6    reporters?

7         A.       They will generally copy me on

8    it, depending on what it is, not always,

9    and they will send it to a group for

10   comment.

11        Q.       And does it matter whether the

12   issue is more or less important as to

13   whether you will be copied before or after

14   it is sent to the reporter?

15             MS. WELLS:   I object to the

16   form.

17        A.       I have no idea how they decide

18   when they start to include me in these

19   things.

20        Q.       And how often do you have

21   comments back to the Public Information

22   Office when you get comments from --

23        A.       Rarely, because it's not my

24   expertise.

25        Q.       So when you do respond to the

Page 219

1   Public Information Office on a draft to a

2   reporter, it's not particularly common; is

3   that correct?

4        A.      No, I didn't say that.  It just

5   depends.

6        Q.      What does it depend on?

7        A.      It depends, A, if I read it, B,

8   where it is in the system, C, if anything

9   pops out at me.

10       Q.      I guess I would like you to

11   review this, but I want you to review this

12   with the question in mind as to whether you

13   see anything in here that is relevant to

14   the decision to add a citizenship question

15   to the 2020 census.

16               So just review it with that in

17   mind and tell me if you find anything.

18       A.      So you want me to read this?

19   Because I don't remember having read this

20   before.

21       Q.      Okay.  Then let's ask this

22   question:

23               Why would you ask him if he had

24   already sent it to the reporter without

25   reading it?

1      A.      I'm wondering if he already

2    sent it without getting comments from

3    people.

4      Q.      Do you believe you did read

5    this at any point?

6      A.      No.  I mean, I might have

7    skimmed it, but I've got to tell you, an

8    e-mail this long, I wouldn't read.

9      Q.      What would you skim it for?

10     A.      Anything that pops out.  But I

11   don't remember reading this.  If you would

12   like me to, I'm happy to read it now.

13     Q.      If you are representing that

14   you didn't read it at the time, I'm --

15     A.      I'm saying I don't remember

16   reading it.  I don't believe I have read

17   it, but I'm happy to read it now if you

18   would like me to.

19     Q.      Just for the ease of our court

20   reporter, we both have done this a little

21   bit, but let's let each other finish before

22   we start --

23     A.      Oh, I'm sorry.

24     Q.      I have interrupted you a few

25   times.  That's all right.  I just want to

                                                      Page 221

1   make sure it is easy for him to transcribe

2   what we are saying.

3              Let's look at a third iteration

4   of this e-mail, actually.

5              (Teramoto Exhibit 18 marked for

6   identification.)

7       Q.     This is now 18, and this is

8   document 2160.  You can keep 17 in front of

9   you for just a minute.

10             I want you to look at the

11  e-mail that's from you on document 18 and

12  see if you believe that that is the same

13  e-mail that is on document 17 with the

14  subject line "Re: Updated with his further

15  edits below."

16      A.     I believe it is.

17      Q.     Is it the same date?

18      A.     Yes.  So it is my name.  It was

19  sent Friday, March 16th, both of them were,

20  2018, at 9:20 in the morning, to James, the

21  names appear to match.

22      Q.     And the time matches?

23      A.     Yes, sir.

24      Q.     The time matches?

25      A.     Yes, sir.  It says Friday,

Page 222

1    March 16th, 2018 at 9:20 a.m.

2         Q.     And the text of the e-mail

3    matches to the extent that it's not

4    redacted?

5         A.     Right.  So, I mean, my comment

6    was "Did you already send this to a

7    reporter?"

8         Q.     Do you have any reason to

9    believe that the e-mail that's redacted is

10   any different than the one that is not

11   redacted?

12        A.     I mean, I'm not an IT expert.

13        Q.     But you don't see anything

14   different in the part of the e-mails you

15   can read?

16        A.     Well, the part above is

17   different.

18        Q.     Yes.

19        A.     So, I mean, the one above is

20   from James Rockas to me and the other one

21   is not.  So if it is the same e-mail chain,

22   you know, I would have to -- again, I'm

23   sure an IT expert could tell you.

24        Q.     And in the top, who do you

25   believe Karen to be in that first e-mail,

Page 223

1    is that Karen Dunn Kelley?

2         A.    I only know one Karen, Kelley.

3              (Teramoto Exhibit 19 marked for

4    identification.)

5         Q.    This is going to be 19.  I'm

6    not going to ask you to read too much of

7    this.  I'm going to try to identify people

8    in this chain, if that's okay.

9         A.    Okay.

10        Q.    So let's look on the last page,

11   in the middle, this e-mail appears to be

12   from Victor Ramos from Newsday.

13             Is that a name that you are

14   familiar with?

15        A.    Not at all.

16        Q.    Then I want to go back a couple

17   of pages, past the redacted area.

18             We have some people on the

19   second page, which is 2200, and that's from

20   Kevin Manning.  And who is Kevin Manning?

21        A.    Kevin Manning works in the

22   Public Affairs Department.

23        Q.    Of Commerce or of Census?

24        A.    I'm sorry, of Commerce.

25        Q.    And above that is Christa

Page 224

1  Jones.  And who is Christa Jones?

2       A.     I don't know her exact role,

3  but Christa Jones works at Census.

4       Q.     Do you know what positions she

5  performs at Census, regardless of her

6  title?

7       A.     I don't.

8       Q.     Is she an intergovernmental

9  affairs person?

10      A.     I don't know, sir.

11      Q.     And then at the top, we have

12 Christa Jones to Comstock and Kelley.

13             I just want you to look through

14 and tell me if you see Wilbur Ross copied

15 on any of these e-mails.

16             (Witness perusing document.)

17      A.     I did not see his name.  Would

18 you like me to double-check?

19      Q.     No, I didn't see it either.  I

20 think single-checking, you seemed to be

21 pretty thorough in a single check.

22             What role do you play in

23 editing press releases and public

24 statements issued by the Census Bureau, if

25 any?

 1      A.     I haven't played really any

 2   role.

 3      Q.     And what role do you play in

 4   editing public statements made by the

 5   Commerce Department, if any?

 6             MS. WELLS:  Objection, asked

 7   and answered.

 8             MR. CASE:  Census Bureau first,

 9   this was Commerce Department.

10      A.     I think I said before, it just

11   depends.

12      Q.     Have you made personal edits to

13   public statements released by the Commerce

14   Bureau?

15      A.     I imagine I have definitely

16   made edits; whether they were taken or not,

17   I have no idea.

18      Q.     And have you made edits or

19   comments to Census statements about the

20   potential wording of a race and ethnicity

21   question on the 2020 census?

22      A.     No.

23      Q.     Have you reviewed any documents

24   about the potential addition of a race and

25   ethnicity question on the 2020 census?

Page 226

1        A.      Not that I remember.

2        Q.      About the budget for the

3   census?

4        A.      I'm sorry, is this about public

5   statements?

6        Q.      Have you made edits to public

7   statements about census budgeting?

8        A.      No, I don't believe so.

9        Q.      Have you reviewed public

10  statements about hiring enumerators for the

11  census?

12       A.      I don't remember reviewing any

13  public statements regarding hiring

14  enumerators.

15              (Teramoto Exhibit 20 marked for

16  identification.)

17       Q.      We are on No. 20.  This is an

18  e-mail stamped 2525.  It is blissfully

19  short, so I think you can review it in full

20  before I ask you questions about it.

21              Let me know when you're ready.

22              (Witness perusing document.)

23       A.      Okay.

24       Q.      The subject is Census, and the

25  e-mail is "Please arrange a quick update

Page 227

1  for me tomorrow a.m."

2              What steps would you take to

3  arrange for a quick update for the

4  Secretary on census issues?

5       A.    So, first, I don't remember

6  specifically what I did here.

7              My best guess, if that's okay

8  with you, sir --

9       Q.    Sure.

10      A.    -- is I would have forwarded

11 that e-mail to Karen and Earl and said

12 "here."

13      Q.    Would you have contacted anyone

14 else?

15      A.    Maybe I would have CC'd the

16 scheduler and his assistant just so they

17 have this situational awareness that he is

18 asking for it, but no.

19      Q.    Would you contact anyone at

20 Census?

21      A.    No.

22      Q.    Would you contact anyone at

23 DOJ?

24      A.    No.

25      Q.    Would you contact anyone at the

1   White House?

2          A.       No.

3          Q.       And is this the sort of thing

4   that is typical of your position regarding

5   other issues, arranging for Ross to meet

6   and speak with Commerce Department --

7          A.       It depends.  I mean, my guess

8   is that something was on his mind on

9   census, and he thought, oh, here, Wendy, do

10  this.  But he could have just of easily

11  sent that exact same e-mail to Karen or

12  Earl.

13         Q.       But could he have sent this

14  e-mail to you with regard to, for example,

15  a trade issue?

16         A.       Sure.

17         Q.       And you would have contacted

18  the people who were working on that issue

19  to get them to brief him?

20         A.       Depending on what it was, I

21  would have tried to figure out what he

22  wanted and then put the right people there.

23         Q.       Are there issues where he would

24  write to you an e-mail for an update on a

25  topic and you would be the person who would

Page 229

1  brief him?

2       A.     Sure.

3       Q.     What are the issues that that

4  would be true of?

5       A.     I would say when we were

6  talking about the China discussions, he had

7  asked me for an update.

8       Q.     And that's something that you

9  would work directly on, the China

10  discussions?

11      A.     I would say I was more

12  knowledgeable.

13      Q.     Okay.  And do you recall what

14  Karen or Earl said when you reached out to

15  them, if you did?

16      A.     I think the first thing I said

17  in my -- when I testified was I don't

18  remember what I did.  So I don't know if I

19  actually reached out to Karen and Earl.

20      Q.     Okay.

21             (Teramoto Exhibit 21 marked for

22  identification.)

23      Q.     This is Exhibit 21.  It is

24  Bates stamped 3597.

25             Let's identify the people on

1    it, to the extent we haven't identified

2    them before, and then we can read the

3    e-mail.

4                 Starting with the sender on

5    March 20th, do you know who Michael Phelps

6    is?

7         A.    Yes.  He is in the Budget

8    Office.

9         Q.    Of which department?

10        A.    Oh, of Commerce.

11        Q.    Mike Platt?

12        A.    Mike Platt is the head of our

13   Leg Affairs.

14        Q.    And Ross Branson?

15        A.    And Ross works with Mike Platt.

16        Q.    The only other name we don't

17   know is Lisa Casias.

18        A.    So Lisa Casias is -- I think

19   she is the acting CFO right now.

20        Q.    And the date of this e-mail is

21   March 20th, 2018?

22        A.    Correct.

23        Q.    And the people mentioned are

24   Bob Bonner and Mr. Serrano, and tell me if

25   you can identify them, and then we will

1    talk about the text.

2         A.    I have no idea who they are.

3         Q.    Are you familiar with a member

4    of Congress with the last name Serrano?

5         A.    No.

6         Q.    I think you might have been

7    asked before about the Secretary's

8    Congressional testimony, but do you play

9    any role in preparing the Secretary for

10   Congressional testimony?

11        A.    No.

12        Q.    Just looking at the link in the

13   article the person is referencing, "Trump

14   Fundraising Off Controversial Push To

15   Include Citizenship Question In Census,"

16   that is just from the website, the title of

17   the article.

18             Were you familiar with any

19   fundraising that was being conducted

20   related to the citizenship question?

21        A.    Not at all.

22        Q.    Did you look at the article

23   that this linked to when you got this

24   e-mail?

25        A.    No.

1      Q.      Do you recall this e-mail at
2   all?
3      A.      No.
4      Q.      Did you take any action when
5   you got this e-mail?
6      A.      Not that I can remember.
7      Q.      Who did prepare the Secretary
8   for his Congressional testimony?
9      A.      So I guess depending on the
10  topic, but normally it is prepared by the
11  Leg Affairs Group, general counsel.
12          So that would be Mike Platt and
13  Ross, and just depending on what he is --
14  what the hearing is on sort of depends
15  which group is most involved in his
16  testimony.
17     Q.      And would you be present for
18  that preparation?
19     A.      No.
20     Q.      Would you know it was going on?
21     A.      Loosely.
22     Q.      Would they be -- would they
23  provide him with written talking points in
24  advance of his preparation generally?
25     A.      I believe he has written

1  testimony, and it is also cleared by the

2  White House as well.

3       Q.     In addition to his written

4  testimony, does he have written responses

5  to anticipated questions and answers?

6       A.     That I don't know.

7       Q.     Do you see the written

8  testimony before he is prepared?

9       A.     I may or may not, depending on

10  what else is going on, I may or may not

11  have time to read it.

12       Q.     Do you recall how long

13  Secretary Ross prepared for his March

14  testimony?

15       A.     I have no idea.

16       Q.     Are you familiar with someone

17  named Sahra Park-Su, or Sahra?

18       A.     Sahra.

19       Q.     Sorry.

20       A.     I'm familiar with who she is.

21       Q.     And who is she?

22       A.     Well, I mean, I can visualize

23  her, but she -- I think she was working in

24  the Policy Department.

25       Q.     Do you recall what her title

1    is?

2         A.      No.

3         Q.      Do you recall whether anyone

4    other than yourself has the title chief of

5    staff at the Commerce Department?

6         A.      I don't think she has that

7    title.

8         Q.      I'm not representing that she

9    does, but I saw that reference somewhere

10   and I don't know whether it was accurate.

11   I don't know if the person representing it

12   was accurate.

13        A.      No.  I mean, there is -- so I'm

14   the chief of staff to the Department of

15   Commerce, but then the different bureaus

16   also have their respective chief of staffs.

17              So, for example, Patent, Andre

18   Iancu has his own chief of staff.  Gil

19   Kaplan for ITA has his own chief of staff.

20   I don't know -- I don't think there is a

21   chief of staff for Census.  I don't know.

22        Q.      Is there like a chief of staff

23   of a division within Commerce that's not

24   part of a bureau that you know of?

25        A.      Sorry?

Page 235

1      Q.     If it is unclear, I can try to
2  be more specific.
3      A.     Okay.
4      Q.     My understanding is there is a
5  number of bureaus and then there is
6  Commerce, not part of any bureau.
7             Are there divisions within
8  Commerce that's not part of any bureau?
9      A.     Are there divisions in -- well,
10 I mean, we would have to pull up an org
11 chart, but in general, I will get it not
12 perfect, but there is -- so you have sort
13 of -- you have the Secretary, and then
14 there is his chief of staff, which is me,
15 and then you have the general counsel, you
16 have I think even CIO, chief investment
17 officer, you have Policy, you have Leg
18 Affairs, Public Relations.
19             Then those are separate than
20 the actual sort of departments of NOAA,
21 ITA.
22             So those groups, some of them
23 have chiefs of staff.  The ones up here
24 that I just mentioned, to the best of my
25 knowledge, I don't think they have chiefs

1    of staff.

2         Q.     And circling back to your

3    preparation for this deposition, how long

4    did you prepare for this deposition?

5         A.     An hour and a half.

6         Q.     And who was present?

7              MS. WELLS:  Asked and answered.

8         A.     Should I answer it?

9         Q.     Go ahead.

10        A.     The four right here.

11             MR. CASE:  I would like to go

12   off the record.  We are going to have a

13   short meeting and see what else we need to

14   do.

15             THE VIDEOGRAPHER:  The time is

16   3:14 p.m.  This marks the end of media unit

17   number four.

18             (Recess taken.)

19             THE VIDEOGRAPHER:  The time is

20   3:23 p.m. and this begins media unit number

21   five.

22   BY MR. CASE:

23        Q.     Ms. Teramoto, I just have a few

24   follow-up questions.

25        A.     Okay, sure.

1      Q.     You said that Congressional
2  testimony is sent to and approved by the
3  White House; is that correct?
4      A.     I believe it is sent to -- I
5  believe it is sent to, I think it is OMB,
6  so I consider that part of the White House.
7      Q.     Do you know who it is sent to
8  personally, individually?
9      A.     No.
10     Q.     You said it is reviewed by
11  Legislative Affairs.  Is that Commerce
12  Legislative Affairs or some --
13     A.     Yes, sir, it is Commerce
14  Legislative Affairs.
15     Q.     And when you said the White
16  House, you mean Office of Management and
17  Budget?
18     A.     Yes, sir, I believe.
19     Q.     Are you involved in the process
20  of testimony being passed from one person
21  to another for review?
22     A.     No, sir.
23     Q.     Do you review Congressional
24  testimony yourself by Secretary Ross before
25  it is delivered?

Page 238

1      A.      No.

2      Q.      I want to go back to Exhibit 17

3  just for a minute or two.

4      A.      Sure.

5      Q.      I just want to confirm that I

6  understand your testimony.

7              You said that you did not read

8  this when it came in or you don't remember

9  if you read it when it came in?

10     A.      I don't remember, but just

11 given the length of it, I highly doubt that

12 I read this whole thing.

13             I think I said what I might

14 have done is skimmed it, and you asked me

15 what I would have skimmed it for, but, I

16 mean, I don't remember reading this in

17 detail.

18     Q.      So if you didn't read it, why

19 did you ask Mr. Rockas if he had already

20 sent it to the reporter?

21     A.      I think I was asking in the

22 process where he was on this.

23     Q.      And why is it important whether

24 he sent it to the reporter?

25     A.      Well, again, I was trying to

1   figure out whether he had already sent this

2   to the reporter or if it had been

3   circulated for review.

4        Q.      And he doesn't respond I think

5   for a few hours.

6             Did you follow up with him as

7   to whether he had sent this to the reporter

8   after this that you recall?

9        A.      I don't remember.

10        Q.      And how often do you check with

11   the Press Office as to whether a public

12   statement has gone out or not?

13        A.      I don't know how to answer

14   that, how often?

15        Q.      Well, half the time, a quarter

16   of the time?

17        A.      It is hard for me to sort of --

18   I don't have a good estimation of that.

19        Q.      And would you consider it

20   significant to check with the reporter

21   whether or not a particular set of talking

22   points has gone out yet?

23        A.      Could you ask that again?

24        Q.      Is that a significant thing to

25   do, to ask the reporter whether a set of

Page 240

```
 1   talking points has gone out?
 2              MS. WELLS:  I object to the
 3   form.
 4        A.    So are you asking is it
 5   significant for me to ask James if it has
 6   gone to the reporter?
 7        Q.    Yes.
 8        A.    Because I don't normally speak
 9   to the reporters directly.
10        Q.    If I gave the impression I
11   thought you were speaking to the reporter,
12   I apologize.
13              Is it significant for you to
14   check with James?
15        A.    No.
16        Q.    Is it regular, is it
17   commonplace for you to check with James
18   when things have gone out?
19        A.    I would say it's not uncommon.
20              MR. CASE:  I don't have
21   anything more today.
22              I think along with David, we
23   have some possible motions to compel and so
24   on, so we're not going to close this yet,
25   and we understand that you would disagree,
```

Page 241

1  as we did this morning.  But for today we

2  are done.

3            MS. WELLS:  I just have a few

4  follow-up questions.

5  EXAMINATION BY MS. WELLS:

6       Q.     Ms. Teramoto, you testified

7  earlier I believe that you met with the

8  attorneys here in the room from the

9  Department of Commerce and the Department

10  of Justice; is that right?

11       A.     Yes.

12       Q.     And you also testified that

13  during the course of that meeting with us,

14  you reviewed some documents?

15       A.     Yes.

16       Q.     Did any of the documents that

17  plaintiffs showed you here today that you

18  testified you reviewed or could have

19  reviewed yesterday refresh your

20  recollection about any of the events that

21  were reflected in the documents?

22       A.     No.

23       Q.     Did any of the documents that

24  we showed you during the course of our

25  meeting yesterday that plaintiffs have not

Page 242

1    shown you today refresh your recollection

2    of any of the events about which you

3    testified about today?

4         A.     No.

5         Q.     Did we have any conversations

6    during the course of our meeting, just

7    generally, not specifics, did we have any

8    conversations during our meeting that

9    refreshed your recollection about any of

10   the topics about which you were questioned

11   today during your deposition?

12        A.     No.

13        Q.     And are you aware of any

14   materials that are available anywhere or in

15   any source or in any form that would help

16   to refresh your recollection?

17        A.     I don't believe so, no.

18             MS. WELLS:  Okay, I have

19   nothing further.

20             MR. CASE:  Thank you.

21             THE VIDEOGRAPHER:  We are going

22   off the record at 3:29 p.m.

23             This concludes today's

24   testimony given by Ms. Wendy Teramoto.  The

25   total number of media units was five and

Page 243

1  will be retained by Veritext.

2

3                    [TIME NOTED:  3:29 p.m.]

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 244

1                      CERTIFICATION

2

3        I,  TODD DeSIMONE, a Notary Public for

4    and within the State of New York, do hereby

5    certify:

6        That the witness whose testimony as

7    herein set forth, was duly sworn by me; and

8    that the within transcript is a true record

9    of the testimony given by said witness.

10        I further certify that I am not related

11    to any of the parties to this action by

12    blood or marriage, and that I am in no way

13    interested in the outcome of this matter.

14        IN WITNESS WHEREOF, I have hereunto set

15    my hand this 24th day of August, 2018.

16

17                _Todd Desimone_

     _____

18            TODD DESIMONE

19

20               *       *       *

21

22

23

24

25

Page 245

1    New York Immigration Coalition v. US Dept. of Commerce

2    Wendy Teramoto

3              INSTRUCTIONS TO THE WITNESS

4          Please read your deposition over

5    carefully and make any necessary corrections.

6    You should state the reason in the

7    appropriate space on the errata sheet for any

8    corrections that are made.

9          After doing so, please sign the errata

10   sheet and date it.

11         You are signing same subject to the

12   changes you have noted on the errata sheet,

13   which will be attached to your deposition.

14         It is imperative that you return the

15   original errata sheet to the deposing

16   attorney within thirty (30) days of receipt

17   of the deposition transcript by you.  If you

18   fail to do so, the deposition transcript may

19   be deemed to be accurate and may be used in

20   court.

21

22

23

24

25   2991395

Page 246

1    New York Immigration Coalition v. US Dept. of Commerce

2    Wendy Teramoto

3                 E R R A T A

4                 - - - - -

5    PAGE   LINE   CHANGE

6    _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

7    Reason:_____

8    _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

9    Reason:_____

10   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11   Reason:_____

12   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

13   Reason:_____

14   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

15   Reason:_____

16   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

17   Reason:_____

18   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19   Reason:_____

20   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

21   Reason:_____

22   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

23   Reason:_____

24   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

25   2991395

Page 247

1   New York Immigration Coalition v. US Dept. of Commerce

2   Wendy Teramoto

3           ACKNOWLEDGMENT OF DEPONENT

4           I, _____, do

5   hereby certify that I have read the foregoing

6   pages and that the same is a correct

7   transcription of the answers given by

8   me to the questions therein propounded,

9   except for the corrections or changes in form

10  or substance, if any, noted in the attached

11  Errata Sheet.

12

13  _____        _____

14  DATE                   SIGNATURE

15

16

17

18

19

20

21

22

23

24

25  2991395

[& - 2020]                                                                                            Page 1

## &

**&**  1:17 2:2,16 3:14
  3:16,22 8:23
  10:22 12:20 13:2
  13:25 14:3 21:20
  21:21 22:2,3
  170:20 171:24
  173:20 174:1
  175:1 176:4

## 0

**0001411**  95:12
**0001411-0001412**
  6:11
**0002160-0002162**
  6:18
**0002167-0002169**
  6:17
**0002199-0002204**
  6:18
**0002458**  6:12
**0002461**  6:10
**0002519-0002520**
  6:11
**0002525**  6:19
**0002528**  6:13
**0002628-0002629**
  6:12
**0002636**  140:12
**0002636-0002638**
  6:14
**0002638**  140:13
**0002646-0002648**
  6:17
**0002651-0002652**
  6:13
**0003597**  6:19
**0003694**  6:15
**0003695-0003697**
  6:15

**0003699**  6:9
**000763-000764**
  6:10
**001313-001320**
  6:14
**001321**  6:9
**05025**  1:3 8:22

## 1

**1**  6:9 7:2 23:17,19
  23:22 96:4,19
  100:22 103:17
  141:21 144:4
**10**  6:13 83:22,23
  141:5 182:16
**100**  212:12 215:18
  215:19
**10004**  2:12
**10005**  4:10
**10036**  3:15
**1050**  3:9
**10:01**  50:1
**10:10**  50:5
**11**  6:14 7:3 87:21
  87:22 139:24
  140:11
**114**  7:4
**115**  2:22 6:14
**11:12**  64:12
**11:30**  113:20
**11:46**  113:24
**11th**  50:19
**12**  6:14 115:6,7,10
  141:17 144:4
**125**  2:11
**1250**  1:24
**12:10**  77:10 86:11
  134:5
**12:11**  134:23,25
**13**  6:15 7:3 178:4
  194:25 195:1

**1300**  4:3
**1313**  115:15
**1320**  115:16
**1321**  23:18
**14**  6:15 199:9,12
**1401**  3:21 5:2
**1411**  58:22
**1412**  58:22
**142**  6:4
**14th**  3:2
**15**  6:16 54:20
  55:11 205:5,7
**1512**  3:2
**16**  6:17 7:4 50:14
  51:3 67:12 70:4
  211:18,21
**1620**  3:9
**16th**  69:13 221:19
  222:1
**17**  6:17 77:10
  86:11 216:21,24
  221:8,13 238:2
**170**  6:5
**18**  6:18 170:24
  221:5,7,11
**18th**  2:11 78:11
  83:21 84:11 85:7
**19**  6:18 223:3,5
**195**  6:15
**199**  6:15
**1996**  10:15
**1997**  12:3 174:10
**1997-1998**  12:2
**1:04**  135:2,5
**1:13**  142:14
**1:14**  142:17
**1:18**  1:3 8:22
**1:44**  170:13
**1:51**  170:16
**1st**  174:15

## 2

**2**  6:9 27:24 28:6
  135:21 209:7,11
**20**  4:16 6:19
  171:23 226:15,17
**2000**  10:22,23
  174:15
**20001**  2:3,17
**20005**  1:24 3:22
**2001**  174:16
**20036**  3:10
**2006**  174:25
**2017**  17:4,5,11
  24:18 25:13 28:11
  29:17 32:10 35:6
  37:14,18 38:2
  39:3 40:10 45:18
  47:23 49:7 50:14
  51:3 59:6 60:8
  64:17 65:22 66:4
  66:5 67:12,25
  69:13 70:4 77:10
  78:11 83:21 84:11
  85:7 86:11 127:11
  152:16 160:14
  178:20,21 187:20
  195:4 207:21
  208:19
**2018**  1:12 8:3
  97:17 98:9 115:10
  153:9 208:1 209:1
  221:20 222:1
  230:21 244:15
**2020**  24:8 42:3,12
  104:4 115:13
  153:4,13 167:17
  190:21 193:14
  194:1 197:16
  203:13 206:11
  209:2 210:11
  219:15 225:21,25

**[20230 - add]**

**20230** 5:3
**205** 6:16
**20530** 4:17
**20th** 178:20 195:4
  230:5,21
**21** 6:19 40:10,21
  97:17 98:9 229:21
  229:23
**211** 6:17
**216** 6:17
**2160** 221:8
**2167** 211:21
**2200** 223:19
**221** 6:18
**223** 6:18
**226** 6:19
**2279** 170:24
**229** 6:19
**22nd** 154:17
**23** 6:9
**232** 183:2
**232s** 126:14
**24** 1:12
**241** 6:5
**24th** 8:3 39:3
  244:15
**250** 1:18 8:24
**2519** 63:16
**2520** 63:17
**2525** 226:18
**2528** 84:1
**2636** 87:25
**2638** 88:1
**2651** 75:12 76:1
**2652** 75:23
**26th** 115:10
  146:16 153:8,17
  153:21 154:2
**27th** 178:21
  199:16

**28** 4:9 6:9
**28th** 178:25
  180:10,12
**29** 59:5 60:8
**2991395** 245:25
  246:25 247:25
**29th** 95:14
**2nd** 28:11 29:17
  32:9 35:6,13
  37:14,18 209:9,20

**3**

**3** 6:10 38:11,13
  136:7 209:9
**30** 245:16
**31** 64:12
**350** 1:24
**3597** 229:24
**3694** 195:3
**3699** 28:9 209:8
**38** 6:10
**3879** 244:17
**39th** 156:16
**3:14** 236:16
**3:23** 236:20
**3:29** 242:22 243:3
**3rd** 205:14

**4**

**4** 6:10 49:16,17
  50:10 136:13
**400** 3:21
**47,000** 181:20
**49** 6:10

**5**

**5** 6:11 58:21,23
  59:1 95:11 136:18
**500** 2:22
**52** 75:12
**55th** 1:18 8:24
**58** 6:11

**6**

**6** 6:11 63:12,13,16
  137:1
**60** 189:5
**60/40** 189:3
**601** 2:2
**63** 6:11
**67** 6:12

**7**

**7** 3:15 6:12 67:6,9
  137:6
**70** 189:5
**70/30** 189:4
**71** 6:12
**72** 7:2,3
**75** 6:13
**763** 38:11
**764** 38:12

**8**

**8** 6:12 67:25 71:10
  71:11 73:9 137:16
  138:14 139:5,7,7
**81** 7:3
**83** 6:13
**850** 2:17
**87** 6:14

**9**

**9** 6:4,13 75:8,9,11
  86:6,7 138:23
  139:8 140:3
**90802** 2:23
**94244** 4:4
**944255** 4:4
**95814** 3:3
**9:07** 1:12 8:2
**9:20** 221:20 222:1

**a**

**a.m.** 1:12 8:2 50:1
  50:5 113:20,24

222:1 227:1
**aajc.org** 3:11
**ability** 146:7 196:8
**able** 23:5 26:3
  48:15 60:10 99:10
  185:3,18,19
**acase** 3:17
**accept** 88:18
**access** 48:8,13
**accomplished**
  132:18
**account** 107:18,20
  107:22 108:1
  196:9,19,23
**accounting** 10:17
**accurate** 26:9
  146:8 234:10,12
  245:19
**accuse** 98:22
**accused** 98:11
**accusing** 99:14
**acknowledgment**
  247:3
**aclu.org** 2:14
**act** 106:18,20
**acting** 76:8 93:16
  94:9 230:19
**action** 9:6 186:10
  232:4 244:11
**actions** 184:7
**active** 182:22
**actual** 235:20
**adc** 2:5
**add** 33:2 61:14
  62:6 63:3,20
  82:11 83:2 91:21
  105:1 120:7
  146:17 167:16
  190:20 193:13
  203:12 210:11
  219:14

**added**  42:2,11
45:21 49:13 80:3
146:20 187:18
**adding**  23:1,10
24:21 25:12 26:16
42:15 65:25 79:13
81:22 85:23 90:22
91:13 92:14
115:24 116:3
117:3 127:18
133:11 152:5
153:3,12 194:1
**addition**  117:13
119:2 152:1
197:15,21 225:24
233:3
**additional**  135:15
142:4,12 187:20
**additions**  202:16
**address**  9:18
42:10 88:13
105:13 186:18
**addressed**  54:13
78:8
**administer**  9:5
**administration**
24:12 95:4 101:3
101:6,18 102:1,21
103:7 104:9
129:10 151:8
181:15 182:22
**administration's**
108:12
**administrations**
181:25
**administrative**
23:25
**advance**  232:24
**advancing**  3:8
**advancingjustice**
3:11

**advice**  62:19 73:4
126:7,18 202:25
**advisor**  10:4 17:16
35:10 37:12 68:19
125:6,11 157:15
180:1,7 188:8,10
205:2
**advisory**  39:13,20
198:4
**affairs**  74:8
184:23 202:3
212:6 223:22
224:9 230:13
232:11 235:18
237:11,12,14
**afternoon**  40:12
40:23 76:5,23
142:19
**ag**  77:13 78:15
79:18,19 80:9,12
84:6,20 85:2,11,16
88:9,21 89:9 90:3
119:23
**ag.ny.gov**  4:11,12
4:13
**agencies**  19:23
**agency**  110:8
**ago**  18:7 22:20
36:13 90:1 143:7
143:10,12,20
158:18 165:12
171:23 177:25
195:7
**agree**  8:12 16:6,11
57:1 78:5 91:8
142:7
**agreed**  25:23
151:10
**agreement**  177:3
**ahead**  66:18 89:8
92:18 99:6 129:20

138:1 236:9
**al**  1:4,10 8:18,19
**alex**  4:13
**alex.finkelstein**
4:13
**alexander**  20:19
28:20 33:14 39:2
195:17,24 196:2
**alexander's**
196:25
**allegations**  145:16
**alliance**  3:16,23
170:21
**allowed**  14:12,14
14:23
**aluminum**  126:15
183:2
**american**  2:4,10
**americans**  3:8
**amount**  26:5 34:6
92:3 191:9
**analysis**  192:3
**andre**  125:23
234:17
**andrea**  3:6
**andrew**  3:17
110:25 170:18
**angeles**  2:23
**answer**  7:1 14:7
16:3 17:20 31:11
36:4 38:23 39:10
53:19,24 55:23
62:13,18,20 67:1
71:19 72:3,17,23
72:25 73:2,5
75:20 80:4 81:14
81:15,25 82:21
93:23 94:15
101:14 102:14,25
103:11 114:17,23
116:19 124:1

134:2 139:18
140:3 171:16
180:23,24 190:13
206:17,24 213:16
213:23 236:8
239:13
**answered**  35:25
61:17 62:7,8,15
63:6 70:16 79:4
86:1 99:21 112:10
225:7 236:7
**answers**  53:18
233:5 247:7
**anti**  2:4
**anticipated**  233:5
**anybody**  21:20
22:24 126:23
160:3 182:20
**anymore**  160:13
175:25
**anyplace**  37:1
**apologize**  62:21
203:23 240:12
**app**  105:19,20
107:1 108:7
**apparently**  32:9
**appear**  99:23
221:21
**appearances**  9:8
**appears**  28:24
29:1,16 55:1
195:16 223:11
**appointed**  24:17
133:15,17
**appointment**  24:6
24:15,16 103:18
104:1,13 147:13
147:15
**apportionment**
164:1 166:5,21
168:21 169:19

appropriate 61:22 149:11,22 245:7
appropriations 204:2
approve 201:17 217:14,17
approved 172:25 204:6 237:2
approximately 188:23
april 174:15 195:4 199:16
arab 2:4
arabia 160:1
area 93:4 223:17
areas 27:4 187:10
arms 109:13 151:6 183:4
arnold 1:17 2:2 8:23
arnoldporter.com 2:6,7,8
arrange 226:25 227:3
arranging 228:5
arrive 203:2
arriving 61:14 62:5 63:3 210:10
article 185:15,19 186:5,17,24 231:13,17,22
articles 185:25 186:1,6
asenteno 3:6
asian 3:8
aside 96:22 116:12 136:6 141:24 167:22
asked 14:11,19 17:23 18:10 21:13 21:19 29:11 32:20

35:15,24 37:6,23 41:4 43:1,4 44:7 44:13 45:2,4 53:9 59:8 61:17 62:7 63:5 70:16 71:20 79:4 86:1 99:21 100:6,8,16 103:11 112:9 114:5 117:12,14 118:1,3 118:16,25 121:24 122:15 152:9,14 155:3 178:11 193:8 210:1 225:6 229:7 231:7 236:7 238:14
asking 17:8 21:14 21:23 27:17,19 33:16 35:18,21 52:21 65:2 73:15 80:8 82:24 87:4 91:3 94:4,13 97:25 102:3 104:15 118:8 119:18 123:11,13 123:19 163:7,10 184:1 186:23 194:9,9,14 214:8 215:7,11 217:9 227:18 238:21 240:4
asks 41:12 44:17
assigned 128:14 132:7
assist 61:13 62:5 63:2 77:13 78:16 79:1,12,18 80:2 152:11 193:12 210:10
assistant 76:8,16 77:2 89:15,23 92:10 93:13,16,16

94:7,9 119:8 127:13 138:18 139:10 157:11,13 197:6,7 227:16
assisting 80:1
associate 11:11 172:5 176:12
assume 13:19 41:10,21 53:15 54:13 65:19 165:8 206:2,5
atlantic 1:23
attached 52:22 53:7 203:25 245:13 247:10
attaches 41:15
attend 61:2 157:17 158:1
attended 156:21 156:22 157:20
attendee 60:25
attendees 60:11
attending 60:23 61:6 188:4
attention 204:6,10
attorney 4:3,9 72:6,16 76:8,16 77:2,11 78:25 79:11,24 80:17,23 81:19 82:8,9,15 83:1,16 84:10 85:6 88:25 89:4 89:15,23 92:10,10 93:14,16 94:8,9,10 114:18,19 119:8,9 119:16 127:13 135:13 138:18 139:11 142:20 167:25 168:6 245:16

attorneys 2:3,12 2:18,23 3:3,10,16 3:22 4:5,10,17 5:3 146:23 241:8
audio 8:10,10
august 1:12 8:3 50:14,19 51:3 59:5 60:8 64:12 95:13 244:15
author 89:20
authorized 9:4
available 77:12 242:14
avenue 2:2,22 3:21 4:16 5:2
avoid 114:8
aware 20:18 23:15 49:11 60:20 64:23 65:1 68:23 105:22 124:16,25 133:18 146:11,18 148:25 149:7,16 150:6,8 150:14,24 153:2 154:16 160:18,24 162:1,6,12 163:11 163:11,12,16,22 164:16,21 166:9 167:15 168:7,8,9 169:23 170:1,4,5 189:17,23 190:19 190:24 196:7 202:8 204:12 242:13
awareness 59:24 70:10 189:14,19 190:3 227:17

**b**

b 6:7 71:6 219:7
back 10:8 14:16 40:6 53:4 86:5,6,9 93:22 96:3,18

102:17 113:18
114:2 127:4 135:9
142:17 143:1,22
159:23 160:1
163:19 164:11
170:16 171:2
173:3 187:7 217:8
218:21 223:16
236:2 238:2
**background** 10:9
69:3 129:1 174:4
187:16 192:5,8,18
193:4
**bailey** 4:19
**banking** 11:12
**bankruptcy** 177:4
**bannon** 46:10,11
46:15,18 112:8,16
159:13 160:13
161:1
**based** 72:24 73:4
81:16 135:14
179:24 186:10
215:21
**basically** 195:6
204:10
**basis** 72:4,15
81:13 114:18
**bates** 6:9,9,10,10
6:11,11,12,12,13
6:13,14,14,15,15
6:17,17,18,18,19
6:19 23:17 28:8
58:22 63:16 75:12
84:1 95:12 115:15
115:16 134:1
140:12 195:3
205:8 229:24
**beach** 2:23
**becoming** 37:20
180:2

**began** 24:7 104:2
**beginning** 30:13
75:22 78:3 115:14
139:11 176:11
180:9,18 182:4
183:5,15 184:22
213:10
**begins** 50:5 86:13
113:24 135:5
236:20
**believe** 10:23
12:19 19:13 21:12
26:4 32:3 34:10
34:11,13 36:11,14
37:24 38:1 42:8
52:1 54:8 62:8
69:14,17,19 75:1
76:23 77:25 78:8
80:20 85:4 96:14
99:12 100:3
101:16 108:17
123:5,20 124:3,4,9
124:17,20 133:14
136:21 141:6
147:21 158:12,21
159:14 174:5,9,15
175:16 176:2
180:15 187:19
**best** 17:8,10 58:17
93:7,9,25 94:4
95:2 122:23
138:11 143:6
149:14 151:11

157:2 196:10,25
227:7 235:24
**beth** 199:17,22,24
200:12 201:5
**better** 124:21
192:25
**beyond** 145:24
160:22 187:21
**big** 92:22 109:11
109:11 148:24
**bis** 131:17 183:1
**bit** 50:21 150:16
171:2 177:12
182:3 220:21
**black** 3:16,22
136:4 170:21
**blacked** 28:14
**blank** 28:2
**blanked** 63:25
**blissfully** 226:18
**blocked** 31:15,25
**blood** 244:12
**bob** 230:24
**body** 197:9
**boggling** 97:7
**bonner** 230:24
**borman** 125:25
**bottom** 52:22 53:8
58:9 75:22,24
76:1 200:18
**bought** 174:18,20
**boulder** 10:12
**boutin** 4:5
**box** 4:4
**branson** 230:14
**branstad** 68:10,14
68:15 158:13
201:13 204:22,23
**break** 16:8,10,12
16:15 49:20,22,23
113:17 115:2

**bremberg** 110:25
**brendan** 48:3
**brian** 200:11
**brief** 127:9 191:12
228:19 229:1
**briefing** 59:8
60:12,19 106:4,7
106:17 108:16,25
**briefings** 108:12
151:1 184:12,14
**bring** 204:5
**bringing** 204:10
**broad** 2:11 150:22
**brook** 33:14
**brooke** 20:19
28:21 39:2 195:17
195:24 196:2,24
199:1
**brought** 177:19
**budget** 25:22 34:4
66:14 109:11
149:1,3,5,8,10,11
150:9,12,15,18,19
150:20 151:6,25
226:2 230:7
237:17
**budgeting** 181:19
226:7
**building** 15:20,24
112:1
**bully** 14:17
**bunch** 131:18
176:13 177:6
**bureau** 34:15
61:19 112:1 131:5
147:20 152:6
202:9 204:2,16,17
224:24 225:8,14
234:24 235:6,8
**bureaus** 181:18,19
187:4,5 201:19

234:15 235:5
**burlington** 2:16
**bush** 129:10
**business** 105:14
105:21 107:16
108:2 132:13
**buying** 177:3

**c**

**c** 2:1 3:1 4:1 5:1
219:8
**cabinet** 74:8 84:19
110:7
**calendar** 36:15,22
37:4,8 47:10,15,16
47:18,20 48:9,12
48:15,20 49:11,14
56:4 59:25 130:23
**california** 2:23 3:3
4:2,4,5 129:3
165:15 170:23
**call** 12:19 43:9,18
43:24 44:3,7,8,12
44:13,16,17 45:1,3
45:4,8,13 46:4,6
46:17,24 47:2,9
48:23 73:16,23
74:20,22 75:3,15
84:14,16,18,20,23
85:1,5,10,16,22,23
86:3,19 87:13
89:14,14,23
108:19,20 120:1
124:10 152:15
197:5
**called** 9:13 11:7
15:19 165:14
**calls** 42:23 47:11
47:12 48:22 84:18
92:9,13 94:25
203:15

**candid** 98:23
99:15
**candidly** 140:21
**capacity** 176:15
**carefully** 245:5
**carlos** 5:10 9:1
**carlotta** 4:18
**carlotta.wells** 4:18
**casa** 2:4
**case** 1:3 3:17 6:5
8:21 15:16 35:11
71:25 115:1 134:9
145:16 152:9
170:17,19,22
173:25 225:8
236:11,22 240:20
242:20
**cases** 15:6,9,14
**casias** 230:17,18
**cc** 39:2 54:17
56:18 199:19
**cc'd** 50:15 51:4,11
57:19 58:4 59:7
59:12,21 60:3
63:18 71:4 215:3
227:15
**cell** 8:8 77:12
**cellular** 8:7
**census** 23:2,11,25
24:8 25:13,17,18
25:20 26:2,17,23
27:2,8,13,21 28:12
30:2,20 31:1,6,8
32:11 33:21 34:3
34:15 42:3,12,16
45:22 46:1,15,19
51:7,12 56:7,14
59:11 60:12 61:11
61:15,19,19 62:6
64:14,20 65:11,25
66:2,14,21 68:1

69:23 80:3 81:1
81:23 82:12 83:2
84:3 85:24 90:23
91:14,22 92:15
93:3,8,19 94:1,22
94:23 96:2 100:25
104:4 109:3,8,9,25
110:11 111:24
112:1,22 113:14
115:14,23,25
116:4,11 118:17
119:19 122:10
124:6,7 126:16,20
127:8,10 128:4,5,8
128:14 129:17,25
130:9 131:16,23
131:24 133:12
146:4 147:19,19
148:25 149:1,3,5
149:18,21 150:8
150:12,15 151:6
151:19,22,25
152:6 153:4,13,22
154:4 158:19
161:20 162:2,18
163:18 165:17
166:13 167:17
168:12 169:10,25
182:18 187:14
190:21,24 191:1,4
191:8,9,17,24,25
192:2,9,12,24
193:14,20 194:2
194:17 197:16,19
197:21,25 198:1,8
198:14,19 199:6
201:4,6 203:13
204:1,16 205:20
206:1 207:23
208:3,8,13,20
209:2 210:12,18

219:15 223:23
224:3,5,24 225:8
225:19,21,25
226:3,7,11,24
227:4,20 228:9
231:15 234:21
**certain** 14:15 53:8
53:17 123:17
150:25 172:9
175:13,20 204:10
**certainly** 17:24
18:16 24:23 33:7
49:21,24 63:8
70:19 89:3,19
92:6 98:2 111:7
111:11 112:21
**certainty** 142:5
**certification** 244:1
**certify** 244:5,10
247:5
**cf** 1:3 8:22
**cfo** 230:19
**chain** 38:25 52:23
53:8 54:7 64:10
88:2,7 137:23
138:16,17,24
139:24 154:7
217:1 222:21
223:8
**chains** 54:10
127:15 140:8
**chair** 39:12,19
**chance** 28:15
52:16
**change** 14:23
146:7 206:7 246:5
**changed** 172:1
173:16 176:10
**changes** 49:12
202:16 245:12
247:9

characterization
  102:10
characterize  94:20
characterizing
  100:4
charge  172:11
chart  235:11
chase  2:8
chase.raines  2:8
check  138:20
  224:18,21 239:10
  239:20 240:14,17
checking  224:20
chelsey  60:7
chief  10:3 17:13
  17:19,24 18:10,18
  18:20,22 19:5
  24:18 35:2,5
  37:11,13,17,20,24
  38:6 46:25 74:9
  74:18 78:12 80:21
  80:24 81:5 97:2
  98:1,20 109:15,18
  128:1,9 168:2
  180:2 187:18
  188:2,4,7 234:4,14
  234:16,18,19,21
  234:22 235:14,16
chiefs  201:18
  202:9 204:17
  235:23,25
children  123:16
china  184:10
  229:6,9
chitchat  112:17
choose  65:7
christa  223:25
  224:1,3,12
cio  235:16
circling  236:2

circulated  239:3
citizens  159:7
citizenship  23:2
  23:10 24:11,21
  25:12 26:17 27:7
  27:12,18,20 29:13
  30:17,20 31:7
  32:10 33:3,9,23
  38:4 42:15 43:22
  44:5,11,25 45:21
  52:13 54:5,24
  55:2 56:17 57:12
  58:15 61:15 62:6
  63:4,10 64:20
  66:1,22 68:22
  69:4,11 70:3,13,24
  71:1 75:4 77:3,15
  78:17 79:2,13,17
  80:3 81:22 82:11
  83:2 85:24 90:23
  91:13,22 92:6,14
  93:20 94:19 97:20
  101:2 102:22
  103:20 104:8,19
  105:2 109:3,8,14
  110:1,23 111:8,12
  112:22 113:14
  115:13,24 116:3
  117:3,13,15 118:2
  118:4,17 119:2,18
  120:8,21 121:25
  122:15,19 123:9
  126:19 127:18
  128:4 129:13
  133:11 145:3,20
  146:3,13,17,19
  147:17 152:1,5
  153:4,12 165:19
  167:16 190:20
  191:2 193:13
  194:1 197:16,22

203:13 210:11,24
  216:13,20 219:14
  231:15,20
city  3:16,22 11:5
  170:21 179:17,24
civil  2:10 3:20
clarify  143:8
clarifying  21:18
clear  193:9
cleared  233:1
clearly  18:1 61:21
  66:7 133:1 178:15
  192:10
click  185:17
client  72:6,16
  114:18 135:13
clients  142:6
clippings  184:24
  185:5,6,8
clips  184:16
close  125:5,11
  240:24
coal  172:12
coalition  1:4 2:4
  2:13 8:18 245:1
  246:1 247:1
colangelo  4:12
colin  200:5
colleague  155:3
  178:11
colleagues  152:20
collect  185:12
collects  185:10
colorado  10:12
  11:1
come  20:15 66:8
  95:3 109:9 113:18
  116:13 127:4,15
  131:21,23 164:25
  184:11 185:6
  191:10,12 193:3

comes  116:15
  130:21 193:1
coming  56:16
  130:5 159:9
comma  78:2
command  192:16
  192:23
comment  218:10
  222:5
comments  217:18
  218:21,22 220:2
  225:19
commerce  1:9 5:2
  8:19 9:20 10:1
  16:24 17:1,3
  18:11 19:11,12
  20:2,16,25 22:10
  22:21 23:24 24:6
  24:16 26:25 35:9
  51:20 64:7 65:24
  68:20 71:8 78:13
  81:22 87:9 92:21
  92:22,23,25 94:18
  95:21 96:9 97:7
  99:9 101:12,24
  103:18 104:2,14
  106:3 108:23
  112:2 120:3,13,19
  121:5,10,21 122:3
  124:13,22,22
  126:2,3,10,17,21
  129:2,6,9 131:10
  131:11,13 146:25
  156:3,4,16 157:3
  160:24 164:21,22
  167:1,13 170:3
  178:9 179:12
  181:11,12,20,22
  181:22 182:2,6,6,9
  183:19 184:3,13
  184:17,25 186:10

186:16 187:12
188:25 189:6,9
191:14 201:4,9,17
205:2,19 212:5,18
223:23,24 225:5,9
225:13 228:6
230:10 234:5,15
234:23 235:6,8
237:11,13 241:9
245:1 246:1 247:1
**commission** 39:20
**committee** 2:5
3:20 39:13 154:18
172:18,20,22,24
173:4,5,11,16,20
176:23 177:20
198:4 205:25
**common** 219:2
**commonplace**
240:17
**communicate**
105:13,20 106:5
107:16
**communicated**
167:10
**communicating**
154:2
**communication**
147:23 153:16
216:8
**communications**
217:15
**companies** 14:2
20:15,20 129:4
**company** 10:22
12:16 13:1 171:25
173:20 174:1
176:5 211:9
**compel** 142:3
240:23

**compile** 184:24
**complaining** 30:15
**complaint** 213:12
**completely** 183:14
**computer** 147:25
148:18
**comstock** 29:3
50:14 51:3,10,17
51:18 52:11 54:3
54:12,17 57:22
59:6 63:18 65:9
67:11 68:1,24
69:1,10 70:21,23
95:23 125:18
151:23 158:12
191:6 192:14
197:14 199:25
201:12 203:10,21
204:14 208:5,10
208:16 209:21
211:23 215:3
217:7 224:12
**comstock's** 57:2
57:11,25 58:9
**concepts** 183:13
**concern** 146:10,12
149:17,19
**concerned** 59:10
113:14
**concerning** 109:7
**concerns** 146:19
148:24 151:24,25
152:4
**concluded** 142:6
**concludes** 242:23
**conclusion** 203:16
**conduct** 108:2
148:13 149:22
**conducted** 16:1
231:19

**confide** 107:1,12
108:8
**confident** 179:5
**confirm** 60:10
201:1 238:5
**confirmation**
128:25 155:15,18
156:10 179:13
**confirmed** 109:12
156:15 178:21,23
178:24
**confused** 27:17
33:5 191:19
**confusing** 57:18
140:21,22
**congress** 29:10
97:18 98:9,21,22
99:4,13 120:5,15
121:8,22 122:4,13
205:21 208:3,7,13
208:20 209:2,25
231:4
**congressional**
164:1 166:5,21
168:21 169:19
201:18 202:21
231:8,10 232:8
237:1,23
**connect** 37:19
76:4,21
**connected** 83:13
**connection** 21:9
69:11 77:14
102:11 120:4,14
147:16 148:14
**consider** 155:8
237:6 239:19
**consideration**
104:18
**considerations**
24:10 101:1

103:19 104:7
**considered** 108:24
**considering** 24:7
104:2 153:3,12
**consistent** 175:7
202:11
**constitutes** 70:11
**constitution** 5:2
**consult** 153:21
**contact** 227:19,22
227:25
**contacted** 227:13
228:17
**contain** 137:11,12
**contains** 84:4
**content** 24:9 104:5
168:10
**context** 22:6
123:19 130:3
206:21 215:21
**continue** 8:11
29:24 129:7
177:10 210:15
**continued** 3:1 4:1
5:1 135:7
**continuing** 14:1
213:11
**contractors**
151:11
**contracts** 25:23
151:9,11
**controversial**
231:14
**controversy** 91:20
91:21 145:19,25
146:5
**conversation**
26:20 46:22 87:3
87:5,7 89:5 93:12
111:5 135:14
144:21 159:24

[conversation - decisional]                                                Page 9

160:8 164:8 170:3
**conversations** 8:6
  113:7 118:19
  122:22,24 123:3,8
  123:15,18,20
  160:25 163:23
  164:6,17,22,25
  165:3 166:10
  167:2 168:7,9,10
  169:24 207:21
  208:1,18 242:5,8
**copied** 70:9
  189:13,22 190:2
  190:12 213:9,15
  218:13 224:14
**copy** 57:10,24
  58:8 99:16 115:1
  135:20 190:7,11
  190:14 209:12
  218:7
**copying** 201:13
  209:21
**correct** 13:23 21:1
  29:5,7 34:25 35:1
  35:17,20 37:16
  38:7 41:16 43:4
  44:5 46:12 50:16
  51:7,12,13 52:5,18
  54:7 55:3 62:3
  69:4 77:4,22
  80:18 85:19 88:12
  89:6 97:1 99:22
  104:23 106:12
  109:22 138:19
  140:10 149:1
  154:21,23 169:2
  180:3 189:11
  193:9 202:14
  207:19 213:5
  214:21 219:3
  230:22 237:3

247:6
**corrections** 245:5
  245:8 247:9
**correctly** 32:13
  36:19 53:2,10
**correspondence**
  98:7,18,19 99:8
**council** 161:15
**counsel** 8:16 27:25
  52:15 72:25 73:5
  81:16 96:9 114:7
  114:20 133:22
  134:8,10 135:11
  138:8 142:2
  201:25 232:11
  235:15
**counsel's** 134:8
  200:5
**count** 26:9 146:8
  146:12,19 149:23
**counting** 159:6
**country** 91:13,18
  92:4
**couple** 148:23
  174:13 187:22
  204:5 223:16
**course** 65:22
  116:9 241:13,24
  242:6
**court** 1:1 8:20 9:3
  9:9 14:15,16
  15:22 220:19
  245:20
**cov.com** 2:19
**cover** 114:23
**coverage** 184:13
  184:17 186:12
  212:17
**covington** 2:16
**create** 63:8

**created** 97:7
  177:16 193:17,19
  211:5
**creditors** 177:5
**curious** 98:20
**current** 51:18
  133:2
**cutrona** 75:14
  76:3 77:10,20
  78:21 83:12 86:10
  86:11,18,21 88:3
  92:11 93:18
**cv** 170:24

**d**

**d** 6:1 9:12 111:16
  135:3
**d.c.** 1:24 2:3,17
  3:10,22 4:17 5:3
  9:23 20:10,12
  157:10
**dale** 2:13
**dale.ho** 2:14
**daniel** 2:18
**danielle** 75:14
  76:3,3,21 77:20
  78:20 87:2 93:18
**daniels** 2:21
**date** 23:5 24:19
  37:22,25 39:3
  49:12 145:11
  153:17 174:14
  179:12 198:24
  221:17 230:20
  245:10 247:14
**dated** 50:14 51:3
  67:11,25 97:17
**dates** 169:7
**daughter** 12:23
**david** 2:6 5:5
  200:3 240:22

**david.gersch** 2:6
**davidson** 54:18
  56:13 59:5 84:3
  96:6,8
**day** 19:9,25 40:6
  46:1,1 61:10,10
  69:16,16 84:22
  89:16 93:8,8
  112:5 132:18
  143:24 161:6
  178:19 179:6,7
  244:15
**days** 15:7 30:9
  34:8,20 36:3,20
  37:5 144:1 159:10
  201:12 245:16
**ddewhirst** 5:5
**de** 2:4
**deadline** 207:22
  208:2,7,12,19
  209:1
**deal** 182:11,11
**dealing** 129:25
**deals** 92:23
**debtors** 177:5
**decennial** 115:14
**decide** 133:23
  186:5 190:15
  203:12 218:17
**deciding** 91:21
**decision** 61:14
  62:5 63:3 116:7
  117:1 120:4,14
  146:17 172:20
  190:20 193:12,25
  194:3,5 203:3,12
  210:10 211:3
  216:12 219:14
**decisional** 115:11
  115:22 116:2,14
  117:2 120:4,14

**decisions** 117:20 172:14,21
**deduction** 215:21
**deem** 190:9
**deemed** 245:19
**deems** 193:19
**defendants** 1:11 4:17 5:3
**define** 171:10
**definitely** 16:13 225:15
**definitive** 65:13
**degree** 10:17
**del** 142:23
**delete** 105:2
**delivered** 205:14 237:25
**demonstrated** 46:2
**denise** 3:4
**deny** 29:20 41:2,7 57:24 58:8 60:21 61:6 84:15
**department** 1:9 4:2,16 5:2 8:19 9:20 10:1 16:24 17:1,3 19:11,12 20:2,25 22:10 25:19 26:3 51:19 64:6 74:2,11,16 86:24 92:11 93:4 94:17 101:12,13 101:24,25 106:3 112:1 116:16 117:4,12,14,19 118:1,3,9,11,16,20 118:25 119:1,4 120:3,7,13,17,20 121:6,21,23,24 122:3,14 124:14 126:17 130:16,18

131:15,20 133:1 146:24,24 153:22 155:21 156:1,2,4 160:24 164:20,22 167:1,13 170:2 178:10 181:10,12 181:24 182:9 184:13 212:7,18 223:22 225:5,9 228:6 230:9 233:24 234:5,14 241:9,9
**departments** 19:14,16 26:25 95:17 99:9 109:11 131:7 133:8 180:19 181:11 235:20
**depend** 189:2 219:6
**depending** 19:15 19:17 130:21 133:5 177:1 189:4 218:8 228:20 232:9,13 233:9
**depends** 19:9,24 45:11 48:24 65:5 112:4 134:6 178:2 189:7,8 190:1 217:22 219:5,7 225:11 228:7 232:14
**deponent** 247:3
**deposed** 15:2,9 144:19,24 145:5 145:11 147:1 152:9
**deposing** 245:15
**deposition** 1:15 8:10,15,22 14:18 71:15 114:11

133:21 135:18,23 136:9,15,20 137:3 137:8,18 139:1,16 140:1,24 141:5 142:6 143:2,3,9,11 145:8 147:11,14 236:3,4 242:11 245:4,13,17,18
**depositions** 16:1 71:18
**dept** 245:1 246:1 247:1
**deputy** 128:1,9
**describe** 19:7 171:25
**description** 6:8
**designed** 203:2
**desimone** 1:20 9:3 244:3,18
**destroy** 105:3
**detail** 151:14 238:17
**detailed** 122:9 149:13
**details** 116:11 146:2 149:12 150:20 173:9 175:2
**determine** 214:3
**determining** 176:6
**device** 106:23 108:1
**devices** 106:11
**dewhirst** 5:5
**dgrant** 2:19
**dhulett** 3:4
**dialogues** 182:24
**dictionary** 204:9
**different** 13:1 17:18 19:13,14,16 19:17 39:9 41:6

43:5 49:9 50:22 62:1 84:19 99:9 119:11 123:11 139:14,19,22 140:8,20 173:1,13 173:14 175:4,12 176:13,16,16 177:5,6 181:4,6,15 181:18,19 182:5 187:24 217:17 222:10,14,17 234:15
**difficult** 80:7 120:23 152:2 214:10
**dinner** 30:1 210:17
**direct** 28:18 72:2 72:17 81:13 98:18 114:17 118:18 122:22 123:3,8 148:13
**directed** 147:18
**direction** 46:9 72:22
**directions** 7:1
**directly** 19:4 65:22 130:6,8 199:1 229:9 240:9
**director** 51:19 52:6,7 74:8 198:8 198:14,19 199:7 204:1
**disagree** 240:25
**discrimination** 2:4
**discuss** 33:22 52:17 56:22 69:9 144:25 145:3 154:9 157:1 158:19,25 165:13 208:6,11

**discussed**  76:5,22
  86:4 154:7 158:23
  159:11 162:11,23
  163:9 167:3
**discusses**  162:7
**discussing**  44:4
**discussion**  18:9,20
  18:24 19:2 70:20
  87:8 91:6 98:6
  103:5 109:2
  112:15,19 113:5
  113:10,13 122:6
  122:18 129:12
  134:15 135:12
  147:9 149:24
  159:3 160:21
  179:19 215:14
  216:17
**discussions**  25:20
  67:18 68:2 69:10
  69:17 82:14 83:4
  83:8,10 109:6,24
  110:21 122:9
  149:14 150:5,7,11
  151:5,17 163:1
  182:24 184:9
  208:25 229:6,10
**disseminated**
  184:2
**distinction**  190:25
**distribute**  184:25
**district**  1:1,2 2:24
  8:20,21 114:22
  170:23
**division**  234:23
**divisions**  235:7,9
**divvied**  198:1
**doc.gov**  5:4,5
**doctor's**  147:12,15
**doctored**  206:3

**document**  23:7,17
  24:24 25:10 28:1
  28:16,19 38:9,11
  39:7,10 40:18
  47:11 52:25 58:21
  59:18 68:9,12
  71:14 73:17 76:12
  96:21 97:4,8
  115:19 135:22
  136:8,14,19 137:2
  137:7,17 138:3,6
  138:13,25 139:7,8
  139:16,25 140:9
  140:23 148:1
  195:22 199:12
  200:22 201:14
  205:24 207:3,14
  209:8 211:20
  212:2 213:13
  221:8,11,13
  224:16 226:22
**documents**  23:14
  71:21,24 72:7,20
  73:3 81:9 94:6
  97:5,6,13 103:21
  104:16,20 105:3
  114:11,13,14
  133:20,25 135:16
  136:22 137:24
  138:15 141:9,10
  142:4,12 144:3
  147:24 148:3,9
  211:5 213:25
  214:2,9 225:23
  241:14,16,21,23
**doing**  70:25
  187:22 195:18
  245:9
**doj**  67:18 68:2
  70:25 76:3 87:10
  227:23

**doj.ca.gov**  4:6,7
**double**  138:20
  224:18
**doubt**  61:8 238:11
**draft**  52:13 54:4
  201:3,8 217:19
  219:1
**drafted**  211:2
**drafts**  218:4
**dramatic**  216:9
**drew**  114:6
**drink**  30:5 210:21
**driven**  191:14
**duly**  9:13 244:7
**dunn**  21:8 54:19
  56:13 94:21,25
  95:13 115:12
  125:17 131:25
  151:21 191:5
  192:22 215:5
  217:6 223:1
**duties**  17:18 172:1
  187:19 188:9
**dwkesq.com**  2:25
**dylan**  2:7
**dylan.young**  2:7

**e**

**e**  2:1,1 3:1,1 4:1,1
  5:1,1 6:1,7 9:12
  9:12 28:9 29:6
  30:25 32:14 34:23
  35:14 38:15,25
  40:9,12,15,21 41:9
  41:15,17,18,22,24
  42:5,10 43:23
  46:7 50:13,18,19
  50:25 51:2,9,16
  52:10,11,23 53:5,7
  53:11 54:5,10,11
  54:14 57:3,11,14
  57:25 58:9,18

  59:4,14 60:8
  63:17,22 64:10
  65:1,3,6 67:10,24
  68:4 69:1,12 70:5
  70:11,18,19,21
  71:5 73:11,21
  75:13,22,23,25
  76:2,6,20 77:11,19
  77:22,24 78:1,3,22
  79:6,6,9,16,22
  80:11,13 83:12,20
  84:2 86:9,12 88:2
  88:6,8,12 89:9,20
  89:22 90:1 95:10
  95:13 103:22
  104:16 105:13,16
  105:24 106:15,22
  107:15 119:22
  127:13,14 135:1,1
  135:3,3 137:21,23
  138:6,16,17 139:9
  140:8,14,15,16
  147:18,22 148:16
  150:25 152:23
  154:3,6 167:8,21
  167:22 186:2
  189:13,21 190:7
  190:16 193:18,21
  195:4,17,18,25,25
  196:8,9,12,16,18
  196:19,22 197:9
  198:8 199:16
  200:16,17,19
  201:11 203:21
  209:9,20,23 210:7
  210:8 211:22
  212:21,22 213:2,3
  213:4,8,9 214:11
  214:16 215:9,11
  215:22 216:5,10
  216:14 217:1,7

220:8 221:4,11,13
222:2,9,14,21,25
223:11 224:15
226:18,25 227:11
228:11,14,24
230:3,20 231:24
232:1,5 246:3
**eager** 77:13 78:16
79:18 80:10
**earl** 29:2 50:14,20
51:3,13,17,18
54:12 57:2,11,21
57:25 58:9 59:6
63:18 67:11,19,25
70:21 95:23,23,24
96:2 125:17
151:22 158:12
191:5 192:14
197:14,18,20,24
198:21 199:25
200:2 201:24
203:9,21 208:5,10
208:16 211:23
215:3,23 217:7
227:11 228:12
229:14,19
**earl's** 67:16
200:19
**earlier** 21:23
31:11 45:19 57:16
76:5,22 80:22
87:17 96:23 114:5
144:10 154:20
168:25 204:24
241:7
**early** 17:5 25:13
**ease** 220:19
**easier** 213:16,23
**easily** 228:10
**easy** 199:12 221:1

**editing** 224:23
225:4
**edits** 221:15
225:12,16,18
226:6
**educated** 215:20
**effect** 64:18
**effectively** 26:7
**either** 14:3 58:3
65:22 74:10 88:14
96:2 100:9 126:19
153:20 154:1
157:14 184:15
204:25 215:23
224:19
**elect** 62:19
**election** 39:13,20
**elena** 4:11
**elena.goldstein**
4:11
**ellen** 29:3 65:12
209:21
**emphasize** 29:9
209:24
**employed** 9:25
13:24 16:22
155:20 156:3
**employee** 205:2
212:6
**employees** 13:10
13:13 34:6 191:9
**employment** 16:25
26:4 66:21 149:20
188:18,21
**enclosing** 54:4
**energy** 181:13
**enforcement**
159:4 163:2
165:24 166:15
168:15

**engage** 66:11
**engines** 164:13
**enrique** 191:18
**ensure** 26:8
**entire** 38:15 61:19
162:19
**entirety** 141:2
**entity** 175:10,10
**enumerators**
150:3 226:10,14
**equity** 12:11,11,20
**eric** 68:10,14,15
158:12 204:22,23
**erosenberg** 3:24
**errata** 245:7,9,12
245:15 247:11
**esq** 2:6,7,8,13,18
2:24 3:4,5,6,11,17
3:23 4:5,6,11,12
4:13,18,19 5:4,5
**essential** 42:1,10
45:20
**essentially** 175:9
**estimation** 239:18
**et** 1:4,10 8:18,19
**eternity** 106:24
**ethnic** 198:5
**ethnicity** 225:20
225:25
**event** 37:21 54:16
**events** 241:20
242:2
**eventually** 202:23
**everybody** 156:25
158:10
**evolved** 174:24
**exact** 14:21 37:25
57:15 68:16 79:6
129:11 135:25
138:3,12 139:3
143:19,21 144:11

174:14,17,17,19
175:2 206:5 224:2
228:11
**exactly** 53:4 96:15
109:20 139:21
174:20 213:15
**examination** 6:3
9:16 135:7 142:18
170:17 241:5
**examined** 9:14
**example** 19:19
110:7 123:14
130:7 146:2
186:21 228:14
234:17
**exclamation** 216:1
216:5
**exclude** 100:13
**excuse** 62:11
164:6
**executive** 197:6
**exhibit** 6:9,9,10,10
6:11,11,12,12,13
6:13,14,14,15,15
6:16,17,17,18,18
6:19,19 23:17,19
23:22,22 27:24
28:6 38:10,13
49:16,17 50:10,13
51:1,2 58:21,23
59:1 63:12,13,16
67:6,9 71:10,11
73:9 75:8,9,11,12
83:22,23 84:1
86:5,7 87:21,22,25
95:11 96:4,19
100:22 103:16
115:6,7,10 135:21
136:7,13,18 137:1
137:6,16 138:14
138:23 139:24

140:11 141:4,16
141:21 194:25
195:1 199:9 205:5
205:7 209:7,9,11
211:18,21 216:21
216:24 221:5
223:3 226:15
229:21,23 238:2
**exhibits**  71:24
114:15 144:4,7,8
144:10
**exist**  175:23
**exists**  145:20
**expectation**  190:3
**experienced**
176:20
**expert**  222:12,23
**expertise**  218:24
**explain**  174:6
181:2
**explaining**  117:1
**expressed**  146:10
146:11
**extent**  38:22 114:6
129:25 211:24
222:3 230:1
**extremely**  27:1
66:15 187:15
**eye**  1:24
**eyes**  31:7
**ezra**  3:23

**f**

**f**  135:1
**facebook**  129:3
**facilitate**  45:6
**facilitated**  61:20
198:12
**fact**  30:9 34:9,21
36:3 37:5 46:3
85:4 147:1 210:25

**fail**  245:18
**fair**  73:13 189:15
192:1 201:2,7
**fairly**  73:21 179:5
**falls**  94:22
**familiar**  117:9
136:1 198:3
212:13 223:14
231:3,18 233:16
233:20
**familiarize**  200:19
**far**  21:9 38:8
69:24 149:16
162:12
**fascinating**  157:19
157:22
**fault**  54:9 57:18
**february**  24:17
178:21 180:9,11
**federal**  106:18,20
**feel**  132:9 206:23
**fell**  151:22
**fellow**  185:1
**fewer**  134:11
**fifth**  124:8
**figure**  66:20
101:14,25 148:6
228:21 239:1
**filed**  8:19 146:15
170:22
**files**  147:18
**financial**  212:15
**financially**  9:6
**find**  30:9 34:9,21
36:3,14 37:5 54:9
103:11 209:14
219:17
**finding**  177:1,11
**fine**  13:8 16:14
39:11 179:10
200:25

**finish**  55:22
123:23 124:2
220:21
**finkelstein**  4:13
**firm**  9:2 11:6,12
13:11 170:19
**first**  9:13 10:9
11:15 14:17 22:25
23:9 24:20,25
25:3,11 28:3
30:23 39:4,21
40:10 42:3,6
50:11 59:2,4 60:9
60:15 74:1 88:22
100:22 103:14
121:16 124:7
143:3,10 153:2
174:8 175:22
178:8 180:2
185:15 186:4,7
187:22 188:25
195:12 199:15
200:20,23 201:1
215:4 222:25
225:8 227:5
229:16
**fisheries**  182:10
**five**  13:15 14:18
48:7 73:12 236:21
242:25
**floor**  2:11
**fly**  206:8
**focus**  34:4 183:6
**focused**  25:21
187:10
**folks**  16:14
**follow**  31:20 54:10
62:19 84:6 124:11
149:25 186:24
215:13 236:24
239:6 241:4

**following**  53:12
86:19
**follows**  9:15 84:5
**foregoing**  247:5
**foreign**  183:14
**forget**  182:19
190:10
**forgive**  189:10
191:21
**forgot**  68:16
**form**  12:7,14
13:22 14:6 22:14
25:15 26:18 30:22
33:4 45:10,15
55:13,18 58:12,16
61:17 64:3,22
66:3,25 69:5 70:7
70:15 71:2 72:10
72:14 74:5,25
75:5 76:11,17
77:6,17 78:18
79:4,14 80:6,19
81:12,24 82:13,20
83:18 84:12,24
85:8,14 86:1,25
87:11,15 89:8,24
90:10,16 91:1,15
91:23 92:1,17
93:21 94:12 97:11
97:22 98:4,15
99:2,6,21 100:2
101:21 102:6
103:2 105:5
108:15 110:18
116:18 117:5,17
118:5 119:21
125:8,14 126:6
127:22 129:20
133:13 144:6
152:18 153:5,14
155:24 160:16

163:4 167:19 171:9,16 186:2,20 190:22 193:15 197:17,23 198:10 202:20 203:5,15 210:14 213:19 214:14,20 218:16 240:3 242:15 247:9

**format** 213:14

**former** 15:17

**forth** 143:23 244:7

**forward** 10:10 57:2,7,13 69:7

**forwarded** 28:20 29:16 30:14 33:14 42:4 43:16 57:19 58:4 69:1 193:18 227:10

**forwarding** 28:25 29:1,22

**forwards** 41:25

**found** 54:6 145:5 176:20

**foundation** 77:17 80:15

**founding** 10:21 12:4,25 13:3,5

**four** 135:6 236:10 236:17

**fourth** 124:8

**frame** 47:22,23 70:14

**framed** 114:7

**framework** 100:20

**frankly** 101:23 154:6

**fraud** 163:13,15 166:1,17 168:17 169:15

**free** 194:15

**frequently** 29:25 33:16 210:16

**friday** 147:13 203:24 221:19,25

**front** 24:1 50:8 58:25 96:4 221:8

**frustrating** 78:6

**frustration** 57:23

**full** 188:3,11 226:19

**function** 51:22

**fund** 11:14,25 174:9,11,12 175:7 175:9,15,18,22,24 175:25 176:2,17

**fundamental** 24:7 100:24 104:3

**funding** 24:9 104:4

**fundraising** 231:14,19

**funds** 171:20 172:6,10,18 173:13,14 174:22 174:23 175:3,4,7 175:12,16,18 176:6 177:9,13,16

**further** 90:7,9 142:1 145:1 146:1 170:9 221:14 242:19 244:10

**g**

**gabrielle** 4:5

**gabrielle.boutin** 4:6

**gain** 189:14 190:2

**gathering** 22:19

**gaynor** 158:12

**general** 4:3,9 47:13 52:15 76:9

76:16 77:2,11 78:25 79:11,25 80:17,23 81:19 82:8,9,15 83:1,16 84:10 85:6 88:25 89:4,15,23 92:10 92:11 93:14,17 94:8,10,10 96:8 106:9 117:6 119:9 119:17 127:14 138:18 139:11 149:9 165:8,16,23 166:9 167:2,25 168:6 171:25 174:21 187:6,7,8 197:1 200:5 201:25 232:11 235:11,15

**generally** 18:13 74:9 100:9,11 126:20 150:23 153:23 161:21 165:17 168:12 169:13 180:22 184:22 185:22 186:8,8 191:24 204:19 206:16,18 218:7 232:24 242:7

**generated** 138:5

**generic** 150:17

**gersch** 2:6 6:4 9:16 23:16 27:23 50:7 72:4 113:17 114:1,20 134:5,17 135:8 141:25

**getting** 27:7 30:19 37:3 57:24 80:2 151:6 220:2

**gil** 125:24 234:18

**gillian** 212:9,14,16 212:18

**give** 16:19 63:9 106:3,7 131:21 133:10 142:11 151:15 204:2

**given** 15:11 41:9 98:12 106:17 202:25 238:11 242:24 244:9 247:7

**gives** 138:8

**go** 8:12 10:8 15:22 19:21 34:14,16 59:3 66:17 86:5,6 89:8 92:18 94:25 96:3,18 99:6 129:20 130:1,6,6,8 130:13 131:6 134:17 138:1 161:10,11,11,14 161:17,24 162:16 162:21 171:1 177:14 199:15 206:10 209:16 223:16 236:9,11 238:2

**goals** 132:25

**goes** 52:17 59:11 65:15 77:12 126:21 162:7

**going** 8:2 14:5 16:2 19:3,18 20:2 26:3,6 34:5 38:20 48:23 52:9 53:16 55:10 59:2 61:8 66:20 69:3 71:8 72:1,13,14 76:10 86:9 88:5 114:17 114:20,25 115:1,5 115:6 116:17

[going - hope]                                                                 Page 15

119:4 122:13
127:12 133:23
134:20 135:15,19
138:22 143:1,4,11
143:15 144:19,23
145:5,11 147:13
147:23 149:10
171:8 180:23
183:5 187:7
194:24 199:11
200:18 205:11
212:20 216:24
223:5,6,7 232:20
233:10 236:12
240:24 242:21
**goldstein** 4:11
**gomez** 3:5 6:4
142:18,20 170:9
**good** 8:1 142:19
190:6 192:15
200:9 239:18
**google** 129:4
**gore** 73:14,21
74:23 76:9,16
77:3,8 86:17,19
87:5,9,13,18,19
88:2,8 89:15,23
90:7,21 92:11
93:17 94:14,15
127:14 138:18
139:11 152:15,21
153:25 154:13,14
154:14
**gore's** 75:23
**gotten** 15:18 179:1
**government** 18:17
31:15,24 88:7,15
102:10 105:13,21
105:23 106:10,11
106:23 107:16,18
108:2 148:20

180:15,16,21
181:2,3 183:10
185:16 188:1
197:4 205:24
**graduated** 10:11
10:19 11:3
**graduation** 11:1
**grant** 2:18
**grappling** 131:8
**great** 106:1 209:19
**greater** 187:4
**grossman** 199:17
199:22,24
**group** 55:21 94:22
130:25 151:22
184:24 218:9
232:11,15
**groups** 193:6
235:22
**guess** 17:6,7 27:16
33:5 34:23 36:12
58:17 71:17 92:20
95:2 131:9 139:8
143:6,6 176:16
200:9 219:10
227:7 228:7 232:9
**guessed** 189:3
**guessing** 48:6 58:5
143:18,19 159:17
160:6
**guy's** 211:16
**guys** 140:18
143:25

## h

**h** 6:7,16
**half** 18:7 26:4 34:5
149:17 158:18
195:7 236:5
239:15
**halfway** 100:21

**hallways** 111:20
111:22
**hand** 81:7 168:4
244:15
**handed** 23:21 67:8
**handful** 169:6
**handle** 25:22
**handwritten**
148:9,9
**happened** 22:20
174:7,20
**happening** 19:15
19:25 133:7
**happy** 53:20
134:20 206:16
220:12,17
**hard** 66:6 179:18
181:4 206:19
239:17
**head** 184:9 230:12
**headed** 29:1 75:13
**heads** 131:5,16,20
133:1
**hear** 23:1,9 94:3
99:13,25 104:25
105:6,9 115:21
116:1 160:3
164:13
**heard** 25:11 40:1
45:19 98:16 99:24
103:4 107:5 116:7
118:21,23 122:2,5
143:14 151:24
152:7 162:18
163:20 198:6
212:16
**hearing** 15:12
39:23 108:18
155:11,16,18
156:10,14,23
157:16,18,21

158:5,6 232:14
**held** 1:17 8:23
10:5
**hello** 112:13
159:22
**help** 18:19,25 19:3
24:19 27:20 30:18
73:7 83:14 132:9
152:10 203:2
242:15
**helped** 128:24
**helping** 19:11
211:3
**herbst** 29:3 209:22
**hereunto** 244:14
**hernandez** 39:3
59:6 127:24
128:20 129:13,17
**hi** 88:9,21 90:2
111:4,6,19 113:3
159:23 168:1
**higher** 77:9
**highly** 61:8 238:11
**hire** 128:20 152:3
152:6
**hiring** 128:21
149:17 150:2
226:10,13
**historically**
181:23
**ho** 2:13
**hold** 13:19,20
17:15
**holding** 12:15,25
196:13
**holds** 74:9
**holmes** 200:5
**honest** 132:2
**honors** 10:19
**hope** 124:19

**hour** 236:5
**hours** 239:5
**house** 46:12 68:17
  68:18,19 109:25
  110:3,4,5 111:23
  112:3 154:18
  159:22 161:5,10
  161:20,24 162:8
  163:21,24 181:17
  188:5 204:2 205:1
  205:1,4 228:1
  233:2 237:3,6,16
**huge** 11:11 182:7
  182:12,15,17
  185:24 191:9
**huh** 28:23 164:10
**hulett** 3:4
**husband** 147:8,10
**hypothetical**
  198:16

**i**

**iancu** 125:23
  234:18
**idea** 18:17 25:11
  30:25 32:12 33:12
  39:16 42:21,25
  46:23 69:6 79:19
  101:7 103:3
  117:18 118:10
  142:12 164:19
  166:14,16,18,20
  166:22,24 167:4
  167:11,14 168:13
  168:16,18,20,22
  168:24 169:8
  197:13 198:11
  199:25 200:6,12
  203:17 208:9,14
  208:21 209:3
  210:4 218:17
  225:17 231:2

233:15
**identical** 139:21
**identification**
  23:20 28:7 38:14
  49:18 58:24 63:14
  67:7 71:12 75:10
  83:24 87:23 115:8
  195:2 199:10
  205:6 211:19
  216:22 221:6
  223:4 226:16
  229:22
**identified** 177:18
  178:5 230:1
**identify** 199:17
  223:7 229:25
  230:25
**identifying** 177:20
**identity** 101:17
  102:21
**idle** 112:17
**ii** 174:12
**imagine** 201:25
  225:15
**immediate** 125:21
  132:25 191:7
**immediately** 51:9
  155:15 156:9
**immigration** 1:4
  2:3,12 3:16,23
  8:17 159:4 163:2
  165:23 166:15
  168:15 169:13
  170:22 245:1
  246:1 247:1
**imperative** 245:14
**impetus** 116:15
**imply** 31:3
**importance** 66:10
  66:12 92:7 106:5
  125:6,12

**important** 66:13
  66:15,23 67:2
  90:24 91:3,9
  92:25 93:3 97:8
  97:12 99:7 126:4
  127:17 130:14
  216:8 218:12
  238:23
**impression** 240:10
**inauguration**
  178:19 179:7
**include** 29:13
  30:17 33:9 60:25
  218:18 231:15
**included** 24:10
  32:11 60:11,16
  101:1 104:7 188:6
**includes** 88:1
**including** 24:9
  104:4 113:13
  119:6
**incoming** 157:3
**incorrect** 154:24
**increase** 146:7
  188:9
**indicates** 50:13
  51:2
**individual** 132:6
**individually** 237:8
**infer** 215:11
**information** 31:16
  31:25 61:13,23
  62:4 63:2,9
  102:12 179:2
  184:17 193:11
  203:11 210:9
  211:2 216:11
  217:15,21 218:4
  218:21 219:1
**informing** 186:9

**inherited** 151:8
**initial** 159:10
**inner** 150:19
**input** 48:18
**insert** 130:23
**inside** 151:4
**insofar** 129:16
**install** 131:19
**institute** 2:5
**instruction** 47:7
  72:24 81:16
**instructions** 73:4
  245:3
**instructs** 62:18
**integrity** 39:14,20
**intention** 46:5
**interacting** 181:17
  205:3
**interactions** 61:10
**interacts** 181:12
**interest** 24:20
  174:21
**interested** 9:7
  53:18 65:25 66:7
  79:25 179:20
  244:13
**interesting** 157:24
**interfere** 8:9
**interference** 8:7
**intergovernmental**
  224:8
**international** 64:9
**internet** 205:13
**interpretation**
  13:7
**interrogatory**
  102:13
**interrupted**
  220:24
**interruption**
  121:11,13

**introduce**  76:2
**introduces**  86:18
**introducing**  73:15
  73:22 75:23
**introduction**
  73:14
**invesco**  21:11 22:2
  22:3 174:25
  188:22,25 189:5
  193:1,4
**invest**  176:6
**invested**  14:3
**investment**  11:12
  172:17,19,22,23
  172:24 173:5,11
  173:15 176:14,22
  177:2,10,20 178:3
  235:16
**investments**  172:9
  172:12,12,13,15
  172:25 175:22
  176:21 177:1,11
  177:18,22
**invited**  157:5,8
**involved**  18:14
  19:21 25:18 26:23
  27:4 45:25 61:10
  69:22 70:11 71:7
  92:9,13 93:5,7,10
  93:11 94:1,5,7
  96:13,17 116:11
  117:19 122:9,10
  149:13 151:12,13
  151:17,23 152:25
  156:25 187:17
  191:24 232:15
  237:19
**involvement**  14:2
  30:19 55:2 56:17
  69:24 70:1,2

**irrelevant**  190:8
**israel**  39:2 59:6
**issue**  64:14,19
  76:5,22 77:1,4
  84:7 103:5,6
  115:3 127:17
  149:9 150:18,18
  150:23 165:15
  186:17 189:25
  197:11,12 213:24
  218:12 228:15,18
**issued**  97:16
  115:22 116:2,25
  148:20 224:24
**issues**  19:24 24:8
  52:8 92:22 94:1
  94:23 100:24
  104:3 109:3 124:6
  125:6 126:4,14
  129:18 130:1,9,14
  131:7 133:2 149:8
  150:15,24 183:17
  183:20,24 187:11
  192:9,16,24
  197:20 198:1
  227:4 228:5,23
  229:3
**ita**  64:4,4,6,8
  65:19 182:23,25
  234:19 235:21
**iteration**  221:3
**ivanka's**  161:15
**izzy**  127:24 128:23

**j**

**j**  5:4
**james**  52:14 59:7
  211:22 212:4,5,23
  213:4,9 214:17
  215:2,12 216:14
  217:3,4,6,8 221:20
  222:20 240:5,14

240:17
**january**  178:20
**jeff**  119:9,17
  167:25 168:6
**jgomez**  3:5
**jim**  200:7
**jmf**  1:3 8:22
**job**  19:8,10 47:5
**john**  6:16 73:14,21
  77:8 86:13,16,17
  87:1,17,19 89:15
  90:21 94:14,15
  111:14 152:15,21
  153:25 154:13,13
  154:14 165:3
  194:16,20 201:3,8
  203:25 208:6,11
  208:18,25
**join**  55:20
**joined**  180:1,6
**joining**  178:9,23
  179:12
**jones**  224:1,1,3,12
**jose**  3:16,22
  170:21
**jr**  5:4
**julia**  3:5 142:20
**july**  38:2 39:3
  40:10,21 45:18
  47:23 49:6,7
**june**  97:17 98:9
**justice**  3:8 4:2,16
  74:3,12,16 86:24
  92:12 101:13,25
  116:16 117:4,12
  117:15,19 118:1,4
  118:9,11,16,20,25
  119:1,5 120:7,17
  120:20 121:24,25
  122:14 146:24
  153:22 155:21

156:1 241:10

**k**

**kansas**  39:14 40:1
**kaplan**  125:24
  234:19
**karen**  21:7 54:18
  56:13 65:12 94:21
  94:25 95:3,13
  96:2 115:12
  125:17 131:25
  151:20 191:5
  192:22 197:25
  215:4,5,10,12
  216:1,16 217:6
  222:25 223:1,2
  227:11 228:11
  229:14,19
**kate**  4:19
**kate.bailey**  4:19
**kaye**  1:18 2:2
**keep**  47:16 48:9,12
  48:20 80:8 105:23
  132:19,20 134:20
  221:8
**keeps**  47:18,19
**keith**  2:24
**kelley**  2:21 21:8
  21:15,15,24 22:5,9
  54:19 56:13 94:21
  95:1,13 115:12
  125:17 131:25
  151:21 191:5
  192:22 215:5
  217:6 223:1,2
  224:12
**kelly**  165:3,6,8,17
  165:23 166:9
  167:2
**kevin**  223:20,20
  223:21

**kids** 179:16,23
**kind** 11:24 23:7
  101:18 102:4,7
  103:22 130:12
  185:7
**king** 5:10 9:1
**knew** 43:2 78:15
  81:20 82:9 95:16
  97:20 116:6
  150:17,19 215:12
**know** 13:7,9 15:25
  16:9,10,13 18:6,6
  18:18 19:12,22,24
  20:8,21 21:10
  22:21 25:7,24
  26:7,22,24 27:3
  28:15 30:4 31:3
  31:18,20 38:8
  43:10 44:1 49:8
  54:8,12 57:17,18
  57:20 58:4 59:12
  59:21 61:18 62:22
  64:19 65:17 66:11
  68:17 70:10 71:13
  71:19 73:18 74:6
  80:12,23 82:3,25
  87:3 88:9 89:1,3
  89:13,25 90:3,12
  90:12 92:20 93:2
  95:2,8,15 96:1,14
  96:15 97:15,25
  98:2 100:10,13,17
  101:5,8 102:25
  106:9 107:4,6,17
  107:21 108:10,19
  108:20 109:10
  110:5 111:3,17,20
  111:21 112:5
  116:5 117:8
  118:18 119:11,24
  120:6,16 121:9,22

122:4 123:18
126:22,22,24
127:2 128:4,7,17
129:21 130:11,11
132:24 133:3,5,6
134:14 135:24
137:22 138:2,4,12
139:20 140:18
143:22 144:11
145:10 146:6,14
147:3 148:19,22
150:21 151:4,7,12
151:14,17,20,22
153:8,17 154:6,15
155:7,17 156:24
156:24 157:7
158:15,16 159:10
159:20,22,23
160:17,22 162:14
162:23,25 165:5
166:12,25 167:9
168:11,14 171:22
172:3 173:14
174:18 175:20
176:24,25 177:2,8
178:11,14 179:3
179:14,15,16,18
179:19,23 180:10
180:14,17 181:10
181:20 182:23,25
183:1,3,7,10
184:10 185:11,20
187:10 188:1,3,5
188:15,15 190:5,6
190:14 191:8,14
191:15 192:11,19
193:6 194:13,18
194:19 196:6,20
197:5,7 198:2
199:6,25 200:10
201:5,6 203:22

204:18,19 205:25
206:15,25 208:15
208:22 209:4
210:2,5,20 211:16
212:11,24 214:5,6
215:10 216:1,16
217:4 222:22
223:2 224:2,4,10
226:21 229:18
230:5,17 232:20
233:6 234:10,11
234:20,21,24
237:7 239:13
**knowing** 161:3
**knowledge** 18:16
  18:21 20:22 22:15
  107:7,14 108:6
  117:6 124:14
  162:5 185:23
  208:6,11 235:25
**knowledgeable**
  229:12
**known** 22:6,18
  40:5 80:9 89:10
  108:3
**knows** 22:17 111:9
  160:10 164:15
**kobach** 39:1,5
  40:8,21,25 41:24
  42:8,14,20 43:2
  46:8,22 167:6
**kravitz** 2:18
**kris** 39:1,5 40:8,21
  40:25 41:24 42:7
  42:14,19 43:2
  46:7,22 167:5
**kyeomans** 2:25

**l**

**l** 3:9 67:21
**la** 142:23

**lack** 77:17
**ladder** 172:7
**laid** 57:17
**landing** 108:20
  183:12
**langdon** 200:3
**language** 36:8
  181:5 183:8,11
**large** 19:10,13,20
**late** 168:3
**latest** 70:24
**launches** 182:11
**law** 3:20 170:19
**lawsuit** 148:14
**lawsuits** 91:12,17
  146:9,15 147:16
**lawyer** 100:15
  193:18 194:7,14
**lawyers** 3:20
  31:15,17,25 71:16
  101:13 152:13
  155:7 202:1
**lawyerscommitt...**
  3:24
**learn** 32:24 33:10
  65:21 66:4,9
  78:23,24 79:10,24
  83:7 120:2,12
  121:2,3,17 143:3,8
  143:10
**learned** 24:20
**learning** 181:18
**leave** 30:1 210:18
**leg** 202:2 230:13
  232:11 235:17
**legal** 1:23 59:9
  117:7 194:14
  203:15
**legislative** 237:11
  237:12,14

**length** 238:11
**lenihan** 200:11
**les** 30:2 210:18
  211:8,10
**letter** 97:18 99:4
  99:14,17 100:7
**letters** 99:8
**liaison** 68:18
  205:1
**liberties** 2:10
**liberty** 4:9
**life** 106:16 175:13
  175:16
**likes** 126:3 204:19
**lilly** 158:11
**limited** 70:1
**line** 7:2,7 50:12
  63:23 84:4 195:12
  195:13,20 199:19
  215:5 221:14
  246:5
**lines** 63:21 73:12
**link** 231:12
**linked** 231:23
**lion's** 182:9
**lisa** 230:17,18
**listed** 213:22
**literally** 36:16
  191:13
**litigation** 23:25
  92:3,4 148:17
**little** 10:8 27:17
  50:21 58:6 61:25
  121:13 123:10
  171:2 182:3
  220:20
**live** 179:17
**lived** 15:20
**llp** 1:18 2:2,16
  3:14

**local** 207:5,12
**located** 8:24
**log** 47:9
**logged** 47:11
**logging** 196:14
**logs** 47:12
**long** 2:23 10:5
  48:4 95:15 108:3
  132:15,25 220:8
  233:12 236:3
**longer** 13:20,24
  124:15 175:23
  194:19 196:3
**look** 24:4 26:24
  36:23 40:9 46:4
  71:14 76:6 91:5
  95:9 148:2 175:11
  180:10 182:4
  201:11 206:9
  209:6,12 214:5
  216:25 221:3,10
  223:10 224:13
  231:22
**looked** 133:20
  144:16 214:9
**looking** 100:5
  173:2 209:20
  210:12 214:9,15
  214:19 231:12
**looks** 25:6 43:15
  43:25 50:19 51:14
  55:5 58:3 95:9
  135:25 140:8
  154:15 217:1,3
**loose** 179:19
**loosely** 179:15
  232:21
**los** 2:23
**lot** 20:8 22:17 26:2
  34:3 66:12 71:4
  92:4,24 120:24

126:11 132:11
  139:21 177:9
  179:22 182:23
  183:1 189:13
  192:16
**lots** 97:12 123:15
**love** 30:2 210:18
**lunch** 134:20
  161:18
**luncheon** 134:25
**lupe** 3:3,10 142:20
  142:22

**m**

**m** 9:12 135:3
**m&a** 11:13 171:19
  171:21 176:14
**m.s.** 5:5
**ma'am** 14:23
**magnitude** 181:22
**mail** 28:9 29:6
  30:25 32:14 34:23
  35:14 38:15,25
  40:9,12,15,21 41:9
  41:15,17,18,22,24
  42:5,10 43:23
  46:7 50:13,18,19
  50:25 51:2,9,16
  52:10,11,23 53:5,7
  53:11 54:5,10,11
  57:3,11,14,25 58:9
  58:18 59:4,14
  60:8 63:17,22
  64:10 65:1 67:10
  67:24 68:4 69:1
  69:12 70:5,11,18
  70:19,21 71:5
  73:11,21 75:13,22
  75:23,25 76:2,6,20
  77:19,22 78:1,3,22
  79:6,6,9,16,22
  80:11,13 83:12,20

84:2 86:9,12 88:2
  88:6,12 89:9,20,22
  90:1 95:10,13
  104:16 105:13,16
  107:15 137:23
  138:6,16,17 139:9
  140:8,14,15,16
  147:22 148:16
  152:23 154:6
  167:8,21,22 186:2
  190:16 193:18,21
  195:4,17,18,25
  196:9,12,16,19,22
  197:9 198:8
  199:16 200:16,17
  200:19 201:11
  203:21 209:9,20
  209:23 210:7,8
  211:22 212:21,22
  213:3,4,8,9 214:16
  215:9,11,22 216:5
  216:10,14 217:1,7
  220:8 221:4,11,13
  222:2,9,21,25
  223:11 226:18,25
  227:11 228:11,14
  228:24 230:3,20
  231:24 232:1,5
**mailed** 54:14
**mailing** 154:3
  189:21
**mails** 65:3,6 77:11
  77:24 88:8 103:22
  105:24 106:15,22
  119:22 127:13,14
  137:21 147:18
  150:25 189:13
  190:7 195:25
  196:8,18 213:2
  214:11 222:14
  224:15

**main** 95:25 151:18
  176:5 178:2 191:6
**major** 131:7
**majority** 20:13
  126:12
**maker** 193:25
  194:3
**making** 172:20
**maldef** 3:2
**maldef.org** 3:4,5,6
**managed** 193:6
**management**
  237:16
**manatt** 3:14
  170:19
**manatt.com** 3:17
**manning** 223:20
  223:20,21
**marc** 29:25 33:16
  33:18,19,23 35:23
  36:5,16 37:1 38:3
  126:23 127:3,6
  158:11 210:16
  211:12
**march** 17:11 20:8
  115:10 146:16
  153:8,17,20 154:1
  154:17 207:21
  208:1,19 221:19
  222:1 230:5,21
  233:13
**mark** 23:16 27:23
  28:3 38:9 58:20
  83:21 115:6
  216:23
**marked** 23:19,22
  28:6 38:10,13
  49:16,17 50:9
  58:23 59:1 63:11
  63:13 67:6,9 71:9
  71:11,24 75:7,9

83:23 87:20,22
  114:14 115:7
  136:13,17,25
  137:5,16 194:25
  195:1 199:9,12
  205:5 209:7
  211:18,21 216:21
  221:5 223:3
  226:15 229:21
**market** 177:19
**marketing** 177:13
  177:14
**marks** 50:1 113:20
  134:23 136:4
  137:13 236:16
**marriage** 244:12
**maryland** 2:4
  142:21
**massachusetts** 2:2
  4:16
**match** 221:21
**matches** 221:22,24
  222:3
**materials** 106:6
  242:14
**matt** 125:25
**matter** 8:17 66:10
  66:12 90:24 91:9
  91:20 92:7 218:11
  244:13
**matters** 11:21,24
  126:9
**matthew** 4:6,12
**matthew.colang...**
  4:12
**matthew.wise** 4:7
**mcclelland** 200:4
**mean** 13:4 17:6
  18:5,14 20:7 21:4
  22:15,17 25:16
  26:10,24 27:9

31:2,18 32:12
  34:22 36:23 37:6
  53:3 55:20 56:6
  57:21 64:25 69:16
  71:6 77:18 81:12
  88:13 91:5 95:25
  97:23 100:10
  106:8,14 110:3
  111:3,23,24
  112:17 122:8
  124:23 125:20,22
  126:11 127:23
  128:7 132:5,22
  141:13 145:9,25
  146:5 148:15,15
  150:10,16,17
  153:15 157:13
  159:20,20 160:6
  161:7 162:9
  164:24 167:20
  173:7,12 175:12
  177:6 178:2
  179:14 182:12
  184:14 187:23
  189:3,7,18,23
  190:5 192:2,3,4,20
  196:15,20 197:2
  198:15,20 202:7
  203:17 204:8
  220:6 222:5,12,19
  228:7 233:22
  234:13 235:10
  237:16 238:16
**meaning** 64:1
  100:13 109:18
**means** 36:21 65:18
  88:22 154:18
  210:3
**meant** 36:13,16
  85:18 112:2
  128:10

**media** 8:14 50:1,5
  113:20,24 134:23
  135:5 215:15
  236:16,20 242:25
**meet** 11:15 33:17
  36:15 113:3
  170:25 171:1
  194:20 198:7
  228:5
**meeting** 26:20
  30:4 31:4 40:11
  40:22 55:4,5,6,10
  55:16 56:1,2,5,10
  56:12,20 57:5,10
  60:22,24 61:1,6,20
  65:12,15 74:9,12
  74:18 80:21,25
  109:4 130:13,20
  131:1,11,20
  154:23 155:1,2,4
  155:10,12,15,21
  156:5,6,8,18 157:1
  157:6 158:1,6,9,20
  159:1,9 161:19
  162:19 163:8,20
  168:2 198:13,18
  199:4 210:20
  236:13 241:13,25
  242:6,8
**meetings** 19:22
  26:23 42:23 55:20
  56:7 122:10 131:5
  132:4 151:5
  161:14,15,16
  162:2,10,12,17,22
  162:23 163:1
  173:4,4,5 188:5
  191:11
**member** 231:3
**members** 84:19
  97:17 98:8,21,22

99:13 173:20
**memo**   25:1 50:12
   51:6,12 52:13
   54:4,23 56:14
   57:12 58:14 67:10
   67:16,17,23 69:7
   69:20 115:11
   116:7
**memoranda**
   103:23 104:16
**memorandum**
   23:23 97:16 98:10
   115:23 116:3,14
   117:1,2 120:5,15
**memory**   123:11
   173:18
**memos**   153:18
**mention**   155:9
   183:20
**mentioned**   147:4,8
   148:23 149:2
   154:20 156:17
   161:4 162:18
   168:25 183:17
   187:3 230:23
   235:24
**message**   28:20,25
   28:25 29:2,23
   30:13 31:12 108:4
**messaging**   105:19
   105:20 107:1,25
   108:7
**messed**   209:10
**met**   22:18 33:20
   71:16 74:11,15
   80:20 108:18,21
   128:22,22 154:13
   154:22,25 155:2
   191:16,18 241:7
**michael**   5:4 230:5

**michelle**   200:4
**microphones**   8:5,9
**mid**   1:23
**midday**   203:24
**middle**   28:19
   223:11
**mike**   217:6 230:11
   230:12,15 232:12
**miller**   110:10,13
   110:19 169:1,10
   169:25 170:4
**million**   26:5 34:5
   149:17
**millionth**   182:16
**mind**   44:24 97:7
   184:11 218:1
   219:12,17 228:8
**mine**   200:9 209:10
   213:6
**minute**   30:23
   62:12 68:11 88:10
   89:2,13 90:4,13
   221:9 238:3
**minutes**   14:18
   54:20 55:11
**mischaracterizes**
   78:19 100:2
**misleading**   98:12
**misled**   97:19
**moment**   28:13
   67:15 170:6
   205:21
**monday**   54:19
**money**   177:15
**month**   132:18
   143:7,10,12,20
   184:20
**months**   29:12
   30:16 32:7,9 33:8
   48:7 187:22 189:1

**morgan**   48:1 49:5
**morning**   8:1 67:17
   96:24 180:1 185:1
   186:3 189:12
   191:23 193:8,10
   221:20 241:1
**motions**   240:23
**move**   10:10 20:4,7
   114:25 130:18
**moved**   172:7
   173:25
**moving**   142:3
**multiple**   98:22
**mwalsh**   5:4
**mystified**   29:11
   32:6

## n

**n**   2:1 3:1 4:1 5:1
   6:1 9:12 111:16
   135:1,1,1,3
**name**   9:1,17,19
   48:1,2 60:15
   74:19 142:19
   160:11 170:18
   200:8 211:17
   221:18 223:13
   224:17 230:16
   231:4
**named**   212:14
   233:17
**names**   176:21
   199:18 221:21
**national**   91:20
   198:4
**native**   213:14
**nature**   93:6
   191:25
**navigate**   148:6
**necessary**   245:5
**need**   16:8,12 18:20
   25:7 38:22 39:10

53:19 56:23 62:19
   75:19 86:15,23,23
   127:16 128:18
   132:17 134:19
   149:21 170:6
   207:6 236:13
**needed**   87:10
   109:12
**neglected**   133:19
**negotiating**   177:2
   177:4
**neighbor**   15:17,18
**neither**   18:15
**neuhaus**   60:7
**neumann**   29:25
   33:16,18,19,23
   34:17 35:23 36:6
   36:17,22 37:1
   38:4 126:23 127:3
   127:6 158:11
   210:16 211:12
**never**   18:16,19,22
   32:18,20 36:25
   46:16 48:14,14,17
   80:16 96:24 108:4
   110:22 111:2,11
   111:18,25 112:15
   122:11,16 152:7
   154:13,25 155:25
   162:18 163:16
   165:18,21 180:14
   180:20 181:1,3
   185:19 187:25
   193:16,19 198:6
   211:5
**new**   1:2,4,19,19,22
   2:3,5,12,12,12
   3:15,15,21 4:8,10
   4:10,10 8:17,21,24
   8:25 11:5 20:1,9
   114:22 119:13

177:15,15 179:17
179:24 183:10
244:4 245:1 246:1
247:1
**news** 182:21
184:16,17 186:11
212:18
**newsday** 223:12
**nice** 40:11 113:3
170:25 171:1
**nine** 206:10
**niyati** 3:11
**noaa** 27:2 131:16
182:8,10,13
187:14 235:20
**nominated** 178:16
178:19 179:4
**non** 159:7
**nonresponse**
149:25
**nonstop** 30:3
210:19
**normally** 201:24
232:10 240:8
**northern** 170:23
**notary** 1:21 244:3
**note** 8:4 132:7
**noted** 9:8 243:3
245:12 247:10
**notes** 46:21 47:2,4
47:7 132:3,6
148:9
**notice** 1:17
**notify** 164:25
**notion** 23:1,10
**nots** 120:24
**nshah** 3:11
**number** 8:14,21
13:16 50:2,6
95:12 113:21,25
134:24 135:5

140:12,13 195:3
205:8 209:8 235:5
236:17,20 242:25
**numbered** 206:10
**numbers** 25:25
65:14,15 134:1
151:7
**nw** 1:24 2:2,17 3:9
3:21 5:2

**o**

**o** 9:12,12 111:16
135:1,1,1,3,3
**oath** 9:5
**object** 12:6,13
13:21 14:5 22:13
25:14 26:18 28:4
33:4 45:9,14
55:17 58:11 61:16
64:2,22 66:3,24
69:5 70:6 71:2
72:1,9,13,14 74:4
74:24 75:5 76:10
77:5,16 78:18
79:3,14 80:5,19
81:11,12,24 82:13
82:19 83:18 84:12
84:24 85:8,13
86:25 87:11,14
89:7 90:10,16,25
91:15,23,25 92:17
93:21 94:12 97:10
97:22 98:3,14
99:1,5,20 100:1
101:20 102:5
103:2 105:4
108:14 110:17
114:16 116:17
117:5,17 118:5
119:20 125:7,13
126:5 127:21
129:19 133:13,23

144:5 152:17
153:5,14 155:23
160:15 163:3
167:18 171:8,15
186:19 190:22
193:15 197:17,23
198:10 202:19
203:4,14 210:13
213:18 214:13
218:15 240:2
**objection** 28:5
30:22 55:13 58:16
70:15 76:17 85:25
89:24 112:9 114:6
114:9 225:6
**objections** 62:16
72:21
**obviously** 19:20
153:16 177:21
182:18 194:13
203:20 205:17
**occasion** 43:14
112:8 211:1
217:18
**occurred** 155:12
155:22 156:5,9
**offer** 152:22
**offhand** 171:20
**office** 4:3,9 52:14
132:23 148:12
151:20 182:15
200:5 202:3
217:16,21 218:4
218:22 219:1
230:8 237:16
239:11
**officer** 235:17
**offices** 1:17 8:23
**official** 205:23
**officially** 180:17
188:7

**officials** 24:12
101:3,6,18 102:1
102:22 103:7
104:9 131:10,13
**oh** 37:23 107:11
143:18 145:11
220:23 228:9
230:10
**okay** 14:25 18:23
19:4 20:14 24:25
28:17 34:12 38:18
38:24 39:21 40:19
41:20 43:6,17
50:23 53:1,22,25
59:19 60:5 61:3
62:2 63:7 68:8
73:10 76:13 85:21
86:8 88:17,17
100:17 102:19
112:2 115:4 116:8
116:23 117:24
119:13 120:11
121:3,7,15 132:14
138:10 142:25
143:18 145:14
163:25 170:25
176:11 179:3
183:25 194:11
195:6,15,23
199:21 200:14,21
200:23 201:7,15
206:12 207:2,13
207:15 209:18
212:3 214:18
217:2 219:21
223:8,9 226:23
227:7 229:13,20
235:3 236:25
242:18
**old** 29:12 30:16
32:7 33:8

older  176:19
omb  237:5
once  15:15 52:16
  80:20 109:12
  162:18
ones  107:6,10,11
  125:21 141:11
  144:11 184:8,10
  235:23
opposed  110:6,7
order  189:14
ordinarily  196:1
ordinary  116:9
org  235:10
organization
  132:13 142:24
organizations
  132:11
organized  184:21
original  13:10,12
  29:2,6 50:17,18
  51:16 57:3 209:23
  245:15
originally  35:25
  178:6
ought  186:18
outcome  9:7
  244:13
outlines  71:17
outside  104:21
  126:1,2,17,21
  151:5
oversees  182:6
overview  25:19
owners  12:18,19

**p**

p  2:1,1 3:1,1 4:1,1
  5:1,1
p.m.  64:12 134:23
  134:25 135:2,5
  142:14,17 170:13

170:16 236:16,20
  242:22 243:3
p.o.  4:4
packet  184:16
page  6:3,8 7:2,7
  27:25 28:1,3
  38:11 40:10 52:10
  58:10,21 59:3
  60:9 75:12 77:9
  84:2 86:10 87:25
  115:15,16 140:12
  140:13 199:16
  223:10,19 246:5
pager  140:10
pages  207:18
  223:17 247:6
paper  103:22
  104:17
paragraph  42:4,7
  100:22 185:15
  186:5,7 206:14,20
  206:24 207:5,8,9
  207:10
paragraphs
  207:17
paraphrase  14:21
paraphrasing
  179:20 189:10
  191:22
park  233:17
part  24:9 29:23
  31:18 44:10 46:24
  50:25,25 51:1
  82:14 84:13,15,18
  95:15 100:25
  103:13 104:7
  108:22 121:16,20
  127:1,6 134:6
  140:23 141:1
  150:4 162:17,22
  162:24 163:9

172:19 205:10
  222:14,16 234:24
  235:6,8 237:6
participate  55:10
  55:16 56:7,10
  108:11 131:2
participated  60:18
  60:22 109:1 155:4
  155:10,14 156:18
  156:20
participating
  55:25 56:4 113:10
  155:8
particular  37:20
  128:6 186:16
  189:24 190:15
  239:21
particularly
  132:13 216:8
  219:2
parties  8:12
  244:11
partner  10:21
  12:5,11,12,25 13:3
  13:5 174:21
partners  13:10,13
party  9:6
passed  237:20
patent  131:17
  182:15,16 187:14
  187:15 234:17
patents  125:23
  182:14
pending  130:14
people  16:17
  20:14 22:17 26:5
  42:24,24 47:2,7
  56:18,21 60:15
  65:23 95:16,25
  96:16 103:1 105:2
  108:22 110:4

125:16,21 126:1
  126:17,25 131:1
  132:5 145:22,23
  146:2 147:4
  148:11 149:18,22
  150:7,25 151:16
  151:19 152:6
  158:15 164:24
  173:10 176:16
  181:21,21 189:24
  190:7,14 191:6,13
  191:15,17 192:3
  192:12 196:18
  199:18 206:6
  214:12 217:4
  220:3 223:7,18
  228:18,22 229:25
  230:23
percent  212:12
  215:18,19
perfect  235:12
performs  224:5
period  35:4 36:25
  45:18 78:10 94:19
  104:12 175:8,9,21
  176:8
person  61:22 74:7
  76:4,21 93:7,10
  94:1,5,18 95:20
  96:12,15 103:14
  124:6,7,9 133:15
  176:25 186:18
  196:10,11 198:17
  211:8,10 224:9
  228:25 231:13
  234:11 237:20
personal  49:14
  105:12,16,18,19
  106:14 107:15,20
  107:22,25 108:1,1
  225:12

**personally** 27:14
130:15 193:11
237:8
**personnel** 110:4
**perusing** 24:24
28:16 40:18 52:25
59:18 68:9,12
73:17 76:12
195:22 200:22
201:14 207:3,14
212:2 224:16
226:22
**peter** 54:18 56:12
59:5 84:3 96:6,8
**phase** 108:13
109:7
**phelps** 3:14
170:20 230:5
**phillips** 3:14
170:20
**phone** 2:8,24 3:6
3:11 4:6 40:11,23
89:18 93:12
105:23 106:11
148:20 185:20
196:12,13,16
**phones** 8:8 185:17
**physically** 99:10
**pick** 8:5
**pine** 2:22
**place** 8:8,11 20:10
**plaintiffs** 1:5,16
2:18 3:3,10 8:16
142:21 145:16
241:17,25
**plane** 112:18
160:1 164:11
**planes** 160:3
**planning** 218:5
**platt** 230:11,12,15
232:12

**play** 128:21
224:22 225:3
231:8
**played** 225:1
**pleasantries**
160:21
**please** 8:4,7 9:10
9:17 14:9 16:4
24:22 33:6 40:15
43:6 52:24 59:15
59:19 82:5,6,23
84:6 88:9 89:1,12
90:3 93:22 102:17
119:1,14 206:14
226:25 245:4,9
**plenty** 97:5
**plethora** 16:16
**plus** 183:7
**point** 16:15 38:21
43:19 94:18,23
95:6,6,14,20,20
96:11 100:18
115:21 159:21
176:25 196:25
199:7 220:5
**pointed** 32:13
**pointing** 139:5
**points** 204:5 216:1
216:5 232:23
239:22 240:1
**policy** 51:19 52:7
203:3 233:24
235:17
**pops** 219:9 220:10
**populations** 198:5
**porter** 1:18 2:2
8:24
**portion** 19:10
174:24
**position** 10:2,6
13:20 16:23 17:16

18:4 22:11 51:24
109:17 127:25
188:3,11 197:1
228:4
**positions** 224:4
**possible** 134:13
240:23
**posted** 205:22
**potential** 197:15
225:20,24
**pr** 187:6
**practice** 171:19
185:4 201:16
**predecessor**
109:16
**prefer** 134:16
206:18
**preparation** 81:10
133:21 135:17,23
136:9,15,20 137:3
137:8,18 139:1,17
140:1,24 141:5
232:18,24 236:3
**prepare** 71:14
143:2 232:7 236:4
**prepared** 6:16
52:15 80:1 114:10
232:10 233:8,13
**preparing** 231:9
**prepping** 152:10
152:11
**present** 5:9 113:12
207:20,25 232:17
236:6
**presented** 81:5
102:12
**president** 112:25
113:5,13 154:22
155:1,2
**president's** 110:6

**presidential** 39:13
39:19
**press** 183:18,19,21
183:22,24 184:3
184:13,24 224:23
239:11
**pressed** 120:19
**presumably** 87:6
**pretty** 180:11
224:21
**previous** 144:16
**previously** 24:13
101:4 104:10
**price** 11:4,5
**priebus** 164:7,17
164:23
**primarily** 172:8
172:11
**prior** 20:23,24
21:8,16,24 22:11
22:16 129:2,5
146:9,16 151:8
153:18
**priorities** 132:14
132:15,17,21
**prison** 16:11
**private** 8:6 106:25
108:7 181:7 197:2
**privilege** 72:15
81:13 114:19,23
135:14
**probably** 56:21
59:23 81:7 95:17
111:14 134:10
165:11 184:20
**process** 31:19
128:25 172:20
217:25 237:19
238:22
**produced** 38:16
41:22 213:2,14

214:7
**product** 72:6,16
　114:19 135:13
**production** 138:3
　138:6
**professional** 1:20
**progressed** 177:9
**projects** 176:13
**pronounce** 111:15
　200:8
**pronunciation**
　164:6
**proper** 198:17
**properly** 34:5
**propose** 28:2
　176:22
**proposed** 144:1
　203:25
**propounded** 247:8
**provide** 61:12,22
　62:4 63:1 115:1
　193:11 211:1
　232:23
**provided** 104:21
　134:9 203:24
**providing** 193:22
　203:10 210:9
　216:11
**public** 1:21 120:6
　120:16 121:9,22
　122:4 184:23
　202:14,17,24
　205:13,15 212:6
　217:15,20 218:3
　218:21 219:1
　223:22 224:23
　225:4,13 226:4,6,9
　226:13 235:18
　239:11 244:3
**pueblo** 142:23

**pull** 154:10 185:11
　185:18 235:10
**pulled** 205:18
**purchase** 177:3
**purchased** 22:3
　175:1
**purpose** 44:4
　72:12 87:12 202:5
**purposes** 147:5
**pursuant** 1:16
**push** 231:14
**put** 27:13,21 48:14
　48:22 56:3 96:21
　127:19,23 136:6
　141:23 181:25
　185:4 186:1
　187:24 228:22
**putting** 116:12

## q

**quantify** 134:14
　188:16
**quarter** 239:15
**question** 12:9 14:8
　14:10,16,20,24
　15:1 17:21 19:2
　21:19,22 23:1,10
　24:11,21 25:9,12
　26:11,16,17 27:7
　27:13,18,20 29:14
　29:15 30:17,20
　31:8,23 32:11,21
　33:3,6,10,23 36:5
　38:4,20,23 39:4,8
　39:9,11 41:6 42:2
　42:11,15 43:5,8,22
　44:2,5,11,15,25
　45:21 50:11,21,24
　51:7,12 52:13
　53:6,20,24 54:5,24
　55:2 56:17 57:12
　58:6,15 59:2,20

61:5,15,25 62:6,9
　62:20,25 63:4,10
　64:15,20,21 65:25
　66:1,22 68:22
　69:4,11 70:3,13,25
　71:1 72:2 73:19
　75:4,18 76:7,14,15
　77:15 78:17 79:2
　79:8,13,17,22,23
　80:3,4,8 81:1,12
　81:22 82:6,12
　83:2,6 85:24 88:5
　90:5,23 91:1,13,22
　92:6,14 93:20,24
　94:19 97:20 101:2
　101:15,21 102:6
　102:15,23 103:12
　103:21 104:8,11
　104:19 105:2
　106:1 107:19
　109:3,14 110:1,23
　114:24 115:13,17
　115:24 116:4,15
　116:18,21 117:3
　117:13,16,22
　118:2,4,7,17 119:2
　119:12,14,18,21
　119:21 120:8,21
　121:1 122:1,15,20
　123:4,9,10,24
　124:2,12 125:9
　126:19 127:19
　128:4,5 129:14,24
　130:5 131:10
　133:11,20 138:24
　139:15 143:14,17
　145:4,21 146:3,7
　146:13,18,20
　147:17 150:13
　152:2,5 153:4,12
　165:19 167:16

190:6,20 191:2
　193:8,13 194:1,15
　195:11 197:16,22
　203:3,13 206:23
　207:16 210:11,24
　216:13 219:12,14
　219:22 225:21,25
　231:15,20
**questioned** 242:10
**questionnaire**
　115:14
**questions** 16:2
　29:10 53:17,18
　59:9 68:7 71:20
　72:24 73:3 109:8
　110:11 111:8,12
　113:15 120:23
　125:11 134:11,12
　135:15 142:1,2
　170:7,10 180:23
　206:17 208:2,12
　209:1,25 213:17
　217:25 226:20
　233:5 236:24
　241:4 247:8
**quick** 226:25
　227:3
**quit** 185:1
**quite** 177:12 195:5
**quotes** 217:10

## r

**r** 2:1,8 3:1 4:1 5:1
　9:12 111:16 135:1
　135:3 246:3,3
**race** 225:20,24
**racial** 198:4
**rail** 172:12
**raines** 2:8
**raise** 177:15
**raised** 24:13 101:4
　102:22 103:15

104:10 105:25
raises 186:17
ramos 223:12
ramp 26:3 34:5
66:20 149:20
range 19:13 182:4
182:7
rarely 218:23
raw 185:7
reached 94:14,15
229:14,19
read 14:16 24:22
28:13 31:13 32:1
37:7 38:19,22,22
39:6,10 40:3,14
52:19,24 53:2,3,5
53:9,9,11,15,19,21
54:1 55:15 59:14
64:25 65:3,7
67:14 68:3 69:19
71:6 75:16,19
89:20,22 90:11
93:22 98:17,18,25
99:10 102:17
141:18 167:20
183:22 185:25
186:23 190:1,4
195:9,21 199:12
199:13 200:15,17
200:23,24 203:18
203:19 204:9
205:9,11 206:13
206:18,20 207:6,8
207:11,15 212:17
215:9 219:7,18,19
220:4,8,12,14,16
220:17 222:15
223:6 230:2
233:11 238:7,9,12
238:18 245:4
247:5

reading 53:13
55:9 70:18 79:6
79:15 80:10,13
90:1 98:6 186:6
206:24 219:25
220:11,16 238:16
reads 84:5 182:21
ready 226:21
realize 181:21
really 25:18,21
53:17 160:2
164:12 183:6
212:19 225:1
reapportionment
158:25 159:3
rearrange 143:23
reason 16:18 32:3
32:19 69:12 76:23
77:25 78:8 84:21
85:3 92:8,12,19
101:16 102:20,24
117:12 118:1
142:4 185:16
222:8 245:6 246:7
246:9,11,13,15,17
246:19,21,23
reasons 28:1
recall 40:24 61:4
70:19 82:8 92:13
97:14 123:1 154:2
155:11 178:22
197:1 199:3
205:21 229:13
232:1 233:12,25
234:3 239:8
receipt 245:16
receive 78:1,9
150:25 184:12,16
received 30:12
64:13 71:5 98:9
108:4

receiving 29:19,20
58:8 70:10,17
recess 50:3 113:22
134:25 142:15
170:14 236:18
recipient 77:21
78:4
recognize 199:18
recognizing
199:19
recollection 17:9
17:10 25:10 42:17
72:8,12,20 119:3,7
119:25 122:23
241:20 242:1,9,16
recommended
177:23
record 8:2,13 9:9
23:25 28:8 62:11
62:17 63:15,20
75:11 83:25 87:24
106:19 114:2
115:9 121:13
134:7,16,18
135:10,12 142:14
142:17 170:13,16
173:23 211:14
236:12 242:22
244:8
recorded 8:15
recording 8:11
205:16
records 106:18,20
recovery 11:14,25
172:6 174:9,11,12
174:23 175:7,15
176:2
recurring 149:3
redacted 222:4,9
222:11 223:17

redaction 136:4
137:13
redistricting 164:3
166:7,23 168:23
169:21
refer 21:3 67:20
80:14 204:21
reference 211:7
234:9
references 40:22
147:19
referencing 31:11
87:6 231:13
referring 204:15
212:8 215:17
refers 102:23
reflect 62:12
reflected 23:13
241:21
refresh 72:8,20
241:19 242:1,16
refreshed 242:9
refreshes 25:10
refreshing 72:12
refusing 72:23
73:2 81:15
regard 148:16
192:8 193:25
228:14
regarding 23:24
24:8 67:18 100:24
104:3 115:12,23
115:24 116:3
127:18 145:8
146:12 153:22
154:3 161:20
162:2 163:2
192:24 207:21
208:1,18 226:13
228:4

**regardless** 85:21
224:5
**regards** 172:23
183:19
**region** 1:23
**registered** 1:20
**regular** 130:13
131:1,11 240:16
**regulations** 31:21
**reince** 164:7,14
**reinstate** 24:11
101:2 103:20
104:8,19 185:4
**reinstatement**
115:12
**relate** 37:19
**related** 9:5 19:23
27:12 110:21
124:7 125:22
184:7 211:5
231:20 244:10
**relating** 61:18
63:10 126:9
**relations** 183:19
235:18
**relationship** 20:23
21:16,25 22:11,16
124:15,18,21
**released** 225:13
**releases** 224:23
**relevant** 219:13
**remember** 13:14
13:18 17:14 18:5
18:8 19:1 23:3,8
23:12 25:17,21
26:11,13,15,19
29:17,18 30:18
34:1,11 38:5 41:5
41:5,11 43:20,24
45:23 46:3 47:24
53:4 55:6,24,25

56:12 60:23 61:8
66:15,16,21 70:17
70:18 71:3 74:19
75:2,6 76:18,25
77:7,8 81:5,8,19
83:4,9 84:13,17,18
84:20 85:1,10,15
85:22 86:2 87:17
87:18 89:17 90:20
92:8 98:5,6,8,11
102:15 106:8
108:17 109:5,13
110:9,20 122:8,18
122:21 123:2,7,17
128:16 129:5,11
129:22 130:4
132:2 134:4
136:10,11 139:2
140:25 141:1,2,15
143:5,19 145:13
146:21 150:1
151:2,3,3 152:21
153:7,24 154:12
158:10,22 159:11
160:5 167:7 169:7
171:12,21 172:21
173:3,8,8,10,13
174:13,16 175:21
177:18,21 178:3
178:13,16 179:8
179:11,18 180:8
191:20 194:23
198:23 204:24
207:24 208:4
215:9 219:19
220:11,15 226:1
226:12 227:5
229:18 232:6
238:8,10,16 239:9
**remind** 196:24

**reminded** 158:17
**removed** 49:12
**repeat** 14:8,11
33:6 43:6 59:19
62:24 82:6,22
**rephrase** 16:5
102:18 116:22
120:9 152:3
**report** 19:4 65:14
129:17
**reported** 128:10
**reporter** 1:21 9:3
9:10 14:15,16
212:10,14 217:11
217:13 218:14
219:2,24 220:20
222:7 238:20,24
239:2,7,20,25
240:6,11
**reporters** 217:16
217:20 218:6
240:9
**reporting** 89:6
129:22
**represent** 101:11
170:20 178:18
**representation**
88:19
**represented** 88:15
**representing**
220:13 234:8,11
**request** 29:13
30:16 32:7,8,10,19
32:25 33:2,9,11
52:12 63:19,24,25
65:20 90:6,8
102:11 117:4
119:1 121:25
167:16
**requesting** 43:24

**requests** 7:6
**require** 152:5
**required** 148:1
**requirements**
106:19
**research** 2:5
**resident** 20:1,9
**resolve** 84:7 115:3
**resolved** 197:11
**respect** 27:7 35:8
68:21 70:13 78:16
79:1,13 100:23
105:1 145:20
148:25 149:5,8
**respective** 234:16
**respond** 33:15
54:17 145:12
218:25 239:4
**responding** 51:14
**response** 29:12
30:8,16 32:7
83:12 214:24
**responses** 233:4
**responsibilities**
176:5 180:6
187:21
**responsibility**
27:5,10 51:22
128:6
**responsible** 172:8
194:4
**rest** 139:13 140:19
**restrict** 131:9
**result** 163:17
**resumed** 135:3
**retained** 106:12
106:15 243:1
**retention** 106:19
**return** 114:4
245:14

**review** 52:16
114:11 134:7,8
135:22 136:8,14
136:19,23 137:2,7
141:11,16,20
144:2,8,12 201:4,9
201:17,21,23
202:1,6,17,17,23
204:17,19 211:24
211:25 217:19
219:11,11,16
226:19 237:21,23
239:3
**reviewed** 52:15
73:3 114:14 134:1
135:17 141:8
144:7 204:4
217:22 225:23
226:9 237:10
241:14,18,19
**reviewing** 226:12
**reviews** 201:24
202:3 204:15
**revisions** 202:13
202:15 203:1
**right** 10:13 13:14
14:12 15:25 16:24
17:16,22 19:5
22:25 25:2,8 29:4
29:15 32:5 33:13
36:1 37:2,15 38:1
39:15,17 40:3,8,20
41:12,23 42:13
49:4 50:18 52:9
53:14 54:1,16
55:7,9,22 58:25
60:1,16,19 73:8,11
78:3,10,13 81:18
83:5,11 87:24
88:23 89:19 90:5
90:15 92:5 95:5

95:19 97:21 98:2
98:13 99:19,25
103:9 116:6 121:5
121:18 129:24
135:9 138:10
139:12 141:25
142:9 154:25
169:3 173:24
196:5 220:25
222:5 228:22
230:19 236:10
241:10
**rights** 3:20
**ring** 153:17
**road** 2:5
**rockas** 211:22
212:4,5 213:4,9
215:2,7 216:11
222:20 238:19
**rode** 159:25
**role** 52:3 68:21
128:21 129:11
155:7 183:18
184:2 186:9 187:5
224:2,22 225:2,3
231:9
**ron** 191:18
**room** 108:21
113:6,9 154:14
155:6 161:17
241:8
**rosenberg** 3:23
173:22
**ross** 10:22 11:2,16
12:5,12,15,20,23
12:24 13:1,2,20,25
14:3 17:12,23
18:9,15 20:15,20
21:5,13,17,20,21
22:2,3,6,12 23:24
24:5 25:4 28:11

29:2,8 30:7,14
32:5,8,18 34:7
35:11,14 36:8,21
40:13 41:15,19
42:9 58:1 63:2,18
64:17 66:23 67:21
68:1 79:12 80:1,2
82:10,16,25 84:2,9
84:22 85:4,12,18
88:23 89:5 92:9
93:11 97:16 98:10
98:11 100:23
101:10 102:23
103:17 107:8,15
107:24 108:7
115:11 116:25
117:14,23 118:3
118:15,24 119:18
121:23 122:11,16
122:19 144:18
145:4 152:8 153:3
153:11 154:17
155:11 156:9
157:25 160:12
161:23 164:16
166:10 167:9
168:5 169:23
171:24 173:20
174:1,24 175:1,2
176:4 178:8
193:12 195:18
203:10,11 208:17
208:23,24 209:5
209:21 210:2,6,9
211:1 224:14
228:5 230:14,15
232:13 233:13
237:24
**rothschild** 11:7,9
11:10,11,14,18,19
11:25 171:3,7,14

171:18 172:4,5
173:24 174:2,4,8
174:10,12,22
175:6,14
**rough** 13:17 37:21
**roughly** 13:17
15:9 20:11 48:5
49:7 51:25 136:22
**route** 157:2
**rules** 31:20
**run** 19:11 180:19
181:6,7
**rush** 203:23

**s**

**s** 2:1 3:1 4:1 5:1
6:7 135:1,1,1
**sacramento** 3:3
4:4
**sahra** 233:17,17
233:18
**san** 3:16,22 170:21
**satellite** 182:11
**saturday** 69:2
**saudi** 160:1
164:12
**saved** 106:24
**saving** 106:5
**saw** 127:12 159:21
186:16 234:9
**saying** 33:15 36:11
36:21 55:15 58:13
61:3 83:15 89:22
90:2,8 96:11
97:18 100:16
122:25 123:2
130:4 157:20
220:15 221:2
**says** 24:15 28:19
29:23 32:6 33:8
34:7,19 36:9,19
39:1 40:22 41:14

41:18 42:10 52:12
57:21 59:4,7 60:9
64:4,12 65:9,11,16
67:16 76:2 77:23
78:2 79:17,18
86:12,21 88:8
100:23,25 103:17
104:6,7 116:15
196:5 197:10
210:3 212:9 215:9
221:25
**scheduled** 143:9
143:16
**scheduler** 47:19
47:21 48:5 60:6
227:16
**schedulers** 49:9
**scheduling** 143:22
145:9 147:5
198:23,24
**scholer** 1:18 2:2
**school** 2:24
**schufreider** 200:7
**scientific** 27:1
93:6 187:15
191:25 192:7,17
192:23
**scope** 135:12
**scot** 2:7
**scraps** 103:22
104:17
**search** 147:18,24
148:1,8,12,13
152:22
**searched** 147:25
148:18,19
**searching** 148:5
205:13
**sec** 88:9,22,22
90:3

**second** 24:4 26:1
28:1 42:4,6,7 59:3
64:10,11 103:25
121:20 124:8
185:15 199:16
200:24 207:4,9
217:24 223:19
**secret** 101:19
102:4,7,24
**secretary** 11:16
18:11 19:20 20:23
21:4,5,7,9,14,15
21:16,24,25 22:5,6
22:9,12,17 23:23
24:5,6,16 25:4
28:11 29:8 30:7
30:14 32:5,8,18
33:17 34:7,24
35:11 36:8,21
39:14,25 40:13
41:15,19 42:8,23
42:24 43:9,18
44:8,10,14,18,20
45:3,4,5,8 46:9,18
47:3,10 50:15
51:4,11 52:8,11
54:3,13,14,18 57:3
57:11,25 58:14
59:8 61:1,13 62:4
63:2,9 64:12,17
65:4,7,23,24 66:23
67:3,5,21,21,24
68:1 69:8 78:12
78:24 79:12,19
80:1,2 81:21
82:10,15,25 83:16
84:9 85:12,18
88:22 89:1,4,10
91:21 92:9 93:11
97:15 98:10,11,23
99:14 100:23

101:9 103:17,18
104:1,14 107:8,15
107:24 108:7
115:11,22 116:25
117:14,23 118:3
118:15,19,24
119:4,7,17,23
120:6,16,18,18
121:9,23 122:11
122:16,19 123:4
124:9,15,18,22,24
125:3,5,10,24
126:3,18 127:9
128:24 130:9,13
131:2,6,12,22
132:24 133:7,10
144:18 145:4
152:8 153:3,11
154:16 155:11
156:9,11,12,15,16
156:23 157:4,25
160:12 161:23
163:21,22 164:16
166:10 167:9
168:5 169:23
189:21 191:12
194:7 195:18
197:3 198:7,13,18
201:13 203:2,22
203:22 204:12
208:17,24 210:2
212:23 213:10
215:24 216:12
227:4 231:9 232:7
233:13 235:13
237:24
**secretary's** 36:7
46:22 48:9 94:18
104:18 108:18
126:13 151:20
195:25 196:9,19

202:12 231:7
**sectors** 172:16,23
173:1
**security** 185:21
**see** 15:19 28:22
29:4 30:10 41:16
41:17 42:5 50:20
54:2,15 57:22
58:2 60:13 67:12
75:21 77:24 78:7
79:16 88:13 97:6
99:16 114:8 115:2
119:22 136:2
137:10,11,17
139:16,25 140:5
152:23 158:14
182:21 183:23
210:23 212:20
216:19 219:13
221:12 222:13
224:14,17,19
233:7 236:13
**seeing** 59:24
140:25 141:1
**seen** 15:23 25:1,3
88:4 96:24 97:4
100:17 103:21
104:12,15,20
115:18 116:8,13
137:21 138:25
140:23 141:4,7
186:11 214:2
**select** 200:11
**send** 32:15 65:14
195:17,24 196:8
196:11,15,18,22
215:1 217:10,13
218:4,5,9 222:6
**sender** 88:12,16
230:4

sending 70:5
sends 60:7
senior 10:4 17:16
  22:10 24:12 35:10
  37:12 68:17 101:3
  101:6,17 102:1,21
  103:6 104:9
  130:25 131:10,12
  180:1,7 188:8,10
  205:1
sense 13:17 37:21
  140:7
sensitive 8:5
sensitivity 125:12
sent 28:11 35:12
  40:12 41:14,18
  42:8 43:23 57:22
  58:18 59:5 67:24
  69:6 70:9 76:20
  77:24 106:23
  148:16 198:9
  203:21 213:4,10
  213:15,21 214:4
  214:11,16,17,19
  214:22,23 215:2
  217:4,9 218:14
  219:24 220:2
  221:19 228:11,13
  237:2,4,5,7 238:20
  238:24 239:1,7
sentence 24:5 42:3
  42:7 103:25 104:6
  209:23
sentences 30:24
senteno 3:6
separate 235:19
september 67:11
  67:25 69:13 70:4
  70:22 74:8 77:10
  78:11 83:20 84:10
  85:6 86:11 127:12

serious 101:22
serrano 230:24
  231:4
sessions 89:4
  119:9,17 167:25
  168:6
set 30:4 31:4 42:22
  43:9,17,25 44:3,6
  44:9,12,16,22 45:1
  46:5,17 55:5 59:8
  73:23 156:25
  174:9,12 177:5
  198:18,21,22,25
  199:1 210:20
  239:21,25 244:7
  244:14
sets 175:4
setting 55:4 56:19
  57:4,9 199:3
settled 29:10
  209:24
seven 63:21
  175:16 215:25
shah 3:11
shaken 81:7
share 57:23 182:9
sheet 245:7,10,12
  245:15 247:11
shipping 172:13
shocked 101:23
shook 168:4
short 26:5 34:6
  132:16,21 195:5
  226:19 236:13
shorten 120:23
shortly 24:18
show 115:5 135:19
  135:20 136:6,12
  136:17,25 137:5
  137:15 138:22
  139:23 157:9

194:24 199:11
  205:10 213:3,8
  216:7
showed 157:8
  158:3 213:14
  241:17,24
showing 72:19
  99:23 211:20
shown 31:19 71:21
  71:23 72:8,11
  81:10 153:19
  242:1
side 176:14,14
  177:10,13,14
  181:8 187:6
sign 245:9
signal 107:1,12
  108:8
signature 25:4
  244:17 247:14
signed 182:16
significant 171:5
  171:11 239:20,24
  240:5,13
signing 245:11
simple 42:2,11
  50:11
simply 44:3 50:24
  196:13
single 61:1 84:1,4
  99:11 162:19
  224:20,21
sir 9:24 10:14,16
  10:18,20,24 11:20
  11:23 14:20 15:4
  16:20 19:6 20:3
  22:21 24:3 25:1
  26:22 28:23 30:11
  37:25 38:8,15,19
  39:7,24 40:14
  43:1 45:25 46:23

47:13,17 48:21
  49:8,10,19 52:20
  54:9 57:15 58:5
  58:17 59:14,20
  60:14,17,24 67:1
  67:13,22 68:11
  73:6,18,25 75:17
  76:13 79:15 81:17
  83:19 85:20 86:2
  96:7,10 99:11
  103:24 113:3
  120:22 122:8
  138:21 170:25
  195:10,21 199:14
  200:16,24 206:15
  221:23,25 224:10
  227:8 237:13,18
  237:22
sit 61:5,7 145:18
  191:11
sitting 155:5 173:2
  177:17,22 194:12
situation 161:16
situational 59:23
  70:9 189:14,18
  227:17
situationally
  183:4 190:19
six 215:25
skim 65:8 220:9
skimmed 220:7
  238:14,15
skip 200:2
slowly 133:22
small 179:16,23
sold 175:24
solutions 1:23
somebody 22:18
  22:19 31:5 33:19
  43:10 44:7,13,19
  45:2,16 49:2 57:6

74:11,15 99:3,16
128:18 130:6
132:12 147:24
148:17 181:2
184:23 185:3,10
185:24 196:11,21
198:20
**soon**   24:5,15
103:17,25 104:13
**sorry**   50:12 51:1
55:22 57:7 62:10
62:14,21 66:1,17
67:11 68:13 73:18
76:13 78:24 93:13
107:9,11 118:6,13
119:8 123:25
129:7 131:14
143:13 156:2
179:2 186:13
220:23 223:24
226:4 233:19
234:25
**sort**   25:19 54:20
55:11 80:15
100:21 106:9
130:20,21,22
131:7,19,21
132:23,24 133:1,4
147:22 151:9
152:24 171:21
172:7 175:25
176:12 179:21
182:1 193:9 228:3
232:14 235:12,20
239:17
**sound**   118:8
**sounds**   86:14,22
**source**   16:21
82:18 83:7 116:25
118:15,22 120:2
120:12 121:2,4,17

122:3 242:15
**southern**   1:2 8:20
114:22
**space**   245:7
**speak**   38:3 44:20
73:22 80:25 81:3
84:10 90:7,9,14,18
112:7,24 125:2,23
130:24 145:7
160:12 178:9
181:5 228:6 240:8
**speaking**   40:24
41:2,7,11 42:18
76:18,25 77:8
81:19 82:8 89:17
90:21 94:7 134:8
154:13 155:6
167:8 240:11
**special**   128:3
153:18
**specific**   14:19
18:12 19:2 26:19
45:24 58:7 83:9
146:22 173:15
179:21 203:8
235:2
**specifically**   19:3
21:19 26:11 44:15
56:13 70:20 100:6
100:12 106:8,21
110:20 143:5
150:3 151:3 154:1
165:20 178:13,17
204:16 227:6
**specifics**   151:15
173:7 179:9 242:7
**spend**   20:12 54:20
55:11
**spending**   20:7
66:19

**spent**   126:13
177:13 188:24
**spoke**   41:10 42:13
46:8 74:2 76:8,16
77:2 83:16 84:6
88:9 89:1,10,11
90:3 110:22 111:2
111:11,18 119:17
119:23,24 160:19
164:12 165:6,7
178:22 179:11
**spoken**   80:16,24
112:25 113:1
126:23 159:12
165:16,22 166:13
167:5,24 168:12
168:15 169:1,5,9
169:12 206:5
**spouse**   123:16
**square**   3:15 37:4
**staff**   10:3 17:13,19
17:24 18:10,18,20
18:22 19:5 24:19
35:2,5 37:11,13,17
37:20,25 38:6
47:1 74:9,18
78:12 80:21,25
97:2 98:1,21
109:16,19 110:6,6
110:7,8 128:2,10
131:1 168:2 180:2
187:18 188:2,4,8
234:5,14,18,19,21
234:22 235:14,23
236:1
**staffs**   81:6 234:16
**stamp**   115:15
134:1
**stamped**   23:17
28:9 58:22 63:16
75:12 84:1 115:16

209:13 226:18
229:24
**stand**   64:8 142:22
**standard**   201:16
**standing**   130:20
130:24
**start**   12:17 17:2
130:17 139:6
140:5 218:18
220:22
**started**   11:6,10,18
12:1 14:4 20:7
31:10 106:2 172:4
176:20 180:17
184:22 188:4
**starting**   11:2
104:13 199:22
230:4
**starts**   103:19
**state**   1:21 4:2,5,8
4:10 9:17 39:14
40:1 45:4 101:19
102:4,8 244:4
245:6
**stated**   127:5
**statement**   6:16
42:1 202:18 203:1
239:12
**statements**   201:18
202:14 217:20
224:24 225:4,13
225:19 226:5,7,10
226:13
**states**   1:1,9 8:18
8:20 28:10 79:1
79:11,25 80:17
81:20 82:10 93:15
94:8,11 101:25
**status**   206:11
**steel**   126:15 183:2

**steno** 9:9
**stephen** 110:10,13
  110:19 159:12
  160:13,25 169:1,9
  169:24 170:4
**steps** 227:2
**steve** 46:10,11,14
  46:18 112:7
**stick** 30:8 34:8,20
  35:16 36:2,9,12,16
  36:20 37:1
**stop** 24:14 194:15
  207:11
**street** 1:19,24 2:11
  2:17 3:2,9 4:3,9
  8:24
**strike** 203:7
**struggled** 179:22
**stuck** 36:5 182:1
**studied** 192:19
**stuff** 71:8 144:16
  192:4
**su** 233:17
**subcommittee**
  204:3
**subject** 51:6,11
  59:10 63:23 84:3
  122:6 154:3
  195:12,13,20
  221:14 226:24
  245:11
**subjects** 123:17
**submission** 201:2
**submitted** 201:9
  205:16
**submitting** 207:22
  208:2,7,12,19
  209:1
**subset** 137:22
**substance** 122:12
  247:10

**substantive** 63:21
  73:12 112:15,19
  113:4,7 160:8
**suggest** 55:8
**suggested** 31:4
**suggests** 55:9
**suite** 1:24 2:22 3:9
  3:21
**summarize** 73:20
  186:1
**summary** 185:7
  186:2 192:1
**summer** 49:7
  127:11 152:16
  167:6 187:19
**supplemental**
  23:23 97:16
**support** 176:15
**suppose** 196:11
**supposed** 31:21
  65:13 106:4
  133:10 205:3
**sure** 11:3 12:17
  16:7,16 17:17,20
  20:6 21:6 22:7
  27:9 35:13 36:4
  40:16 48:11 49:13
  51:8 54:22,25
  56:18,25 59:16
  63:1 65:8 68:5,19
  71:19,22 81:25
  82:7 88:20,24
  90:17 91:2,10
  92:16 96:20
  105:17 106:13
  110:15 114:6
  116:22 120:25
  125:15 126:11
  127:5 128:12,19
  144:20 149:21
  159:21 160:20

  164:18 166:11
  170:7,8 171:4
  172:3 173:12
  177:24 178:7
  180:4,11 181:14
  181:25 184:19
  185:12 187:1,2
  188:19 198:16
  200:3,17 202:11
  203:7 204:6 207:1
  212:1,12 214:1,25
  215:18,19 216:3
  218:2 221:1
  222:23 227:9
  228:16 229:2
  236:25 238:4
**surprise** 91:11
**surprised** 91:16
  91:19 92:2 196:21
**swear** 9:10
**swlr** 67:18,20
**sworn** 9:14 97:19
  98:24 244:7
**system** 132:23
  148:7 185:21
  219:8

**t**

**t** 2:18 6:7 9:12,12
  135:1,3,3 246:3
**take** 8:11 16:8,9
  16:12,15 22:5
  28:13 32:17 44:23
  47:4,7 49:20,22,23
  54:2 67:20 76:6,7
  76:15 83:15 86:16
  100:8 103:4
  113:17 121:12,14
  122:11 128:10
  132:3,5 170:8
  176:10,22 180:13
  186:10 187:20

  188:14 227:2
  232:4
**taken** 1:16 8:16
  50:3 113:22
  142:15 143:4,11
  143:15 170:14
  225:16 236:18
**taker** 132:7
**talk** 29:24 31:5
  33:15 42:14 44:21
  44:24 45:19 46:14
  76:24 96:1 110:10
  110:13,16 126:3
  127:17 160:2
  195:13,14 200:18
  210:16 231:1
**talked** 17:25 18:13
  25:17 26:2 126:25
  146:25 179:15
  182:3
**talking** 26:12 41:5
  56:14 87:17,18
  93:15,17,18 100:7
  104:12 119:7
  131:15 138:14
  152:21 156:6
  165:9 176:9
  184:15 229:6
  232:23 239:21
  240:1
**talks** 30:3 210:19
**tariffs** 126:14
  183:2
**task** 185:24
**tasks** 27:11
**team** 31:6 33:20
  108:20,23 127:2,7
  156:24 158:7
  183:8,12,12
  198:23,24

**technical** 27:2
93:6 117:7 165:15
187:16 191:25
192:5,8,16,23
**telephonic** 121:11
**tell** 16:5 24:17
26:21 32:22 39:25
57:20 69:25 86:3
118:12 122:13
144:18 152:19
180:5 203:18
205:12 214:16,19
214:22,23 219:17
220:7 222:23
224:14 230:24
**telling** 32:2 35:22
57:16
**tells** 88:8
**ten** 13:15 22:19
136:24 141:8
207:18
**tenth** 2:17
**teramoto** 1:16 6:4
6:8 8:16 9:19
23:17,19,22 27:24
28:6,12,18,21
29:24 31:10 38:10
38:13 39:2 44:2
49:16,17 50:8,9
53:6,16 58:20,23
63:12,13,16,19,23
67:6,8,9 71:10,11
73:9 75:9,14,21
79:21 83:21,23
87:20,22 88:3
90:24 94:16 95:11
96:3,18 100:22
103:16 114:3
115:6,7,9 127:16
135:19,20 136:7
136:13,18 137:1,6

137:16 138:14,23
139:24 140:11
141:4,16,20
170:18 195:1
199:9 205:5
211:18,21 216:21
216:24 221:5
223:3 226:15
229:21 236:23
241:6 242:24
245:2 246:2 247:2
**term** 132:15,16,21
132:25
**terms** 15:6,7 25:24
71:18 109:10
143:21 145:9
149:12 172:7
**testified** 9:14
87:16 96:23 141:8
144:10 153:6
154:17 155:13
159:14 179:25
193:10 204:24
210:25 211:4
229:17 241:6,12
241:18 242:3
**testify** 15:23 163:8
**testifying** 173:23
202:9,10
**testimony** 15:11
16:19 32:17 35:19
37:11 56:9,11
78:19 97:19 98:12
98:24 100:3
112:14 192:1
201:3,8 202:21
203:23,25 204:4
204:11 205:14,15
206:7 231:8,10
232:8,16 233:1,4,8
233:14 237:2,20

237:24 238:6
242:24 244:6,9
**tett** 212:14,16,18
**texas** 142:24
**text** 63:21 73:12
84:5 105:18,20
107:25 108:4
222:2 231:1
**texting** 105:24
**thank** 36:1 40:17
53:22 55:7 58:19
63:7 73:6 115:4
141:23 142:10
170:11 242:20
**thanks** 59:17
83:13
**themes** 26:10
**theoretically**
185:18
**theory** 186:7
**thing** 14:22 19:20
26:1 57:15 117:7
117:8 138:11
152:19 182:15,17
195:14 203:19
206:18 228:3
229:16 238:12
239:24
**things** 19:14,17
31:12 41:24,25
49:12,13 56:18
61:24 66:13 70:9
71:5 92:25 105:9
108:21 133:3
143:23 171:21
181:6,7 182:5,20
183:15 184:2,6
188:7 189:12
190:11 202:4
204:11 206:7
214:7 218:19

240:18
**think** 15:10 18:19
22:24 28:14 35:22
35:25 36:5,16
41:4 46:2 68:18
69:21 74:17 84:21
86:6 87:16 92:23
94:13 96:1,4
102:20,24 108:9
111:5,9 123:14,15
123:22 127:5,8,23
136:16 137:4
141:7 144:9
145:22 146:3
147:7 148:21
153:6 154:6 155:3
155:4,13 159:2
160:10 164:14,14
168:1,3,4 173:23
175:15,15 179:25
181:21 184:8,21
185:24 187:9,13
189:11 191:22
192:12,15,20,20
193:7,16 206:4
209:16 211:4
212:10 224:20
225:10 226:19
229:16 230:18
231:6 233:23
234:6,20 235:16
235:25 237:5
238:13,21 239:4
240:22
**thinking** 22:23
37:2 48:6
**thinks** 93:12
204:12
**third** 79:21 124:8
160:5 221:3

**thirty** 245:16
**thompson** 6:16
194:16,21 201:3,8
204:1 208:6,11,18
208:25
**thorough** 224:21
**thought** 37:7
62:14,15,22
143:13 157:21,23
173:25 178:24
180:9 190:12
228:9 240:11
**thread** 28:9 50:18
59:4 73:12 75:25
**three** 87:25 113:25
140:10 159:17
160:4 165:11
172:15 201:12
**thursday** 147:15
**time** 16:9 17:23
20:8,11,13 24:25
25:3 26:6,16 34:6
35:4 36:25 37:12
42:20 43:2,19
45:18 47:22,23
49:25 50:4 51:25
52:4 59:24 60:7
66:19 70:14 73:16
74:1,17 78:11
79:22 93:23 95:7
95:20 113:19,23
115:18 126:13
130:20,24 134:14
134:22 135:4
142:1,13,16
144:14,16 157:12
160:5 161:25
162:19 165:6,7
170:8,12,15 171:2
171:6 172:6
174:17 175:8,21

176:8 177:9,12
183:7 185:2 186:3
187:11 188:3,11
188:13,18,21,24
214:10 216:6
220:14 221:22,24
233:11 236:15,19
239:15,16 243:3
**timeline** 152:24
**times** 3:15 15:5,6
15:7 64:17 148:24
159:16 169:4
184:5 212:15
220:25
**title** 10:2 68:16
172:8 185:13,14
185:17 194:18
196:25 197:8
204:25 224:6
231:16 233:25
234:4,7
**titled** 23:22 31:1
**today** 16:19 37:9
38:7 61:6,7 84:7
100:18 114:15
115:19 141:17,21
143:4,9,24 144:19
145:18 147:2
173:2 177:17,22
209:7 213:25
214:2,10 240:21
241:1,17 242:1,3
242:11
**today's** 242:23
**todd** 1:19 9:3
244:3,18
**told** 32:18 43:16
45:7,12,16 86:14
104:25 144:23
152:20 155:5
181:24 191:10

**tomorrow** 65:12
227:1
**top** 28:10 39:1
50:12,24,25 51:1
63:17 64:11 65:9
67:10 75:13 83:11
86:10 88:6 121:14
184:9,11 222:24
224:11
**topic** 45:8,13,17
66:7 114:4 228:25
232:10
**topics** 149:3
158:22 161:17
162:6,9 163:20
167:3 207:16,22
208:7,20 242:10
**tops** 159:18 160:4
**total** 242:25
**totally** 139:14,19
140:19 154:24
190:8
**touch** 127:20,24
**touching** 122:6
**track** 132:19,20
**tracking** 53:12
132:23
**trade** 19:19,21,23
64:9 110:21
126:13 161:13
162:16,19 182:23
182:24 183:23,24
184:7 187:11
228:15
**train** 70:21
**transaction**
174:19
**transactions** 11:13
171:6,13
**transcribe** 221:1

**transcript** 99:24
100:5 244:8
245:17,18
**transcription**
247:7
**transition** 31:6
33:20 108:13,19
108:23 109:7
126:25 127:2,7,10
128:23 154:23
155:1,9,14 156:8
156:18,23 158:1,7
158:8 159:9 174:6
183:8,11
**transitioning**
157:3
**transportation**
181:14
**treasury** 181:13
**trial** 15:12
**tricky** 54:10
**tried** 36:25 45:5
131:19 183:6
198:25 228:21
**trouble** 15:18
**true** 32:4 85:23
229:4 244:8
**trump** 108:12
112:25 113:5,13
154:22 231:13
**trust** 124:18,21
125:3
**trusts** 124:24
125:3
**truthful** 16:19
71:19
**truthfully** 16:3
**try** 27:20 30:8
34:8,19 35:15
36:19 48:25
105:22 131:4

177:15 185:25
223:7 235:1
**trying** 13:17 25:22
27:12 36:12,14
37:21,22 66:19
80:7 120:22 148:6
180:18 181:2,16
183:3 185:4
195:17 238:25
**turn** 8:7 73:8
**turns** 126:18
**twenty** 13:16
**two** 12:18 15:10
18:7 27:25 30:24
38:11 50:6 58:21
75:12 113:21
120:1 134:24
179:16,23 182:20
191:20 202:10
207:17 238:3
**type** 177:1
**types** 61:23 150:5
183:15 202:3
**typical** 47:1 188:2
218:3 228:4
**typically** 42:22
43:9 48:22 56:3
203:1 217:14,19

**u**

**u.s.** 4:16 5:2
**uh** 28:23 164:10
**ultimately** 194:4
**umbrella** 175:5
**unable** 214:3
**unclear** 235:1
**uncommon** 240:19
**undercount**
163:17 166:3,19
168:19 169:17
**underlined** 197:10

**underneath**
175:19 185:14
**understand** 10:11
12:8 16:4,5 21:4
22:22 28:2 31:14
31:24 36:18 37:10
37:22 42:19 49:15
51:21 52:2 60:24
61:3 64:16 72:18
88:11 90:6 91:6
92:24 116:13,14
116:21,24 117:11
117:20,25 118:6,9
118:14 119:16
134:10 142:7
146:1,6 150:22
174:3 180:19
181:16 193:24
194:13 195:19
206:22 209:22
214:8 238:6
240:25
**understanding**
17:8 56:15 82:17
92:21 94:24 97:3
106:13,22 114:21
117:10 145:15,19
181:9 194:10
196:17 202:7
214:11 235:4
**understood** 48:19
60:4 65:10 68:25
77:1 83:3 197:14
**undertake** 27:6,11
**unified** 2:23
**union** 2:10
**unit** 8:14 50:2,5
113:21,24 134:24
135:5 236:16,20
**united** 1:1,9 8:18
8:20 78:25 79:11

79:25 80:17 81:20
82:10 93:15 94:8
94:11 101:24
**units** 242:25
**university** 10:12
11:1
**unión** 142:23
**upcoming** 24:8
42:2,12 104:3
**update** 64:13,14
64:21 131:22
206:11 207:5,12
226:25 227:3
228:24 229:7
**updated** 221:14
**updates** 133:6,10
**urgency** 130:22
190:10
**usa** 200:12
**usdoj.gov** 4:18,19
**use** 105:12,19
107:15,20 108:7
108:10 203:11
216:4
**uses** 107:17 125:5
125:11
**ustr** 181:13
**usually** 49:1 60:25
185:9,13,14
**uthmeier** 52:14
59:7
**utmost** 190:10

**v**

**v** 245:1 246:1
247:1
**van** 191:13
**vanhanswyk**
200:12
**various** 24:7 52:8
64:17 104:2 114:8
161:17 172:25

187:4
**vast** 20:13
**verb** 116:6
**veritext** 1:23 9:2,4
243:1
**version** 135:25
136:2 137:9,10,11
137:20 138:4,11
139:18
**versions** 141:3
**versus** 8:18 132:25
**verticals** 172:9
**vice** 39:12,18,19
**victor** 223:12
**video** 8:10,15
**videographer** 5:10
8:1 9:2 49:25 50:4
113:19,23 134:22
135:4 142:13,16
170:12,15 236:15
236:19 242:21
**videotaped** 1:15
**view** 48:16,17
**viewed** 157:2
**views** 202:12
**vintage** 174:14
**visualize** 233:22
**visually** 209:16
**volume** 97:6
**voter** 163:13,15
166:1,17 168:17
169:15

**w**

**w** 4:13 9:12 54:21
135:3
**w.l.** 171:24 173:19
174:24 175:1
176:4
**wait** 30:23 74:13
**waiting** 62:12,23

**[walsh - witness]**

**walsh** 5:4 14:14
  217:6
**want** 10:8 14:20
  16:15 17:7 18:13
  30:3,5 34:23
  44:21 49:21 53:23
  73:5 80:14 89:22
  98:25 100:18
  114:4 121:8,21
  122:4 127:17
  134:15 140:2
  143:6 148:5 154:9
  171:1 176:18
  186:24 193:8
  207:7 209:6,12,15
  210:19,21 217:25
  219:11,18 220:25
  221:10 223:16
  224:13 238:2,5
**wanted** 18:3,24
  44:24 64:21 69:2
  79:1,12 120:7
  128:17 198:14
  204:5 228:22
**wants** 33:17 44:19
  62:17 73:22
**washington** 1:24
  2:3,17 3:10,22
  4:17 5:3 9:21,23
  20:5,16
**water** 165:15
**waterhouse** 11:4,6
**way** 16:22 21:3
  23:4 25:4 54:6
  57:16 80:9 89:21
  130:7 137:20
  161:2,2 175:11
  181:5,7 184:18
  185:9 187:24
  244:12

**ways** 114:8 154:18
  177:7
**we've** 141:11
  154:7
**weather** 182:12
**website** 205:19,20
  205:24 231:16
**wednesday** 204:3
**wednesday's**
  60:12
**week** 19:25 74:10
  112:6 132:18
  189:2
**weekend** 30:6
  210:22
**weekly** 74:10
  131:20
**weeks** 161:8
  165:12
**wells** 4:18 6:5 12:6
  12:13 13:21 14:5
  22:13 25:14 26:18
  28:5 30:22 33:4
  45:9,14 55:13,17
  58:11,16 61:16
  62:7 63:5 64:2,22
  66:3,24 69:5 70:6
  70:15 71:2 72:1,5
  72:9,13,21 74:4,24
  75:5 76:10,17
  77:5,16 78:18
  79:3,14 80:5,19
  81:11,24 82:13,19
  83:18 84:12,24
  85:8,13,25 86:25
  87:11,14 89:7,22
  90:10,16,25 91:15
  91:23,25 92:17
  93:21 94:12 97:10
  97:22 98:3,14
  99:1,5,20 100:1

101:20 102:5,9
  103:2 105:4
  108:14 110:17
  112:9 114:16
  115:4 116:17
  117:5,17 118:5
  119:20 125:7,13
  126:5 127:21
  129:19 133:13
  134:2,13 142:11
  144:5 152:17
  153:5,14 155:23
  160:15 163:3
  167:18 171:8,15
  186:19 190:22
  193:15 197:17,23
  198:10 202:19
  203:4,14 210:13
  213:18 214:13
  218:15 225:6
  236:7 240:2 241:3
  241:5 242:18
**wendy** 1:15 8:15
  9:19 28:11,21
  29:23 39:2 40:11
  63:18 65:10,16
  67:17 75:14 78:2
  78:6 83:14 84:5
  86:13 94:16
  210:22 228:9
  242:24 245:2
  246:2 247:2
**went** 61:9 118:15
  118:24 120:17
  121:23 122:14
  144:3 158:6,7
  172:6 175:10
  198:21,22 199:1
**west** 1:18 8:24
**whatsapp** 107:2,5
  108:8

**whatsoever** 27:15
**whereof** 244:14
**whispering** 8:6
**white** 46:12 68:17
  68:18,19 109:25
  110:3,4,5 111:23
  112:3 159:22
  161:5,10,20,24
  162:7 163:21,24
  181:17 188:5
  204:25 205:1,4
  228:1 233:2 237:3
  237:6,15
**wide** 126:12
**wilbur** 12:22
  23:24 29:2 35:14
  63:18 67:21 68:1
  84:2 109:21
  174:18 175:2
  178:8 208:23
  209:5 210:6,9
  224:14
**wise** 4:6
**wish** 190:13
**withdraw** 39:8
  51:23 93:24 102:8
  125:9
**withdrawn** 23:8
  26:14 41:13 68:24
  74:21 97:14 120:9
**witness** 6:3 9:10
  9:13 14:17 15:19
  23:21 24:24 28:16
  40:18 52:25 59:18
  68:9,12 72:2,22
  73:17 76:12 81:14
  102:16 114:17
  134:16,19 135:16
  142:10 170:11
  195:22 200:22
  201:14 207:3,14

212:2 224:16
226:22 244:6,9,14
245:3
**wl** 10:22 11:2 12:5
12:12,15,20,24
13:1,2,20,24 14:3
20:15,20 21:13,20
21:21 22:1,3
**wlr** 84:8 174:23
176:2
**woliver** 2:21
**woman** 48:1
**wondering** 220:1
**word** 97:23 180:13
217:18
**wording** 225:20
**words** 53:9 89:21
122:12 204:9
206:5
**work** 9:17,20,22
11:21 19:16,22
20:16,19 21:12
22:1,20 71:18
72:6,16 106:10
110:5 114:19
116:9 127:7
128:18,19 135:13
149:4,18 171:5
173:19 175:8
181:19 188:24
192:3 193:20
194:17 197:15,20
229:9
**worked** 11:4,12
18:16 21:11 22:2
31:5 33:21 46:11
65:23 127:8 128:8
128:13 129:6,9,16
143:25 151:19
155:25 171:13,22
173:21 176:12

180:14,16,20,21
181:1,3 183:9,16
187:25 188:22
197:18,25 198:2
**workforce** 161:15
**working** 11:6,18
17:2 20:24 65:10
65:17 79:20 81:21
82:11 83:1 129:3
133:2,4 157:14
172:5 176:17
187:12 189:24
190:19,24 191:1,1
191:4 228:18
233:23
**workings** 46:1
93:8 150:20
**works** 52:8 74:11
118:11 181:10,17
200:4,11 211:12
212:6 223:21
224:3 230:15
**world** 197:2,4
**worst** 29:9 209:23
**worth** 186:6
**write** 32:14 34:22
77:19 79:5 88:21
105:9 152:23
203:20 210:8
228:24
**writes** 24:5 40:9
40:10 73:21
**written** 29:9 30:7
54:3 90:2 99:13
206:6 232:23,25
233:3,4,7
**wrong** 64:5 84:22
111:15 154:21
179:2,6 189:11
**wrote** 29:24 57:22
78:21 97:18

193:21 210:12,15

**x**

**x** 1:4,11 6:1,7

**y**

**y** 9:12 111:16
135:3
**yeah** 51:5 57:9
82:24 91:4 101:23
103:8 105:25
128:22 131:14
137:25 139:6
140:11 141:14
143:17 165:4,4
173:6 180:4 192:2
195:8 196:15
207:4 216:15
**year** 10:7 11:4
18:7 36:13 90:1
158:17 174:17
182:15 195:7
**years** 18:7 22:19
171:23 172:2
174:13 175:17
177:25 178:4
**yeomans** 2:24
**yesterday** 84:6
144:13,17 241:19
241:25
**york** 1:2,4,19,19
1:22 2:3,5,12,12
2:12 3:15,15,21
4:8,10,10,10 8:17
8:21,25,25 11:5
20:1,9 114:22
179:17,24 244:4
245:1 246:1 247:1
**young** 2:7
**yup** 193:2

**z**

**z** 111:16,16
**zadrozny** 111:15
**zero** 168:18

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.