# EXHIBIT D

Page 1

1            UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF NEW YORK

3    ---------------------------------------

     NEW YORK IMMIGRATION COALITION, ET AL.,

4

                    Plaintiffs,

5          vs.         Case No.  1:18-CF-05025-JMF

6    UNITED STATES DEPARTMENT OF COMMERCE, ET AL.,

7                    Defendants.

     ---------------------------------------

8

9                    Washington, D.C.

10                   Tuesday, August 28, 2018

11   Deposition of:

12              KAREN DUNN KELLEY

13   called for oral examination by counsel for

14   Plaintiffs, pursuant to notice, at the office of

15   Arnold & Porter, 601 Massachusetts Avenue NW,

16   Washington, D.C., before KAREN LYNN JORGENSON,

17   RPR, CSR, CCR of Capital Reporting Company,

18   beginning at 9:04 a.m., when were present on

19   behalf of the respective parties:

20              Veritext Legal Solutions

                   Mid-Atlantic Region

                   1250 Eye Street NW - Suite 350

21                 Washington, D.C.  20005

22

Page 27

1    to Mr. -- I'm going to say Mr., but probably, more

2    likely, Secretary Ross -- about the 2020 census,

3    about any issue pertinent to the 2020 census?

4        A    During that spring.

5        Q    And what did he tell you about the 2020

6    census, specifically?

7        A    That it was critically important.  It was

8    one of the most important things that the

9    Department of Commerce was going to be undertaking

10   and that it would be an important purview.

11       Q    And he mentioned that one thing that was

12   being discussed as early as the spring of 2017 was

13   reinstating or adding a citizenship question to

14   the 2020 census?

15             MR. GARDNER:  Objection.  Form.

16             I said objection, form.  You still need

17   to answer.

18             THE WITNESS:  Can you repeat the

19   question?

20   BY MR. GROSSI:

21       Q    Yes.  You knew as early as the spring of

22   2017, that one issue would be adding a citizenship

1  question or reinstating a citizenship question to

2  the 2020 census?

3     A   I don't recall exactly when I learned

4  that fact.

5     Q   It was surely before you were nominated

6  in May, correct?

7          MR. GARDNER:  Objection.  Form.

8          THE WITNESS:  I truly do not remember

9  when I learned that.

10 BY MR. GROSSI:

11    Q   It was before you appeared for your

12 confirmation hearing in July, correct?

13    A   I actually do not remember exactly when I

14 learned that question.  I was getting so

15 many -- that issue -- I had so many facts and so

16 much information that I was learning, that exactly

17 when that was part of it, I do not know.  I

18 apologize.

19    Q   I mean, it's certainly possible you heard

20 it in the spring of 2017, right?

21    A   I wouldn't deny it, and I wouldn't

22 confirm it.  It is possible.  I would agree with

Page 29

1   that.

2       Q    You know from just thinking about the

3   case that Secretary Ross was interested in the

4   citizenship question as early as March or April of

5   2017, correct?

6            MR. GARDNER:   Objection.   Lack of

7   foundation.

8   BY MR. GROSSI:

9       Q    That's something you've heard from

10  Secretary Ross or others?

11      A    Yes.

12      Q    Now, what I like to do --

13      A    Can I -- can I -- can you repeat that

14  question, please?

15      Q    Well, you gave the answer.

16           My question was simply that you knew --

17  you know now, from all of your review --

18      A    That was the question that I was

19  answering.   That yes, I do know now.

20      Q    And you believe you learned it at the

21  time, when you talked to Secretary Ross about the

22  census?

1           MR. GARDNER:  Objection.

2    Mischaracterizing the witness's prior testimony.

3    BY MR. GROSSI:

4        Q   Correct?  It's a new question.

5           MR. GARDNER:  I just said object -- you

6    can still answer the question.  I just lodged my

7    objection for the record.

8           THE WITNESS:  I -- I apologize.  I don't

9    mean to be difficult.  I am getting very confused.

10   You're going from present to past tense.  I don't

11   know where we are right now.

12   BY MR. GROSSI:

13       Q   Okay.

14       A   So let me be clear.  I absolutely know

15   those things now.  I do not know when I learned

16   that actual -- the citizenship question --

17   reinstatement of the citizenship question back in

18   the spring or summer or whatever of 2017.  I do

19   not remember that.

20       Q   And you know it now -- at least now,

21   because you've talked to Secretary Ross about it

22   subsequently, and he's let you know that he was

Page 31

```
 1    interested as early as the spring --

 2          MR. GARDNER:  Objection.  Form.

 3    BY MR. GROSSI:

 4      Q    -- of 2017?

 5      A    He or others.

 6      Q    He or others, or he and others?

 7      A    He or others.

 8      Q    Okay.  Who are the others?

 9      A    I don't know.  I do know, because it's

10    been public and it's been in the press.  I don't

11    know that I've had the specific conversation with

12    the Secretary about that.

13      Q    Ever?  See, what I'm looking for is

14    conversations --

15      A    Yeah.  Tell me what you're looking for.

16      Q    I'm looking for conversations you've had

17    with Secretary Ross at any time in which he

18    indicated in any way that he was interested in the

19    citizenship question as early as the spring of

20    2017 and --

21      A    And I don't remember.  I don't remember.

22    I do know in the spring of -- of '17, the GAO had
```

Page 90

1   just as we asked Karen what I said, which was on

2   the record.

3        Q    Let me have marked the next exhibit.

4             (Plaintiffs' Exhibit 8, Email, was

5   marked.)

6   BY MR. GROSSI:

7        Q    We're marking as Exhibit 8 a

8   memorandum -- I'm sorry -- an email.  The top one

9   of which is dated August 16, 2017.

10            Now, this email indicates that

11  Mr. Earl Comstock wrote to Secretary Ross on

12  August 11th and he stated, quote, per your

13  request, here is a draft memo on the citizenship

14  question that James Uthmeier in the Office of

15  General Counsel prepared and I reviewed.  Once you

16  have had a chance to review, we should discuss so

17  we can refine the memo to better address any

18  issues.

19            And it appears that Ms. Teramoto then

20  followed up on that by saying that Peter Davidson

21  and Karen Dunn Kelley will both be here Monday.

22  Let's spend 15 minutes together and sort this out.

```
                                        Page 91
1           And then Mr. Comstock responded to
2   Ms. Teramoto and to Secretary Ross by copy saying,
3   "Thanks, Wendy, that works for me."
4           Now, Wednesday was August 16th, and I'll
5   represent that the Monday was August 20th.  Is
6   that consistent with your recollection that you
7   came in on August 20th and had a discussion about
8   various things?
9           MR. GARDNER:  I think your math is wrong.
10          THE WITNESS:  Sir, I think it was the
11  21st.
12          MR. GARDNER:  The 21st.
13          THE WITNESS:  August 21st.  Or I said the
14  wrong date before, as well, so we have to correct
15  Monday -- Monday was the 21st.
16  BY MR. GROSSI:
17     Q   You're right.  Absolutely right.
18          So Monday was the 21st, and that's the
19  day you came in and assumed your position, okay.
20          And so you discussed with them on
21  August the 21st, among other things, I'm sure, the
22  draft memo on the citizenship question that had
```

Page 92

1    been prepared for Secretary Ross, correct?

2        A    I do not recall any conversations like

3    that.

4        Q    Do you think that might have been the

5    first time you really got into the details of

6    adding it?

7        A    I don't recall a conversation about it.

8        Q    Okay.  But you wouldn't deny that as of

9    August 21st, you had been briefed on the

10   citizenship issue?

11           MR. GARDNER:  Objection.  Mischaracterize

12   the witness's testimony.

13           THE WITNESS:  As I said, I do not,

14   unfortunately, remember when I first learned about

15   it.  It is possible.  I'm not denying it.  I'm not

16   confirming it.  I just don't know.  I wish I

17   could -- I wish I could tell you.  I just don't

18   know.

19   BY MR. GROSSI:

20       Q    Did you receive memoranda about the

21   citizenship question, and that's a shorthand of,

22   obviously, adding a citizenship question to the