September 6, 2018

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

   RE: *Plaintiffs' Status Report in State of New York, et al. v. U.S. Dep't of Commerce, et al.,* 18-CV-2921 (JMF) and *New York Immigration Coalition, et al. v. U.S. Dep't of Commerce, et al.*, 18-CV-5025 (JMF)

Dear Judge Furman,

With regard to the Plaintiffs' motion to compel interrogatory responses and to complete the administrative record, 18-CV-2921 ECF 293, 18-CV-5025 ECF 117, during a meet and confer on other issues yesterday afternoon, Defendants advised that they were prepared to provide certain of the relief sought in the motion, including conducting supplemental searches to complete the Administrative Record. While discussions remain ongoing, Plaintiffs request that the motion be held in abeyance. Defendants' response to this motion would otherwise be due today, September 6.

Plaintiffs will advise the Court if the parties are able to resolve the issues raised in the motion.

           Respectfully submitted,

           ARNOLD & PORTER KAYE SCHOLER LLP
           AMERICAN CIVIL LIBERTIES UNION

           By: /s/ John A. Freedman

| | |
|---|---|
| Dale Ho | Andrew Bauer |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 125 Broad St. | 250 West 55th Street |
| New York, NY 10004 | New York, NY 10019-9710 |
| (212) 549-2693 | (212) 836-7669 |
| dho@aclu.org | Andrew.Bauer@arnoldporter.com |
| | |
| Sarah Brannon[+][**] | John A. Freedman |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 915 15th Street, NW | 601 Massachusetts Avenue, N.W. |
| Washington, DC 20005-2313 | Washington, DC 20001-3743 |
| 202-675-2337 | (202) 942-5000 |
| sbrannon@aclu.org | John.Freedman@arnoldporter.com |

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

+ admitted pro hac vice
\*\* Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).

                                                  Attorneys for *NYIC* Plaintiffs, 18-CV-5025

                                                  BARBARA D. UNDERWOOD
                                                  Attorney General of the State of New York

                                                  By: /s/ Matthew Colangelo
                                                  Matthew Colangelo (MC-1746)
                                                    Executive Deputy Attorney General
                                                  Elena Goldstein (EG-8586), Senior Trial Counsel
                                                  Ajay Saini (AS-7014), Assistant Attorney General
                                                  Office of the New York State Attorney General
                                                  28 Liberty Street
                                                  New York, NY 10005
                                                  Phone: (212) 416-6057
                                                  Matthew.Colangelo@ag.ny.gov