# EXHIBIT E

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------------------
      NEW YORK IMMIGRATION COALITION, ET AL.,
 4
                      Plaintiffs,
 5         vs.          Case No.  1:18-CF-05025-JMF
 6    UNITED STATES DEPARTMENT OF COMMERCE, ET AL.,
 7                      Defendants.
      ----------------------------------------
 8
 9                      Washington, D.C.
10                      Wednesday, August 29, 2018
11    Deposition of:
12              DR. JOHN ABOWD
13    called for oral examination by counsel for
14    Plaintiffs, pursuant to notice, at the office of
15    Arnold & Porter, 601 Massachusetts Avenue NW,
16    Washington, D.C., before KAREN LYNN JORGENSON,
17    RPR, CSR, CCR of Capital Reporting Company,
18    beginning at 9:06 a.m., when were present on
19    behalf of the respective parties:
20              Veritext Legal Solutions
                Mid-Atlantic Region
                1250 Eye Street NW - Suite 350
21              Washington, D.C.  20005
22
```

Page 8

1                    P R O C E E D I N G S

2    WHEREUPON,

3

4             VIDEOGRAPHER:  Good morning.  We're going

5    on the record at 9:06 a.m. on Wednesday August 29,

6    2018.  Please note that the microphones are

7    sensitive and may pick up whispering and private

8    conversations.  Please turn off all cell phones

9    and place them away from the microphones, as they

10   can interfere with the deposition audio.  Audio

11   and video recording will continue to take place

12   unless all parties agree to go off the record.

13             This is Media Unit 1 of the video

14   recorded deposition of Dr. John Abowd taken by

15   counsel for the plaintiff in the matter of the

16   New York Immigration Coalition, et al., v.

17   United States Department of Commerce, et al.  This

18   case is filed in the U.S. District Court of the

19   Southern District of New York.  This deposition is

20   being held at the law offices of Arnold & Porter

21   located at 601 Massachusetts Avenue Northwest,

22   Washington, D.C. 20001.

Page 9

```
 1          My name is Dan Reidy from the firm
 2   Veritext Legal Solutions, and I'm the
 3   videographer.   The court reporter is
 4   Karen Jorgenson from the firm Veritext Legal
 5   Solutions.
 6          I am not authorized to administer an
 7   oath.  I am not related to any party in this
 8   action, nor am I financially interested in the
 9   outcome.
10          Also, counsels' appearances will be noted
11   on the stenographic record rather than orally at
12   this time.
13          Will the court reporter please swear in
14   the witness?
15                DR. JOHN ABOWD,
16   called as a witness, and having been first duly
17   sworn, was examined and testified as follows:
18          THE WITNESS:  I do.
19                EXAMINATION BY MR. HO:
20     Q   Dr. Abowd, before we get started, I just
21   want to confirm something on the record with your
22   counsel.
```

Page 26

1    form.   I am certain that the questions for the

2    American Community Survey and the 2010 census were

3    put through the full battery of the tests.

4          If you would like, during the break, I

5    will call and ask for cognitive testing of the

6    censuses prior to the 2010.

7          Q   Well, so just stick with the 2010.   The

8    full short form census enumeration questionnaire

9    was cognitively tested before being deployed for

10   the actual 2010 census, correct?

11         A   That is my understanding.   But it may

12   have been question by question.   I will -- I will

13   actually, during a break, ask a more specific

14   question about the form of the testing.

15         Q   Dr. Abowd, has there been any field

16   testing of the citizenship question that's going

17   to be used on the 2020 census without a prefatory

18   question about nativity?

19         A   No.

20         Q   And there's been no field testing of the

21   full 2020 census questionnaire, including the

22   citizenship question, correct?

1      A    That's correct.

2      Q    And before the 2010 census, as far as you

3   know, there was field testing of the full short

4   form census questionnaire, right?

5      A    Yes.

6      Q    At present, there are no plans for field

7   testing of the full 2020 census questionnaire,

8   including the citizenship question; is that right?

9      A    That's correct.

10     Q    Why not?

11     A    In May of 2016 the -- Enrique Lamas, the

12  associate director for demographic programs, who

13  is performing the nonexclusive functions and

14  duties of the deputy director -- and I'm going to

15  call him the acting deputy director from now on --

16  the acting deputy director asked Victoria Velkoff,

17  the chief of the American Community Survey Office,

18  to design a field experiment for the census

19  questions in the exact ACS form and without a

20  lead-in nativity question using the experimental

21  components of the American Community Survey, which

22  allow us to deploy test instruments without

1   disrupting the production instrument, but with a

2   proper experimental design.

3          Tori drafted such an experiment.   It

4   included multiple forms of the citizenship

5   question; the one that is in the ACS, the shorter

6   one that's in the Current Population Survey, and

7   no citizenship question, at all.  Designed a

8   randomized controlled trial of those questions,

9   controlled to produce sampling errors of either a

10  half of a percent or one percentage point and

11  presented the plan to the acting deputy director

12  and its budget.

13         The acting deputy director and

14  Ron Jarmin, the deputy director performing the

15  nonexclusive functions and duties of the director,

16  and I'm going to call him the acting director from

17  now on.  The acting director and Enrique decided

18  that the experiment which could not be deployed

19  until the earliest, November of 2019, and possibly

20  not until the following February, I believe, was

21  not going to produce sufficient information to be

22  worth deploying.  In their opinion, and in the

1   opinion of the Census Bureau professionals, the

2   citizenship question, even without a nativity

3   lead-in, has been adequately tested.

4       Q    I believe you said that it was in May of

5   2016 --

6       A    I said -- I may have said '19, but I

7   meant May of 2018.  It was after the

8   Secretary -- sorry.  Thank you for correcting me.

9   It was after the Secretary instructed us to add

10  the question.  It was in May of this year.

11      Q    Thank you for clarifying.

12           Dr. Abowd, what is the Center For Survey

13  Measurement within the Census Bureau?

14      A    The Center For Survey Measurement is a

15  group of, primarily, behavioral scientists and

16  survey methodologists led by Paul Beatty who is

17  the chief.

18      Q    And what does -- I'll call it CSM for

19  short -- what does CSM do?

20      A    CSM does a variety of questionnaire

21  testing and qualitative research, leading content

22  recognition questionnaire layout, ISR -- Internet

1    that block-level CVAP data will be larger or

2    smaller than the error margins associated with the

3    block-level CVAP data that DOJ currently uses,

4    based on ACS estimates?

5        A    I have to give a nuanced answer to that

6    question.  We don't know, because we haven't set

7    the parameters of the disclosure avoidance system

8    yet.  That's somewhat new territory for my

9    colleagues, and I am certain that one of the

10   things we will be discussing is whether the error

11   margins associated with both the P.L. 94 and the

12   CVAP table at the block level still allow

13   redistricting offices and the

14   Department of Justice to use the data effectively.

15   That is the use case for those data.

16       Q    Would you agree -- never mind.  That's

17   fine.

18            You testified a little bit about a

19   possible RCT of the citizenship question and

20   request from, I believe it was Enrique Lamas, to

21   get a proposal for doing an RCT of the citizenship

22   question without the prefatory nativity question

Page 102

1 that's been used in past questionnaires.

2         Did I get that right?

3     A    Everything you just said is what I said,

4 I think, yes.

5     Q    Okay. And that was in March of 2018?

6     A    May.

7     Q    May of 2018.

8         And are there documents to reflect the

9 request from Mr. Lamas to conduct an RCT of the

10 citizenship question without a prefatory question

11 without nativity?

12     A    First of all, he didn't request an RCT.

13 He requested a proposal for an RCT.

14     Q    Thank you.

15     A    And I have seen Victoria Velkoff's

16 response to that request. So there are artifacts,

17 yes.

18     Q    Was that request, or Ms. Velkoff's

19 response, were those in emails?

20     A    I do not know how the correspondence

21 between Enrique and Tori Velkoff was conducted.

22 But there is a document that is the proposal of

1   American Community -- ACS office produced, and

2   that was transmitted to me by email.

3       Q   And when you say there was a document

4   produced, was that like a memorandum attached to

5   an email or was it in the text of an email?

6       A   It was a separate document, short summary

7   of the proposal.  I think it was all of the

8   proposal, but it was short.

9       Q   As set forth in that proposal, how long

10  would the RCT have taken?

11      A   I did read it very recently, but I did

12  not memorize it.  The way it works in the

13  experimental components of the American Community

14  Survey is you designate certain months in the

15  field for data collection.  And then the

16  American Community Survey data are processed in a

17  flow, but we don't release the official products

18  until the flow of an entire year has been

19  processed, but we would have been able to evaluate

20  an experiment as soon as the months that were in

21  the experiment were evaluated.

22          She gave two separate start dates for the

Page 104

1    experiment.  One was November and one was early in

2    2019.  But I don't remember her saying how many

3    months it had to run to achieve the standard

4    errors that -- that it was designed to produce, so

5    that's -- it may not have been in there.

6         Q   Do you know how expensive either of those

7    proposals to conduct an RCT of the citizenship

8    question would have been?

9         A   Would you remember to re-ask that

10   question after the next break?  I would rather

11   give you exactly the right answer than the two

12   numbers I remember, and I think I have transposed

13   digits in one of them, so I'm just going to go

14   look.

15        Q   I appreciate that.  And if it's not me,

16   then it might be somebody else.

17        A   Right.  As long as someone knows to

18   re-ask, I know my counsel will remind me to check.

19        Q   Was that RCT proposal discussed with

20   anyone outside of the Census Bureau?

21        A   When I discussed that RCT proposal with

22   the acting deputy director, he took

Page 105

1   responsibility, in conjunction with the acting

2   director, for giving me the no-go, but he didn't

3   tell me whether he discussed with anyone else

4   outside the Bureau.

5       Q   So you're aware that Dr. Jarmin and -- I

6   don't know if it's Dr. or Mr. Lamas?

7       A   It's doctor.  It's Dr. Velkoff, too.

8       Q   Okay.  You don't know if anyone other

9   than Dr. Jarmin and Dr. Lamas were involved in

10   this -- the decision not to do the RCT of the

11   citizenship question?

12       A   I do not know.

13       Q   You testified at one point whether or

14   not -- excuse me -- you testified at one point

15   that there are indicators in that -- let me try

16   again.

17           I think you testified earlier that there

18   are indicators suggesting that nonresponse rates

19   to a citizenship question among noncitizens are

20   increasing; is that right?

21       A   Yes.

22       Q   What are those indicators that you were

Page 137

1    my rank, but some will send a specialist.  And

2    then the director conveys to the Department of

3    Commerce a set of recommendations to fill a

4    vacancy.  It's the Department of Commerce then

5    decides to whom to extend that invitation.

6        Q    Is it fair to say that, generally

7    speaking, CSAC members are highly regarded as

8    social scientists by the Census Bureau?

9        A    Yes.

10       Q    You're familiar with former Census Bureau

11   director John Thompson?

12       A    I have met Dr. Thompson.  Mr. Thompson,

13   excuse me.

14       Q    Fair to say that the Census Bureau has a

15   high opinion of Dr. Thompson as a scientist?

16       A    It is Mr., and yes.

17       Q    Fair to say the Census Bureau considers

18   him well versed in standard Census Bureau testing

19   practices?

20       A    Yes.

21       Q    Has the Census Bureau contracted with any

22   private companies or PR firms to conduct research

1   on public attitudes with respect to answering a

2   citizenship question?

3       A    The Census Bureau has awarded the

4   integrated communication contract for the 2020

5   census.   Under task orders associated with that

6   contract, the CBAMS -- I expanded the acronym

7   earlier -- the CBAMS surveys and the CBAMS focus

8   groups were conducted.   They were conducted by the

9   contractor, who I believe satisfies the definition

10  of an external expert on collecting survey

11  opinion.

12          And after the Secretary instructed us to

13  put the citizenship question on the 2020 census,

14  the focus group protocol was modified to begin

15  collecting information on it, but it was not time

16  to modify the survey protocol.

17      Q    Who is that external contractor?

18      A    So the lead contractor is

19  Young & Rubicon.

20      Q    Has the Census Bureau contracted with a

21  company named Reingold to conduct research on

22  public attitudes with respect to answering a

Page 139

1   citizenship question?

2           Reingold spelled R-E-I-N-G-O-L-D.

3       A   I do not know whether Reingold is a

4   subcontractor in the integrated communication

5   contract.  If they are, then the answer could be

6   yes.  I'm not aware of another contract, but I

7   will check during a break.

8       Q   Okay.  Does the Census Bureau think that

9   adding a citizenship question to the 2020

10  enumeration questionnaire is a good idea?

11      A   No.

12          MR. HO:  Can we go off the record for a

13  second?

14          VIDEOGRAPHER:  We're going off the

15  record.  The time on the video is 12:07 p.m.

16          (Off the record.)

17          VIDEOGRAPHER:  This begins Media Unit

18  Number 3.  The time on the video is 1:03 p.m.  We

19  are on the record.

20  BY MR. HO:

21      Q   Dr. Abowd, I don't have any other

22  questions for you at this time, but I know you

Page 140

1   said you were going to check on a few things at

2   lunch, and I just wondered if there was anything

3   in particular that you wanted to offer any detail

4   about that you were unable to -- for which you

5   were unable to do earlier?

6        A    Yes.  First of all, let's go to the

7   easiest one.  Reingold is a contractor for the

8   Census Bureau.

9        Q    Okay.  What are they a contractor for?

10       A    They're in -- they have one of the

11  decennial communications contracts.  I have

12  requested a summary of the task orders.  I haven't

13  received it yet.

14       Q    Do you know what work they've performed

15  for the Census Bureau?

16       A    That's why I asked for a summary of the

17  task orders.  I do not.

18       Q    Do you know if there are any documents

19  reflecting the work that Reingold has done for the

20  Census Bureau?

21       A    I didn't ask that.  I will at the next

22  break.

Page 141

1      Q    Any other issues you'd like to clarify?

2      A    In the ACT -- I'm sorry -- ACS RCT, the

3    design was to last for six weeks of data

4    collection, so the one that would -- had it

5    started in November, those data would have been

6    collected by mid-January.  There were two designs.

7    They both involved a control group, which in these

8    experiments just means the ACS says it is being

9    run, so we don't have a separate control group.

10           A questionnaire that just had the

11   American Community Survey citizenship question,

12   just the citizenship question, and a group -- a

13   treatment group that just had the CPS version, yes

14   or no.  It wasn't the exact CPS version but a

15   two-choice version.  And then --

16           (Thereupon, the court reporter

17   clarified.)

18           THE WITNESS:  A treatment group that had

19   no citizenship question.

20           To achieve the high level of accuracy

21   would have been $4 million.  To achieve the lower

22   level of accuracy would have been 2 million, same

Page 142

1   field period.

2   BY MR. HO:

3       Q    Thank you.  And this would have been the

4   only testing of the 2020 decennial questionnaire

5   with a citizenship question in it, correct?

6       A    This is the only field testing with and

7   without citizenship question, directly analyzing

8   the citizenship question that we have considered

9   at the Census Bureau.

10          I also verified that the 2010 census

11  questionnaire had full cognitive and field

12  testing.  That the 2020 questionnaire without the

13  citizenship question had -- so I asked him the

14  same way you asked me, was adequately, cognitively

15  tested; yes.

16      Q    I'm sorry.  Who did you ask whether or

17  not?

18      A    I asked my staff -- the same group that I

19  had been asking generally about the testing, I

20  specifically asked about the cognitive testing for

21  the 2020 questionnaire, with and without the

22  citizenship question, and their answer was that it

Page 143

1   was adequately tested with the citizen- -- without

2   the citizenship question, but not adequately

3   tested with the citizenship question, cognitive

4   testing.

5       Q    Thank you.

6       A    Okay.

7            And, thirdly, in this table, Exhibit 12,

8   the third panel, the CAPI response rate, I

9   confirmed, so I can now say the way the tract was

10  put into deciles was based on the five-year

11  American Community Survey for the middle five

12  years of the table, so 2011 through 2015.  That

13  the CAPI response rate is just the CAPI response

14  rate in the nonresponse follow-up system, okay.

15           I think those were all the things we had

16  unresolved.  If you think there were others -- we

17  went over our notes, but I think I've answered the

18  questions that that were unresolved.

19           MR. HO:  I don't have any others right

20  now, so I'm going to pass you along to one of the

21  other lawyers for one of the other plaintiff

22  groups, subject, of course, to the issue that I've

1   MAFIDs.  Then the -- the primary instrument was an

2   Internet self-response instrument run off the same

3   computer system with the American Community Survey

4   and many of the economic surveys are run off of.

5           If the -- if the contact, which is by

6   mail, comes back determining that there's nobody

7   living there, so they're removed from the scope of

8   the sample, and then we calculate the percentage

9   of households that we get a response from.  So

10  about 17 percent -- about 17,000 of the 50,000

11  households responded.  In the way we calculate

12  response rates, that's about a 38 percent response

13  rate.

14      Q   And I'm going to hand you what's going to

15  be marked as Exhibit 18.

16          (Plaintiffs' Exhibit 18, 2020 CBAMS

17  survey, was marked.)

18  BY MR. ADAMS:

19      Q   And I will represent that this is a

20  document downloaded from the Census Bureau's

21  website and identified as the 2020 CBAMS survey.

22  Do you recognize the document as being the 2020

Page 268

1    CBAMS survey?

2         A    So I've only ever seen the code book, not

3    the instrument.  But I recognize questions, so I

4    think this is the right questionnaire.

5         Q    And how -- how are these questions

6    selected for inclusion in the survey?

7         A    We conducted a much more limited CBAMS in

8    2008.  That, I believe, was the first time we

9    attempted to get pre-census information on factors

10   that might affect the costs of carrying out the

11   census, the effectiveness of the census.  There is

12   a -- there is a research staff led by one of

13   the -- by a senior survey methodologist,

14   Nancy Bates, and with other senior mathematical

15   statisticians and with other senior survey

16   measurement experts, some in the Center For Survey

17   Measurement and some in the decennial census

18   statistical divisions, and some in the other parts

19   of the Census Bureau.  They put this instrument

20   and the survey through our lifecycle survey

21   development program.

22              They had constructs that they were trying

1    to capture.  Some of which they believed to be

2    well captured by questions that had been used in

3    older CBAMS.  Some of which come from questions

4    that are used by other survey organizations to

5    measure general attitudes.  There are a large

6    number of those and our survey measurement experts

7    are very familiar with them.

8              So -- so they would have had a set of

9    candidate questions -- they have, generally

10   speaking, a known budget or approximate budget,

11   and experience in planning how much of that budget

12   has to be allocated to instrument development,

13   instrument testing.  So if it's an Internet

14   self-response, so there's no field operations for

15   the data collection operation.  There was no

16   nonresponse follow-ups, so that phase isn't there.

17   And then, post -- post-response processing and

18   data editing tabulation.  So they would have had a

19   tentative plan for allocating their budget across

20   the steps and then put the questionnaire through

21   cognitive testing, the questions, unless the

22   question has been previously cognitively tested,

Page 270

1    and then laboratory testing of the whole form.

2          And then I believe they used a small

3    experimental sample.  Our -- I'm not sure they

4    used an experimental sample.  They might have all

5    been done with laboratory samples, so those are

6    people that were recruited into our labs to take

7    whole instruments as opposed to single questions

8    or focus groups.  The Center For Survey

9    Measurement has laboratory facilities that can

10   simulate the survey environment or simulate

11   questions or conduct a focus group.  They would

12   have used a combination of those tools to get the

13   instrument in place.

14         One of the statisticians on the team

15   would have drawn the address sample from the MAF.

16   The addresses would have been prepared, mail-out

17   materials inviting you to participate would have

18   been prepared, and then the effort staged during a

19   fixed field operation.

20         The survey was conducted in collaboration

21   with -- in collaboration of Y&R, Young & Rubicon,

22   the lead contractor in the integrated

Page 271

1   communication contract, and Y&R and other

2   subcontractors in that contract also participated

3   in the development and some of their resources

4   were used, as well.

5       Q   Will the result of the 2020 CBAMS be used

6   only for the purposes of the 2020 census?

7       A   Well, I'm sure the answer to that

8   question is no, because our data can be used

9   regularly.  They were collected primarily in

10  support of the 2020 census.  That's a funding

11  issue.  So we couldn't have run a survey like this

12  intending to use it primarily for the SIPP and

13  charged it to 2020.  So its principal reason for

14  being conducted was in support of the 2020 census.

15  But it produced useful data.  We are still using

16  the data for the one we conducted in 2008 in

17  support of the 2010 census.  So it's a reasonable

18  presumption that the data will be used for other

19  purposes, but their primary purpose is in support

20  of the 2020 census.

21      Q   I believe you testified earlier that when

22  you were trying to draft the protocol for adding a

Page 288

1  operation under a budget from the decennial.  We

2  don't get a separate -- we have lots of

3  enumerators who haven't worked for us except for

4  the census, but their -- that whole process is run

5  through the field directorate.

6      Q   How are the results from the CBAMS

7  currently being used?  Are the results currently

8  being used to modify protocols, to design

9  messaging campaigns or other -- in other ways?

10     A   The results are currently in the hands of

11  a small team from Young & Rubicon and the

12  Census Bureau, being coordinated within the

13  Census Bureau by Nancy Bates, and Gina Walejko on

14  the technical side.  They were the core of the

15  team that did this successfully.  By this, I mean

16  focused the advertising and focused the field

17  effort on quantitatively-identifiable low response

18  areas that -- Nancy, in particular, is something

19  of a pioneer in this area.  So she is using her

20  expertise.  Gina is using her expertise.  The Y&R

21  team is using their expertise, which comes from a

22  different domain, and the field staff is using

Page 289

1    their expertise to try to learn what we can from

2    these data, in addition to the other tools that

3    we've already produced, like the -- the low

4    response indicators in the planning database.  So

5    all of those tools will get used.

6         Some of those tools have been actively

7    incorporated into the operational control systems

8    optimizer so that it can use them as a part of its

9    scheduling algorithm.  The field supervisors and

10   the managers will get briefed, but the primary

11   use, right now, is to ramp up the communication

12   campaign.

13       Q    And just to confirm, the final report

14   will be publicly available, you anticipate, in

15   November or December?

16       A    I'm guessing it's still going to be

17   labelled an interim report, but it will be the

18   first public report from the CBAMS.

19            MR. ADAMS:  Let's go off the record.

20            VIDEOGRAPHER:  We're going off the

21   record.  The time on the video is 4:53 p.m.

22            (Off the record.)

Page 317

1   of that recruitment plan.

2       Q   But it's fair to say that the low levels

3   of unemployment right now will make it more

4   difficult to hire enumerators?

5           MR. EHRLICH:   Objection.   Form.

6           THE WITNESS:   It's fair to say it will

7   make it more expensive to hire enumerators.   And

8   if that's not acknowledged, then it will make it

9   more difficult to hire enumerators.

10  BY MS. GOLDSTEIN:

11      Q   So, previously, you testified about the

12  work that Young & Rubicon was retained to do,

13  correct?

14      A   So I testified about the work of the

15  integrated communication contract for which Y&R is

16  the lead contractor.

17      Q   Have they done attitudinal studies on the

18  citizenship question as part of that contract?

19      A   I do not know whether they have done

20  them.   I do know that they are being actively

21  discussed.

22      Q   And has Reingold performed attitudinal

Page 318

1    studies on the citizenship question?

2       A   So, as I said earlier, I would learn what

3    Reingold -- so Reingold is a partner in the

4    integrated communication contract, one of the

5    subcontractors.   Reingold has been involved in the

6    task orders associated with the integrated

7    communication contract to date.   Reingold did

8    participate in the CBAMS task order.   I asked

9    whether the task orders were public, and the task

10   orders are not public.   So they either have to be

11   FOIA'd or if they're discovered, they have to be

12   redacted to remove confidential information from

13   them.   I think that that's what I promised to get

14   in terms of an answer about Reingold.

15      Q   But do you know if they have performed

16   attitudinal studies as part of this?

17      A   So I do not know whether Reingold was the

18   specific subcontractor or on the subcontractor

19   team to do them.   That would be in the task

20   order -- the task order would say this has to be

21   done, and then Y&R would assemble the team that

22   did it.   So I might not necessarily know, but the

Page 319

1   financial officer paying the bills would know

2   whether contractors --

3           The Census Bureau's answer to that

4   question is they have actively participated in the

5   task orders to date and -- and that included the

6   CBAMS, which did have attitudinal -- I think

7   you're not talking about those attitude studies.

8       Q    There are other attitudinal studies

9   pursuant to that contract, correct?

10      A    There is discussion of other attitudinal

11  work broadly interpreted, but we're not done

12  collecting data - --

13      Q    Right.

14      A    -- about things that might make it easier

15  or more difficult to conduct the census.

16      Q    So are -- there are no results yet to be

17  analyzed from those studies?

18      A    As far as I know, yes.  The agency's

19  answer is there are no --

20           (Thereupon, the court reporter

21  clarified.)

22           THE WITNESS:  There are not yet any data

Page 331

1    are on the record.

2    BY MS. GOLDSTEIN:

3        Q    Dr. Abowd, I think I have just one more

4    question.

5            If you will turn to the last page of the

6    exhibit in front of you Bates marked 1320.

7        A    Okay.

8        Q    In light of the Census Bureau's analysis

9    of Alternative C versus Alternative D, do you

10   agree that reinstatement of a citizenship

11   question on the 2020 decennial census is necessary

12   to provide complete and accurate data in response

13   to the DOJ request?

14       A    No.

15       Q    And that is the position of the

16   Census Bureau, correct?

17       A    Yes.

18           MS. GOLDSTEIN:

19       Q    Thank you, Dr. Abowd.

20           I just want the record to reflect and

21   that plaintiffs -- and I speak to all plaintiffs

22   with respect to this -- are leaving the record

Page 332

1    open, because, among other reasons, the documents

2    that were produced last evening that we have not

3    had time to review that are relevant to this

4    deposition, both with respect to the underlying

5    documents, as well as to how the documents relate

6    to many of the topics listed in the 30(b)(6)

7    deposition notice, as well as documents that were

8    identified this afternoon that have not yet, to

9    our knowledge, been produced.  These include the

10   Reingold documents, documents relating to the Y&R

11   contract, the CBAMS microdata file that was given

12   to Y&R, and the July extended white paper and

13   possible other documents that we will confer with

14   counsel on.

15          MR. EHRLICH:  I think Dr. Abowd said the

16   July white paper was the same as the August white

17   paper we sent you.

18          MS. GOLDSTEIN:  There were some small

19   modifications.  So to the extent there is another

20   version of that white paper that should be

21   produced to us, okay?

22          MR. EHRLICH:  We can talk about that.

Page 334

1      Q    And is there a place -- a place where you

2   could find the expected enumeration from the

3   administrative records?

4      A    That's a component of the lifecycle cost

5   estimates.

6      Q    And why was it that the RCTs that we've

7   discussed previously were not put into the field?

8      A    Acting Deputy Director Lamas,

9   Acting Director Jarmin, and Under Secretary Kelley

10  conferenced about that proposal and determined

11  that the 42 million households that had already

12  asked -- had already answered the existing

13  citizenship question constituted adequate testing

14  and that we would use that question.

15          MR. EHRLICH:  I have nothing else.

16      FURTHER EXAMINATION BY MS. GOLDSTEIN:

17      Q    One follow-up question on that,

18  Dr. Abowd.  Sorry.

19          Was the Census Bureau team of experts

20  consulted on Director Jarmin, Under Secretary

21  Kelley and Dr. Lamas's decision not to put those

22  RCTs into the field?

Page 335

1       A    Tori Velkoff, although she's not an

2   author of the paper that you got, was a member of

3   the SWAT team.  She had staff supported.

4           So in these situations, the senior

5   leadership of the Census Bureau consults with the

6   internal experts they believe are most salient.  I

7   mean, Tori preferred the cost estimate, so that

8   was -- that's who got consulted.

9       Q    So Ms. Velkoff got consulted?

10      A    Yes.

11      Q    Thank you.

12          And were you -- were you consulted?

13      A    No.

14      Q    Thank you.

15          VIDEOGRAPHER:  This concludes today's

16  video deposition.  The time on the video is

17  6:14 p.m.  We are off the record.

18          (Whereupon, at 6:14 p.m., the deposition

19  of Dr. John Abowd was concluded.)

20

21

22

Page 336

```
 1                  *  *  *  *  *

 2              CERTIFICATE OF REPORTER

 3       I, KAREN LYNN JORGENSON, RPR, CSR, CCR the

 4  officer before whom the foregoing deposition was

 5  taken, do hereby certify that the witness whose

 6  testimony appears in the foregoing deposition was

 7  duly sworn by me; that the testimony of said

 8  witness was taken by me in stenotype and

 9  thereafter reduced to typewriting under my

10  direction; that the said deposition is a true

11  record of the testimony given by said witness;

12  that I am neither counsel for, related to, nor

13  employed by any of the parties to the action in

14  which this deposition was taken; and further, that

15  I am not a relative or employee of any counsel or

16  attorney employed by the parties hereto, nor

17  financially or otherwise interested in the outcome

18  of this action.

19       _____

20            KAREN LYNN JORGENSON, RPR, CCR, CSR

21  Dated this  1st           day

22  of    September    , 2018.
```

Page 337

1          ACKNOWLEDGEMENT OF DEPONENT

2      I, DR. JOHN ABOWD, do hereby acknowledge I

3  have read and examined the foregoing pages of

4  testimony, and the same is a true, correct and

5  complete transcription of the testimony given by

6  me, and any changes or corrections, if any, appear

7  in the attached errata sheet signed by me.

8

9

10

11

12

13  _____     _____

14  Date                 DR. JOHN ABOWD

15

     Stephen Ehrlich, Esquire

16  U.S. DEPARTMENT OF JUSTICE

     20 Massachusetts Avenue

17  Washington, D.C. 20530

18  IN RE:  New York Immigration Coalition, et al., v.

     United States Department of Commerce, et al.

19

20

21

22

Page 338

1    Dear Mr. Ehrlich:

2         Enclosed please find your copy of the

3    deposition of DR. JOHN ABOWD, along with the

4    original signature page.  As agreed, you will be

5    responsible for contacting the witness regarding

6    signature.

7         Within 21 days of receipt of transcript,

8    please forward errata sheet and original signed

9    signature page to counsel for, John Freedman and

10   all counsel  of record.

11        If you have any questions, please do not

12   hesitate to call.  Thank you.

13   Yours,

         *Karen Lynn Jorgenson*

14   Karen Lynn Jorgenson, RPR, CCR, CSR

     Capital Reporting Company

15   1821 Jefferson Place, Northwest

     3rd Floor

16   Washington, D.C. 20006

     (202) 857-3376

17

     cc:  All counsel of record

18

19

20

21

22

Page 339

1                    E R R A T A     S H E E T

2    Case Name:  New York Immigration Coalition, et

3    al., v. United States Department of Commerce, et

4    al.,

5    Witness Name:  DR. JOHN ABOWD

6    Deposition Date:  Wednesday, August 29, 2018

7    Page No.    Line No.         Change/Reason for Change

8

9

10

11

12

13

14

15

16

17

18    _____        _____

19    Signature                             Date

20

21

22