UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
:
STATE OF NEW YORK, et al.,                                                      :
:
Plaintiff,                                                                      :
:  18-CV-2921 (JMF)
-v-                                                                             :
:
UNITED STATES DEPARTMENT OF COMMERCE, et al.,                                   :
:
Defendants.                                                                     :
:
------------------------------------------------------------------------------- :
:
NEW YORK IMMIGRATION COALITION, et al.,                                         :
:
Plaintiff,                                                                      :
:  18-CV-5025 (JMF)
-v-                                                                             :
:
UNITED STATES DEPARTMENT OF COMMERCE, et al.,                                   :  ORDER
:
Defendants.                                                                     :
:
------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

     As stated on the record at the conference held on September 14, 2018, the parties agree that consolidation of these cases would be appropriate.  In light of that, and because the actions involve common questions of law and fact, it is hereby ORDERED that, pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, the two cases are consolidated under the case number 18-CV-2921.  The Clerk of Court is directed to consolidate 18-CV-2921 and 18-CV-5025 under case number 18-CV-2921, and to close 18-CV-5025.

     SO ORDERED.

Dated: September 14, 2018
       New York, New York

                                      JESSE M. FURMAN
                                  United States District Judge