AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    18-cv-2921 |
| U.S. Department of Commerce, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants U.S. Department of Commerce, U.S. Census Bureau, Wilbur L. Ross, Jr., and Ron S. Jarmin      .

Date:      09/19/2018

/s/ Garrett Coyle
*Attorney's signature*

Garrett Coyle (GC2490)
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
*Address*

garrett.coyle@usdoj.gov
*E-mail address*

(202) 616-8016
*Telephone number*

(202) 616-8470
*FAX number*