

**U.S. Department of Justice**
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530

Dated: September 20, 2018

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York

    Re:   *State of New York, et al., v. U.S. Department of Commerce, et al.*, 18-cv-2921 (JMF)

Dear Judge Furman:

    Pursuant to the Court's September 17, 2018 Scheduling Order, Defendants submit this letter to advise the Court on the availability of a key witness for trial. Defendants intend to proffer testimony from Dr. John Abowd, Chief Scientist and Associate Director of Research and Methodology at the U.S. Census Bureau. Of the trial dates scheduled, Dr. Abowd is available only on November 5, 2018 and November 14–16, 2018. Defendants do not request an adjournment of the scheduled trial dates as long as Dr. Abowd's availability can be accommodated. Defendants have conferred with Plaintiffs, and they have advised that they "have not had (and will not have this evening) sufficient opportunity to confer about the timing of [Dr. Abowd's] testimony prior to Judge Furman's deadline for advising the Court of potential scheduling issues."

    We thank the Court for its continued attention to this matter.

                        Respectfully submitted,

                        JOSEPH H. HUNT
                        Assistant Attorney General

                        BRETT A. SHUMATE
                        Deputy Assistant Attorney General

                        JOHN R. GRIFFITHS
                        Director, Federal Programs Branch

                        JOSHUA E. GARDNER
                        CARLOTTA P. WELLS
                        Assistant Directors, Federal Programs Branch

                        */s/   Stephen Ehrlich*
                        KATE BAILEY
                        GARRETT COYLE
                        STEPHEN EHRLICH
                        CAROL FEDERIGHI
                        DANIEL HALAINEN
                        MARTIN TOMLINSON
                        Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 305-9803
Email:  stephen.ehrlich@usdoj.gov

*Counsel for Defendants*

CC: All Counsel of Record (by ECF)