# BLOCK-LEVEL DATA on Citizen Voting Age Population Data (CVAP) is needed to ensure ONE PERSON ONE VOTE

March 22, 2018

0010237

# The only way to ACCURATELY collect block-level CVAP data is to RESTORE a question about citizenship to the 2020 Decennial Census.

*Without block-level CVAP data, the way that Congressional Districts are drawn will CONTINUE to effectively UNDERREPRESENT the Latino community in the United States.*

After the 2020 Census, U.S. legislative districts will be redrawn as part of the next redistricting cycle.

<u>Without CVAP data</u>:
- Legislative districts will be drawn to encompass large numbers of Latino residents, BUT many of those residents will likely be *ineligible to vote*, mostly due to their non-citizen status.
- Because of the high number of residents who are ineligible to vote, these districts will be UNLIKELY to elect a Latino representative, thereby DILUTING the Latino community's voice in public office.

<u>With CVAP data</u>:
- By restoring a citizenship question to the 2020 Decennial Census, block-level CVAP data can be used to help draw up legislative districts that *accurately* reflect the Latino voting population.
- Thus achieving the vital goal of **ONE PERSON ONE VOTE**.

---

**8. Is this person a citizen of the United States?**
- ☐ Yes, born in the United States → *SKIP to question 10a*
- ☐ Yes, born in Puerto Rico, Guam, the U.S. Virgin Islands, or Northern Marianas
- ☐ Yes, born abroad of U.S. citizen parent or parents
- ☐ Yes, U.S. citizen by naturalization – *Print year of naturalization* →
- ☐ No, not a U.S. citizen

The snapshot above was taken from the 2016 American Community Survey. Currently, the 2020 Decennial Census does *not* include a question regarding citizenship or naturalization.

Source: https://www.census.gov/acs/www/about/why-we-ask-each-question/citizenship/

2

# There are 37 U.S. Congressional Districts with a LATINO MAJORITY, BUT 10 of those 37 Districts are represented by NON-LATINOS.

## Districts with Latino Majority

| State | District | Latino Share of Total Population | Latino Share of Voting Population | Representative |
|---|---|---|---|---|
| Texas | 15 | 89% | 73% | Vincente Gonzalez (D) |
| California | 40 | 89% | 78% | Lucille Roybal-Allard (D) |
| Texas | 34 | 86% | 77% | Filemon Vela (D) |
| Texas | 16 | 84% | 74% | Beto O'Rourke (D) |
| Florida | 27 | 83% | 72% | Ileana Ros-Lehtinen (R) |
| Texas | 29 | 83% | 62% | Gene Green (D) |
| Texas | 28 | 80% | 68% | Henry Cuellar (D) |
| Florida | 25 | 76% | 63% | Mario Diaz-Balart (R) |
| California | 21 | 76% | 59% | David Valadao (R) |
| Texas | 20 | 75% | 64% | Joaquin Castro (D) |
| California | 35 | 74% | 61% | Norma Torres (D) |
| Florida | 26 | 74% | 64% | Carlos Curbelo (R) |
| Illinois | 4 | 74% | 56% | Luis Gutierrez (D) |
| California | 44 | 73% | 58% | Nanette Barragan (D) |
| California | 51 | 73% | 60% | Juan Vargas (D) |
| Texas | 23 | 72% | 60% | Will Hurd (R) |
| California | 29 | 71% | 56% | Tony Cardenas (D) |
| New York | 15 | 70% | 61% | José Serrano (D) |
| Arizona | 7 | 70% | 48% | Ruben Gallego (D) |
| California | 46 | 70% | 48% | Lou Correa (D) |
| Texas | 33 | 67% | 49% | Marc Veasey (D) |
| Texas | 35 | 67% | 51% | Lloyd Doggett (D) |
| California | 34 | 67% | 51% | Jimmy Gomez (D) |
| Arizona | 3 | 67% | 51% | Raúl Grijalva (D) |
| California | 32 | 65% | 54% | Grace Napolitano (D) |
| California | 38 | 65% | 56% | Linda Sanchez (D) |
| California | 41 | 63% | 47% | Mark Takano (D) |
| New York | 13 | 61% | 47% | Adriano Espaillat (D) |
| California | 16 | 61% | 45% | Jim Costa (D)** |
| New Jersey | 8 | 60% | 47% | Albio Sires (D) |
| California | 20 | 55% | 34% | Jimmy Panetta (D) |
| California | 31 | 54% | 42% | Pete Aguilar (D) |
| Texas | 27 | 54% | 45% | Blake Farenthold (R) |
| New Mexico | 2 | 54% | 45% | Steve Pearce (R) |
| California | 36 | 53% | 35% | Raul Ruiz (D) |
| Florida | 9 | 52% | 42% | Darren Soto (D) |
| New York | 14 | 52% | 33% | Joe Crowley (D) |

## Districts with Black Majority

| State | District | Black Share of Total Population | Black Share of Voting Population | Representative |
|---|---|---|---|---|
| Tennessee | 9 | 66% | 68% | Steve Cohen |
| Mississippi | 2 | 66% | 64% | Bennie Thompson |
| Alabama | 7 | 63% | 62% | Terri Sewell |
| Louisiana | 2 | 62% | 63% | Cedric Richmond |
| Georgia | 4 | 59% | 67% | Hank Johnson |
| Georgia | 5 | 59% | 61% | John Lewis |
| Pennsylvania | 2 | 58% | 58% | Dwight Evans |
| Georgia | 13 | 58% | 64% | David Scott |
| South Carolina | 6 | 57% | 58% | Jim Clyburn |
| Michigan | 13 | 57% | 59% | Brenda Lawrence |
| Illinois | 2 | 56% | 59% | Robin Kelly |
| Michigan | 13 | 56% | 55% | Vacant (formerly John Conyers) |
| New York | 8 | 55% | 63% | Hakeem Jeffries |
| Maryland | 7 | 54% | 55% | Elijah Cummings |
| Ohio | 11 | 54% | 52% | Marcia Fudge |
| Florida | 20 | 53% | 66% | Alcee Hastings |
| Maryland | 4 | 53% | 63% | Anthony Brown |
| New Jersey | 10 | 53% | 61% | Donald Payne Jr. |
| Georgia | 2 | 52% | 51% | Sanford Bishop |
| Illinois | 1 | 51% | 52% | Bobby Rush |
| Florida | 24 | 51% | 62% | Frederica Wilson |

**~ONE-THIRD (10 out of 37) of LATINO-majority districts are represented by NON-LATINOS**

**ONLY ONE representative in BLACK-majority districts is NON-BLACK**

The **LACK** of block-level Citizen Voting Age Population data for LATINO-majority Congressional Districts suggests that the result has been a **diminution** of Latino representation in Congress.

*Latino / Black share of voting population = Latino/Black population that is eligible vote divided by total population that is eligible to vote; **Jim Costa is not Latino, according to Mark Neuman (origins are not Spanish-speaking, origins in Latin America)
Sources: https://www.senate.gov/reference/resource/pdf/RL30378.pdf; https://factfinder.census.gov/faces/nav/jsf/pages/searchresults.xhtml?refresh=t; http://www.pewhispanic.org/interactives/mapping-the-latino-electorate-by-congressional-district/

# Latinos comprise 11% of the DC population. WHY then is there NOT ONE Latino on the 13-member City Council?



**Latinos comprise 11% of the DC population**

- But the ward lines have been drawn to DILUTE Latino voting power.
  - There are NO WARDS with a Latino majority*

Latino Residents
- < 5%
- 5-15%
- 15-25%
- 25-50%
- > 50%
- No Residents

* Information as of the 2010 Census
Sources: https://www.census.gov/mycd; http://www.neighborhoodinfodc.org/wards/libr_prof_wrd1.html; http://dccouncil.us/council



*There are ZERO Latino representatives on DC's 13-Member City Council*

- Chairman Phil Mendelson
- At-Large Councilmember Anita Bonds
- At-Large Councilmember David Grosso
- At-Large Councilmember Elissa Silverman
- At-Large Councilmember Robert C. White, Jr.
- Councilmember (Ward 1) Brianne Nadeau
- Councilmember (Ward 2) Jack Evans
- Councilmember (Ward 3) Mary Cheh
- Councilmember (Ward 4) Brandon Todd
- Councilmember (Ward 5) Kenyan McDuffie
- Councilmember (Ward 6) Charles Allen
- Councilmember (Ward 7) Vincent Gray
- Councilmember (Ward 8) Trayon White

# The Latino population of ILLINOIS is now LARGER (by a quarter million) than the Black population (2.1 vs. 1.9 million). Why are Latinos so UNDERREPRESENTED in Congress, the State House, State Senate, and Chicago City Council?

*ANSWER: The lack of CVAP Census Data for the Latino population.*

Having block-level CVAP data would facilitate drawing legislative districts where Latino candidates could have a fair shot at being elected to office.

## Latino Representation

**1** out of Illinois' 20 Members of Congress is LATINO

Rep. Luis Gutiérrez (RETIRING)

**5** out of Illinois' 59-Member State Senate is LATINO

**5** out of Illinois' 118-Member State House of Representatives is LATINO

## Black Representation

**3** out of Illinois' 20 Members of Congress is BLACK

Rep. Bobby Rush   Rep. Robin Kelly   Rep. Danny Davis



**10** out of Illinois' 59-Member State Senate is BLACK

**22** out of Illinois' 118-Member State House of Representatives is BLACK

Source: https://www.census.gov/quickfacts/fact/table/IL/RHI725216; http://www.ilga.gov/default.asp

# In Chicago, 11 wards have a LATINO majority. WHY then are 4 of these wards represented by NON-LATINOS?

**Chicago has 11 Latino-majority wards BUT 4 of those wards are represented by NON-LATINOS.**



*OVER ONE-THIRD of the Councilmembers representing Latino-majority wards are NON-LATINO.*

   

| Ward 14: | Ward 13: | Ward 10: | Ward 33: |
| --- | --- | --- | --- |
| 88% Latino | 72% Latino | 63% Latino | 54% Latino |
| Ed Burke | Marty Quinn | Susan Sadlowski Garza | Deb Mell |

**Latinos are the LARGEST minority group in Chicago (~30%), yet they are UNDER-REPRESENTED in the City Council.**

- Chicago's City Council has 50 seats.
- LATINO Councilmembers comprise LESS THAN A QUARTER (12/50).

**The lack of CVAP data DIMINISHES the VOTING POWER of Latinos in Chicago, DESPITE being the dominant minority group.**

Source: http://media.apps.chicagotribune.com/ward-redistricting/index.html ; http://www.chicagotribune.com/tt-the-chicago-city-council-meet-the-members-20150118-htmlstory.html

6

0010242