# Exhibit 9

Page 1

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3     ----------------------------------------

      NEW YORK IMMIGRATION COALITION, ET AL.,

4

                      Plaintiffs,

5          vs.          Case No.  1:18-CF-05025-JMF

6     UNITED STATES DEPARTMENT OF COMMERCE, ET AL.,

7                      Defendants.

      ----------------------------------------

8

9                      Washington, D.C.

10                     Wednesday, August 15, 2018

11    Deposition of:

12                     DR. JOHN ABOWD

13    called for oral examination by counsel for

14    Plaintiffs, pursuant to notice, at the office of

15    Arnold & Porter, 601 Massachusetts Avenue NW,

16    Washington, D.C., before KAREN LYNN JORGENSON,

17    RPR, CSR, CCR of Capital Reporting Company,

18    beginning at 9:08 a.m., when were present on

19    behalf of the respective parties:

20

21

22

Page 8

```
 1              P R O C E E D I N G S
 2    WHEREUPON,
 3           VIDEOGRAPHER:  Good morning, ladies and
 4    gentlemen.  We're going on the record at 9:07 a.m.
 5    August 15, 2018.  This begins Media Unit 1 of the
 6    video-recorded deposition of Dr. John Abowd taken
 7    in the matter of the State of New York, et al.,
 8    Plaintiff, versus United States Department of
 9    Commerce, Defendant, Case Number 18-CV-2921 (JMF),
10    and New York Immigration Coalition, et al.,
11    plaintiff, versus U.S. Department of Commerce,
12    et al. defendants case Number 18-CV-5025 (JMF)
13    filed in the U.S. District Court for the
14    Southern District of New York.
15           This deposition is being held at the law
16    offices of Arnold & Porter located at
17    601 Massachusetts Avenue, Northwest,
18    Washington D.C.
19           My name is Solomon Francis from the firm
20    of Veritext Legal Solutions, and I'm the
21    videographer.  The court reporter is
22    Karen Jorgenson with Veritext Legal Solutions.
```

1        Counsel, your appearances will be noted

2   on the stenographic record.

3        At this time, will the court please swear

4   in the witness and we can proceed.

5                  DR. JOHN ABOWD,

6   called as a witness, and having been first duly

7   sworn, was examined and testified as follows:

8            THE WITNESS:  I do.

9            EXAMINATION BY MR. FREEDMAN:

10      Q   Dr. John Abowd, good morning.  I'm John

11  Freedman from the law firm of Arnold & Porter.  I

12  represent the plaintiffs in the New York

13  Immigration Coalition case.

14           Could you state your name for the record?

15      A   My name is John Abowd.

16      Q   And what is your professional address?

17      A   United States Census Bureau Headquarters,

18  4600 Silver Lake Road, Room 8H-120,

19  Washington, D.C. 20223.

20      Q   Dr. Abowd, have you been deposed before?

21      A   Yes.

22      Q   If you don't understand my question,

Page 263

1        MR. CASE:  I don't know if these talking

2    points were introduced before or not.  Have these

3    been introduced before?

4        MR. GARDNER:  No.

5        MR. CASE:  So we've got 21 here.

6        MR. GARDNER:  Make sure you tell them the

7    Bates number.

8        THE WITNESS:  Twenty-two, I think.

9        MR. CASE:  Twenty-two.  This Bates number

10   is 3890.

11        (Plaintiffs' Exhibit 22, Talking points,

12   was marked.)

13   BY MR. CASE:

14    Q   Have you seen this document before?

15    A   I have seen the talking points.  I don't

16   think I've seen the rest of it.

17    Q   The process of adding content to the

18   census survey questionnaire; is that what you mean

19   you haven't seen?

20    A   I haven't seen this -- what looks like

21   www.census.gov fact sheet.

22    Q   Okay.

```
 1      A    But I've seen -- I've seen most of the

 2   content.  The organization of it might be

 3   different --

 4      Q    Okay.

 5      A    -- from the way I'd seen it.

 6      Q    So I want you to look at the steps for

 7   adding content to the survey questionnaire, and I

 8   want to specifically look at Step 3.  "The

 9   Census Bureau must test the wording of the new

10   question.  It is too late to add a question to the

11   2018 end-to-end test, so additional testing on a

12   smaller scale would need to be developed and

13   implemented as soon as possible."

14           Was additional testing on a smaller scale

15   developed and implemented as soon as possible?

16      A    That is among the questions that the

17   internal expert committee is expected to opine on

18   or to develop a decision memo on.

19      Q    Okay.  But that's a fact question

20   whether -- whether testing has been done as of

21   today?

22      A    As far as of today, I know no testing has
```

Page 265

1  been done outside of the American Community

2  Survey.

3      Q   And the first talking point on the first

4  page references the request from the

5  Department of Justice.  So this was drafted after

6  that request was made?

7      A   After that request was made public, yes.

8      Q   So the -- the idea that the question has

9  already been tested on the American Community

10  Survey would have been known to the author of this

11  document?

12          MR. GARDNER:  Calls for speculation.

13  Lack of foundation.

14          THE WITNESS:  The contents of the

15  American Community Survey were certainly known to

16  the author of this document.

17  BY MR. CASE:

18      Q   Do you know who wrote this document?

19      A   I do not.

20      Q   What's the ordinary testing process for a

21  request to add a new question or content to the

22  census?

1    A    As far as I can determine from

2   examination of the historical record and questions

3   posed to long-time census employees and experts,

4   we haven't asked to add a question to the census

5   in working memory.  So the process that

6   Lisa Blummerman describes in the memo you had me

7   address first is primarily the process that we

8   have used for the longer form on the

9   American Community Survey for a while, and

10  specifically for the American Community Survey.

11   Q   You say that you haven't been asked to

12  add a question.  Has the Census Bureau been asked

13  to obtain specific data to provide the agencies?

14   A   I believe we routinely asked questions

15  like that, yes.

16   Q   So the -- is there a different process

17  when you're asked for a type of data rather than

18  asked for a specific question?

19       MR. GARDNER:  Objection.  Lack of

20  foundation.

21       THE WITNESS:  I don't know that there's a

22  different process.  I believe that the right way

1    to characterize the process for the

2    American Community Survey is that the addition of

3    a question is a -- is a last resort, in the sense

4    that it needs to have a firm statutory agency use

5    case and alternative ways of delivering the

6    information without adding burden to the

7    American Community Survey are considered first.

8    BY MR. CASE:

9        Q    And is it a more dramatic step to add a

10   step to the decennial census than to the

11   American Community Survey?

12           MR. GARDNER:  Objection.  Vague.

13           THE WITNESS:  I think that's a reasonable

14   statement, yes.

15   BY MR. CASE:

16       Q    And so any process to add a question to

17   the American Community Survey would inform a

18   process for adding a question to the census,

19   wouldn't it?

20       A    It could, yes.

21       Q    Would the process for adding a question

22   to a census be more rigorous than adding a

Page 268

1   question to the American Community Survey?

2        MR. GARDNER:  Objection.  Calls for

3   speculation.

4        THE WITNESS:  The process of testing the

5   content on the census is a decade-long process

6   involving multiple tests and various RCTs.  And

7   given adequate time, I'm sure that we would

8   subject any request to such testing.

9   BY MR. CASE:

10       Q   And was the citizenship question

11  subjected to such testing?

12       A   No.

13       Q   And I want to turn to these 35 questions

14  that were asked after the January 19th memo.  I

15  think we have one set of them at Exhibit 11 and

16  another Exhibit 16.

17       A   So I have Exhibit 16.  I don't think it

18  was 11.

19       Q   No?

20       MR. GARDNER:  Just 16.  Eleven is a memo.

21       MR. CASE:  No.  But at the -- at the --

22  attached at the end of the memo are attached these

Page 269

1    questions, I believe.

2          MR. GARDNER:  I don't think that's right.

3          MR. CASE:  Then I need to get another

4    version of that memo because of that memo with it

5    attached.

6          MR. GARDNER:  Exhibit 16 has a complete

7    collection of the questions --

8          MR. CASE:  Yeah, but they change over

9    time.

10          MR. GARDNER:  -- the version -- no.  I

11   understand.  But the version you have is not the

12   version that --

13          MR. CASE:  Okay.  Then I have to

14   introduce another document this time.

15          First, I want to introduce 10950.

16          (Plaintiffs' Exhibit 23, Spreadsheet, was

17   marked.)

18   BY MR. CASE:

19      Q    What is this?

20      A    This is the spreadsheet that I was using

21   to keep track of who was assigned to write an

22   answer to one of the 35 questions and whether they

Page 270

1    had delivered a completed answer.

2         Q    And who is assigned to Question 31?

3         A    Tori Velkoff.

4         Q    And who is that?

5         A    Victoria Velkoff is the chief of the

6    American Community Survey Office.

7         Q    Okay.

8         A    ACSO.

9         Q    And who is assigned to Question 35?

10        A    Burton Reist --

11        Q    And --

12        A    -- who then assigned it to Jim Dinwiddie.

13        Q    Okay.  Introduce 109850.  This is an

14   intermediate draft of the answers to the

15   questions.  This is Number 24.

16             (Plaintiffs' Exhibit 24, Draft answers to

17   questions, was marked.)

18   BY MR. CASE:

19        Q    I want you to look just at Question 35

20   here.  Is that your note?  Is that you, JMA?

21        A    I'm reading the whole document.

22        Q    Okay.

Page 271

1      A    The whole answer.

2      Q    Okay.  That's fine.

3      A    Yes.  That is my note.

4      Q    Why did you make that note?

5      A    I'm skeptical of "never" and "always"

6    claims inside the Census Bureau, because, often,

7    in checking of the historical record reveals

8    something that could be reasonably interpreted as

9    an exception to that statement.

10     Q    And your -- your note makes this document

11   more accurate, correct?

12     A    I think so, yes.

13     Q    And accuracy is very important in this

14   document?

15     A    Yes, of course.

16     Q    And who has ultimate responsibility for

17   this document being accurate?

18     A    That's a good question.  I believe that

19   Ron Jarmin intended for me to take responsibility

20   for making sure that an accurate answer was

21   provided, and I believe that those answers were

22   reviewed by a number of other people, including

Page 272

1    Enrique Lamas and Ron Jarmin before they were

2    transmitted.

3         Q    Great.   I'm going to show you the version

4    of the March 1 memorandum that has the -- what I

5    believe are the Census Bureau final versions

6    attached.   This is 9812, and we're on Number 25.

7              (Plaintiffs' Exhibit 25, March 1, 2018

8    Memorandum, was marked.)

9    BY MR. CASE:

10        Q    Looking at the front first, this document

11   is dated March 1, 2018, and this is a memo from

12   you, through Kelley, Jarmin and Lamas, to the

13   Secretary.   Is this the last version of this

14   document that you worked on?

15        A    I can't read the watermark clearly --

16        Q    Yep.

17        A    -- on this, but I think it says 1.0.   And

18   if that's the case, the answer is yes.

19        Q    And did you work on the 35 questions

20   after March 1, 2018?

21        A    I don't believe so.

22        Q    I want to turn to Question 35 and just

1    note that the sentence that you edited as itself

2    has just been removed; is that correct?

3         A    That appears to be correct, yes.

4         Q    Do you remember removing that sentence?

5         A    I'm not sure who removed the sentence.

6         Q    But it was removed before this document

7    was sent to Commerce?

8         A    It should -- well, the version that's

9    here -- we sent the answers to Commerce on a flow

10   basis.  And in spite of that, some of them were

11   changed, so I assembled the final version that we

12   agreed were the -- were the complete answers to

13   the questions.  I believe that's what you have

14   here.  It looks like the final version.

15        Q    Great.  And looking to Question 31, is

16   this the final version of this question that the

17   Census Department submitted to Commerce?

18        A    Seems to be, yes.

19        Q    And this states that adding a question to

20   the decennial census or the ACS involves extensive

21   testing, review and evaluation?

22        A    It does state that, yes.

1    Q   As of March 1, 2018, did you believe

2   adding a new question to the decennial census or

3   the ACS involved extensive testing, review and

4   evaluation?

5    A   Yes.

6    Q   Let me show you one more version of this

7   document.  This is 1286.

8        MR. CASE:  And we're at 25 or 26?

9        MR. GARDNER:  Twenty-six.

10       MR. CASE:  I'm going to get that wrong

11  all day.  Sorry.

12       (Plaintiffs' Exhibit 26, Questions on the

13  January 19th draft census memo, was marked.)

14  BY MR. CASE:

15   Q   This is from the administrative record

16  originally produced.  You can see from the court

17  stamp at the top.  I'd like you to turn to

18  Question 31.

19   A   Okay.

20   Q   Can you read the answers to 31, just to

21  yourself?  I want to make sure you have it --

22   A   "Because no new questions have added" --

Page 275

1      Q    You don't have to read it out loud.  You

2    don't have to.

3           Have you read it?

4      A    Yes, I have.

5      Q    Did you write that?

6      A    I don't remember writing it.  I'm not

7    sure who did.

8      Q    Do you -- have you seen that answer to

9    that question before?

10     A    Yes.  I -- I -- once the answers started

11   circulating in email, it became extremely

12   difficult to maintain a controlled copy.  So I

13   kept one on the secure disk.  I think that's where

14   this came from.  Although -- no.  It's got a Bates

15   number below, 1300, so this came from an email

16   attachment.

17     Q    How do you know this came from an email

18   attachment?

19     A    Because, as far as I know, the only

20   things -- sorry.  I don't know that it came from

21   an email attachment.  It came from documents that

22   we could demonstrate had been conveyed to Commerce

Page 284

1    like to enter Exhibit 27, which is Bates

2    number 8291.

3              (Plaintiffs' Exhibit 27, 2020 Census:

4    Adding content to the questionnaire, was marked.)

5              MS. FIDLER:  And I apologize, I only have

6    one copy.

7    BY MS. FIDLER:

8         Q    It is yet another sort of version of

9    steps taken on adding content to the

10   questionnaire.

11             Have you seen this document before?

12        A    I don't think I have, no.

13        Q    Is the content at all familiar to you?

14        A    The content looks similar to other

15   content that I have seen about the process that we

16   use for the American Community Survey.

17        Q    Do you have any idea who wrote the

18   document?

19        A    I do not.

20        Q    Or when it was drafted?

21        A    I do not.

22        Q    Okay.  It does state at the top that the

Page 285

1  Census Bureau follows a well-established process

2  when adding questions to the census.

3          Do you recognize the steps -- I mean,

4  they're very similar to what were -- was put into

5  the Question 31, correct, that we've been talking

6  about?

7          MR. GARDNER:  Objection.  Compound.

8          THE WITNESS:  I recognize the steps now.

9  I think they were summarized in our answer to

10  Question 31.

11  BY MS. FIDLER:

12     Q   And so you believe -- do you agree that

13  these steps are a well-established process of the

14  Census Bureau for adding content to the

15  questionnaire?

16          MR. GARDNER:  Objection.  Lack of

17  foundation.  Calls for speculation.

18          THE WITNESS:  To the extent that there

19  exists a well-established process for adding, as

20  opposed to modifying the content on the census

21  questionnaire, this is as good a description of it

22  as we have, and it was summarized in our answers

Page 286

1    to the questions delivered to us by Commerce.

2    BY MS. FIDLER:

3        Q    In the process of receiving a request,

4    that says that Step 1 is to "work with" --

5    "closely with O&B to determine whether the data

6    fulfill legal, regulatory or Constitutional

7    requirements."

8            Was that done with regard to adding the

9    census question?

10       A    Not to my knowledge.

11       Q    Step 2, "If an additional topic is

12   required, it is imperative that Congress be

13   notified as soon as possible and whether the

14   question is warranted."

15           Who decides whether the question is

16   warranted?

17           MR. GARDNER:   Objection.   Calls for

18   speculation.   Lack of foundation.

19   BY MS. FIDLER:

20       Q    If you know.

21       A    I don't.

22       Q    Was -- how was Congress given

Page 287

1    notification of the new topic of citizenship in --

2            MR. GARDNER:  Objection.

3    BY MS. FIDLER:

4       Q    -- this case?

5            MR. GARDNER:  Sorry.

6            Objection.  Lack of foundation.  Calls

7    for speculation.

8    BY MS. FIDLER:

9       Q    If you know.

10      A    In March of -- March 31st of 2017, we

11   delivered a content summary to Congress, as we are

12   required to do.  And because the citizenship

13   question is on the American Community Survey, that

14   content was explicitly -- the notice of the intent

15   to ask questions on that content was delivered to

16   Congress, but it was at that time on the

17   American Community Survey.

18      Q    But it wasn't for -- at the time, it

19   wasn't being presented for the decennial?

20      A    My recollection of that document is that

21   the questions were -- the topics -- excuse

22   me -- were sorted by whether they would be on the

Page 288

1    decennial or the ACS, but I haven't reviewed that

2    document.

3        Q    Okay.   Turning to Step 4, it says, "The

4    Census Bureau must test the wording of the new

5    question.   With respect to a possible question of

6    citizenship, no testing would be required because

7    we would use a question identical to what we

8    already use on the ACS."

9        Just a -- we talked earlier about the

10   applicability of the testing of the ACS question

11   of citizenship.   Is there any reason to do less

12   rigorous testing for decennial than for the ACS?

13       A    I think what Step 4 refers to here is the

14   cognitive and wording testing that we do to make

15   sure that the question is understood by the -- the

16   intended respondents.   I believe that we were when

17   this was written -- although I'm not sure when

18   this was written -- and are still confident that

19   that kind of testing in the context of the ACS is

20   sufficient for the census.

21       Q    But aren't the environments very

22   different?

1    A    That's why I was very specific in talking

2    about the cognitive testing.   Is the question

3    recognized?   Do the respondents understand what

4    they're being asked?   And when they are asked

5    that, do they respond with content that we believe

6    is -- is appropriate to the questions?

7         So if -- if we ask them the ACS

8    citizenship question, we believe that they give us

9    the answers that we -- that they understand to be

10   to a citizenship question.   They know what the

11   words mean.   They know what the question's asking

12   for.   So that's the kind of testing I mean.

13        And we have used multiple ways of

14   incorporating what we learn from surveys, like the

15   American Community Survey, into our understanding

16   of how to ask questions on the census.   We do rely

17   on specific tests for the census, but we also rely

18   on tests and the practice in the

19   American Community Survey, and sometimes in

20   other's surveys, but primarily the American

21   Community Survey.

22        Q    But isn't it also fair to say that

1    the -- the goal of the decennial survey is

2    different than the goal of the ACS survey -- or

3    some of them are?

4         A    If the question includes the qualifiers,

5    some I agree.

6         Q    And one of them, obviously, is needing to

7    get as complete a response, correct, to the -- to

8    the decennial?

9              MR. GARDNER:  Objection.  Vague.

10             THE WITNESS:  It is certainly a

11   high-priority objective of the decennial to get an

12   accurate count.  And it is also an objective of

13   the American Community Survey to keep that

14   count -- to provide data that helps keep that

15   count up-to-date as we move through the decades.

16   So while it's not a primary purpose of the

17   American Community Survey, they do share

18   contributors -- they are contributors -- the

19   survey is a contributor to our knowledge base in

20   forming population estimates through that --

21   through the course of the decade.

22   BY MS. FIDLER:

1      Q    Well, just in the interest of time, to be

2   a bit more succinct about it, isn't it fair to say

3   that not all of the goals and the environment

4   under which the citizenship question was tested

5   for the ACS would apply to the environment and the

6   goals of the -- of the decennial survey?

7      A    Yeah.   That's a fair statement.

8      Q    So in light of that, in your professional

9   opinion, wouldn't it be important to field test

10  the question for the decennial before putting it

11  on the decennial survey?

12     A    We would have preferred to test a

13  questionnaire that included all the content of the

14  2020 census.

15     Q    In fact, there had been

16  concerns -- strike that.

17         You mentioned that one of the

18  difficulties you had was that there was no

19  quantitative evidence in trying to make an

20  assessment about putting this question on the time

21  you were being asked to do it.   Is that a fair

22  assessment of your testimony today?

Page 292

1      A    I think I specifically said that the gold

2    standard evidence for internal validity were

3    randomized controlled trials and there were none.

4      Q    And in cases such as that, it's not

5    unusual to look at qualitative analysis to

6    supplement, you know, a sort of determination

7    of -- strike that.

8           The agency also uses qualitative analysis

9    to make decisions, correct?

10          MR. GARDNER:  Objection.  Vague.

11   BY MS. FIDLER:

12     Q    I'd like to introduce to the record

13   Exhibit 28, I believe it is, which has Bates stamp

14   10386.

15          (Plaintiffs' Exhibit 28, September 20,

16   2017 Memorandum, was marked.)

17   BY MS. FIDLER:

18     Q    Have you seen this document before?

19     A    I'm not sure I've seen this specific

20   version of this document.  I'm aware of its

21   content.  The Center for Survey Measurement is a

22   part of the research and methodology directorate,

Page 338

1                      * * * * *

2              CERTIFICATE OF REPORTER

3        I, KAREN LYNN JORGENSON, RPR, CSR, CCR the

4   officer before whom the foregoing deposition was

5   taken, do hereby certify that the witness whose

6   testimony appears in the foregoing deposition was

7   duly sworn by me; that the testimony of said

8   witness was taken by me in stenotype and

9   thereafter reduced to typewriting under my

10  direction; that the said deposition is a true

11  record of the testimony given by said witness;

12  that I am neither counsel for, related to, nor

13  employed by any of the parties to the action in

14  which this deposition was taken; and further, that

15  I am not a relative or employee of any counsel or

16  attorney employed by the parties hereto, nor

17  financially or otherwise interested in the outcome

18  of this action.

19      _____

20          KAREN LYNN JORGENSON, RPR, CCR, CSR

21  Dated this          day

22  of                  , 2018.