UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
State of New York, et al.

          Plaintiff,

-against-

United States Department of Commerce, et al.

          Defendant.
------------------------------------------------------X

18 Civ. 2921 ( JMF ) ( ____ )

NOTICE OF APPEARANCE OF
*PRO BONO* COUNSEL

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of:

New York Immigration Coalition, ADC Research Institute, American-Arab Discrimination Committee, and CASA de Maryland.

I certify that I am admitted to practice in this Court.

09/26/2018
Date

Signature

Dylan Scot Young — PHV
Print Name — Bar No.

601 Massachusetts Avenue NW
Address

Washington    DC    20902
City    State    Zip Code

(202) 942-6740    (202) 942-5999
Phone No.    Fax. No.

dylan.young@arnoldporter.com
Email Address