September 27, 2018

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    RE:    *Plaintiffs' Status Report in State of New York, et al. v. U.S. Dep't of Commerce, et al.,* 18-CV-2921 (JMF).

Dear Judge Furman,

    Pursuant to Paragraph 1(A) of this Court's Individual Rules and Practices, Plaintiffs write to advise the Court that Plaintiffs have noticed the deposition of Secretary Ross for October 3, 2018, at the U.S. Department of Commerce.  *See* Docket No. 345.

    Plaintiffs requested dates convenient for the Secretary by email on September 21 and September 25, and again during a telephonic meet-and-confer on September 26.  Because Defendants did not provide any dates in response to those requests, Plaintiffs advised that we would notice the deposition for October 3 and would try to accommodate the Secretary if counsel was later prepared to offer a different date before the close of discovery on October 12.

    Respectfully submitted,

    BARBARA D. UNDERWOOD
    Attorney General of the State of New York

    By: */s/ Matthew Colangelo*
    Matthew Colangelo
      *Executive Deputy Attorney General*
    Office of the New York State Attorney General
    28 Liberty Street
    New York, NY 10005
    Phone: (212) 416-6057
    matthew.colangelo@ag.ny.gov

    Attorney for the *State of New York* Plaintiffs


    ARNOLD & PORTER KAYE SCHOLER LLP
    AMERICAN CIVIL LIBERTIES UNION

    By: */s/ John A. Freedman*

| | |
|---|---|
| Dale Ho | Andrew Bauer |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |

<div style="display: flex;">

125 Broad St.
New York, NY 10004
(212) 549-2693
dho@aclu.org

Sarah Brannon*
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005-2313
202-675-2337
sbrannon@aclu.org
*Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

250 West 55th Street
New York, NY 10019-9710
(212) 836-7669
Andrew.Bauer@arnoldporter.com

John A. Freedman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000
John.Freedman@arnoldporter.com

</div>

Attorneys for the *NYIC* Plaintiffs