September 28, 2018

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    RE:    *Plaintiffs' Status Report in State of New York, et al. v. U.S. Dep't of Commerce, et al.,* 18-CV-2921 (JMF).

Dear Judge Furman,

    Pursuant to Paragraph 1(A) of the Court's Individual Rules and Practices, Plaintiffs write to advise the Court that Plaintiffs have amended their notice of deposition of Secretary Ross for October 11, 2018, at the U.S. Department of Commerce. *See* Docket Nos. 345, 355. Based on Defendants' representation that Secretary Ross is available for deposition on the morning of October 11, Plaintiffs amended their notice of deposition to accommodate the Secretary's schedule.

    Respectfully submitted,

    BARBARA D. UNDERWOOD
    Attorney General of the State of New York

    By: */s/ Matthew Colangelo*
    Matthew Colangelo
      *Executive Deputy Attorney General*
    Office of the New York State Attorney General
    28 Liberty Street
    New York, NY 10005
    Phone: (212) 416-6057
    matthew.colangelo@ag.ny.gov

    Attorney for the *State of New York* Plaintiffs


    ARNOLD & PORTER KAYE SCHOLER LLP
    AMERICAN CIVIL LIBERTIES UNION

    By: */s/ John A. Freedman*

| | |
|---|---|
| Dale Ho | Andrew Bauer |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 125 Broad St. | 250 West 55th Street |
| New York, NY 10004 | New York, NY 10019-9710 |
| (212) 549-2693 | (212) 836-7669 |

| | |
|---|---|
| dho@aclu.org | Andrew.Bauer@arnoldporter.com |
| Sarah Brannon* | John A. Freedman |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 915 15th Street, NW | 601 Massachusetts Avenue, N.W. |
| Washington, DC 20005-2313 | Washington, DC 20001-3743 |
| 202-675-2337 | (202) 942-5000 |
| sbrannon@aclu.org | John.Freedman@arnoldporter.com |
| *\* Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).* | |

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

                              Attorneys for the *NYIC* Plaintiffs