# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 18-XXXX

**Caption [use short title]**

**Motion for:** Emergency Motion for Immediate Administrative Stay Pending Resolution of the Government's Petition For Writ of Mandamus by this Court and the Supreme Court

In re United States Department of Commerce

Set forth below precise, complete statement of relief sought:

We ask this Court to stay the district court's orders compelling the deposition testimony of Secretary of Commerce Wilbur Ross and Acting Assistant Attorney General John Gore, and the court's order permitting extra-record discovery until this Court, and, if necessary, the Supreme Court resolves the government's petition for the writ of mandamus.

**MOVING PARTY:** U.S. Dept of Commerce et al. (petitioners for writ of mandamus)
☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** State of New York, et al.

**MOVING ATTORNEY:** Mark B. Stern
**OPPOSING ATTORNEY:** Judith N. Vale
[name of attorney, with firm, address, phone number and e-mail]

U.S. Department of Justice
950 Pennsylvania Ave. NW, Washington, DC 20530
(202) 514-5089; Mark.Stern@usdoj.gov

New York State Office of Attorney General
28 Liberty Street, 23rd Floor, New York, NY 10005
(212) 416-6274; judith.vale@ag.ny.gov

**Court-Judge/Agency appealed from:** S.D.N.Y. Honorable Jesse M. Furman, No. 18-CV-2921 (JMF)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☑ Yes  ☐ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☑ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☑ No
Requested return date and explanation of emergency: 5pm EST Monday, October 1, 2018. The depositions of Commerce Secretary Ross and Acting AAG Gore will occur imminently, and the government intends to seek Supreme Court review if a stay is not granted.

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Mark B. Stern  **Date:** Sept. 27, 2018  **Service by:** ☐ CM/ECF  ☑ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)