# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of September, two thousand and eighteen.

Before:     Peter W. Hall,
                   *Circuit Judge.*

_____

In Re: United States Department of Commerce, Wilbur L. Ross, in his official capacity as Secretary of Commerce, United States Census Bureau, an agency within the United States Department of Commerce, Ron S. Jarmin, in his capacity as the Director of the U.S. Census Bureau,

        Petitioners.

**ORDER**

Docket No. 18-2856

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

United States Department of Commerce, Wilbur L. Ross, in his official capacity as Secretary of Commerce, United States Census Bureau, an agency within the United States Department of Commerce, Ron S. Jarmin, in his capacity as the Director of the U.S. Census Bureau,

        Petitioners,

v.

State of New York, State of Connecticut, State of Delaware, District of Columbia, State of Illinois, State of Iowa, State of Maryland, Commonwealth of Massachusetts, State of Minnesota, State of New Jersey, State of New Mexico, State of North Carolina, State of Oregon, Commonwealth of Pennsylvania, State of Rhode Island, Commonwealth of Virginia, State of Vermont, State of Washington, City of Chicago, Illinois, City of New York, City of Philadelphia, City of Providence, City and County of San Francisco, California, United States Conference of Mayors, City of Seattle, Washington, City of Pittsburgh, County of Cameron, State of Colorado, City of Central Falls, City of Columbus, County of El Paso, County of Monterey, County of Hidalgo,

        Respondents.

_____

CERTIFIED COPY ISSUED ON 09/28/2018

In Re: United States Department of Commerce, Wilbur L. Ross, in his official capacity as Secretary of Commerce, United States Census Bureau, an agency within the United States Department of Commerce, Ron S. Jarmin, in his capacity as the Director of the U.S. Census Bureau,

Docket No. 18-2857

      Petitioners.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

United States Department of Commerce, Wilbur L. Ross, in his official capacity as Secretary of Commerce, United States Census Bureau, an agency within the United States Department of Commerce, Ron S. Jarmin, in his capacity as the Director of the U.S. Census Bureau,

      Petitioners,

v.

New York Immigration Coalition, CASA de Maryland, Inc., American-Arab Anti-Discrimination Committee, ADC Research Institute, Make the Road New York,

      Respondents.

      As part of its petitions for writ of mandamus, the Government seeks an administrative stay of the depositions of Secretary of Commerce Wilbur Ross and John Gore, the Acting Assistant Attorney General of the Department of Justice's Civil Rights Division.

      IT IS HEREBY ORDERED that the deposition of Secretary Ross is stayed pending determination of the petitions. Answers to the petitions must be filed by October 4, 2018 at noon. The petitions, as they pertain to Secretary Ross, are REFERRED to the motions panel sitting on Tuesday, October 9, 2018. To the extent the Government seeks a stay of Acting Attorney General Gore's deposition, that request is REFERRED to the panel that determined the petitions in docket numbers 18-2652 and 18-2659.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit