S.D.N.Y.-N.Y.C.<br>
18-cv-2921<br>
18-cv-5025<br>
Furman, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand eighteen.

Present:
>Pierre N. Leval,
>Rosemary S. Pooler,
>Richard C. Wesley,
>>*Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 02 2018

| | |
|---|---|
| In Re: United States Department of Commerce, Wilbur L. Ross, in his official capacity as Secretary of Commerce, United States Census Bureau, an agency within the United States Department of Commerce, Ron S. Jarmin, in his capacity as the Director of the U.S. Census Bureau, | 18-2652<br>18-2659<br>18-2856<br>18-2857 |
| *Petitioners*. | |

Petitioners request a stay of discovery in Nos. 18-2652 and 18-2659, including the deposition of Acting Assistant Attorney General Gore, pending review by the Supreme Court. We have considered the relevant factors and conclude that a stay in those cases is not warranted. *See U.S. S.E.C. v. Citigroup Glob. Mkts. Inc.*, 673 F.3d 158, 162 (2d Cir. 2012). Upon due consideration, it is hereby ORDERED that the request for a stay is DENIED.

>FOR THE COURT:
>Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10-02-2018