UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
STATE OF NEW YORK, et al.,

              Plaintiff,

-against-

          18 Civ. 2921 (JMF) (____)

UNITED STATES DEPARTMENT OF COMMERCE, et al.

              Defendant.
------------------------------------------------------X

NOTICE OF APPEARANCE OF
*PRO BONO* COUNSEL

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of:

New York Immigration Coalition, Make the Road - New York, Arab-American

Anti-Discrimination Committee, CASA de Maryland

I certify that I am admitted to practice in this Court.

10/4/18
Date

[Signature]
Signature

Chase R. Raines     pro hac vice
Print Name     Bar No.

601 Massachusetts Avenue NW
Address

Washington    DC    20001
City    State    Zip Code

202-942-5917     202-942-5999
Phone No.     Fax. No.

chase.raines@arnoldporter.com
Email Address