USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 10 2018

S.D.N.Y.-N.Y.C.
18-cv-2921
18-cv-5025
Furman, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of October, two thousand eighteen.

Present:
    Pierre N. Leval,
    Rosemary S. Pooler,
    Richard C. Wesley,
            *Circuit Judges*.

In Re: United States Department of Commerce, Wilbur L. Ross, in his official capacity as Secretary of Commerce, United States Census Bureau, an agency within the United States Department of Commerce, Ron S. Jarmin, in his capacity as the Director of the U.S. Census Bureau,

             *Petitioners*.

18-2652
18-2659
18-2856
18-2857

Petitioners have renewed their request for a stay of discovery in Nos. 18-2652 and 18-2659, including the deposition of Acting Assistant Attorney General Gore, in light of the October 5, 2018 order of the United States Supreme Court denying their application for a stay. That order denied Petitioners' application "without prejudice, provided that the Court of Appeals will afford sufficient time for either party to seek relief in this Court before the depositions in question are taken." *In re Department of Commerce*, Sup. Ct. No. 18A350 (Oct. 5, 2018) (order of Ginsburg, *J.*). In light of the Supreme Court's order, the deposition of Acting Assistant Attorney General Gore is hereby temporarily stayed for thirty-six hours from the filing of this order.

Petitioners also seek a stay of documentary discovery and of the deposition of Commerce Secretary Wilbur Ross. The request for a stay of documentary discovery—relief which was not sought in Petitioners' initial mandamus petition—is denied. We make no adjudication on the request for a stay of Secretary Ross's deposition, which is before another panel of this Court.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 10/10/2018

# Supreme Court of the United States

No. 18A375

IN RE DEPARTMENT OF COMMERCE, ET AL.

―――――
**O R D E R**
―――――

UPON CONSIDERATION of the application of counsel for the applicants,

IT IS ORDERED that the orders of the United States District Court for the Southern District of New York, dated July 3, 2018, August 17, 2018, and September 21, 2018, are stayed pending receipt of a response, due on or before October 11, 2018, by 4 p.m., and further order of the undersigned or of the Court.

/s/   Ruth Bader Ginsburg
Associate Justice of the Supreme
Court of the United States

Dated this 9th
day of October 2018.

N.Y.S.D. Case #
18-cv-2921(JMF)
18-cv-5025(JMF)

# Supreme Court of the United States

No.   18A375

IN RE DEPARTMENT OF COMMERCE, ET AL.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 10 2018

_____

**O R D E R**
_____

UPON CONSIDERATION of the application of counsel for the applicants,

IT IS ORDERED that the orders of the United States District Court for the Southern District of New York, dated July 3, 2018, August 17, 2018, and September 21, 2018, are stayed pending receipt of a response, due on or before October 11, 2018, by 4 p.m., and further order of the undersigned or of the Court.

　　　　　　　　　　　　　　　　/s/   Ruth Bader Ginsburg
　　　　　　　　　　　　　　Associate Justice of the Supreme
　　　　　　　　　　　　　　　Court of the United States

Dated this 9th
day of October 2018.