IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>   Defendants. | No. 1:18-cv-2921 (JMF) |
| NEW YORK IMMIGRATION COALITION, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>   Defendants. | No. 1:18-cv-5025 (JMF) |

**NOTICE**

  Defendants hereby notify the Court that on October 9, 2018, Justice Ginsburg, on behalf of the United States Supreme Court, issued a stay of this Court's July 3, 2018, August 17, 2018, and September 21, 2018 orders pending receipt of a response by the Plaintiffs, due on or before October 11, 2018, by 4 p.m., and further order of Justice Ginsburg or of the full Supreme Court. Defendants

accordingly notify the Court that discovery is currently stayed as it relates to the July 3, 2018, August 17, 2018, and September 21, 2018 orders, and further respectfully suggest that, after the Supreme Court resolves the pending motion, the Court schedule a conference to set future proceedings.

DATED:  October 10, 2018

                                                Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Kate Bailey*
KATE BAILEY
GARRETT COYLE
STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 514-9239
Fax:  (202) 616-8470
Email:  kate.bailey@usdoj.gov

*Counsel for Defendants*

2