UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Of New York, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>United States Department of Commerce, et al.,<br><br>        Defendants. | No. 18-cv-2921 (JMF)<br><br>Hon. Jesse M. Furman<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Barbara H. Wootton hereby move this Court for an Order for admission Pro Hac Vice to appear as counsel for Plaintiffs, in the above-captioned action.

    I am a member in good standing of the bars of the state of Maryland and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony. I  have never been censured, suspended, disbarred, or denied admission or readmission by any court.


Dated:  October 9, 2018        Respectfully Submitted,

        Applicant Signature:  */s/ Barbara H. Wootton*

        Applicant's Name:  Barbara H. Wootton

        Firm Name:  Arnold & Porter Kaye Scholer LLP

        Address: 601 Massachusetts Ave., NW

        City/State/Zip:  Washington, D.C.  20001

        Telephone/Fax:  (202) 942-6545/ (202) 942-5999

        E-mail:  Barbara.Wootton@arnoldporter.com

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Of New York, et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>United States Department of Commerce, et al.,<br><br>                    Defendants. | No. 18-cv-2921 (JMF)<br><br>Hon. Jesse M. Furman<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of Barbara H. Wootton for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the state of Maryland and the District of Columbia, and that her contact information is as follows:

Applicant's Name:  Barbara H. Wootton

Firm Name:  Arnold & Porter Kaye Scholer LLP

Address:  601 Massachusetts Ave., NW

City/State/Zip:  Washington, D.C.  20001

Telephone/Fax:  (202) 942-6545/ (202) 942-5999

E-mail:  Barbara.Wootton@arnoldporter.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

2

Dated: _____          _____
                                        United States District/ Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Of New York, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of Commerce, et al., <br><br><br><br> Defendants. | Civil Action No. 1:18-cv-2921-JMF <br><br> DECLARATION OF BARBARA H. WOOTTON  IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

I, BARBARA H. WOOTTON, being duly sworn, hereby deposes and says as follows:

1. I am Counsel at Arnold & Porter Kaye Scholer LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bars of the state of Maryland and District of Columbia

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

      7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Plaintiffs.

| | |
|---|---|
| Dated: October 9, 2018 | /s/ Barbara H. Wootton <br> Barbara H. Wootton, <br> Arnold & Porter Kaye Scholer LLP <br> 601 Massachusetts Ave., NW <br> Washington, DC 20001-3743 <br> Tel.: (202) 942-6545 <br> Fax.: (202) 942-5999 <br> barbara.wootton@arnoldporter.com <br> Attorney for Plaintiffs |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Barbara H Wootton*

was duly qualified and admitted on **June 4, 2001** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on September 14, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Court Of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 1998,

### Barbara Helen Wootton

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighteenth day of September, 2018.

*Bessie M. Decker*
Clerk of the Court Of Appeals of Maryland