UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, *et al.*, <br><br> Defendants. | Case 1:18-cv-02921 <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michelle S. Kallen hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Commonwealth of Virginia in the above-captioned action.

I am a member in good standing of the bars of the Commonwealth of Virginia, the District of Columbia, and the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  October 18, 2018          Respectfully Submitted,

                                                       /s/ *Michelle S. Kallen*
                                                      Michelle S. Kallen
                                                      Deputy Solicitor General
                                                      Office of the Attorney General of Virginia
                                                      202 North 9th Street
                                                      Richmond, VA 23219
                                                      MKallen@oag.state.va.us

Tel: (804) 786-7704
Fax: (804) 371-0200

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 18, 2018, I electronically filed a true copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.  Opposing counsel will be sent a copy by first-class, postage prepaid mail:

U.S. Department of Justice
Civil Division
P.O. Box 883
Washington, DC  20044


      /s/ *Michelle S. Kallen*
      Michelle S. Kallen

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>        Defendants. | Case 1:18-cv-02921<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

    The motion of Michelle S. Kallen, for admission to practice Pro Hac Vice in the above captioned action is **GRANTED**.

    Applicant has declared that he is a member in good standing of the bar of the State of Virginia; and that his contact information is as follows:

>  Michelle S. Kallen
>  Office of the Attorney General of Virginia
>  202 North 9th Street
>  Richmond, VA  23219
>  MKallen@oag.state.va.us
>  Tel:  (804) 786-7704
>  Fax: (804) 371-0200

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Commonwealth of Virginia in the above entitled action;

    IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                            United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                    Plaintiffs,<br>        v.<br><br>U.S. DEPARTMENT OF<br>COMMERCE, *et al.*,<br><br>                    Defendants. | Case 1:18-cv-02921<br><br>**AFFIDAVIT OF MICHELLE S. KALLEN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Michelle S. Kallen, being duly sworn, hereby deposes and says as follows:

1.      I am the Deputy Solicitor General of the Office of the Attorney General of Virginia.

2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.      As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the bars of the Commonwealth of Virginia, the District of Columbia, and the State of California.

4.      There are no pending disciplinary proceedings against me in any State or Federal Court.

5.      I have not been convicted of a felony.

6.      I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Commonwealth of Virginia.

Respectfully Submitted

Dated: October 18, 2018

*Michelle Kallen*

Michelle S. Kallen
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, VA 23219
MKallen@oag.state.va.us
Tel: (804) 786-7704
Fax: (804) 371-0200



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Michelle S Kallen*

was duly qualified and admitted on **February 8, 2016** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on October 3, 2018.

*Julio A. Castillo*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By: *[signature]*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

October 2, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHELLE SHANE KALLEN, #271322 was admitted to the practice of law in this state by the Supreme Court of California on November 23, 2010; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

Michelle Shane Kallen

was admitted to practice as an attorney and counsellor at the bar of this Court on September 13, 2018.

I further certify that so far as the records of this office are concerned, Michelle Shane Kallen is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 10th day of October A.D. 2018

By: _____
         *Deputy Clerk*

