# Exhibit 2

September 25, 2018

**Via Electronic Mail**

Kate Bailey
Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, NW
Room 7214
Washington, D.C. 20530

      Re:    Outstanding discovery matters that require resolution in *State of New York, et al. v. United States Department of Commerce, et al.*, 18-cv-2921 (JMF).

Dear Ms. Bailey:

      Plaintiffs write to request that Defendants produce the materials identified in Attachment A immediately. Defendants' contention that Dr. Abowd's report is "not deficient," *see* email from Kate Bailey dated 9/24/18, is belied by the facts of this case and the law. Plaintiffs are entitled to the materials set forth in Attachment A pursuant to the Federal Rules; moreover, these materials are responsive to Plaintiffs' existing document requests.

      Sincerely,

      /s/Elena S. Goldstein
      Elena S. Goldstein, Senior Trial Counsel
      Civil Rights Bureau
      Office of the New York State
        Attorney General
      28 Liberty, 20th Floor
      New York, New York 10005
      Elena.Goldstein@ag.ny.gov
      Tel. (212) 416-6201
      Fax (212) 416-6030

      Attorney for the *State of New York* Plaintiffs

ARNOLD & PORTER KAYE SCHOLER LLP
AMERICAN CIVIL LIBERTIES UNION

By: */s/ Dale Ho*

Dale Ho                                           Andrew Bauer

| | |
|---|---|
| American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>(212) 549-2693<br>dho@aclu.org | Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>(212) 836-7669<br>Andrew.Bauer@arnoldporter.com |
| Sarah Brannon*<br>American Civil Liberties Union Foundation<br>915 15th Street, NW<br>Washington, DC 20005-2313<br>202-675-2337<br>sbrannon@aclu.org<br>*Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).* | John A. Freedman<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001-3743<br>(202) 942-5000<br>John.Freedman@arnoldporter.com |
| Perry M. Grossman<br>New York Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>(212) 607-3300 601<br>pgrossman@nyclu.org | |

Attorneys for the *NYIC* Plaintiffs

## ATTACHMENT A

1. A list identifying all documents and materials, including but not limited to any data, you relied on, used, referenced, consulted or considered in developing your opinions in this case.
    a. To the extent the documents and materials have already been produced in response to Plaintiffs' discovery requests in this matter, the list should identify the Bates range for each item.
    b. To the extent the documents and materials have not already been produced in response to Plaintiffs' discovery requests in this matter, these materials should be produced.
2. All documents analyzing the potential or actual effects of the 1990 census race question;
3. All documents analyzing the potential or actual effects of the addition of the Hispanic origin question to the 1970 census; and
4. All documents analyzing the potential or actual effects of adding a question to collect Social Security Numbers from census respondents.