# Exhibit 1

| | |
|---|---|
| **To:** | Teramoto, Wendy (Federal)[████]@doc.gov] |
| **From:** | Comstock, Earl (Federal) |
| **Sent:** | Sat 9/16/2017 11:33:38 AM |
| **Importance:** | Normal |
| **Subject:** | Calls with DoJ |
| **Received:** | Sat 9/16/2017 11:33:38 AM |

Morning Wendy –

Here is the memo I gave SWLR regarding my discussions with DoJ.

Earl

\*\*\*

September 8, 2017

To:     Secretary Wilbur Ross

Fr:      Earl Comstock

Re:     <u>Census Discussions with DoJ</u>

 In early May Eric Branstad put me in touch with Mary Blanche Hankey as the White House liaison in the Department of Justice.  Mary Blanche worked for AG Sessions in his Senate office, and came with him to the Department of Justice.  We met in person to discuss the citizenship question.  She said she would locate someone at the Department who could address the issue.  A few days later she directed me to James McHenry in the Department of Justice.

 I spoke several times with James McHenry by phone, and after considering the matter further James said that Justice staff did not want to raise the question given the difficulties Justice was encountering in the press at the time (the whole Comey matter).  James directed me to Gene Hamilton at the Department of Homeland Security.

 Gene and I had several phone calls to discuss the matter, and then Gene relayed that after discussion DHS really felt that it was best handled by the Department of Justice.

 At that point the conversation ceased and I asked James Uthmeier, who had by then joined the Department of Commerce Office of General Counsel, to look into the legal issues and how Commerce could add the question to the Census itself.

September 8, 2017

To:     Secretary Wilbur Ross

Fr:     Earl Comstock

Re:     <u>Census Discussions with DoJ</u>

In early May Eric Branstad put me in touch with Mary Blanche Hankey as the White House liaison in the Department of Justice. Mary Blanche worked for AG Sessions in his Senate office, and came with him to the Department of Justice. We met in person to discuss the citizenship question. She said she would locate someone at the Department who could address the issue. A few days later she directed me to James McHenry in the Department of Justice.

I spoke several times with James McHenry by phone, and after considering the matter further James said that Justice staff did not want to raise the question given the difficulties Justice was encountering in the press at the time (the whole Comey matter). James directed me to Gene Hamilton at the Department of Homeland Security.

Gene and I had several phone calls to discuss the matter, and then Gene relayed that after discussion DHS really felt that it was best handled by the Department of Justice.

At that point the conversation ceased and I asked James Uthmeier, who had by then joined the Department of Commerce Office of General Counsel, to look into the legal issues and how Commerce could add the question to the Census itself.

| | |
|---|---|
| **From:** | Wilbur Ross [PII] |
| **Sent:** | 8/10/2017 7:38:25 PM |
| **To:** | Comstock, Earl (Federal) [PII] |
| **Subject:** | Re: Census Matter |

I would like to be briefed on Friday by phone. I probably will need an hour or so to study the memo first.we should be very careful,about everything,whether or not it is likely to end up in the SC. WLR

Sent from my iPad

> On Aug 9, 2017, at 10:24 AM, Comstock, Earl (Federal) [PII] wrote:
>
> PREDECISIONAL AND ATTORNEY-CLIENT PRIVILEGED
>
> Mr. Secretary - we are preparing a memo and full briefing for you on the citizenship question.  The memo will be ready by Friday, and we can do the briefing whenever you are back in the office.  Since this issue will go to the Supreme Court we need to be diligent in preparing the administrative record.
>
> Earl
>
> On 8/8/17, 1:20 PM, "Wilbur Ross" [PII] wrote:
>
> **Not Responsive / Deliberative**
>
> **Not Responsive / Deliberative** Were you on the call this morning about Census? They seem dig in about not sling the citizenship question and that raises the question of where is the DoJ in their analysis ? If they still have not come to a conclusion please let me know your contact person and I will call the AG.
> Wilbur Ross
>
>     Sent from my iPhone
>
>> On Aug 8, 2017, at 10:52 AM, Comstock, Earl (Federal) [PII] wrote:
>>
>> Not Responsive / Deliberative
>
>