UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, ET AL.,
                Plaintiffs,

v.                                                                                    Case No. 1:18-cv-02921

UNITED STATES DEPARTMENT                               MOTION FOR ADMISSION
OF COMMERCE, ET AL.,                                          PRO HAC VICE

                Defendants.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Melissa Medoway hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for The State of New Jersey in the above-captioned action.

I am in good standing of the bar of the state of New Jersey, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 19, 2018        Respectfully Submitted,

                                               Melissa Medoway
                                               Office of the New Jersey Attorney General
                                               124 Halsey St., PO Box 45029
                                               Newark, New Jersey 07101
                                               (973) 648-4846
                                               Melissa.Medoway@law.njoag.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, ET AL.,<br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT<br>OF COMMERCE, ET AL.,<br>Defendants. | Case No. 1:18-cv-06471<br><br>AFFIDAVIT OF MELISSA<br>MEDOWAY IN<br>SUPPORT OF MOTION<br>FOR ADMISSION<br>PRO HAC VICE |

I, Melissa Medoway, being duly sworn, hereby deposes and says as follows:

1. I am a Deputy Attorney General in the Office of the New Jersey Attorney General.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of New Jersey.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for the State of New Jersey.

Dated: October 19, 2018        Respectfully Submitted,

*[signature]*

Melissa Medoway
Office of the New Jersey Attorney General
124 Halsey St., PO Box 45029
Newark, New Jersey 08625
(973) 648-4846
Melissa.Medoway@law.njoag.gov

Attorney for Plaintiff State of New Jersey

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **MELISSA L MEDOWAY** *(No.* **028422011** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 09, 2011** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **28TH** *day of* **September** *, 20* **18**

*Clerk of the Supreme Court*

-453a-

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STATE OF NEW YORK, ET AL.,
                  Plaintiffs,

    v.                                                  Case No. 1:18-cv-02921

UNITED STATES DEPARTMENT            ORDER FOR ADMISSION
OF COMMERCE, ET AL.,                         PRO HAC VICE

                          Defendants.

The motion of Melissa Medoway for admission to practice Pro Hac Vice in the above captioned action is **GRANTED**.

    Applicant has declared that she is a member in good standing of the bar of the state of New Jersey and that her contact information is as follows:

> Office of the New Jersey Attorney General
> 124 Halsey St., PO Box 45029
> Newark, New Jersey 07101
> (973) 648-4846
> Melissa.Medoway@law.njoag.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the state of New Jersey in the above entitled action;

    IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                                 _____

                                                                  United States District / Magistrate Judge