October 23, 2018

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    RE:    October 24 status conference in *State of New York, et al. v. U.S. Dep't of Commerce, et al.*, 18-CV-2921 (JMF).

Dear Judge Furman,

Pursuant to the Court's October 23 Order (ECF 390), NYIC Plaintiffs write to ask whether the October 24 scheduling conference can be pushed back to 3:30 or 4 pm or for relief from this Court's Individual Rules and Practice 2(A).

Undersigned counsel has a previously scheduled dispositive motion hearing on the morning of October 24 in Delaware and is unable to make a 2:30 pm start time.

The NYAG Plaintiffs and Defendants consent to this request.

                      Respectfully submitted,

                      ARNOLD & PORTER KAYE SCHOLER LLP
                      AMERICAN CIVIL LIBERTIES UNION

                      By: */s/ John A. Freedman*

Dale Ho
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 549-2693
dho@aclu.org

Sarah Brannon*
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005-2313
202-675-2337
sbrannon@aclu.org
*\* Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

Andrew Bauer
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7669
Andrew.Bauer@arnoldporter.com

John A. Freedman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000
John.Freedman@arnoldporter.com

Perry M. Grossman

1

New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

        Attorneys for the *NYIC* Plaintiffs