UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
STATE OF NEW YORK, et al., :
:
:
Plaintiffs, :
: 18-CV-2921 (JMF)
-v- :
: ORDER
:
UNITED STATES DEPARTMENT OF COMMERCE, et al., :
:
Defendants. :
:
------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

    It is hereby ORDERED that Plaintiffs' motion for leave to present live direct testimony at trial (Docket No. 386) is GRANTED in part and DENIED in part to the extent discussed, and for the reasons given, on the record at the conference held today, October 24, 2018. Specifically, the Court will permit the live direct testimony of Plaintiffs' expert witnesses (including the testimony of Dr. Salvo in its entirety), and of Dr. Abowd, (*see* Docket No. 393, at 2).

    It is further ORDERED that discovery in this case is extended to **October 28, 2018** for the limited purpose of Plaintiffs' depositions of Mr. Gore, Mr. Langdon, Ms. Park-Su, and Mr. Neuman.

    It is further ORDERED that any motion to compel Defendants to produce the two documents provided to Mr. Gore from the Department of Commerce (*see* Docket No. 399, at 1) shall be filed **by tomorrow, October 25, 2018, at 10:00 a.m.** Defendants shall file any response the same day **by 4:00 p.m.**

    As discussed at the conference, the parties shall confer and propose extended deadlines for filing deposition designations and any objections to such designations via joint letter to be filed on ECF by **October 26, 2018.** The parties shall file any objections to proposed trial exhibits by **October 29, 2018, at 12:00 p.m.**

    The Clerk is directed to terminate Docket No. 386.

    SO ORDERED.

Dated: October 24, 2018
       New York, New York
                                           JESSE M. FURMAN
                                        United States District Judge