October 26, 2018

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    RE:    *Joint Status Report in State of New York, et al. v. U.S. Dep't of Commerce, et al.,* 18-CV-2921 (JMF)

Dear Judge Furman,

    Pursuant to the Court's October 24 Order, ECF 401, the parties have met and conferred regarding proposed deadlines for filing deposition designations and any objections to such designations. As the parties anticipate that four additional depositions will be taken between October 25 and October 28, the parties propose that they file all designations, counter-designations, and objections by noon on November 2, 2018.

    Respectfully submitted,

    BARBARA D. UNDERWOOD
    Attorney General of the State of New York

    By: */s/ Elena Goldstein*
    Elena Goldstein, *Senior Trial Counsel*
    Matthew Colangelo
      *Executive Deputy Attorney General*
    Ajay Saini, *Assistant Attorney General*
    Office of the New York State Attorney General
    28 Liberty Street
    New York, NY 10005
    Phone: (212) 416-6021
    Elena.goldstein@ag.ny.gov

    Attorney for the *State of New York* Plaintiffs

    ARNOLD & PORTER KAYE SCHOLER LLP
    AMERICAN CIVIL LIBERTIES UNION


    By: */s/ John A. Freedman*

| | |
|---|---|
| Dale Ho<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>(212) 549-2693<br>dho@aclu.org | Andrew Bauer<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>(212) 836-7669<br>Andrew.Bauer@arnoldporter.com |
| Sarah Brannon*<br>American Civil Liberties Union Foundation<br>915 15th Street, NW<br>Washington, DC 20005-2313<br>202-675-2337<br>sbrannon@aclu.org<br>*Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).* | John A. Freedman<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001-3743<br>(202) 942-5000<br>John.Freedman@arnoldporter.com |

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

Attorneys for the *NYIC* Plaintiffs

*Counsel for Defendants*

              JOSEPH H. HUNT
              Assistant Attorney General

              BRETT A. SHUMATE
              Deputy Assistant Attorney General

              JOHN R. GRIFFITHS
              Director, Federal Programs Branch

              CARLOTTA P. WELLS
              Assistant Branch Director

              */s/ Kate Bailey*
              KATE BAILEY
              GARRETT COYLE
              STEPHEN EHRLICH

CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 514-9239
Fax:  (202) 616-8470
Email: kate.bailey@usdoj.gov