*State of New York, et al., v. Dep't of Commerce, et al.*, No. 1:18-cv-02921-JMF
**Plaintiffs' Witness List**

| Witness | Form of Testimony | Interpreter Needed | Summary of Testimony |
|---|---|---|---|
| Dr. John Abowd | Live | No | Will testify regarding the content of his expert report, his knowledge of and involvement in the decision to add the citizenship question, the impact of the citizenship question, and various sources of citizenship data, as Chief Scientist of the Census Bureau and as a representative of the Census Bureau. |
| Daniel Altschuler | Affidavit[1] | No | Will testify regarding the impact of the addition of citizenship question on Plaintiff Make the Road New York and its members. |
| Dr. Matthew Barreto | Live | No | Will testify regarding the content of his expert reports. |
| Todd Breitbart | Affidavit | No | Will testify regarding the impact of the citizenship question on redistricting in New York State. Will testify as to block level populations in New York State. |
| Susan Brower | Affidavit | No | Will testify regarding the impact of the citizenship question on residents in Minnesota and on block level populations in Minnesota. |
| Steven Choi | Affidavit | No | Will testify regarding the impact of the addition of citizenship question on Plaintiff New York Immigration Coalition and its members. |
| Earl Comstock | Deposition | No | Will testify regarding his knowledge of and involvement in the Commerce Department's decision to add the citizenship question. |
| Sarah Cullinane | Affidavit | No | Will testify regarding the impact of the citizenship question on residents of New Jersey. |
| George Escobar | Affidavit | No | Will testify regarding the impact of the addition of citizenship question on Plaintiff CASA de Maryland and its members. |
| Marchelle Franklin | Affidavit | No | Will testify regarding the impact of the citizenship question on funding in Phoenix, Arizona. |

---

[1] Plaintiffs use the term "Affidavit" to refer to all documents submitted pursuant to 28 U.S.C. § 1746, including declarations.

1

*State of New York, et al., v. Dep't of Commerce, et al.*, No. 1:18-cv-02921-JMF
**Plaintiffs' Witness List**

| | | | |
|---|---|---|---|
| Emily Freedman | Affidavit | No | Will testify regarding the impact of the citizenship question on funding in Providence, Rhode Island. |
| Jesús García | Affidavit | No | Will testify regarding the impact of the citizenship question on city spending, funding, redistricting and residents of Chicago. |
| John Gore | Deposition | No | Will testify regarding the Department of Justice's involvement in the decision to add the citizenship question. |
| Dr. Hermann Habermann | Affidavit | No | Will testify regarding the content of his expert report. |
| Dr. Lisa Handley | Live | No | Will testify regarding the content of her expert report. |
| Katherine Harvell Haney | Affidavit | No | Will testify regarding the impact of the citizenship question on funding in Massachusetts. |
| Jason Harmon | Affidavit | No | Will testify regarding the impact of the citizenship question on funding in New York State. |
| Dr. Sunshine Hillygus | Live | No | Will testify regarding the content of her expert reports. |
| Ron Jarmin | Deposition | No | Will testify regarding his knowledge of and involvement in the decision to add the citizenship question and the impact of the citizenship question. |
| Karen Dunn Kelley | Deposition | No | Will testify regarding her knowledge of and involvement in decision to add the citizenship question. |
| Samer Khalaf | Affidavit | No | Will testify regarding the impact of the addition of citizenship question on Plaintiffs ADC Research Institute and Plaintiff American-Arab Anti-Discrimination Committee and its members. |
| David Langdon | Deposition | No | Will testify regarding his knowledge of and involvement in the Commerce Department's decision to add the citizenship question. |
| Gregory Lucyk | Affidavit | No | Will testify regarding the impact of the citizenship question on redistricting in Virginia. |

*State of New York, et al., v. Dep't of Commerce, et al.*, No. 1:18-cv-02921-JMF
**Plaintiffs' Witness List**

| A. Mark Neuman | Deposition | No | Will testify regarding his knowledge of and involvement in the decision to add the citizenship question. |
|---|---|---|---|
| Dr. William O'Hare | Affidavit | No | Will testify regarding the content of his expert report. |
| Sahra Park-Su | Deposition | No | Will testify regarding her knowledge of and involvement in the Commerce Department's decision to add the citizenship question. |
| Christine Pierce | Affidavit | No | Will testify as to her communications with the Commerce Department concerning the citizenship question and differences between Nielsen surveys and the Decennial Census. |
| Elizabeth Plum | Affidavit | No | Will testify regarding the impact of the addition of citizenship question on Plaintiff New York Immigration Coalition and its members. |
| Dr. Andrew Reamer | Affidavit | No | Will testify regarding the content of his expert report. |
| Evelyn Rodriguez | Affidavit | No | Will testify regarding the impact of the citizenship question on city spending, and residents of Chicago. |
| Secretary Wilbur Ross | Deposition (if stay is lifted) | No | Will testify regarding his decision to add the citizenship question. |
| Dr. Joseph Salvo | Live | No | Will testify regarding the content of his rebuttal expert report and on the impact of the citizenship question on New York City. |
| Monica Sarmiento | Affidavit | No | Will testify regarding the impact of the citizenship question on residents of Virginia. |
| Wendy Teramoto | Deposition | No | Will testify regarding her knowledge of and involvement in the Commerce Department's decision to add the citizenship question. |
| John Thompson | Affidavit | No | Will testify regarding the content of his expert report. |
| Jacqueline Tiema-Massie | Affidavit | No | Will testify regarding the impact of the citizenship question on funding in the City of Chicago. |
| Dr. Jennifer Van Hook | Affidavit | No | Will testify regarding the content of her expert report and supplemental report. |

*State of New York, et al., v. Dep't of Commerce, et al.*, No. 1:18-cv-02921-JMF
**Plaintiffs' Witness List**

| Arturo Vargas | Affidavit | No | Will testify as to the role of Census advisory committees and his communications with the Commerce Department about the citizenship question. |
|---|---|---|---|
| Dr. Christopher Warshaw | Affidavit | No | Will testify regarding the content of his expert report. |