*State of New York, et al. v. U.S. Department of Commerce, et al.*   Defendants' Trial Exhibit List
No. 1:18-cv-2921 (JMF) (S.D.N.Y.)

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| DX-1 | Bates, Nancy (2017), The Morris Hansen Lecture, Hard-to-Survey Populations and the U.S. Census: Making Use of Social Marketing Campaigns, *Journal of Official Statistics*, Vol. 33, No. 4, 2017 | | |
| DX-2 | Brown, J. David, Misty L. Heggeness, Suzanne M. Dorinski, Lawrence Warren, and Moises Yi (2018), "Understanding the Quality of Alternative Citizenship Data Sources for the 2020 Census," U.S. Census Bureau, Center for Economic Studies, Working Paper, Aug. 6, 2018 | | |
| DX-3 | 2010 Geographic Terms and Concepts, Block, U.S. Census Bureau | | |
| DX-4 | 2020 Census Program Internal Memorandum Series: 2017.28.i, Release of the 2018 End-to-End Census Test Plan, U.S. Census Bureau, November 1, 2017 | | |
| DX-5 | 2020 Census Lifecycle Cost Estimate Internal Document, Tables, U.S. Census Bureau, September 29, 2017 | | |
| DX-6 | 2020 Type of Enumeration Areas (TEAs), Final TEA Delineations for Approval, U.S. Census Bureau, August 14, 2018 | | |
| DX-7 | 2020 Census, NRFU Workload Estimates by ACO, U.S. Census Bureau, May 24, 2017 | | |
| DX-8 | Email from B. Taylor to J. Treat, August 10, 2018 | | |
| DX-9 | Email from B. Taylor to M. Chapin, E. Kobilarcik, and R. Harbold, September 11, 2018 | | |
| DX-10 | Proposed Information Collection; Comment Request; 2020 Census, 83 Fed. Reg. 26643 (June 8, 2018) | | |
| DX-11 | Siegel, Jacob S. and Jeffery S. Passell (1979) Coverage of the Hispanic Population of the United States in the 1970 Census: A Methodological Analysis, Current Population Reports: Special Studies P-23, No. 82, U.S. Census Bureau | | |
| DX-12 | U.S. Census Bureau (1988), Issue Paper on the 1990 Census Race Question, Nov. 10, 1988 | | |
| DX-13 | U.S. Census Bureau (1992), DSD 2000 Census memorandum Series #E-18, *Final Results of the Mail Response Evaluation for the Simplified Questionnaire Test (SQT)*, Aug. 3, 1992 | | |
| DX-14 | U.S. Census Bureau (1993), 1990 Census of Population and Housing, Evaluation Research Reports, *Content Reinterview Survey: Accuracy of Data for Selected Population and Housing Characteristics as Measured by Reinterview*, Sept. 1993, Report 1990 CPH-E-1 | | |

*State of New York, et al. v. U.S. Department of Commerce, et al.*  Defendants' Trial Exhibit List
No. 1:18-cv-2921 (JMF) (S.D.N.Y.)

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| DX-15 | U.S. Census Bureau (2011), 2010 Census Count Imputation Results, DSSD 2010 Decennial Census Memorandum Series #J-12, June 7, 2011 | | |
| DX-16 | U.S. Census Bureau (2011), 2010 Census Planning Memoranda Series, No. 155, 2010 Census Recruiting and Hiring Assessment Report, Nov. 2, 2011 | | |
| DX-17 | U.S. Census Bureau (2013), U.S. Census Bureau Statistical Quality Standards, July 2013 | | |
| DX-18 | U.S. Census Bureau (2013), 2010 Census Planning Memorandum Series, No. 182, *2010 Census Nonresponse Followup Quality Profile*, March 21, 2013 | | |
| DX-19 | U.S. Census Bureau (2014), Research Report Series, No. 2013-05, *A Visual Proof, a Test, and an Extension of a Simple Tool for Comparing Competing Estimates*, Feb. 24, 2014 | | |
| DX-20 | U.S. Census Bureau (2017), *2020 Census Operation Plan*, Version 3.0, Sept. 2017 | | |
| DX-21 | U.S. Census Bureau (2017), *2020 Census Operation Plan for: 15. Group Quarters Operation* (QC), Version 1.0, Sept. 29, 2017 | | |
| DX-22 | U.S. Census Bureau (2017), 2020 Census Program Memorandum Series: 2017.21, *Area Census Offices for the 2020 Census*, Nov. 6, 2017 | | |
| DX-23 | U.S. Census Bureau (2017), 2020 Census Life-Cycle Cost Estimate Executive Summary, Version 1.0, Dec. 21, 2017 | | |
| DX-24 | U.S. Census Bureau (2018), 2020 Census Detailed Operational Plan for: 32. Field Infrastructure Operation (FLDI) and 33. Decennial Logistics Management Operation (DLM), Jan. 24, 2018 | | |
| DX-25 | U.S. Census Bureau (2018), 2020 Census Operational Plan Executive Summary, Version 2.0, Feb. 2018 | | |
| DX-26 | U.S. Census Bureau (2018), 2020 Census Detailed Operational Plan for: 17. Census Questionnaire Assistance Operation (CQA), Version 2.0, Feb. 2018 | | |
| DX-27 | U.S. Census Bureau (2018), 2020 Census Detailed Operational Plan for: 18. Nonresponse Followup (NRFU), Version 1.0, April 16, 2018 | | |
| DX-28 | U.S. Census Bureau (2018), 2020 Census Detailed Operational Plan for: 35. Update Leave Operation (UL), Version 1.0, June 25, 2018 | | |

*State of New York, et al. v. U.S. Department of Commerce, et al.*     Defendants' Trial Exhibit List
No. 1:18-cv-2921 (JMF) (S.D.N.Y.)

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| DX-29 | U.S. Census Bureau (2018), 2020 Census Detailed Operational Plan for: 12. Internet Self-Response (ISR) Operation, Version 1.0, Aug. 22, 2018 | | |
| DX-30 | Curriculum Vitae, Dr. John Abowd, Chief Scientist and Associate Director for Research and Methodology, Sept. 2018 | | |