IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *ET AL.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *ET AL.*,<br><br>    Defendants. | Case No. 1:18-cv-2921 (JMF)<br><br>Hon. Jesse M. Furman<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, ALAN BUTLER, hereby move this Court for an Order for admission *Pro Hac Vice* to appear as counsel for *Amicus Curiae* Electronic Privacy Information Center in the above-captioned action.

I am a member in good standing of the bars of the state of California and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached my affidavit pursuant to Local Rule 1.3.

Dated: October 29, 2018            Respectfully Submitted,

*/s/ Alan Butler*
**Alan Butler**
EPIC Senior Counsel
ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue, N.W. Suite 200
Washington, D.C. 20009
(202) 483-1140
butler@epic.org
*Counsel for Electronic Privacy Information Center*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, *ET AL.*, <br><br> Defendants. | Case No. 1:18-cv-2921 (JMF) <br><br> Hon. Jesse M. Furman <br><br> **AFFIDAVIT OF ALAN BUTLER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, ALAN BUTLER, being duly sworn, hereby deposes and says as follows:

1. I am Senior Counsel at the Electronic Privacy Information Center representing the Electronic Privacy Information Center.

2. I submit this Affidavit in Support of my Motion for Admission *Pro Hac Vice* in the above-captioned action.

3. As shown in the Certificates of Good Standing, attached hereto as Exhibit 1, I am a member in good standing of the bars of the State of California and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

WHEREFORE your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for *Amicus Curiae*, the Electronic Privacy Information Center.

Dated: October 29, 2018 	Respectfully Submitted,

_/s/ Alan Butler_

**Alan Butler**
EPIC Senior Counsel
ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue, N.W. Suite 200
Washington, D.C. 20009
Tel: (202) 483-1140
Fax: (202) 483-1248
butler@epic.org



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Alan Jay Butler*

was duly qualified and admitted on **January 11, 2013** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on October 25, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

October 24, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALAN JAY BUTLER, #281291 was admitted to the practice of law in this state by the Supreme Court of California on December 15, 2011; that from the date of admission to February 6, 2015, he was an ACTIVE member of the State Bar of California; that on February 6, 2015, he transferred at his request to the INACTIVE status; that from that date to February 29, 2016, he was an INACTIVE member of the State Bar of California; that on February 29, 2016, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Membership Records

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *ET AL.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *ET AL.*,<br><br>    Defendants. | Case No. 1:18-cv-2921 (JMF)<br><br>Hon. Jesse M. Furman<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

    The motion of Alan Butler for admission to practice Pro Hac Vice in the above captioned case is granted.

    Applicant has declared that he is a member in good standing of the bars of the state of California and the District of Columbia; and that his contact information is as follows:

    Alan Butler
    Electronic Privacy Information Center
    1718 Connecticut Ave., N.W. Suite 200
    Washington, D.C., 20009
    butler@epic.org
    Tel: (202) 483-1140

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *Amicus Curiae* Electronic Privacy Information Center in the above entitled action;

    IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                            United States Magistrate/District Judge