IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, <br><br> Defendants. | No. 1:18-cv-2921 (JMF) |

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATIONON

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: October 29, 2018        Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        BRETT A. SHUMATE
                                        Deputy Assistant Attorney General

                                        JOHN R. GRIFFITHS
                                        Director, Federal Programs Branch

                                        */s/ Carlotta P. Wells*
                                        CARLOTTA P. WELLS
                                        Assistant Branch Director

United States Department of Justice
Civil Division
P.O. Box 883
Washington, DC  20530
Tel.:  (202) 514-4522
Email:  carlotta.wells@usdoj.gov