UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>   Defendants. | No. 1:18-cv-02921-JMF<br>No. 1:18-cv-05025-JMF |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

 PLEASE TAKE NOTICE that Alexander H. Southwell, a partner at Gibson, Dunn & Crutcher LLP admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for *amici curiae* Tech:NYC, Univision Communications Inc., Warby Parker, General Assembly, Topia, and the Minneapolis Regional Chamber of Commerce.

Dated: New York, New York
   October 29, 2018

             GIBSON, DUNN & CRUTCHER LLP

             By: */s/ Alexander H. Southwell*
                Alexander H. Southwell

             200 Park Avenue
             New York, New York 10166
             Tel.: (212) 351-3981
             ASouthwell@gibsondunn.com

             *Attorney for Proposed Amici Curiae*
             Tech:NYC, Univision Communications Inc., Warby Parker, General Assembly, Topia, and the Minneapolis Regional Chamber of Commerce