UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>       Defendants. | No. 1:18-cv-02921-JMF<br>No. 1:18-cv-05025-JMF |

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Lee R. Crain, an associate at Gibson, Dunn & Crutcher LLP admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for *amici curiae* Tech:NYC, Univision Communications Inc., Warby Parker, General Assembly, Topia, and the Minneapolis Regional Chamber of Commerce.

Dated: New York, New York
       October 29, 2018

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Lee R. Crain*
        Lee R. Crain

200 Park Avenue
New York, New York 10166
Tel.: (212) 351-2454
LCrain@gibsondunn.com

*Attorney for Proposed Amici Curiae*
Tech:NYC, Univision Communications Inc., Warby Parker, General Assembly, Topia, and the Minneapolis Regional Chamber of Commerce