**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, | 18-2921 (JMF) |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | |
| Defendants. | |
| ------------------------------------------------------- | |
| NEW YORK IMMIGRATION COALITION, et al., | 18-5025 (JMF) (Consolidated Case) |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | |
| Defendants. | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PROPOSED AMICUS THE COUNCIL ON AMERICAN-ISLAMIC RELATIONS, NEW YORK, INC.**

Proposed amicus curiae Council on American-Islamic Relations, New York, Inc., by its attorneys and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it is an independent legal entity and that no publicly traded corporation owns ten percent or more of any of its stock.

| | |
|---|---|
| DATED:  October 29, 2018 | Respectfully submitted, |
| |   /s/ Robert H. Pees |
| Robert S. Chang (*pro hac vice*)<br>Lorraine Bannai (*pro hac vice*)<br>Ronald A. Peterson Law Clinic<br>Seattle University School of Law<br>901 12th Ave.<br>Seattle, WA 98122<br>Telephone: 206-398-4025<br>Facsimile: 206-398-4261<br>changro@seattleu.edu<br>bannail@seattleu.edu<br><br>*Attorneys for Proposed Amici Curiae Norman Y. Mineta, the Sakamoto sisters, and the Fred T. Korematsu Center for Law and Equality*<br><br>Albert Fox Cahn (SDNY No. AC3482)<br>Council on American-Islamic Relations,<br>  New York, Inc.<br>46-01 Twentieth Avenue<br>Queens, New York 11105<br>Telephone: 646-665-7599<br>acahn@cair.com<br><br>*Attorney for Proposed Amicus Curiae Council on American-Islamic Relations, New York, Inc.* | Robert H. Pees (SDNY No. RP0393)<br>Alice Hsu (SDNY No. AH9093)<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Telephone: 212-872-1072<br>Facsimile: 212-872-1002<br>rpees@akingump.com<br>ahsu@akingump.com<br><br>Geoffrey J. Derrick (SDNY No. GD7137)<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564<br>Telephone: 202-887-4597<br>Facsimile: 202-887-4288<br>gderrick@akingump.com<br><br>*Attorneys for Proposed Amici Curiae Norman Y. Mineta, the Sakamoto sisters, the Council on American-Islamic Relations, New York, Inc., and the Fred T. Korematsu Center for Law and Equality* |