**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, | 18-2921 (JMF) |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | |
| Defendants. | |
| -------------------------------------------------------- | |
| NEW YORK IMMIGRATION COALITION, et al., | 18-5025 (JMF) (Consolidated Case) |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | |
| Defendants. | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PROPOSED AMICUS THE FRED T. KOREMATSU CENTER FOR LAW AND EQUALITY**

Proposed amicus curiae the Fred T. Korematsu Center for Law and Equality, by its attorneys and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it is a non-profit educational institution under Section 501(c)(3) of the Internal Revenue Code without a parent corporation and that no publicly traded corporation owns ten percent or more of any of its stock.

DATED:  October 29, 2018	Respectfully submitted,

   */s/ Robert H. Pees*

Robert S. Chang (*pro hac vice*)	Robert H. Pees (SDNY No. RP0393)
Lorraine Bannai (*pro hac vice*)	Alice Hsu (SDNY No. AH9093)
Ronald A. Peterson Law Clinic	Akin Gump Strauss Hauer & Feld LLP
Seattle University School of Law	One Bryant Park
901 12th Ave.	New York, NY 10036
Seattle, WA 98122	Telephone: 212-872-1072
Telephone: 206-398-4025	Facsimile: 212-872-1002
Facsimile: 206-398-4261	rpees@akingump.com
changro@seattleu.edu	ahsu@akingump.com
bannail@seattleu.edu

*Attorneys for Proposed Amici Curiae*	Geoffrey J. Derrick (SDNY No. GD7137)
*Norman Y. Mineta, the Sakamoto sisters, and*	Akin Gump Strauss Hauer & Feld LLP
*the Fred T. Korematsu Center for Law and*	1333 New Hampshire Avenue, N.W.
*Equality*	Washington, D.C. 20036-1564
	Telephone: 202-887-4597
	Facsimile: 202-887-4288
Albert Fox Cahn (SDNY No. AC3482)	gderrick@akingump.com
Council on American-Islamic Relations,
  New York, Inc.
46-01 Twentieth Avenue	*Attorneys for Proposed Amici Curiae*
Queens, New York 11105	*Norman Y. Mineta, the Sakamoto sisters, the*
Telephone: 646-665-7599	*Council on American-Islamic Relations, New*
acahn@cair.com	*York, Inc., and the Fred T. Korematsu Center*
	*for Law and Equality*

*Attorney for Proposed Amicus Curiae*
*Council on American-Islamic Relations,*
*New York, Inc.*