UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>         Defendants. | No. 1:18-cv-02921-JMF<br>No. 1:18-cv-05025-JMF<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Stuart F. Delery, hereby move this Court for an Order for admission to Practice *Pro Hac Vice* to appear as counsel for *amici curiae* Tech:NYC, Univision Communications Inc., Warby Parker, General Assembly, Topia, and the Minneapolis Regional Chamber of Commerce in the above-captioned action.

I am a member in good standing of the Bar of the District of Columbia, and an associate (inactive) member in good standing of the Bar of the Commonwealth of Virginia.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached a declaration pursuant to Local Rule 1.3.

Dated:    Washington, D.C.
          October 29, 2018

                              Respectfully submitted,

                              GIBSON, DUNN & CRUTCHER LLP

                              By:    */s/ Stuart F. Delery*
                                     Stuart F. Delery

                              1050 Connecticut Avenue, N.W.
                              Washington, DC 20036-5306
                              Tel.: (202) 887-3650
                              Fax: (202) 467-0539
                              Email: SDelery@gibsondunn.com

*Attorney for Proposed Amici Curiae*
Tech:NYC, Univision Communications Inc., Warby Parker, General Assembly, Topia, and the Minneapolis Regional Chamber of Commerce

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>         Defendants. | No. 1:18-cv-02921-JMF<br>No. 1:18-cv-05025-JMF |

**DECLARATION OF STUART F. DELERY**

I, Stuart F. Delery, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1.  I am a partner at Gibson, Dunn & Crutcher LLP.

2.  I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3.  As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia and an associate (inactive) member in good standing of the Bar of the Commonwealth of Virginia. *See* Exhibits A and B.

4.  There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.  I hereby declare under penalty of perjury that the foregoing is true and correct.

Wherefore, I respectfully request that I be admitted to appear as counsel and advocate *pro hac vice* in this case for *amici curiae* Tech:NYC, Univision Communications Inc., Warby Parker, General Assembly, Topia, and the Minneapolis Regional Chamber of Commerce.

Dated: Washington, D.C.
       October 29, 2018

                                            */s/ Stuart F. Delery*
                                            Stuart F. Delery

# Exhibit A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Stuart F Delery*

was duly qualified and admitted on **March 8, 1996** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on October 24, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Exhibit B

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### STUART FRANK DELERY

was admitted to practice as an attorney and counsellor at the bar of this Court on June 5, 1995.

I further certify that so far as the records of this office are concerned, STUART FRANK DELERY is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 25th day of October
A.D. 2018

By: _____
*Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, <br><br> Defendants. | No. 1:18-cv-02921-JMF <br> No. 1:18-cv-05025-JMF <br><br> **[PROPOSED] ORDER** |

The motion of Stuart F. Delery for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia and an associate (inactive) member in good standing of the Bar of the Commonwealth of Virginia; and that his contact information is as follows:

> Stuart F. Delery
> GIBSON, DUNN & CRUTCHER LLP
> 1050 Connecticut Avenue, N.W.
> Washington, DC 20036-5306
> Tel: (202) 887-3650
> Fax: (202) 467-0539
> Email: SDelery@gibsondunn.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for *amici curiae* Tech:NYC, Univision Communications Inc., Warby Parker, General Assembly, Topia, and the Minneapolis Regional Chamber of Commerce in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
       New York, New York         HON. JESSE M. FURMAN
                                  UNITED STATES DISTRICT JUDGE