AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| State of New York, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-02921 (JMF) |
| U.S. Department of Commerce, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Normen Y. Mineta, the Sakamoto Sisters, CAIR-NU, and the Fred T. Korematsu Center for Law & Equality.

Date: 10/29/2018

/s/ Geoffrey J. Derrick
*Attorney's signature*

Geoffrey J. Derrick (GD7137)
*Printed name and bar number*

Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave. NW
Washington, D.C. 20036
*Address*

gderrick@akingump.com
*E-mail address*

(202) 887-4597
*Telephone number*

(202) 887-4288
*FAX number*