IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, <br><br> Defendants. | No. 1:18-cv-2921 (JMF) |

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATIONON**

TO:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note her appearance and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: October 29, 2018               Respectfully submitted,

                                      JOSEPH H. HUNT
                                      Assistant Attorney General

                                      BRETT A. SHUMATE
                                      Deputy Assistant Attorney General

                                      */s/ Alice Shih LaCour*
                                      ALICE SHIH LACOUR
                                      Counsel and Senior Advisor
                                      United States Department of Justice
                                      Civil Division
                                      P.O. Box 883
                                      Washington, DC  20044

1

Tel.: (202) 514-3180
Email: alice.s.lacour@usdoj.gov