AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| State of New York, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-02921-JMF |
| United States Department of Commerce, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New York State Office of the Attorney General.

Date:  10/30/2018

s/Danielle C. Fidler
*Attorney's signature*

Danielle C. Fidler NY Bar 5647714
*Printed name and bar number*
28 Liberty Street
New York, NY 10005

*Address*

danielle.fidler@ag.ny.gov
*E-mail address*

(212) 416-8441
*Telephone number*

(212) 416-6007
*FAX number*