UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>                    Defendants. | No. 1:18-cv-02921-JMF<br>No. 1:18-cv-05025-JMF |

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Joshua M. Wesneski, an associate at Gibson, Dunn & Crutcher LLP admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for *amici curiae* Tech:NYC, Univision Communications Inc., Warby Parker, General Assembly, Topia, and the Minneapolis Regional Chamber of Commerce.

Dated: Washington, D.C.
       October 30, 2018

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By:   */s/ Joshua M. Wesneski*
                                              Joshua M. Wesneski

                                        1050 Connecticut Avenue, N.W.
                                        Washington, DC 20036
                                        Tel.: (202) 887-3598
                                        JWesneski@gibsondunn.com

                                        *Attorney for Proposed Amici Curiae*
                                        Tech:NYC, Univision Communications Inc., Warby Parker, General Assembly, Topia, and the Minneapolis Regional Chamber of Commerce