IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, <br><br> Defendants. | No. 1:18-cv-2921 (JMF) |

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATIONON

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: October 31, 2018                     Respectfully submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General

                                            */s/ Joshua E. Gardner*
                                            JOSHUA E. GARDNER
                                            Special Counsel
                                            United States Department of Justice
                                            Civil Division
                                            1100 L Street, N.W.
                                            Washington, DC  20005
                                            Tel.:  (202) 305-7583
                                            Email:  Joshua.E.Gardner@usdoj.gov