AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| State of New York ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-CV-2921 |
| United States Department of Commerce, et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff the State of New York

Date: 11/01/2018

*Attorney's signature*

David E. Nachman 1764562
*Printed name and bar number*
Office of the Attorney General of the State of New York
28 Liberty
New York, NY 10005
*Address*

david.nachman@ag.ny.gov
*E-mail address*

(212) 416-8390
*Telephone number*

(212) 416-8139
*FAX number*