November 1, 2018

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

>**Re:** Courtroom Connect in *State of New York, et al. v. U.S. Dep't of Commerce, et al.*, 18-CV-2921 (JMF)

Dear Judge Furman:

The plaintiffs request that Your Honor allow for the arrangement of Wired Internet Connection that can be used by Court authorized lawyers and their staff during the trial. The secure Internet connection will greatly facilitate efficiency and effective representation in this matter. Plaintiffs request a total of ten wired connections for use in Courtroom 110.

Subject to your approval, we will retain Courtroom Connect to provide these services, a vendor who has a contract with the Southern District of New York to be the exclusive provider of Internet access for attorneys. Courtroom Connect does not require any court resources to provide service and currently maintains a network in the courthouse that is 100% independent of the Court's internal network. Set up, installation and service fees will be paid for by the plaintiffs at no cost to the Court.

The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

- The network will be a hard-wired, secure physical network connection utilizing a firewall and other security provisions.

- Onsite support, maintenance, monitoring, off-site user authentication, and many other measures are provided to ensure the highest levels of security and reliability.

- The network is totally separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

>Respectfully submitted,
>
>_____/s/_____
>SANIA W. KHAN
>Assistant Attorney General
>New York State Office of the Attorney General
>28 Liberty Street
>New York, NY 10005
>(212) 416-8534