UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK IMMIGRATION COALITION, *et. al*,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et. al*,<br><br>　　　　　　　Defendant. | Civil Action No. 1:18-cv-05025-JMF<br>　　　　　　[r: 1:18-cv-02921-JMF]<br><br>Hon. Jesse M. Furman<br><br>**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26(A)(1)** |

## PRELIMINARY STATEMENT

　　Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs New York Immigration Coalition ("NYIC"), Casa de Maryland ("Casa"), American-Arab Anti-Discrimination Committee ("ADC"), ADC Research Institute, and Make the Road New York ("MRNY") (collectively, "Plaintiffs") hereby make the following initial disclosures. Plaintiffs have made a reasonable and good faith effort to prepare the disclosures set forth herein. However, Plaintiffs have not completed their review of the evidence in connection with this case. Consequently, other potential witnesses, subjects of information, and/or categories of documents within the scope of these disclosures may be identified as discovery proceeds and as the case develops. Therefore, Plaintiffs reserve the right to modify, amend, or supplement these disclosures at a later time as appropriate, and at any time before trial in this matter.

　　These disclosures are made without waiving: (i) the right to object on the grounds of competency, the attorney-client privilege, attorney work-product protections, undue burden, relevancy, materiality, hearsay or any other proper ground; (ii) the right to object to the

1

production or use of any information, for any purpose, in whole or in part, in any proceeding in this or any other action; or (iii) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

**I.**      **Rule 26(a)(1)(A)(i): Individuals Likely to Have Discoverable Information that Plaintiffs May Use to Support Their Claims or Defenses**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), the chart below sets forth (1) the individuals, not including expert witnesses, that Plaintiffs have identified who are likely to have discoverable information that Plaintiffs may use to support their claims; and (2) to the extent reasonably determinable by Plaintiffs at this time, the subjects of the information about which these individuals may have knowledge. Plaintiffs have attempted to provide complete information regarding the subjects about which the identified individual has knowledge, but the individual may have knowledge of subjects in addition to, or other than, those listed. References to an individual's

employment title refers either to the individual's current or prior title.

**A.**      **Plaintiffs**

| Name | Title | Subject Matter | Contact Information |
|------|-------|----------------|---------------------|
| Steven K. Choi | Executive Director, New York Immigration Coalition | Mr. Choi is likely to have information about NYIC's Census education and outreach efforts; Census-guided funding streams; and organizational mission, programs, services, and membership. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Elizabeth (Betsy) Plum | Vice-President of Policy, New York | Ms. Plum is likely to have information about NYIC's Census | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 |

| | Immigration Coalition | education and outreach efforts; Census-guided funding streams; and organizational mission, programs, services, and membership. | 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
|---|---|---|---|
| Elizabeth Ouyang | Coordinator, New York Counts 2020, New York Immigration Coalition | Ms. Ouyang is likely to have information about NYIC's Census education and outreach efforts. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Lindolfo Carballo | Director of Workforce Development, Education, and Employment, CASA de Maryland | Mr. Carballo is likely to have information about CASA's outreach effort made in 2010, its planning for the Census outreach effort in 2020, any anticipated diversion of its resources because of the increased effort, and the increased fear of interactions with the government on the part of its communities. | c/o Arnold & Porter Kaye Scholer LLP 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| George Escobar | Senior Director of Health and Human Services, CASA de Maryland | Mr. Escobar is likely to have information about CASA's outreach effort made in 2010, its planning for the Census outreach effort in 2020, any anticipated diversion of its resources because of the increased effort, and the increased fear of interactions with the government on the part of its | c/o Arnold & Porter Kaye Scholer LLP 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |

| | | communities. | |
|---|---|---|---|
| Kimberley Propeack | Chief of Politics and Communications, CASA de Maryland | Ms. Propeack is likely to have information about CASA's outreach effort made in 2010, its planning for the Census outreach effort in 2020, any anticipated diversion of its resources because of the increased effort, and the increased fear of interactions with the government on the part of its communities. | c/o Arnold & Porter Kaye Scholer LLP 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Gustavo Torres | Executive Director, CASA de Maryland | Mr. Torres is likely to have information about CASA's planning for the Census outreach effort in 2020, any anticipated diversion of its resources because of the increased effort, and the increased fear of interactions with the government on the part of its communities. | c/o Arnold & Porter Kaye Scholer LLP 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Samer Khalaf | President, American-Arab Anti-Discrimination Committee | Mr. Khalaf is likely to have information about ADC's Census education and outreach efforts; and organizational mission, programs, and membership; and the anticipated diversion of its resources because of the increased effort, because of the | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |

| | | increased fear of interactions with the government on the part of its communities. | |
|---|---|---|---|
| Abed A. Ayoub | National Legal and Policy Director of the American-Arab Anti-Discrimination Committee | Mr. Ayoub is likely to have information about ADC's Census education and outreach efforts; and organizational mission, programs, and membership; and the anticipated diversion of its resources because of the increases in this effort because of the increased fear of interactions with the government on the part of its communities. Mr. Ayoub is also likely to have information about reports from ADC members who have expressed fear and concern about census participation because of the addition of the citizenship question. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Nabil Mohamad | Vice-President of the American-Arab Anti-Discrimination Committee | Mr. Mohamad is likely to have information about ADC's Census education and outreach efforts; and organizational mission, programs, and membership; and the anticipated diversion of its resources because of the increases in this | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |

|  |  | effort because of the increased fear of interactions with the government on the part of its communities.. |  |
|---|---|---|---|
| ADC Research Institute | Same individuals as named for ADC | Mr. Khalaf, Mr. Ayoub and Mr. Mohamad are likely to have information about ADCRI's Census education and outreach efforts, and organizational mission. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Javier Valdes | Co-Executive Director, Make the Road New York | Mr. Valdes is likely to have information about MRNY's Census education and outreach efforts; Census-guided funding streams; organizational mission, programs, services, and membership. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Daniel Altschuler | Director of Civic Engagement and Research, Make the Road New York | Mr. Altschuler is likely to have information about MRNY's Census education and outreach efforts; Census-guided funding streams; organizational mission, programs, services, and membership. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Yaritza Mendez | Immigration & Civil Rights Coordinator, Make the Road New York | Ms. Mendez is likely to have information about MRNY's Census education and outreach efforts and organizational mission, programs, services, and | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |

| | | membership. | |
|---|---|---|---|
| Natalia Aristizabal | Co-Director of Organizing, Make the Road New York | Ms. Aristizabal is likely to have information about MRNY's Census education and outreach efforts; Census-guided funding streams; and organizational mission, programs, services, and membership. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |

Other parties and individuals are also likely to have discoverable information that Plaintiffs may use to support their claims. These include the individuals listed below. In addition to those individuals, Plaintiffs expressly incorporate into these Initial Disclosures all of the individuals and entities that have been identified in the initial disclosures or other discovery responses of any other party in this action or related actions as individuals or entities likely to have discoverable information.

### B. Defendants

| Name | Title | Subject Matter | Contact Information |
|---|---|---|---|
| Brooke Alexander | Senior Advisor, Department of Commerce | Mr. Alexander is likely to have information regarding the motivation for adding the citizenship question to the Decennial Census, the necessity of Decennial Census data for VRA enforcement, the process by which the decision was | c/o Department of Justice |

| | | made to add the citizenship question to the Decennial Census, the normal process and procedures for adding questions to the Decennial Census, communications outside the Commerce Department regarding the citizenship question, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the impact of undercounts on other federal programs and political apportionment. | |
|---|---|---|---|
| Karen Dunn Kelly | Under Secretary of Commerce for Economic Affairs, Commerce Department | Ms. Dunn Kelly is likely to have information regarding the motivation for adding the citizenship question to the Decennial Census, the necessity of Decennial Census data for VRA enforcement, the process by which the decision was made to add the citizenship question | c/o Department of Justice |

| | | to the Decennial Census, the normal process and procedures for adding questions to the Decennial Census, communications outside the Commerce Department regarding the citizenship question, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the impact of undercounts on other federal programs and political apportionment. | |
|---|---|---|---|
| Brian Lenihan | Senior Advisor to the Chief of Staff to the Secretary of Commerce; Former Acting Assistant Secretary for Legislative and Intergovernmental Affairs | Mr. Lenihan is likely to have information regarding the motivation for adding the citizenship question to the Decennial Census. | c/o Department of Justice |
| Kevin Manning | Senior Public Affairs Coordinator, Department of Commerce | Mr. Manning is likely to have information regarding the motivation for adding the citizenship question to the Decennial Census. | c/o Department of Justice |

| Wilbur Ross | Secretary of Commerce | Mr. Ross is likely to have information regarding the motivation for adding the citizenship question to the Decennial Census, the necessity of Decennial Census data for VRA enforcement, the process by which the decision was made to add the citizenship question to the Decennial Census, the normal process and procedures for adding questions to the Decennial Census, communications outside the Commerce Department regarding the citizenship question, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the impact of undercounts on other federal programs and political apportionment. | c/o Department of Justice |
| Wendy Teramoto | Chief of Staff to Secretary of Commerce | Ms. Teramoto is likely to have information | c/o Department of Justice |

| | Wilbur Ross | regarding communications within and outside the Commerce Department regarding the citizenship question. | |
|---|---|---|---|
| Michael Walsh | Deputy General Counsel, Department of Commerce | Mr. Walsh is likely to have information regarding the motivation for adding the citizenship question to the Decennial Census, the necessity of Decennial Census data for VRA enforcement, the process by which the decision was made to add the citizenship question to the Decennial Census, the normal process and procedures for adding questions to the Decennial Census, communications outside the Commerce Department regarding the citizenship question, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the impact of | c/o Department of Justice |

| | | undercounts on other federal programs and political apportionment. | |
|---|---|---|---|
| John Abowd | Chief Scientist and Associate Director for Research and Methodology, Census Bureau | Mr. Abowd is likely to have information regarding the motivation for adding the citizenship question to the Decennial Census, the necessity of Decennial Census data for VRA enforcement, the process by which the decision was made to add the citizenship question to the Decennial Census, the normal process and procedures for adding questions to the Decennial Census, communications outside the Commerce Department regarding the citizenship question, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the impact of undercounts on other federal | c/o Department of Justice |

| | | programs and political apportionment. | |
|---|---|---|---|
| Karen Battle | Division Chief, Population Division, Census Bureau | Ms. Battle is likely to have information regarding communications within and outside the Commerce Department regarding the citizenship question, and the decision making process regarding the same. | c/o Department of Justice |
| Michael Berning | Acting Chief, Center for Administrative Records Research and Applications, Census Bureau | Mr. Berning is likely to have information regarding the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the process by which the decision to add the citizenship question to the Decennial Census was made. | c/o Department of Justice |
| Robert Bernstein | Stakeholder Relations Staff, Decennial Communications Coordination Office, Census Bureau | Mr. Bernstein is likely to have information regarding communications within and outside the Commerce Department regarding the citizenship question, and the decision making process regarding | c/o Department of Justice |

| | | the same. | |
|---|---|---|---|
| Kaile Bower | Chief, Integrated Partnership and Communications Branch, Census Bureau | Ms. Bower is likely to have information regarding the normal process and procedures for adding questions to the Decennial Census, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the process by which the decision to add the citizenship question to the Decennial Census was made. | c/o Department of Justice |
| Steven Buckner | Assistant Director of Communications, Census Bureau | Mr. Buckner is likely to have information regarding the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the process by which the decision to add the citizenship question to the Decennial Census was made. | c/o Department of Justice |
| Cheryl V. Chambers | Chief, Internal Communications Staff, Decennial Communications Coordination Office, Census Bureau | Ms. Chambers is likely to have information regarding communications within and outside the Commerce | c/o Department of Justice |

| | | Department regarding the citizenship question, and the decision making process regarding the same. | |
|---|---|---|---|
| Jennifer Hunter Childs | Statistician, Census Bureau | Ms Childs is likely to have information regarding the normal process and procedures for adding questions to the Decennial Census, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts and the process by which the decision to add the citizenship question to the Decennial Census was made. | c/o Department of Justice |
| Michael C. Cook Sr. | Division Chief, Public Information Office, Census Bureau | Mr. Cook is likely to have information regarding communications within and outside the Commerce Department regarding the citizenship question, and the decision making process regarding the same. | c/o Department of Justice |
| Joanne Buenzli Crane | Associate Director for Administration and Chief Financial Officer, | Ms. Crane is likely to have information regarding motivations of the defendants in | c/o Department of Justice |

| | Census Bureau | deciding to add the citizenship question to the Decennial Census and the process by which the decision to add the citizenship question to the Decennial Census was made. | |
|---|---|---|---|
| Aref N. Dajani | Mathematical Statistician Center for Disclosure Avoidance Research, Census Bureau | Mr. Dajani is likely to have information regarding how providing the citizenship data at the block level would affect disclosure avoidance plans for the 2020 Census and to what extent this was considered prior to any decision that was made on adding the citizenship question. | c/o Department of Justice |
| James Dinwiddle | Office of the Associate Director for Decennial Census Programs, Census Bureau | Mr. Dinwiddle is likely to have information regarding communications within and outside the Commerce Department regarding the citizenship question, and the decision making process regarding the same. | c/o Department of Justice |
| John Eltinge | Assistant Director for Research and Methodology, Census Bureau | Mr. Eltinge is likely to have information regarding the normal process and | c/o Department of Justice |

| | | procedures for adding questions to the Decennial Census, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts and the process by which the decision to add the citizenship question to the Decennial Census was made. | |
|---|---|---|---|
| Naomi Evangelista | Chief, Media Relations Branch, Public Information Office, Census Bureau | Ms. Evangelista is likely to have information regarding communications within and outside the Commerce Department regarding the citizenship question, and the decision making process regarding the same. | c/o Department of Justice |
| Albert Fontenot | Associate Director for Decennial Programs, Census Bureau | Mr. Fontenot is likely to have information regarding the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the process by which the decision to add the citizenship question | c/o Department of Justice |

| | | to the Decennial Census was made. | |
|---|---|---|---|
| Simson L. Garfinkel | Chief, Center for Disclosure Avoidance Research, Census Bureau | | c/o Department of Justice |
| Misty Heggeness | Branch Chief, Social, Economic, and Housing Statistics Division, Census Bureau | Ms. Heggeness is likely to have information regarding the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the process by which the decision to add the citizenship question to the Decennial Census was made. | c/o Department of Justice |
| Ron Jarmin | Acting Director, Census Bureau | Mr. Jarmin is likely to have information regarding the motivation for adding the citizenship question to the Decennial Census, the necessity of Decennial Census data for VRA enforcement, the process by which the decision was made to add the citizenship question to the Decennial Census, the normal process and procedures for adding questions to the Decennial | c/o Department of Justice |

| | | Census, communications outside the Commerce Department regarding the citizenship question, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the impact of undercounts on other federal programs and political apportionment. | |
|---|---|---|---|
| Christa Jones | Deputy Chief, Congressional and Intergovernmental Affairs at US Census Bureau | Ms. Jones is likely to have information regarding the motivation for adding the citizenship question to the Decennial Census and the normal process and procedures for adding questions to the Decennial Census. | c/o Department of Justice |
| Shawn Klimek | Director of Research, Center for Economic Studies, Census Bureau | Mr. Klimek is likely to have information regarding the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the process by | c/o Department of Justice |

| | | which the decision to add the citizenship question to the Decennial Census was made. | |
|---|---|---|---|
| Francine Krasowska | Customer Experience Analyst, Center for New Media & Promotion, Census Bureau | Ms. Krasowka is likely to have information regarding communications within and outside the Commerce Department regarding the citizenship question, and the decision making process regarding the same. | c/o Department of Justice |
| Enrique Lamas | Deputy Director and Chief Operating Officer, Census Bureau | Mr. Lamas is likely to have information regarding the motivation for adding the citizenship question to the Decennial Census, the necessity of Decennial Census data for VRA enforcement, the process by which the decision was made to add the citizenship question to the Decennial Census, the normal process and procedures for adding questions to the Decennial Census, communications outside the Commerce Department | c/o Department of Justice |

| | | regarding the citizenship question, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the impact of undercounts on other federal programs and political apportionment. | |
|---|---|---|---|
| Tim Olson | Director for Field Operations, Census Bureau | Mr. Olson is likely to have information regarding communications within and outside the Commerce Department regarding the citizenship question, and the decision making process regarding the same. | c/o Department of Justice |
| Eloise Parker | Assistant Director, Demographic Programs, Census Bureau | Ms. Parker is likely to have information regarding the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the process by which the decision to add the citizenship question to the Decennial Census was made. | c/o Department of Justice |
| Sonya Rastogi | Assistant Center | Ms. Porter is likely | c/o Department of |

| Porter | Chief for Research, Center for Administrative Records Research and Applications, Census Bureau | to have information regarding the normal process and procedures for adding questions to the Decennial Census, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts and the process by which the decision to add the citizenship question to the Decennial Census was made. | Justice |
| Roberto Ramirez | Branch Chief, Ethnicity and Ancestry Statistics Branch, Population Division, Census Bureau | Mr. Ramirez is likely to have information regarding the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the process by which the decision to add the citizenship question to the Decennial Census was made. | c/o Department of Justice |
| Burton Reist | Decennial Communications & Stakeholder Relations, Census Bureau | Mr. Reist is likely to have information regarding motivations of the defendants in deciding to add the citizenship question to the Decennial Census and the | c/o Department of Justice |

| | | process by which the decision to add the citizenship question to the Decennial Census was made. | |
|---|---|---|---|
| Moniqua L. Roberts-Gray | Deputy Chief, Media Relations, Public Information Office, Census Bureau | Ms. Roberts-Gray is likely to have information regarding communications within and outside the Commerce Department regarding the citizenship question, and the decision making process regarding the same. | c/o Department of Justice |
| James Rockas | Former press Secretary and Deputy Director of Public Affairs, Department of Commerce | Mr. Rockas is likely to have information regarding the motivation for adding the citizenship question to the Decennial Census. | |
| Jennifer C. Shopkorn | Senior Advisor, Communications Directorate, Census Bureau | Ms. Shopkorn is likely to have information regarding communications within and outside the Commerce Department regarding the citizenship question, and the decision making process regarding the same. | c/o Department of Justice |
| Tara Tadlock | Congressional Affairs Office | Ms. Tadlock is likely to have | c/o Department of Justice |

| | Branch Chief, Office of Congressional and Intergovernmental Affairs, Census Bureau | information regarding communications within and outside the Commerce Department regarding the citizenship question, and the decision making process regarding the same. | |
|---|---|---|---|
| Christine Taylor | Assistant Division Chief, Public Information Office, Census Bureau | Ms. Taylor is likely to have information regarding communications within and outside the Commerce Department regarding the citizenship question, and the decision making process regarding the same. | c/o Department of Justice |
| Neilan Timberlake | Program Analyst, Stakeholder Relations Staff, Decennial Communications Coordination Office, Census Bureau | Ms. Timberlake is likely to have information regarding communications within and outside the Commerce Department regarding the citizenship question, and the decision making process regarding the same. | c/o Department of Justice |
| James Treat | Assistant Director of Decennial Census Programs Directorate, Census Bureau | Mr. Treat is likely to have information regarding the impact of the citizenship question of responsiveness among certain | c/o Department of Justice |

| | | populations, foreseeable undercounts, and the process by which the decision to add the citizenship question to the Decennial Census was made. | |
|---|---|---|---|
| Victoria Velkoff | Chief, American Community Survey Office, U.S. Census Bureau | Ms. Velkoff is likely to have information regarding the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the process by which the decision to add the citizenship question to the Decennial Census was made. | c/o Department of Justice |
| James Whitehorne | Chief, Redistricting Data Program, Census Bureau | Mr. Whitehorne is likely to have information regarding the necessity of Decennial Census data for VRA enforcement. | c/o Department of Justice |
| Lisa Wolfisch | Acting Director, Center for New Media & Promotion, Census Bureau | Ms. Wolfish is likely to have information regarding communications within and outside the Commerce Department regarding the citizenship question, and the decision making | c/o Department of Justice |

| | | process regarding the same. | |
|---|---|---|---|

### C. **Non-Parties**

| Name | Title | Subject Matter | Contact Information |
|---|---|---|---|
| Fahd Ahmed | Executive Director, Desis Rising Up and Moving ("DRUM") | Mr. Ahmed is likely to have information about DRUM's Census education and outreach efforts; and organizational mission, programs and services. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Steve Bannon | Former White House Chief Strategist | Mr. Bannon is likely to have information around the motivations of the defendants in adding the citizenship question to the Decennial Census, and the impact of undercounts on other federal programs and political apportionment. | |
| Robert Berman | Deputy Chief, Voting Section, Civil Rights Division, Department of Justice | Mr. Berman is likely to have information around the motivations of the defendants in adding the citizenship question to the Decennial Census, as well as the necessity of Decennial Census date to VRA enforcement. | c/o Department of Justice |
| Lisa Blumerman | Former Acting Associate Director for 2020 Census, Census Bureau | Ms. Blumerman is likely to have information regarding the decision to add the citizenship | Lisa Blumerman |

| | | | |
|---|---|---|---|
| | | question to the Decennial Census, the necessity of Decennial Census data for VRA enforcement, the process by which the decision was made to add the citizenship question to the Decennial Census, the normal process and procedures for adding questions to the Decennial Census, communications outside the Commerce Department regarding the citizenship question, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the impact of undercounts on other federal programs and political apportionment. | |
| Eric Branstad | Former Senior White House Advisor, Department of Commerce | Mr. Branstad is likely to have information regarding the motivation for adding the citizenship question to the Decennial Census, the necessity of Decennial Census data for VRA enforcement, the the process by which the | Eric Branstad |

| | | | |
|---|---|---|---|
| | | decision was made to add the citizenship question to the Decennial Census, the normal process and procedures for adding questions to the Decennial Census, communications outside the Commerce Department regarding the citizenship question, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the impact of undercounts on other federal programs and political apportionment. | |
| Andrew Bremberg | Assistant to the President and the Director of the Domestic Policy Council | Mr. Bremberg is likely to have information around the motivations of the defendants in adding the citizenship question to the Decennial Census, and the impact of undercounts on other federal programs and political apportionment. | |
| Sarah Brinegar | Social Science Analyst, Civil Rights Division, Department of Justice | Ms. Brinegar is likely to have information around the motivations of the defendants in adding the citizenship | c/o Department of Justice |

| | | question to the Decennial Census, as well as the necessity of Decennial Census date to VRA enforcement. | |
|---|---|---|---|
| Steven Camarota | Director of Research, Center for Immigration Studies (CIS) | Mr. Camarota is likely to have information around the motivations of the defendants in adding the citizenship question to the Decennial Census, and the impact of undercounts on other federal programs and political apportionment. | Steven Camarota |
| Carlyn Cowen | Chief Policy & Public Affairs Officer, Chinese American Planning Council ("CPC") | Ms. Cowen is likely to have information about CPC's Census education and outreach efforts; Census-guided funding streams; and organizational mission, programs and services. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Marlenis de los Santos | N/A | Ms. de los Santos is likely to have information about the state and political subdivision in which she resides and the facilities, programs, and services that she uses that may benefit from Census-guided funding. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Arthur E. Gary | General Counsel, Justice Management Division, Department of Justice | Mr. Gary is likely to have information around the motivations of the defendants in adding the citizenship | c/o Department of Justice |

| | | question to the decennial census, as well as the necessity of decennial census date to VRA enforcement. | |
|---|---|---|---|
| John Gore | Acting Assistant Attorney General John Gore, Civil Rights Division, Department of Justice | Mr. Gore is likely to have information around the motivations of the defendants in adding the citizenship question to the Decennial Census, as well as the necessity of Decennial Census date to VRA enforcement. | c/o Department of Justice |
| Robert Groves | Former Director, Census Bureau | Mr. Groves is likely to have information on the impact of the citizenship question on responsive rates, the history of the census bureau's analysis of including the citizenship question, and the normal practices of the Census Bureau in adding a question to the Decennial Census. | Robert Groves |
| Hermann Habermann | Former Deputy Director, Census Bureau | Mr. Haberman is likely to have information on the impact of the citizenship question on responsive rates, the history of the census bureau's analysis of including the citizenship question, and the normal practices of the Census Bureau in | Hermann Habermann |

| | | adding a question to the Decennial Census. | |
|---|---|---|---|
| Israel ("Izzy") Hernandez | Former Acting Undersecretary of International Trade, Department of Commerce | Mr. Hernandez is likely to have information regarding the motivation for adding the citizenship question to the Decennial Census. | Israel ("Izzy") Hernandez |
| T. Christian Herren | Chief, Voting Section, Civil Rights Division, Department of Justice | Mr. Herron is likely to have information around the motivations of the defendants in adding the citizenship question to the Decennial Census, as well as the necessity of Decennial Census date to VRA enforcement. | c/o Department of Justice |
| Rama Issa-Ibrahim | Executive Director, Arab-American Association of New York ("AAANY") | Ms. Issa-Ibrahim is likely to have information about AAANY's Census education and outreach efforts; and organizational mission, programs and services. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Steve King | United States Representative, 4th District of Iowa | Mr. King is likely to have information around the motivations of the defendants in adding the citizenship question to the Decennial Census. | |
| Ditas Kitague | California Census Coordinator | Ms. Kitague is likely to have information on the effects on response rates of adding a citizenship question to Census. | |
| Kris Kobach | Secretary of | Mr. Kobach is likely | |

| | State of Kansas | to have information around the motivations of the defendants in adding the citizenship question to the Decennial Census, and the impact of undercounts on other federal programs and political apportionment. | |
|---|---|---|---|
| Linda Lee | Executive Director, Korean Community Services of Metropolitan New York ("KCSMNY") | Ms. Lee is likely to have information about KCSMNY's Census-guided funding streams; and organizational mission, programs and services. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Mae Lee | Chinese Progressive Association ("CPA") | Ms. Lee is likely to have information about CPA's Census education and outreach efforts; Census-guided funding streams; and organizational mission, programs and services. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Perla Lopez | N/A | Ms. Lopez is likely to have information about the state and political subdivision in which she resides and the facilities, programs, and services that she uses that may benefit from Census-guided funding. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Ray López | Director of Programs and Director of Environmental Health, LSA | Mr. Lopez is likely to have information about LSA's Census-guided funding streams; and | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 |

| | Family Health Services ("LSA") | organizational mission, programs and services. | (202) 942-5000 |
|---|---|---|---|
| Aracelis Lucero | Executive Director, Masa | Ms. Lucero is likely to have information about Masa's Census education and outreach efforts; Census-guided funding streams; and organizational mission, programs and services. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Alejandra Martin | N/A | Ms. Martin is likely to have information about the state and political subdivision in which she resides and the facilities, programs, and services that she uses that may benefit from Census-guided funding. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Laura McQuade | President and Chief Executive Officer, Planned Parenthood of New York City ("PPNYC") | Ms. McQuade is likely to have information about KCSMNY's Census-guided funding streams; and organizational mission, programs and services. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Larry McReynolds | Executive Director, Family Health Centers at NYU Langone | Mr. McReynolds is likely to have information about Family Health Centers at NYU Langone's Census-guided funding streams; and organizational mission, programs and services. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Stephen Miller | Senior Advisor to the President | Mr. Miller is likely to have information | |

| | | around the motivations of the defendants in adding the citizenship question to the Decennial Census, and the impact of undercounts on other federal programs and political apportionment. | |
|---|---|---|---|
| Amy O'Hara | Former Head of Census Bureau's Center for Administrative Records Research and Applications | Ms. O'Hara is likely to have information on Census' ability to use administrative match data to fulfill the equest for citizenship data in order to help enforce the VRA. | |
| Ben Overholt | Statistician, Civil Rights Division, Department of Justice | Mr. Overholt is likely to have information around the motivations of the defendants in adding the citizenship question to the Decennial Census, as well as the necessity of Decennial Census date to VRA enforcement. | c/o Department of Justice |
| John Park | Executive Director, MinKwon Center for Community Action ("MinKwon") | Mr. Park is likely to have information about MinKwon's Census education and outreach efforts; Census-guided funding streams; and organizational mission, programs and services. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Nancy Potok | Chief statistician of the United States, within the Office of | Ms. Potok is likely to have information regarding the necessity of | |

| | Management and Budget | Decennial Census data for VRA enforcement, the normal process and procedures for adding questions to the Decennial Census, communications outside the Commerce Department regarding the citizenship question, the impact of the citizenship question of responsiveness among certain populations, foreseeable undercounts, and the impact of undercounts on other federal programs and political apportionment. | |
|---|---|---|---|
| William Spisak | Program Director, Chhaya Community Development Corporation ("Chhaya") | Mr. Spisak is likely to have information about Chhaya's Census education and outreach efforts; Census-guided funding streams; and organizational mission, programs and services. | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 (202) 942-5000 |
| Dan Torres | Director of Immigrant Integration | Mr. Torres is likely to have information on the effects on response rates of adding a citizenship question to Census. | |
| Yatziri Tovar | N/A | Ms. Tovar is likely to have information about the state and political subdivision in which she resides | c/o Arnold & Porter Kaye Scholer LLP (212) 607-3300 601 Massachusetts Ave, N.W. Washington, DC 20001-3743 |

| | | and the facilities, programs, and services that she uses that may benefit from Census-guided funding. | (202) 942-5000 |
|---|---|---|---|
| Arturo Vargas | Executive Director of NALEO Educational Fund | Mr. Vargas is likely to have information on the effects on response rates of adding a citizenship question to Census. | |
| Rebecca Wertz | Deputy Chief, Voting Section, Civil Rights Division, Department of Justice | Ms. Wertz is likely to have information around the motivations of the defendants in adding the citizenship question to the Decennial Census, as well as the necessity of Decennial Census date to VRA enforcement. | c/o Department of Justice |

## II.    FRCP 26(a)(1)(A)(ii): Documents

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), Plaintiffs identify the following categories and

locations of documents as likely to contain information relevant to disputed matters in this case

that Plaintiffs may use to support their claims, unless solely for impeachment. These disclosures

relate solely to documents within Plaintiffs' possession, custody, or control. The categories

below reflect those that Plaintiffs have identified as of the date of this disclosure and may not

reflect all categories of documents in Plaintiffs' possession, custody, or control. Plaintiffs reserve

the right to supplement or amend these categories. By setting forth this information, Plaintiffs do

not admit the relevance or admissibility of any category or any document in any category; nor do

Plaintiffs acknowledge that any request for documents comprising all or part of any of these

categories would be reasonably calculated to lead the discovery of admissible evidence in this

case, or that the request is otherwise appropriate. Plaintiffs expressly reserve the right to object to and/or withhold production of any documents in any of the categories set forth below. These documents are in the form of electronically stored information or hard copy documents. Plaintiffs reserve the right to use any relevant evidence in support of its claims, regardless of the categories listed below.

### A.  Categories of Documents

- Documents related to Plaintiffs' Census education and outreach efforts and the effect of the citizenship question on those efforts

- Documents related to Plaintiffs' Census-guided funded streams

- Documents related to Plaintiffs' organizational missions, programs, membership, and services, and the immigrant communities of color that Plaintiffs serve.

### B.  Location of Documents

The above categories of documents include Plaintiffs' electronic and hard-copy documents.  The electronic documents are located on the computer systems for Plaintiffs and on individual media.  Documents potentially related to Plaintiffs' complaints are located at Plaintiffs' offices, whose addresses are as follows:

| Plaintiff | Location of Documents |
|---|---|
| New York Immigration Coalition | 131 W 33rd Street, Ste 610, New York, NY 10001 |
| Casa de Maryland | 8151 15th Ave Langley Park, MD 20783 |
| American-Arab Discrimination Committee | 1705 DeSales St., NW, Suite 500, Washington DC 20036 |
| ADC Research Institute | 1705 DeSales St., NW, Suite 500, Washington DC 20036 |
| Make the Road New York | 301 Grove Street, Brooklyn, NY 11237 |

Plaintiffs' investigation is ongoing. If, as the case develops, Plaintiffs identify additional documents or categories of documents in their possession, custody or control that supports their claims, Plaintiffs will identify them in supplemental disclosures as required under Fed. R. Civ. P. 26(e).

### III.    Rule 26(a)(1)(A)(iii): Computation of Plaintiffs' Damages

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii), other than fees and costs to which it may be entitled under applicable law, Plaintiffs do not seek damages for this matter from Defendants at this time.

### IV.    Rule 26(a)(1)(A)(iv): Insurance Policies

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv), Plaintiffs have no applicable insurance agreements to disclose.


Dated: July 23, 2018


ARNOLD & PORTER KAYE SCHOLER LLP
AMERICAN CIVIL LIBERTIES UNION


By:   /s/ John A. Freedman


Dale Ho                                                  Andrew Bauer
David Hausman[+]                                         Arnold & Porter Kaye Scholer LLP
American Civil Liberties Union Foundation                250 West 55th Street
125 Broad St.                                            New York, NY 10019-9710
New York, NY 10004                                       (212) 836-7669
(212) 549-2693                                           Andrew.Bauer@arnoldporter.com
dho@aclu.org
dhausman@aclu.org                                        John A. Freedman
                                                         David P. Gersch*
Sarah Brannon[+]**                                       Peter T. Grossi, Jr*

Davin Rosborough**
Ceridwen Cherry[+]
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005-2313
202-675-2337
sbrannon@aclu.org
drosborough@aclu.org
ccherry@aclu.org

Arthur N. Eisenberg
Christopher T. Dunn
Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

Samer E. Khalaf*
American-Arab Anti-Discrimination Committee
1705 DeSales Street, N.W., Suite 500
Washington, DC 20036
202-244-2990
skhalaf@adc.org

Nicholas Katz*
CASA de Maryland
8151 15th Avenue
Hyattsville, MD 20783
(240) 491-5743
nkatz@wearecasa.org

R. Stanton Jones*
Eric A. Rubel*
David J. Weiner*
Robert N. Weiner*
Barbara H. Wootton*
Elisabeth S. Theodore*
Daniel F. Jacobson*
Caroline D. Kelly[+]
Christine G. Lao-Scott*
Jay Z. Leff[+]
Chase R. Raines[+]
Dylan S. Young[+]
Arnold & Porter Kaye Scholer LLP
Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000
John.Freedman@arnoldporter.com

+ admitted pro hac vice
* designates pro hac vice application forthcoming.
** Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).

*Attorneys for Plaintiffs*