UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| State of New York, | |
|       *Plaintiffs*, | Case No. 1:18-cv-2921 (JMF) |
|       v. | **Motion for Admission Pro Hac Vice** |
| U.S. Department of Commerce, *et al.*, | |
|       *Defendants*, | |

---

Pursuant to Local Rule 1.3 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Colleen M. Campbell, hereby move this Court for an order for admission to practice Pro Hac Vice to appear as counsel for *amici curiae* former Directors of the U.S. Census Bureau Vincent P. Barabba, Martha Farnsworth Riche, Kenneth Prewitt, Steven H. Murdock, and Robert M. Groves in the above-captioned action.

I am a member of good standing of the bars of the State of Minnesota and of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. Certificates of Good Standing from the District of Columbia Court of Appeals and the State of Minnesota are attached as Exhibit A. My Declaration in Support of my Motion for Admission Pro Hac Vice is attached as Exhibit B.

                                                Respectfully Submitted,

Dated: November 2, 2018          /s/ Colleen M. Campbell
                                             Colleen M. Campbell
                                             MAYER BROWN LLP
                                             1999 K Street N.W.
                                             Washington, D. C. 20006
                                             Phone: (202) 263-3413

Fax: (202) 263-3300
E-mail: ccampbell@mayerbrown.com

# EXHIBIT A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

COLLEEN MARIE CAMPBELL

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 02, 2016

Given under my hand and seal of this court on

October 29, 2018

Emily J. Eschweiler, Director
Office of Lawyer Registration



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Colleen Marie Campbell*

was duly qualified and admitted on **January 5, 2018** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on October 29, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
State of New York, :
:
           *Plaintiffs*, :   Case No. 1:18-cv-2921 (JMF)
:
           v. :   Hon. Jesse M. Furman
:
U.S. Department of Commerce, *et al.*, :
:
           *Defendants*, :
:
------------------------------------- x

## DECLARATION OF COLLEEN M. CAMPBELL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Colleen M. Campbell, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1.    I am a member in good standing of the bars of the District of Columbia and the State of Minnesota.

2.    I attach certificates of good standing from the District of Columbia Court of Appeals and the Supreme Court of Minnesota, both of which were issued within thirty days of this filing, as Exhibit A to my Motion for Admission Pro Hac Vice.

3.    There are no pending disciplinary proceedings against me in any state or federal court.

4.    I have never been convicted of a felony.

5.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2018.

                                                                           /s/ Colleen M. Campbell____
                                                                           COLLEEN M. CAMPBELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
State of New York, :
: Case No. 1:18-cv-2921 (JMF)
    *Plaintiffs*, :
: **[PROPOSED] ORDER ON MOTION TO**
    v. : **PRACTICE PRO HAC VICE**
:
U.S. Department of Commerce, *et al.*, :
:
    *Defendants*, :
:
------------------------------------- x

The motion of Colleen M. Campbell for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the State of Minnesota and of the District of Columbia; and her contact information is as follows:

Colleen M. Campbell
MAYER BROWN LLP
1999 K Street N.W.
Washington, D. C. 20006
Phone: (202) 263-3413
Fax: (202) 263-3300
E-mail: ccampbell@mayerbrown.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *amici curiae* former Directors of the U.S. Census Bureau Vincent P. Barabba, Martha Farnsworth Riche, Kenneth Prewitt, Steven H. Murdock, and Robert M. Groves in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____      _____
                                                                                  Hon. Jesse M. Furman