November 2, 2018

The Honorable Jesse M. Furman
Thurgood Marshall U.S. Courthouse
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      RE:    Plaintiffs' Status Report in *State of New York, et al. v. U.S. Dep't of Commerce, et al.,* 18-CV-2921 (JMF).

Dear Judge Furman,

    Pursuant to Paragraph 1(A) of this Court's Individual Rules and Practices, Plaintiffs submit this letter to address several matters that arose at the final pretrial conference yesterday.

    *1.* Plaintiffs intend to call the following witnesses to testify at trial on Monday: Steven K. Choi, Dr. D. Sunshine Hillygus, Evelyn Rodriguez, Monica Sarmiento, and Dr. Jennifer Van Hook.

    Because Defendants have advised that they do not intend to cross-examine Mr. Choi, Ms. Rodriguez, or Ms. Sarmiento, Plaintiffs will call these witnesses to the extent necessary to address Defendants' evidentiary objections (Docket No. 463). Plaintiffs' written responses to those objections will be filed tomorrow, as discussed at the final pretrial conference.

    *2.* The report required under 13 U.S.C. § 141(f)(1), identified as PX-357, is in the Administrative Record at AR 194. The report required under 13 U.S.C. § 141(f)(2), identified as PX-489, is not currently included in the Administrative Record. As the Court noted, this report may be judicially noticed. Fed. R. Evid. 201.

                            Respectfully submitted,

                            BARBARA D. UNDERWOOD
                            *Attorney General of the State of New York*

                            By: */s/ Matthew Colangelo*
                            Matthew Colangelo, *Executive Deputy Attorney General*
                            Elena Goldstein, *Senior Trial Counsel*
                            Office of the New York State Attorney General
                            28 Liberty Street
                            New York, NY 10005
                            Phone: (212) 416-6057
                            matthew.colangelo@ag.ny.gov

                            Attorneys for the *State of New York* Plaintiffs

ARNOLD & PORTER KAYE SCHOLER LLP
AMERICAN CIVIL LIBERTIES UNION

By: */s/ John A. Freedman*

| | |
|---|---|
| Dale Ho | Andrew Bauer |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 125 Broad St. | 250 West 55th Street |
| New York, NY 10004 | New York, NY 10019-9710 |
| (212) 549-2693 | (212) 836-7669 |
| dho@aclu.org | Andrew.Bauer@arnoldporter.com |
| | |
| Sarah Brannon* | John A. Freedman |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 915 15th Street, NW | 601 Massachusetts Avenue, N.W. |
| Washington, DC 20005-2313 | Washington, DC 20001-3743 |
| 202-675-2337 | (202) 942-5000 |
| sbrannon@aclu.org | John.Freedman@arnoldporter.com |
| * *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).* | |

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

Attorneys for the *NYIC* Plaintiffs