UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
State of New York,
:
:
      *Plaintiffs*,
:
:  Case No. 1:18-cv-2921 (JMF)
v.
:
:  **Motion for Admission Pro Hac Vice**
:
U.S. Department of Commerce, *et al.*,
:
:
      *Defendants*,
:
:
------------------------------------- x

    Pursuant to Local Rule 1.3 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael B. Kimberly, hereby move this Court for an order for admission to practice Pro Hac Vice to appear as counsel for *amici curiae* former Directors of the U.S. Census Bureau Vincent P. Barabba, Martha Farnsworth Riche, Kenneth Prewitt, Steven H. Murdock, and Robert M. Groves in the above-captioned action.

    I am a member of good standing of the bars of the Maryland and of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. Certificates of Good Standing from the Court of Appeals of Maryland and the District of Columbia Court of Appeals are attached as Exhibit A. My Declaration in Support of my Motion for Admission Pro Hac Vice is attached as Exhibit B.

                                          Respectfully Submitted,

Dated:  November 2, 2018        /s/ Michael B. Kimberly_____
                                     Michael B. Kimberly
                                      MAYER BROWN LLP
                                      1999 K Street N.W.
                                      Washington, D. C. 20006
                                      Phone: (202) 263-3127

Fax: (202) 263-5350
E-mail: mkimberly@mayerbrown.com

# EXHIBIT A

# Court Of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Suzanne Johnson, Acting Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty first day of January, 2009,

### Michael Branch Kimberly

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Acting Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty ninth day of October, 2018.

*Suzanne [signature]*

*Acting Clerk of the Court of Appeals of Maryland*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Michael Branch Kimberly*

was duly qualified and admitted on **December 7, 2009** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on October 29, 2018.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                                                     :

State of New York,                     :

                                                                     : Case No. 1:18-cv-2921 (JMF)

                        *Plaintiffs*,         :

                                                                       : Hon. Jesse M. Furman

                               v.                   :

U.S. Department of Commerce, *et al.*,   :

                        *Defendants*,       :

------------------------------------- x

## DECLARATION OF MICHAEL B. KIMBERLY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Michael B. Kimberly, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1.    I am a member in good standing of the bars of Maryland and the District of Columbia.

2.    I attach certificates of good standing from the Court of Appeals of Maryland and the District of Columbia Court of Appeals, both of which were issued within thirty days of this filing, as Exhibit A to my Motion for Admission Pro Hac Vice.

3.    There are no pending disciplinary proceedings against me in any state or federal court.

4.    I have never been convicted of a felony.

5.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2018.

                                                                      /s/ Michael B. Kimberly\_\_\_
                                                                      MICHAEL B. KIMBERLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                            :

State of New York,                       :

                                *Plaintiffs*,    :    Case No. 1:18-cv-2921 (JMF)

                                            :    **[PROPOSED] ORDER ON MOTION TO**
                           v.                :    **PRACTICE PRO HAC VICE**

                                            :

U.S. Department of Commerce, *et al.*,    :

                                *Defendants*,    :

                                            :
------------------------------------ x

      The motion of Michael B. Kimberly for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of Maryland and of the District of Columbia; and his contact information is as follows:

      Michael B. Kimberly
      MAYER BROWN LLP
      1999 K Street N.W.
      Washington, D. C. 20006
      Phone: (202) 263-3127
      Fax: (202) 263-5350
      E-mail: mkimberly@mayerbrown.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *amici curiae* former Directors of the U.S. Census Bureau Vincent P. Barabba, Martha Farnsworth Riche, Kenneth Prewitt, Steven H. Murdock, and Robert M. Groves, in the above-captioned action;

    **IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All

2

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
                                     Hon. Jesse M. Furman