November 2, 2018

The Honorable Jesse M. Furman
Thurgood Marshall U.S. Courthouse
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      RE:    Plaintiffs' Status Report in *State of New York, et al. v. U.S. Dep't of Commerce, et al.,* 18-CV-2921 (JMF).

Dear Judge Furman,

      Pursuant to Paragraph 1(A) of this Court's Individual Rules and Practices, Plaintiffs write to advise the Court that the Supreme Court entered the attached order this evening denying Defendants' application for a stay. Ex. 1.

      Respectfully submitted,

      BARBARA D. UNDERWOOD
      *Attorney General of the State of New York*

      By: */s/ Matthew Colangelo*
      Matthew Colangelo, *Executive Deputy Attorney General*
      Elena Goldstein, *Senior Trial Counsel*
      Office of the New York State Attorney General
      28 Liberty Street
      New York, NY 10005
      Phone: (212) 416-6057
      matthew.colangelo@ag.ny.gov

      Attorneys for the *State of New York* Plaintiffs


      ARNOLD & PORTER KAYE SCHOLER LLP
      AMERICAN CIVIL LIBERTIES UNION

      By: */s/ John A. Freedman*

| | |
|---|---|
| Dale Ho | Andrew Bauer |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 125 Broad St. | 250 West 55th Street |
| New York, NY 10004 | New York, NY 10019-9710 |
| (212) 549-2693 | (212) 836-7669 |
| dho@aclu.org | Andrew.Bauer@arnoldporter.com |

Sarah Brannon*  
American Civil Liberties Union Foundation  
915 15th Street, NW  
Washington, DC 20005-2313  
202-675-2337  
sbrannon@aclu.org  
*Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

Perry M. Grossman  
New York Civil Liberties Union Foundation  
125 Broad St.  
New York, NY 10004  
(212) 607-3300 601  
pgrossman@nyclu.org

John A. Freedman  
Arnold & Porter Kaye Scholer LLP  
601 Massachusetts Avenue, N.W.  
Washington, DC 20001-3743  
(202) 942-5000  
John.Freedman@arnoldporter.com

Attorneys for the *NYIC* Plaintiffs

(ORDER LIST: 586 U.S.)

FRIDAY, NOVEMBER 2, 2018

ORDER IN PENDING CASE

18A455       IN RE DEPT. OF COMMERCE, ET AL.

       The application for stay presented to Justice Ginsburg and by her referred to the Court is denied.

       Justice Thomas, Justice Alito, and Justice Gorsuch would grant the application.