IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>                Defendants. | No. 1:18-cv-2921 (JMF) |

**NOTICE OF FILING OF DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL EXHIBITS**

Attached please find Defendants' Objections to Plaintiffs' Supplemental Exhibits.

Dated: November 4, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch

*/s/ Carol Federighi*
KATE BAILEY
GARRETT COYLE
STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel.:  (202) 514-1903
Email:  carol.federighi@usdoj.gov

*Counsel for Defendants*

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

| Exhibit # | Description | Objections | Date Identified (Leave Blank) | Date Entered (Leave Blank) |
|---|---|---|---|---|
| PX-542 | Email between David Langdon, Earl Comstock, Ellen Herbst, subject: Counting of Illegal Immigrants (5/24/17) [AR 0012465] | 403[1] | | |
| PX-543 | Email between David Langdon, Earl Comstock, Ellen Herbst, subject: RE Counting of Illegal Immigrants (5/24/17) [COM_DIS00020862] | * | | |
| PX-544 | Email between David Langdon and Sahra Park-Su; subject: FWD: Alert: Commerce Secretary Suggested Citizenship Question to Justice Dept., According to Memo, Contradicting His Congressional (6/22/18) [COM_DIS00015108] | 401, 403, 602 | | |
| PX-545 | Email between David Langdon, Peter Davidson, James Uthmeier, Aaron Willard, Sahra Park-Su, subject: Re: Questions Re: draft census memo (1/30/18) [AR 0001976] | 403 | | |
| PX-546 | Email between John Abowd, Burton Reist, Enrique Lamas, copying Victoria Velkoff, Albert Fontenot; subject: Re: I need the answers in a response to Earl before 10:30 (1/31/18) [AR 0005212] | 403 | | |
| PX-547 | Email between Sahra Park-Su and Jacque Mason, Mike Platt, Brian Lenihan, Israel Hernandez, copying Aaron Willard, Karen Kelley, Cameron Dorsey; subject: RE: Follow-up to today's Meeting (9/1/17) [AR 0001378] | 403 | | |
| PX-548 | House Oversight and Government Reform Hearing QFRs to Secretary Wilbur Ross Hearing Date October 12, 2017 [COM_DIS00014166] | * | | |
| PX-549 | Email between Earl Comstock to Wilbur Ross, Wendy Teramoto, copying Karen Kelley; subject: FW: Answers to Secretary Ross's Questions (10/29/17) [AR 0002446] | 403 | | |
| PX-550 | Email between Sahra Park-Su, Peter Davidson, copying Catherine Keller, James Uthmeier, Karen Kelley, Israel Hernandez, Earl Comstock, Brian Lenihan, Aaron Willard, Ron Jarmin, Enrique Lamas; subject: Re: Question from Secretary [AR 0003691] | 403 | | |
| PX-551 | Email between David Langdon and Sahra Park-Su; subject: FWD: Alert: Commerce Secretary Suggested Citizenship Question to Justice Dept., According to Memo, Contradicting His Congressional (6/22/18) [COM_DIS00013892] | * | | |

---

[1] Defendants reiterate that this challenge to a final agency action is properly reviewed, if at all, on the basis of the administrative record.  In response to the Court's July 3, 2018 Order, Defendants collected and produced a broader set of materials than would normally be considered appropriate for an administrative record.

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

| Exhibit # | Description | Objections | Date Identified (Leave Blank) | Date Entered (Leave Blank) |
|---|---|---|---|---|
| PX-552 | Questions on the Jan 19 Draft Census Memo on the DOJ Citizenship Question Reinstatement Request [AR 0001616] | 403 | | |
| PX-553 | Email between Jacque Mason, Alan Lang, copying Mike Platt, Brian Lenihan, Aaron Willard, Barry Robinson, James Uthmeier, Catherine Keller, Sahra Park-Su, subject: Here are the presentations from the PMR - please get ones missing and the contract one to Ellen (1/31/18) [AR 0001964] | 403 | | |
| PX-554 | Email between Sahra Park-Su, Christa Jones, copying Ron Jarmin, Enrique Lamas, Karen Kelley, Michael Walsh, Brian Lenihan, subject: Draft Response to Question (2/24/18) [AR 0013023] | 403 | | |
| PX-555 | Email between Sahra Park-Su, [redacted], coying Ron Jarmin, Enrique Lamas, Christa Jones, Michael Walsh, Brian Lenihan; subject re: Draft Response to Question (2.24.18) [AR 0003403] | 403 | | |
| PX-556 | Email between Ron Jarmin, Christ Jones, Enrique Lamas, Karen Kelley, Sahra Park-Su; subject: option D (2/23/18) [AR 0002935] | 403 | | |
| PX-557 | Calendar Invitation between Chelsey Neuhaus, Joseph Semsar, Karen Kelley, ExecSecBriefingBook, Michael Walsh, James Uthmeier, Mike Platt, Sahra Park-Su; subject: Stakeholder Calls (3/23/18) [AR 0001638] | 403 | | |
| PX-558 | Certification of Complete Administrative Record (6/8/18) | 403 | | |
| PX-559 | Email between Sahra Park-Su and Michael Walsh, subject: Narrative (5/15/18) [COM_DIS00014052] | 401 | | |
| PX-560 | Letter from Wilbur Ross, Sec. of Commerce, to Catherine E Lhamon, Chair, U.S. Comm'b on Civil Rights (7.5.18) | 401 | | |
| PX-561 | 2020 Census Detailed Operational Plan for: 18. Nonresponse Followup Operation (NRFU) Issued April 16, 2018 Version: V1.0 Final | * | | |
| PX-562 | March 16, 2017 OIG Report (OIG-17-020-I) | 602/802 | | |
| PX-563 | December 2010 GAO Report (GAO-11-193) | 602/802 | | |
| PX-564 | Administrative Records Modeling Update for the Census Scientific Advisory Committee Spring 2017 | 602/802/901 | | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

| Exhibit # | Description | Objections | Date Identified (Leave Blank) | Date Entered (Leave Blank) |
|---|---|---|---|---|
| PX-565 | Emails between Earl Comstock, David Langdon, and Ellen Herbst Re: Counting of Illegal Immigrants [COM_DIS00016563 revised] | * | | |
| PX-566 | Short Calendar Entry for Meeting with Mark Meadows | 602/802/901 | | |
| PX-567 | Full Calendar Entry for Meeting with Rep. Mark Meadows [COMM-17-0501-B-001329 - 001330] | 602/802/901 | | |
| PX-568 | Briefing Memorandum for Secretary Ross from Mike Platt for 3.23.18 Decennial Census Stakeholder Call (3/22/18) [AR 0012466] | 403 | | |
| PX-569 | Email between Michael Walsh, Wendy Teramoto, James Rockas, Karen Kelley, Earl Comstock, subject Re: Updated with his further edits below - For your approval (3/16/18) [AR 0012467] | 403 | | |
| PX-570 | Email between Christa Jones, Earl Comstock, Karen Kelley, subject: Re: Seeking Comment - citizenship question (2/18/18) [AR 0012470] | 403 | | |
| PX-571 | Email between Earl Comstock, David Langdon, James Uthmeier, Aaron Willard, Sahra Park-Su, Peter Davidson, subject: Re: questions re: draft census memo (1/30/18) [AR 0012477] | 403 | | |
| PX-572 | Draft Memo from Abowd to Ross RE: Technical Review of the Department of Justice Request to Add Citizenship Question to the 2020 Census (1/19/18) [AR 0012480] | 403 | | |
| PX-573 | Email between Karen Kelle, Earl Comstock, Enrique Lamas, Ron jarmin, Aaron Willard, James Uthmeier, Peter Davidson, subject: Re: Questions on the January 19 Alternatives Memo (1/30/18) [AR 0012489] | 403 | | |
| PX-574 | Summary of Alternatives & Detailed Analysis of Alternatives by John Abowd [AR 0012493] | 403 | | |
| PX-575 | Memo from Abowd to Ross RE: Technical Review of the Department of Justice Request to Add Citizenship Question to the 2020 Census (1/19/18) [AR 0012501] | 403 | | |
| PX-576 | Email between Karen Kelley, Sahra Park-Su, Aaron Willard, Ron Jarmin, Enrique Lamas, Jacque Mason, Mike Platt, Burton Reist, Joanne Crane, Israel Hernandez, Earl Comstock, Wendy Teramoto, subject: SWLR Questions (10/28/17) [AR 0012506] | 403 | | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

| Exhibit # | Description | Objections | Date Identified (Leave Blank) | Date Entered (Leave Blank) |
|---|---|---|---|---|
| PX-577 | Secretary HSGAC Hearing Q A (10/23/17) [AR 0012508] | 403 | | |
| PX-578 | Email between Earl Comstock, Wilbur Ross, Wendy Teramoto, Eric Branstad, subject: FW: Census Testimony for Wed. May 3 House CJS Hearing (5/1/17) [AR 0012526] | 403 | | |
| PX-579 | Prepared Statement of John H. Thompson Director U.S. Census Bureau Before the Appropriations Committee Subcomittee on Commerce, Justice, Science and Related Agencies, House (5/3/17) [AR 0012529] | 403 | | |
| PX-580 | Email between James Uthmeier, John Zadrozny, subject: Re: Hill/DOJ pushing for citizensip question on census forms: report (1/31/18) [COM_DIS00015678] | * | | |
| PX-581 | Email between Sahra Park-Su, Kelley Karen, Willard Aaron, Kevin Quinley, subject: Re: Short Fuse: FW: Census / immigration status story (Deadline: Today 2:45 pm) (12/29/17) [COM_DIS00015698] | * | | |
| PX-582 | Email between James Uthmeier, John Zadrozny, subject: Re: Hill/DOJ pushing for citizensip question on census forms: report (12/31/17) [COM_DIS00015704] | * | | |
| PX-583 | Email between John Zadrozny and [redacted] subject: Re: Hill/DOJ pushing for citizensip question on census forms: report (12/31/17) [COM_DIS00015707] | * | | |
| PX-584 | Email between Peter Davidson and James Uthmeier, subject: Re: Short Fuse: FW: Census / immigration status story (Deadline: Today 2:45 pm) (12/31/17) [COM_DIS00015711] | * | | |
| PX-585 | Email between Wendy Teramoto and Wilbur Ross, subject: Re: Calls with DOJ (9/19/17) [COM_DIS00016106] | * | | |
| PX-586 | Email between Karen Kelley, Israel Hernandez, Sahra Park-Su, subject: re: Census Matter Follow-Up (9/11/17) [COM_DIS00016564] | * | | |
| PX-587 | Email between Alexander Brooke, Israel Hernandez, Wendy Teramoto, subject: re: Follow up on our phone call (7/24/17) [COM_DIS00016571] | * | | |
| PX-588 | Email between Kris Kobach, Alexander Brooke, Israel Hernandez, subject: re: Follow up on our phone call (7/24/17) [COM_DIS00016575] | * | | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

| Exhibit # | Description | Objections | Date Identified (Leave Blank) | Date Entered (Leave Blank) |
|---|---|---|---|---|
| PX-589 | Email between Kris Kobach, Alexander Brooke, Israel Hernandez, subject: re: Follow up on our phone call (7/24/17) [COM_DIS00016577] | * | | |
| PX-590 | Email from James Uthmeier and Leonard Shambon, subject: current version (9/15/17) [COM_DIS00017126] | * | | |
| PX-591 | Draft Chronological History (8/21/17) [COM_DIS00017127] | * | | |
| PX-592 | Email between James Uthmeier and Mark Neuman, subject re: Questions re Census (9/13/17) [COM_DIS00017396] | * | | |
| PX-593 | Email between James Uthmeier and Sahra Park-Su, subject: Re: Census Matter Follow-Up (9/11/17) [COM_DIS00017398] | * | | |
| PX-594 | Email between James Uthmeier and Peter Davidson, subject: Re: Census Matter Follow-Up (9/9/17) [COM_DIS00017402] | * | | |
| PX-595 | Email between Earl Comstock, Peter Davidson, James Uthmeier, Wendy Teramoto, subject: Re: Census Matter Follow-Up (9/7/17) [COM_DIS00017405] | * | | |
| PX-596 | Email between Peter Davidson, James Uthmeier, Earl Comstock, Wendy Teramoto, subject: Re: Census Matter Follow-Up (9/7/17) [COM_DIS00017407] | * | | |
| PX-597 | Email between Wendy Teramoto, Earl Comstock, Peter Davidson, subject: Re: Census Matter Follow-Up (9/8/17) [COM_DIS00017468] | * | | |
| PX-598 | Email to Earl Comstock, subject: Re: Census Matter Follow-Up (9/7/17) [COM_DIS00017499] | * | | |
| PX-599 | Email between Wendy Teramoto, Earl Comstock, Peter Davidson, James Uthmeier, subject: Re: Census Matter Follow-Up (9/8/17) [COM_DIS00017554] | * | | |
| PX-600 | Email between James Uthmeier and Earl Comstock, subject: Re: Census Matter Follow-Up (9/7/17) [COM_DIS00017585] | * | | |
| PX-601 | Email between Macie Leach, Wendy Teramoto and Earl Comstock, subject: FW: SHORT FUSE: Fw: Census / Immigration status story (Deadline: Today 2:45 pm) (12/29/17) [COM_DIS00018193] | * | | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

| Exhibit # | Description | Objections | Date Identified (Leave Blank) | Date Entered (Leave Blank) |
|---|---|---|---|---|
| PX-602 | Email between Macie Leach, Wendy Teramoto and Earl Comstock, subject: FW: SHORT FUSE: Fw: Census / Immigration status story (Deadline: Today 2:45 pm) (12/29/17) [COM_DIS00018196] | * | | |
| PX-603 | Email between Macie Leach, Wendy Teramoto and Earl Comstock, subject: FW: SHORT FUSE: Fw: Census / Immigration status story (Deadline: Today 2:45 pm) (12/29/17) [COM_DIS00018200] | * | | |
| PX-604 | Email between Earl Comstock, James Rockas, Sahra Park-Su, subject: Re: 10-12 WAPO - 7am - Republicans could lose congressional seats if Census 2020 goes wrong (10/12/17) [COM_DIS00018535] | 401/602/802/901 | | |
| PX-605 | Email between Earl Comstock and Wendy Teramoto, subject: Fwd: Calls with DOJ (9/19/17) [COM_DIS00018543] | * | | |
| PX-606 | Email between Earl Comstock, Peter Davidson, James Uthmeier, Wendy Teramoto, subject: Re: Census Matter Follow-Up (9/8/17) [COM_DIS00018546] | * | | |
| PX-607 | Email between Earl Comstock and James Uthmeier, subject: Re: Census paper (8/11/17) [COM_DIS00018588] | * | | |
| PX-608 | Email between Earl Comstock and James Uthmeier, subject: Re: Census paper (8/11/17) [COM_DIS00018592] | * | | |
| PX-609 | Email between Macie Leach, Wendy Teramoto and Earl Comstock, subject: FW: SHORT FUSE: Fw: Census / Immigration status story (Deadline: Today 2:45 pm) (12/29/17) [COM_DIS00018772] | * | | |
| PX-610 | Email between Wendy Teramoto and Peter Davidson, subject: FW: Census Matter Follow-Up (9/7/17) [COM_DIS00018873] | * | | |
| PX-611 | Email between Wendy Teramoto and Kris Kobach, subject: Re: Follow up on our phone call (7/24/17) [COM_DIS00018875] | * | | |
| PX-612 | Email between Karen Kelley, Israel Hernandez, subject: Re: Census Matter Follow-Up (9/11/17) [COM_DIS00019464] | * | | |
| PX-613 | Email between James Uthmeier and [Sahra Park-Su], subject: Re: Census Matter Follow-Up (9/11/17) [COM_DIS00019468] | * | | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

| Exhibit # | Description | Objections | Date Identified (Leave Blank) | Date Entered (Leave Blank) |
|---|---|---|---|---|
| PX-614 | Email between Karen Kelley, Israel Hernandez, Sahra Park-Su, subject: Re: Census Matter Follow-Up (9/11/17) [COM_DIS00019687] | Clawback requested | | |
| PX-615 | Email between James Uthmeier and Sahra Park-Su, subject: Re: Census Matter Follow-Up (9/11/17) [COM_DIS00019691] | * | | |
| PX-616 | Email between David Langdon, Burton Reist, Melissa Creech, James Dinwiddie, Lisa Blumerman, subject: Re: Requested Information - Legal Review All Residents… (5/24/17) [COM_DIS00019987] | * | | |
| PX-617 | Email between Melissa Creech, Burton Reist, David Langdon, subject: Re: immigrant question - pt 2 (5/24/17) [COM_DIS00020024] | * | | |
| PX-618 | Email between Reist Burton, David Langdon, Melissa Creech, subject: Fw: immigrant questions - pt 2 (5/24/17) [COM_DIS00020028] | * | | |
| PX-619 | Memo from Robert B. Ellert and Robert Brumley, Counting Illegal Aliens (4/15/88) [COM_DIS00020031] | * | | |
| PX-620 | Memo from Robert B. Ellert and Robert Brumley, DOJ/OLP Memorandum on Counting Illegal Aliens in the 1990 Census (4/18/88) [COM_DIS00020058] | * | | |
| PX-621 | Letter from Carol T. Crawford, Assistant Attorney General, to Senator Bingaman (9/22/89) [COM_DIS00020062] | * | | |
| PX-622 | Email from Earl Comstock, Ellen Herbst, David Langdon, subject: RE: Counting of illegal immigrants (5/24/17) [COM_DIS00020864] | * | | |
| PX-623 | Email between Arthur Gary and John Gore, Re: Talking Points (12.18.17) [DOJ00039722] | 401/602/802/901 | | |
| PX-624 | Email between John Gore and Arthur Gary, RE: Talking Points (12.18.17) [DOJ00039725] | 401/602/802/901 | | |
| PX-625 | Email between Arthur Gary and John Gore, Re: Talking Points (12.18.17) [DOJ00039728] | 401/602/802/901 | | |
| PX-626 | Email between John Gore and Arthur Gary , RE: Talking Points (12.18.17) [DOJ00039730] | 401/602/802/901 | | |
| PX-627 | Email between Ben Aguinaga and John Gore, re: Updated Census Letters - FYI (6.14.18) [DOJ00039733] | 401/602/802/901 | | |
| PX-628 | Census Citizenship Question Memo [DOJ00039735] | 401/602/802/901 | | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

| Exhibit # | Description | Objections | Date Identified (Leave Blank) | Date Entered (Leave Blank) |
|---|---|---|---|---|
| PX-629 | Email between Devin O'Malley, John Gore, copying Ben Aguinaga, Re: Review: Statement in Response to Citizenship Question on Census (1/2/18) [DOJ00039736] | 401/602/802/901 | | |
| PX-630 | Email between Devin O'Malley, John Gore, copying Ben Aguinaga, Re: Review: Statement in Response to Citizenship Question on Census (1/2/18)[DOJ00039740] | 401/602/802/901 | | |
| PX-631 | Email between Devin O'Malley, John Gore, copying Ben Aguinaga, Re: Review: Statement in Response to Citizenship Question on Census (1/2/18)[DOJ00039743] | 401/602/802/901 | | |
| PX-632 | Email between Devin O'Malley, John Gore, copying Ben Aguinaga and Sarah Isgur Flores, Re: Review: Statement in Response to Citizenship Question on Census (1/2/18)[DOJ00039745] | 401/602/802/901 | | |
| PX-633 | Email between Devin O'Malley, John Gore, copying Ben Aguinaga and Sarah Isgur Flores, Re: Review: Statement in Response to Citizenship Question on Census (1/2/18)[DOJ00039747] | 401/602/802/901 | | |
| PX-634 | Email between Devin O'Malley, John Gore, copying Ben Aguinaga, Re: QFR Responses (6/14/18)[DOJ00039748] | 401/602/802/901 | | |
| PX-635 | Email between Devin O'Malley, John Gore, copying Ben Aguinaga, Re: Review: Statement in Response to Citizenship Question on Census (1/2/18)[DOJ00039749] | 401/602/802/901 | | |
| PX-636 | Email between Devin O'Malley, John Gore, copying Ben Aguinaga, Re: Review: Statement in Response to Citizenship Question on Census (1/2/18)[DOJ00039753] | 401/602/802/901 | | |
| PX-637 | Email between Devin O'Malley, John Gore, copying Ben Aguinaga and Sarah Isgur Flores, Re: Review: Statement in Response to Citizenship Question on Census (1/2/18)[DOJ00039756] | 401/602/802/901 | | |
| PX-638 | Email between Devin O'Malley, John Gore, copying Ben Aguinaga and Sarah Isgur Flores, Re: Review: Statement in Response to Citizenship Question on Census (1/2/18)[DOJ00039758] | 401/602/802/901 | | |
| PX-639 | Email between Rebecca Wertz and Chris Herren, RE: Census Hearing Maloney et. Al (rev3) (5/3/18)[DOJ00039759] | 401/602/802/901 | | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

| Exhibit # | Description | Objections | Date Identified (Leave Blank) | Date Entered (Leave Blank) |
|---|---|---|---|---|
| PX-640 | Draft Letter from Stephen Boyd to U.S. Rep. Carolyn Maloney [DOJ00039760] | 401/602/802/901 | | |
| PX-641 | Draft Letter from Stephen Boyd to U.S. Rep. Carolyn Maloney [DOJ00039764] | 401/602/802/901 | | |
| PX-642 | Email between Arthur Gary and John Gore, Re: 2020 census questions (9/11/17)[DOJ00129966] | 401/602/802/901 | | |
| PX-643 | Email between Arthur Gary and Michael Allen, FWD: 2020 census questions (9/11/17)[DOJ00129967] | 401/602/802/901 | | |
| PX-644 | Email between Arthur Gary and Michael Allen, FWD: 2020 census questions (9/12/17)[DOJ00129970] | 401/602/802/901 | | |
| PX-645 | Email between Arthur Gary and John Gore, Re: 2020 census questions (9/11/17)[DOJ00129973] | 401/602/802/901 | | |
| PX-646 | Email between Arthur Gary and John Gore, Re: 2020 census questions (9/11/17)[DOJ00129975] | 401/602/802/901 | | |
| PX-647 | Critical Objective for Census 2020: Reducing & Eliminating Black vs Non-Black Differential Undercount and Why It Matters (7/28/17) [DOJ00129977] | 401/602/802/901 | | |
| PX-648 | Email between Arthur Gary and John Gore, Re: 2020 census questions (9/11/17) [DOJ00129985] | 401/602/802/901 | | |
| PX-649 | Email between Arthur Gary and John Gore, Re: 2020 census questions (9/11/17) [DOJ00129988] | 401/602/802/901 | | |
| PX-650 | Email between A. Gary and J. Gore, Re: 2020 census questions (9/11/17) [DOJ00129990] | 401/602/802/901 | | |
| PX-651 | Draft letter from DOJ to John Thompson, Dir. Bureau of Census [DOJ00129991] | 401/602/802/901 | | |
| PX-652 | Schedule for Sec. Ross, 2018, Updated Redacted | 401/602/901 | | |
| PX-653 | Schedule for Secretary Ross's Conference Room, 2018, Updated Redacted | 401/602/901 | | |
| PX-654 | Schedule for Secretary Ross's Conference Room, 2017, FOIA Redacted | 401/602/901 | | |
| PX-655 | U.S. Census Bureau (June 8, 2018), Proposed Information Collection, 2020 Census. Federal Register Notice. Vol. 83 (111), p. 26649. | 401 | | |
| PX-656 | Memorandum from Center for Survey Measurement to ADRM re: Respondent Confidentiality Concerns, unredacted | 602/901 | | |