November 4, 2018

The Honorable Jesse M. Furman
Thurgood Marshall U.S. Courthouse
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      RE:    Plaintiffs' Status Report in *State of New York, et al. v. U.S. Dep't of Commerce, et al.,* 18-CV-2921 (JMF).

Dear Judge Furman,

    Pursuant to Paragraph 1(A) of this Court's Individual Rules and Practices, Plaintiffs submit this letter to correct the list of exhibits appended to our letter filed earlier today (Docket No. 478). Attachment 4 to that letter has been replaced with a corrected attachment; the other three attachments are filed here unchanged.

    As noted, Plaintiffs intend to move into the record four categories of exhibits that we believe can be readily addressed: (1) exhibits to which Defendants have not raised any objection; (2) exhibits to which Defendants have objected only on the ground of Rule 401 relevance; (3) exhibits to which Defendants have objected only on the ground of Rule 403 cumulativeness; and (4) exhibits to which Defendants have objected only on the grounds of Rule 401 relevance and Rule 403 cumulativeness. In the interest of making a clear record and to avoid the need to read each exhibit number into the trial transcript, Plaintiffs attach to this letter a list of the exhibits that fall under each of the categories we intend to address. *See* Attach. 1 (no objections); Attach. 2 (Rule 401 objections only); Attach. 3 (Rule 403 objections only); Attach. 4 (Rule 401 and Rule 403 objections only).

                                  Respectfully submitted,

                                  BARBARA D. UNDERWOOD
                                *Attorney General of the State of New York*

                              By: */s/ Matthew Colangelo*
                                Matthew Colangelo, *Executive Deputy Attorney General*
                                Elena Goldstein, *Senior Trial Counsel*
                                Office of the New York State Attorney General
                                28 Liberty Street
                                New York, NY 10005
                                Phone: (212) 416-6057
                                matthew.colangelo@ag.ny.gov

                                Attorneys for the *State of New York* Plaintiffs

                                ARNOLD & PORTER KAYE SCHOLER LLP

AMERICAN CIVIL LIBERTIES UNION

By: */s/ John A. Freedman*

| | |
|---|---|
| Dale Ho<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>(212) 549-2693<br>dho@aclu.org | Andrew Bauer<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>(212) 836-7669<br>Andrew.Bauer@arnoldporter.com |
| Sarah Brannon*<br>American Civil Liberties Union Foundation<br>915 15th Street, NW<br>Washington, DC 20005-2313<br>202-675-2337<br>sbrannon@aclu.org<br>* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).* | John A. Freedman<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001-3743<br>(202) 942-5000<br>John.Freedman@arnoldporter.com |

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

Attorneys for the *NYIC* Plaintiffs

# Attachment 1

Plaintiffs' Exhibits: No objections by Defendants

PX-1 to PX-8
PX-10 to PX-14
PX-153
PX-155
PX-162
PX-260
PX-262
PX-265
PX-292 to PX-293
PX-295
PX-359
PX-361
PX-372
PX-380
PX-406
PX-475
PX-478
PX-503
PX-543
PX-548
PX-551
PX-561
PX-565
PX-580 to PX-603
PX-605 to PX-613
PX-615 to PX-622

# Attachment 2

Plaintiffs' Exhibits: Rule 401 objections only

PX-559 to PX-560
PX-655

# Attachment 3

Plaintiffs' Exhibits: Rule 403 objections only

PX-17 to PX-150
PX-158
PX-167 to PX-173
PX-175 to PX-177
PX-179 to PX-180
PX-220
PX-285 to PX-286
PX-315
PX-357
PX-374
PX-490
PX-523 to PX-524
PX-537
PX-542
PX-545 to PX-547
PX-549 to PX-550
PX-552 to PX-558
PX-568 to PX-579

# Attachment 4

Plaintiffs' Exhibits: Rule 401 and Rule 403 objections only

PX-009
PX-151
PX-166
PX-192 to PX-195
PX-221
PX-255 to PX-257
PX-261
PX-263 to PX-264
PX-267 to PX-268
PX-271
PX-274 to PX-281
PX-283
PX-294
PX-296 to PX-303
PX-305 to PX-308
PX-332 to PX-333
PX-338 to PX-339
PX-341
PX-346
PX-348 to PX-350
PX-352
PX-354
PX-356
PX-371
PX-378
PX-381
PX-404 to PX-405
PX-409 to PX-411
PX-415
PX-429 to PX-431
PX-463
PX-479 to PX-480
PX-489
PX-491 to PX-494
PX-504
PX-511
PX-515 to PX-516
PX-530