1:18-cv-02921-JMF

(ORDER LIST: 586 U.S.)

FRIDAY, NOVEMBER 2, 2018

ORDER IN PENDING CASE

18A455    IN RE DEPT. OF COMMERCE, ET AL.

    The application for stay presented to Justice Ginsburg and by her referred to the Court is denied.

    Justice Thomas, Justice Alito, and Justice Gorsuch would grant the application.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/2/2018

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe* (signature)

CERTIFIED COPY ISSUED ON 11/02/2018