IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>Defendants. | 18-CV-2921 (JMF) |
| NEW YORK IMMIGRATION COALITION, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et. al.,<br><br>Defendants. | 18-CV-5025 (JMF) (Consolidated Case) |

**NOTICE OF FILING OF TRIAL AFFIDAVITS**

Plaintiffs hereby file with the Court the following trial affidavits:

1. October 26, 2018 Affidavit of Steven K. Choi (Ex. 1).

2. November 2, 2018 Supplemental Affidavit of Steven K. Choi (Ex. 2).

3. October 26, 2018 Affidavit of Jennifer Van Hook (Ex. 3).

Respectfully submitted,

By: /s/ Dale Ho

| | |
|---|---|
| Dale Ho | Andrew Bauer |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Sholer LLP |
| 125 Broad St. | 250 West 55th Street |
| New York, NY 10004 | New York, NY 10019-9710 |
| (212) 549-2693 | (212) 836-7669 |
| dho@aclu. | Andrew.Bauer@arnoldporter.com |
| | |
| Sarah Brannon* | John A. Freedman |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 915 15th Street, NW | 601 Massachusetts Avenue, N.W. |
| Washington, DC 20005-2313 | Washington, DC 20001-3743 |
| (202) 675-2337 | (202) 942-5000 |
| sbrannon@aclu.org | John.Freedman@arnoldporter.com |
| *Not admitted in the District of Columbia; practice limited per D.C. App. R. 49(c)(3). | |

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300
pgrossman@nyclu.org

*Attorneys for New York Immigration Coalition Plaintiffs*

Barbara Underwood, Attorney General of the State of New York
Elena Goldstein, Senior Trial Counsel
Matthew Colangelo, Executive Deputy Attorney General
Ajay Saini, Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6021
Elena.Goldstein@ag.ny.gov

*Attorneys for the State of New York Plaintiffs*