**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>Defendants. | 18-CV-2921 (JMF) |
| NEW YORK IMMIGRATION COALITION, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et. al.,<br><br>Defendants. | 18-CV-5025 (JMF) (Consolidated Case) |

**NOTICE OF FILING OF DEPOSITION DESIGNATIONS FOR EARL COMSTOCK**

Plaintiffs hereby file with the Court the synopsis of deposition excerpts for Earl Comstock (Exhibit 1), and the deposition excerpts for Earl Comstock that will be offered as substantive evidence (Exhibit 2).

Respectfully submitted,

By: */s/ Dale Ho*

Dale Ho
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 549-2693
dho@aclu.org

Andrew Bauer
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7669
Andrew.Bauer@arnoldporter.com

Sarah Brannon*
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005-2313
202-675-2337
sbrannon@aclu.org
* *Not admitted in the District of Columbia;*
*practice limited per D.C. App. R. 49(c)(3).*

John A. Freedman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000
John.Freedman@arnoldporter.com

Perry M. Grossman
New York Civil Liberties Union
Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

*Attorneys for the NYIC Plaintiffs*

BARBARA D. UNDERWOOD
*Attorney General of the State of New York*

By: */s/ Matthew Colangelo*
Matthew Colangelo, *Executive Deputy Attorney General*
Elena Goldstein, *Senior Trial Counsel*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov

*Attorneys for the State of New York Plaintiffs*

<u>Summary: Earl Comstock (August 30, 2018)</u>

Earl Comstock has no education, training or experience in voting rights law, redistricting, or election law. Tr. 14-15; 192-194. He started working at the Commerce Department on January 31, 2017. His current title is Deputy Chief of Staff and Director of Policy, and he reports to Secretary Ross. Tr. 33-40. No one from the Commerce Department was more involved than Comstock in the citizenship question. 340-341.

Comstock first heard about the possibility of adding a citizenship question to the Census from Secretary Ross shortly after the Secretary was confirmed in February 2017. Tr. 54-55. Comstock testified that Ross was interested in adding the citizenship question to the 2020 census. Tr. 137-146 and Ex. 9. By late July 2017, Comstock had been working on the citizenship question for months. Tr. 209-210.  In March 2017, Ross asked Comstock whether noncitizens are counted for apportionment purposes. Tr. 62-66, 68, 78-82, 205-209 & Ex 2. Comstock testified that adding the citizenship question is a good idea to determine "how many undocumented citizens there are." Tr. 262-264. Comstock did not review any materials in concluding that the citizenship question should be added, though he conducted an internet search to find out if other countries ask about citizenship on their censuses. Tr. 104, 109-110.

Comstock testified that did not know why Secretary Ross wanted to add the citizenship question to the Census, never had a discussion with the Secretary about why he wanted it added, and did not need that information in order to respond to Secretary Ross's request to get the question added to the Census. Comstock Tr. 105, 112-113, 253-268, 285-287.  Comstock believed his job was to find a rationale for adding the citizenship question. Tr. 266. Comstock reached out to DOJ, which referred him to DHS. DHS declined to request the citizenship question. This was reported to Ross, who then reached out directly to Attorney General Jeff Sessions about the citizenship question. Tr. 166-186, 213-218, 221-223, 269-273, 275-277, 277-285, 297, 337, 347-348, and Exs. 13-15, 19-24 and 27. In spring 2017, Ross was frustrated that there was no request for citizenship yet on the Census. Tr. 196-197. AG Sessions agreed to look into the citizenship matter. Tr. 233 and Ex. 15.

Comstock did not discuss the citizenship question with people in DOJ's Voting Section. Tr. 409-412. He is not aware of any Voting Rights Act cases DOJ declined to bring because of the lack of block-level CVAP data. Tr. 416. DOJ was not informed of the Census Bureau's recommendation to use administrative records to satisfy their request. Tr. 419-422. The Commerce Department did not send DOJ the Census Bureau analyses of their request. Tr. 422-425.

Comstock and James Uthmeier were the principal drafters of Ross's March 2018 decision memorandum. Tr. 242-243 and Ex. 30. The first draft of the June 21, 2018 supplemental memo came from DOJ.   Tr. 94-97, 99, 100-102, 247-248 and Ex. 5. He does not know who the officials referenced in the memorandum are. Tr. 111-114 and Ex. 5.  Comstock agrees that the Census Bureau never revised or withdrew their analysis as stated in the Abowd memo. Tr. 309-323. Comstock drafted the portion of the decision memo about Alternative D. Tr. 429-432 and Ex 30. He thought Alternative D made sense given his own experience and Ross's intelligence. Tr. 433-434. Comstock was the primary assembler of the 35 questions that went to the Census Bureau. Tr. 369-372 and Ex. 31.

Page 1

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3    ---------------------------------------

     NEW YORK IMMIGRATION COALITION, ET AL.,

4

                         Plaintiffs,

5         vs.        Case No.  1:18-CF-05025-JMF

6    UNITED STATES DEPARTMENT OF COMMERCE, ET AL.,

7                    Defendants.

     ---------------------------------------

8

9                    Washington, D.C.

10                   Thursday, August 30, 2018

11   Deposition of:

12                   EARL COMSTOCK

13   called for oral examination by counsel for

14   Plaintiffs, pursuant to notice, at the office of

15   Arnold & Porter, 601 Massachusetts Avenue NW,

16   Washington, D.C., before KAREN LYNN JORGENSON,

17   RPR, CSR, CCR of Capital Reporting Company,

18   beginning at 9:08 a.m., when were present on

19   behalf of the respective parties:

20

21

22

REDACTED

Page 2

```
 1                      CONTENT
                                            PAGE
 2
     EARL COMSTOCK                           9
 3   Examination by Mr. Colangelo           9
     Examination by Mr. Gersch              241
 4   Examination by Mr. Rosenberg           336
     Examination by Ms. Senteno             381
 5   Examination by Ms. Boutin              419
 6
 7           COMSTOCK DEPOSITION EXHIBITS
 8   EXHIBIT                                 PAGE
     NUMBER
 9   Plaintiffs' Exhibit 1    Email         56
     Plaintiffs' Exhibit 2    Email         62
10   Plaintiffs' Exhibit 3    Email         82
     Plaintiffs' Exhibit 4    Email         87
11   Plaintiffs' Exhibit 5    Memo          93
     Plaintiffs' Exhibit 6    Email         114
12   Plaintiffs' Exhibit 7    Email         120
     Plaintiffs' Exhibit 8    Email         123
13   Plaintiffs' Exhibit 9    Email         137
     Plaintiffs' Exhibit 10   Email         145
14   Plaintiffs' Exhibit 11   Email         147
     Plaintiffs' Exhibit 12   Email         158
15   Plaintiffs' Exhibit 13   Email         164
     Plaintiffs' Exhibit 14   Email         167
16   Plaintiffs' Exhibit 15   Memo          182
     Plaintiffs' Exhibit 16   Memo          189
17   Plaintiffs' Exhibit 17   Meeting       194
                              notification
18   Plaintiffs' Exhibit 18   Email         199
     Plaintiffs' Exhibit 19   Email         212
19   Plaintiffs' Exhibit 20   Email         215
     Plaintiffs' Exhibit 21   Email         218
20   Plaintiffs' Exhibit 22   Email         219
     Plaintiffs' Exhibit 23   Email         221
21   Plaintiffs' Exhibit 24   Email         224
     Plaintiffs' Exhibit 25   Email         226
22   Plaintiffs' Exhibit 26   Email         234
     Plaintiffs' Exhibit 27   Testimony from  293
```

REDACTED

Page 3

```
 1                              Committee on
                                Oversight and
 2                              Government
                                Reform
 3    Plaintiffs' Exhibit 28    Memo              309
      Plaintiffs' Exhibit 29    Memo              317
 4    Plaintiffs' Exhibit 30    Decisional       326
                                memorandum
 5    Plaintiffs' Exhibit 31    Questions on     372
                                draft Census
 6                              memo
      Plaintiffs' Exhibit 32    Memo              374
 7    Plaintiffs' Exhibit 33    Questions on     376
                                draft Census
 8                              memo
      Plaintiffs' Exhibit 34    Email             378
 9    Plaintiffs' Exhibit 35    Trump campaign   383
                                email
10
11        (Exhibits attached to transcript.)
12
13
14
15
16
17
18              Veritext Legal Solutions
                 Mid-Atlantic Region
                1250 Eye Street NW - Suite 350
19              Washington, D.C.  20005
20
21
22
```

REDACTED

```
 1              A P P E A R A N C E S
    On behalf of New York Immigration
 2  Coalition, CASA De Maryland, American-Arab
    Anti-Discrimination Committee, ADC Research
 3  Institute and Make the Road New York:
            David Gersch, Esquire
 4          ARNOLD & PORTER
```

REDACTED

```
10
    On behalf of Kravitz Plaintiffs:
11          Daniel Grant, Esquire
            COVINGTON & BURLING
12
```

REDACTED

```
14
    On behalf of Los Angeles Unified School District:
15          Brian Park, Esquire (Telephonically)
            DANNIS WOLIVER KELLEY
16
```

REDACTED

```
18
19  On behalf of County of Los Angeles:
            David I. Holtzman, Esquire
20          HOLLAND & KNIGHT
21
```

REDACTED

REDACTED

1    On behalf of LUPE Plaintiffs:
         Andrea Senteno, Esquire
2        MALDEF

3    REDACTED

4

5        Niyati Shah, Esquire
6        John C. Yang, Esquire
         ASIAN AMERICANS ADVANCING Justice
7

8    REDACTED

9

10

11       Ezra Rosenberg, Esquire
         Dorian Spence, Esquire
         LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW
12

13   REDACTED

14

15

16   On behalf of State of California:
         Gabrielle Boutin, Esquire
         R. Matthew Wise, Esquire (Telephonically)
17       DEPARTMENT OF JUSTICE
         OFFICE OF THE ATTORNEY GENERAL
18

19   REDACTED

20

21

22

REDACTED

Page 6

```
 1   On behalf of State of New York:
           Danielle Fidler, Esquire
 2         Elena Goldstein, Esquire
           Matthew Colangelo, Esquire
 3         Alex Finkelstein, Esquire
           ASSISTANT ATTORNEY GENERAL
 4         ENVIRONMENTAL PROTECTION BUREAU
```

# REDACTED

```
 8   On behalf of Defendants:
 9         Kate Bailey, Esquire
           Joshua Gardner, Esquire
10         U.S. DEPARTMENT OF JUSTICE
```

# REDACTED

```
14         Michael Cannon, Esquire
           David M.S. Dewhirst,Esquire
           U.S. DEPARTMENT OF COMMERCE, OFFICE OF THE
15         ASSISTANT GENERAL COUNSEL FOR FINANCE &
           LITIGATION
```

# REDACTED

```
20         Michael Walsh, Jr., Esquire
           DEPUTY GENERAL COUNSEL
```

# REDACTED

REDACTED

Page 7

1   VIDEOGRAPHER:   Dan Reidy

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 8

1                P R O C E E D I N G S

2    WHEREUPON,

3         VIDEOGRAPHER:  Good morning.  We are

4    going on the record at 9:01 a.m. on Thursday,

5    August 30, 2018.  Please note that the microphones

6    are sensitive and may pick up whispering, private

7    conversations and cellular interference.  Please

8    turn off all cell phones or place them away from

9    the microphones, as that can interfere with the

10   deposition audio.  Audio and video recording will

11   continue to take place unless all parties agree to

12   going off the record.

13        This is Media Unit 1 of the video

14   recorded deposition of Earl Comstock to be taken

15   by counsel for the plaintiff in the matter of the

16   New York Immigration Coalition, et al., v. The

17   United States Department of Commerce, et al.  This

18   case is filed in the United States District Court

19   for the Southern District of New York.  This

20   deposition is being held at the law office of

21   Arnold & Porter located a 601 Massachusetts Avenue

22   Northwest, Washington, D.C. 20001.

REDACTED

1        My name is Dan Reidy from the firm

2    Veritext Legal Solutions, and I am the

3    videographer.  The court reporter is Karen

4    Jorgenson from Veritext Legal Solutions.

5        I am not authorized to administer an

6    oath.  I am not related to any party in this

7    action, nor am I financially interested in the

8    outcome.

9        Also, counsel appearances will be noted

10   on the stenographic report rather than orally at

11   this time.

12       Will the court reporter please swear in

13   the witness?                    Global objection
                                     401/403
14              EARL COMSTOCK,

15   called as a witness, and having been first duly

16   sworn, was examined and testified as follows:

17       THE WITNESS:  I do.

18

19   REDACTED

20

21

22

REDACTED

Page 10

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 11

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 12

1
2
3  REDACTED
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

# REDACTED

17     course that covers demography.

18        Q   Okay.   Do you have any education,

19     training or experience in voting rights law?

20        A   No.

21        Q   Do you have any education training or

22     experience in redistricting?

REDACTED

1      A    No.

2      Q    Do you have any education, training or
3 experience in election law?

4      A    Again, other than as an attorney and the
5 ability to read laws, no.

6      Q    Okay.  By as an attorney and the ability
7 to read laws, you mean if you needed to read a
8 law, you could?

9      A    Meaning if I had read a statute related
10 to those, then I would be able to understand it,
11 yes.

12      Q    But you've never studied election law?

13      A    I've never studied election law.

14      Q    You've never practiced election law?

15      A    No.

16

17 REDACTED

18

19

20

21

22

REDACTED

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 17

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 18

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

Page 20

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 21

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 22

REDACTED

REDACTED

Page 23

1
2
REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 24

# REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 25

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 26

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 27

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 28

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 29

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

Page 31

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 32

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

# REDACTED

```
12          When did you become the director of
13   policy?
14      A    On January 31st --
15      Q    January 31st.
16      A    -- 2017.
17      Q    The -- was January 31, 2017 your first
18   day in the office at the Commerce Department?
19      A    Yes.   If I'm recalling correctly, that
20   that was Monday, yes.   It was the 30th or 31st.
21   It was whatever the Monday was at the end of
22   January.
```

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

# REDACTED

12     Q    Okay.  You mentioned that your title is

13  deputy chief of staff and director of policy.

14          When did you became deputy chief of

15  staff?

16     A    In April of this year.

17     Q    So from January 30, 2017 until

18  April 2018, you were director of policy?

19     A    Correct.

20     Q    Is director of policy a position within

21  the Office of the Secretary?

22     A    Yes.

REDACTED

Page 36

1        Q    And is that the same as director of
2    policy and strategic planning?
3        A    Correct.
4        Q    Who do you report to?
5        A    The Secretary.
6        Q    Directly to the Secretary?
7        A    Well, and to the chief of staff and to
8    the deputy secretary.
9        Q    Okay.  Was there a chief of staff on
10   January 30, 2017?
11       A    There was not.
12       Q    Okay.  So until there was a chief of
13   staff, who would you say you reported to?
14       A    Well, until the Secretary came on board,
15   sort of no one.
16
17   REDACTED
18
19
20
21
22

REDACTED

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 38

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

Page 39

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

1
2

REDACTED

3       Q     So you mentioned you work on whatever the
4  Secretary wants you to work on?
5       A     Correct.
6       Q     How does he identify matters that he
7  wants you to work on?
8       A     He says, Earl, can you get this done?  Or
9  we attend this meeting, and he says, can you
10  follow up on that?
11       Q     And how do you keep the Secretary
12  informed about what you are doing on important
13  matters or on assignments that he's given you?
14       A     By email, by oral briefing, and sometimes
15  by memos.
16       Q     How do you decide whether you're going to
17  update Secretary Ross by email, by briefing or by
18  memo?
19       A     Just depends on the time frame, the speed
20  of which I need to get something to him,       REDACTED

21
22

REDACTED

REDACTED

Page 41

# REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 42

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 43

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 44

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

Page 45

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

# REDACTED

13    Q    You mentioned that the individuals in the
14  policy office monitor specific areas; is that
15  right?
16    A    Correct.
17    Q    Do you have somebody assigned to monitor
18  the Census Bureau?
19    A    Yes.
20    Q    Who is that?
21    A    David Langdon.
22    Q    And what is David Langdon's background?

REDACTED

1      A     He is in the Economic & Statistics

2   Administration and knows -- knows the people down

3   there, knows how to get stuff done, so --

# REDACTED

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 48

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

Page 49

REDACTED

REDACTED

Page 50

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 51

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 52

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 53

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 54

# REDACTED

16     Q   When did you first hear about the notion

17  of adding a question about citizenship to the

18  decennial census?

19     A   Sometime in -- shortly after the

20  confirmation.

21     Q   And who did you hear it from?

22     A   The Secretary.

REDACTED

1      Q    And the Secretary was confirmed on

2   February 28, 2017; is that right?

3      A    I -- like I said, you'd have to confirm

4   that date, but I think that was the date, yes.

5      Q    And what did the Secretary tell you about

6   the idea of adding a question on citizenship to

7   the census during that first conversation shortly

8   after his confirmation?

9      A    Again, the exact time frame of the

10   conversation, I can't tell you.  It was sometime

11   in that spring period.  I don't recall the

12   details.  I think he simply inquired as to why

13   don't we have a citizenship question on the

14   census.

15      Q    Okay.  And what did you say to him when

16   he inquired?

17      A    Short answer, I don't know.  I'll check.

18

19   REDACTED

20

21

22

REDACTED

Page 56

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

Page 57

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

# REDACTED

10      Q     And then Mr. Langdon then says, "Earl is

11   very" -- underlined very -- "interested and thinks

12   the Secretary will be, as well."

13          Do you see that?

14      A     Yes.

15      Q     On February 2nd of 2017 would have been

16   your fourth day on the job; is that right?

17      A     Yep.

18      Q     Okay.   And do you recall telling

19   Mr. Langdon that you were very interested in

20   Congressional notification of decennial ACS

21   topics?

22      A     I recall telling him that we were very

REDACTED

1   interested in the census and getting a briefing on

2   it.

3        Q    Okay.

4        A    I don't specifically recall that, but --

5        Q    Were you very interested in the decennial

6   topics on February 2, 2017?

7        A    What probably would have caught my

8   attention is if we had to notify Congress about

9   something, I would want to make sure we were up to

10  speed on what we needed to notify them about.

11       Q    As of this date, February 2, 2017, do you

12  recall if you had already had discussions

13  regarding adding a citizenship question to the

14  census?

15       A    I don't recall having a discussion before

16  that.

17       Q    Mr. Langdon's email says, quote, it would

18  make sense for John Thompson to touch on this

19  topic in his overview briefing and then to have a

20  follow-up briefing very soon.

21            Was Mr. Thompson the Census Bureau

22  director at the time?

REDACTED

Page 60

1      A      Yes.

2      Q      And did that overview briefing take place

3   that's referred to in this email?

4      A      I imagine it did.

5

# REDACTED

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 61

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

# REDACTED

1
2
3
4
5
6
7
8
9
10
11
12

13       Q      Were you shown this email in preparation

14   for your deposition today?

15             MR. GARDNER:    I'm going to object and

16   instruct the witness not to answer on the grounds

17   of attorney work product.

18             I'm happy to let you answer when was the

19   last time you saw the document.

20             But you're asking about documents counsel

21   may have shown that would be protected.

22   BY MR. COLANGELO:

REDACTED

1        Q    When's the last time you saw this

2    document, Mr. Comstock?

3        A    Yesterday.

4        Q    And do you see the subject line of this

5    email is your question on the census?

6        A    Yep.

7        Q    Okay.  And Secretary Ross was confirmed

8    on February 28th, I think we agreed; is that

9    right?

10        A    Like I said, if that's the date, yes.

11        Q    Okay.  So this would have been

12    Secretary Ross's eleventh day on the job as

13    Commerce Secretary, give or take?

14        A    Approximately, yes.

15        Q    And the subject line of this email is

16    your question on the census?

17        A    Right.

18        Q    What was the Secretary's question on the

19    census?

20        A    He appeared to have asked whether

21    undocumented people were counted in the census.

22        Q    Okay.  And how did he ask you that

REDACTED

Page 64

1    question?

2         A    I don't recall.   Probably at a meeting,

3    possibly following up on a census briefing.   I

4    don't know.

5

6    REDACTED

7

8

9

10        Q    Okay.

11        A    By the way, I wanted to add one point.

12   On the prior document, you need to understand that

13   at that time, there were a number of questions

14   that the prior administration had requested be

15   placed, potentially, on the census that would have

16   been involved in that notification.   So that would

17   have been a reason of why I would have been

18   interested in that, on sexual orientation and

19   gender identity.   So that was an issue that was

20   very at the forefront at the time of what to do

21   about those requests.

22

REDACTED

REDACTED

REDACTED

5      Q     Okay.   Did he ask you whether noncitizen
6  people were counted for apportionment purposes?
7      A     Well, based on the answer, it appears he
8  might have.
9      Q     Appears he might have or appears he did?
10     A     I couldn't tell you the answer on that.
11     Q     Okay.
12     A     I don't recall the question, so --

REDACTED

19     Q     So you think it's likely that his
20  question was about whether undocumented immigrants
21  were counted for apportionment purposes?
22     A     That's entirely possible, but he might

REDACTED

1  have also just asked do we count undocumented

2  persons, and this is what I found on the Census

3  website.

# REDACTED

4

5

6

7

8

9

10

11

12      Q    This link you've identified at

13  www.census.gov, that's the Census Bureau's

14  frequently asked web page for Congressional

15  apportionment; is that right?

16      A    Again, without pulling it up, I couldn't

17  tell you specifically what it says.

18      Q    Okay.  If I represent to you that if you

19  pulled up that website, it would say frequently

20  asked questions for Congressional apportionment,

21  would that assist you?

22      A    I'd be happy to take your word for it.

REDACTED

1      Q    So does that assist you in recalling that

2    the Secretary asked whether noncitizens were

3    counted for apportionment purposes?

4      A    And I have no recollection of the

5    question, so I can only go by the answer.

6      Q    Okay.   The email also includes a blog

7    post from the Wall Street Journal; is that right?

8      A    Uh-huh.

9      Q    Okay.   And your email to the Secretary

10   says that this blog post, quote, confirms that

11   neither the 2000s, nor the 2010 census asked about

12   citizenship?

13     A    Correct.

14     Q    So does that lead you to conclude that

15   the Secretary asked about whether the decennial

16   census asks about citizenship?

17     A    That would be a reasonable supposition,

18   based on the response.

19     Q    And this blog post is called the pitfalls

20   of counting illegal immigrants; is that right?

21     A    Yep.

22     Q    And were you concerned on March 10, 2017

REDACTED

Page 68

1  about counting illegal immigrants?

2      A    I -- no, not personally.

3      Q    Was the Secretary concerned on

4  March 10, 2017 about counting illegal immigrants?

5      A    Again, I have no recollection of the

6  question, so I couldn't speculate as to what his

7  concern was.

8      Q    But you testified that a significant part

9  of your job function involves answering questions

10 from the Secretary on issues that matter to him,

11 right?

12     A    Correct.

13     Q    And if he asked you a question, you would

14 try to be responsive?

15     A    Generally, yes.

16     Q    You wouldn't ordinarily send him

17 information that wasn't responsive to a question

18 he asked, would you?

19     A    Not -- not characterized this way, no.

20     Q    So you testified a minute ago that the

21 Secretary -- that you first heard about the notion

22 of adding a question about citizenship to the

REDACTED

1   census when the Secretary raised it with you

2   shortly after his confirmation.   Does this email

3   indicate to you that it was by March 10th that the

4   Secretary first raised it with you?

5        A    I wouldn't necessarily draw that

6   conclusion from this email.

7        Q    Would you draw the conclusion that it was

8   later than March 10?

9        A    No, I wouldn't.   Again, this -- this

10   question does not directly address -- it's a

11   question about how -- who do we count, not whether

12   or not -- and whether there's a citizenship

13   question.   So I don't know at this point whether

14   he indicated he was interested in such a question,

15   other than getting the factual information.

16
17   REDACTED
18
19
20
21
22

REDACTED

Page 70

# REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 71

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 72

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 73

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 74

# REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 75

1
2
3     REDACTED
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 76

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 77

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

# REDACTED

17     Q    Sure.   The highlighted line says, "No
18  major government survey, including the decennial
19  census now underway, asks Americans about their
20  citizenship status."
21          And you see that this blog post is dated
22  May of 2010, correct?

REDACTED

1      A      Uh-huh.

2      Q      So the decennial census now underway, do

3   you understand we refer to --

4      A      Would have been the 2010, yeah.

5      Q      Remember to please wait for me to finish

6   my question before you answer.

7      A      Sure.

8      Q      Did you highlight this line?

9      A      Well, unless you did, then I'm assuming I

10   did.

11      Q      I can represent to you we did not

12   highlight this line.

13      A      Okay.  Then I will assume that it was

14   highlighted in the email.

15      Q      And why did you highlight this line of

16   the blog post before sending it to the Secretary?

17      A      Well, it appears that the question was

18   whether or not the citizenship question had been

19   asked, at least on the 2010 census, and so I'm

20   highlighting for him where in this article, so he

21   doesn't have to read the whole thing that I found

22   the information responsive to his question, which

REDACTED

Page 80

1    is a statement by somebody in Wall Street Journal,

2    which is, you know, in some circles considered a

3    reasonably accurate paper.   Stating that it was

4    not collected in the 2010 census.

5        Q    Okay.   And take a look -- let's do that

6    again.   We had some interference from the

7    conference line.

8            Take a look at the second page of

9    Comstock Exhibit 2.   This is the page marked 2522.

10       A    Yep.

11       Q    And, again, about two-thirds of the way

12   down the page, there's another highlighted line.

13           Do you see that?

14       A    I -- yep.

15       Q    I'll represent to you this line was

16   highlighted as the documents were produced to the

17   plaintiffs in this lawsuits.   We did not

18   highlight.

19       A    Okay.

20       Q    That line reads --

21       A    I can't read what it says.

22       Q    -- "Many more foreign-born residents were

REDACTED

Page 81

1   counted in 2000 than was expected based on annual

2   estimates produced by the Bureau."

3        Do you see that line?

4   A   Yep.  I'm -- I see the highlighted line,

5   but I'm taking it at your word that that's what it

6   says.

7   Q   Okay.  The -- do you know why you

8   highlighted that line when you sent this blog post

9   to the Secretary?

10  A   Again, it would appear to indicate that

11  the census may have underestimated the number of

12  undocumented folks.

13  Q   Okay.  So you told me that the Secretary

14  first raised the idea of adding a citizenship

15  question to the census shortly after he was

16  confirmed.  You've testified that on March 10th,

17  you emailed him information showing that

18  undocumented residents are included in the

19  apportionment counts.  You've testified on

20  March 10th, you emailed him a blog post from the

21  Wall Street Journal highlighting a line that no

22  major government survey asks American's about

REDACTED

Page 82

1    their citizenship status.

2            Does that help you remember when the

3    Secretary first expressed interest in adding a

4    citizenship question to the decennial census?

5        A    No.

6        Q    And does that help you remember that it

7    was no later than March 10th that the Secretary

8    first asked you that question?

9        A    Again, you're speculating as to when he

10   asked.   But he appeared to have inquired about

11   some relevant aspects of it --

12       Q    Okay.

13       A    -- on March 10th.

14

15

REDACTED

16

17

18

19

20

21

22

REDACTED

Page 83

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 84

1
2
3
REDACTED
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 85

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

Page 86

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 87

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 88

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 89

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 90

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 91

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

Page 92

REDACTED

REDACTED

Page 93

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

1
2
3
4

# REDACTED

5      Q      When's the first time you saw this

6   document?

7      A      Probably when we reviewed a draft in the

8   Justice Department.

9      Q      Okay.   When was that?

10     A      I couldn't tell you the date.

11     Q      Was it near in time to the date below

12   Secretary Ross's signature, which is June 21,

13   2018?

14     A      I'd say that's likely, yes.

15     Q      When's the last time you saw this

16   document?

17     A      Right now.

18     Q      When's the last time before right now

19   that you saw this document?

20     A      I think maybe yesterday.   I can't recall.

21     Q      Okay.   Did you draft this memo?

22     A      I did not draft this memo, no.

REDACTED

1      Q    Did you assist in drafting this memo?

2      A    I provided some edits to this memo.

3      Q    Okay.   Who else assisted in providing

4  edits to the memo?

5      A    The Office of General Counsel.

6      Q    Who in the Office of General Counsel?

7      A    I believe Mike Walsh.

8      Q    Anyone else?

9      A    There may have been other counsel.   I

10  don't know.

11      Q    Did Peter Davidson provide edits to this

12  memo?

13      A    It's entirely possible he did.

14      Q    Did James Uthmeier provide edits to this

15  memo?

16      A    It's possible, yes.

17      Q    The second sentence of this memo says,

18  "Soon after my appointment as Secretary of

19  Commerce, I began considering various fundamental

20  issues regarding the upcoming 2020 census,

21  including funding and content.   Part of these

22  considerations included whether to reinstate a

REDACTED

Page 96

1    citizenship question, which other senior

2    administration officials had previously raised."

3        A    Yes.

4        Q    Do you see that?

5        A    I do.

6        Q    Do you recall when -- strike that.

7             Do you know what time period the

8    Secretary is referring to in this memo when he

9    says, "Soon after my appointment, I began

10   considering various fundamental issues"?

11       A    Well, it appears that he would be talking

12   about spring of 2017.

13       Q    And the Secretary says in this memo, "My

14   staff and I thought reinstating a citizenship

15   question could be warranted."

16            Do you see that line?

17       A    Yep.

18       Q    Okay.  Who is the Secretary referring to

19   when he says my staff and I?

20       A    That probably includes me and could

21   include other staff.

22       Q    Which other staff?

REDACTED

1       A    Other staff involved in this process

2    would include James Uthmeier, Mike Walsh,

3    Wendy Teramoto, the Census staff.   You know,

4    again, the entire department that works for him,

5    so --

6       Q    Okay.   He refers in that line to, "My

7    staff and I thought reinstating a citizenship

8    question could be warranted."

9          Is that right?

10      A    Right.   So he's likely talking about me.

11    And, again, whether he discussed this with

12    Eric Branstad, I have no idea.   Izzy Hernandez was

13    working on this for a while, so he might have

14    talked to him about it.   And then, obviously,

15    James Uthmeier was working on this.   Ellen Herbst,

16    whether he discussed it with her, I don't know.

17

18    REDACTED

19

20

21

22

REDACTED

Page 98

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

Page 99

REDACTED

9       Q     Okay.   I thought you said it came over
10   from the Justice Department.
11       A     It did, the first draft.

REDACTED

REDACTED

# REDACTED

```
13      Q      Did you discuss the draft of this memo
14  with anybody outside the Office of the General
15  Counsel at Commerce?
16      A      Other than when the Secretary signed it,
17  no.
18      Q      Okay.  Tell me who you discussed it with
19  when the Secretary signed it?
20      A      The Secretary.
21      Q      And what did you discuss with him when he
22  signed it?
```

REDACTED

Page 101

1     A    Mr. Secretary, the Justice Department

2   recommends that we file this supplemental memo,

3   and so we recommend you sign it.

4     Q    And did he read it when you showed it to

5   him?

6     A    I believe he did, yes.

7     Q    Had you shown it to him before that

8   conversation?

9     A    I -- I don't know.

10    Q    Do you know if OGC had shown it to him

11  before that conversation?

12    A    It's entirely possible, yes.

13    Q    Do you know if the Justice Department

14  showed it to him before that conversation?

15    A    I don't believe the Justice Department

16  came over to meet with them.

17    Q    Did you talk with anyone other than the

18  Secretary or your colleagues from the Office of

19  General Counsel about this memo before June 21st?

20    A    Not that I recall.

21    Q    Did you discuss with it

22  Karen Dunn Kelley?

REDACTED

Page 102

1      A      That's entirely possible, yeah.

# REDACTED

21          You mentioned that you were likely one of

22     the people the Secretary's referring to when he

REDACTED

1  says my staff and I thought reinstating a

2  citizenship question could be warranted.

3      A    Uh-huh.

4      Q    Why did you think in the spring of 2017

5  that reinstating a citizenship question could be

6  warranted?

7      A    Because a citizenship question had

8  previously been asked.   It's asked by every other

9  major democracy in the world, so why wouldn't we

10 ask?

11     Q    And why did you want a citizenship

12 question?

13     A    Again, I think it provides important

14 information that's used for all kind of programs.

15 And if you want a complete and accurate census,

16 you would provide it.

17     Q    What caused you to form a view on whether

18 the citizenship question should or should not be

19 added?

20     A    When I was -- and I didn't really know

21 that it wasn't included in the census, but once I

22 became informed of that, it struck me as odd that

REDACTED

1    we don't ask the question.

2        Q    And you testified earlier that the

3    Secretary is the first person who raised it to

4    you?

5        A    In my employment at the Department of

6    Commerce, yes.

7        Q    Do you recall discussing it before you

8    worked at the Commerce Department?

9        A    Probably sometime in the last 30-odd

10   years, I'm in -- you know, in political science

11   and politics, so I'm sure I discussed at.

12       Q    But the first time in 2017 that you

13   recall considering this issue is when the

14

15   REDACTED

16

17

18

19

20

21

22

REDACTED

Page 105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

# REDACTED

REDACTED

A    Okay.   Well, again, I think you need to separate this out.   My decision or my belief that a -- a citizenship question should be included does not in any way change the process by which it might get included.   So they're two separate things.   I can hold the belief that a certain action might be warranted or should be taken independent of any analysis of whether or not that should be done.   That's two separate things.   So I think you're conflating the two.

The fact that I may think that as an objective, hypothetical question should one be added, I can form that belief quite quickly and hold that.   That's, then, separate from is that the right decision to make for a variety of reasons, including some of the issues that you

REDACTED

1    just outlined.

2        Q    And so in forming your view that a

3    citizenship question should be added --

4        A    Again, you're characterizing it in a way

5    that I'm not.    In forming my view that a

6    citizenship question would be appropriate to

7    include in a census, that's one thing.

8        Q    Okay.

9        A    Should be added is a separate --

10        Q    Hang on a second.    I haven't added a

11    question yet.

12            The Secretary's memo says my staff and I

13    thought reinstating a citizenship question could

14    be warranted, right?   And you've testified that

15    you were among the people he was referring to when

16    he says my staff and I.

17        A    Right.

18        Q    So you were of the view that the

19    citizenship -- adding a citizenship question could

20    be warranted?

21        A    Yes.

22        Q    And I'm asking in forming the view that

REDACTED

Page 108

1  adding a citizenship question could be warranted,

2  you relied only on common sense; is that what you

3  testified?

4          MR. GARDNER:   Objection.

5  Mischaracterizes the witness's prior testimony.

6  BY MR. COLANGELO:

7      Q    What did you rely on in forming that

8  view?

9      A    So, again, the key word is could.   Could

10 be warranted, meaning it is worthy of

11 investigating further.   That is what the document

12 says.

13     Q    What did you rely on in forming that

14 view?

15     A    The fact that other countries ask this

16 information; the fact that we ask it on the ACS of

17 a percentage of the population every year; the

18 fact that as a citizen, most people wouldn't be

19 concerned with answering that question.   All of

20 those things are relevant.

21

22  REDACTED

REDACTED

1
2 REDACTED

3     Q    When did you -- did there come a time

4 when you researched the statistical practices of

5 other countries?

6     A    Why would that be relevant?

7     Q    Mr. Comstock, you just testified that in

8 forming the view that adding a citizenship

9 question could be warranted, among the things you

10 considered was that other countries do.  So I'm

11 asking you --

12     A    Okay.

13     Q    -- did you research the practices of

14 other countries?

15     A    By that, you mean did I -- did I

16 determine that other countries ask the question?

17 Yes.

18     Q    In the spring of 2017?

19     A    Yeah.  I think we did a quick Google

20 search, you know.

21     Q    So you Googled the census practices of

22 other countries in order to determine that adding

REDACTED

1    a citizenship question could be warranted?

2         A    Again, my formulation of a -- of a

3    decision that it could be warranted is largely

4    based on common sense.

5         Q    Okay.  I just want to make sure that I

6    understand.  That as to the part of your answer

7    that related to the practices of other countries,

8    in the spring of 2017, you formed that view by

9    Googling it?

10        A    I may have asked if other countries did

11   it or I may have gotten online and looked.  I

12   don't recall.

13   REDACTED

14

15

16

17

18

19

20

21

22

REDACTED

1
2
3
# REDACTED
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 112

1     Q     Who are those other senior administration
2     officials?
3     A     You'd have to ask the Secretary.
4     Q     You don't know yourself?
5     A     I don't.
6     Q     You have no idea which other senior
7     administration officials raised this question,
8     other than the Secretary?
9     A     No.
10    Q     You never asked him where the idea came
11    from?
12    A     Nope.
13    Q     He never told you where the idea came
14    from?
15    A     Nope.
16    Q     You spent a lot of time on this issue?
17    A     Not relative to a lot of other things I
18    work on, no.
19    Q     How would you characterize the amount of
20    time you spent on this issue?
21    A     One one-hundredth of my time.
22    Q     You agree that it's an important issue?

REDACTED

Page 113

1    A    Correct.

2    Q    It was important to the Secretary?

3    A    Correct.

4    Q    He was motivated to get this done?

5    A    He was working on a lot of different

6  issues at the time.

7    Q    But this one was important to him?

8    A    Yes.  Absolutely.

9    Q    Okay.  And when you saw the draft of this

10  memo before June 21st and it refers to other

11  senior administration officials, you didn't

12  yourself have any view or understanding of who

13  those other administration officials were?

14    A    I did not, no.

15    Q    You didn't ask the secretary who those

16  other administration officials were?

17    A    No.

18    Q    Okay.  When recommending that he sign the

19  memo, he didn't say to you who are the other

20  senior -- who the other senior administration

21  officials were?

22    A    We did not discuss that, no.

REDACTED

Page 114

1      Q    And you said this came over from the
2   Justice Department?
3      A    Correct.
4      Q    Who sent it over, do you remember?
5      A    I don't know.

# REDACTED

REDACTED

Page 115

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 116

# REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1  REDACTED

2      Q    Did the Secretary speak with Mr. Bannon

3  that night?

4      A    I don't know.

5          MR. GARDNER:  Objection.  Calls for

6  speculation.  Lack of foundation.

7          THE WITNESS:  I do not know.

8  BY MR. COLANGELO:

9      Q    Did the Secretary speak with Kris Kobach

10  on April 7, 2017?

11      A    No idea.

12      Q    Did you join a call with the Secretary

13  regarding the census on April 5th of 2017?

14      A    I have no idea.

15      Q    You don't know if you joined the call

16  with the Secretary on April 5th of 2017?

17      A    I don't know what I was doing on

18  April 5, 2017 without looking at a calendar or

19  something else that would remind me.  I'd have to

20  go through my emails that day.  I could not tell

21  you what I was doing on that day.

22      Q    Do you know who Kris Kobach is?

REDACTED

1      A    I believe he's somebody with State of

2    Kansas maybe.

3      Q    And have you spoken to Mr. Kobach before?

4      A    I've never spoken to Mr. Kobach.

5      Q    Have you emailed with Mr. Kobach?

6      A    I've never emailed with Mr. Kobach.

7      Q    And after the call that's referred to in

8    this email, did the Secretary tell you what he

9    discussed?

10     A    No.

11          MR. GARDNER:  Objection.  Lack of

12    foundation.

13          THE WITNESS:  No.

14    BY MR. COLANGELO:

15     Q    Who would know what was discussed on this

16    phone call?

17          MR. GARDNER:  Objection.  Calls for

18    speculation.  Also, lack of foundation.

19    BY MR. COLANGELO:

20     Q    You can answer.

21     A    The parties to the call.

22     Q    You were working on the census in the

REDACTED

Page 119

1    spring of 2017, correct?

2         A    Yes.

3         Q    And the Secretary frequently asked you

4    for updates on the census-related matters in the

5    spring of 2017, right?

6         A    I wouldn't characterize it as frequently.

7         Q    Did the Secretary ever ask you for

8    updates on census matters in the spring of 2017?

9         A    Yes, he did.

10        Q    Did he ever update you on developments

11   that he was aware of regarding the census in the

12   spring of 2017?

13        A    It's unusual for the Secretary to update

14   me on anything.

15        Q    Would the Secretary have told you if he

16   had a conversation with Steven Bannon about the

17   census?

18        A    Not necessarily.

19        Q    Would he have told you if he had a

20   conversation about the census with Kris Kobach?

21        A    Not necessarily.

22        Q    Why not?

REDACTED

1          MR. GARDNER:  Objection.  Form.

2          THE WITNESS:  I wouldn't speculate, but

3    he's the Secretary.  He makes his own decisions.

4    BY MR. COLANGELO:

5       Q    So has the Secretary ever told you about

6    a conversation he had with someone else?

7          MR. GARDNER:  Objection.  Form.

8          THE WITNESS:  Yes.  He reports to me

9    sometimes if he feels that it's essential that I

10   know the substance of conversation.

11   BY MR. COLANGELO:

12      Q    Okay.

13          MR. COLANGELO:  Can we mark this

14   Exhibit 7?

15          (Plaintiffs' Exhibit 7, Email, was

16   marked.)

17          THE WITNESS:  Thank you very much.

18   BY MR. COLANGELO:

19      Q    Handed the witness a document stamped 763

20   and marked Exhibit 7.

21          Mr. Comstock, do you have Exhibit 7 in

22   front of you?

REDACTED

Page 121

1       A    I do.

2       Q    Have you seen this email before?

3       A    No, I haven't.

4       Q    This is the first you've ever seen this

5   email?

6       A    Yes.

7       Q    Okay.   If you turn to the second page --

8       A    I'm sorry.   I'm just reading the

9   document.

10          Okay.

11       Q    Do you see at the bottom of page -- of

12   the first page of this exhibit, Mr. Comstock,

13   there's an email from Kris Kobach to

14   Wendy Teramoto --

15       A    Right.

16       Q    -- on July 21, 2017; is that right?

17       A    That's what it says.

18       Q    And the email says, "Wendy, nice meeting

19   you on the phone this afternoon.   Below is the

20   email that I sent to Secretary Ross.   He and I had

21   spoken briefly on the phone about this issue at

22   the direction of Steven Bannon a few months

REDACTED

Page 122

1   earlier."

2           Do you see that?

3      A    I see that.

4      Q    Okay.   That was the call on April 5th

5   that we were just talking about, right?

6           MR. GARDNER:   Objection.   Lack of

7   foundation.   Calls for speculation.

8           THE WITNESS:   Doesn't specify when the

9   phone call took place.

10  BY MR. COLANGELO:

11     Q    And did Wendy tell you she got this email

12  from Kris Kobach in July of 2017?

13     A    No.

14     Q    You've never spoken to Wendy about

15  Kris Kobach, at all?

16     A    Not that I recall.

17     Q    Is there anyone else that you're aware of

18  that Steven Bannon directed the Secretary to talk

19  to about the census, other than Kris Kobach?

20          MR. GARDNER:   Objection.   Lack of

21  foundation.

22          THE WITNESS:   I have no knowledge of any

REDACTED

Page 123

1    conversations with Steven Bannon, so I wouldn't

2    know who he might have suggested the Secretary

3    talk to.

4    BY MR. COLANGELO:

5        Q    Have you ever spoken to Steven Bannon

6    yourself?

7        A    I have never spoken to Steven Bannon

8    myself.

9

# REDACTED

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 124

1

2

3  REDACTED

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 125

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 126

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 127

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 129

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1

2

3

# REDACTED

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

1
2
3
REDACTED
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 133

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

1
2 REDACTED
3
4
5     Q    And if you're considering adding a
6 citizenship question, it would also be important
7 to know the response rates on all demographic
8 questions; is that right?
9     A    That would be one of the questions you
10 would ask, yes.
11
12 REDACTED
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

Q    Did he ever tell you that he spoke with Mr. Newman about the citizenship question?

A    I'm fairly certain he was -- he did talk to him at some point.

Q    Okay.  When was that?

A    I couldn't tell you.

Q    Did Mr. Newman ever say to you that he had spoken to the Secretary about adding a citizenship question?

A    It's possible, yeah.

Q    Okay.  When did he tell you?

A    Again, I don't recall the exact date.

Q    Try to place it, roughly.

A    To your question, was there discussion of the possibility of adding a citizenship question in the spring?  Yes.  That does not mean any firm decision had been made.  We were exploring the opportunity.

REDACTED

REDACTED

Page 136

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2

# REDACTED

3      Q      Can you tell me what you mean by decision
4  memo?
5      A      The memo that the Secretary produced
6  documenting his decision.   There was a reference
7  to other response rates and demographic.   So,
8  clearly, at some point, the information became
9  available.
10      Q      And you're referring to the
11  March 26, 2018 from the Secretary to Karen
12  Dunn Kelley?
13      A      Yes.

14
15

# REDACTED

16          MR. COLANGELO:   Let's mark Exhibit 9.
17          (Plaintiffs' Exhibit 9, Email, was
18  marked.)
19  BY MR. COLANGELO:
20      Q      We have marked a document stamped 3694 as
21  Exhibit 9.   Do you have this email in front of
22  you?

REDACTED

Page 138

1       A    I do.

2       Q    Have you seen this email before?

3       A    Yes.

4       Q    Before today, when is the last time you

5  saw this email?

6       A    Yesterday.

7       Q    And this is an email from

8  Brooke Alexander to you with a copy to

9  Wendy Teramoto; is that right?

10      A    Correct.

11      Q    Dated April 20, 2017?

12      A    Yep.

13      Q    And did you understand this to be a

14  message from the Secretary?

15      A    That's what Brooke's message says.

16      Q    Brooke has access to the Secretary's

17  email?

18      A    Yes.

19      Q    And is it -- okay.  Withdrawn.

20           Are you familiar with the National

21  Advisory Committee on Racial, Ethnic and Other

22  Populations?

REDACTED

Page 139

1       A    No.

2       Q    You have no idea what the National

3  Advisory Committee is?

4       A    I mean, I know it's an advisory committee

5  to Census, but outside of that, I -- I couldn't

6  tell you what they do, other than what their title

7  suggests that they do.

8       Q    So you're aware that there's a National

9  Advisory Committee on Racial, Ethnic and Other

10  Populations that advises the Census Bureau?

11       A    I take that from this email that's

12  correct, yes.

13       Q    And what do you understand the role of

14  the advisory committee to be?

15       A    To provide advice to the Census Bureau.

16       Q    Okay.   The message from Brooke speaking

17  for the Secretary to you says, "Earl, Census

18  director has on April 29th a meeting of the

19  National Advisory Committee.   We must get our

20  issue resolved before this" -- exclamation point,

21  and the must is underlined.

22          Do you see that?

REDACTED

Page 140

1       A    I see that.

2       Q    What is our issue?

3       A    I couldn't tell you.

4       Q    Our issue is the citizenship question,

5    right?

6            MR. GARDNER:   Objection.   Calls for

7    speculation.   Lack of foundation.

8            THE WITNESS:   I would say likely not,

9    actually, given there's no reason to believe the

10   National Advisory Committee on Racial, Ethnic and

11   Other Populations would be advising on a

12   citizenship question.

13   BY MR. COLANGELO:

14       Q    Were there other issues that you'd been

15   talking about with the Secretary involving the

16   census in the spring of 2017 that would relate to

17   the National Advisory's mandate?

18       A    Certainly the SOGI question would, and

19   the MENA question would.

20       Q    But the notification date for the SOGI

21   question was at the end of March in 2017 -- for

22   the SOGI topics, I should say, correct?

REDACTED

Page 141

1        A    Correct.

2        Q    So that was already resolved by April,

3    right?

4        A    I'm not certain of the timing, but MENA,

5    I think, was not resolved until sometime in the

6    spring or summer.

7        Q    And sticking with the SOGI question --

8    and for the record, that' S-O-G-I.   SOGI stands

9    for sex orientation and gender identity.

10        A    Correct.

11        Q    Would you conclude if the Secretary

12    referred to a National Advisory Committee on

13    Racial and Ethnic, Populations that the SOGI

14    question would be what he had in mind?

15        A    I would guess.   Again, this is

16    speculation, but my best guess, based on this

17    reference, is probably more like the MENA issue is

18    what was in front of us.

19        Q    Okay.   And describe the MENA issue?

20        A    The Middle Eastern North African

21    question.   There's a question as to whether you

22    ask two questions or you ask one question.   And

REDACTED

Page 142

1    it's not a topic I spent a tremendous amount of

2    time on, but it was something that the Census was

3    very much discussing at the time.

4        Q    And had you discussed that issue with the

5    Secretary?

6        A    We had a conversation or two about it.

7    And, again, it was largely in the context of which

8    way to go on that question.

9        Q    And why would the Secretary have said

10   that that issue must be resolved by April 29th?

11           MR. GARDNER:   Objection.   Calls for

12   speculation.   Lack of foundation.

13   BY MR. COLANGELO:

14       Q    You can answer.

15       A    You know, again, at that point -- this is

16   shortly before a -- if I recall correctly, a

17   Congressional hearing that was going to go into

18   the census and probably wanted to have a position

19   to recommend to Director Thompson as to what he

20   should say to the advisory group.   Again, I don't

21   recall this reference or precisely what he was

22   speaking to.

REDACTED

Page 143

1      Q    Okay.  This isn't a topic you'd spent a

2   lot of time on, right, the Middle Eastern

3   North African question?

4      A    Correct.

5      Q    There's no reason the Secretary would

6   have referred to it as our issue, is there?

7           MR. GARDNER:  Objection.  Calls for

8   speculation.  Lack of foundation.

9           THE WITNESS:  Again, depending on if his

10   perception was that there was an administration

11   policy call to make on it, he would refer to it as

12   our issue.

13   BY MR. COLANGELO:

14      Q    He could also have referred to the

15   citizenship issue as your issue, right?

16           MR. GARDNER:  Objection.  Calls for

17   speculation.  Lack of foundation.

18           THE WITNESS:  Again, I would say looking

19   at the context of the email, I would say that's an

20   unlikely connection.

21   BY MR. COLANGELO:

22      Q    And by April 20th of 2017, how many times

REDACTED

Page 144

1   had you discussed the citizenship question with

2   Secretary Ross?

3        A    I have no idea.

4        Q    More than a handful?

5        A    Possibly.

6        Q    Okay.   Would you say he was extremely

7   interested in the issue?

8        A    Certainly, when he raised it, he was

9   interested in it.

10       Q    Okay.   You wouldn't say he was extremely

11  interested in the MENA question, right?

12       A    When we discussed it, he was equally

13  interested in that.

14       Q    He didn't raise it with you with the same

15  frequency he raised the citizenship question,

16  right?

17       A    That's correct.

18       Q    Why was Wendy Teramoto copied on this

19  email?

20            MR. GARDNER:   Objection.   Calls for

21  speculation.

22            THE WITNESS:   Couldn't tell you.

REDACTED

Page 145

1    BY MR. COLANGELO:

2        Q    Did you speak with her about this issue

3    after you got this message?

4        A    It's possible.   I don't recall.

5             MR. COLANGELO:   Can we mark this

6    Exhibit 10?

7             (Plaintiffs' Exhibit 10, Email, was

8    marked.)

9    BY MR. COLANGELO:

10       Q    Handed the witness a document stamped

11   3710 and we've marked it as Exhibit 10.

12       A    Okay.

13       Q    Have you read this email?

14       A    Yep.

15       Q    Okay.   You've seen this email before?

16       A    I have.

17       Q    When's the last time you saw this email?

18       A    Yesterday.

19       Q    When you saw this email yesterday, was it

20   redacted as it is in the form I've shown it to you

21   now or was it unredacted?

22       A    It was redacted.

REDACTED

Page 146

1      Q    Okay.  And you see that the Secretary has

2  written you an email on May 2, 2017 that says,

3  quote, worst of all, they emphasize they have

4  settled with Congress on the questions to be

5  asked.  I am mystified why nothing has been done

6  in response to my months' old request that we

7  include the citizenship question.  Why not?

8         Do you see that?

9      A    I see that.

10     Q    When did the Secretary make his months'

11  old request to include the citizenship question?

12     A    Again, sometime in the spring.

13     Q    Probably on March 10th when you emailed

14  him the Wall Street Journal blog post?

15     A    Potentially.  I don't recall.

16

17

18

REDACTED

19

20

21

22

REDACTED

# REDACTED

8        MR. COLANGELO:  Can we mark this Exhibit

9  Number 11?

10        (Plaintiffs' Exhibit 11, Email, was

11  marked.)

12  BY MR. COLANGELO:

13     Q  Okay.  This is -- have you had a chance

14  to look at this email?

15     A  Lot of black spots on it.  Okay.

16     Q  Have you seen this email before?

17     A  Apparently I must have seen it when I

18  wrote it.

19     Q  When's the last time before today you saw

20  this email?

21     A  Probably May 1, 2017.

22     Q  Okay.  And does this email reflect that

REDACTED

Page 148

1    you sent the Secretary, Director Thompson's House

2    appropriation subcommittee written testimony?

3         A    Yes.

4         Q    And his testimony was for, quote, this

5    Wednesday?

6         A    Right.  That's what it appears.

7         Q    And if I told you that -- oh, if you look

8    at the subject line it says, Wednesday, May 3rd;

9    is that right?

10        A    That's correct.

11        Q    Okay.  So let's refer back to Exhibit 10.

12        A    Yep.

13        Q    Now that you see the day before you had

14   sent the Secretary Mr. Thompson's written

15   testimony for the House appropriation subcommittee

16   hearing --

17        A    Right.

18        Q    -- what do you understand, worst of all

19   they emphasize they have settled with Congress to

20   mean?

21             MR. GARDNER:  Same objection.  Calls for

22   speculation.

REDACTED

Page 149

1        THE WITNESS:   Again, I'm not sure without

2   further context who they is.   He could be

3   referring to that advisory committee that you had

4   had in a previous email.   He could be referring to

5   Census.

6   BY MR. COLANGELO:

7        Q    Does the advisory committee establish the

8   content for the census?

9        A    Again, the context of this email is that

10  somebody appears to be emphasizing that they've

11  settled with Congress on the questions.   That

12  clearly is not the case, because questions aren't

13  due until March of 2018.   So they couldn't have

14  settled on the questions.

15       Q    And you see that at the top of

16  Exhibit 10, you email the Secretary saying, "On

17  the citizenship question, we will get that in

18  place"?

19       A    Uh-huh.

20       Q    Do you see that?

21       A    Yep.

22       Q    What did you mean by that?

REDACTED

1    A   Well, it means that we're, as instructed,

2  going to continue to work on developing a

3  citizenship question, and that process -- again,

4  it's probably helpful at this point to explain on

5  the policy side, right, you formulate -- you

6  formulate something that you think you would like

7  to do, and then you go explore that.  That's my

8  job, is to go.  Secretary says, I think this might

9  be a good idea, you run it down, and you track

10  down the issues, and you say -- you know, first

11  question I usually ask is, okay, is this something

12  that Department of Commerce does?  Do we have

13  legal authority to do this?  Once you clear those

14  two thresholds, now you get to work.

15         But I don't spend a lot of time chasing

16  down things that people are not planning on doing.

17    Q   So you --

18    A   So there has to be some initial threshold

19  decision that this is worth pursuing.

20    Q   Now, let me stop you there, because you

21  said a minute ago, as instructed.  And you're

22  referring to instructions from the Secretary,

REDACTED

1    correct?

2         A    To pursue, exploring the question.

3         Q    This was instructions to add the question

4    in response to my months' old request that we

5    include the citizenship question, correct?

6         A    This would be instructions to review and

7    consider and present to him information that would

8    allow him to make a decision on whether or not to

9    take final action.

10        Q    Mr. Comstock, I'm just asking you what

11   you understood on May 2nd --

12        A    And that's what I'm telling you I

13   understood on May 2nd.

14        Q    Hold on one second.  Let me finish the

15   question.

16        A    Uh-huh.

17        Q    The Secretary wrote, "I am mystified why

18   nothing has been done in response to my months'

19   old request that we include the citizenship

20   question."

21             And you responded, "On the citizenship

22   question, we will get that in place"?

REDACTED

1    A    Correct.

2    Q    Okay.  So my question is:  By we will get
3 that in place, what did you mean?

4    A    I meant that I will present to you the
5 information and the process necessary for you to
6 decide if you would like to pursue this question.

7    Q    Your email says we will get that in
8 place, correct?

9    A    I mean, we will get in front of you the
10 necessary information for you to make a decision.
11 Part of my role in this process is explaining to
12 people who have never worked in government before
13 that there are processes that you have to follow
14 in order to make an action happen.  You're dealing
15 with people who are used to being able to make a
16 decision and it simply goes into effect.

17    Q    Okay.

18    A    That's not the way the U.S. government
19 works.

20    Q    So the process that you then go on to
21 tell the Secretary he has to follow is later in
22 your message; is that right?

REDACTED

1     A     That part of the process, yes.

2     Q     And that email says we need to work with

3  Justice to get them to request that citizenship be

4  added back as a census question; is that right?

5     A     That's right.

6     Q     Why would you say you needed to work with

7  the Justice Department to get them to request that

8  citizenship be added back?

9     A     Because based on a very preliminary

10 review, they appeared to be the most likely

11 government body that would have a specific need

12 for the information that would support adding a

13 citizenship question to the decennial census.

14    Q     Who conducted that preliminary review?

15    A     We were told by the Census Bureau that

16 the Justice Department was the person that had

17 requested the citizenship question on the ACS and

18 that they utilized the ACS data for Voting Rights

19 Act information.

20    REDACTED

21

22    Q     And why did you need a request from

REDACTED

Page 154

1    Justice?

2         A    Again, based on the preliminary review,

3    the understanding we had was questions are added,

4    based on requests from a government agency.   There

5    is such a thing as the Paperwork Reduction Act

6    where you have to justify to OMB why do I need

7    this information?   That has to get cleared.   So

8    there are certain hurdles you have to get through.

9    So if at the end of the day the Secretary decided

10   to pursue this question, we would need to clear

11   certain legal thresholds.

12        Q    Why not just tell the Census Bureau to

13   add the citizenship question and say the Secretary

14   wanted it?

15        A    Because I'm not sure that that would be

16   the process they would necessarily agree to

17   follow.

18        Q    So you had to have it come from DOJ in

19   order for the Census Bureau to agree to follow it?

20        A    Again, that was a preliminary conclusion

21   based on a cursory analysis.

22   REDACTED

REDACTED

1
2
# REDACTED

3          What court cases were your referring?

4     A    I don't recall the exact court cases.

5     Q    Did you research those court cases?

6     A    I did research a court case where there

7 was a scenario in which you would need -- it would

8 be important to have Citizen Voting Age Population

9 data in order to make a Voting Rights Act claim.

10    Q    How did you identify that case?

11    A    By a legal research.

12    Q    What do you mean by legal research?

13    A    Well, I think I talked to -- I'm trying

14 to think -- I think Mark Neuman may have provided

15 a case name.  I talked to James Uthmeier, who

16 looked at some cases.  Basically said, okay, if

17 this is the question -- I mean, it's what you do

18 as an attorney all day long, is to go find cases

19 to support what you're looking for.

20    Q    So Mark Neuman identified for you a case

21 that would support DOJ's need for this

22 information?

REDACTED

Page 156

1      A     Yeah.   I said I may have spoken to

2  Mark Neuman on that.   I think he may have provided

3  it.   I don't recall.   I know James Uthmeier looked

4  at some cases.

5      Q     Would he have provided that case for you

6  on a phone call or by email?

7      A     James?

8      Q     Pardon me?

9            I'm sorry.   Withdraw that question.

10           Would Mr. Newman have provided that case

11  to you by email or on the phone?

12      A     Well, if he provided it by email, you'd

13  have it.   I don't have the emails in front of me,

14  so I can't tell you.

15      Q     So by May of 2017, you'd come to the view

16  that you needed another agency to request a

17  citizenship question on the census?

18      A     That was based on the preliminary

19  analysis, yes.

20      Q     You then say in your email, "I will

21  arrange a meeting with DOJ staff this week to

22  discuss."

REDACTED

Page 157

1              Do you see that?

2         A    Yes.

3         Q    Okay.   So before May 2, 2017, you had not

4    had any discussions with the Department of Justice

5    about the citizenship question, right?

6         A    Not to my knowledge.

7         Q    What did you do to arrange a meeting with

8    DOJ staff to discuss?

9         A    I asked Eric Branstad for a name over at

10   DOJ, and he provided me the name of

11   Mary -- Mary Jane [sic] Hankey I think it was,

12   whom I then contacted.

13        Q    Okay.   Your email refers to the court

14   cases to illustrate that DOJ has a legitimate need

15   for the question to be included.

16        A    That's what it says, yes.

17        Q    What were the other needs that you had

18   talked about for including the citizenship

19   question?

20        A    I don't recall.

21        Q    Okay.   And by legitimate need, were you

22   concerned that other needs that didn't come from

REDACTED

Page 158

1   DOJ would not be legitimate needs?

2        A    No.   I think that's just an

3   imprecise -- the use of the term legitimate,

4   something to say that it would be a need that

5   would be considered a government need for the

6   information.

7

REDACTED

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 159

# REDACTED

REDACTED

Page 160

1
2   REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

# REDACTED

19     Q    Had you attended the meetings with the

20   Secretary and Mr. Neuman on the citizenship

21   question before May 2, 2017?

22     A    I don't know.   I had attended meetings

REDACTED

Page 162

1    with the Secretary and Mr. Newman on the census.

2        Q    Before May 2017?

3        A    Yes.

4        Q    How many times?

5        A    I don't know.  Two times, three times.

6    I'd -- you'd have to check his count.

7        Q    Okay.  And the citizenship question was

8    discussed in those earlier meetings?

9        A    I don't recall.

10

11

12     REDACTED

13

14

15

16

17

18

19

20

21

22

REDACTED

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

1
2
3
4
5

# REDACTED

6      Q     So on May 2nd, the Secretary asked you
7   why nothing had been done in response to his
8   months' old request.   You told him you needed to
9   get the Justice Department to request the
10  question.   You also told him that you would set up
11  meetings with the Justice Department to discuss.
12  And then after that, you asked Eric Branstad to
13  get you a point of contact at the Justice
14  Department and he did, right?
15           MR. GARDNER:   Objection.   Form.
16           THE WITNESS:   That appears to be the
17  sequence.
18  BY MR. COLANGELO:
19      Q    Okay.   And you testified earlier that you
20  hadn't ever spoken to the Justice Department
21  before that on the citizenship issue?
22      A    That's correct.

REDACTED

1
2
3

# REDACTED

4
5
6
7

8      Q      And why were you contacting Mary Blanche?

9  Her surname is redacted on this email, I assume

10  for personal privacy reasons.   But this is Mary

11  Blanche Hankey, correct?

12      A      Yes.

13      Q      Why were you contacting Mary Blanche

14  Hankey?

15      A      That was the name that Eric Branstad said

16  he'd provide me.

17      Q      Okay.   And do you know where in the

18  White House -- strike that.

19          Do you know where in the

20  Justice Department she worked?

21      A      She was advisor for -- to

22  Attorney General Sessions.

REDACTED

Page 168

1    Q    So she worked for the Attorney General?

2    A    Correct.

3    Q    And you reached out to her to talk about

4    the citizenship question, right?

5    A    Amongst other things, yes.

6    Q    And you reached out to her and asked her

7    for times for a call that day, right?

8    A    That's what I'm asking for, yes.

9    Q    Okay.  Is that because this was an urgent

10   priority for the Secretary?

11   A    I think you can divine from his prior

12   email that he was hoping I might take a quick

13   action on this, so I was trying to be responsive.

14   Q    So the answer is yes?

15   A    I'm not going to speculate as to whether

16   he thought it was urgent or not, but he was

17   conveying he would like me to get moving.

18   Q    You were treating it as an urgent matter?

19   A    Correct.

20

21   REDACTED

22

REDACTED

1  REDACTED

2       A     I met with her -- I think I spoke with

3  her by phone and then met with her in her office.

4       Q     When did you speak with her by phone?

5       A     I couldn't tell you.

6       Q     Was it on May 4th?

7       A     It's possible.

8       Q     And then you met with her in her office,

9  you said?

10      A     Yes.

11      Q     When was that meeting?

12      A     I don't know the exact date.

13      Q     When you spoke to her on the phone, was

14 anyone else on the call with you?

15      A     No.

16      Q     Was anyone else on the call on her end?

17      A     Not that I was aware of, no.

18      Q     When you met with her in person, did

19 anyone from the Commerce Department go with you?

20      A     No.

21      Q     Did anyone from the Census Bureau go with

22 you?

REDACTED

Page 170

1      A    No.

2      Q    Was there anyone else in the meeting that
3  she brought?

4      A    No.

5      Q    What did you say to her when you spoke to
6  her on the phone?

7      A    That I'd like to come over and discuss
8  what issues the Justice Department might have with
9  Commerce that I could be helpful on and talk to
10  her about an issue that we were interested in.

11      Q    And that issue was the citizenship
12  question?

13      A    Correct.

14      Q    And what did she say about that?

15      A    Let's get together and meet.

16      Q    So then you went over to meet with her.
17  Did she have any issues that she wanted to raise
18  with you?

19      A    I don't recall that Justice had any
20  particular Commerce issues, no.

21      Q    So this was a meeting about the
22  citizenship question?

REDACTED

Page 171

1      A     I'd say that was the primary topic.

2      Q     Okay.  And what did you say to her when

3  you met with her in person?

4      A     That we -- the Secretary had asked us to

5  look into the possibility of adding a citizenship

6  question, and that since the Justice Department

7  was the agency that had sponsored the question for

8  the ACS, it seemed that that was a logical place

9  to start, and was there someone in the

10 Justice Department with whom I should speak about

11 that.

12     Q     And what did she say?

13     A     Let me look into it.

14     Q     How long was the meeting?

15     A     Well, we met for about 20 minutes.

16     Q     Did you explain why the Secretary wanted

17 the citizenship question?

18     A     No.

19     Q     Did you have an understanding at that

20 point as to why the Secretary wanted the

21 citizenship question?

22     A     I've never asked the Secretary why he

REDACTED

Page 172

1    wanted a citizenship question.

2         Q    Did she ask you why it was important to

3    Commerce Department to add a citizenship question?

4    She being Ms. Hankey.

5         A    No.

6    REDACTED
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 173

1
2  REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1   REDACTED

2      Q    And after you met with Ms. Hankey and she

3   said she'd look into it, what was the next that

4   you heard from the Justice Department on this

5   issue?

6      A    I think when she contacted me, provided a

7   name.

8      Q    How long after your meeting did she

9   contact you and provide a name?

10     A    There's an email that documents it, you

11  could tell from that, but otherwise, I have no

12  idea.

13     Q    Okay.

14     A    I mean, it was sometime in the next

15  couple weeks, but --

16     Q    And what name did she give you?

17     A    I -- I know I put it in a memo to the

18  Secretary later on, so you'd have to look at that

19  memo.

20     Q    Is it James McHenry?

21     A    That sounds like the right name.

22     Q    When she spoke to you to pass along

REDACTED

Page 175

1    James McHenry's name, what did she say about why

2    she was directing you to him?

3         A    She didn't say much.  Just said this

4    would be the best guy to talk to.

5         Q    Okay.  Had you spoken to James McHenry

6    before?

7         A    Never talked to him before.

8         Q    Did she tell you what his position was in

9    the Department of Justice?

10        A    She might have.

11        Q    What was his position?

12        A    I don't know, actually.

13        Q    After she gave you Mr. McHenry's name,

14   what did you do next to contact him?

15        A    I called him on the phone.

16        Q    And when you spoke to him on the phone

17   what did you say?

18        A    I outlined that we were interested in

19   seeing what kind of level of interest the

20   Justice Department would have in requesting the

21   citizenship question be asked -- added to the

22   decennial census.

REDACTED

Page 176

1      Q   And did you tell him why the

2 Commerce Department wanted the Justice Department

3 to make that request?

4      A   Because that was our understanding of the

5 process.  They were the people that needed it for

6 ACS, and our understanding was that it might be

7 useful for them to have it at a more granule

8 level, which would be needed -- you'd need to put

9 it on the decennial census to do that.

10      Q   So you were -- you told him that the

11 Commerce Secretary wanted the question and wanted

12 to know if DOJ would ask for the Census Bureau to

13 add the question; is that right?

14      A   Those are your words.

15      Q   Well, I'm asking you to tell me yes or

16 no.

17      A   Well, if the question is yes or no, then

18 the answer is no.

19      Q   Okay.  How would you put it in your

20 words?

21      A   In my words, what I told him was that we

22 were exploring the possibility and wanting to know

REDACTED

Page 177

1  the level of interest at the Justice Department in

2  making such a request, would this be information

3  they could use?

4       Q    So this is the shortly -- this is shortly

5  after the Secretary of Commerce emailed you and

6  said I am mystified why nothing had been done in

7  response to my months' old request?

8       A    Right.

9       Q    But your testimony is that you conveyed

10 to the Justice Department that you were exploring

11 the issue?

12      A    As I explained before, when -- when the

13 Secretary says he would like to do something,

14 there's a presumption that we will attempt to do

15 that.  That's subject to revision as more

16 information is made available.  So I'm exploring

17 what is necessary to follow through on the

18 Secretary's request.  That request may be modified

19 or changed, based on the information that I

20 provide.

21      Q    Okay.  How many times did you speak to

22 Mr. McHenry?

REDACTED

Page 178

1       A     I think three or four times.

2       Q     And what was the next time you spoke to

3  him after the initial phone call?

4       A     Maybe a week later.

5       Q     Okay.  And what did he say when he -- did

6  he call you or did you call him?

7       A     I don't recall.

8       Q     And what did you discuss on that

9  conversation?

10       A     That he was still exploring the question.

11       Q     How long was that conversation?

12       A     Five minutes.

13       Q     Okay.  So he didn't have anything new to

14  report?

15       A     Right.

16       Q     Okay.  And you said you spoke to him at

17  least a couple more times; is that right?

18       A     Again, I don't recall the exact number of

19  times, but somewhere in the vicinity of three or

20  four times.

21       Q     So after the second call where he said he

22  was still exploring it, tell me about the next

REDACTED

1    conversation?

2        A    Memory serves, I think the next

3    conversation was a similar one.  He was still

4    looking into the matter and then -- and then the

5    last conversation he and I had, he directed me to

6    somebody at the Department of Homeland Security.

7        Q    Okay.  And over what period of time were

8    you talking to Mr. McHenry on the phone?

9        A    Probably over the course of a month.

10       Q    So this was primarily in May of 2017?

11       A    I honestly don't recall, but sometime in

12   May, early June.

13       Q    And who did he direct you to at the

14   Department of Homeland Security?

15       A    I don't remember the person's name.

16       Q    Was it Gene Hamilton?

17       A    Again, I know I prepared a memo for the

18   Secretary that had the name.  So if that's the

19   name that was on the memo, then, yes, that would

20   be the person I spoke with.

21       Q    How many times did you speak to your

22   point of contact at the Department of

REDACTED

Page 180

1    Homeland Security?

2         A    Again, I think it was -- I think this was

3    like two or three times.

4         Q    And what did you say when you first spoke

5    to Mr. Hamilton?

6         A    Same -- same basic message, we're looking

7    into the -- exploring the possibility of putting a

8    census question on -- a citizenship question on

9    the decennial census, would this be information

10   that the Department of Homeland Security would

11   need or use, and could he answer that, and his

12   response was, let me look into it.

13        Q    Now, the Department of Homeland Security

14   wasn't the original requester for the ACS

15   citizenship question, to your understanding,

16   correct?

17        A    Correct.

18        Q    Was it your view that the Department of

19   Homeland Security would also be a legitimate

20   requester of this information?

21        A    Legitimate is not the right word, but

22   the -- I think my view was, let me see if

REDACTED

Page 181

1   there's -- what their explanation would be, but

2   they were obviously not our first choice.

3        Q   So you were looking for an agency to make

4   this ask?

5        A   Again, my understanding of the process,

6   based on the research I've been able to do, and

7   consequently was advising the Secretary was an

8   agency needed to make the request; therefore, you

9   have to find an agency that would have a reason to

10  be using this information.  And Justice,

11  obviously, was the primary recipient of the CVAP

12  data from the ACS, so they were the logical place

13  to start.  Justice then says go to

14  Homeland Security, and I say, okay, maybe there's

15  something about Homeland Security that I don't

16  know about that might justify this data.  So you

17  follow up on a call, get more information, informs

18  your decision, you might change it.

19       Q   And so my question was:  So you were

20  looking for an agency to make this ask and --

21       A   Correct.  In order to implement the

22  process that had been outlined to us, you needed

REDACTED

1    an agency.  So that was my task at the time.

2         Q    Thank you.

3              MR. COLANGELO:   Let's mark this

4    Exhibit --

5              MR. GARDNER:   15.

6              MR. COLANGELO:   -- 15.

7              (Plaintiffs' Exhibit 15, Memo, was

8    marked.)

9              THE WITNESS:   The very memo I was

10   speaking of.

11   BY MR. COLANGELO:

12        Q    Exhibit 15 is document stamped 9834.

13             Mr. Comstock, do you have Exhibit 15 if

14   front of you?

15        A    I do.

16        Q    Is this the very memo you were just

17   speaking about?

18        A    It's the very memo I was just speaking

19   about.

20        Q    And what's the date on this memo?

21        A    September 8th.

22        Q    And you see in the second paragraph of

REDACTED

1   this memo, the sentence that says, "James directed

2   me to Gene Hamilton at the Department of

3   Homeland Security."

4        A    Correct.

5        Q    So the person you were speaking to at DHS

6   was Gene Hamilton, right?

7        A    Apparently so, yes.

8        Q    The -- in that paragraph -- strike that.

9             This is a memo from you to the Secretary

10  dated September 8th of 2017, correct?

11       A    Correct.

12       Q    Why did you prepare this memo?

13       A    Because the Secretary was asking about

14  the lack of progress and said he was prepared to

15  call the Attorney General, and so he needed the

16  timeline of who I had spoken to.

17       Q    Okay.  What do you mean by lack of

18  progress?

19       A    Well, obviously, we're now September 8th,

20  and he inquired on May -- May whatever the date

21  was, 2nd, 5th, whatever it was, saying how come we

22  haven't made more progress?  Three months later we

REDACTED

Page 184

1    don't have any response from the

2    Justice Department, so --

3        Q    In his May 2nd email it said, why has

4    nothing been done in response to my months' old

5    request?

6        A    That is what it says, yes.

7        Q    So the Secretary had been asking about

8    this since the early spring of 2017?

9        A    Yes.

10       Q    And you testified and this memo says you

11   met in person with Mary Blanche and she said what?

12       A    Well, as I said, she directed me to

13   James McHenry.

14       Q    And then after speaking with Mr. McHenry,

15   he told you what?

16       A    He directed me to Gene Hamilton.

17       Q    Okay.  And then after several phone calls

18   with Gene Hamilton, according to this memo, he

19   relayed that, "After discussion, DHS really felt

20   it was best handled by the Justice Department."

21            Do you see that?

22       A    I see that.

REDACTED

Page 185

1      Q   Why did Mr. Hamilton feel this was best

2   handled by the Justice Department?

3      A   As relayed to me, DHS felt the agency

4   that would most utilize this data was

5   Department of Justice, which was our

6   original conclusion.

7      Q   So DHS said they were not going to make

8   this request, right?

9      A   Well, Gene never made a commitment, one

10  way or the other, for the department.  He simply

11  directed me back to the other department.  It's

12  not an uncommon experience in the federal

13  government.

14     Q   Tell me what's not uncommon in the

15  federal government.

16     A   Being directed to somebody.

17     Q   Your memo then says at that point the

18  conversation ceased.

19     A   Correct.

20     Q   What do you mean by that?

21     A   Means that I did not talk to

22  Mary Blanche, James McHenry or Gene Hamilton after

REDACTED

Page 186

1    that point in time.

2        Q    You didn't, at this point, have a request

3    from the Justice Department, right?

4        A    That's correct.

5

# REDACTED

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 187

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

# REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22     Q     And which call with the Attorney General

REDACTED

Page 190

1  was that?

2      A    A call from the Secretary to talk to the

3  Attorney General about whether or not Justice

4  would be interested in a citizenship question.

5      Q    And why was the Secretary talking to the

6  Attorney General about whether or not Justice

7  would be interested in the citizenship question?

8      A    Again, if -- if the -- if the

9  Justice Department was not going to request the

10  question, had no use for the information, then

11  that would probably put an end to the citizenship

12  question.

13      Q    And the Secretary wanted the citizenship

14  question?

15      A    I think he felt -- well, I don't know

16  what he felt.  Yes.  He was continuing to explore

17  that possibility.

18  REDACTED

19

20          THE WITNESS:  I don't know what he felt,

21  but he was continuing to explore the possibility.

22  REDACTED

REDACTED

Page 191

# REDACTED

REDACTED

1
2
3

# REDACTED

4      Q     How did you come to the view before ever
5    talking to DOJ that DOJ should request this
6    information?
7      A     Again, if DOJ was the governmental
8    organization that had questioned the information
9    on the ACS, then it would stand to reason that
10   they would be the people that would also be
11   interested in the information on the decennial,
12   and they're also the party responsible for
13   enforcing the voting rights.
14     Q     And how did you come to the view before
15   ever talking to DOJ that DOJ had a legitimate need
16   for the question to be included?
17     A     If they enforced the Voting Rights Act --
18   if you're going to make a Voting Rights Act case,
19   then they would be the people that would
20   have -- need the information.
21     Q     And you researched those Voting Rights
22   Act cases or that Voting Rights case on your own?

REDACTED

Page 193

1      A    Again, I think in doing some basic

2  research on it, it was pointed out there was a

3  case where the Court had said you could -- you

4  would need more granule information to answer this

5  question, which would then support a citizenship

6  question.

7      Q    And you told me before that you're not a

8  voting rights lawyer, right?

9      A    Again, what do you mean by a voting

10  rights lawyer?

11      Q    Have you ever practiced voting rights

12  law?

13      A    No.

14      Q    Have you ever tried a voting rights case?

15      A    No.

16      Q    Have you ever advised a client on a

17  voting rights matter?

18      A    No.

19      Q    Have you ever practiced redistricting

20  law, tried a redistricting case --

21      A    No.

22      Q    -- or advised a client on a redistricting

REDACTED

Page 194

1    matter?

2        A    No.

3            MR. GARDNER:   Make sure he finishes his

4    question before you answer.

5            THE WITNESS:   No.

6    BY MR. COLANGELO:

7        Q    Have you ever litigated a case under the

8    Voting Rights Act?

9        A    No.

10       Q    Have you ever litigated a redistricting

11   case?

12       A    No.

13

14   REDACTED

15

16

17

18

19

20

21

22

REDACTED

Page 195

1
2

# REDACTED

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

# REDACTED

17      Q    -- in the spring of 2017, were you
18   keeping the Secretary informed of those
19   conversations?
20      A    I might have mentioned them.
21      Q    In what context would you have mentioned
22   them?

REDACTED

Page 197

1    A    Mr. Secretary, I contacted the

2  Justice Department today.  I would not have

3  given -- I mean, there was nothing to report.  So

4  I hadn't made any progress.

5    Q    Well, he was frustrated there was no

6  request yet?

7    A    Right.

8    Q    So one of the things to report might have

9  been --

10    A    That I contacted them, yes.

11    Q    Okay.  And did you keep Ms. Teramoto

12  informed during that time period?

13    A    Again, I might have.  At that time

14  period, we operated in bullpens, so we were

15  all -- there were five people in the same room.

16  So it's entirely possible I might have mentioned I

17  was going to the Justice Department or I had

18  spoken with the Justice Department, yes.

19    Q    I'm sorry.  If you were not finished.

20    A    Nope.

21    Q    Who was sitting in the bullpen with you?

22    A    Wendy Teramoto, Eric Branstad,

REDACTED

Page 198

1    James Rockas, me, and occasionally Izzy Hernandez.

2         Q    Who is James Rockas?

3         A    He was acting press secretary at the

4    time.

5         Q    And who is Izzy Hernandez?

6         A    Israel Hernandez, he was the acting -- or

7    I'm not sure what his formal title was.  I think

8    he was deputy chief of staff.

9         Q    And where was the bullpen you referred

10   to?

11        A    It was the -- what is now the chief of

12   staff.

13        Q    And there were five of you working in the

14   office?

15        A    Correct.

16        Q    How long were the five of you working in

17   that office together?

18        A    Maybe nine months.

19        Q    So from January of 2018 through the

20   end -- strike that.

21             From January 2017 through the end of

22   the --

REDACTED

Page 199

1      A    No.

2      Q    -- summer --

3      A    No.   The bullpen was set up, I think, in

4   March through the end of the year.

5      Q    Why did you work in a bullpen?

6      A    Because that was the form that the

7   Secretary and Ms. Teramoto felt was most

8   effective.

9

10  REDACTED

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

Page 201

1
2  REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 202

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

Page 203

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

Page 204

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2 # REDACTED

3     Q    Okay.   And Exhibit 7 is the email

4   exchange with Kris Kobach; is that right?

5     A    It's an email exchange between

6   Kris Kobach and Wendy Teramoto.

7     Q    And the Secretary, correct, on the second

8   page?

9     A    Yes.   Appears to be one to the Secretary

10   on the second page.

11     Q    Okay.

12     A    Though it's blanked out as to who it goes

13   to.

14     Q    If I represent to you that the government

15   has represented to us that this was an email to

16   the Secretary and that they've blanked out his

17   name for personal privacy reasons, can we agree

18   that it's an email to the Secretary on July 14th?

19     A    I'll stipulate to that, yes.

20     Q    And Mr. Gardner will tell me after lunch

21   if that's wrong.

22        The -- so you see that the -- that

REDACTED

Page 206

1    Mr. Kobach, who identifies himself as the Kansas

2    Secretary of State, emailed the Secretary on

3    July 14, 2017, correct?

4        A    Correct.

5             MR. GARDNER:   Objection.   Lack of

6    foundation.

7    BY MR. COLANGELO:

8        Q    And you'll see that it says I'm following

9    up on our telephone discussion from a few months

10   ago, correct?

11            MR. GARDNER:   Objection.   Lack of

12   foundation.

13            THE WITNESS:   And you're reading from the

14   email.   So I have no idea if the email is correct

15   or not.

16   BY MR. COLANGELO:

17       Q    Did the Secretary ever tell you that he

18   spoke to Kris Kobach?

19            MR. GARDNER:   Objection.   Asked and

20   answered.

21   BY MR. COLANGELO:

22       Q    You can still answer.

REDACTED

Page 207

1    A    No.

2    Q    Sorry.  We were speaking at the same

3    time.

4    A    I don't recall him ever telling me that

5    he spoke to Kris Kobach.

6    Q    This email reads, "As you may recall, we

7    talked about the fact that the U.S. Census does

8    not currently ask respondents their citizenship."

9         Do you see that?

10    A    I see that.

11    Q    The email also reads, "It also leads to

12    the problem that aliens who do not actually reside

13    in the United States are still counted for

14    Congressional apportionment purposes."

15         Do you see that?

16    A    I see that.

17    Q    Did the Secretary ever tell you he was

18    concerned about the problem that aliens who do not

19    reside in the United States are still counted for

20    Congressional apportionment purposes?

21    A    He never expressed an opinion on that.

22    Q    And when the Secretary asked you on

REDACTED

Page 208

1   March 10, 2017 about the census and the

2   citizenship question, did he ask you in the

3   context of whether noncitizens should be included

4   for Congressional apportionment purposes?

5       A   He discussed Congressional apportionment

6   purposes.   If asked were the noncitizens counted,

7   and we answered the question, which is they are

8   counted.

9       Q   Well, you testified the link you sent him

10  was the link to the Census Bureau's web page on

11  whether noncitizens are counted for apportionment?

12      A   That's correct.   Well, I don't believe

13  you can find a web page on the Census that doesn't

14  speak to it in that context, whether noncitizens

15  are counted other than for apportionment.   That's

16  the question that we asked.   Do we count

17  noncitizens?   The answer is yes.   What is the

18  Census used for?   It's used for apportionment.

19  That's its primary function.

20      Q   And you'll see that -- going back to the

21  first page of Exhibit 7, Ms. Teramoto has written

22  to Mr. Kobach, "Kris, can you do a call with the

REDACTED

Page 209

1    Secretary and Izzy tomorrow at 11:00 a.m.?"

2         A    Correct.

3         Q    And that's Izzy Hernandez, correct?

4         A    I would believe that's the reference

5    she's making, yes.

6         Q    And he's copied at the top of this page,

7    correct?

8         A    Yes, he is.

9         Q    Did you ever discuss with Izzy Hernandez

10   a call with Mr. Kobach and the Secretary?

11        A    I did not.

12        Q    Did you ever discuss the citizenship

13   question with Mr. Hernandez, at all?

14        A    I think we discussed it once or twice.

15        Q    And when were those conversations?

16        A    I don't recall exactly.

17        Q    Was it in the summer of 2017?

18        A    It was sometime in the spring/summer of

19   2017.

20        Q    Okay.  So you had been working on the

21   citizenship question for some number of months by

22   late July of 2017; is that right?

REDACTED

1     A    Correct.

REDACTED

REDACTED

1
2
# REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 212

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1  REDACTED

2       Q   Okay.  This is an email from the

3  Secretary to you on August 8, 2017, and the

4  Secretary asks were you on the call this morning

5  about census?

6           Do you see that?

7       A   Uh-huh.

8       Q   What call is he referring to?

9       A   I don't know.  I'm not sure I was on it.

10       Q   Okay.  Did you hear from anybody about a

11  call on the census on August 8th?

12       A   I have no idea.

13       Q   And you'll see that later in the email,

14  the Secretary says, "Where is the DOJ in their

15  analysis?  If they still have not come to a

16  conclusion, please let me know your contact person

17  and I will call the AG.  Wilbur Ross."

18           Do you see that?

19       A   I see that.

20       Q   And what analysis is the Secretary

21  referring to?

22       A   Again, this pre-dates the memo I wrote

REDACTED

Page 214

1  outlining my contacts with the DOJ.  So this is a

2  question about where are we with the DOJ?

3       Q    Okay.  And you wrote back that evening

4  saying, "We'll be back shortly with an update on

5  the census question."

6       A    Yes.

7       Q    I have two attorneys in the DOC's general

8  counsel's office working on it?

9       A    Yes.

10      Q    And you testified one of those two

11 attorneys was James Uthmeier; is that right?

12      A    That's correct.

13      Q    And who was the other?

14      A    I don't recall.

15      Q    Okay.  Going back to the Secretary's

16 email where he says, "If they still have not come

17 to a conclusion, please let me know your contact

18 person and I will call the AG."

19      A    Yes.

20      Q    Did you understand that to mean that the

21 Secretary was concerned this was not done yet?

22      A    He was concerned that we had not made

REDACTED

Page 215

1    more progress.

2        Q    Okay.   How did he communicate that

3    concern to you?

4        A    By saying let me know who your contact

5    person is and I will call the AG.

6        Q    This email that you sent in your response

7    doesn't identify your contact person; is that

8    right?

9        A    That -- well, at least not in the part

10   that's not blacked out.

11       Q    Okay.   Do you recall identifying for the

12   Secretary before the September 8, 2017 memo who

13   your contact person was at DOJ?

14       A    I might have.   I probably would have had

15   to go back and look and see who I spoke to.

16       Q    Okay.

17            MR. COLANGELO:   Let's mark Document 3984

18   as Exhibit 20.

19            (Plaintiffs' Exhibit 20, email, was

20   marked.)

21            THE WITNESS:   Thank you.

22   BY MR. COLANGELO:

REDACTED

Page 216

1      Q    Mr. Comstock, have you seen this email

2   before?

3      A    It's to me, so, yes.

4      Q    Okay.  And this is in further response to

5   the Secretary's August 8th question; is that

6   right?

7      A    Would appear to be, yes.

8      Q    Okay.  And it says, "Mr. Secretary, we

9   are preparing a memo and full briefing for you on

10   the citizenship question.  The memo will be ready

11   by Friday, and we can do the briefing whenever you

12   are back in the office."

13          Do you see that?

14      A    Yes.

15      Q    And at this point, you had not received

16   any information from the Justice Department; is

17   that right?

18      A    That's correct.

19      Q    Okay.  So the memo that you're referring

20   to is a memo on the citizenship question that

21   includes no input from DOJ; is that right?

22      A    I -- I don't know.  I had not spoken to

REDACTED

Page 217

1    DOJ, no.

2         Q    You're not aware that anyone else had

3    spoken to DOJ on it?

4         A    Actually, I believe counsel might have

5    been talking to DOJ, but I don't know who they

6    were talking to.

7         Q    And which counsel is that?

8         A    James Uthmeier.

9         Q    And did he tell you he was talking to

10   DOJ?

11        A    I don't recall.

12        Q    So you're not aware that anybody had been

13   in touch with DOJ in order to get information for

14   this memo going to the Secretary?

15        A    I -- I'm not sure exactly the contents of

16   the memo to which you're referring, so I don't

17   know if it contained information from DOJ or not.

18        Q    And the Secretary responded by saying, "I

19   would like to be briefed on Friday by phone."

20        A    Yes.

21        Q    So it's fair to say that this reflects

22   the Secretary's continued impatience about getting

REDACTED

1   an answer to his question?

2        A    I would say he clearly wanted to keep

3   moving forward.

# REDACTED

REDACTED

Page 219

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 220

REDACTED

REDACTED

1      Q    And we just saw an email from a few weeks

2   earlier where Ms. Teramoto says let's keep

3   Mr. Davidson and Ms. Kelley involved in a

4   conversation about this, right?

5      A    I wouldn't say keep, but --

6      Q    Introduce them to this conversation?

7      A    Introduce, yes.

8      Q    So to your understanding, this was a

9   meeting to discuss the citizenship question?

10      A    Again, my understanding of this was to

11   discuss key legal issues regarding the census.

12      Q    Do you remember this meeting?

13      A    Not specifically, no.

14      Q    Do you remember any meetings with the

15   Secretary and with this group on the census?

16      A    Again, not specifically, no.

17          MR. COLANGELO:   Okay.   Let's have this

18   marked as Exhibit 23.   It's Document 2424.

19          (Plaintiffs' Exhibit 23, Email, was

20   marked.)

21   BY MR. COLANGELO:

22      Q    Do you have Exhibit 23 in front of you,

REDACTED

Page 222

1    Mr. Comstock?

2         A    I do.

3         Q    And do you recognize this document?

4         A    Again, it's an email from the Secretary

5    to me, so presumably I saw it then.   There's a lot

6    blanked out.

7         Q    And you understand that the

8    Justice Department has applied those redactions,

9    correct?

10        A    I do.

11        Q    And in this email dated September 1,

12   2017, the Secretary says, "I have received no

13   update, nor has there been an updated," -- blocked

14   out -- "nor the issue of the census question, nor

15   whether KDB thinks we have our arms around the

16   census cost data."

17             Do you see that?

18        A    Yes.

19        Q    And by KDB, do you think he meant KDK?

20        A    I believe that would be who he would be

21   referring to, yes.

22        Q    Referring to Karen Dunn Kelley?

REDACTED

1    A    Yes.

2    Q    And did you understand this to be a

3 request for information on the status of the

4 citizenship question?

5    A    Well, I understood this to be a request

6 for information on a whole series of information

7 that were presented in the census.

8    Q    Including the citizenship question?

9    A    Including the citizenship.   He mentions

10 that.

11    Q    And the Secretary is frustrated, right?

12    A    That would appear so, yes.

13    Q    He's frustrated because he's asked for it

14 repeatedly and hasn't seen anything yet telling

15 him that it's done; is that right?

16    A    Well, I would not agree with your

17 characterization.   I think what this memo -- this

18 email shows is that there were a tremendous number

19 of issues connected to Census.   At this time, we

20 were working a tremendous amount on the lifecycle

21 cost estimate.

22        So we -- I mean, we had a huge issue.

REDACTED

Page 224

1   They were $3 billion -- basically, 25 percent of

2   their budget off, which is a shocking figure --

3
4   REDACTED

5        THE WITNESS:   -- that does not inspire

6   confidence in the Census Bureau or its current

7   leadership at the time.  So we were dealing with

8   quite a few issues connected with Census,

9   primarily related to the budget, trying to find

10  people to run the Census that we could count on.

11       So, yes, citizenship was one small piece

12  of this, but it was by no means the driving piece.

13
14
15   REDACTED
16

17

18

19

20

21

22

REDACTED

Page 225

1
2
3 REDACTED
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 226

# REDACTED

1

BY MR. COLANGELO:

Q    And why would the Secretary have asked
for an update by the next day?

MR. GARDNER:  Objection.  Calls for
speculation.

THE WITNESS:  As I've mentioned before,
we like to get things done.  We're not here to do
this all year long.  So I was asked similar
questions on numerous other issues I was working
on.

BY MR. COLANGELO:

Q    But it's fair to say the Secretary wanted
an answer quickly?

A    He always wants an answer quickly.

MR. COLANGELO:  Let's mark Document 2395
as Exhibit 25.

(Plaintiffs' Exhibit 25, Email, was
marked.)

BY MR. COLANGELO:

Q    Mr. Comstock, do you have Exhibit 25?

A    I do.

REDACTED

Page 227

1      Q    Okay.  Have you seen this document

2  before?

3      A    Yes.

4      Q    When's the last time you saw it before

5  today?

6      A    Yesterday counsel pointed it out to me.

7      Q    And did you review a version yesterday

8  that was redacted like this or unredacted?

9      A    I did.

10     Q    Pardon me?

11     A    It was redacted.

12     Q    Okay.  Like this?

13     A    Exactly like this.

14     Q    And this is an email from Mr. Uthmeier to

15  you on the evening of September 7th saying, "Earl,

16  I touched base with Peter," redacted, "He spoke

17  with Kassinger this evening."

18          Do you see that?

19     A    Yes.

20     Q    Who is Kassinger?

21     A    That would be Ted Kassinger, former

22  general counsel for the Department of Commerce.

REDACTED

1       Q    And where does Mr. Kassinger work now?

2       A    He works at O'Melveny & Myers.

3       Q    A law firm?

4       A    Correct.

5       Q    In Washington?

6       A    Yes.

7       Q    And what did Mr. Davidson and

8    Mr. Kassinger discuss?

9            MR. GARDNER:   Objection -- sorry.

10   Restate that one more time.

11   BY MR. COLANGELO:

12       Q    What did Mr. Davidson and Mr. Kassinger

13   discuss?

14       A    I don't know.

15       Q    Did Mr. Davidson tell you what he and

16   Mr. Kassinger discussed?

17       A    Not to my knowledge.

18       Q    Did Mr. Uthmeier tell you what he and

19   Mr. Kass- -- what Mr. Davidson and Mr. Kassinger

20   discussed?

21       A    Well, it appears he might have, but it's

22   blanked out.

REDACTED

Page 229

1     Q     And Mr. Kassinger doesn't work for the

2  government, correct?

3     A     Correct.

4     Q     And did not at the time, correct?

5     A     Correct.

6           I would just observe, based on the all

7  blanked out here, we really have no idea what this

8  email is referring to.  It says a Census matter,

9  but it could have been any number of things,

10  including the numerous budget issues we were

11  talking about.  So let's make clear I don't know

12  what this email was in reference to.

13

14  REDACTED

15

16

17

18

19

20

21

22

REDACTED

REDACTED

16    Q    Okay.   So it would also be your

17 conclusion that Mr. Davidson and Mr. Kassinger

18 were talking about the citizenship question; is

19 that right?

20    A    No.   It would not.

21    Q    Why not?

22    A    Because I get lots of email that start on

REDACTED

1  one chain that go to another matter.  So it's

2  possible, but it's also possible it was discussing

3  something else.

4

# REDACTED

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 232

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 233

# REDACTED

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17     Q    And after the Secretary spoke with the
18  Attorney General, was the substance of that
19  conversation relayed to you?
20     A    Beyond -- beyond the fact that they had
21  spoken and that the Attorney General was going to
22  look into the matter, no.
```

REDACTED

Page 234

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 235

# REDACTED

REDACTED

Page 236

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 237

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

Page 238

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 239

1      Q    Okay.  What did you say to the Secretary
2  about the December 2017 letter when it came in?
3      A    Justice Department has requested this, so
4  now we can start the formal process.
5      Q    And what formal process are you referring
6  to?
7      A    Well, as I've outlined before, in order
8  for the government to take an action, you have to,
9  basically, create a record and make your decision
10  on the basis of that record.  So without a request
11  from an agency to ask for the inclusion of
12  citizenship, you were -- this was, basically, a
13  hypothetical question.
14      Q    Okay.  But you had told the Secretary in
15  May, we will get the Justice Department to request
16  the question?
17      A    I am going to do everything I can to
18  carry out the Secretary's wishes, if they are
19  legal, and so I will do my best.  I can't promise
20  things.
21
22  REDACTED

REDACTED

# REDACTED

REDACTED

Page 241

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

# REDACTED

8    You recall there was a time,

9    March 26, 2018, when the Secretary issued a

10   decisional memorandum regarding his decision to

11   add a citizenship question?

12        A    Yes.

13        Q    You worked on that memorandum?

14        A    Yes.

15        Q    Okay.   Were you the principal drafter?

16        A    I was one of the principal drafters.

17        Q    Who were the other principal drafters?

18        A    James Uthmeier was the primary other

19   drafter.

20        Q    Did you have a division of responsibility

21   between the two of you?

22        A    No.   I believe he did the first draft.

REDACTED

Page 243

1      Q    He did the first draft?

2      A    Well, the Secretary actually probably

3  made -- indicated what he wanted in a draft and

4  then James would have put it together.

5      Q    And then you would have worked on it

6  after James?

7      A    Correct.

8
9
10
11
12
13
14
15
16
17
18
19
20

REDACTED

21         And did anyone else work on the draft

22  besides you, the Secretary and Mr. Uthmeier?

REDACTED

1      A    Yes.   I think numerous other people

2   reviewed the draft, and --

REDACTED

REDACTED

Page 245

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

Page 246

1
2
3 REDACTED
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22        THE WITNESS:    Once again, the

REDACTED

Page 248

1  Department of Justice, who are our counsel,

2  suggested that a supplemental memorandum was

3  needed.  This was not something Department of

4  Commerce generated.  This was something the

5  Department of Justice, as our counsel, recommended

6  be provided.  Following up on that advice, we

7  worked on the document and then had the Secretary

8  sign it.  We were following advice of counsel.

9

10 REDACTED

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 249

# REDACTED

REDACTED

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21        Q    All right.   I want to go back to the
22   spring of 2017 when Secretary Ross requests the

REDACTED

Page 251

1   inclusion of a citizenship question on the census.

2   At that point in time, the Department of Justice

3   had made no request to Commerce for the addition

4   of a citizenship question, correct?

5        A    That's correct.

6        Q    And they certainly hadn't

7   asked -- withdrawn.

8             The Department of Justice certainly

9   hadn't asked Commerce to add a citizenship

10  question because of the VRA.  That's also correct;

11  isn't it?

12       A    Well, they didn't ask us to add a

13  citizenship question at that point.  So

14  speculating as to why they would ask is

15  irrelevant.

16       Q    I'm not asking you to speculate.  The one

17  thing we can be sure of is they didn't ask about

18  the VRA is because they didn't ask at all?

19       A    Correct.

20       Q    All right.  And when Secretary Ross says

21  to you in the spring, in whatever words he used,

22  that he wants a citizenship question added to the

REDACTED

Page 252

1    census, wouldn't you have had a discussion with

2    him at the time about why he wants that?

3            MR. GARDNER:   Objection.   Asked and

4    answered.

5            THE WITNESS:   Again, the answer is no, I

6    would not have a discussion.   My boss, if he asked

7    me to investigate something, I investigate it and

8    report back the results.

9

10                REDACTED

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

1
2
3

# REDACTED

```
 4        Q    My question, sir, is:  Wouldn't it be
 5   helpful to you in your job of assisting the
 6   Secretary to have a complete understanding of why
 7   the Secretary wants to add a citizenship question?
 8           MR. GARDNER:  Objection.  Form.
 9           THE WITNESS:  Again, it's not relevant to
10   the question of whether or not he needs -- of
11   whether or not a question should be added, so, no.
12   BY MR. GERSCH:
13        Q    Is it your testimony that why he wants a
14   citizenship question to be added is not relevant
15   to whether it should be added?  Did I -- did I
16   hear that right?
17           MR. GARDNER:  Objection.
18   Mischaracterizes the witness's prior testimony.
19           THE WITNESS:  My test- --
20           MR. COLANGELO:  That's exactly what he
21   said, Counsel.
22           THE WITNESS:  No.  My testimony is:  The
```

REDACTED

Page 254

1    rationale for why he would want it added is not

2    relevant to my initial inquiry as to whether or

3    not a question can be added.

4    BY MR. GERSCH:

5        Q    Yeah.   My question was a little

6    different.   The question I am trying to get you to

7    focus on is:   In your work for the Secretary,

8    wouldn't it be helpful to you to understand as

9    fully as possible why he thinks it's a good idea

10   to add a citizenship question?

11       A    And let --

12            MR. GARDNER:   Objection.   Asked and

13   answered.

14            THE WITNESS:   And let me get you to

15   understand my answer, which is, no, it would not

16   make a difference, because I don't need that

17   information to investigate the question.

18   REDACTED

19

20

21

22

REDACTED

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 256

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 257

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14     Q     And in your time there, did you never see
15  a document analyzing why it was a good idea for
16  Census to add a citizenship question?
17     A     Again, you're -- we have a fundamental
18  disagreement on the premises of your question.
19  Your premise is that somehow a reason needs to be
20  provided.  The question before us is the Secretary
21  has the legal authority to add questions to the
22  census.  Is there a governmental need?  And if

REDACTED

Page 259

1      there is, then you're off to the races.

2      REDACTED

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 260

REDACTED

5      It couldn't possibly assist you in your
6  work, in any way, to know why the Secretary wanted
7  to add a citizenship question?   Do I understand
8  that correctly?
9      A    It's not relevant to my analysis.

REDACTED

14     Q    Well, that's my question -- withdrawn.
15          Well, is there any way in which knowing
16  what the Secretary's reason was for wanting to add
17  a citizenship question, is there any way that
18  could assist you in your work at
19  Department of Commerce?
20     A    Assist me on my work at the Department of
21  Commerce, no.
22     Q    Is there any way that it could help you

REDACTED

1    help the Secretary add a citizenship question?

2        A    If I had found it difficult or

3    challenging, yes.   Knowing more about why he

4    wanted it would have been helpful, but I didn't

5    say that there was an issue.   It had been asked

6    for hundreds of years, and it had been asked on

7    the ACS.   So, clearly, there's a need for it.   And

8    so, no, that was not a particularly troublesome

9    aspect of the question I was being asked to look

10   into.

11       Q    When you said if I had found it difficult

12   or challenging, what did you mean?   What's the it?

13       A    If -- if what I had been requested to do

14   seemed to have significant legal obstacles to the

15   ability to do that question or take that action,

16   then I would probably inquire more fully to see if

17   there's an alternative way to address what the

18   Secretary is trying to get to.   In this particular

19   case, you have something that has been on the

20   decennial census before that is currently being

21   asked on the ACS.   There's clear legal authority

22   for him to add the question.   So, frankly, the

REDACTED

Page 262

1   reasons that he wants to add it doesn't add

2   anything to the analysis.  There is a governmental

3   need for this information.  That's a question

4   that's already established, so I don't need to

5   inquire further as to what his personal beliefs

6   regarding this question might be.

7       Q   What's the governmental need for the

8   question?

9       A   Enforcement to the Voting Rights Act,

10  determining how many undocumented citizens there

11  are.  You name it, there's a whole bunch of

12  reasons.  That's why every government in the world

13  collects this information.

14      Q   Well, correct me if I'm wrong, we're

15  talking about at a period in the spring of 2017

16  when the Voting Rights Act hadn't come up, the

17  Department of Justice hadn't made a request for

18  it.  What does the Voting Rights Act got to do

19  with it in the spring of 2017?

20      A   When you inquire as to what does the

21  Department of Justice use the citizenship data

22  on --

REDACTED

Page 263

1      Q      That wasn't my question.   My question

2   is --

3      A    I'm answering your --

4      Q      -- why is it a good idea, why does the

5   government need it back in the spring of 2017?

6      A    Finished with your question?

7      Q    That's my question.

8      A    The answer is for the same reason they've

9   been collecting it for the last 200-plus years.

10      Q    What's the government need in the spring

11   of 2017?

12      A    I already answered that question.   If

13   they collect the data under the ACS for Voting

14   Rights Act enforcement, that is one of the primary

15   reasons they collect the data.

16      Q    Okay.   It's on the ACS.   What's the

17   need -- governmental need for it to be on the

18   census?

19          MR. GARDNER:   Objection.   Asked and

20   answered.

21          THE WITNESS:   The governmental need is,

22   again, if you're going to get more detailed

REDACTED

Page 264

1   information, then you need that information.

# REDACTED

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3

# REDACTED

4
5
6

7    Q   So you decided on your own in the spring

8   of 2017 that it would be a good idea for the

9   government to have more information than was

10  available from the ACS about citizenship to

11  enforce the Voting Rights Act, even though you're

12  not a voting rights lawyer?

13    A   I don't agree with that characterization,

14  at all.  I decided that there was sufficient

15  information for me to pursue the Secretary's

16  request to consider placing a citizenship question

17  on the decennial census and that there was

18  sufficient potential reason to collect that

19  information to warrant moving forward.  If I'd

20  come to an opposite conclusion that there was not

21  sufficient potential reason or that there was some

22  insurmountable legal bar, then I would have

REDACTED

Page 266

1   reported back to the Secretary, I'm sorry,

2   Mr. Secretary, it does not appear we can

3   accomplish this objective.

4        Q    Why did you need to come up with a reason

5   for asking the question, separate and apart from

6   whatever reason the Secretary had in his own head?

7        A    Again, my job is to figure out how to

8   carry out what my boss asks me to do.  So you go

9   forward and you find a legal rationale.  Doesn't

10  matter what his particular personal perspective is

11  on it.  It's not -- it's not going to be the basis

12  on which a decision is made.

13       Q    That's your understanding, that the way

14  you should do it, is come up with a rationale that

15  has nothing to do with what's in the Secretary's

16  mind as to why he wants it; is that your

17  understanding of how it's supposed to work?

18       A    No.  Again, you continue to characterize

19  things in a way that you believe may be correct,

20  but not the way I believe to be correct.  My job,

21  as a person who has been doing this for 30-plus

22  years for clients and people in the government, is

REDACTED

Page 267

 1    if they would like to accomplish an objective, I
 2    see if there's a way to do that.  And, again, if
 3    it's not legal, you tell them that.  If it can't
 4    be done, you tell them that.  If there's a way to
 5    do it, then you help them find the best rationale
 6    to do it.  That's what a policy person does.
 7             And so, again, if I came up with a
 8    rationale that the Secretary didn't agree with or
 9    didn't support, then he was going to tell me that.
10    I have no doubt about that.  But in the meantime,
11    he doesn't -- I don't need to know what his
12    rationale might be, because it may or may not be
13    one that is -- that is something that's going to a
14    legally-valid basis.
15             So, again, he's got -- he's asked, can we
16    put -- can we put a question on?  The job of a
17    policy person is go out and find out how you do
18    that.  Whether that decision is going to be made
19    ultimately to do it or not, that's up to the
20    decision-maker.
21        Q    Are you saying you're better off not
22    knowing what the Secretary's own rationale is for

REDACTED

Page 268

REDACTED

REDACTED

1 REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21      Q    All right.   So you went -- you called
22   Mary Blanche Hankey --

REDACTED

Page 270

1       A    Correct.

2       Q    -- with regard to adding a citizenship

3  question to the census, right?

4       A    Correct.

5       Q    And you wanted to see if the

6  Department of Justice would sponsor the question?

7       A    Correct.

8       Q    And you had a phone call with her, and

9  you had at least a meeting with her, right?

10      A    Right.

11      Q    So at least two contacts?

12      A    Three, when she called me back with

13  somebody else's name.

14      Q    Fair enough.

15           Didn't -- didn't Ms. Hankey say, why do

16  you want to have a citizenship question?

17      A    No, she didn't.

18      Q    Didn't come up, at all?

19      A    Nope.

20      Q    She referred you to a Mr. McHenry; is

21  that right?

22      A    Correct.

REDACTED

Page 271

1       Q     And he's not a voting rights guy, right?

2       A     I don't actually know what his background

3    is.

4       Q     Well, you went ahead, back and forth with

5    him over about a month; is that right?

6       A     I mean, we spoke on the phone probably

7    three or four times, yeah.

8       Q     Going from, I think, the period you

9    mentioned was --

10      A     Yeah.  It was --

11      Q     -- early May to early June, roughly?

12      A     Approximately a month, yeah.

13      Q     And didn't you learn in that time that

14   he's not a voting rights guy?

15      A     No.

16      Q     Never came up?

17      A     We didn't get into great detail on the

18   rationale.

19      Q     You did ask him would you sponsor a

20   census question for -- I'm sorry.  Withdrawn.

21            You did ask Mr. McHenry if he would be

22   willing to sponsor a request for the addition of a

REDACTED

Page 272

1    citizenship question on the census, right?

2        A    I didn't ask Mr. McHenry if he would.   I

3    asked if the Department of Justice would be

4    inclined to send a letter asking us to add the

5    citizenship question.

6        Q    Fair enough.

7             And when you did that, you didn't explain

8    to Mr. McHenry why the Secretary wanted a

9    citizenship question?

10       A    I would have no reason to.

11       Q    And Mr. McHenry never asked, hey, you

12   want me to do this?   Why do you need it?   He never

13   asked you that?

14       A    I think I explained at the outset that

15   the department currently got a report from the ACS

16   on citizenship level -- I mean, on

17   census -- certain census size, Citizen Voting Age

18   Population, and if they were to get it from the

19   decennial, that would allow them a greater

20   granularity and would that be useful to them, and

21   he said he would inquire.

22       Q    You asked Mr. McHenry if the

REDACTED

Page 273

1    Department of Justice would find it useful to have

2    more granularity about citizenship?

3         A    Correct.

4         Q    But at no point did Mr. McHenry say,

5    look, if we want it, we'll ask for it, but how

6    come you want it?  Didn't he ask you something

7    like that?

8         A    No.

9    REDACTED

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 274

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

REDACTED

REDACTED

 5       THE WITNESS:  Again, I already provided

 6    the reason for Department of Justice.  I said,

 7    would it be useful for you to have more granular

 8    voting data at the census lock level?  He said he

 9    would inquire.  That answers your question.  I'd

10    already provided the answer.

11    REDACTED

12       Q    Mr. McHenry comes back at some point and

13    he says he's not interested, right, in words or

14    substance?

15       A    He suggested that I contact the

16    Department of Homeland Security.

17       Q    But I take it he makes it clear to you in

18    some fashion -- withdrawn.

19          Let's start with this.  What did he say

20    to you?

21       A    He suggested I talk to the Department of

22    Homeland Security.

REDACTED

Page 276

1      Q    Did he also say, listen, I don't really

2    need that information, or my guys don't need that

3    information, or my department doesn't need that

4    information or something like that?

5              MR. GARDNER:   Objection to form.

6              THE WITNESS:   Again, no, he did not

7    indicate that they did not need the information.

8    He simply suggested that they were rather busy and

9    why don't I talk to the Department of

10   Homeland Security.

11   BY MR. GERSCH:

12      Q    It's your testimony that he said they

13   were too busy to do it?

14      A    Unfortunately, that's not an uncommon

15   response from other agencies.  They don't

16   necessarily look for extra work.

17      Q    Okay.  So they were too busy to ask for

18   it, that's what you understood them to say?

19      A    Yeah.  Their inclination was they weren't

20   inclined to do the work, to ask for it, yeah.

21      Q    Okay.  Okay.  So Mr. McHenry let's you

22   know he's not inclined or the department is not

REDACTED

Page 277

1    inclined to do the work, to ask for it, and he

2    refers you to Homeland Security, correct?

3         A    Correct.

4         Q    And you speak to a Mr. Hamilton, right?

5         A    Right.

6         Q    And Mr. Hamilton, he's not a VRA guy,

7    right?

8         A    I have no idea what his background is.

9         Q    Certainly, it's your understanding that

10   the Department of Homeland Security has nothing to

11   do with enforcing the Voting Rights Act?

12        A    It would not normally be something I

13   would think they would do, no.

14        Q    And you talked to Mr. Hamilton how many

15   times?

16        A    I don't know, three or four times.

17        Q    Over what period?

18        A    Again, two weeks.  I don't know.

19        Q    And don't you say to Mr. Hamilton, here's

20   why we want the information, here's why we want

21   you to ask for the citizenship question?

22        A    Again, it was the same explanation as I

REDACTED

1    gave the Department of Justice.  And as you

2    pointed out, DHS doesn't really do that.  So I was

3    simply following up on the suggestion that

4    Mr. McHenry had made, and perhaps there was

5    something that DHS did that I was unaware of that

6    would have them -- have the need for this

7    information.  Turns out they didn't, so back to

8    Square 1.

9        Q   Yeah.  My question is -- and maybe I

10   didn't phrase it exactly right.

11           Did you explain to Mr. McHenry [sic] in

12   any of these several calls, here's why it's

13   important to the Department of Commerce, or your

14   boss or whomever, here's why it's important

15   that -- to get a citizenship question added?

16           MR. GARDNER:  I think you mean

17   Mr. Hamilton.  You said Mr. McHenry.

18           MR. GERSCH:  Withdrawn.  Let me rephrase.

19   Thank you, Counsel.

20   BY MR. GERSCH:

21       Q   In any of these several calls, you say to

22   Mr. Hamilton, here's why it's important to

REDACTED

Page 279

1   Department of Commerce to have you folks request

2   the addition of a citizenship question.

3       A   No.  I never explained that to him.

4       Q   And is it your testimony that in your

5   several conversations with Mr. Hamilton, he never

6   says, hey, why do you want this?

7       A   That's correct.

8       Q   He never says, why do you want a

9   citizenship question added?

10      A   Again, when somebody calls up and says --

11  my boss, you know, Secretary Ross, AG Sessions,

12  whomever has asked us to pursue this, I don't

13  typically question back and say, well, why do you

14  think -- does your boss think this is needed?  I

15  just don't do that.  It's kind of discourteous to

16  other staff.  So no, he took me at face value.

17  I'm calling to inquire, would they find this

18  useful?  He gets back to me, no.

19      Q   I just want to make sure I caught part of

20  what you're saying correctly.

21          Are you saying it would have been

22  discourteous for Mr. Hamilton at Homeland Security

REDACTED

Page 280

1    to say, hey, why do you guys at Commerce want us

2    to ask for a citizenship question?

3         A    For him to challenge why my boss might

4    ask for it.

5         Q    I didn't say challenge.

6              Is it your testimony it would be

7    discourteous for him to say, hey, you're asking me

8    to do something --

9         A    Uh-huh.

10        Q    -- something which involves some work --

11        A    Uh-huh.

12        Q    -- would you just explain to me why it's

13   important for you to have me ask for a citizenship

14   question?

15             MR. GARDNER:   Objection.   Form.

16             THE WITNESS:   No such conversation

17   occurred.

18   BY MR. GERSCH:

19        Q    Yeah.   My question is:   Would that have

20   been discourteous for him to say that to you?

21        A    Depends on how he phrased it.

22        Q    He could have phrased it in a way that

REDACTED

Page 281

1   was properly respectful, right?

2        A    Theoretically, yes.

3        Q    In the time that you were dealing with

4   Mr. McHenry or getting ready to deal with

5   Mr. McHenry -- this is back at the Justice

6   Department now -- did you ever learn that he was

7   director of the Executive Office of Immigration

8   Review?

9        A    I never learned that, no.

10       Q    How about Ms. Hankey, did she say why she

11  was going to refer you to Mr. McHenry?

12       A    No, she didn't.

13       Q    Is it common for you to call people like

14  Mr. McHenry without knowing what their position

15  is?

16       A    Certainly at that time, yes.

17       Q    What was it about that time?

18       A    Well, it was shortly into the

19  administration, and titles are not necessarily

20  informative of what people do, so --

21       Q    Did you have an understanding of what

22  Mr. McHenry's portfolio was, independent of his

REDACTED

1    title?

2         A    No.

3         Q    About what his expertise was independent

4    of his title?

5         A    No.

6         Q    You didn't know -- withdrawn.

7              You're trying to accomplish something for

8    your boss, right?

9         A    Correct.

10        Q    And you're calling another agency and

11   you're going to ask them to do some work, right?

12        A    Right.

13        Q    And you know from your vast experience

14   that sometimes people just say no because they

15   just don't want to do the work, right?

16        A    Correct.

17        Q    That's not uncommon, right?

18        A    It's been my experience.

19        Q    So in order to have the best possible

20   chance of persuading a person like Mr. McHenry,

21   don't you want to do a little research beforehand?

22        A    Again, I was dealing with, literally,

REDACTED

1   hundreds of issue, as well as clearing

2   correspondence, clearing Federal Register notices,

3   no.  I did not have time to research this guy's

4   background.  That's why I went through

5   Eric Branstad to say, hey, get me somebody over at

6   DOJ who I can talk to.  I want to Hankey -- and I

7   don't know her from Adam, but relying on the fact

8   that she was recommended by folks over at the

9   White House as somebody who was connected with

10  AG Sessions, I'm assuming she's going to steer me

11  in the right direction.  So I take on faith who

12  she suggested I talked to.  Turned out they

13  weren't the right person, so we didn't get

14  anywhere.

15      Q    Did you have an assistant during this

16  period?

17      A    No.

18      Q    Any staff?

19      A    I had my OPSP staff.

20      Q    Who's that?

21      A    Office of Policy and Strategic Planning.

22  They were the detailees I discussed earlier.

REDACTED

1    Q    Got it.

2         You couldn't ask one of them, hey, I'm

3    supposed to have a call with Mr. McHenry, can one

4    of you figure out what he is and why --

5    A    No.

6    Q    Excuse me.  I got to -- just a second.

7    I've got to finish the question.  You can answer

8    it any way you want.

9         Didn't you want to call -- talk to one of

10   your staff people and say, listen, I got a call

11   with Mr. McHenry, I got to persuade him to do some

12   work he's not going to want to do, to help out our

13   boss, Mr. Ross, Secretary Ross, and can one of

14   your look up and tell me who he is and what levers

15   we might be able to pull to persuade him to do

16   this work for us?

17         MR. GARDNER:  Objection.

18   BY MR. GERSCH:

19   Q    You didn't want to ask someone on your

20   staff to do some work like that for you?

21         MR. GARDNER:  Objection.  Form.

22         THE WITNESS:  Again, that's a view of

REDACTED

Page 285

1   both the workload I was under and the workload

2   that they're under that I think is misinformed.

3        In fact, several of my calls with

4   Mr. McHenry were made while I was driving into

5   work, so there was no opportunity to call somebody

6   and do that research.

7        And, besides, this wasn't about getting

8   leverage on Mr. McHenry.  This was simply to

9   ask -- following up on the person I'd been

10  directed to, who, based on the fact that it was

11  recommended by an assistant to the AG, I'm

12  assuming is going to at least be somewhat

13  receptive.  Probably an error on my part, but

14  that's -- I've got a dozen other things I'm

15  dealing with at the same time.  So, no, I'm not

16  going to spend a lot of time researching this guy.

17  BY MR. GERSCH:

18       Q   You didn't spend any time researching

19  this guy?

20       A   Correct.  I didn't.

21       Q   Secretary Ross certainly knows why he

22  wanted a citizenship question back in the spring

REDACTED

Page 286

1    of 2017, right?

2         A    You'd have to ask him.

3         Q    Is there anyone besides Secretary Ross

4    who we could go to who would have that

5    information?

6              MR. GARDNER:   Objection.   Lack of

7    foundation.   Calls for speculation.

8              THE WITNESS:   I'm not aware of anybody.

9    BY MR. GERSCH:

10        Q    Do you have any reason to believe that

11   Secretary Ross's rationale for wanting to add a

12   citizenship question is some kind of supersecret?

13        A    No.

14        Q    Doesn't involve national security, right?

15             MR. GARDNER:   Objection.   Lack of

16   foundation.   Calls for speculation.

17             THE WITNESS:   I don't know what the

18   Secretary's rationale is.   You'd have to ask him.

19   BY MR. GERSCH:

20        Q    But you don't think it involves national

21   security?

22             MR. GARDNER:   Same objections.

REDACTED

1          THE WITNESS:   I'm not going to speculate

2   on that.

3   BY MR. GERSCH:

4        Q    You heard about this suit back when it

5   was filed, right, this lawsuit?

6        A    Yeah.

7        Q    Okay.   And there's several lawsuits,

8   right?

9        A    Lost count, but yes.

10        Q    And you've known that you were going to

11   sit for a deposition for a while, also?

12        A    Maybe for two weeks or so.

13        Q    Okay.   Well, at any time since these

14   lawsuits started to get filed, did you have a

15   discussion with anyone about why it is the

16   Secretary wanted a citizenship question added?

17        A    No.

18        Q    Secretary Ross gave Congressional

19   testimony in March of 2018 in advance of his

20   decisional memorandum.   Do you remember that?

21        A    I'll take your word for it.

22        Q    Testified before committees of both --

REDACTED

Page 288

1   both House, right?

2       A    Again, I'd have to look at a calendar to

3   refresh my memory as to when he testified.   But,

4   yes, he testified to Congress during the course of

5   the year.

6       Q    Fair enough.

7            And he was asked questions about a

8   citizenship question?

9       A    I believe that's correct.

10      Q    Who prepared him to testify on that

11  subject?

12      A    He -- he does a lot of his own hearing

13  prep, but we would have -- I would have been

14  involved, as well as James Uthmeier,

15  Peter Davidson, of course, Karen Dunn Kelley.   I

16  mean, this was not a hearing specifically on the

17  citizenship question, so we mostly would have been

18  preparing for the broad range of questions on

19  whatever the topic was.   We were going up and

20  testifying on the steel tariffs.   We were going up

21  and testifying on the lifecycle cost estimate, a

22  whole series of things, so --

REDACTED

Page 289

1    Q    Sure.   You want to get him prepped on

2    everything, though, right?

3    A    Yeah.

4    Q    And one of the things that you

5    anticipated would come up was the question about

6    the citizenship question, right?

7    A    Seems reasonable if that was the time

8    frame, yes.

9    Q    And were you the one who worked with

10   Secretary Ross on how he was going to answer those

11   questions?

12   A    I would have been one of the people, yes.

13   Q    Was there a division of responsibility

14   between the folks you mentioned just a minute ago,

15   the people who helped prepare him?

16   A    Not per se.   I think he's fairly open to

17   suggestions from staff of what to consider.   So if

18   somebody had an idea, he would consider it.

19   Q    Did you tell the Secretary, listen, you

20   can expect that someone is going to ask

21   whether -- whether you're going to add a

22   citizenship question?   Did you have that

REDACTED

Page 290

1  discussion with him?  That would have been normal,

2  right?

3      A   Well, again, if this is in the time

4  period after we received the DOJ letter and while

5  he was considering making his decision, then, yes,

6  we might have anticipated.  But the answer would

7  have been fairly straightforward, which is we have

8  that matter under review, and I'm considering

9  all -- all information.  So there would have been

10 very little we're prepping for on that.

11     Q   Didn't you discuss with the

12 Secretary -- withdrawn.

13         First of all, I'll represent that he

14 did -- the Secretary did, in fact, testify before

15 multiple committees after the

16 Department of Justice request came in in December

17 of 2017 and before the issuance of the March

18 decisional memorandum.

19     A   Okay.

20     Q   And my question to you is:  In those

21 discussions that you had with the Secretary to

22 prepare him, wasn't it discussed whether the

REDACTED

1   Secretary was going to reveal the reasons he had

2   wanted to the addition of a citizenship question?

3        A    No.

4        Q    Subject never came up?

5        A    Never came up.

6        Q    Didn't it come up whether the Secretary

7   would reveal that the reason that Commerce had

8   received a request from DOJ to add a citizenship

9   question is because Commerce had gone to DOJ and

10  asked DOJ to make that request?

11       A    No.

12       Q    Never came up?

13       A    Never came up.

14

15  REDACTED

16

17

18

19

20

21

22

REDACTED

Page 292

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 293

REDACTED

REDACTED

Page 294

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

Page 295

# REDACTED

4    transcript, but presuming your person transcribed

5    this correctly, that appears to be what I said.

6         Q    And this squares with your memory of what

7    you said, right?

8         A    Correct.

# REDACTED

REDACTED

# REDACTED

9       Q    Sure.   But the reason the

10  Department of Justice made this request of the

11  Department of Commerce was that the Department of

12  Commerce went to the Justice Department and said,

13  will you please make this request of us, right?

14       A    We asked them if they could use this

15  information.   That was an independent decision on

16  their part.

17       Q    You asked them if they could use

18  information from a citizenship question, right?

19       A    At the block level, which is not

20  currently available.

21       Q    And you asked them if they would be

22  willing to request that from the

REDACTED

Page 297

1 Department of Justice [sic]?

2     A    If that was information that they found

3 useful, then they could request it, yes.

4     Q    You asked them to request it from the

5 Department of Justice, correct?

6     A    Again, what we asked them was if they

7 could use this information, and if so, then they

8 would need to request it.

9     Q    Do you deny that you personally went to

10 representatives in the Department of Justice and

11 asked them if they would request the addition of a

12 citizenship question?

13          MR. GARDNER:   Objection.   Asked and

14 answered.

15          THE WITNESS:   To answer, once again, I

16 went to representatives of the

17 Department of Justice and asked them if this would

18 be information that they would find useful, and if

19 so, they could request it.

20

21

22

REDACTED

REDACTED

1   REDACTED

2        Q     Didn't you say to the

3   Department of Justice when you were talking to

4   them, in words or substance, we would appreciate

5   it if you would ask us to include a citizenship

6   question?

7        A     I never made such a request.

8

9   REDACTED

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

1
2 REDACTED

3    Q    When Representative Norton asks you the

4 why question, don't you think it's responsive to

5 the why question that the Secretary of Commerce

6 wanted to add a citizenship question independent

7 of the Department of Justice's request?

8    A    No.   I don't think it's relevant.   His

9 decisional memo laid out very clearly the

10 rationale that was the basis of his decision.

11 Whatever his personal feelings may have been are

12 irrelevant to that decision.

13    Q    It laid out a rationale.   We can agree on

14 that, right?

15    A    That's what he's required to do under the

16 law, is lay out a rationale.   That is the

17 rationale for his decision and that's what he's

18 standing on.

19    Q    Okay.   He laid out a rationale.   Is it

20 your understanding, under the law, that if the

21 rationale is not his real reason for doing it, we

22 should ignore the real reason, and we should only

REDACTED

Page 301

1   focus on the pretextual reasons that he offers up?

2   REDACTED

3

4        THE WITNESS:   The Secretary's decision

5   memo lays out a valid reason that's consigned to

6   his discretion under the law, and that is the

7   rationale he provided to staff, and that is the

8   rationale that we placed in the record.   So that

9   is his reason for having the question.

10  BY MR. GERSCH:

11       Q    My question is a little different.   If

12  the Secretary's real rationale is something

13  different than the rationale he lays out in his

14  decisional memo, is it your understanding, under

15  the law, that we're to ignore the real reason and

16  only focus on what's in the decisional memorandum?

17       MR. GARDNER:   Objection.   Calls for a

18  legal decision.

19       THE WITNESS:   Your hypothetical is

20  premised on the false conclusion that there is

21  some illegal rationale that would be provided and

22  be exposed and be referenced.   There is none.

REDACTED

1    It's committed to his discretion to add a

2    question, as long as you make it through the other

3    things, Paperwork Production Act, et cetera.   So

4    it's -- I don't understand the basis for your

5    question.   But there's -- at the base of your

6    question is this hypothetical that there's some

7    supposed illegal reason that would be -- that

8    would nullify a perfectly valid decision.   I don't

9    agree with that assessment.

10   BY MR. GERSCH:

11        Q    Mr. Comstock, I want you to listen to my

12   question carefully, because there was no reference

13   to any illegal rationale, and I'm going to put it

14   to you again and there will be no reference to an

15   illegal rationale.   And my only question -- and,

16   by the way, I'm happy if you want to take this as

17   a hypothetical.

18        My only question is:   If the Secretary

19   lays out a rationale in his decisional memorandum

20   which is different than his real rationale, is it

21   your understanding that we're supposed to ignore

22   the real rationale and only focus on what's in the

REDACTED

Page 303

1  decision memo?

2          MR. GARDNER:   Given your introductory

3  clause, objection.   Calls for a hypothetical.

4  Objection.   Calls for a legal conclusion.

5          THE WITNESS:   Again, a decision is valid

6  if a valid reason has been spelled out, and that

7  is what we did.

8  BY MR. GERSCH:

9      Q    Could you answer my question?

10     A    Again, I don't accept the premise of your

11 question, which is that there's some other reason

12 besides what was provided in the memo.

13     Q    It's a hypothetical question, sir.   The

14 question is --

15     A    I'm not going to answer a hypothetical on

16 that basis.

17     Q    I'm asking you to answer it, and you're

18 here to answer questions, and I think I'm fairly

19 following up on your testimony.

20          My question to you is real simple:   If

21 the Secretary lays out a rationale in his

22 decisional memorandum and it's not his real

REDACTED

Page 304

1    rationale, is it your understanding that what

2    we're supposed to focus on is what's in the

3    decisional memorandum and we're not supposed to

4    look at the rationale?

5            MR. GARDNER:  Objection.  Calls for

6    hypothetical.  Objection.  Calls for legal

7    conclusion.

8            THE WITNESS:  Again, we're at loggerheads

9    here because you keep spelling out something that

10   is -- that presupposes there is some other

11   rationale that would be sufficient to outweigh a

12   legitimate rationale and, therefore, must be

13   noticed and taken care of.  I mean, the government

14   makes decisions all the time and spells out a

15   rationale.  Do some of decision-makers have,

16   perhaps, other reasons, maybe, but it's not

17   relevant to the legal analysis.

18      Q   We shouldn't know what Secretary --

19   withdrawn.

20          We shouldn't know what the real rationale

21   is; is that testimony?

22      A   I --

REDACTED

Page 305

1          MR. GARDNER:  Objection.  Calls for a

2     legal conclusion.

3          THE WITNESS:  Again, I have no reason to

4     believe that the rationale is anything other than

5     what's in the memo.

6     BY MR. GERSCH:

7        Q    Well, sir, actually, you testified

8     previously that the Secretary had a rationale for

9     asking this question, which he didn't reveal to

10    you and had nothing to do with the

11    Department of Justice's request.

12       A    I disagree with that statement.

13       Q    Let's try this one other way.  You don't

14    disagree with the proposition that a

15    decision-maker could have a rationale that is

16    different than what he chooses to spell out in his

17    decisional memorandum, right?

18         MR. GARDNER:  Objection.  Calls for

19    hypothetical.

20         THE WITNESS:  Again, I don't know -- I

21    don't -- it's impossible to answer that question,

22    because you -- I'm not sure where you're going

REDACTED

1   with it.

2   BY MR. GERSCH:

3       Q    I'm not asking you to know where I'm

4   going with it.   I'm asking you to answer the

5   question.   I'll put it to you again.

6            You don't disagree with the proposition

7   that it's possible for the decision-maker to have

8   one rationale which he puts in the decisional

9   memorandum and a completely different rationale

10  which is the real reason he wants the decision

11  done?

12            MR. GARDNER:   Objection.   Calls for a

13  hypothetical.

14            THE WITNESS:   Again, in the context we're

15  dealing with, I don't agree with that statement.

16  BY MR. GERSCH:

17      Q    It's not possible for that to happen,

18  it's not possible for the decision-maker to put

19  one rationale in the decisional memo and have a

20  completely different rationale for why he wants

21  the decision?

22            MR. GARDNER:   Objection.   Calls for a

REDACTED

Page 307

1    hypothetical.

2              THE WITNESS:   In my experience with the

3    federal government service across 30 years, both

4    Democrat and Republican, I'm not aware of

5    decision-makers who would do such a thing.

6    BY MR. GERSCH:

7         Q    This would never happen, in your view,

8    right?

9         A    I'm not going to use the word never.

10   Clearly, in the course of human history, things

11   like that do happen.   That's not been my

12   experience that it generally is the case.

13        Q    That's fine.   Put aside your experience.

14   I'm just asking you conceptually, you don't have

15   difficulty understanding that a decision-maker

16   could say I'm doing this for one reason without

17   revealing that he is actually doing it for a

18   different reason.   You understand that concept,

19   right?

20             MR. GARDNER:   Objection.   Calls for a

21   hypothetical.

22             THE WITNESS:   Yeah.   It's a hypothetical

REDACTED

1   to which the answer is always going to be yes.   So

2   to the extent that makes you happy, sure.

3   BY MR. GERSCH:

4        Q    Okay.   So you do understand that concept.

5   So when that occurs, when it is the case that the

6   decision-maker puts forth a stated rationale,

7   which is, in fact, not his real rationale, is it

8   your understanding that we should pay no attention

9   to his real rationale and focus only on his stated

10  rationale?

11            MR. GARDNER:   Objection.   Calls for

12  hypothetical objection.   Calls for a legal

13  conclusion.

14            THE WITNESS:   I'm not going to answer

15  that question.

16

17  REDACTED

18

19

20

21

22

REDACTED

Page 309

# REDACTED

1
2
3
4
5
6

7    After the Department of Justice made

8 their formal request for the addition of a

9 citizenship question in December of 2017, you

10 understand that the Census Bureau did some

11 analysis with respect to that request, right?

12    A    Correct.

13    Q    All right.   And one of the things that

14 the Census Bureau produced is a document that's

15 been marked Exhibit 28.

16    A    Okay.

17    Q    Is that fair to say?

18    A    It appears to be a memo from John Abowd

19 to the Secretary, so will -- oh, it's marked

20 draft, so --

21    Q    Dated January 19, 2018, as you say, from

22 John Abowd, Chief Scientist at the Census Bureau,

REDACTED

Page 310

1   to Secretary Ross through Karen Dunn Kelley.

2         You've seen this before, haven't you?

3      A   I don't know that I've seen this

4   particular draft.   It's marked draft, so I don't

5   know that this document ever made it up to the

6   Secretary's office.

7      Q   Did you see a form of this document,

8   whether it was this one or not?

9      A   I saw some form of this document, yes.

10     Q   I want to direct your attention to the

11  one, two, three -- third full paragraph, last

12  sentence, and in it Mr. Abowd addresses

13  Alternative B -- and, by the way, you understand

14  Alternative B is adding a citizenship question to

15  the census, right?

16     A   That appears to be what the memo says,

17  yeah.

18     Q   So what Mr. Abowd reports is

19  Alternative B -- that is adding a citizenship

20  question -- is, quote, very costly, harms the

21  quality of the census count, and would use

22  substantially-less active citizenship status data

REDACTED

1    that are available from administrative sources.

2            You knew that that is what the

3    Census Bureau had concluded, right?

4        A    Well, again, that's a -- this is a draft

5    pre-decisional memo.  So I'm not sure if this was

6    the final document that was sent to us or not.

7        Q    I'll represent to you that this

8    is -- that the record made in this case so far is

9    that this is the last draft produced.  Does that

10   help you --

11       A    Is that -- okay.

12       Q    I'm happy if you want to consult with

13   your counsel.

14           MR. GARDNER:  If you -- you can answer

15   the question, yes.

16           THE WITNESS:  Sure.  Assuming this is the

17   final version, then that's what the document says,

18   yes.

19   BY MR. GERSCH:

20       Q    That's not my question.  You came to

21   understand, isn't that right, that the view of the

22   Census Bureau was that asking the citizenship

REDACTED

Page 312

1    question is very costly, harms the quality of the

2    census count and would use substantially-less

3    citizenship status than are available from

4    administrative sources?

5        A    I would agree that that's the summary

6    statement here.  That it overstates the case they

7    made further in the document.  But that is not an

8    accurate representation of what's actually

9    reflected in the document.

10       Q    I want to make sure I understand your

11   testimony.  You're saying you disagree with their

12   conclusion?

13       A    I disagree with that characterization as

14   being the final conclusion of the Census Bureau,

15   yes.

16       Q    Ah.  Okay.  So you think that what I just

17   read to you doesn't fairly reflect the view of the

18   Census Bureau; is that right?

19       A    I think that reflects the view of

20   Dr. Abowd and that it's very imprecisely stated.

21   If you read the rest of the memo, it provides more

22   detail, and so I would not agree with the

REDACTED

1  statement, because it's not backed up in the

2  document that it would be very costly.  That's a

3  relative term.  And that it would use

4  substantially-less accurate, I disagree with those

5  statements.

6      Q   Yeah.  I understand, and I stipulate that

7  you disagree with them.  My question is a little

8  different.  I'm asking if you understand this is

9  the position of the Census Bureau, whether you

10  agree with it or not, and I stipulate that you

11  don't.

12      A   And just, again, I'm being very clear

13  that this sentence taken out of context, I would

14  say is not the position of the Census Bureau.  The

15  position of the Census Bureau is reflected in this

16  full memo, which provides greater detail, which is

17  not, I would say, accurately characterized in this

18  summary statement at the front.

19      Q   Did you ever meet with the folks at the

20  Census Bureau about this analysis?

21      A   Yes, we did.

22      Q   Okay.  When did you do that?

REDACTED

1      A    I couldn't tell you the exact date.

2      Q    Who did you meet with?

3      A    Dr. Abowd, Dr. Jarmin.   It was a large

4  meeting.

5      Q    And Dr. Abowd and Dr. Jarmin, they stood

6  by this analysis, right, the analysis in

7  Exhibit 28?

8      A    I'd say that, yeah, they stood by the

9  entire analysis, not necessarily that statement.

10      Q    And the entire analysis includes the

11  statement that I read to you, right?

12      A    Again, you're -- I think you're taking a

13  single statement out of context.

14      Q    My question is a little different.   I'm

15  saying when you said, they stood by the entire

16  analysis, that includes the statement that I read

17  you?

18      A    And, again, I will say that I think

19  you're trying to get me to say that particular

20  statement represents the view of the

21  Census Bureau, and that is not my understanding.

22      Q    Okay.   When you say it's not your

REDACTED

Page 315

1    understanding, at no point did Dr. Jarmin or

2    Dr. Abowd say, no, we don't believe that

3    Alternative B is very costly, harms the quality of

4    the census count and would use substantially-less

5    accurate citizenship status data that are

6    available from administration sources; isn't that

7    right?   They never took it back?

8         A    We never asked them to take it back.

9         Q    And they never did?

10        A    I don't know if they took it back or not.

11        Q    In your presence, sir.

12        A    Again, they were never asked, to my

13   knowledge, to take that statement back, so there

14   would be no reason for them to take it back.

15        Q    And they didn't take it back, did they?

16        A    I don't know whether they took it back.

17        Q    In your presence, they didn't take it

18   back?

19        A    Again, I look at their entire memo, not

20   that statement.

21        Q    I'm not asking that question.   They

22   didn't take this statement back that I just read

REDACTED

Page 316

1    to you three times?

2         A    Again, my point is, they were never asked

3    to take it back, so there would be no reason for

4    them to take it back.

5         Q    I just want there to be no

6    misunderstanding, Mr. Abowd [sic], if at trial

7    you're going to say they took it back, I want to

8    hear that right now.

9              MR. GARDNER:   He's not Mr. Abowd.

10   BY MR. GERSCH:

11        Q    I'm sorry, Mr. Comstock.   It's late in

12   the day.

13             Mr. Comstock, if you're going to say at

14   trial that Dr. Abowd or Dr. Jarmin took this

15   statement back, I want to hear that right now.

16   Can we agree on that, that you'll tell me right

17   now?

18        A    I will agree -- I will agree that I would

19   say that is not representative of the data that

20   was presented to us in the course of extensive

21   discussions.   That that statement is an early

22   statement that mischaracterizes the final

REDACTED

1   conclusions that we understood.

2        Q    When you say earlier, it's the statement

3   as of the January 19th memo, you don't disagree

4   with that?

5        A    Again, I'm not contesting they provided

6   this investigation.

7        Q    Focus on timing.   You said this was an

8   early statement and you don't think it was

9   reflective of their final conclusions.

10        My question is:   You're not saying it

11   doesn't reflect their position as of January 19th,

12   are you?

13        A    I am saying, again, that I think you're

14   taking a single statement out of context and

15   trying to represent it has the position of the

16   Bureau as conclusive, and I'm saying I disagree

17   with that statement.

18        Q    Let me show you -- let's mark this as

19   Exhibit 29.

20             (Plaintiffs' Exhibit 29, Memo, was

21   marked.)

22   BY MR. GERSCH:

REDACTED

Page 318

1      Q     You see what's been marked as Comstock

2   Exhibit 29, it is a March 1, 2018 memo from

3   Dr. Abowd for Secretary Ross, Bates stamp first

4   Page 001308.

5          Do you have that in front of you?

6      A     I do.

7      Q     Have you seen this document before?

8      A     I believe I've seen this document.

9      Q     Okay.   And this document relates to an

10  Alternative D, right?

11     A     Correct.   But I'll note, again, it's

12  marked draft, and I'm just mystified as to why we

13  keep getting draft documents as opposed to finals.

14  Certainly draft documents don't normally come to

15  us.

16          MR. WALSH:   Counsel, would it be possible

17  to hand out --

18          MR. GERSCH:   Oh, I'm sorry.

19          MR. WALSH:   Thanks.

20  BY MR. GERSCH:

21     Q     This is about Alternative D; is that

22  right?

REDACTED

Page 319

1      A    That's correct.  But I'm still asking a

2   question, why am I getting a draft version of this

3   instead of a final?

4      Q    I don't get to testify.  All I can do is

5   ask the questions.

6           And Alternative D was the idea of

7   Secretary Ross, that perhaps you could combine

8   Alternative B, which is asking the citizenship

9   question of every household in the decennial

10  census, and Alternative C, which was don't ask the

11  question but use administration data to figure out

12  citizenship status, correct?

13      A    Correct.

14      Q    And at the back of this memo, the last

15  sentence says, "In sum, Alternative D would result

16  in poorer quality citizenship data than

17  Alternative C.  It would still have all the

18  negative cost and quality implications of

19  Alternative B outlined in the draft January 19th

20  memo to the Department of Commerce."

21          You saw this at the time, right?

22      A    Again, I can't say that this was the

REDACTED

Page 320

1   document I saw, because I did not see something

2   marked draft pre-decisional V10.

3        Q    You think you saw a version of it that

4   didn't have draft on it?

5        A    I have no idea.  But we don't typically

6   see documents that say draft.

7        Q    I'll represent that we've never seen a

8   version of either of these documents that aren't

9   marked draft.  If there is one -- if there are

10  versions, I would like them right now.

11            MR. GARDNER:  I represent we've produced

12  what we have.

13  BY MR. GERSCH:

14       Q    Regardless of the format, you became

15  acquainted with the views of Census that

16  Alternative B would result in poorer quality

17  citizenship data than Alternative C and still have

18  all the cost and quality implications of

19  Alternative B outlined in the draft January 19th

20  memo to the Department of Commerce; you became

21  acquainted with that conclusion of theirs, right?

22       A    I did.

REDACTED

1      Q    Okay.  By the way, you'll notice it

2    says -- this refers to the January 19th memo as

3    being a draft.

4      A    Okay.  Like I said --

5      Q    Do you see that?

6      A    I see it.  That it says that, yes.

7    Perhaps that is what they provided to us.  I don't

8    know.  We produced whatever is in the record, so

9    if this is what's in the record -- as long as I'm

10   being given the final version, then okay.

11     Q    All right.  You're not saying that the

12   Census Bureau took back the conclusion reflected

13   in this last paragraph that I've read you from

14   Exhibit 29, are you?

15     A    Again, I think there was iterative

16   exchange in which the conclusions of the

17   Census Bureau to staff and some of their

18   assertions did not hold up under

19   cross-examination.

20     Q    Whether you think they held up or not, my

21   question to you is:  Did the Census Bureau ever

22   take back the conclusion that's in the last

REDACTED

Page 322

1    paragraph of this March 1 memo?

2         A    You'd have to ask them.

3         Q    In your presence, did they say any such

4    thing?

5         A    I didn't ask them to take it back.

6         Q    I'm not asking whether you asked them.

7    I'm asking -- withdrawn.

8              There were other people in the meeting

9    besides you, right?

10        A    There were a series of meetings, so --

11        Q    How many meetings did you have about this

12   memo, this March 1 memo?

13        A    I couldn't tell you.

14        Q    About?

15        A    Might have met once or twice.  I really

16   couldn't tell you.

17        Q    And who did you remember being there

18   besides Dr. Abowd and Dr. Jarmin?

19        A    Again, I don't know if it was

20   specifically on this memo or this presentation or

21   whether they sent it to us.  There were multiple

22   meetings on the question.  Who was at each

REDACTED

Page 323

1    meeting, I couldn't tell you.

2         Q    I think it would be fair to say there

3    were multiple meetings about Census Bureau's

4    analysis of the citizenship question, right?

5         A    Yes.

6         Q    Okay.  And what's your best recollection

7    of how many meetings there were?

8         A    I don't know.  Two or three.

9         Q    And if this memo is dated March 1 and the

10   decisional memo is dated March 26th.  What's your

11   best recollection about when the last -- the last

12   meeting was, the last of these two or three

13   meetings?

14        A    Probably somewhere in the vicinity of

15   March 20th.

16        Q    Okay.  And my question simply to you is,

17   sir:  Did the Census Bureau people ever say we're

18   taking it back, you've convinced us, we don't

19   agree with the conclusion we put forth in the last

20   paragraph?

21        A    No.

22   REDACTED

REDACTED

# REDACTED

15     Q   Did you ever have any analysis of the

16  citizenship question prepared by experts other

17  than the folks at the Census Bureau?

18     A   Not that I know of, no.

19     Q   Did you ever get any input from somebody

20  with technical expertise with respect to the

21  Census Bureau's analysis of the citizenship

22  question who was not from the Census Bureau?

REDACTED

1        A    No.

2        Q    Did anyone review the Census Bureau's

3   analysis of what was wrong with the citizenship

4   question who was not a lawyer?

5        A    The Secretary.

6        Q    Other than the Secretary?

7        A    Karen Dunn Kelley.

8        Q    Other than the Secretary and Karen Dunn

9   Kelley?

10       A    Obviously, Dr. Jarmin, Dr. Abowd.

11       Q    I'm talking about people outside the

12   Census Bureau.

13       A    Census Bureau.

14            Well, let's see -- well, Wendy Teramoto

15   might have.  But, no, primarily would have been

16   Office of General Counsel doing the review.

17       Q    And you?

18       A    And me.

19       Q    And you're a lawyer?

20       A    Yes, I am a lawyer.

21       Q    All right.  Let's mark the decisional

22   memorandum as Exhibit 30.

REDACTED

Page 326

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

Page 327

# REDACTED

REDACTED

1
2

# REDACTED

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 330

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 331

1
2   REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 332

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 333

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

1  REDACTED
2
3
4
5
6
7
8
9
10
11
12     Q    Okay.   How about a randomized control
13  study of some kind, randomized controlled testing?
14     A    We already have that.
15     Q    You think you already have that?
16     A    Sure, through the ACS.
17  REDACTED
18
19
20
21
22

REDACTED

Page 335

REDACTED

REDACTED

Page 336

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 337

1      Q    The initial impetus for putting the

2  citizenship question on the 2020 census was not

3  DOJ's idea; is that correct?

4      A    That's correct.

5      Q    It was Secretary Ross's idea, I think

6  you've testified to that, correct?

7      A    He was the one who asked me to

8  investigate it, yes.

9      Q    He told you sometime shortly after he was

10 confirmed that he wanted the question on the 2020

11 census, correct?

12     A    He asked me to explore putting it on,

13 yes.

14     Q    Well, he actually said he requests the

15 question be put on the census, correct?

16     A    That was the way he phrased it, yes.

17     Q    You said you would make that happen,

18 correct?

19     A    I said I would do my best.

20     Q    And you would get the citizenship

21 question in place, I think was -- were your words?

22     A    I said I would work to get that in place.

REDACTED

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 339

1
2 REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 340

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22     Q     Anyone at Commerce who was more involved

REDACTED

Page 341

1    in the citizenship question other than you during

2    the period from the time you came to Commerce

3    until the citizenship question issue was resolved?

4        A    Probably not, no.

# REDACTED

REDACTED

Page 342

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

Page 343

# REDACTED

REDACTED

Page 344

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 346

REDACTED

REDACTED

Page 347

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20     Q    Well, but prior to that, you had been
21  directed by the Secretary of the Commerce to put
22  the citizenship question on the census --

REDACTED

1    A    I'd --

2    Q    -- isn't that correct?

3    A    I'd been directed to explore putting a

4  citizenship question on the census.

5    Q    He said he wanted it on the census,

6  correct?

7    A    That was certainly his expressed

8  interest.

9    Q    It was an expressed statement, was it

10  not?

11    A    That's the way he phrased it.  But,

12  again, he can't put something on the census

13  without having the legal authority or process in

14  place to do so.

15

16

17  REDACTED

18

19

20

21

22

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

# REDACTED

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14      Q    But the Census Bureau, nevertheless,
15   recommended from a standpoint of accurate and
16   completeness and quality of the census that there
17   should not be a citizenship question added to the
18   census, as opposed to continuing to rely on ACS
19   data supplemented by the administrative records?
20      A    No.   In the process of this memorandum,
21   back and forth, they could not articulate a
22   rationale to support their belief that there would
```

REDACTED

Page 351

1    be this decline in this response rate.  Their

2    entire analysis relied on the assumption that

3    there would be this decline in response rate of a

4    certain percentage and that that would, therefore,

5    make the data less reliable.

6            What they couldn't refute was the fact

7    that under their proposed approach, they would

8    have had to impute -- again, based on statistical

9    models -- the citizenship of 25 million voting age

10   citizens.  That was not a complete and accurate

11   picture as far as the Secretary was concerned.  So

12   the Secretary said this is why we need to look at

13   combining the two approaches, B and C, to come up

14   with Alternative D.  Because in the absence of

15   that, we don't have good enough data on which to

16   build the formula to impute those people that we

17   would have to because we don't have answers on

18   what their citizenship is.  So that's the

19   rationale that's laid out in this memo, and as far

20   as I know, that's been the rationale that's been

21   the Secretary's all along.

22           Q    But not the rationale that was accepted

REDACTED

1   by the Census Bureau, which nevertheless, rejected

2   as -- from a technical perspective, the

3   Secretary's rationale; isn't that correct?

4       A    I disagree that they rejected it from a

5   technical perspective.   They made some assumptions

6   in making their recommendation -- and that's

7   exactly what it is, it's a recommendation -- that

8   this would be the case.

9       Q    Let me turn your attention to C30,

10  Page 001314, which is Page 2 of the March 26th

11  memo.   And turning your attention to the Option A,

12  the third line in the sentence that says,

13  "Additionally, the block group levels CVAP data

14  currently obtained through the ACS has associated

15  margins of error" --

16      A    Correct.

17      Q    -- "because the ACS is extrapolated based

18  on the sample servers of the population."

19      A    That's correct.

20      Q    Do you know what the margins of errors

21  are that are referred to in this sentence?

22      A    I think you go on and see, you'll see it

REDACTED

Page 353

1    described later in the same memo, which is that

2    they have an error of approximately 30 percent, 28

3    to 34, I believe, is the range.

4            Yeah.   If you look on Page 4,

5    "Census Bureau analysis showed that between 28 and

6    34 percent of citizenship self-responses for

7    persons with administrative records show are

8    noncitizen were inaccurate.   In other words, when

9    noncitizens respond to long form or ACS questions

10   on citizenship, they inaccurately mark citizen

11   about 30 percent of the time.   However, the

12   Census Bureau is still evolving its use of

13   administrative records.   The Bureau does not have"

14   --

15           (Thereupon, the court reporter

16   clarified.)

17           THE WITNESS:   This is in the -- under

18   Option C of Page 4.

19           MR. GARDNER:   You're going to have to

20   slow down for the court reporter.

21           THE WITNESS:   "So they inaccurately mark

22   noncitizen about 30 percent of the time.   However,

REDACTED

Page 354

1    the Census Bureau is still evolving its use of

2    administrative records, and the Bureau does not

3    yet have a complete administrative record set for

4    the entire population.   Thus, using administrative

5    records alone would provide DOJ data with CVAP

6    data that was not a" -- "that would provide an

7    incomplete picture."

8    BY MR. ROSENBERG:

9         Q    And that's your understanding of what

10   margins of error means as used on Page 01314?

11        A    Well, yes.   They're referring to that --

12   that margin of error they're referring to is the

13   28 to 34 percent they were off.

14
15   REDACTED
16
17
18
19
20
21
22

REDACTED

Page 355

# REDACTED

REDACTED

Page 356

REDACTED

REDACTED

Page 357

# REDACTED

REDACTED

Page 358

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

REDACTED

Page 360

# REDACTED

REDACTED

Page 361

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

Page 362

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 363

1
2  REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 364

1
2 REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 366

# REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 367

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

1
2
REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1

2

3

# REDACTED

4     Q     Let me draw your attention to the period

5  around January 2018.  Do you recall taking part in

6  the signing of the list of 35 questions to the

7  Census Bureau to answer?

8     A     Yes.  I helped prepare that list.

9     Q     Do you -- who else helped prepare that

10  list?

11     A     The Secretary, Karen Dunn Kelley,

12  James Uthmeier, myself.  There may have been

13  others.

14     Q     Were you the prime drafter?

15     A     Of that particular list, I may have been

16  the prime assembler.  I was not necessarily the

17  prime drafter of all the questions.

18     Q     And what was your purpose -- what was the

19  purpose in proposing those questions?

20     A     Basically, it has -- I think it was

21  pointed out earlier we got an analysis from the

22  Census Bureau that seemed to have a particular

REDACTED

1   viewpoint, and it wasn't well supported in some

2   cases.  So those are the questions that arose

3   after reviewing their memo.

4       Q   And when you -- after the questions were

5   formulated, whom did you send them to?

6       A   I believe they were sent to the

7   Census Bureau.

8       Q   And the idea was the Census Bureau would

9   answer the questions; is that correct?

10      A   They would provide that input, yes.

11      Q   And you gave them a deadline, did you

12   not?

13      A   I imagine we did, yeah.

14      Q   Four days; is that correct?

15      A   I don't recall.

16      Q   Was it your understanding that the

17   answers were going to be provided solely by the

18   Census Bureau to those questions?

19      A   I believe all the questions were directed

20   to the Census Bureau, but if they were directed to

21   somebody else, then, obviously, they would provide

22   them.

REDACTED

Page 371

1     Q    But it was your understanding that the

2  Census Bureau would answer them; is that correct?

3     A    Again, without going back and looking at

4  the documents and the accompanying emails, I can't

5  tell you exactly who it was.  But my understanding

6  was, yes, they were drafted for the Census Bureau.

7     Q    Did there come a time when you reviewed

8  the answers for the questions?

9     A    I imagine there was.

10    Q    Well, was there?

11    A    Again, I know all of you are focused on

12  this case and everything else.  This was one small

13  fraction of the work I was doing at that time.  So

14  I'm quite certain I reviewed the answers.  Exactly

15  when, I can't tell you.  But, clearly, they

16  went -- the responses to those questions were

17  considered in the decision memo.  So I, obviously,

18  reviewed them at some point.

19    Q    Do you recall whether you reviewed those

20  responses all at once or some kind of rolling

21  basis?

22    A    If memory serves, I believe the Census

REDACTED

1  responded back to some, and then provided

2  follow-up answers to others that took more time.

3      Q   Do you recall whether in connection with

4  any of the questions the Census Bureau was asked

5  to change their answers to any questions?

6      A   I believe -- well, I believe in one case,

7  they provided a response that indicated that there

8  was a very set format for putting questions on the

9  census.  And we went back to them and said, how

10  can that be?  You haven't -- there hasn't been a

11  question added to the long form?  They went back

12  and reviewed and said, yes, that's correct.  This

13  was the process we used for the ACS.

14

15  REDACTED

16

17

18

19

20

21

22

REDACTED

Page 373

# REDACTED

18      Q     Let's have this marked as -- one question

19 on that.   Turning our attention to Question 31 --

20      A    Okay.

21      Q     -- is that the question you were

22 referring to before as a question whose answer was

REDACTED

Page 374

1    changed at some point?

2         A    Yeah.   Because this was -- as I said,

3    when we explored the question further, it became

4    evident that this was not, in fact, an accurate

5    representation for the process for the decennial.

6

7

REDACTED

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 375

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

Page 377

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 378

1
2   REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 380

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

Page 381

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 382

1
2   REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 383

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 384

# REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 385

1
2  REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 386

# REDACTED

REDACTED

REDACTED

REDACTED

Page 388

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 389

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

Page 391

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 392

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 393

REDACTED

REDACTED

Page 394

# REDACTED

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

REDACTED

REDACTED

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 398

# REDACTED

REDACTED

Page 399

# REDACTED

REDACTED

Page 400

# REDACTED

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

Page 402

1
2 REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

REDACTED

Page 404

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 405

# REDACTED

REDACTED

Page 406

REDACTED

REDACTED

Page 407

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# REDACTED

REDACTED

Page 408

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 409

# REDACTED

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18        Q    Have you spoken to anyone at
19   Department of Justice's voting rights section?
20        A    Not to my knowledge.
21        Q    So you were never referred to anyone or
22   you never inquired from anyone, a contact within
```

REDACTED

1    the voting rights section, to discuss this

2    request --

3           MR. GARDNER:  Objection.  Form.

4    BY MS. SENTENO:

5        Q    -- for a citizenship question?

6           MR. GARDNER:  Sorry.  Objection to form.

7           THE WITNESS:  No.  Again, as I think we

8    established in the earlier testimony, I was

9    referred to Mary Blanche Hankey by someone in the

10   Department of Commerce, by Eric Branstad, who I

11   think got her name from a contract of his at the

12   White House.  She referred me to -- I'm already

13   blanking on his name -- John McHenry.  I did not

14   investigate John McHenry's position in the

15   department.  I just took it on face value he would

16   be the right person to talk to and those are the

17   two people I spoke to at Department of Justice,

18   so -- outside of litigation counsel, obviously.

19   BY MS. SENTENO:

20       Q    You testified earlier in the memo that

21   you drafted for the Secretary that stated that

22   once you had been told by DHS that your request

REDACTED

Page 411

1   would be more appropriately handled by the

2   Department of Justice, you said that the

3   interaction ceased; is that correct?

4        A    Well --

5        Q    From you?

6        A    My efforts at that point to track down

7   somebody ceased because they had run into a dead

8   end.  I mean, our initial conclusion was that

9   Department of Justice was the right place to go.

10  They seemed occupied on other matters, so they

11  referred us to DHS.  DHS referred us back, so now

12  I'm back to where I started.

13       Q    So once you were referred back to DOJ,

14  you didn't ask another follow-up as to who in the

15  voting section would be more appropriate to talk

16  about this particular issue?

17       A    Again, I was working on literally dozens

18  of issues that consumed a lot of time.  And so I

19  had put the time into it that I could afford to

20  put into it and had come up empty.  So I reported

21  that to my boss, and basically, said if absent

22  some instruction from higher up, it appears that

REDACTED

Page 412

1    the DOJ staff is not particularly interested in

2    expending resources on this right now.

# REDACTED

REDACTED

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

REDACTED

1  REDACTED

2  BY MS. SENTENO:

3      Q    Okay.   Are you aware of any VRA cases

4  that the Department of Justice declined to bring,

5  only because they needed block-level citizenship

6  data?

7      A    I'm not aware of that, but I didn't

8  research that either.

9      Q    So no -- neither yourself or anyone else

10  at the Department of Commerce asked DOJ for this

11  information?

12      A    I did not.   I can't say whether anybody

13  else did.

14

15  REDACTED

16

17

18

19

20

21

22

REDACTED

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 418

1      Q    But the data suggests -- the data that

2    the Census Bureau provided suggests that the

3    break-off rate for noncitizens was higher with

4    respect to a citizen question; is that correct?

5      A    Higher than noncitizen?

6      Q    Yes.

7      A    Yes.   That's true.

8      Q    Okay.   So if the same people who did not

9    respond to the citizen question on the ACS also

10   didn't respond to the short form of the decennial

11   census, that would cause a drop in the total head

12   count, correct?

13     A    No.   It would not.

14     Q    Could you explain?

15     A    Secretary Ross placed the question at the

16   end of the census so they would be able to not

17   answer that and still complete the census.   We

18   also have administrative records and

19   Secretary Ross directed we use administrative

20   records, which we're actively doing for a variety

21   of reasons, not just citizenship.

22             So we have every confidence between the

REDACTED

Page 419

1   increased outreach that's planned, the additional

2   money and resources that are to be put into the

3   advertising and other things, that we will more

4   than compensate -- in fact, our objection is to

5   have a complete and accurate count above and

6   beyond the count that was done in 2010.

7

8   REDACTED

9

10

11

12

13

14

15

16

17

18

19

20      Q    Sir, I'd like to talk about the time

21   period between the December 12th DOJ letter

22   requesting the citizenship question and before

REDACTED

Page 420

1    Secretary Ross issued the March 26 memo --

2    decision memo.

3         A    I'm sorry.  Could you tell me who you're

4    with?

5         Q    Sure.  My name is Gabrielle Boutin.  I'm

6    with the Attorney General's of the State of

7    California, and I represent plaintiffs, the

8    State of California -- excuse me -- State of

9    California v. Ross in the Northern District of

10   California.

11        A    Okay.  Thank you.

12        Q    So during the time period between the

13   December 12th DOJ letter and the issuance of

14   Secretary Ross's March 26th memorandum, that's

15   what we're talking about.

16        A    I understand.

17        Q    Do you understand?

18        A    So far so good.

19        Q    Good.

20             During that time period, did the

21   Department of Commerce ever inform the

22   Department of Justice that the Census Bureau

REDACTED

Page 421

1  recommended using administrative records alone to

2  meet Justice's December 12th request rather than

3  adding the citizenship question to the census?

4       A    I believe that was part of the purposes

5  of the meeting they were seeking with the -- the

6  Census Bureau was seeking with the

7  Justice Department.

8       Q    Okay.   My question is:   Did the

9  Commerce Department ever inform DOJ that the

10  Census Bureau recommended using administrative

11  records alone to meet their requests, rather than

12  adding a citizenship question to the census?

13       A    Again, I'm not privy to all the

14  conversations with the Justice Department, so --

15       Q    Do you --

16       A    -- I was not --

17       Q    -- know --

18       A    I was not involved in such a discussion,

19  no.

20       Q    Okay.   But you were one of the primary

21  people working on this at Commerce; isn't that

22  right?

REDACTED

Page 422

1      A     Yes.

2      Q     Do you think you would have known if

3  someone from Commerce conveyed that information to

4  the Department of Justice?

5           MR. GARDNER:   Objection.   Calls for

6  speculation.

7  BY MS. BOUTIN:

8      Q     Do you think it's likely you would have

9  known?

10     A     It's possible, yes.

11

12

13

# REDACTED

14

15

16

17

18

19

20

21     Q     Did Commerce ever transmit to

22  Department of Justice any of the Census Bureau's

REDACTED

Page 423

1  memos that analyzed the options for providing to

2  DOJ block-level citizenship data?

3          MR. GARDNER:   Objection.   Lack of

4  foundation.

5          THE WITNESS:   I would just note it's the

6  Secretary of Commerce's decision as to whether

7  this goes forward.   His focus is on a complete and

8  accurate count.

9          And as explained earlier, the Option C

10  alternative, which was to use the administrative

11  records only, would have inquired us to impute --

12  so, in other words, fill in the blanks -- for 25

13  million voting age citizens.   That was not

14  something Secretary Ross was prepared to have the

15  department do.

16  BY MS. BOUTIN:

17      Q   Mr. Comstock, I understand that.   Your

18  counsel is -- wants us to limit the amount or time

19  that we're here today, and the best way to do that

20  is if you would answer my questions directly.   So

21  I'll ask you again.

22          Did the Department of Justice ever --

REDACTED

Page 424

1        A     Not to my knowledge.

2        Q     Okay.   Thank you.

3              And again, we're talking about between

4    December 12th and the March 26th.

5        A     Right.

6        Q     Did the Department of Commerce ever

7    inform DOJ that the Census Bureau believed that

8    administrative records alone would be more

9    complete -- would create more complete and

10   accurate citizenship data than asking a

11   citizenship question on the census and then

12   combining the data from that question with

13   administrative records?

14            MR. GARDNER:   Objection.   Form.

15   Objection.   Lack of foundation.

16   BY MS. BOUTIN:

17       Q     Do you want me to re-ask that question?

18       A     Sure.

19       Q     Did the Department of Commerce ever

20   inform Justice that the Census Bureau believes

21   that admin -- using administrative records alone

22   would provide more complete and accurate data than

REDACTED

Page 425

1    instead of doing that asking the citizenship

2    question on the census and then combining that

3    with the use of administrative records?

4              MR. GARDNER:   Same objection.

5              THE WITNESS:   Again, I think you

6    mischaracterize the Census Department's -- Census

7    Bureau's analysis.   But, again, it's the

8    Secretary of Commerce's decision as to what to

9    make, and so he would only transmit to the

10   Justice Department what he considered that would

11   provide complete and accurate data.

12   BY MS. BOUTIN:

13       Q    But the Commerce Department did inform

14   the Department of Justice about that belief by the

15   Census Bureau?

16             MR. GARDNER:   Same objections.

17             THE WITNESS:   Again, not to my knowledge.

18   REDACTED

19

20

21

22

REDACTED

Page 426

1
2
3

REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 427

1
2
3

# REDACTED

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

REDACTED

Page 428

# REDACTED

REDACTED

Page 429

# REDACTED

18     Q     It says, "Finally placing the question on

19   the decennial census and directing the

20   Census Bureau to determine the best means to

21   compare the decennial census responses with

22   administrative records will permit the

REDACTED

Page 430

1  Census Bureau to determine the inaccurate response

2  rate for citizens and noncitizens alike using the

3  entire population.  This will enable the

4  Census Bureau to establish, to the best of its

5  ability, the accurate ratio of citizen to

6  noncitizen responses to impute for that small

7  percentage of cases where it is necessary to do

8  so."

9      A   Yes.

10     Q   So with respect to those two sentences

11 starting with the word finally, who wrote that

12 language?

13     A   I couldn't say for certain, but I likely

14 had a hand in drafting that.

15     Q   Okay.  Can you explain, how does adding a

16 citizenship question to the census and determining

17 the incorrect response rate for citizens and

18 noncitizens help the Census Bureau impute with

19 respect to people who did not respond at all and

20 did not have administrative records?

21     A   I mean, you could ask the Census Bureau

22 for a fuller explanation of imputation, but

REDACTED

Page 431

1   basically, they do a formula that looks at data

2   that they have.   And so if they know for the

3   people -- let's say 95 percent of the population

4   that they have accurate records for and which they

5   have responses for, if they discover that -- pick

6   a number -- it's now 10 percent of the people who

7   aren't citizens, are, in fact, noncitizens, then

8   they would probably apply that to 5 percent

9   remaining.   So they would take whatever number of

10  people who are citizens, multiply that by that 5

11  percent, and then they would take the noncitizens

12  and say, okay, we now know the accurate count,

13  based on the entire population of what we have,

14  there's a 10 percent error rate, 10 percent of the

15  people that might say they're citizens are

16  noncitizens, so we're going to multiply that

17  number out.   That's going to give you the most

18  accurate count that you can get.

19       Q    So what's your source of that

20  explanation?

21       A    Based on the briefings.

22       Q    So you're saying that the Census Bureau

REDACTED

Page 432

1   supports this statement here?

2       A   This is the Secretary's statement.

3   Whether the --

4       Q   But did the Census Bureau explain,

5   say -- explanation you just offered me -- did

6   they -- did they explain it that way to you?

7       A   More or less, yeah.

8

9   REDACTED

10

11

12

13

14

15

16

17

18

19

20

21

22

REDACTED

Page 433

# REDACTED

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14       Q    So do you have any source, other than the
15   Census Bureau, for believing in the scientific
16   empirical accuracy of these last two sentences of
17   this paragraph?
18           MR. GARDNER:   Objection.   Form.
19           THE WITNESS:   Yes.   My experience, my
20   knowledge and other people who also, including the
21   Secretary, who is a very smart man, who also came
22   to a similar conclusion.
```

REDACTED

Page 434

1  BY MS. BOUTIN:

2      Q    Do you believe you have more expertise in

3  the science of imputation than the experts at the

4  Census Bureau?

5      A    I'm not going to get caught in making

6  such a statement, but I'm perfectly capable of

7  looking at the analysis they provided and deciding

8  whether or not I agreed with that analysis.

9      Q    What's your background in statistical

10  imputation?

11      A    I --

12          (Conference call interruption.)

13  BY MS. BOUTIN:

14      Q    What is your background in statistical

15  imputation?

16      A    I don't have one.

17  REDACTED

18

19

20

21

22

REDACTED

Page 435

# REDACTED

REDACTED

Page 436

# REDACTED

4        VIDEOGRAPHER:  This concludes today's

5    video deposition.  The time on the video is

6    6:02 p.m.  We are off the record.

7            (Whereupon, at 6:04 p.m., the deposition

8    of EARL COMSTOCK was concluded.)

REDACTED

Page 437

```
 1                    * * * * *

 2               CERTIFICATE OF REPORTER

 3        I, KAREN LYNN JORGENSON, RPR, CSR, CCR the

 4     officer before whom the foregoing deposition was

 5     taken, do hereby certify that the witness whose

 6     testimony appears in the foregoing deposition was

 7     duly sworn by me; that the testimony of said

 8     witness was taken by me in stenotype and

 9     thereafter reduced to typewriting under my

10     direction; that the said deposition is a true

11     record of the testimony given by said witness;

12     that I am neither counsel for, related to, nor

13     employed by any of the parties to the action in

14     which this deposition was taken; and further, that

15     I am not a relative or employee of any counsel or

16     attorney employed by the parties hereto, nor

17     financially or otherwise interested in the outcome

18     of this action.

19     _____

20            KAREN LYNN JORGENSON, RPR, CCR, CSR

21     Dated this 3rd   day

22     of     September  , 2018.
```

REDACTED

Page 438

1       ACKNOWLEDGEMENT OF DEPONENT

2         I, EARL COMSTOCK, do hereby acknowledge I

3    have read and examined the foregoing pages of

4    testimony, and the same is a true, correct and

5    complete transcription of the testimony given by

6    me, and any changes or corrections, if any, appear

7    in the attached errata sheet signed by me.

8

9

10

11

12

13    _____      _____

14    Date                  EARL COMSTOCK

15

     Joshua E. Gardner, Esquire

16    U.S. DEPARTMENT OF JUSTICE

     20 Massachusetts Avenue

17    Washington, D.C. 20530

18    IN RE:  New York Immigration Coalition, et al., v.

     United States Department of Commerce, et al.

19

20

21

22

REDACTED

Page 439

1  Dear Mr. Gardner:

2      Enclosed please find your copy of the

3  deposition of EARL COMSTOCK, along with the

4  original signature page.  As agreed, you will be

5  responsible for contacting the witness regarding

6  signature.

7      Within 21 days of receipt of transcript,

8  please forward errata sheet and original signed

9  signature page to counsel for, John Freedman and

10  all counsel  of record.

11      If you have any questions, please do not

12  hesitate to call.  Thank you.

13  Yours,

14  Karen Lynn Jorgenson, RPR, CCR, CSR

Capital Reporting Company

15  REDACTED

16

17

cc:  All counsel of record

18

19

20

21

22

REDACTED

Page 440

1        E R R A T A   S H E E T

2  Case Name:  New York Immigration Coalition, et

3  al., v. United States Department of Commerce, et

4  al.,

5  Witness Name:  EARL COMSTOCK

6  Deposition Date:  Thursday, August 30, 2018

7  Page No.   Line No.      Change/Reason for Change

8

9

10

11

12

13

14

15

16

17

18  _____          _____

19  Signature                         Date

20

21

22

REDACTED

| & |
| --- |

**&**   1:15 4:4,11,20
6:15 8:21 47:1
228:2

| 0 |
| --- |

**001308**   318:4
**001314**   352:10
**001315**   358:8
**01314**   354:10
**01570**   381:6
**05025**   1:5

| 1 |
| --- |

**1**   2:9 8:13 55:22
56:1,2 111:7
147:21 222:11
278:8 318:2 322:1
322:12 323:9
365:9,17 375:22
376:8
**10**   2:13 64:6,8
67:22 68:4 69:8
83:2,16 145:6,7,11
148:11 149:16
192:2 208:1 355:5
365:1 431:6,14,14
**100**   5:3 257:14
327:18 355:2
363:5 369:1
**10005**   6:5
**1004**   4:8
**1016**   5:2
**1050**   5:7
**10:32**   111:7
**10:45**   111:11
**10:51**   203:9
**10th**   65:1 69:3
72:15 81:16,20
82:7,13 83:5,14
89:9 146:13

**11**   2:14 147:9,10
158:16 373:11
**114**   2:11
**115**   4:16
**11:00**   209:1
**11:31**   158:10
**11:45**   158:13
**12**   2:14 158:17,18
158:19 159:1
191:22 293:20
348:17 365:1
**120**   2:12
**123**   2:12
**125**   4:8
**1250**   3:18
**12:10**   235:8
**12:32**   212:1
**12th**   419:21
420:13 421:2
424:4 426:8
**13**   2:15 127:8
164:13,14,18
**1300**   5:18
**1317**   428:20
**1321**   93:18
**137**   2:13
**13th**   129:19
**14**   2:15 167:1,2,5,6
206:3
**1401**   5:12 6:16,20
**1410**   56:5
**1411**   219:18
**145**   2:13
**147**   2:14
**14th**   133:15
205:18
**15**   2:16 91:8,10
182:5,6,7,12,13
218:19 232:15
365:1 373:12

**15.6**   361:10
**150**   413:21
**158**   2:14
**15th**   88:1,8,11
**16**   2:16 189:6,7,10
189:11,18
**160**   328:11
**1620**   5:7
**164**   2:15
**167**   2:15
**169**   328:1
**16th**   5:2 189:16
**17**   2:17 194:13,15
235:8,15
**17388**   437:18
439:13
**18**   2:18 27:17
199:20,21 200:2
212:11
**182**   2:16
**1821**   439:15
**189**   2:16
**18th**   28:18 29:6,10
31:20 33:3
**19**   2:18 212:12,13
212:14,17 309:21
388:13,16
**194**   2:17
**199**   2:18
**1992**   12:21,22
**19th**   317:3,11
319:19 320:19
321:2
**1:18**   1:5
**1:19**   212:5
**1:49**   240:19
**1:50**   240:22
**1:58**   250:8

| 2 |
| --- |

**2**   2:9 59:6,11 62:2
62:3,6 64:22 71:3
80:9 111:11 146:2
157:3 161:21
294:3,6,10 328:15
349:5 352:10
394:2 395:6 396:6
399:22 400:5
401:13 404:13
406:8 408:14
**20**   2:19 6:10 91:9
91:11 138:11
171:15 215:18,19
373:13 438:16
**200**   263:9
**2000**   81:1
**20001**   4:5,12 8:22
**20005**   3:19 5:13
**20006**   439:16
**2000s**   67:11
**20036**   5:3,8
**2008**   384:4
**2010**   67:11 78:22
79:4,19 80:4
355:14 419:6
**2016**   15:16 17:16
27:6 124:4 416:21
**2017**   15:17 27:17
33:16,17 34:10
35:5,9,17 36:10
37:7 39:18 40:2
55:2 56:21 58:15
59:6,11 64:6,8
67:22 68:4 77:19
78:1 83:2 88:3,9
88:11 96:12 103:4
104:12,22 105:7
109:1,18 110:8
115:14,15 117:10
117:13,16,18

REDACTED

**[2017 - 31st]**                                                                 Page 2

119:1,5,8,12
121:16 122:12
124:5 127:8
129:19 133:15
134:13 138:11
140:16,21 143:22
146:2 147:21
156:15 157:3
161:21 162:2
179:10 183:10
184:8 188:4,15
189:18 195:6
196:17 198:21
201:5 206:3 208:1
209:17,19,22
213:3 215:12
222:12 225:7
235:8,15 237:14
238:6 239:2
241:18,22 242:3
250:17,22 262:15
262:19 263:5,11
264:3,12,17 265:8
286:1 290:17
309:9 348:17
397:8,11
**2018** 1:10 8:5
35:18 39:22 40:1
94:13 111:15
137:11 149:13
198:19 241:16,18
241:20 242:7,9
250:17 287:19
293:7 309:21
318:2 326:6 369:5
375:22 376:8
437:22 440:6
**202** 4:5,13 5:4,8,13
6:11,17,21 439:16
**2020** 21:16 85:21
86:10 88:15 93:4

95:20 130:5 202:9
204:2 244:20
333:10,17 334:3
337:2,10 354:16
367:14 385:2
**20230** 6:17,21
**2034** 224:14
**20530** 6:11 438:17
**20th** 27:20 34:12
35:5,8 143:22
323:15
**21** 2:19 94:12
111:15 121:16
218:4,6,10 341:9
439:7
**210-6053** 5:19
**212** 2:18 4:9 6:5
**215** 2:19
**218** 2:19
**219** 2:20
**21st** 98:10 99:3
101:19 113:10
341:17,19 346:5
346:12
**22** 2:20 56:21
219:18,19,22
**221** 2:20
**224** 2:21
**226** 2:21
**23** 2:20 221:18,19
221:22
**232** 50:14 201:19
**234** 2:22
**2395** 226:16
**2396** 229:20
**24** 2:21 203:9
224:15,16,19
229:13
**241** 2:3
**2424** 221:18

**2458** 189:10
**2462** 167:5
**24th** 201:5
**25** 2:21 224:1
226:17,18,21
351:9 368:17
423:12
**2521** 62:7 78:5
**2522** 80:9
**2561** 114:10
**26** 2:22 137:11
234:19,20 242:9
324:13 326:6
420:1 426:8
**2643** 384:2 385:18
**2644** 384:8 388:13
**2651** 234:19 235:1
**26th** 241:19
323:10 324:2,6
343:1,20 345:3,14
345:15 346:17,21
352:10 420:14
424:4 428:13
**27** 2:22 292:21,22
293:1 361:9
373:13
**28** 3:3 6:4 55:2
309:3,15 314:7
326:11 353:2,5
354:13
**2800** 4:20
**28th** 16:7 37:4,7
63:8 104:19 195:6
**29** 3:3 317:19,20
318:2 321:14
326:12
**293** 2:22
**293-2828** 5:4
**296-2300** 5:8
**29th** 139:18
142:10

**2:14** 250:12
**2nd** 58:15 151:11
151:13 159:11
166:6 183:21
184:3 191:19
239:22

**3**

**3** 2:10 82:14,17,20
92:20,22 158:13
165:17 212:1
224:1 328:15
358:8 365:15
366:1,19
**3/10** 93:13
**3/15** 93:14
**3/19** 387:17
**30** 1:10 3:4 8:5
22:21 27:6 34:10
35:17 36:10 104:9
266:21 307:3
325:22 326:1,5,14
329:18 332:6
353:2,11,22
355:11 357:12
367:6,20 425:21
428:15 440:6
**300** 327:9,11,16
**305-9802** 6:11
**3071** 164:20
**309** 3:3
**30th** 33:20 34:2,13
35:5,9 37:6
**31** 3:5 33:17
372:14,15 373:3
373:19 375:14,15
377:4 379:4,10
380:6,14
**317** 3:3
**31st** 16:2,3 33:14
33:15,20 88:17

REDACTED

**[32 - abowd]** Page 3

| | | | |
|---|---|---|---|
| **32** 3:6 374:20 375:2 | | | **87** 2:10 |
| **326** 3:4 | | | **88.6** 355:14 |
| **33** 3:7 376:12,13 376:22 | **4** | **6** | **8:18** 381:6 |
| **336** 2:4 | **4** 2:10 87:7,8,13,15 212:5 250:8,11 353:4,18 364:6 373:10 | **6** 2:11 114:6,7,11 114:13 309:1 380:18 | **8:30** 73:8,15 75:8 |
| **34** 3:8 353:3,6 354:13 378:17,18 378:22 | | | **8th** 182:21 183:10 183:19 189:18 213:11 216:5 292:5 339:3 |
| | **400** 5:12 | **60** 234:8 | |
| **35** 3:9 23:12 369:6 373:7,9 375:10 378:10,10 383:20 383:20,21 | **4004** 212:10 | **601** 1:15 4:4 8:21 | **9** |
| | **415** 4:21 | **607-3300** 4:9 | **9** 2:2,3,13 137:16 137:17,21 373:11 |
| | **416-8441** 6:5 | **62** 2:9 | |
| **350** 3:18 | **419** 2:5 | **662-5458** 4:13 | **90** 355:4,15 |
| **360** 364:22 | **43** 333:11 | **662-8345** 5:13 | **90802** 4:17 |
| **366-8500** 4:17 | **45** 417:16 | **6:02** 435:14 436:6 | **916** 5:19 |
| **3685** 82:16 | **47,000** 42:2 | **6:04** 436:7 | **93** 2:11 |
| **3686** 87:12 | **48** 417:16 | **6th** 225:19 | **94111** 4:21 |
| **3694** 137:20 | **482-4772** 6:21 | **7** | **942-5316** 4:5 |
| **3699** 158:22 | **482-5395** 6:17 | **7** 2:12 117:10 120:14,15,20,21 204:21 205:3 208:21 225:6 329:18 380:22 | **94244** 5:19 |
| **37** 293:20 | **4:02** 335:12 | | **944255** 5:18 |
| **3702** 199:19 202:6 | **4:04** 335:15 | | **95** 355:16 431:3 |
| **3703** 200:12 | **4:48** 380:18 | | **9834** 182:12 |
| **3705** 194:14,18 | **4th** 165:22 166:1 169:6 | **70** 292:16 294:16 332:4 355:8 365:5 365:6,7 414:7 417:16 | **9:01** 8:4 |
| **3709** 123:14 | | | **9:08** 1:18 |
| **3710** 145:11 | **5** | | **9:58** 128:14,18 |
| **372** 3:5 | **5** 2:11 93:16,18,19 93:22 111:16 117:18 244:16,18 244:19 294:4,6,10 308:19 355:16 428:19 431:8,10 | **743-6909** 4:21 | **a** |
| **374** 3:6 | | **763** 120:19 | **a.m.** 1:18 8:4 111:7,11 158:10 158:13 209:1 |
| **376** 3:7 | | **79** 365:3 | |
| **378** 3:8 | | **7:00** 115:22 | |
| **381** 2:4 | | **7:30** 116:1 | **aajc.org** 5:9,9 |
| **383** 3:9 | **50** 4:20 | **7:50** 83:5 | **ability** 15:5,6 261:15 430:5 |
| **3983** 218:5 | **500** 4:16 | **7:51** 83:14 | |
| **3984** 215:17 | **56** 2:9 | **7th** 227:15 233:2 | **able** 15:10 20:4 72:1 84:7 152:15 181:6 284:15 329:21 330:6 355:16 418:16 |
| **3:11** 308:19 | **562** 4:17 | **8** | |
| **3:37** 309:1 | **5890** 6:16 | **8** 2:12 123:10,11 123:16 127:6 130:2 213:3 215:12 | |
| **3rd** 148:8 165:22 437:21 439:15 | **5:05** 380:22 | | |
| | **5:43** 419:18 | | |
| | **5:46** 419:15 | **82** 2:10 | **abowd** 309:18,22 310:12,18 312:20 314:3,5 315:2 316:6,9,14 318:3 |
| | **5:56** 435:11 | **850** 4:12 | |
| | **5th** 115:13,15 117:13,16 122:4 183:21 | **857-3376** 439:16 | |

REDACTED

322:18 324:4
325:10 432:19,20
433:8
**abreast** 402:21
**absence** 351:14
362:5
**absent** 391:18
411:21
**absolutely** 46:11
88:12 105:21
113:8 242:5
350:12 414:16
433:13
**accept** 303:10
**accepted** 351:22
**access** 128:5
138:16
**accompanying**
371:4 376:18
**accomplish** 266:3
267:1 282:7
**accomplished**
160:6
**account** 365:14
**accounting** 13:21
**accuracy** 433:16
**accurate** 80:3
103:15 312:8
313:4 315:5
348:16,20,21
350:15 351:10
367:15 368:11
369:1 374:4 377:9
419:5 423:8
424:10,22 425:11
427:22 429:7,9
430:5 431:4,12,18
**accurately** 313:17
367:8
**acknowledge**
438:2

**acknowledgement**
438:1
**acquainted** 320:15
320:21
**acs** 57:20 58:20
88:16 93:6 108:16
126:17 127:13
132:15 153:17,18
171:8 176:6
180:14 181:12
192:9 261:7,21
263:13,16 264:18
265:10 272:15
326:21 328:3,4,16
328:21 332:3
333:11 334:7,10
334:16 350:2,7,18
352:14,17 353:9
355:7 356:8 357:3
357:5,6,16 358:4
367:7,16 368:3,7
368:10,12 372:13
414:7 416:15,21
417:17 418:9
426:5
**act** 126:16 153:19
154:5 155:9
192:17,18,22
194:8 262:9,16,18
263:14 265:11
268:9 277:11
295:1 302:3 349:6
349:9 381:22
382:6 400:4 403:7
403:16 427:18
**acted** 433:2
**acting** 36:17 57:5
93:9 198:3,6
203:12,13 237:15
237:19

**action** 9:7 84:11
106:13 151:9
152:14 168:13
239:8 261:15
347:11,16 402:12
405:7 437:13,18
**actions** 10:3
**active** 13:5,6
310:22
**actively** 418:20
**actual** 355:12
**ad** 39:1
**adam** 283:7
**adams** 160:1
**adc** 4:2
**add** 64:11 87:1
130:21 133:20
151:3 154:13
172:3 176:13
241:14 242:11
245:7 251:9,12
253:7 254:10
257:11 258:2,11
258:16,21 259:8
260:7,16 261:1,22
262:1,1 264:6
272:4 286:11
289:21 291:8
300:6 302:1 332:7
381:14 393:3
403:21 412:6,13
415:4
**added** 39:5 84:13
103:19 106:3,19
107:3,9,10 130:19
131:8,12 153:4,8
154:3 175:21
251:22 253:11,14
253:15 254:1,3
255:3,8 274:20
278:15 279:9

287:16 295:10
298:19 299:6,8,10
350:17 354:16
362:7,15 372:11
379:6
**adding** 54:17 55:6
59:13 68:22 69:17
81:14 82:3 107:19
108:1 109:8,22
131:4 133:4,9
134:5 135:11,18
153:12 171:5
270:2 310:14,19
346:19 361:2
364:1 365:22
383:9 408:21
409:3 415:16
421:3,12 430:15
**addition** 18:20
131:2 251:3
271:22 279:2
291:2 297:11
309:8 330:19
332:20 359:1
360:1 361:17,20
383:13 396:9
400:10 404:2
405:12 412:21
**additional** 70:2,3
419:1
**additionally**
352:13 357:2
**additions** 130:5
**address** 9:19
69:10 261:17
**addresses** 310:12
**adds** 61:12
**admin** 424:21
**administer** 9:5
**administration**
19:3 42:18 44:5

REDACTED

47:2 64:14 84:14
84:15,22 86:12,15
96:2 111:20 112:1
112:7 113:11,13
113:16,20 130:20
143:10 245:1
281:19 315:6
319:11 343:3
**administration's**
37:20 42:7 131:21
**administrative**
311:1 312:4 343:8
346:15 347:8
350:19 353:7,13
354:2,3,4 355:13
367:22 368:2,9,14
368:16 369:2
391:19 418:18,19
421:1,10 423:10
424:8,13,21 425:3
429:22 430:20
**admitted** 13:1,8
13:10
**advance** 20:18
41:1 287:19
**advancing** 5:6
**advancingjustice**
5:9,9
**advertising** 419:3
**advice** 39:4,9
139:15 246:15,18
247:17 248:6,8,16
249:6,9,10 340:7
342:21 346:1,2
**advisable** 343:17
**advise** 16:20 37:18
105:3
**advised** 193:16,22
248:14
**advises** 139:10

**advising** 17:22
124:1 140:11
161:7 181:7 225:8
344:10
**advisor** 74:5,7,17
116:7 167:21
173:12 404:8
**advisors** 50:20
**advisory** 123:20
138:21 139:3,4,9
139:14,19 140:10
141:12 142:20
149:3,7
**advisory's** 140:17
**affairs** 25:17
386:2,11
**affect** 434:19
**affixed** 326:7
**afford** 411:19
**africa** 84:16
**african** 86:19
141:20 143:3
**afternoon** 38:17
121:19 200:15
241:2 336:6 381:3
**ag** 213:17 214:18
215:5 236:19
237:1,4,12 274:22
279:11 283:10
285:11
**ag.ny.gov** 6:6,6,7
6:7
**age** 155:8 272:17
349:18,20 351:9
368:18 423:13
**agencies** 43:20
51:11,18 105:18
276:15
**agency** 126:16
154:4 156:16
171:7 181:3,8,9,20

182:1 185:3
239:11 273:18
274:1,9,14 282:10
407:13
**ago** 9:22 68:20
100:11 125:6
146:22 150:21
206:10 225:10
289:14
**agree** 8:11 112:22
133:13 154:16,19
205:17 223:16
233:1,4 260:12
265:13 267:8
295:22 300:13
302:9 306:15
312:5,22 313:10
316:16,18,18
323:19 348:15,21
389:3,5
**agreed** 63:8 434:8
439:4
**agreement** 52:10
274:16,22
**agriculture** 52:11
**ah** 242:1 312:16
**ahead** 271:4
341:13
**al** 1:3,6 8:16,17
438:18,18 440:3,4
**alabama** 405:11
405:21 406:14
**alaska** 11:21,22
13:10 19:19 20:8
**alerting** 44:21
**alex** 6:3
**alexander** 115:3,5
115:18 138:8
159:10
**alexfinkelstein** 6:7

**aliens** 207:12,18
**aligned** 84:14
**alike** 430:2
**alliance** 336:12
**allocations** 264:10
264:10
**allow** 151:8
272:19
**allowed** 31:8
**alternative** 261:17
310:13,14,19
315:3 318:10,21
319:6,8,10,15,17
319:19 320:16,17
320:19 350:6
351:14 423:10
**alvord** 87:19,21,22
**amended** 380:2
**american** 4:2
364:11
**american's** 81:22
**americans** 5:6
78:19
**amount** 112:19
142:1 163:15
223:20 423:18
**analyses** 328:19
329:1,10,12
**analysis** 106:14
154:21 156:19
213:15,20 260:9
262:2 304:17
309:11 313:20
314:6,6,9,10,16
323:4 324:15,21
325:3 326:12,16
329:5 350:5,7
351:2 353:5
360:19 361:7
369:21 413:10
417:10 425:7

REDACTED

434:7,8
**analyzed** 423:1
**analyzing** 258:15
  422:13
**andrea** 5:1 381:4
**angeles** 4:14,19
**annual** 81:1 130:3
**answer** 10:10,22
  12:12 43:12 55:17
  62:16,18 65:7,10
  65:17 67:5 69:21
  70:1,4,10,11,15,19
  79:6 83:20 98:14
  100:7 106:6 110:6
  118:20 127:17
  128:16,19 135:1
  136:8 142:14
  168:14 176:18
  180:11 186:14
  188:7 193:4 194:4
  195:7 196:1,2
  204:6 206:22
  208:17 218:1
  224:4 226:14,15
  248:11 249:7
  252:5,19 254:15
  259:16 263:8
  273:22 274:20
  275:10 284:7
  289:10 290:6
  297:15 303:9,15
  303:17,18 305:21
  306:4 308:1,14
  311:14 327:20
  332:1,5,8,9,10,15
  345:21 355:3,8
  359:15 363:4,19
  364:2,3 367:1
  369:7 370:9 371:2
  373:22 374:6,17
  375:14,15 377:3,6

377:7,11,14
  379:22 380:2,6,14
  390:13 391:13
  407:17 414:8,17
  418:17 419:8
  423:20 426:22
**answered** 28:22
  206:20 208:7
  252:4 254:13
  263:12,20 294:18
  297:14 331:12
  333:12 373:10,11
  373:12,12,13,14
  374:14 375:11,13
  400:6
**answering** 28:12
  68:9 108:19
  200:13 263:3
  330:14,15 362:17
  362:19 367:7
**answers** 10:19
  11:1 128:20 275:9
  351:17 370:17
  371:8,14 372:2,5
  377:1 378:9
**anteroom** 199:11
**anti** 4:2
**anticipated** 289:5
  290:6 359:3,8,12
**anybody** 42:15,20
  100:14 213:10
  217:12 286:8
  401:20 416:12
  419:12
**anymore** 75:1
**anyway** 436:1
**apart** 266:5
**apologize** 78:5
  200:13 269:10
**apparently** 72:7
  88:7 131:3 147:17

183:7 368:17
  387:5 414:9
**appear** 56:14
  61:19 81:10 216:7
  223:12 230:15
  235:20 266:2
  292:16 294:6,16
  349:15 377:15
  379:3 438:6
**appearances** 9:9
**appeared** 63:20
  82:10 153:10
**appears** 65:7,9,9
  71:7,8 73:10
  79:17 83:6 89:11
  96:11 115:11
  148:6 149:10
  159:15 160:15
  166:16 191:12
  194:22 195:5
  205:9 219:14
  226:1 228:21
  229:15,20 295:5
  309:18 310:16
  360:19 373:6,14
  379:10 384:18
  390:7 411:22
  414:10 437:6
**applied** 222:8
  363:15
**apply** 368:13
  431:8
**appointee** 58:8
  74:13
**appointment**
  95:18 96:9 104:17
  104:19
**apportionment**
  65:6,21 66:15,20
  67:3 81:19 85:20
  207:14,20 208:4,5

208:11,15,18
  393:20 395:2
  396:2 399:18
  401:9 404:13
  405:5 406:7 408:8
  408:12 409:8,15
  434:20
**appreciate** 298:4
**approach** 351:7
**approaches**
  351:13
**appropriate** 107:6
  111:3 381:16
  382:4,5 411:15
  415:1
**appropriately**
  411:1
**appropriation**
  147:2,5 148:2,15
**approximately**
  63:14 271:12
  327:16 341:18
  353:2 355:6,7
  402:18
**april** 35:16,18
  115:15 117:10,13
  117:16,18 122:4
  127:8 129:17,19
  133:15 138:11
  139:18 141:2
  142:10 143:22
**arab** 4:2
**arcane** 18:5
**area** 20:6 44:21
  126:2 255:13
  378:7
**areas** 18:3,6 46:14
**arms** 84:4 86:4
  222:15
**army** 43:15,15

REDACTED

**arnold** 1:15 4:4
8:21
**arnoldporter.com**
4:6
**arose** 370:2
**arrange** 156:21
157:7
**arranging** 93:10
**arrival** 41:9
**arrivals** 402:12
405:8
**arrive** 347:13
**arriving** 219:2,7
**arthur** 396:9
**article** 79:20
409:14
**articulate** 350:21
**asenteno** 5:4
**asian** 5:6
**aside** 131:6 307:13
**asked** 10:12 17:4
22:5 51:15 63:20
65:2 66:1,9,14,20
67:2,11,15 68:13
68:18 73:22 76:13
79:19 82:8,10
103:8,8 110:10,13
110:13,14,15,16
110:20 112:10
115:21 119:3
129:7,10 132:15
137:2 146:5 157:9
165:11 166:6,12
168:6 171:4,22
175:21 187:12
191:13 203:1
204:5 206:19
207:22 208:6,16
223:13 226:3,9
232:20 249:8
251:7,9 252:3,6

254:12 261:5,6,9
261:21 263:19
267:15 269:2
272:3,11,13,22
279:12 288:7
291:10 292:11,15
294:10 296:14,17
296:21 297:4,6,11
297:13,17 298:18
315:8,12 316:2
322:6 331:11
333:11,12,21
334:4 337:7,12
338:1 356:19
362:8 372:4 391:7
404:9 413:21
416:10 426:17
434:22 435:2
**asking** 10:21
62:20 71:11,13
85:12 93:1 105:19
107:22 109:11
115:20 127:15
128:22 135:22
136:1 151:10
168:8 176:15
183:13 184:7
188:4 191:10
231:15 232:4,18
233:2 250:16
251:16 253:1
266:5 272:4 280:7
297:21 303:17
305:9 306:3,4
307:14 311:22
313:8 315:21
319:1,8 322:6,7
332:14,16 333:7
334:8,9 364:3
389:5 398:14
402:1 414:4

424:10 425:1
**asks** 57:8 67:16
78:19 81:22 213:4
266:8 294:1 300:3
**asleep** 291:16
**aspect** 123:22
261:9
**aspects** 82:11
**assembler** 369:16
**asserting** 417:4
**assertions** 321:18
360:18
**assessment** 302:9
**assigned** 38:1
46:17
**assignments** 40:13
**assist** 30:19 41:11
66:21 67:1 76:16
76:22 95:1 236:20
252:15 260:5,18
260:20
**assistant** 6:3,15
61:12,15,16 73:4
115:7 283:15
285:11
**assisted** 28:2
29:12 95:3
**assisting** 26:11
253:5
**associate** 203:20
204:1
**associated** 352:14
354:17 356:12
357:5
**assume** 58:2 73:5
79:13 83:12 167:9
**assumed** 367:17
**assuming** 79:9
105:1 283:10
285:12 311:16

**assumption** 351:2
**assumptions** 352:5
**atlantic** 3:18
**atmospheric** 44:4
**attached** 3:11
438:7
**attempt** 177:14
**attend** 40:9 47:21
54:11 60:11 201:8
**attended** 23:1
33:3 126:13
161:19,22
**attendee** 92:14
**attention** 59:8
294:3 308:8
310:10 352:9,11
358:7 369:4
373:19 377:3
384:22
**attorney** 5:17 6:3
10:2 15:4,6 62:17
155:18 167:22
168:1 183:15
186:16,18 189:21
189:22 190:3,6
191:2 195:22
233:9,18,21 234:2
235:13,16 236:14
236:16 237:6
298:10,15 388:13
388:16 400:8,9,19
400:22 401:2,17
401:20 402:1,3,4
402:16,20 403:6
403:15 405:11,18
420:6 437:16
**attorneys** 214:7,11
344:6,7
**audio** 8:10,10
**august** 1:10 8:5
39:22 213:3,11

REDACTED

216:5 440:6
**authority**   150:13
258:21 261:21
348:13
**authorized**   9:5
**availability**   403:8
**available**   39:8
91:22 92:2 102:5
116:1 137:9
177:16 265:10
295:1 296:20
311:1 312:3 315:6
399:4
**avenue**   1:15 4:4,16
5:12 6:10,16,20
8:21 438:16
**aviation**   18:10
**avoid**   428:22
**aware**   42:22 53:10
58:4 105:16
119:11 122:17
139:8 162:15,16
169:17 217:2,12
237:20 286:8
307:4 334:22
376:4 385:10
386:12,17,21
387:2,11,18
389:16 390:14,17
390:19 392:5
394:7,12,14,18,20
395:1,3,5,7,12
396:12 397:16
401:15,22 402:3,7
402:11 404:18,22
406:10 407:4
408:16 409:2
416:3,7 435:1
**awkward**   30:14
31:14

**b**

**b**   127:13 310:13
310:14,19 315:3
319:8,19 320:16
320:19 351:13
**bachelor's**   12:10
**back**   12:7 25:2
30:21 44:12 46:11
47:22 50:15 56:10
64:22 71:3,12
92:22 102:4 132:2
148:11 153:4,8
162:10 185:11
187:14 191:18
204:17,21 208:20
212:8,9 214:3,4,15
215:15 216:12
236:6 240:21
250:15,17,21
252:8 263:5 266:1
270:12 271:4
275:12 278:7
279:13,18 281:5
285:22 287:4
309:6 315:7,8,10
315:13,14,15,16
315:18,22 316:3,4
316:7,15 319:14
321:12,22 322:5
323:18 326:11
335:14 336:21
350:8,21 363:21
371:3 372:1,9,11
373:5 376:19
406:16 411:11,12
411:13 414:6
419:17 435:13
**backed**   313:1
**background**   11:17
18:17 42:9 46:22
126:2 127:4 271:2

277:8 283:4 434:9
434:14
**bad**   361:14
**bailey**   6:9
**balance**   363:14
**ballpark**   49:13
238:8 292:8
328:14
**bannon**   115:21
116:4,6,11,19
117:2 119:16
121:22 122:18
123:1,5,7
**bar**   265:22
**barbara**   11:20
**base**   227:16 302:5
**based**   20:21 65:7
67:18 81:1 86:14
110:4 133:13
141:16 153:9
154:2,4,21 156:18
177:19 181:6
191:12 225:22
229:6 235:19
246:15,18 247:17
248:16 285:10
298:8 328:20
329:10 331:1,17
351:8 352:17
355:6,11 357:6
360:10 381:13
382:9,13 386:5
392:16 414:20
415:5 431:13,21
435:16
**basic**   14:13 32:3
180:6 193:1
**basically**   16:17
18:9 21:7 22:3
74:9 84:21 123:22
124:14 155:16

224:1 239:9,12
333:18 355:9
358:20 361:7
369:20 411:21
417:11 431:1
**basis**   38:12 47:16
47:20 239:10
249:8 264:10
266:11 267:14
274:17 300:10
302:4 303:16
333:10,17,21
334:1 368:19
371:21 414:1
**bates**   56:5 62:7
82:15 93:17
164:20 194:14
318:3 384:2
428:20
**beach**   4:17 31:9
**began**   15:20 95:19
96:9 104:16
347:10
**beginning**   1:18
34:6 201:19
203:16
**begins**   111:10
158:12 212:4
250:11 308:22
358:9 380:21
**begun**   346:18
**behalf**   1:19 4:1,10
4:14,19 5:1,15 6:1
6:8
**behold**   350:8
**belief**   106:8,12,19
330:12 350:22
425:14
**beliefs**   262:5
**believe**   13:6 16:2
27:16 45:9 55:20

REDACTED

57:21 95:7 101:6
101:15 102:7
118:1 130:3 140:9
147:4 203:11
204:4 208:12
209:4 217:4
222:20 238:4
242:22 266:19,20
268:12 269:6,8
286:10 288:9
305:4 315:2 318:8
324:3 340:10,18
353:3 357:8
361:20 364:22
370:6,19 371:22
372:6,6 374:16
375:3 383:19
386:7 396:15,18
397:1 399:6 403:4
403:14 417:7
421:4 426:3 432:8
432:20,22 433:2,5
434:2 435:6
**believed**   424:7
425:21
**believes**   424:20
**believing**   433:15
**benefits**   363:22
**best**   37:19 70:18
141:16 164:22
175:4 184:20
185:1 239:19
267:5 282:19
323:6,11 324:10
324:11 337:19
361:7 381:16
382:4 391:9,13
423:19 428:6
429:12,20 430:4
**better**   162:22
163:22 267:21

**beyond**   233:20,20
234:1 419:6
**big**   41:3
**bigger**   361:15
**biggest**   204:12
**billion**   224:1
361:10
**biology**   14:3
**bit**   17:19 31:13
47:13 53:1 75:20
253:2 336:21
356:18 381:8
**black**   147:15
163:15 336:12
379:19
**blacked**   163:13
215:10
**blanche**   167:8,11
167:13 184:11
185:22 188:1
269:13,17,22
338:5 381:9 410:9
**blanked**   205:12,16
222:6 228:22
229:7 231:19
**blanking**   410:13
**blanks**   423:12
**block**   296:19
352:13 357:4
379:19,21 380:1
403:19 416:5
422:14,14 423:2
426:17,18 427:18
**blocked**   222:13
339:16,20,22
340:5,12 379:17
**blog**   67:6,10,19
78:21 79:16 81:8
81:20 146:14
**blummerman**
203:5,7,9,10,20

204:6
**board**   18:16 27:4
27:9 32:4 36:14
37:1 360:9
**body**   153:11
**booked**   90:15
**born**   80:22
**boss**   252:6 266:8
273:16 274:12
278:14 279:11,14
280:3 282:8
284:13 411:21
**bottom**   121:11
127:7 386:10
**boutin**   2:5 5:16
190:18 336:18
419:19 420:5
422:7,18 423:16
424:16 425:12,18
426:6,21 427:14
428:18 434:1,13
435:6,8,15
**box**   5:18
**bpark**   4:18
**brady**   53:2
**branstad**   74:4,15
75:7,17 77:18
97:12 157:9
164:21 166:12
167:15 173:10
197:22 256:3,21
283:5 410:10
**break**   105:4 111:1
111:3,5 158:8
165:10 211:6,15
240:12,15,15
244:9 250:3,16
308:17 417:18
418:3
**breaking**   84:16

**brian**   4:15
**brief**   22:7,8 47:20
92:14 125:22
**briefed**   18:14
19:16 86:9 90:3,4
124:15 125:17
217:19
**briefing**   40:14,17
57:9,12 59:1,19,20
60:2 61:1,2,5 64:3
72:3,6,7,9,15,18
75:18 85:13,21
86:7 88:15 89:5
89:12 90:7 92:5,6
93:3,9,13,13
126:13,19 216:9
216:11
**briefings**   21:22
48:1 91:8 126:5,9
431:21
**briefly**   121:21
**bring**   92:9 161:2
172:11 416:4
**bringing**   32:4
359:6 405:22
**broad**   4:8 288:18
**broader**   338:21
**brooke**   115:3,5
138:8,16 139:16
159:10,16
**brooke's**   138:15
**brooks**   406:14
407:3
**brought**   27:11
76:2 170:3
**budget**   20:20 44:6
52:3,7 86:5
124:19 162:19
164:7 203:14,18
224:2,9 229:10
361:10

REDACTED

**[build - campaign]**                                    Page 10

**build**  351:16
**building**  89:19
  90:22 91:21
**bulk**  345:11
**bullpen**  197:21
  198:9 199:3,5,14
  255:13
**bullpens**  197:14
**bunch**  262:11
**bureau**  6:4 19:16
  42:16,19,21 44:1
  45:6 46:18 47:10
  47:18 51:7 57:9
  57:12 59:21 72:3
  73:13 75:17 77:18
  81:2 88:15,16
  89:5,18 90:4,19
  91:7 92:7 105:17
  124:12 125:21
  129:15,18 132:13
  132:22 136:18
  139:10,15 153:15
  153:20 154:12,19
  163:19 169:21
  176:12 219:6
  224:6 237:16
  309:10,14,22
  311:3,22 312:14
  312:18 313:9,14
  313:15,20 314:21
  317:16 321:12,17
  321:21 323:17
  324:2,12,17,22
  325:12,13 326:12
  326:15 328:19
  329:5 334:19
  348:19 350:14
  352:1 353:5,12,13
  354:1,2 357:22
  358:9,13 361:6
  363:21 367:11

369:7,22 370:7,8
  370:18,20 371:2,6
  372:4 377:13,19
  378:1 388:10
  391:4,15 392:1
  394:8,15 395:13
  396:13 397:14,19
  398:13 399:5
  403:5 405:17
  407:5,10 408:17
  412:6,13,15,18,21
  415:1 417:11
  418:2 420:22
  421:6,10 422:13
  424:7,20 425:15
  425:20 429:20
  430:1,4,18,21
  431:22 432:4,11
  433:13,15 434:4
  434:18 435:3
**bureau's**  66:13
  106:1 208:10
  323:3 324:21
  325:2 332:15
  350:5 357:18
  422:22 425:7
  426:11 427:5
  428:6
**bureaus**  41:15
  43:20 44:8,22
  45:3,4,16,18 46:10
  46:12 49:6
**burling**  4:11
**busy**  276:8,13,17
  382:21

**c**

**c**  4:1 5:6 8:1 25:10
  25:11,11,11
  319:10,17 320:17
  350:6 351:13
  353:18 368:20

380:2 423:9
**c003134**  356:21
**c15**  339:7
**c30**  346:16 348:16
  352:9
**c33**  379:22
**c34**  380:2
**c5**  341:5 345:17
  346:4
**cabinet**  51:11,18
**calendar**  60:7,8,10
  60:16,18 61:8,13
  61:20,21 64:5
  72:18,21 73:1,3
  89:15 90:12,17
  91:13,16,19
  117:18 233:16
  288:2
**california**  4:17,20
  4:21 5:15,19
  11:20 336:14
  420:7,8,9,10
**call**  31:9 53:4
  102:19 117:12,15
  118:7,16,21 122:4
  122:9 143:11
  156:6 165:20
  168:7 169:14,16
  178:3,6,6,21
  181:17 183:15
  189:20,22 190:2
  191:4,5,6 208:22
  209:10 210:3,18
  213:4,8,11,17
  214:18 215:5
  231:14 236:11
  237:10 270:8
  273:9 274:21
  281:13 284:3,9,10
  285:5 291:14
  298:14,16 328:18

433:10 434:12
  439:12
**called**  1:13 9:15
  53:5 67:19 72:2
  74:2 84:17 175:15
  241:13 269:21
  270:12 342:11
  402:12
**calling**  279:17
  282:10
**calls**  69:18 83:17
  98:11 116:13
  117:5 118:17
  122:7 130:12
  133:1,21 140:6
  142:11 143:7,16
  144:20 146:18
  148:21 159:20
  161:5,15 163:4
  184:17 186:7,12
  195:21 200:22
  202:19 226:5
  268:14 273:18
  274:1 275:3
  278:12,21 279:10
  285:3 286:7,16
  301:2,17 303:3,4
  304:5,6 305:1,18
  306:12,22 307:20
  308:11,12 340:13
  345:19 366:20
  380:7 390:12
  392:8,17 422:5
  428:8
**campaign**  3:9
  17:15,16 76:2
  383:21 384:3,13
  384:13,18 385:1
  385:11,20 386:15
  387:12,15,19
  388:4,20 389:1,4

REDACTED

| | | | |
|---|---|---|---|
| 391:1,5 392:2 | 430:7 | 91:7 92:7 93:4 | 311:22 312:2,14 |
| **candidates** 100:9 | **catch** 72:1 | 95:20 97:3 103:15 | 312:18 313:9,14 |
| **cannon** 6:13 | **catching** 74:1 | 103:21 105:10,17 | 313:15,20 314:21 |
| **capable** 434:6 | **caught** 59:7 | 106:1 107:7 | 315:4 319:10 |
| **capacity** 124:6 | 279:19 434:5 | 109:21 110:15 | 320:15 321:12,17 |
| 203:12 | **cause** 330:20 | 115:22 117:13 | 321:21 323:3,17 |
| **capital** 1:17 385:7 | 332:20 360:1 | 118:22 119:4,8,11 | 324:2,12,17,21,22 |
| 439:14 | 361:8,15,21 | 119:17,20 122:19 | 325:2,12,13 |
| **care** 16:22 304:13 | 366:15 418:11 | 123:20 124:1,12 | 326:12,15 328:19 |
| **career** 36:18 37:18 | **caused** 103:17 | 124:15 125:21 | 328:20 329:5 |
| 37:19 41:10,10 | 416:21 | 126:1,4 127:11,13 | 330:1,15 331:22 |
| **carefully** 302:12 | **cc** 439:17 | 128:6 129:15,18 | 332:1,15,22 333:4 |
| 360:5 | **ccr** 1:17 437:3,20 | 130:5,21 136:18 | 333:10,17 334:3,9 |
| **cares** 18:3 | 439:14 | 139:5,10,15,17 | 334:19 337:2,11 |
| **carry** 239:18 | **cea** 50:17,19 | 140:16 142:2,18 | 337:15 338:10 |
| 266:8 349:18 | **ceased** 185:18 | 146:22 149:5,8 | 346:20 347:22 |
| **casa** 4:2 | 187:12 188:2 | 153:4,13,15,20 | 348:4,5,12,19 |
| **case** 1:5 8:18 | 411:3,7 | 154:12,19 156:17 | 349:19 350:2,5,14 |
| 16:18 23:16 84:12 | **cedcap** 162:18 | 160:19 161:7 | 350:16,18 352:1 |
| 149:12 155:6,10 | **cell** 8:8 | 162:1,20 163:1,19 | 353:5,12 354:1,16 |
| 155:15,20 156:5 | **cellular** 8:7 | 164:5,9 165:2 | 355:2,14 357:2,18 |
| 156:10 160:2 | **census** 3:5,7 10:5 | 169:21 175:22 | 357:22 358:9,11 |
| 192:18,22 193:3 | 18:17 19:16,18,20 | 176:9,12 180:8,9 | 358:13 359:8,15 |
| 193:14,20 194:7 | 20:2,2,5,9,17 21:5 | 204:3 207:7 208:1 | 361:6,18 362:17 |
| 194:11 201:18 | 21:16 42:16,19,21 | 208:10,13,18 | 362:19 363:17,21 |
| 229:22 230:15 | 46:18 47:10,13,18 | 213:5,11 214:5 | 365:11 366:1,12 |
| 235:20 239:22 | 51:4,7 54:18 55:7 | 220:16,18 221:11 | 367:10,14 368:15 |
| 240:5 261:19 | 55:14 57:9,12,19 | 221:15 222:14,16 | 369:7,22 370:7,8 |
| 291:15 298:17 | 59:1,14,21 60:14 | 223:7,19 224:6,8 | 370:18,20 371:2,6 |
| 307:12 308:5 | 60:18 63:5,16,19 | 224:10 229:8 | 371:22 372:4,9,16 |
| 311:8 312:6 | 63:21 64:3,15 | 230:12 237:16 | 376:14 377:13,15 |
| 336:12 338:16 | 66:2,5,6,13 67:11 | 241:15 244:21 | 377:19 379:6 |
| 352:8 371:12 | 67:16 69:1 71:4 | 251:1 252:1 | 383:10,14 385:3 |
| 372:6 406:18 | 72:3,8,10 73:13 | 258:16,22 261:20 | 388:10 391:4,15 |
| 426:4 440:2 | 75:9,17 77:18,21 | 263:18 264:7,10 | 392:1,7 393:4,9 |
| **cases** 155:1,3,4,5 | 78:19 79:2,19 | 265:17 270:3 | 394:8,11,13,15 |
| 155:16,18 156:4 | 80:4 81:11,15 | 271:20 272:1,17 | 395:10,13,15 |
| 157:14 172:8,9 | 82:4 83:9 84:13 | 272:17 275:8 | 396:10,13 397:14 |
| 192:22 240:1 | 85:6,21 86:4,5,10 | 292:17 294:16 | 397:19 398:13 |
| 349:9 370:2 383:8 | 88:15,16,16 89:5 | 309:10,14,22 | 399:5 400:11 |
| 416:3 417:21 | 89:18 90:4,19 | 310:15,21 311:3 | 402:2,6 403:5,19 |

REDACTED

403:21 404:3
405:3,13,13,17
406:22 407:5,10
408:4,17 412:6,13
412:15,18,21
414:17 415:1
416:17 417:11
418:2,11,16,17
419:8 420:22
421:3,6,10,12
422:13,22 424:7
424:11,20 425:2,6
425:6,15,20
426:11,18 427:5
428:6 429:19,20
429:21 430:1,4,16
430:18,21 431:22
432:4,11 433:13
433:15 434:4,18
434:19 435:3
**censuses**  326:19
333:5 359:10
**ceo**  12:5
**certain**  20:21 84:9
106:12 128:17
132:16,18 135:6
141:4 154:8,11
272:17 330:22
335:19 351:4
367:1 371:14
375:4 391:2 398:4
398:10 417:12,12
417:15 430:13
**certainly**  58:6
140:18 144:8
160:11 229:22
251:6,8 268:6
277:9 281:16
285:21 318:14
329:12 348:7
354:18 375:5

380:15 390:13
**certificate**  437:2
**certify**  437:5
**cetera**  44:12 302:3
413:19
**cf**  1:5
**chain**  159:9
160:15 230:8
231:1,21 380:10
384:12 385:13,14
386:6
**chair**  123:20
**chairman**  25:18
53:2
**challenge**  280:3,5
**challenges**  124:16
124:17
**challenging**  10:3
261:3,12
**chance**  147:13
282:20
**change**  18:11 84:8
106:10 181:18
346:7,8 366:12
372:5 377:6
380:11 440:7,7
**changed**  177:19
374:1,6
**changes**  86:14
359:11 438:6
**changing**  106:1
134:2
**characterization**
223:17 265:13
295:22 312:13
**characterize**
112:19 119:6
266:18
**characterized**
68:19 313:17

**characterizing**
107:4
**charge**  36:19
203:14
**chasing**  150:15
**check**  13:7 55:17
162:6 373:5
**checked**  64:5,8
**chemistry**  14:3
**chief**  33:8,10
35:13,14 36:7,9,12
37:10 39:11,13,15
39:17,20,21 102:9
102:18 125:20
160:7 198:8,11
199:17 309:22
377:18 395:9,14
**childhood**  402:12
405:7
**choice**  181:2 413:2
**chooses**  305:16
**chose**  436:1
**christa**  377:17
**christine**  25:8,10
25:12
**ciccone**  25:8,11,12
**circles**  80:2
**circulate**  48:7,9
**circulated**  48:15
**circulating**  48:12
**citizen**  108:18
155:8 272:17
349:17 353:10
361:2 368:18
414:18 416:21
418:4,9 425:22
426:13 430:5
**citizens**  262:10
351:10 355:4
367:7 385:4
388:15 414:1

423:13 430:2,17
431:7,10,15
**citizenship**  10:4
21:12,14,16 24:3,5
24:9,15,17,21
31:17 47:14 51:4
53:8,12,18 54:9,12
54:17 55:6,13
59:13 67:12,16
68:22 69:12,17
75:9 77:21 78:20
79:18 81:14 82:1
82:4 87:2 96:1,14
97:7 103:2,5,7,11
103:18 105:7
106:3,9 107:3,6,13
107:19,19 108:1
109:8 110:1 126:6
126:8,8,12,14
129:20 133:5,9
134:6,12 135:5,12
135:18 136:11
140:4,12 143:15
144:1,15 146:7,11
149:17 150:3
151:5,19,21 153:3
153:8,13,17
154:13 156:17
157:5,18 161:2,20
162:7 163:3,7,9
164:10 166:21
168:4 170:11,22
171:5,17,21 172:1
172:3 175:21
180:8,15 187:7
188:5,11 190:4,7
190:11,13 193:5
195:4,9,16 202:8
202:13,17,22
204:6 207:8 208:2
209:12,21 216:10

REDACTED

| | | | |
|---|---|---|---|
| 216:20 218:14 | 359:1,16 360:1,15 | **cleared** 48:15 | 182:3,6,11 186:20 |
| 219:13 220:13 | 361:1,21 367:8,13 | 154:7 | 187:4 189:5,9 |
| 221:9 223:4,8,9 | 368:18 381:15,21 | **clearing** 48:12 | 190:22 191:17,21 |
| 224:11 225:12,16 | 382:1,6,7 383:7,7 | 283:1,2 | 192:1,3 194:6,13 |
| 225:20 230:11,14 | 383:9,14 389:5,6 | **clearly** 137:1,8 | 194:17 195:17 |
| 230:18 231:17 | 392:6 393:3,18 | 149:12 159:5 | 196:8 199:19 |
| 232:2,6,8,19 233:3 | 394:22 395:22 | 218:2 261:7 300:9 | 200:1 201:3,22 |
| 237:18 239:12 | 396:10 399:16 | 307:10 371:15 | 203:3 204:20 |
| 240:3 241:15 | 400:10,20,22 | **client** 186:18 | 206:7,16,21 210:9 |
| 242:11 244:22 | 401:7 402:1,6 | 193:16,22 195:22 | 211:5,8,13,20 |
| 251:1,4,9,13,22 | 404:3,12 405:12 | 340:15,16 | 212:7,10,13,16 |
| 252:16,21 253:7 | 406:6 407:1,14 | **clients** 266:22 | 215:17,22 218:4,9 |
| 253:14 254:10 | 408:21 409:3 | **climate** 18:11 | 219:17,21 221:17 |
| 255:3,8 257:12,12 | 410:5 412:6 | 359:4 | 221:21 224:14,18 |
| 258:2,12,16 259:9 | 413:18 414:4 | **closer** 355:15 | 226:2,12,16,20 |
| 260:7,17 261:1 | 415:5,16 416:5 | **coalition** 1:3 4:2 | 228:11 234:18,22 |
| 262:21 264:18 | 417:5,13,20 | 8:16 241:4 438:18 | 235:21 240:7,10 |
| 265:10,16 268:1,8 | 418:21 419:22 | 440:2 | 240:16 243:15 |
| 270:2,16 272:1,5,9 | 421:3,12 422:15 | **coincidence** 85:17 | 253:20 |
| 272:16 273:2 | 423:2 424:10,11 | **colangelo** 2:3 6:2 | **cold** 186:11 |
| 277:21 278:15 | 425:1 427:6 | 9:18 10:1 13:14 | **colleague** 25:5,13 |
| 279:2,9 280:2,13 | 430:16 434:19 | 26:17 55:22 56:4 | **colleagues** 99:19 |
| 285:22 286:12 | **city** 336:11 | 56:6 62:5,22 | 99:22 101:18 |
| 287:16 288:8,17 | **civil** 4:7 5:11 | 69:20 71:2 82:19 | **collect** 263:13,15 |
| 289:6,22 291:2,8 | **claim** 155:9 | 83:19 87:10,13,14 | 265:18 |
| 291:19 292:13 | **clarification** 70:22 | 93:21 98:13 106:5 | **collected** 80:4 |
| 296:18 297:12 | **clarified** 13:13 | 108:6 111:4,13 | **collecting** 263:9 |
| 298:5 300:6 309:9 | 26:14 186:10 | 114:9,12 116:16 | **collects** 262:13 |
| 310:14,19,22 | 191:15 201:15 | 117:8 118:14,19 | **college** 13:15 |
| 311:22 312:3 | 243:13 353:16 | 120:4,11,13,18 | **colloquial** 16:16 |
| 315:5 319:8,12,16 | **clarity** 20:16 | 122:10 123:4,9,13 | **columbia** 89:22 |
| 320:17 323:4 | **clause** 303:3 | 131:10 133:7 | **combine** 319:7 |
| 324:16,21 325:3 | **clear** 10:20 48:7,9 | 134:4,17,22 | **combining** 351:13 |
| 326:17 330:1,14 | 48:20,21 49:4,9,15 | 137:16,19 140:13 | 424:12 425:2 |
| 330:19 332:5,8,20 | 50:8 84:13 150:13 | 142:13 143:13,21 | **come** 25:3 29:9 |
| 337:2,20 338:10 | 154:10 202:22 | 145:1,5,9 146:21 | 37:1 39:7 47:19 |
| 338:15,22 339:14 | 229:11 242:3 | 147:8,12 149:6 | 47:22 50:9 76:5 |
| 341:1,3 346:19 | 261:21 275:17 | 158:7,15,18,21 | 77:9 90:6 91:3,6 |
| 347:22 348:4,19 | 293:8 313:12 | 160:13 161:8,18 | 91:11 109:3 129:4 |
| 350:17 351:9,18 | 342:15 433:11 | 163:10 164:13,16 | 154:18 156:15 |
| 353:6,10 354:15 | | 166:2,18 167:1,4 | 157:22 170:7 |

REDACTED

| | | | |
|---|---|---|---|
| 183:21 192:4,14 | 259:13 260:19,21 | 23:1,7,9,14 25:17 | **completed** 435:15 |
| 213:15 214:16 | 273:10,14 274:2 | 26:3,6 28:13,19 | **completely** 10:10 |
| 233:9 262:16 | 274:14 278:13 | 53:3 123:20 130:4 | 306:9,20 419:8 |
| 265:20 266:4,14 | 279:1 280:1 291:7 | 138:21 139:3,4,9 | **completeness** |
| 268:4,7,10 270:18 | 291:9 295:20 | 139:14,19 140:10 | 350:16 |
| 273:5 289:5 291:6 | 296:6,8,11,12 | 141:12 149:3,7 | **composed** 363:4 |
| 318:14 351:13 | 299:9 300:5 | 291:22 293:2,6,9 | **computer** 342:5 |
| 371:7 411:20 | 319:20 320:20 | 293:14 | 387:5 |
| **comes** 41:14 43:16 | 329:21 330:5 | **committees** 18:6 | **comstock** 1:12 2:2 |
| 44:1 92:7 275:12 | 338:19 340:22 | 287:22 290:15 | 2:7 8:14 9:14,20 |
| **comfortable** | 341:2 342:8 344:6 | **common** 108:2 | 33:6 56:1,10,12 |
| 389:12 | 347:21 387:7,20 | 110:4 201:7,10 | 62:1,6,8 63:2 73:7 |
| **coming** 44:22 | 391:4,15 392:1,15 | 281:13 385:6,6 | 80:9 82:14,15,20 |
| 74:10 91:1,20 | 392:21 394:8,15 | **communicate** | 87:6,16 93:16,18 |
| 92:14 105:9 | 395:13 396:13 | 51:14 215:2 | 93:22 109:7 |
| 162:19 219:5 | 399:12 401:16 | 426:10 427:4,12 | 111:14 120:21 |
| **command** 43:15 | 403:2 404:19 | **communicated** | 121:12 151:10 |
| **commenced** 230:8 | 405:17 406:11 | 71:6 236:22 | 159:1 182:13 |
| **comment** 387:7 | 407:5,10,12 | 403:18 | 189:12 194:18 |
| 389:14,21 | 408:17 410:10 | **communications** | 200:2 212:17 |
| **commerce** 1:6 | 413:6,11 414:22 | 196:3 | 216:1 222:1 |
| 6:14 8:17 9:21 | 415:3 416:10 | **company** 1:17 | 224:19 226:21 |
| 15:21 16:1,11,13 | 420:21 421:9,21 | 439:14 | 241:2 250:15 |
| 16:20 17:6 18:2,6 | 422:3,11,21 424:6 | **compare** 333:4 | 293:8 302:11 |
| 22:2 26:3,6,8 | 424:19 425:13,19 | 379:22 429:21 | 309:6 316:11,13 |
| 30:11,12 31:1,22 | 426:10,19 427:4 | **comparing** 355:12 | 318:1 326:4 |
| 32:19 33:18 34:14 | 435:2 438:18 | 380:3 | 332:12 335:16 |
| 34:17 35:4 42:2 | 440:3 | **comparison** 327:4 | 336:6 375:15 |
| 43:21 48:15 53:11 | **commerce's** | **comparisons** | 381:3 423:17 |
| 63:13 73:5 74:22 | 259:10 381:14 | 333:8 | 436:8 438:2,14 |
| 75:4,22 95:19 | 382:15 423:6 | **compel** 349:4 | 439:3 440:5 |
| 99:8 100:15 104:6 | 425:8 | **compensate** 419:4 | **concept** 307:18 |
| 104:8 124:9 125:9 | **commitment** | **complete** 28:12 | 308:4 |
| 150:12 169:19 | 185:9 | 103:15 253:6 | **conceptually** |
| 170:9,20 172:3,17 | **commits** 412:14 | 351:10 354:3 | 307:14 |
| 173:20 176:2,11 | **committed** 302:1 | 368:22 417:16 | **concern** 68:7 87:4 |
| 177:5 188:20 | 403:6,15 | 418:17 419:5 | 131:3 160:5 161:1 |
| 219:1 227:22 | **committee** 3:1 4:2 | 423:7 424:9,9,22 | 215:3 |
| 245:21 246:5 | 5:11 12:1 16:11 | 425:11 429:6,9 | **concerned** 67:22 |
| 247:5 248:4,22 | 16:20 17:1,3,7,22 | 438:5 | 68:3 86:22 105:14 |
| 251:3,9 258:11 | 18:3,10 22:20,22 | | 105:22 108:19 |

REDACTED

157:22 207:18
214:21,22 351:11
358:13 414:11
**concerning** 41:17
**concerns** 124:18
359:4
**conclude** 67:14
71:14 141:11
**concluded** 311:3
336:2 436:8
**concludes** 111:6
211:22 308:18
335:22 380:17
436:4
**conclusion** 69:6,7
131:21 154:20
185:6 213:16
214:17 230:17
265:20 301:3,20
303:4 304:7 305:2
308:13 312:12,14
320:21 321:12,22
323:19 331:19
340:14,19 347:14
411:8 433:22
**conclusions** 317:1
317:9 321:16
331:17
**conclusive** 317:16
**conclusively**
359:22
**concurred** 30:5
**conducted** 20:21
153:14 356:17
**conducting** 21:5
335:3 366:11
**conference** 80:7
90:7,10,11 165:20
291:14 434:12
**confidence** 224:6
356:15 418:22

**confident** 407:2
**confidential** 115:6
196:3
**confirm** 37:5 55:3
232:8
**confirmation**
16:11,13 20:19
23:22 27:15 28:16
29:2 31:16,19
32:8,11,22 33:4
37:3 54:20 55:8
69:2 76:17,22
124:7
**confirmed** 28:12
29:1 32:8 55:1
63:7 81:16 219:8
234:16 337:10
**confirms** 67:10
**conflating** 106:16
**conflicted** 92:16
**congress** 53:15,18
59:8 84:1,9
127:12 129:9
146:4 148:19
149:11 288:4
393:20 395:2
406:14
**congressional**
52:16,19 53:8,12
57:19 58:20 61:6
66:14,20 86:9
87:2 130:4 142:17
207:14,20 208:4,5
287:18 396:2
399:18 401:9
404:12 406:7
408:12 409:8
434:20
**congresswoman**
294:19

**conjunction** 342:9
368:10
**connected** 223:19
224:8 236:7 283:9
356:15
**connection** 143:20
372:3
**consequently**
181:7
**consider** 105:18
151:7 265:16
289:17,18 332:17
345:14 361:16
365:11,13,16,20
412:3 413:4 414:9
**consideration**
347:7
**considerations**
95:22 244:21
**considered** 16:19
80:2 109:10 158:5
360:4 366:14
371:17 413:19
425:10
**considering** 95:19
96:10 104:13,17
134:2,5 290:5,8
346:19 347:11
**consigned** 301:5
**consistent** 42:6
**constitution** 6:16
6:20
**consult** 311:12
**consulting** 12:6
**consumed** 411:18
**contact** 48:11
164:22 165:11
166:13 174:9
175:14 179:22
187:6 213:16
214:17 215:4,7,13

269:2 275:15
409:22 412:17
415:2
**contacted** 25:5
48:6 157:12 174:6
197:1,10
**contacting** 167:8
167:13 439:5
**contacts** 214:1
232:13,20 270:11
**contain** 376:5
**contained** 217:17
264:18
**contains** 379:4
384:3
**content** 2:1 95:21
130:5 149:8
**contents** 217:15
**contesting** 317:5
**context** 142:7
143:19 149:2,9
191:11 196:21
208:3,14 294:5
306:14 313:13
314:13 317:14
357:9,22 358:2,20
362:6 363:3
365:21,22 366:11
367:2,2 398:12
429:2
**continue** 8:11
150:2 160:16
264:15 266:18
367:18
**continued** 217:22
**continues** 385:5
**continuing** 190:16
190:21 350:18
**contract** 410:11
**contracts** 129:18

REDACTED

| | | | |
|---|---|---|---|
| **contributed**  244:3 | **conveyed**  177:9 | 186:4 198:15 | 375:16,17 376:9 |
| 244:6 433:6 | 234:4 422:3 426:7 | 200:9 204:4 205:7 | 376:10 382:11 |
| **contributing** | **conveying**  168:17 | 206:3,4,10,14 | 383:18 384:14 |
| 359:7 | 237:9 | 208:12 209:2,3,7 | 385:11 386:4,5,6 |
| **control**  334:12 | **convinced**  323:18 | 210:1 214:12 | 411:3 416:15,18 |
| **controlled**  334:13 | **copied**  56:15 | 216:18 218:15 | 416:19 417:1,2 |
| 334:18 335:3 | 144:18 209:6 | 220:21 222:9 | 418:4,12 419:10 |
| **conversation** | **copy**  56:11 75:7 | 228:4 229:2,3,4,5 | 427:20 438:4 |
| 51:16 55:7,10 | 78:6 138:8 341:11 | 229:21 230:2 | **corrections**  438:6 |
| 85:4,8,10 101:8,11 | 341:21 342:2 | 231:16,18 232:14 | **correctly**  33:19 |
| 101:14 116:22 | 372:21 387:1,6 | 233:11 234:3,10 | 142:16 255:12 |
| 119:16,20 120:6 | 439:2 | 234:16,17 240:4 | 260:3,8 279:20 |
| 120:10 133:15 | **correct**  12:11 14:7 | 241:21 243:7 | 295:5 332:5 355:9 |
| 142:6 178:9,11 | 19:11 21:21 22:12 | 246:1,14 247:19 | 381:12 382:12 |
| 179:1,3,5 185:18 | 25:14 26:9 29:11 | 248:14 250:1 | 414:8 |
| 187:12 195:15,19 | 29:14 34:11 35:19 | 251:4,5,10,19 | **correspondence** |
| 203:15 210:15 | 36:3 37:14 39:19 | 255:4,14,19 | 41:14 283:2 |
| 221:4,6 233:19 | 40:5 42:21 45:19 | 256:12 257:5,13 | 391:20 |
| 237:6 255:5 | 46:16 48:10 56:22 | 262:14 264:22 | **cost**  47:12 222:16 |
| 280:16 298:9 | 57:3 58:9 61:22 | 266:19,20 269:1,4 | 223:21 288:21 |
| 338:21 382:13 | 67:13 68:12 73:1 | 270:1,4,7,22 273:3 | 319:18 320:18 |
| 383:12 394:4,9,13 | 73:6 74:19,21 | 277:2,3 279:7 | 359:12 |
| 394:16 395:8,14 | 78:14,22 83:3,6 | 282:9,16 285:20 | **costly**  310:20 |
| 396:8 397:17 | 89:6,20 91:2 93:7 | 288:9 291:20 | 312:1 313:2 315:3 |
| 400:3,8 401:17 | 99:21 100:11,12 | 292:1 294:13 | **council**  50:2,3 |
| 404:1 405:10,18 | 104:15,18,21 | 295:2,8,17 297:5 | 51:1 |
| 406:5,13,19,20 | 105:1,4 113:1,3 | 298:12 299:1 | **counsel**  1:13 6:15 |
| 407:7 408:19 | 114:3 115:14,16 | 309:12 318:11 | 6:20 8:15 9:9 11:7 |
| 409:13 | 116:9 119:1 | 319:1,12,13 326:7 | 12:8 39:5,10 |
| **conversations**  8:7 | 127:14 128:9 | 326:22 337:3,4,6 | 50:16,20 56:4 |
| 24:6,10 34:16 | 131:17,20 138:10 | 337:11,15,18 | 62:20 69:22 70:7 |
| 35:2,7 123:1 | 139:12 140:22 | 338:3,4,6,7,11,12 | 95:5,6,9 97:21 |
| 136:14 172:9 | 141:1,10 143:4 | 338:15 339:4,5,20 | 98:3,7 99:4,5,18 |
| 188:1 196:19 | 144:17 148:10 | 339:21 341:22 | 100:15 101:19 |
| 209:15 233:7 | 151:1,5 152:1,8 | 342:18 345:4,9 | 105:3 127:19,21 |
| 279:5 342:10 | 159:18 163:12 | 346:5 348:2,6 | 128:2,5,18 158:7 |
| 396:14,21 397:21 | 165:13 166:4,22 | 352:3,16,19 | 188:21,22 189:4 |
| 398:3,8,10 404:19 | 167:11 168:2,19 | 364:12 366:10 | 196:11 217:4,7 |
| 409:3 421:14 | 170:13 180:16,17 | 368:3,21 369:3 | 219:2 227:6,22 |
| **convey**  164:3 | 181:21 183:4,10 | 370:9,14 371:2 | 231:4 240:8,11 |
| | 183:11 185:19 | 372:12 375:11,13 | 245:20 246:16 |

REDACTED

247:6,9 248:1,5,8
249:6,19 253:21
258:10 269:2
278:19 311:13
318:16 325:16
342:7,21 381:4
410:18 423:18
437:12,15 439:9
439:10,17
**counsel's** 70:17
128:11 214:8
232:21 346:1,2
**counsels** 98:17
**count** 66:1 69:11
124:17 162:6
208:16 224:10
287:9 310:21
312:2 315:4 329:2
331:21 359:13,14
360:21 369:1
416:15,17 418:12
419:5,6 423:8
431:12,18
**counted** 63:21
65:3,6,21 67:3
81:1 207:13,19
208:6,8,11,15
**counterpart** 165:1
**counting** 67:20
68:1,4
**countries** 108:15
108:22 109:5,10
109:14,16,22
110:7,10 413:17
**counts** 81:19
416:19
**county** 4:19
**couple** 11:21
18:19 23:2 31:7
174:15 178:17
244:8 381:10

416:14
**course** 13:22
14:17 28:7 48:12
125:8 179:9 288:4
288:15 307:10
316:20 345:13
435:20
**courses** 14:3
**court** 1:1 8:18 9:3
9:12 13:12 26:13
154:22 155:3,4,5,6
157:13 186:9
191:14 193:3
201:14 211:14
243:12 353:15,20
381:6
**cov.com** 4:13
**cover** 70:3 126:7
**covered** 18:9
126:8
**covers** 14:17 18:16
378:7
**covington** 4:11
**create** 239:9 424:9
**created** 341:16
343:14,16
**cross** 321:19
**csr** 1:17 437:3,20
439:14
**cubicles** 256:16
**current** 33:7 43:9
224:6 359:3
**currently** 13:1
39:15 41:4 132:15
207:8 261:20
272:15 296:20
352:14 357:4
367:15 403:19
**cursory** 154:21
**cutrona** 235:7,10
235:15,22

**cv** 381:6
**cvap** 181:11
352:13 354:5
357:4 429:7,10

**d**

**d** 8:1 318:10,21
319:6,15 351:14
368:20 429:5,8,12
**d.c.** 1:9,16 3:19
4:5,12 5:3,8,13
6:11,17,21 8:22
13:4 438:17
439:16
**daily** 38:12,13,19
38:22 49:1
**damage** 361:15
**dan** 7:1 9:1
**daniel** 4:11
**danielle** 6:1 235:7
235:10,15
**danielle.fidler** 6:6
**dannis** 4:15
**dares** 388:14
**data** 126:17
153:18 155:9
181:12,16 185:4
222:16 232:22
262:21 263:13,15
274:15 275:8
310:22 315:5
316:19 319:11,16
320:17 327:11,15
328:12 333:7
350:2,7,8,19 351:5
351:15 352:13
354:5,6,14,17
355:9,11 356:15
357:4,11,16
359:22 360:14
362:12 367:10
382:6,7 383:7

403:9,17,19,22
414:13 416:6
417:6,8,9 418:1,1
422:15 423:2
424:10,12,22
425:11 426:5,18
427:10,18,22
429:10 431:1
**date** 55:4,4 59:11
63:10 64:9 73:10
94:10,11 105:1,4
126:11 128:13
133:12 135:15
136:17 140:20
147:6 169:12
182:20 183:20
195:2 230:1,3,6
237:22 238:13
292:10 314:1
374:8 387:16
438:14 440:6,19
**dated** 56:20 78:21
88:1 115:13,15
127:8 138:11
183:10 222:11
230:1 235:7
309:21 323:9,10
341:9 374:10
375:21 376:8
437:21
**dates** 136:4,7,13
213:22
**dave** 85:2
**david** 4:3,19 6:14
46:21,22 56:20
57:1 83:1 85:4
87:18 93:1 98:6
100:2 110:15
201:5 202:6
240:12 241:3

REDACTED

david.gersch  4:6
david.holtzman
  4:22
davidson  95:11
  100:6,8 218:17,22
  220:20 221:3
  225:2 228:7,12,15
  228:19 230:17
  231:7,13,20 232:1
  288:15 386:18
  396:15,21 397:17
  397:22 398:3,8
  399:7
day  20:2 31:3
  33:18 34:10,12
  42:3 48:22 58:16
  63:12 73:4,18
  74:1 85:6,13,17
  117:20,21 148:13
  154:9 155:18
  168:7 225:14
  226:4 232:12,12
  232:16 316:12
  361:14 433:9
  437:21
days  162:12
  218:17 341:18
  370:14 439:7
ddewhirst  6:18
de  4:2
dead  411:7
deadline  84:10
  370:11
deal  281:4 375:19
dealing  152:14
  224:7 245:17,19
  245:21 257:18
  281:3 282:22
  285:15 306:15
dealings  249:21

dealt  52:11
dear  439:1
decades  347:8
december  124:4,4
  238:6 239:2
  290:16 309:9
  348:17 397:8,11
  419:21 420:13
  421:2 424:4 426:8
decennial  10:5
  54:18 57:19 58:20
  59:5 61:7 67:15
  78:18 79:2 82:4
  127:13 130:21
  153:13 175:22
  176:9 180:9
  192:11 203:21
  204:2 261:20
  265:17 272:19
  292:17 294:16
  319:9 326:19,19
  328:20 330:1
  333:4,5 334:9
  374:5 379:6 383:9
  383:14 392:7
  393:4 396:10
  400:11 402:2
  403:21 404:3
  405:13 416:17
  418:10 429:19,21
deception  38:5
decide  40:16 84:10
  84:20 132:11
  152:6 296:7 366:5
decided  132:3
  154:9 265:7,14
  296:1,4 333:20
decides  38:2
deciding  365:19
  434:7

decision  106:8,21
  110:3 135:20
  136:22 137:3,6
  150:19 151:8
  152:10,16 181:18
  239:9 240:5
  241:14 242:10
  264:20 266:12
  267:18,20 290:5
  296:15 299:4
  300:10,12,17
  301:4,18 302:8
  303:1,5 304:15
  305:15 306:7,10
  306:18,21 307:5
  307:15 308:6
  343:5 344:2 347:9
  347:11,13 349:1,3
  355:1 358:6 362:9
  363:8 366:5
  371:17 387:16
  389:12,13 412:15
  412:16 420:2
  423:6 425:8
  426:19
decisional  3:4
  241:13 242:10
  244:11 287:20
  290:18 292:2
  300:9 301:14,16
  302:19 303:22
  304:3 305:17
  306:8,19 311:5
  320:2 323:10
  324:13 325:21
  326:1,6 376:1
decisions  36:19
  37:17 86:11 120:3
  135:22 304:14
decline  351:1,3
  358:15,22 359:2

359:18,19,20
  360:3,7,8,9,16
  361:5,8 362:2,6,11
  362:20,22 363:1
  363:16,17,20,21
  364:6 365:9,12,15
  366:1,8,16,18,19
declined  416:4
declining  363:11
decrease  330:20
  330:22 416:20
defendants  1:7 6:8
deferred  402:12
  405:7
defined  30:20
definitive  330:10
  331:13 332:15,18
definitively
  329:22 330:6,7
  331:10
degree  12:9,10,14
  13:15 14:6
del  381:7
delay  236:3,18
deliberative
  345:20
democracy  103:9
  413:22
democrat  307:4
democratic  28:9
demographic
  132:15,16,18
  134:7 137:7
  359:20 360:8
  363:1,4,6 413:20
  414:11,18
demography
  14:12,14,17
demonstrate
  358:22

REDACTED

| | | | |
|---|---|---|---|
| **dennis**  87:19,21,22 | 247:6,18 248:1,3,5 | 420:22 421:7,9,14 | 386:11 |
| **deny**  297:9 380:13 | 248:17,21,22 | 422:4,11,12,15,22 | **describe**  28:5 |
| **department**  1:6 | 249:10,13,21 | 423:15,22 424:6 | 141:19 210:17 |
| 5:17 6:10,14 8:17 | 251:2,8 260:19,20 | 424:19 425:10,13 | 237:5 387:12 |
| 9:20 15:21 16:1 | 262:17,21 269:3 | 425:14,19 426:4 | **described**  17:13 |
| 18:2,16 22:2 | 270:6 272:3,15 | 426:17,19,20 | 219:11 353:1 |
| 30:11,12 31:1,22 | 273:1,10,14 274:2 | 427:13,16 428:3,5 | 357:20 |
| 32:19 33:18 34:14 | 274:14 275:6,16 | 428:11 438:16,18 | **description**  38:4,6 |
| 34:17 35:4 36:20 | 275:21 276:3,9,22 | 440:3 | 381:13 |
| 41:13 42:2,14 | 277:10 278:1,13 | **department's** | **desk**  72:2 73:16 |
| 43:21 48:16 51:16 | 279:1 281:6 | 425:6 426:13 | 256:18,19,19,20 |
| 52:8,11 53:11 | 290:16 294:20 | **departments** | 256:21 257:3 |
| 58:5 74:22 75:4 | 295:11,15,18,20 | 42:12 51:14 | 342:5 |
| 75:11,13,22 94:8 | 296:1,6,8,10,11,11 | **depend**  60:15 | **desks**  73:13 |
| 97:4 99:7,10,13,15 | 296:12 297:1,5,10 | 201:11 202:3 | 256:16 |
| 101:1,13,15 104:5 | 297:17 298:3,20 | **depending**  52:20 | **detail**  271:17 |
| 104:8 114:2 124:9 | 299:3,11 300:7 | 143:9 356:16 | 312:22 313:16 |
| 125:9 126:18 | 305:11 309:7 | 359:20 | 381:20 383:11 |
| 150:12 153:7,16 | 319:20 320:20 | **depends**  40:19 | **detailed**  42:11,16 |
| 157:4 165:12 | 329:21 330:5 | 46:3 47:11 50:17 | 42:20 263:22 |
| 166:9,11,14,20 | 338:19,19 340:1 | 52:13 53:5 92:1 | 264:4,17 413:18 |
| 167:20 169:19 | 342:9 343:16 | 280:21 365:19,21 | **detailee**  43:15 |
| 170:8 171:6,10 | 347:18 348:18 | 380:4 | **detailees**  283:22 |
| 172:3,17,22 | 349:1 350:3,9 | **deponent**  438:1 | **details**  43:20 |
| 173:20 174:4 | 381:14,22 382:8 | **deposed**  10:7 | 55:12 84:2 |
| 175:9,20 176:2,2 | 382:14,16,19,21 | **deposition**  1:11 | **determination** |
| 177:1,10 179:6,14 | 387:20 388:7 | 2:7 8:10,14,20 | 199:18 343:1,20 |
| 179:22 180:10,13 | 391:4,14 392:1,15 | 10:5,18 11:6 | 345:4,14,15 393:2 |
| 180:18 183:2 | 392:21 394:7,15 | 56:17 62:14 | 428:2 |
| 184:2,20 185:2,5 | 395:13 396:13 | 287:11 335:21 | **determinative** |
| 185:10,11 186:3 | 398:18,20 399:1,4 | 336:2 435:19 | 330:9 417:21 |
| 187:19 188:9,17 | 399:12 400:3 | 436:5,7 437:4,6,10 | **determine**  109:16 |
| 188:19 190:9 | 401:16 403:2 | 437:14 439:3 | 109:22 329:22 |
| 195:14 196:14,15 | 404:19 405:17 | 440:6 | 330:6,7 349:21,22 |
| 197:2,17,18 | 406:10 407:5,9,12 | **deputy**  6:20 17:9 | 413:11 417:22 |
| 216:16 219:1 | 407:20 408:17 | 20:12 21:20 22:1 | 429:20 430:1 |
| 222:8 227:22 | 409:19 410:10,15 | 22:1,6,14 24:13,20 | **determined** |
| 237:17 238:5 | 410:17 411:2,9 | 26:8 33:8,10 | 264:13 333:19 |
| 239:3,15 245:5,12 | 412:4 413:3 | 35:13,14 36:8,17 | 413:10 |
| 245:18,21 246:3,5 | 414:22 415:3,22 | 57:5 92:13 93:9 | **determining** |
| 246:11,19 247:4,5 | 416:4,10 420:21 | 198:8 203:13 | 262:10 430:16 |

REDACTED

**develop** 45:6,21
46:6
**developed** 46:7
**developing** 19:2
19:10 45:2,7,16
105:16 150:2
**development** 44:9
**developments**
119:10
**dewhirst** 6:14
**dgrant** 4:13
**dhs** 183:5 184:19
185:3,7 196:15
278:2,5 410:22
411:11,11 412:9
413:6
**dictated** 413:3
**difference** 22:4
254:16
**different** 16:21
19:7 41:14 42:12
43:20 93:15 113:5
247:14 254:6
257:14,15 259:2
297:22 300:1
301:11,13 302:20
305:16 306:9,20
307:18 313:8
314:14 356:18
**differential** 359:20
**differently** 19:19
332:13 334:2
358:1
**difficult** 261:2,11
359:9 360:21
**difficulty** 307:15
**dinner** 125:19
160:18
**direct** 71:21 78:3
99:14 179:13
293:20 294:3

310:10 401:16
**directed** 115:11
122:18 179:5
183:1 184:12,16
185:11,16 285:10
347:21 348:3
370:19,20 412:20
418:19
**directing** 175:2
429:19
**direction** 121:22
283:11 437:10
**directive** 392:15
392:20
**directly** 36:6
47:11 49:20 50:2
50:3 66:8 69:10
188:7 245:19
390:10 400:13,19
400:21 401:20
423:20
**director** 18:8 33:9
33:10,12 35:13,18
35:20 36:1 37:7
37:22 43:8 48:2
52:15 53:15,21
59:22 60:14,19
128:7 139:18
142:19 147:1
148:1 162:17
203:13,20 204:1
237:15,19 281:7
386:11
**directors** 44:6
**disagree** 305:12
305:14 306:6
312:11,13 313:4,7
317:3,16 352:4
**disagreement**
258:18

**disclosing** 196:3
**disclosure** 195:21
345:19
**discourteous**
279:15,22 280:7
280:20
**discover** 431:5
**discovery** 435:17
435:18
**discretion** 70:14
301:6 302:1
412:14
**discrimination** 4:2
**discuss** 77:21
98:19 99:1 100:13
100:21 101:21
102:6 113:22
124:9,12 133:8
134:11 156:22
157:8 164:8
166:11 170:7
178:8 203:16
209:9,12 210:8
221:9,11 228:8,13
238:20 257:19
290:11 339:13
344:5,8 387:19,22
388:3,6,9 389:18
393:7,8 410:1
**discussed** 26:7
89:9 97:11,16
98:21 99:4,19
100:2,18 102:7,14
104:11 118:9,15
124:14 129:20
133:17 142:4
144:1,12 162:8
163:14,17 164:4
164:11 188:5
196:6 208:5
209:14 225:9

228:16,20 231:8
283:22 290:22
359:21 391:5,15
392:2 393:12,16
399:8,13 408:20
**discussing** 104:7
133:4 142:3
188:10 231:2
257:20
**discussion** 21:10
32:6 59:15 124:20
135:17 172:17
184:19 195:9
206:9 225:11,14
225:18,19 230:10
236:14 252:1,6,11
255:1 258:9
287:15 290:1
339:2 360:11
404:10 409:16
421:18
**discussions** 19:7
31:21 32:9 59:12
100:10 157:4
187:19 232:17
290:21 316:21
397:13
**disinclined** 359:15
360:22
**dissimilar** 417:13
**distressed** 162:17
**district** 1:1,2 4:14
8:18,19 13:3
89:22 336:13
349:11 381:6
420:9
**distrust** 330:15
**divine** 168:11
**division** 242:20
289:13 433:9

REDACTED

doc's   214:7
doc.gov   6:18,18,22
document   48:6,8
48:12,20 49:3,8,14
50:1,4 56:5,7 62:6
62:19 63:2 64:12
78:8 82:15 87:11
93:17 94:3,6,16,19
108:11 114:10
120:19 121:9
123:14 137:20
145:10 158:22
159:8 164:17
167:5 182:12
189:10 194:14
199:19 200:5
212:10 215:17
218:5 219:18
220:5,8 221:18
222:3 224:14
226:16 227:1
234:19 246:7
247:7,8,10 248:7
248:20 258:15
259:7 309:14
310:5,7,9 311:6,17
312:7,9 313:2
318:7,8,9 320:1
341:16,22 342:3
343:9,14,16
347:13 358:14
373:3 375:5,6,7,8
375:8,21 376:5,16
376:22 377:16
378:22 384:9
documenting
137:6
documents   11:8
11:10,13 48:14,22
50:8 55:19 62:20
80:16 174:10

243:10,14 318:13
318:14 320:6,8
371:4 376:20
377:7 435:18
doing   19:18 31:13
40:12 42:5,6 44:4
45:4,18 47:12,13
117:17,21 150:16
186:17 193:1
266:21 300:21
307:16,17 325:16
367:17 371:13
418:20 425:1
doj   154:18 155:1
156:21 157:8,10
157:14 158:1
164:22 165:1
176:12 192:5,5,7
192:15,15 213:14
214:1,2 215:13
216:21 217:1,3,5
217:10,13,17
232:13,17,20
283:6 290:4 291:8
291:9,10 299:19
338:6 344:16
354:5,15 397:14
397:14 403:4,8,14
407:13 408:18,19
411:13 412:1,9,20
413:6 414:21
416:10 419:21
420:13 421:9
423:2 424:7 427:4
429:6,9
doj's   155:21 337:3
427:6
doj.ca.gov   5:20,20
domestic   50:2
donald   383:13

dorian   5:11
double   13:7 90:15
doubt   267:10
380:5
doubts   252:21
253:1
dozen   125:11
285:14
dozens   411:17
dr   238:10 312:20
314:3,3,5,5 315:1
315:2 316:14,14
318:3 322:18,18
324:4 325:10,10
432:19,20 433:8
draft   3:5,7 94:7,21
94:22 99:2,11
100:13 113:9
218:13 219:15
242:22 243:1,3,18
243:21 244:2
246:2,6 247:7
309:20 310:4,4
311:4,9 318:12,13
318:14 319:2,19
320:2,4,6,9,19
321:3 342:17
344:4 345:9
346:11 372:16
375:18 376:1,14
413:1
drafted   357:12
371:6 377:11,13
410:21
drafter   242:15,19
369:14,17
drafters   242:16,17
drafting   95:1
345:3,11 380:11
430:14

drafts   244:5
draw   69:5,7
331:15 369:4
384:22
drew   331:16
driving   224:12
285:4
drop   326:11
330:11,12 417:12
418:11
dropped   292:16
294:15
dspence   5:14
due   149:13 236:3
236:19 365:10
duly   9:15 437:7
dunn   101:22
137:12 218:18
219:3 222:22
288:15 310:1
325:7,8 369:11
dwkesq.com   4:18

**e**

e   4:1,1 8:1,1 25:10
25:11 160:18
438:15 440:1,1,1
eager   236:19
earl   1:12 2:2 8:14
9:14,20 40:8 57:9
58:3,4,6,10 139:17
166:3 227:15
436:8 438:2,14
439:3 440:5
earl's   57:20,21
earlier   83:21 85:6
104:2 122:1
161:13 162:8
166:19 172:6
195:7 219:11
221:2 244:10
283:22 317:2

REDACTED

356:19 358:21
367:6 369:21
389:15 400:7
409:12 410:8,20
423:9

**earliest** 195:8
**early** 27:16 166:1
179:12 184:8
187:22 271:11,11
316:21 317:8
**earn** 12:20
**earned** 12:13
**easier** 365:8
**eastern** 84:16
86:19 141:20
143:2
**easy** 128:5 196:9
**economic** 47:1
50:3,20 51:1
219:5
**economics** 13:21
42:17
**economist** 43:2
**edit** 243:10,14,18
**editing** 345:12
**edits** 95:2,4,11,14
246:3,6 247:9
249:4 342:13
344:12 346:4,13
**eds** 48:17
**education** 13:18
14:8,11,18,21 15:2
**educational** 11:17
**effect** 152:16
237:12
**effective** 199:8,16
**effectively** 204:2
**efforts** 350:6
411:6
**eight** 234:7,10,12

**either** 11:1 23:6
50:9 52:22 124:4
246:8 320:8
386:13 408:18
416:8
**eleanor** 292:12
**election** 15:3,12,13
15:14
**electronic** 60:8
346:14
**elena** 6:2
**elena.goldstein**
6:6
**eleventh** 63:12
**eligible** 350:1
**eliminate** 333:5
**ellen** 36:22 56:20
57:4 87:19 92:12
97:15
**else's** 270:13
**email** 2:9,9,10,10
2:11,12,12,13,13
2:14,14,15,15,18
2:18,19,19,20,20
2:21,21,22 3:8,9
40:14,17 49:17
55:21 56:2,12,16
56:19 57:7,17
59:17 60:3,22
62:3,8,9,13 63:5
63:15 64:22 65:13
67:6,9 69:2,6 71:9
71:10,11,13,21
73:7 75:8 77:22
79:14 82:17 83:1
83:4,11,13,16 87:8
87:18 88:6,10,13
89:9 92:10 93:13
93:14 98:20,21
110:17,19,19
114:7,15,16,22

115:2,10,13,15
116:9,21 118:8
120:15 121:2,5,13
121:18,20 122:11
123:11 127:7,10
128:14 129:14
130:2 132:12
133:13 136:16,20
137:17,21 138:2,5
138:7,17 139:11
143:19 144:19
145:7,13,15,17,19
146:2,17 147:10
147:14,16,20,22
149:4,9,16 152:7
153:2 154:22
156:6,11,12,20
157:13 158:19
159:4,7,9,11,17
160:16 161:9
163:2,6,8 164:14
164:21 165:14
167:2,9 168:12
174:10 184:3
189:14 191:19
199:21 202:5
203:5,8 205:3,5,15
205:18 206:14,14
207:6,11 212:14
212:20 213:2,13
214:16 215:6,19
216:1 218:6,12
219:19 220:7,10
221:1,19 222:4,11
223:18 224:16,22
225:1,5,22 226:18
227:14 229:8,12
230:8,22 231:9,21
232:3 233:2
234:20 235:4,6,19
236:16,21 239:22

378:18 379:3
380:10 383:22
384:3,3,5,7,12,13
385:1,11,12,21
386:4,5,13,15,17
386:20,22 387:3,4
387:12,19,19,22
388:3,6,9,20 389:1
389:4,9,10,16,17
390:18,21 391:1,5
391:10,15 392:5
392:16
**emailed** 81:17,20
83:7 118:5,6
146:13 177:5
206:2 232:1
**emailing** 85:3,18
115:19
**emails** 117:20
156:13 219:11
259:22 371:4
373:6 376:18
**emphasize** 146:3
148:19
**emphasizing**
149:10
**empirical** 329:1,7
329:11,13 433:16
**employed** 437:13
437:16
**employee** 85:20
125:3 437:15
**employees** 30:11
31:1
**employment** 104:5
**empty** 411:20
**en** 90:6 91:3,11
92:8
**enable** 430:3
**enclosed** 439:2

REDACTED

enforce   265:11
  294:22
enforced   192:17
enforcement
  126:17 262:9
  263:14 383:6
  393:10,13 394:17
  395:17 399:9
  401:2 402:8 403:3
  403:6,16 404:11
  408:22 409:4
  414:14 427:19
enforcing   192:13
  277:11
entered   61:9
entero   381:7
entire   97:4 314:9
  314:10,15 315:19
  351:2 354:4
  373:15 430:3
  431:13
entirely   65:22
  85:14 86:6 93:12
  95:13 101:12
  102:1 133:17
  197:16 201:6
  203:22 324:8
  406:18
environmental   6:4
  14:1,6
equally   144:12
era   385:5 388:19
  388:21
eric   74:4,5 75:10
  97:12 157:9
  164:21 165:11,14
  166:3,12 167:15
  173:8,10,18
  197:22 256:3,21
  257:4 283:5
  410:10

erosenberg   5:14
errata   438:7 439:8
error   285:13
  350:10 352:15
  353:2 354:10,12
  354:17,19,20
  355:7,21 356:2,4,9
  356:12,13,20
  357:6,11,14,19
  358:1,3 361:11
  431:14
errors   333:6
  352:20
esa   43:1
especially   132:17
esquire   4:3,7,11
  4:15,19 5:1,5,6,10
  5:11,16,16 6:1,2,2
  6:3,9,9,13,14,19
  438:15
essential   120:9
essentially   18:15
  41:9 44:2
establish   149:7
  430:4
established   104:20
  262:4 349:8 379:8
  386:7 410:8
establishing
  432:16
estimate   47:12
  223:21 288:21
  359:12
estimated   330:21
estimates   81:2
  350:3
estimation   363:2
  363:18
et   1:3,6 8:16,17
  44:12 302:3
  413:19 438:18,18

440:2,3
ethnic   138:21
  139:9 140:10
  141:13
ethnicity   362:8,11
evaluate   364:7
evanwell   240:5
evening   83:16
  204:7 214:3
  227:15,17
events   11:15
everybody   43:10
everybody's   42:5
evidence   330:9
  331:14 332:18,19
  367:12
evident   374:4
evolving   353:12
  354:1
exact   55:9 100:10
  133:12 135:15
  136:4,7,13 155:4
  169:12 178:18
  237:3 244:18
  314:1
exactly   126:21
  187:14,21 188:2
  189:19 209:16
  217:15 227:13
  245:15 253:20
  278:10 343:11
  352:7 371:5,14
examination   1:13
  2:3,3,4,4,5 9:18
  241:1 321:19
  336:5 381:2
  419:19
examined   9:16
  438:3
example   19:18
  43:14 44:3 50:12

52:7 53:1 349:13
  362:8
exchange   55:21
  89:11 93:12
  133:14 165:14
  205:4,5 220:10
  233:8 292:14
  321:16
exclamation
  139:20
exclusively   51:22
  52:2
excuse   259:15
  284:6 420:8
  422:14 429:7
execute   349:16
executive   48:18
  281:7
exercise   331:2
exhibit   2:8,9,9,10
  2:10,11,11,12,12
  2:13,13,14,14,15
  2:15,16,16,17,18
  2:18,19,19,20,20
  2:21,21,22,22 3:3
  3:3,4,5,6,7,8,9
  55:22 56:1,2 62:1
  62:2,3 64:22 71:3
  80:9 82:14,17,20
  87:7,8,13,15 92:20
  92:22 93:18,19,22
  111:16 114:6,7,11
  114:13 120:14,15
  120:20,21 121:12
  123:10,11,16
  127:6 130:2
  137:16,17,21
  145:6,7,11 147:8
  147:10 148:11
  149:16 158:16,19
  159:1 164:13,14

REDACTED

164:18 167:1,2,5,6
182:4,7,12,13
189:6,7,10,11
191:20,21 192:1,2
194:13,15 199:20
199:21 200:2,12
204:21 205:3
208:21 212:11,14
212:17 215:18,19
218:6,10 219:18
219:19,22 221:18
221:19,22 224:15
224:16,19 226:17
226:18,21 229:13
232:15 234:19,20
244:16,18,19
293:1 309:3,15
314:7 317:19,20
318:2 321:14
325:22 326:1,5,14
329:18 372:15
373:3 374:19,20
375:2,15 376:12
376:13 378:17,18
378:22 379:22
383:19,20,21
428:15
**exhibits**   2:7 3:11
269:15 326:11
**existed**   41:8
389:17 390:18
**expect**   85:2 268:3
268:6,9 289:20
355:7
**expected**   81:1
355:15
**expediting**   204:13
204:17
**expending**   412:2
**experience**   13:19
14:9,12,19,22 15:3

42:13 185:12
282:13,18 307:2
307:12,13 433:19
**experienced**
343:10
**expert**   349:9
**expertise**   18:4
39:4 42:13 282:3
324:20 434:2
**experts**   324:16
434:3
**explain**   41:22 46:2
150:4 171:16
272:7 278:11
280:12 413:15
417:3 418:14
430:15 432:4,6
**explained**   177:12
272:14 279:3
358:21 423:9
**explaining**   152:11
241:14
**explanation**   181:1
277:22 344:15
382:14 430:22
431:20 432:5
**explore**   150:7
190:16,21 337:12
348:3
**explored**   374:3
**exploring**   135:20
151:2 176:22
177:10,16 178:10
178:22 180:7
**exposed**   301:22
**express**   344:20
**expressed**   82:3
207:21 348:7,9
389:16
**expressing**   160:4

**extensive**   40:21
71:9 316:20
**extent**   18:17 37:16
70:19 131:7 133:3
195:20,22 308:2
335:21 397:2
400:4
**extra**   276:16
**extrapolate**   368:6
**extrapolated**
352:17 357:6
**extrapolating**
368:12
**extremely**   144:6
144:10
**eye**   3:18
**ezra**   5:10 336:7
372:19

**f**

**face**   124:16,18
279:16 359:3
410:15
**facilitate**   164:9
**facing**   257:2,2,4
**fact**   20:20 89:21
105:10 106:17
108:15,16,18
162:12 163:19
195:10 207:7
230:13 233:20
283:7 285:3,10
290:14 308:7
330:20 331:20
332:6 349:16
350:1,4,6,9 351:6
357:10,15 358:15
361:12 362:16
374:4 390:17,20
414:7 419:4 431:7
435:16

**factor**   350:11
365:13,16 417:21
**factors**   105:19
366:3,15
**facts**   186:21
**factual**   69:15
295:13,14
**failed**   162:19
360:13
**failure**   419:12
**fair**   43:18 204:9
217:21 226:13
270:14 272:6
288:6 309:17
323:2
**fairly**   47:15 135:6
289:16 290:7
303:18 312:17
350:10 357:16
407:2
**faith**   283:11
**falling**   291:15
**false**   301:20
**familiar**   17:2 84:2
126:2,4 127:22
128:3 138:20
396:16
**faqs**   66:7
**far**   311:8 351:11
351:19 361:11
420:18
**fashion**   275:18
**faster**   204:15
**february**   15:17
37:4,7 55:2 56:21
58:15 59:6,11
63:8 104:19
**federal**   34:9
185:12,15 283:2
307:3 381:5 387:5

REDACTED

feel  185:1 407:2
feeling  211:8
feelings  300:11
feels  120:9
fellow  77:9
felt  184:19 185:3
  190:15,16,20
  199:7 343:17
fewer  326:10
fidler  6:1
field  13:16
fifth  256:9
fight  388:14
figure  32:3 41:18
  42:5 224:2 266:7
  284:4 319:11
file  101:2
filed  8:18 287:5,14
fill  328:4,15
  423:12
filled  37:13 327:9
  327:18
filling  54:5
final  36:19 151:9
  311:6,17 312:14
  316:22 317:9
  319:3 321:10
  373:16 374:12
  376:22 389:19,22
  429:14 433:10
finally  61:16
  429:15,18 430:11
finals  318:13
finance  6:15
financially  9:7
  437:17
find  155:18 162:12
  162:21 163:19
  181:9 208:13
  224:9 266:9 267:5
  267:17 269:14

273:1 279:17
  297:18 439:2
findings  328:20
finds  70:8
fine  211:12 241:7
  274:17 307:13
  344:22
finish  20:16 45:13
  79:5 151:14 224:4
  273:21 284:7
finished  197:19
  263:6
finishes  194:3
finkelstein  6:3
firewalls  31:4
firm  9:1 12:4,6,7
  135:19 228:3
first  9:15 26:22
  30:2 33:17 34:10
  54:16 55:7 68:21
  69:4 71:22 81:14
  82:3,8 84:3 94:5
  99:11 104:3,12
  114:17,21 121:4
  121:12 133:8,17
  150:10 180:4
  181:2 187:5 189:2
  195:15 196:10
  208:21 235:6
  242:22 243:1,18
  290:13 318:3
  329:20 335:6
  336:9 339:8
  341:15 342:1,16
  348:16 375:1
  385:1 387:8 429:3
fisheries  18:4
  201:20
fit  201:13,18
five  158:7 178:12
  197:15 198:13,16

211:2 256:11
  364:18 373:17
fixed  43:22 44:2
flag  41:16,16
flexible  44:3
flipping  375:3
floor  439:15
flyer  388:12
flynn  164:22 165:8
  165:9
focus  254:7 301:1
  301:16 302:22
  304:2 308:9 317:7
  338:21 423:7
focused  130:17
  242:2 356:1 357:3
  358:5 371:11
focusing  356:8
folks  76:4 81:12
  99:7,13 126:3
  279:1 283:8
  289:14 313:19
  324:17 340:18
  359:6
follow  23:3 28:8
  28:10 30:2 40:10
  59:20 60:22 61:2
  61:5 70:17 89:8
  152:13,21 154:17
  154:19 177:17
  181:17 342:21
  346:1,2 360:12
  361:3 372:2 399:3
  411:14
followed  165:15
following  64:3
  115:20 206:8
  242:4 248:6,8,18
  249:6,7 278:3
  285:9 303:19
  390:21

follows  9:16
font  380:4
forefront  64:20
foregoing  437:4,6
  438:3
foreign  80:22
forget  31:9 427:2
forgive  136:9
  400:6
form  103:17 106:4
  106:19 120:1,7
  145:20 160:10
  166:15 187:1
  189:1 195:12
  199:6 204:11
  225:21 252:17
  253:8 255:9 258:6
  259:11 274:5
  276:5 280:15
  284:21 299:12
  310:7,9 326:20
  327:3,4,5,6,8,12
  327:13,15 329:3
  343:21 346:14
  353:9 372:11
  381:18 383:14
  393:4 396:10
  404:15 405:13
  409:1 410:3,6
  412:10 417:17
  418:10 424:14
  433:18
formal  198:7
  239:4,5 296:3
  309:8 347:10,15
formally  123:20
format  320:14
  372:8
formed  106:2
  110:8

REDACTED

**former** 17:1 18:8
25:5,13 123:19
227:21
**forming** 107:2,5
107:22 108:7,13
109:8
**formula** 351:16
431:1
**formulate** 150:5,6
**formulated** 370:5
**formulation** 110:2
**forth** 30:21 46:11
50:15 102:5 271:4
308:6 323:19
350:21 376:19
**forward** 218:3
265:19 266:9
350:12 415:4
423:7 436:1 439:8
**forwarded** 159:16
163:6 165:19
386:3
**forwarding**
159:10 163:11
**forwards** 165:17
**found** 66:2,4 79:21
110:18 261:2,11
297:2
**foundation** 116:14
117:6 118:12,18
122:7,21 134:16
134:21 140:7
142:12 143:8,17
161:5 163:5 201:1
206:6,12 235:18
286:7,16 334:21
380:8 384:16
390:3,12 392:9,18
407:16 408:1,4,7
412:11 413:8
415:20 422:17

423:4 424:15
426:2
**four** 98:7 178:1,20
188:3 256:6 271:7
277:16 370:14
**fourth** 58:16
**fraction** 371:13
**frame** 27:13 40:19
55:9 187:22 188:3
201:11 237:8
289:8 397:5
**francisco** 4:21
**frankly** 261:22
359:6 413:17
**fraud** 393:14
394:19 395:19
399:13 401:4
404:11 406:5
408:10 409:6
**free** 363:9
**freedman** 439:9
**frequency** 144:15
**frequent** 47:15
**frequently** 52:21
53:4 66:9,14,19
119:3,6 160:17
232:10
**friday** 65:1 73:8
75:9 216:11
217:19
**front** 18:10 82:21
87:15 92:20 94:1
111:16 114:13
120:22 123:16
137:21 141:18
152:9 156:13
159:2 167:6
182:14 189:11
194:18 200:3
204:22 212:18
218:10 219:22

221:22 235:1
292:19 313:18
318:5 406:17
417:9
**frustrated** 197:5
223:11,13
**frustration** 160:5
**full** 216:9 269:11
310:11 313:16
358:8 429:1
**fuller** 430:22
**fully** 70:5 254:9
261:16 419:8
**function** 41:11
45:1 53:20 68:9
76:22 208:19
**functions** 26:5,6
41:7 44:17
**fundamental**
95:19 96:10
244:20 258:17
**funded** 124:19
**funding** 95:21
**further** 108:11
149:2 203:14
216:4 262:5 312:7
374:3 389:18
391:8 413:9
437:14
**future** 20:18

### g

**g** 8:1 141:8
**gabrielle** 5:16
420:5
**gabrielle.boutin**
5:20
**gardner** 6:9 62:15
69:18 70:18 83:17
98:11 106:4 108:4
110:22 111:5
116:13 117:5

118:11,17 120:1,7
122:6,20 130:12
133:1,21 134:15
134:20 140:6
142:11 143:7,16
144:20 146:18
148:21 158:17
159:20 160:10
161:4,15 163:4
166:15 182:5
186:7,11,16 187:1
189:1 191:20,22
194:3 195:12,20
196:7 200:22
202:19 204:11
205:20 206:5,11
206:19 210:5
211:5,10,19,21
212:12 224:4
225:21 226:5
228:9 235:17
240:9 246:20
247:1,20 250:5
252:3,17 253:8,17
254:12 255:9
258:6 259:11
263:19 268:14
274:7,10 275:3
276:5 278:16
280:15 284:17,21
286:6,15,22
292:21 297:13
299:12,14,16
301:2,17 303:2
304:5 305:1,18
306:12,22 307:20
308:11,16 311:14
316:9 320:11
329:3 331:11
334:20 336:1
340:13 341:10

REDACTED

343:21 345:18
353:19 366:20
372:19 380:7
381:18 384:15
390:2,11 392:8,17
403:10 404:15
407:15 409:1
410:3,6 412:7,10
413:7 415:6,9,18
415:20 422:5,16
423:3 424:14
425:4,16 426:1,15
427:8 428:8,16
433:18 435:20
438:15 439:1
**gary**  396:9,14,16
396:22 397:4,18
397:22 398:3,6,9
399:7,8,13
**gauge**  57:20
**gears**  232:9
434:17
**geary**  115:3
**gender**  64:19
84:18 86:18
130:22 131:15
141:9 362:14
**gene**  179:16 183:2
183:6 184:16,18
185:9,22 188:2
**general**  5:17 6:3
6:15,20 10:2
16:22 46:6 86:9
95:5,6 99:18
100:14 101:19
127:18,21 128:2,5
128:11,18 167:22
168:1 183:15
188:21,22 189:4
189:21,22 190:3,6
191:2 196:11

214:7 219:1
227:22 231:4
232:21 233:10,18
233:21 234:2
235:13,16 236:14
236:17 237:6
245:20 246:16
247:6,9 249:18
258:10 298:11,15
325:16 342:7
397:5 400:8,9,19
400:22 401:2,17
401:21 402:16
403:1,6,15 405:11
405:18
**general's**  402:1,3
402:4,20 420:6
**generally**  46:7
60:12 65:18 68:15
76:8 307:12
338:18 405:14
406:22
**generals**  388:13
388:17
**generated**  248:4
**genesis**  129:13
**gentleman**  34:19
**george**  13:20
**gersch**  2:3 4:3
186:15,19 240:14
241:1,3 246:21
247:12 248:9
250:3,6,14 252:9
252:18 253:12
254:4,18 255:11
258:8 259:14
264:2 268:18
274:8,18 275:11
276:11 278:18,20
280:18 284:18
285:17 286:9,19

287:3 291:17
292:20,22 293:4
297:20 299:15,21
299:22 301:10
302:10 303:8
305:6 306:2,16
307:6 308:3 309:5
311:19 316:10
317:22 318:18,20
320:13 326:3
329:6 331:5,7
332:11 335:1,9,16
344:3
**getting**  16:10,12
30:20 59:1 69:15
217:22 243:19
281:4 285:7
318:13 319:2
427:17
**give**  50:12 56:11
63:13 136:19
174:16 240:7
275:1 334:5,6
355:2 363:3 366:6
372:20 374:9
429:11 431:17
**given**  30:16 40:13
72:12 140:9 197:3
246:15 303:2
321:10 364:13
437:11 438:5
**gives**  429:14
**go**  13:6 22:22 25:2
31:8 39:8 46:11
64:22 67:5 71:3
84:1 92:22 117:20
142:8,17 150:7,8
152:20 155:18
158:8 169:19,21
181:13 191:18
200:11 204:21

215:15 231:1
240:17 250:17,21
266:8 267:17
286:4 335:9
341:12 350:12
352:22 355:15
360:13 373:5
380:16 411:9
419:13 435:7,8
436:1
**goal**  88:20 427:17
**goes**  88:20 152:16
205:12 423:7
429:11
**going**  8:4,12 16:21
22:17 30:18 32:17
40:16 62:15 64:7
66:6 74:12 77:8
78:7 111:2 128:17
130:17,19 142:17
150:2 158:9 163:1
164:6 168:15
185:7 190:9
192:18 197:17
201:17 208:20
211:7,12 214:15
217:14 233:21
238:14 239:17
240:18 241:6
242:6 260:12
263:22 264:9
266:11 267:9,13
267:18 268:16
271:8 281:11
282:11 283:10
284:12 285:12,16
287:1,10 288:19
288:20 289:10,20
289:21 291:1
299:6 302:13
303:15 305:22

REDACTED

306:4 307:9 308:1
308:14,17 316:7
316:13 335:11
341:16 344:18
345:18 346:1
353:19 359:8,9,13
360:20 361:2
363:10 364:4
370:17 371:3
374:15 384:21,22
419:14 429:15
431:16,17 432:10
434:5 435:10
**goldstein** 6:2
435:7
**good** 8:3 11:2 43:3
44:8 90:13 127:2
150:9 211:6,9
212:9 241:2
249:14 254:9,20
255:2,8 258:15
259:8,9 263:4
265:8 294:9
308:16 336:6
351:15 381:3
413:20,20 420:18
420:19
**google** 109:19
**googled** 109:21
**googling** 110:9
**gotten** 110:11
246:8
**government** 3:2
78:18 81:22 125:3
126:16 152:12,18
153:11 154:4
158:5 185:13,15
204:16 205:14
229:2 239:8
262:12 263:5,10
264:4,16 265:9

266:22 291:22
293:2,7 304:13
307:3 330:16
335:20 347:4,6
359:5
**governmental**
25:16 192:7
258:22 262:2,7
263:17,21 412:4
**grant** 4:11
**granular** 275:7
**granularity**
272:20 273:2
**granule** 176:7
193:4
**great** 11:4,12
26:20 42:4 51:2
271:17 381:20
383:11
**greater** 272:19
313:16 359:2
365:17,18 366:6
366:15,18
**grossman** 4:7
**ground** 70:2,3
**grounds** 62:16
345:19
**group** 76:4,7
77:15 142:20
221:15 352:13
357:4 359:21
360:3,8 363:1,4
**groups** 54:15
132:18
**guess** 37:19
141:15,16 357:21
**guy** 175:4 271:1
271:14 277:6
285:16,19
**guy's** 283:3

**guys** 276:2 280:1
295:19

**h**

**h** 25:10 440:1
**half** 12:7 21:7
49:11 111:2 328:6
328:7 331:1 361:9
366:12,18 367:3
**hamilton** 179:16
180:5 183:2,6
184:16,18 185:1
185:22 188:2
196:15 277:4,6,14
277:19 278:17,22
279:5,22
**hand** 56:7 240:11
318:17 430:14
**handed** 82:15
87:11 93:17
114:10 120:19
145:10 342:2
**handful** 144:4
164:6
**handing** 56:4
**handle** 381:22
**handled** 19:19
184:20 185:2
411:1
**handles** 18:2
**handling** 19:8
342:8
**haney** 269:5
**hang** 45:13 107:10
**hankey** 157:11
167:11,14 168:21
168:22 172:4,9
174:2 196:13
269:8,10,19,22
270:15 281:10
283:6 338:5,14
339:11 381:9,15

383:5 410:9
**happen** 84:5
152:14 306:17
307:7,11 331:16
337:17
**happened** 60:5
92:5 348:22
**happening** 86:3
**happens** 232:10
**happy** 62:18 66:22
77:11 78:16
162:20 203:15
302:16 308:2
311:12
**hard** 124:17 244:6
331:21 359:13,14
417:10,22
**harms** 310:20
312:1 315:3
**head** 31:9 204:2
266:6 365:8
416:15,17 418:11
433:8
**hear** 54:16,21
213:10 253:16
316:8,15 336:16
336:17 341:15
**heard** 68:21 174:4
287:4 335:2 397:1
397:2
**hearing** 19:1
20:19 26:19,22
27:15 28:8,16
29:6,10 31:16,20
32:8,12,22 33:4
142:17 147:2,5,6
148:16 288:12,16
335:6
**heavily** 52:11
**held** 8:20 84:21
321:20 330:11

REDACTED

**help** 34:1 41:18
82:2,6 164:9
195:2,7 236:7
260:10,22 261:1
267:5 284:12
311:10 430:18
432:16,22
**helped** 289:15
369:8,9
**helpful** 40:22
150:4 170:9
252:14 253:5
254:8 261:4
**helping** 34:19
**helps** 16:17 74:9
232:15
**herbst** 36:22 56:20
57:4,8 87:19
88:14 97:15
**hereto** 437:16
**heritage** 408:1,4,7
**hernandez** 77:2
97:12 198:1,5,6
209:3,9,13 220:20
256:6
**hesitate** 439:12
**hey** 272:11 273:9
273:16 279:6
280:1,7 283:5
284:2
**hi** 127:10
**high** 11:18,19
383:1
**higher** 411:22
418:3,5
**highlight** 79:8,12
79:15 80:18
**highlighted** 78:3,9
78:17 79:14 80:12
80:16 81:4,8

**highlighting** 79:20
81:21
**highly** 30:17
**hill** 12:3 22:11,16
32:17 88:17 89:6
**hillary** 115:3
**hindrance** 403:7,8
**hire** 21:7 47:4
**hiring** 124:18
**hispanic** 364:5
365:1
**hispanics** 349:13
363:6,17 364:8,11
365:10 366:2
**history** 307:10
**hklaw.com** 4:22
**hoc** 39:1
**hold** 106:12,20
151:14 321:18
427:21,21
**holding** 403:17
**holds** 340:16
**holland** 4:20
**holmes** 292:12
299:18
**holtzman** 4:19
**homeland** 179:6
179:14 180:1,10
180:13,19 181:14
181:15 183:3
275:16,22 276:10
277:2,10 279:22
382:16,19
**honestly** 10:10
179:11 200:14
364:13 376:19
377:2 414:17
**hoping** 168:12
**hour** 111:2 232:3
308:17

**hours** 49:10
**house** 48:4,8,16,19
49:4,9,15,21 50:9
50:11,15,16,16
51:4,7 74:5,7,12
74:17 125:19
147:2,5 148:1,15
167:18 173:12
283:9 288:1
291:21 388:1
391:16,20 393:8
395:9 410:12
**household** 319:9
**households** 328:1
328:9,10 330:22
333:12
**huge** 223:22
**huh** 31:11 67:8
79:1 103:3 123:15
123:17 127:9
128:15 149:19
151:16 159:3
213:7 229:14
231:11 280:9,11
292:4 293:22
326:13 328:22
339:12 341:7
358:10 362:21
377:5
**human** 307:10
**hundreds** 261:6
283:1
**hundredth** 112:21
**hurdles** 154:8
**hurt** 252:22
**hypothetical**
106:18 239:13
274:7,10 275:4
301:19 302:6,17
303:3,13,15 304:6
305:19 306:13

307:1,21,22
308:12 362:5
364:4 366:21
415:10,11

**i**

**idea** 55:6 65:4
72:16 75:19 76:15
81:14 85:7,15
89:14 90:17 97:12
112:6,10,13
116:15 117:11,14
129:22 139:2
144:3 150:9
163:14 165:9
174:12 196:12
206:14 213:12
229:7 231:7 237:7
240:6 245:6,9
249:14 254:9,21
255:2,8 258:15
259:8 263:4 265:8
268:7,21 277:8
289:18 319:6
320:5 337:3,5
357:21 370:8
388:18 433:4
**ideally** 74:11
204:7
**identified** 66:12
99:5 155:20 172:8
239:22 345:17
363:20,21
**identifies** 206:1
**identify** 36:21
39:13 40:6 41:15
98:4 155:10 172:8
186:21 215:7
330:18 375:1
414:15
**identifying** 41:12
215:11

REDACTED

identity   64:19
  84:18 86:18 131:1
  131:15 141:9
ignore   300:22
  301:15 302:21
ignored   391:21
illegal   67:20 68:1
  68:4 301:21 302:7
  302:13,15
illustrate   155:1
  157:14 332:3
image   384:13
  385:20 391:6
imagine   32:14
  60:4 163:22
  233:15 238:19
  346:13 370:13
  371:9
immigrants   65:20
  67:20 68:1,4
immigration   1:3
  4:1 8:16 241:4
  281:7 336:12
  393:9,12 394:17
  395:17 399:9
  401:2 402:7 403:3
  404:10 405:1
  408:22 409:4
  438:18 440:2
impact   105:18
  330:2
impassable   20:3
impatience   217:22
impetus   337:1
implement   181:21
implications
  319:18 320:18
importance   17:3
important   18:6
  40:12 91:21
  103:13 112:22

113:2,7 134:3,6
  155:8 172:2
  274:20 278:13,14
  278:22 280:13
  343:9,11 347:2
  362:11
impossible   305:21
  364:7
imprecise   158:3
imprecisely
  312:20
improve   355:14
imputation   329:15
  368:21 430:22
  434:3,10,15
impute   351:8,16
  355:18 368:17
  423:11 430:6,18
  432:16
inaccurate   353:8
  357:17 358:4
  367:20 430:1
inaccurately
  353:10,21 357:13
inactive   13:5,11
inaugural   27:19
inauguration   26:1
  27:21 28:1 31:3
  34:12
inclination   276:19
inclined   272:4
  276:20,22 277:1
include   17:12
  91:12 96:21 97:2
  107:7 146:7,11
  151:5,19 298:5
included   26:6
  81:18 85:19 95:22
  103:21 105:8
  106:9,11 130:18
  131:15 132:3

155:2 157:15
  192:16 202:9,14
  202:18 203:1
  208:3 244:21
  347:9 384:12
includes   67:6
  96:20 216:21
  314:10,16 383:16
including   18:16
  54:11 71:10 78:18
  84:15 95:21
  105:19 106:22
  157:18 223:8,9
  229:10 345:15
  419:8 433:20
inclusion   10:4
  21:15 164:10
  237:17 239:11
  251:1 329:22
  365:10
incoming   19:3
incomplete   354:7
  373:6,8
incorrect   357:10
  425:22 430:17
increase   360:12
  361:2,9 367:3
increased   419:1
independent   54:4
  106:14 281:22
  282:3 296:15
  299:4,10 300:6
independently
  349:3
indicate   69:3
  81:10 276:7
indicated   69:14
  243:3 372:7
  382:20,20
individual   43:1
  414:15 419:7

individuals   41:6
  46:13 400:15
  407:10
industry   378:1
inform   420:21
  421:9 424:7,20
  425:13,20
information   28:13
  30:5,21 40:22
  68:17 69:15 79:22
  81:17 103:14
  108:16 129:14
  132:22 136:19
  137:1,8,15 151:7
  152:5,10 153:12
  153:19 154:7
  155:22 158:6
  163:1,12 177:2,16
  177:19 180:9,20
  181:10,17 186:8
  186:12 190:10
  192:6,8,11,20
  193:4 195:21
  210:20 216:16
  217:13,17 223:3,6
  223:6 254:17
  262:3,13 264:1,1,4
  264:17 265:9,15
  265:19 276:2,3,4,7
  277:20 278:7
  286:5 290:9
  294:22 296:2,5,8
  296:15,18 297:2,7
  297:18 299:5
  326:18 331:17,18
  334:6,7 335:19
  340:11 345:16,19
  347:3 350:12
  358:4 368:10
  383:4 400:2
  413:20 414:19

REDACTED

| | | | |
|---|---|---|---|
| 416:11 422:3 | **insurmountable** | **interval** 356:15 | 52:20 53:4,6 |
| **informative** | 265:22 331:4 | **introduce** 221:6,7 | 64:19 86:19 91:21 |
| 281:20 | **interact** 47:9 | 383:19 | 98:16 104:13 |
| **informed** 40:12 | 52:18 53:14,17,21 | **introduced** 10:17 | 112:16,20,22 |
| 74:11 103:22 | **interacted** 47:14 | 336:7,9 | 121:21 124:16 |
| 196:18 197:12 | 189:3 | **introduction** | 130:17 139:20 |
| **informing** 397:3 | **interacting** 48:3 | 14:13,15 | 140:2,4 141:17,19 |
| **informs** 181:17 | 51:10,18 | **introductory** | 142:4,10 143:6,12 |
| **initial** 150:18 | **interaction** 30:22 | 303:2 | 143:15,15 144:7 |
| 178:3 254:2 337:1 | 50:15 51:3,6 | **investigate** 252:7 | 145:2 166:21 |
| 411:8 | 52:10,16 53:2,7,11 | 252:7 254:17 | 170:10,11 172:20 |
| **initially** 248:20 | 55:18 99:15 | 337:8 410:14 | 174:5 177:11 |
| **input** 46:8,8,10 | 196:10 382:9 | **investigating** | 196:11 203:17 |
| 49:6 216:21 | 411:3 | 108:11 | 210:4,11 211:1 |
| 324:19 370:10 | **interactions** 195:3 | **investigation** | 222:14 223:22 |
| **inquire** 261:16 | 381:9 | 201:19 317:6 | 233:10 234:6,9 |
| 262:5,20 264:7 | **interest** 57:20,21 | 340:20 | 261:5 264:14 |
| 272:21 275:9 | 82:3 175:19 177:1 | **invite** 60:16,18 | 283:1 341:3 |
| 279:17 399:3 | 348:8 392:11 | 61:21 91:10,16 | 393:13,17 399:9 |
| **inquired** 55:12,16 | **interested** 9:7 | **involve** 286:14 | 399:13,15,18,20 |
| 82:10 183:20 | 58:11,19 59:1,5 | **involved** 11:15 | 403:1 411:16 |
| 409:22 423:11 | 64:18 69:14,17 | 17:21 19:6,10 | **issued** 242:9 |
| **inquires** 414:1 | 144:7,9,11,13 | 21:19 52:7,8,10 | 244:13 292:3 |
| **inquiring** 390:15 | 170:10 175:18 | 64:16 97:1 99:14 | 343:20 420:1 |
| **inquiry** 254:2 | 190:4,7 192:11 | 102:15 221:3 | **issues** 16:22 17:2 |
| 390:20 | 202:8 275:13 | 288:14 340:22 | 18:10,11,13 20:8 |
| **inside** 387:20 | 298:21 397:15 | 345:3 347:5 378:9 | 20:17 41:16 44:21 |
| **inspire** 224:5 | 412:1 437:17 | 380:11 421:18 | 54:6 68:10 77:19 |
| **institute** 4:3 | **interests** 403:2 | **involves** 68:9 | 95:20 96:10 |
| **institutes** 44:11 | **interface** 41:18 | 98:16 220:19 | 106:22 113:6 |
| **instruct** 62:16 | **interfere** 8:9 | 280:10 286:20 | 128:6 140:14 |
| 186:13 196:1 | **interference** 8:7 | **involving** 140:15 | 150:10 165:2 |
| 345:21 | 80:6 | **irrelevant** 251:15 | 170:8,17,20 |
| **instructed** 70:15 | **internal** 99:8 | 265:3 300:12 | 201:20 221:11 |
| 150:1,21 | **internet** 417:19 | **isolate** 360:15 | 223:19 224:8 |
| **instruction** 411:22 | **interrupt** 11:1 | **isolating** 356:9 | 226:10 229:10 |
| **instructions** | **interruption** | **israel** 77:2 198:6 | 231:5 234:8 |
| 150:22 151:3,6 | 165:20 291:14 | **issuance** 290:17 | 241:13 244:20 |
| **instructs** 70:11 | 434:12 | 420:13 | 257:18 382:22 |
| **instruments** | **interrupts** 92:2 | **issue** 20:9 47:11 | 403:17 411:18 |
| 105:17 106:2 | | 50:18 51:12 52:13 | 435:22 |

REDACTED

| | | | |
|---|---|---|---|
| **items** 257:14 | **jeff** 400:9 | 244:13 271:11 | 388:7 398:18 |
| **iteration** 376:22 | **jefferson** 439:15 | 341:9,17,19 346:4 | 399:1,4 400:3 |
| **iterative** 321:15 | **jim** 57:18 | 346:12 | 410:17 411:2,9 |
| **izzy** 97:12 198:1,5 | **jmf** 1:5 | **jurisdiction** 18:7 | 413:3 415:22 |
| 209:1,3,9 256:6,19 | **job** 17:4 38:4,5,6 | 412:5 | 416:4 420:22 |
| 257:2 | 42:4 43:17 48:2 | **justice** 5:6,17 6:10 | 421:7,14 422:4,12 |
| | 58:16 63:12 68:9 | 94:8 99:7,10,13,15 | 422:15,22 423:22 |
| **j** | 70:4 150:8 164:1 | 101:1,13,15 114:2 | 424:20 425:10,14 |
| **j.d.** 12:20 | 252:14 253:5 | 126:18 153:3,7,16 | 425:20 426:4,10 |
| **james** 95:14 97:2 | 266:7,20 267:16 | 154:1 157:4 | 426:13,16,20 |
| 97:15 100:4 | 268:5 | 165:12 166:9,11 | 427:13,16 428:3,5 |
| 155:15 156:3,7 | **john** 5:6 59:18 | 166:13,20 167:20 | 428:11 438:16 |
| 174:20 175:1,5 | 236:1 309:18,22 | 170:8,19 171:6,10 | **justice's** 299:11 |
| 183:1 184:13 | 395:9,14 410:13 | 172:22 174:4 | 300:7 305:11 |
| 185:22 186:6 | 410:14 439:9 | 175:9,20 176:2 | 409:19 421:2 |
| 187:13,15 188:6,8 | **join** 16:4 25:4 | 177:1,10 181:10 | **justifications** |
| 189:3 195:14 | 117:12 | 181:13 184:2,20 | 415:16 |
| 198:1,2 214:11 | **joined** 25:3 31:2 | 185:2,5 186:3 | **justify** 154:6 |
| 217:8 225:2,8,9 | 117:15 187:13,15 | 187:19 190:3,6,9 | 181:16 |
| 242:18 243:4,6 | 187:16 188:8,17 | 196:14,15 197:2 | **jyang** 5:9 |
| 246:8 255:20 | **jones** 377:17 | 197:17,18 216:16 | |
| 256:10,20 257:4 | **jorgenson** 1:16 9:4 | 222:8 233:5 | **k** |
| 257:16 288:14 | 437:3,20 439:14 | 237:17 238:5 | **kansas** 118:2 |
| 345:10 369:12 | **jose** 336:11 | 239:3,15 245:5,12 | 206:1 |
| 381:10 386:4,8,18 | **josh** 98:6 | 245:18 246:3,11 | **karen** 1:16 9:3 |
| 391:6,18 | **joshua** 6:9 438:15 | 246:19 247:4,5,18 | 10:17 101:22 |
| **jane** 157:11 | **joshua.gardner** | 248:1,5,17,21 | 137:11 218:18 |
| **january** 16:2 | 6:12 | 249:10,13,21 | 219:3 222:22 |
| 19:22 27:16,17 | **journal** 67:7 80:1 | 251:2,8 262:17,21 | 288:15 310:1 |
| 31:20 33:14,15,17 | 81:21 146:14 | 269:3 270:6 272:3 | 325:7,8 369:11 |
| 33:22 34:10 35:5 | 402:22 409:13 | 273:1 275:6 278:1 | 437:3,20 439:14 |
| 35:5,8,9,17 36:10 | **jr** 6:19 | 281:5 290:16 | **kass** 228:19 |
| 37:6 39:18 124:4 | **judgment** 429:5,8 | 294:20 295:11,15 | **kassinger** 227:17 |
| 124:5 198:19,21 | **july** 121:16 122:12 | 295:18 296:1,10 | 227:20,21 228:1,8 |
| 309:21 317:3,11 | 205:18 206:3 | 296:12 297:1,5,10 | 228:12,16,19 |
| 319:19 320:19 | 209:22 | 297:17 298:3,20 | 229:1 230:17 |
| 321:2 369:5 | **june** 94:12 98:10 | 309:7 338:20 | 231:5,8,9 |
| **jarmin** 238:10,10 | 99:3 101:19 | 340:1 342:9 | **kate** 6:9 98:6 |
| 294:12 314:3,5 | 111:15 113:10 | 343:16 347:18 | **kate.bailey** 6:12 |
| 315:1 316:14 | 179:12 187:16 | 348:18 349:1 | **kdb** 222:15,19 |
| 322:18 325:10 | 188:15 195:6 | 350:3,9 382:8,21 | **kdk** 222:19 |

REDACTED

**keep** 40:11 60:7 73:1 76:8 136:3 197:11 211:7,12 218:2 221:2,5 304:9 318:13

**keeping** 45:3,17 45:21 74:11 196:18 335:21 435:18

**keeps** 73:2

**kelley** 4:15 101:22 137:12 218:18 219:3 220:21 221:3 222:22 288:15 310:1 325:7,9 369:11

**kelly** 395:9,14

**kept** 201:21

**kevin** 385:21,22 386:1,3

**key** 108:9 220:14 221:11

**kind** 48:14 84:3 103:14 175:19 194:22 203:12 279:15 286:12 334:13 340:19 371:20

**kinds** 50:14

**knew** 86:15 311:2 342:2

**knight** 4:20

**know** 10:12 16:21 22:21 23:7,12 32:4 40:21 41:15 43:3 52:9 55:17 60:21 61:11 64:4 65:2 69:13,16 72:19 73:21 75:3 76:5 80:2 81:7 90:13 93:15 95:10

96:7 97:3,16 100:1 101:9,10,13 102:13 103:20 104:10 109:20 112:4 114:5 116:4 116:10,22 117:4,7 117:15,17,22 118:15 120:10 123:2,21 124:22 125:1 127:2,16 129:13 132:5 134:3,7 136:3,6,7 139:4 142:15 146:20 150:10 156:3 160:2,3,7,8 161:17,22 162:5 163:6,15 165:8 167:17,19 169:12 174:17 175:12 176:12,22 179:17 181:16 187:14,16 187:17 188:2 190:15,20 191:3,7 201:2 203:12 213:9,16 214:17 215:4 216:22 217:5,17 228:14 229:11 231:20 233:6 235:10,12 238:13,22 245:15 246:10 260:6 267:11 268:11 269:12 271:2 276:22 277:16,18 279:11 282:6,13 283:7 286:17 298:9,16 304:18 304:20 305:20 306:3 310:3,5 315:10,16 321:8 322:19 323:8

324:18 327:21 329:10 332:3,10 339:22 340:4,17 342:15 346:8 348:17 350:4 351:20 352:20 354:14 357:18 362:15 363:7 364:6,10,15 365:3 365:6 371:11 374:6,11 375:8 376:21 377:2,12 377:13 378:11,14 378:16 380:3,10 381:8,19 382:18 383:2 388:16,19 389:22 390:22 391:3,14,17,22 397:12,21 398:5 398:17,18,22 402:14,15 404:5,6 405:16 406:12 407:18 414:3 421:17 426:9 428:5 431:2,12

**knowing** 27:12 260:15 261:3 267:22 281:14 435:22

**knowledge** 122:22 157:6 164:12 189:2 228:17 315:13 387:8 388:22 391:10 392:10,19 398:16 399:17,19,21 403:1 409:20 424:1 425:17 433:20 435:4

**known** 124:2 287:10 343:19

422:2,9

**knows** 47:2,2,3 285:21

**kobach** 116:20 117:9,22 118:3,4,5 118:6 119:20 121:13 122:12,15 122:19 205:4,6 206:1,18 207:5 208:22 209:10 210:3,11,16

**kravitz** 4:10

**kris** 116:20 117:9 117:22 119:20 121:13 122:12,15 122:19 205:4,6 206:18 207:5 208:22 210:3,11 210:16

## l

**l** 5:7 160:18

**la** 381:7

**lack** 116:14 117:6 118:11,18 122:6 122:20 134:15,20 140:7 142:12 143:8,17 161:4 163:5 183:14,17 201:1 206:5,11 235:17 286:6,15 380:8 384:15 390:2,11 392:9,18 407:15 413:7 415:20 422:16 423:3 424:15

**lacks** 334:20 426:1

**laid** 300:9,13,19 351:19

**langdon** 46:21 47:4 56:20 57:1,8 57:17 58:10,19

REDACTED

83:1,15 87:18
88:13 89:4,12
93:1 110:15 200:8
200:12 201:5
202:6,16 203:4,8
204:5
**langdon's** 46:22
59:17
**language** 244:4,7
244:17,18,19
245:3,7,10 362:20
430:12
**large** 20:22 21:3,4
31:4 42:7 163:15
314:3 349:14
356:17
**largely** 20:20
41:10 74:10 102:4
110:3 142:7
203:18
**larger** 327:22
356:13 368:13
**late** 88:4 209:22
316:11
**law** 5:11 8:20 12:4
12:7,13,17 14:19
15:3,8,12,13,14
193:12,20 228:3
300:16,20 301:6
301:15 414:13
**laws** 15:5,7
**lawsuit** 11:15
287:5 359:7
405:22
**lawsuits** 80:17
287:7,14
**lawyer** 127:1
193:8,10 265:1,5
265:12 268:3
325:4,19,20

**lawyers** 5:11
13:21
**lawyerscommitt...**
5:14,14
**lay** 300:16
**lays** 301:5,13
302:19 303:21
**lead** 67:14
**leader** 23:7,8
**leadership** 23:8
44:9 162:21 224:7
**leads** 207:11
**learn** 271:13 281:6
396:20
**learned** 281:9
357:15 402:16
432:13
**learning** 402:18
**leave** 160:18
**leaves** 43:22
**leaving** 32:17,17
131:6
**left** 12:3 43:14
75:3 211:20
**legal** 3:18 9:2,4
52:3 150:13
154:11 155:11,12
172:7 220:14
221:11 239:19
258:21 261:14,21
265:22 266:9
267:3 301:3,18
303:4 304:6,17
305:2 308:12
340:7,14 348:13
**legally** 267:14
**legislative** 18:8
165:2
**legitimate** 155:1
157:14,21 158:1,3
180:19,21 192:15

304:12
**les** 160:19
**lesser** 366:6
**letter** 237:21
238:1,3,4,9,14,17
238:20 239:2
272:4 290:4
347:17 349:2
396:19 397:8,11
397:15,18 403:5
403:15,18 407:13
408:19,19 412:20
413:1 419:21
420:13 427:17
**letters** 385:7
**level** 175:19 176:8
177:1 272:16
275:8 294:21
296:19 357:4
403:19 416:5
422:14,14 423:2
426:17,18 427:18
**levels** 352:13
**leverage** 285:8
**levers** 284:14
**leviathan** 41:19,20
41:22
**lexicon** 273:17
**liberties** 4:7
**liberty** 6:4
**lifecycle** 47:12
203:16 223:20
288:21 359:12
**light** 350:11
**limit** 423:18
**line** 57:12,17,22
63:4,15 71:4,22
78:3,17 79:8,12,15
80:7,12,15,20 81:3
81:4,8,21 90:2
96:16 97:6 111:1

111:21 146:16
148:8 164:22
230:13 293:20
331:15 352:12
440:7
**lines** 294:3,6,10
**link** 66:12 208:9
208:10
**linkage** 86:1
**lisa** 203:5,9,15,17
**list** 22:22 129:1,4
132:14 220:22
369:6,8,10,15
373:15 383:1
**listen** 276:1
284:10 289:19
302:11
**literally** 282:22
411:17
**litigated** 194:7,10
**litigation** 6:15
249:2 342:8
343:10,17 344:17
410:18
**litigator** 344:17
**little** 17:19 31:13
75:20 225:9
247:13 253:2
254:5 259:2
282:21 290:10
301:11 313:7
314:14 332:13
336:18 356:18
382:21
**lo** 350:7
**located** 8:21
199:10,12
**lock** 275:8
**loggerheads** 304:8
**logic** 248:19

REDACTED

**logical** 133:5
171:8 181:12
331:18
**logistics** 43:15
**long** 4:17 124:2
155:18 171:14
174:8 178:11
198:16 226:9
233:12 250:5
302:2 321:9
326:20 327:3,6,8
327:12 353:9
372:11 417:17
**longer** 74:20 115:8
**look** 57:11 62:8
80:5,8 92:19
105:5 127:6 130:1
147:14 148:7
171:5,13 174:3,18
180:12 203:1
211:17 215:15
220:2 229:13
233:22 234:2
237:2 261:9
264:14 273:5,15
276:16 284:14
288:2 304:4
315:19 328:12
331:18 339:6
341:5,10 351:12
353:4 354:22
**looked** 110:11
155:16 156:3
264:7 364:8
**looking** 117:18
143:18 155:19
179:4 180:6 181:3
181:20 236:15,17
237:4 326:18
355:9 362:19
371:3 378:21

385:17 434:7
**looks** 83:4 93:3
159:16 165:19,21
225:2 375:12
431:1
**los** 4:14,19
**lost** 287:9
**lot** 20:1,7 40:21
52:10 84:12 88:4
91:8,17 112:16,17
113:5 143:2
147:15 150:15
204:16 211:13
222:5 231:5
232:11 243:14
285:16 288:12
345:12 359:10
360:17,17,18
411:18
**lots** 230:22 243:10
347:4,5 360:21
362:15 366:14
432:22
**louder** 336:18
**love** 160:19
**lower** 132:17
**lumber** 201:13,18
**lunch** 205:20
211:6
**lupe** 5:1 381:5,7
**lynn** 1:16 437:3,20
439:14

**m**

**m.s.** 6:14
**mail** 204:8
**maintain** 90:16
346:11
**major** 54:6 78:18
81:22 103:9 360:3
413:22 417:14

**majority** 349:15
349:17
**maker** 267:20
305:15 306:7,18
307:15 308:6
362:9 363:8 366:5
**makers** 304:15
307:5
**making** 36:19
177:2 209:5 290:5
338:2 352:6 358:5
434:5
**maldef** 5:2
**maldef.org** 5:4
**man** 433:21
**manage** 41:18,20
**managed** 374:17
**managing** 44:20
**mandate** 140:17
**manning** 385:21
385:22 386:1,3,13
**march** 64:6,8 65:1
67:22 68:4 69:3,8
72:15 77:19 78:1
81:16,20 82:7,13
83:2,5,14,16 88:1
88:9,11,17 89:9
115:13 137:11
140:21 146:13
149:13 199:4
208:1 241:8,12,16
241:18,19 242:3,9
287:19 290:17
318:2 322:1,12
323:9,10,15 324:2
324:13 326:6
343:1,20 345:3,14
345:15 346:17,21
352:10 375:21,22
376:8 384:4 420:1
420:14 424:4

426:8 428:13
**margin** 354:12,19
354:20 356:12,13
357:14 358:1,3,3
361:11
**margins** 352:15,20
354:10,16 355:21
356:2,4,9,20 357:5
357:19
**mark** 55:22 62:1
82:14 93:16 114:6
120:13 123:18,19
124:2,3 127:10,15
127:16 137:16
145:5 147:8
155:14,20 156:2
158:16 160:17
161:3 163:18
164:5,8,13 167:1
172:7 173:22
182:3 189:5
194:13 199:19
212:10 215:17
218:4 219:17
224:14 226:16
234:18 292:22
317:18 325:21
353:10,21
**marked** 56:3,11
62:4 80:9 82:18
87:6,9,12 93:20
111:15 114:8,11
120:16,20 123:9
123:12 137:18,20
145:8,11 147:11
158:20 164:15,18
167:3 182:8 189:8
194:16 199:22
212:15 215:20
218:7 219:20
221:18,20 224:17

REDACTED

226:19 234:21
293:3 309:4,15,19
310:4 317:21
318:1,12 320:2,9
326:2,5 339:6
341:6 372:14,16
372:18 373:2,18
374:18,21 375:2
375:17 376:1,12
376:14,22 378:17
378:19,21 383:22
**marking** 62:6
**marshal** 406:5
**marshall** 405:11
405:19 406:9
**mary** 157:11,11
167:8,10,13
184:11 185:22
188:1 269:13,17
269:22 338:5
381:9 410:9
**maryland** 4:2
89:22 90:2 91:11
381:6
**mason** 13:20
**massachusettes**
4:4
**massachusetts**
1:15 6:10 8:21
438:16
**masse** 90:6 91:3
91:11 92:8
**massively** 162:18
**matching** 369:2
**material** 232:7
359:18 360:2,6,7
360:16 361:5,19
362:2,20 363:1,11
363:17,22 365:11
365:20 366:4,7,14
367:4

**materially** 358:15
358:19 361:2
363:12
**materials** 72:12
92:9 105:8
**math** 365:5
**matt** 110:22
**matter** 8:15 16:22
18:1 22:4 37:20
52:13 68:10
168:18 179:4
193:17 194:1
203:2 204:10
220:17 229:8
230:13 231:1,19
233:22 237:4
266:10 290:8
342:11 400:13
407:3
**matters** 19:17
22:2 31:22 32:9
40:6,13 51:20
102:16 119:4,8
124:10,13 411:10
**matthew** 5:16 6:2
10:1 164:21 165:8
165:9
**matthew.colang...**
6:7
**matthew.wise**
5:20
**mcannon** 6:18
**mcconnell** 23:8
**mchenry** 174:20
175:5 177:22
179:8 184:13,14
185:22 196:14
270:20 271:21
272:2,8,11,22
273:4 275:12
276:21 278:4,11

278:17 281:4,5,11
281:14 282:20
284:3,11 285:4,8
381:10,17 382:10
382:15 383:3
410:13
**mchenry's** 175:1
175:13 281:22
410:14
**mean** 14:5,15 15:7
20:11 21:15 29:19
30:14 32:2 39:2
42:1 44:2 49:22
50:12,17 52:1,6
75:21 77:5 91:4
92:1,12 99:12
109:15 111:1
124:14 128:1
130:11 135:19
137:3 139:4
148:20 149:22
152:3,9 155:12,17
159:5 174:14
183:17 185:20
187:8 193:9 197:3
214:20 223:22
241:10 243:11
245:15 261:12
271:6 272:16
278:16 288:16
304:13 330:7
331:10,13 332:7
344:21 356:8
357:21 358:19
361:4,6,10 362:2
389:19 390:19
409:12 411:8
430:21
**meaning** 15:9
21:17 39:11
108:10 339:10

**means** 16:14 53:3
70:14 150:1
185:21 224:12
329:8 354:10
429:20
**meant** 57:21 152:4
222:19 243:16
**media** 8:13 111:6
111:10 158:12
211:22 212:4
250:7,11 308:18
308:22 380:17,21
389:14 390:6
402:16,17,19
**meet** 23:13 38:11
39:8 54:8 90:18
90:19 91:12,21
92:8 98:19 101:16
124:6 125:20
170:15,16 313:19
314:2 421:2,11
**meeting** 2:17 11:9
16:13 23:17 32:12
32:18 33:2 38:14
38:20 39:3,5,6
40:9 60:13,18
64:2 71:17 72:13
91:15 92:15,17
97:22 98:1 121:18
139:18 156:21
157:7 161:10,13
169:11 170:2,21
171:14 172:12,16
173:2,16,20 174:8
194:15,22 195:6
196:5 201:21
202:1,12,15
220:11,12,14
221:9,12 270:9
314:4 322:8 323:1
323:12 324:1,4,12

REDACTED

**[meeting - minute]**

| | | | |
|---|---|---|---|
| 338:14 397:13 | 187:8,18 189:7,18 | 341:6,8 343:19 | 124:3 125:14,15 |
| 398:13 421:5 | 191:9,12 213:22 | 344:1,5 345:17 | 169:2,3,8,18 171:3 |
| **meetings**   17:21 | 215:12 216:9,10 | 346:5,12,18,21 | 171:15 173:8 |
| 19:1,13 22:8,11,16 | 216:19,20 217:14 | 347:1 350:20 | 174:2 184:11 |
| 23:12,15,20 24:12 | 217:16 218:13 | 420:14 | 187:22 322:15 |
| 25:21 26:11 38:10 | 219:10,15 223:17 | **memorandums** | 338:5,8 339:13 |
| 38:11,22 47:17,21 | 232:13,20 233:4 | 41:13 48:17 | **method**   329:11 |
| 54:2,4,11 60:10 | 237:16,19,20 | **memorialized** | **methodology**   14:9 |
| 61:13,19 90:14 | 245:3,4,13 269:15 | 339:1 | **methods**   329:16 |
| 91:17 102:3 | 300:9 301:5,14 | **memory**   77:8 | **michael**   6:13,19 |
| 161:19,22 162:8 | 303:1,12 305:5 | 179:2 288:3 295:6 | 100:1 |
| 166:11 200:14,21 | 306:19 309:3,18 | 371:22 | **microphones**   8:5,9 |
| 201:4,8 221:14 | 310:16 311:5 | **memos**   40:15 | **mid**   3:18 |
| 322:10,11,22 | 312:21 313:16 | 422:13 423:1 | **middle**   84:16 |
| 323:3,7,13 398:15 | 315:19 317:3,20 | 432:21 433:3,7 | 86:19 141:20 |
| 398:19 399:2,5 | 318:2 319:14,20 | **mena**   84:17 | 143:2 429:13 |
| **member**   15:17 | 320:20 321:2 | 140:19 141:4,17 | **midnight**   28:20 |
| 22:19 23:1,19 | 322:1,12,12,20 | 141:19 144:11 | **mike**   95:7 97:2 |
| 123:21 406:14 | 323:9,10 324:2,13 | **mention**   173:4 | 98:6 246:9 |
| **members**   16:21 | 339:2 346:17 | 257:21 | **miller**   404:2,5,6 |
| 17:3,22 23:5,14 | 351:19 352:11 | **mentioned**   17:5 | 404:10,20 |
| 24:13,14,18,22 | 353:1 355:1,22 | 19:15 21:19 25:12 | **miller's**   404:22 |
| 28:8,9,19 30:7,10 | 357:9 358:2 366:3 | 28:2 35:12 40:3 | **million**   21:8 |
| 31:7 32:19 53:14 | 367:3 370:3 | 46:13 83:21 86:2 | 327:10,11,16,18 |
| 53:17 | 371:17 372:16 | 86:8 97:18 102:21 | 328:1,11 333:11 |
| **memo**   2:11,16,16 | 374:20 376:14 | 146:22 172:6 | 351:9 361:9 |
| 3:3,3,6,6,8 40:18 | 410:20 420:1,2 | 173:2 196:20,21 | 364:15,17,18,20 |
| 41:2 93:19 94:21 | 428:14 432:9 | 197:16 210:12 | 364:22 365:3,6,7 |
| 94:22 95:1,2,4,12 | **memoranda** | 226:7 236:10,13 | 368:17 423:13 |
| 95:15,17 96:8,13 | 259:20 | 239:21 257:21 | **millions**   328:16 |
| 97:18 98:9,10,15 | **memorandum**   3:4 | 271:9 289:14 | 364:11 |
| 98:20 99:2 100:13 | 241:13 242:10,13 | 386:14,19 409:14 | **mind**   141:14 |
| 101:2,19 104:16 | 244:11 245:14 | 413:16 | 266:16 |
| 107:12 110:17 | 246:14 247:17 | **mentions**   223:9 | **mine**   257:4 |
| 111:15,19 113:10 | 248:2,15 249:3,15 | **message**   71:22 | **minor**   14:2 |
| 113:19 136:22 | 249:22 287:20 | 114:18 138:14,15 | **minority**   349:11 |
| 137:4,5 174:17,19 | 290:18 292:2 | 139:16 145:3 | 349:12 |
| 179:17,19 182:7,9 | 301:16 302:19 | 152:22 180:6 | **minute**   9:22 48:1 |
| 182:16,18,20 | 303:22 304:3 | 231:12 | 68:20 146:22 |
| 183:1,9,12 184:10 | 305:17 306:9 | **met**   9:22 11:7 | 150:21 158:7 |
| 184:18 185:17 | 325:22 326:2,6 | 22:19,22 23:2,9,16 | 205:1 289:14 |

REDACTED

**minutes** 171:15
178:12 218:19
250:6
**mischaracterize**
425:6
**mischaracterizes**
108:5 210:6 247:2
247:21 253:18
316:22
**miscommunicati...**
236:3,19
**misinformed**
285:2
**missed** 12:12
**missing** 332:12
**misunderstanding**
316:6
**mo** 406:14
**models** 351:9
**modified** 177:18
**moment** 58:5
220:2
**monday** 33:20,21
34:1 218:18
**money** 419:2
**monitor** 46:14,17
**monitoring** 45:1
**month** 179:9
271:5,12
**monthly** 47:20,22
**months** 100:11
121:22 125:6
146:6,10 151:4,18
159:13 166:8
177:7 183:22
184:4 198:18
206:9 209:21
211:2 234:7,10,12
234:14 347:7
**morning** 8:3 38:17
166:1 213:4 246:1

246:17 247:16
248:14 324:5
342:5
**motivated** 113:4
**move** 331:5 415:4
**moved** 44:5,12
188:21
**moving** 168:17
218:3 265:19
**multi** 375:8
**multiple** 48:21
290:15 322:21
323:3
**multiply** 431:10
431:16
**mwalsh** 6:22
**myers** 228:2
**mystified** 146:5
151:17 159:12
177:6 318:12

**n**

**n** 4:1 8:1 25:10,11
**name** 9:1,19 77:10
77:16 87:20 125:1
155:15 157:9,10
167:15 174:7,9,16
174:21 175:1,13
179:15,18,19
205:17 219:6
241:2 262:11
269:8,11 270:13
336:7,9 379:11,14
381:3 410:11,13
420:5 440:2,5
**narrow** 355:16
**national** 44:4,11
50:3 51:1 138:20
139:2,8,19 140:10
140:17 141:12
286:14,20

**nations** 413:16
**nationwide** 366:12
**naturalization**
413:19
**nature** 381:20
**near** 94:11 199:9
**nec** 50:16,22
**necessarily** 45:2
45:16 69:5 86:1
119:18,21 154:16
268:4 276:16
281:19 314:9
332:7 369:16
**necessary** 152:5
152:10 177:17
331:19 342:20
430:7
**need** 39:6 40:20
50:6 57:20 64:12
84:11 105:5 106:7
127:11 128:19
129:8,8,14 153:2
153:11,22 154:6
154:10 155:1,7,21
157:14,21 158:4,5
176:8 180:11
192:15,20 193:4
220:2 236:2,18
240:3 254:16
258:22 261:7
262:3,4,7 263:5,10
263:17,17,21
264:1,8,14 266:4
267:11 272:12
273:12,14 274:9
274:15,21 276:2,2
276:3,7 278:6
294:8 296:5 297:8
333:1 347:12
351:12 365:14
372:19,22 400:2

413:11 415:22
**needed** 15:7 37:17
46:9 59:10 86:14
153:6 156:16
166:8 176:5,8
181:8,22 183:15
247:8 248:3 249:2
264:4,16 279:14
294:22 296:8
344:16 416:5
**needing** 392:6
**needs** 84:1 157:17
157:22 158:1
253:10 258:19
**negative** 319:18
**negotiating** 274:16
**negotiations**
201:13,17
**neither** 37:11
67:11 358:12
416:9 437:12
**nelson** 23:16
**neuman** 123:18,19
124:2,3 127:1,3,7
129:10,21 130:11
131:11 132:1
155:14,20 156:2
160:17 161:3,20
163:18 164:8
172:7 173:22
**neuman's** 130:1
**never** 15:12,13,14
112:10,13 118:4,6
122:14 123:7
152:12 164:11
171:22 175:7
185:9 207:21
255:1 258:14
259:7 271:16
272:11,12 279:3,5
279:8 281:9 291:4

REDACTED

291:5,12,13 298:7
307:7,9 315:7,8,9
315:12 316:2
320:7 324:12
335:2 349:16
364:7 385:10
387:14 392:20
400:21 406:4,9,20
408:3,6 409:16,21
409:22 419:11
434:22

**nevertheless**
350:14 352:1

**new** 1:2,3 4:1,3,7,8
4:8 5:12 6:1,5,5
8:16,19 10:2 76:5
178:13 241:3
438:18 440:2

**newman** 124:21
133:10,19 134:12
135:5,10 136:2,6
136:10,19 156:10
162:1 164:5

**newseum** 115:20

**nice** 77:9 121:18

**night** 12:17 28:20
73:8 75:8 83:7
88:4 117:3 128:19

**nine** 198:18 234:7
234:10,12

**nist** 43:14 44:13

**niyati** 5:5

**nom** 27:3

**nominated** 27:3,5
27:9

**nomination** 27:2
28:7

**nominee** 16:17
18:14,21 20:10,11
20:11,13 21:11,20
22:2,6,18 24:13,20

26:8,9 28:11

**nominees** 16:18
17:6

**noncitizen** 65:5
353:8,22 367:7
414:18 418:5
430:6

**noncitizens** 67:2
85:19 208:3,6,11
208:14,17 332:6
353:9 367:13
414:7 416:22
418:3 425:22
430:2,18 431:7,11
431:16

**nongovernmental**
53:22

**nonresponders**
432:17

**nonresponse**
360:12 361:3

**nonresponsive**
331:6

**nonstop** 160:20

**nope** 10:8 77:4
112:12,15 197:20
259:19 270:19

**normal** 290:1

**normally** 71:12
91:14 277:12
318:14

**north** 84:16 86:19
141:20 143:3
336:13

**northern** 420:9

**northwest** 8:22
439:15

**norton** 292:12
293:21 294:10
298:18 299:7,18
300:3

**note** 8:5 128:13
130:21 318:11
375:17 380:9
409:12 419:11
423:5

**noted** 9:9

**notes** 172:14
211:17

**notice** 1:14 92:12
130:14 203:14
321:1 387:4

**noticed** 304:13

**notices** 283:2

**notification** 2:17
57:19 58:20 61:6
64:16 84:1 87:3
88:22 130:3
140:20 194:16
195:1

**notifications** 86:10
88:17 89:5

**notify** 59:8,10
84:8 127:11 129:8

**noting** 132:9

**notion** 54:16 68:21

**notionally** 37:10

**notwithstanding**
70:16 401:18

**november** 15:16
15:19 16:7 27:6
27:10

**nrfu** 366:13 367:3

**nshah** 5:9

**ntia** 44:12

**nullify** 302:8

**number** 2:8 14:2
64:13 81:11 111:7
111:11 147:9
158:13 163:16
178:18 191:20
201:20 209:21

212:5 223:18
229:9 250:8
308:19 309:1
327:22 328:9,10
330:22 332:21
345:6,6 355:18,19
360:12 364:5,10
380:18,22 384:2
417:12 428:20
431:6,9,17

**numbered** 62:7

**numbers** 72:2
364:8

**numerous** 226:10
229:10 244:1

**nw** 1:15 3:18 4:4
4:12 5:2,7,12 6:16
6:20

**nyclu.org** 4:9

---

**o**

**o** 8:1 25:11 141:8

**o'melveny** 228:2

**oag** 235:12

**oath** 9:6

**object** 62:15
345:18

**objected** 69:22

**objection** 69:18
70:9,16,17 83:17
98:11 106:4 108:4
116:13 117:5
118:11,17 120:1,7
122:6,20 130:12
133:1,21 134:15
134:20 140:6
142:11 143:7,16
144:20 146:18
148:21 159:20
160:10 161:4,15
163:4 166:15
186:7,12 187:1

REDACTED

| | | | |
|---|---|---|---|
| 189:1 195:12,20 | **obstacle**  331:4 | 173:16 188:20,22 | 48:11 49:3 55:15 |
| 200:22 202:19 | **obstacles**  261:14 | 189:4 196:11 | 55:18 56:19 57:11 |
| 204:11 206:5,11 | **obtained**  352:14 | 198:14,17 199:9 | 58:6,18 59:3 |
| 206:19 210:5 | 357:5 | 199:11,12 200:8 | 61:18 63:7,11,22 |
| 225:21 226:5 | **obviously**  23:7,9 | 201:7 214:8 | 64:10 65:5,11,13 |
| 228:9 235:17 | 36:18 97:14 | 216:12 232:21 | 66:18 67:6,9 |
| 246:20 247:1,20 | 110:19 181:2,11 | 235:13,16 245:20 | 69:16 70:6 71:8 |
| 252:3,17 253:8,17 | 183:19 213:1 | 246:16 247:6,9 | 71:15,21 72:17,20 |
| 254:12 255:9 | 249:11 325:10 | 249:18 255:15 | 73:12 74:4 75:13 |
| 258:6 259:11 | 365:2 370:21 | 258:10 281:7 | 76:16,19 77:12 |
| 263:19 268:14 | 371:17 373:16 | 283:21 310:6 | 79:13 80:5,19 |
| 274:7,10 275:3 | 410:18 | 325:16 342:7 | 81:7,13 82:12 |
| 276:5 280:15 | **occasion**  52:17 | 377:21 378:7 | 83:15 84:4 85:1 |
| 284:17,21 286:6 | 53:16 | 386:1,2 | 85:16 86:17 89:12 |
| 286:15 297:13 | **occasionally**  198:1 | **officer**  437:4 | 89:21 90:3,9 |
| 299:12,15 301:2 | **occupied**  411:10 | **official**  36:18 | 91:10 92:4,7,19,22 |
| 301:17 303:3,4 | **occur**  92:17 | 295:3 | 93:16 94:9,21 |
| 304:5,6 305:1,18 | 398:15 | **officially**  39:21 | 95:3 96:18 97:6 |
| 306:12,22 307:20 | **occurred**  280:17 | **officials**  37:18,19 | 98:9 99:9,12,16 |
| 308:11,12 329:3 | 298:10 397:2 | 90:4,19 96:2 | 100:18 102:2 |
| 331:11 334:20 | 398:11,11 | 111:20 112:2,7 | 105:6 106:7 107:8 |
| 340:13 343:21 | **occurs**  308:5 | 113:11,13,16,21 | 109:12 110:5,21 |
| 366:20 380:7 | **oceanic**  44:4 | 245:1 | 111:19 113:9,18 |
| 381:18 384:15 | **odd**   103:22 104:9 | **ogc**  99:20 101:10 | 116:4 120:12 |
| 390:2,11 392:8,17 | **offered**  432:5 | 187:15 219:12 | 121:7,10 122:4 |
| 404:15 407:15 | **offers**  301:1 | **oh**   148:7 159:6 | 125:5 128:10 |
| 409:1 410:3,6 | **offhand**  269:12 | 191:22 309:19 | 129:10 131:14 |
| 412:7,10,11 413:7 | **office**   1:14 5:17 | 318:18 328:17 | 132:7 134:11 |
| 415:6,9,18 419:4 | 6:14 8:20 33:18 | **okay**   10:9,14 12:9 | 135:8,14 136:5,15 |
| 422:5,16 423:3 | 35:21 37:8 38:1 | 12:16,22 13:8 | 138:19 139:16 |
| 424:14,15 425:4 | 41:3,8 42:10,15 | 14:8,18 15:6,16,22 | 141:19 143:1 |
| 426:1,15 427:8 | 43:5,8,19 44:16,20 | 16:3 18:18 19:9 | 144:6,10 145:12 |
| 428:8 433:18 | 45:6,20 46:4,5,14 | 19:15 21:6,14 | 145:15 146:1 |
| **objectionable**  70:8 | 47:6 49:18,21 | 23:11,13,20 24:5 | 147:13,15,22 |
| **objections**  70:7 | 50:10,16 52:15,22 | 24:12 25:22 27:5 | 148:11 150:11 |
| 286:22 425:16 | 53:21 57:2,13 | 27:14,17 29:3 | 152:2,17 155:16 |
| **objective**  28:21 | 58:7 75:14 95:5,6 | 30:22 31:6 32:5,7 | 157:3,13,21 |
| 106:18 266:3 | 99:17 100:14 | 32:11,16 33:6 | 158:16 159:9 |
| 267:1 | 101:18 127:18,21 | 34:4,8 35:12 36:9 | 161:9 162:7 163:2 |
| **observe**  229:6 | 128:2,4,7,8,11,18 | 36:12,16 37:6 | 164:2 166:19 |
| | 169:3,8 173:7,13 | 43:4 45:5 47:4,22 | 167:17 168:9 |

REDACTED

| | | | |
|---|---|---|---|
| 171:2 174:13 | 374:18 379:17 | **opinion** 207:21 | 439:4,8 |
| 175:5 176:19 | 382:12 384:8,10 | 428:6 429:13 | **os** 57:12,13 |
| 177:21 178:5,13 | 384:11,21 385:17 | 432:19 433:6 | **ought** 105:8 |
| 178:16 179:7 | 385:19 386:3,12 | **opinions** 433:3,12 | **outcome** 9:8 |
| 181:14 183:17 | 386:16,21 387:2 | **opportunity** 130:9 | 437:17 |
| 184:17 186:5 | 389:3 394:4 401:1 | 130:11 131:9 | **outlined** 107:1 |
| 188:10 189:5,5 | 401:15,22 406:20 | 132:2,8,10 133:20 | 175:18 181:22 |
| 191:8,18 195:2 | 407:9 408:16 | 135:21 285:5 | 239:7 319:19 |
| 197:11 200:7 | 415:14 416:3 | **oppose** 435:20 | 320:19 366:3 |
| 202:1,5,12 203:4,8 | 418:8 419:13 | **opposed** 45:21 | **outlining** 214:1 |
| 204:9 205:3,11 | 420:11 421:8,20 | 318:13 350:18 | **outreach** 419:1 |
| 209:20 210:2 | 424:2 425:19 | **opposite** 265:20 | **outset** 272:14 |
| 213:2,10 214:3,15 | 427:3 428:13,19 | **opsp** 283:19 | **outside** 23:14 |
| 215:2,11,16 216:4 | 428:21 429:4,17 | **option** 352:11 | 53:22 54:8,14,15 |
| 216:8,19 218:12 | 430:15 431:12 | 353:18 423:9 | 77:22 91:20 100:5 |
| 218:16 219:17 | 434:17 435:5 | 429:5,8,12,12 | 100:14 139:5 |
| 220:4,5,12 221:17 | **old** 146:6,11 151:4 | 435:21 | 255:15 325:11 |
| 227:1,12 229:13 | 151:19 159:13 | **options** 368:20 | 393:9 406:21 |
| 230:16 231:22 | 166:8 177:7 184:4 | 422:13 423:1 | 407:9,13,19 |
| 235:3,14,22 | **omb** 52:6 154:6 | **oral** 1:13 40:14 | 409:15 410:18 |
| 237:14,22 239:1 | **onboarding** 34:21 | 71:14,17 | **outstanding** |
| 239:14 241:5 | 35:1 | **orally** 9:10 71:7,8 | 435:17,22 |
| 242:15 244:8,8 | **once** 103:21 | **order** 10:19 28:11 | **outweigh** 304:11 |
| 250:2,18 255:6 | 150:13 209:14 | 90:14 109:22 | 363:22 |
| 256:13 257:9 | 211:17 247:22 | 129:11 152:14 | **overall** 359:19 |
| 258:9 259:17 | 248:19 297:15 | 154:19 155:9 | **overcharacteriza...** |
| 263:16 274:19 | 322:15 347:10 | 181:21 217:13 | 234:13 |
| 276:17,21,21 | 371:20 410:22 | 239:7 282:19 | **overlap** 338:20 |
| 287:7,13 290:19 | 411:13 | 327:9 | **overrun** 162:18 |
| 292:6 293:12,16 | **ones** 43:9 332:1 | **orders** 48:18 | **oversees** 42:18 |
| 293:19 294:4 | 405:22 | **ordinarily** 68:16 | **oversight** 3:1 |
| 298:1 300:19 | **ongoing** 84:19 | **organization** 12:5 | 291:22 293:2,6 |
| 308:4 309:16 | **online** 110:11 | 125:1 192:8 | **overstates** 312:6 |
| 311:11 312:16 | **op** 48:17 | **organizing** 57:8 | **overview** 59:19 |
| 313:22 314:22 | **open** 256:16 257:1 | **orientation** 64:18 | 60:2 |
| 318:9 321:1,4,10 | 289:16 335:21 | 84:18 86:18 | |
| 323:6,16 328:18 | 435:19 | 130:16,22 131:14 | **p** |
| 334:12,17 335:9 | **operated** 197:14 | 141:9 | **p** 4:1,1 8:1 |
| 336:10,15,22 | **operates** 204:16 | **original** 180:14 | **p.m.** 73:8 83:5,14 |
| 341:12 342:12 | **operation** 124:15 | 185:6 245:3,4 | 116:1 128:14,18 |
| 367:12 373:20 | 126:1 | 346:11 384:12 | 203:9 212:1,5 |
| | | | 235:8 240:19,22 |

REDACTED

250:8,12 308:19
309:1 335:12,15
380:18,22 419:15
419:18 435:11,14
436:6,7
**p.o.** 5:18
**page** 2:1,8 66:9,14
78:4 80:8,9,12
88:21 121:7,11,12
127:8 200:11,12
202:6 205:8,10
208:10,13,21
209:6 235:6
293:20 318:4
329:18 352:10,10
353:4,18 354:10
358:8 384:8,9
428:19 439:4,9
440:7
**pages** 438:3
**panel** 406:17,21
**paper** 80:3 172:11
259:18 349:15
390:6
**papers** 402:21
**paperwork** 34:20
154:5 302:3
**paragraph** 57:16
130:8 132:12
182:22 183:8
310:11 321:13
322:1 323:20
329:20 339:8
358:8 429:1,3,11
429:14 433:17
**pardon** 156:8
227:10
**park** 4:15 377:20
377:21 380:5
**part** 13:22 21:8
30:13,15 68:8

76:3 95:21 110:6
116:21 152:11
153:1 159:5,7
215:9 229:17,18
244:21 248:16
249:7,8 273:17
279:19 285:13
296:16 297:21
369:5 375:7 421:4
**participate** 19:12
**particular** 18:3
37:20 42:13 44:22
64:8 92:6 170:20
252:20 261:18
266:10 310:4
314:19 360:3
369:15,22 385:13
387:3 391:10
411:16
**particularity** 33:5
**particularly** 28:9
35:10 84:6 261:8
344:21 412:1
**parties** 1:19 8:11
118:21 437:13,16
**partitions** 256:22
257:7,8
**partner** 12:3
**party** 9:6 125:7
192:12
**pass** 30:2 174:22
**passing** 218:13
**pay** 34:6 308:8
**paying** 164:1
**pending** 84:21
86:16
**people** 16:10,12
20:3 30:18 31:12
41:4,5 42:3,9 43:5
43:19,19 44:20
47:2 63:21 65:3,6

84:17 91:6,9,11,20
102:5,22 107:15
108:18 131:1
150:16 152:12,15
176:5 192:10,19
197:15 202:7
204:14 211:14
224:10 244:1,3
255:17 258:10
266:22 273:9
281:13,20 282:14
284:10 289:12,15
322:8 323:17
325:11 327:10,11
327:16,19 328:3
328:16 330:13
331:18 332:4,8,21
334:4 345:7
349:14,18,22
351:16 355:4,8
360:13,22 362:16
362:19 363:5
385:3 388:15
407:18,19 410:17
414:9 417:12,16
418:8 421:21
430:19 431:3,6,10
431:15 433:20
**people's** 359:4
**percent** 224:1
328:6,7,15 331:1
332:4,6 353:2,6,11
353:22 354:13
355:2,4,5,8,11,17
357:12 362:6,10
362:22 364:6
365:1,9,15,17,17
366:1,12,18,19
367:3,7,20 369:1
414:7 416:22
417:15 425:21

431:3,6,8,11,14,14
**percentage** 108:17
351:4 361:18
430:7
**perception** 143:10
414:2
**perdue** 52:12
**perfect** 11:3
**perfectly** 264:11
302:8 434:6
**period** 30:14
31:19 32:7 34:7
34:17 55:11 96:7
147:1 179:7
197:12,14 262:15
271:8 277:17
283:16 290:4
341:2 369:4
383:17 419:21
420:12,20
**permit** 429:22
**perry** 4:7
**person** 16:17
43:14,17,22 44:1,4
44:10 48:5 76:7
77:5,7 90:5,20
91:12 92:8,13
104:3 125:14,15
153:16 161:7
169:18 171:3
173:9 179:20
183:5 184:11
203:14 213:16
214:18 215:5,7,13
266:21 267:6,17
282:20 283:13
285:9 295:4
339:13 382:5
391:9,12 396:18
397:22 410:16

REDACTED

**person's** 179:15
**personal** 167:10
  205:17 262:5
  266:10 300:11
**personally** 68:2
  297:9 400:12
**personnel** 21:1
  32:3 34:21 35:1
  74:10
**persons** 66:2
  345:2,9 353:7
  416:19
**perspective**
  259:17 266:10
  352:2,5
**persuade** 284:11
  284:15
**persuading** 282:20
**peter** 95:11 100:6
  100:8 218:17,22
  225:1,8 227:16
  231:20 288:15
  386:18 396:15
  399:7
**pgrossman** 4:9
**phone** 74:3 118:16
  121:19,21 122:9
  156:6,11 169:3,4
  169:13 170:6
  175:15,16 178:3
  179:8 184:17
  210:3,17 217:19
  270:8 271:6 398:1
**phones** 8:8
**phrase** 278:10
  355:21 356:4,7,20
  360:7 363:11
  366:7
**phrased** 280:21,22
  337:16 348:11

**physically** 34:13
**pick** 8:6 431:5
**picture** 77:14
  351:11 354:7
**piece** 224:11,12
**pine** 4:16
**pitfalls** 67:19
**place** 8:8,11 60:2
  89:13 122:9 130:6
  132:10 135:16
  149:18 151:22
  152:3,8 171:8
  181:12 204:18
  337:21,22 348:14
  397:22 411:9
  439:15
**placed** 64:15
  163:18 301:8
  418:15
**placing** 265:16
  429:18 434:18
**plaintiff** 8:15
**plaintiff's** 383:20
**plaintiffs** 1:4,14
  2:9,9,10,10,11,11
  2:12,12,13,13,14
  2:14,15,15,16,16
  2:17,18,18,19,19
  2:20,20,21,21,22
  2:22 3:3,3,4,5,6,7
  3:8,9 4:10 5:1
  10:3 56:2 62:3
  80:17 82:17 87:8
  93:19 114:7
  120:15 123:11
  137:17 145:7
  147:10 158:19
  164:14 167:2
  182:7 189:7
  194:15 199:21
  212:14 215:19

218:6 219:19
  221:19 224:16
  226:18 234:20
  241:4 293:1 309:3
  317:20 326:1
  372:15 374:20
  376:13 378:18
  381:4 383:21
  420:7
**plan** 415:4
**planned** 419:1
**planning** 36:2
  37:8 52:8 150:16
  200:9 283:21
  377:22 378:8
**plans** 115:20
**plausible** 86:6
**play** 204:13
**please** 8:5,7 9:12
  9:19 10:12,20
  46:2 79:5 98:5
  100:7 135:1
  213:16 214:17
  296:13 336:18
  339:7 439:2,8,11
**plenty** 130:15
**plus** 263:9 266:21
  413:21
**point** 10:11 12:13
  60:20 64:11 69:13
  75:15 105:7,12
  135:7 137:1,8
  139:20 142:15
  150:4 165:11
  166:13 171:20
  179:22 185:17
  186:1,2,6 187:12
  199:13 216:15
  234:7 237:15
  241:8,12 251:2,13
  268:2 273:4

275:12 292:17
  294:17 315:1
  316:2 332:2
  342:12 361:18
  362:5 371:18
  374:1 408:18
  411:6 414:12
  415:2
**pointed** 193:2
  227:6 278:2
  331:20 369:21
**pointing** 131:7
**points** 124:20
**policy** 19:2,7,10
  19:12 32:9 33:9
  33:11,13 35:13,18
  35:20 36:2 37:8
  37:20 38:1 41:3,8
  41:16 42:7,10,15
  42:21 43:8,19
  44:16,19 45:2,5,6
  45:16,20,21,22
  46:4,5,6,7,14 47:6
  48:2 49:21 50:2
  51:20 52:15 53:15
  53:21 54:6 57:2
  84:7 86:11 102:16
  124:10,12 128:7
  131:19 143:11
  150:5 173:7,13,16
  200:8 201:8
  257:16 267:6,17
  283:21 377:22
  378:8 404:8
**political** 13:17
  58:7 74:13 75:11
  75:12,21 104:10
  359:4
**politicals** 57:12
  76:5

REDACTED

politics  104:11
poorer  319:16
  320:16
popped  342:4
population  108:17
  155:8 272:18
  328:8 332:9
  349:10,13,18,22
  352:18 354:4
  355:3,17 357:7
  361:19 364:8,21
  368:7,13 430:3
  431:3,13
populations
  124:17 138:22
  139:10 140:11
  141:13 331:21
  349:12,13 359:13
  359:14 360:20
porter  1:15 4:4
  8:21
portfolio  281:22
portion  429:16
posed  70:19
position  33:7
  35:20 37:22 38:7
  44:7,13 74:9,13
  84:4 116:8 131:19
  142:18 173:13
  175:8,11 188:19
  188:22 281:14
  313:9,14,15
  317:11,15 336:1
  410:14
positions  19:2
possibility  133:4,9
  135:18 160:12
  164:5 171:5
  176:22 180:7
  190:17,21 380:13

possible  55:21
  65:22 72:19 85:14
  89:17 93:12 95:13
  95:16 101:12
  102:1 133:17,18
  135:13 145:4
  169:7 197:16
  201:6 203:22
  231:2,2 254:9
  282:19 306:7,17
  306:18 318:16
  324:8 376:17
  380:15 406:18
  422:10
possibly  60:20
  61:9 64:3 72:14
  73:19 136:21
  144:5 233:15
  260:5,10 397:12
post  67:7,10,19
  77:14 78:21 79:16
  81:8,20 146:14
  402:22
postal  20:7
postulating  362:4
potential  125:20
  265:18,21 360:16
  363:20 367:18
  395:22 406:21
  408:7
potentially  64:15
  84:12 146:15
  368:22 397:17
practice  13:2
  159:19 413:20
practiced  15:14
  193:11,19
practices  108:22
  109:4,13,21 110:7
pre  213:22 311:5
  320:2

precedent  379:7
precise  230:5,7
precisely  130:18
  142:21
predecision
  375:18
preliminary  153:9
  153:14 154:2,20
  156:18
premise  258:19
  303:10
premised  301:20
premises  258:18
prep  26:19 288:13
preparation  56:17
  62:13 345:13
prepare  20:10,18
  29:21 183:12
  232:21 243:18
  289:15 290:22
  369:8,9
prepared  11:5
  179:17 183:14
  232:5,19 288:10
  324:16 342:16
  368:16 423:14
preparing  18:20
  29:12 216:9
  219:12 288:18
prepped  289:1
prepping  26:10
  290:10
presence  315:11
  315:17 322:3
present  1:18 34:13
  76:12 97:22 126:5
  126:7 151:7 152:4
presentation
  322:20
presented  223:7
  264:5 316:20

330:9 332:4
  347:12 360:14
  391:7
president  116:7
  385:2 388:14
  392:14,20 393:5
  393:13 404:8
president's  29:1
  392:5,11 393:2
presidential  15:18
  16:4 17:16,17
  48:17
press  77:5,7 198:3
  257:17 386:11
  389:20 390:1,15
  390:20 402:9,13
presumably  65:16
  163:16 220:18
  222:5 365:18
presuming  295:4
presumption
  177:14
presupposes
  304:10
pretextual  301:1
pretty  31:4 128:17
  343:9
prevent  84:7
previous  149:4
  159:6 247:2,3,21
  377:7
previously  96:2
  103:8 111:20
  245:2 305:8
priebus  394:5,9,16
primarily  179:10
  224:9 257:16,17
  325:15
primary  41:11
  48:5 124:20 161:6
  171:1 181:11

REDACTED

| | | | |
|---|---|---|---|
| 208:19 242:18 | 225:6 243:2 | 225:11 230:10 | 301:7,21 303:12 |
| 263:14 338:21 | 261:16 271:6 | 231:15 232:4 | 317:5 321:7 |
| 421:20 | 285:13 323:14 | 233:3 338:2 | 344:15 354:15 |
| **prime**  369:14,16 | 341:4 346:14 | **promise**  239:19 | 367:10 370:17 |
| 369:17 | 390:14 391:13,21 | **promote**  350:6 | 372:1,7 418:2 |
| **principal**  242:15 | 413:11 431:8 | **prompt**  161:2 | 434:7 |
| 242:16,17 345:5,8 | **problem**  196:7 | **pronounce**  87:20 | **provides**  103:13 |
| 345:10 | 207:12,18 333:3 | **pronounced**  203:7 | 312:21 313:16 |
| **principally**  345:2 | 355:5 413:22 | **pronounces** | 350:3 |
| **print**  384:17,22 | 414:5,10 | 379:11,14 | **providing**  95:3 |
| **prior**  23:17 41:8 | **process**  23:22 | **properly**  124:19 | 350:9 355:1 |
| 64:12,14 84:11,14 | 28:11 30:20 31:13 | 281:1 | 422:14 423:1 |
| 84:22 86:15,17 | 84:1,19 88:22 | **proposal**  334:17 | **public**  386:2,11 |
| 108:5 130:20 | 97:1 106:10 150:3 | **proposed**  335:3 | **published**  390:5 |
| 168:11 242:2 | 152:5,11,20 153:1 | 351:7 | **pueblo**  381:7 |
| 253:18 298:8 | 154:16 176:5 | **proposing**  368:15 | **pull**  22:22 284:15 |
| 333:5 346:20,21 | 181:5,22 211:3 | 369:19 | **pulled**  66:19 91:17 |
| 347:8,18,20 384:5 | 239:4,5 296:3 | **proposition** | **pulling**  66:16 |
| 385:16 397:18 | 345:20 348:13 | 305:14 306:6 | **purpose**  11:14 |
| 407:13 | 350:20 372:13 | **prosecuted**  419:12 | 350:4 369:18,19 |
| **priorities**  160:6 | 374:5 379:5 | **protected**  62:21 | 408:21 414:14 |
| **priority**  168:10 | **processes**  106:1 | 414:13 | **purposes**  65:6,21 |
| 172:21 383:1 | 152:13 347:4,6 | **protection**  6:4 | 67:3 85:20 207:14 |
| **privacy**  167:10 | **processing**  34:19 | **provide**  30:4 | 207:20 208:4,6 |
| 205:17 | **proclamation** | 77:11 95:11,14 | 249:1 421:4 |
| **private**  8:6 204:14 | 50:13 | 103:16 132:14 | **pursuant**  1:14 |
| **privilege**  186:13 | **produced**  78:11 | 139:15 162:22 | 348:17 |
| 186:15,18 195:22 | 80:16 81:2 137:5 | 167:16 174:9 | **pursue**  151:2 |
| 340:16 | 247:10 248:20 | 177:20 274:13 | 152:6 154:10 |
| **privileged**  340:11 | 309:14 311:9 | 331:14 349:6 | 264:15 265:15 |
| 346:15 | 320:11 321:8 | 354:5,6 356:14 | 279:12 |
| **privy**  421:13 | **product**  62:17 | 370:10,21 403:22 | **pursued**  415:15 |
| **probably**  59:7 | 429:6 | 424:22 425:11 | **pursuing**  150:19 |
| 64:2,7 83:14 85:2 | **production**  302:3 | 426:17 427:10 | **put**  61:20 132:2,8 |
| 88:8 94:7 96:20 | **professional**  42:8 | 429:9 | 174:17 176:8,19 |
| 104:9 124:3 129:1 | **program**  402:11 | **provided**  95:2 | 190:11 243:4 |
| 129:17 141:17 | **programs**  103:14 | 126:17 132:19 | 245:9 248:12 |
| 142:18 146:13 | 203:21 204:2 | 155:14 156:2,5,10 | 267:16,16 295:20 |
| 147:21 150:4 | **progress**  172:22 | 156:12 157:10 | 300:1 302:13 |
| 179:9 190:11 | 183:14,18,22 | 174:6 248:6 | 306:5,18 307:13 |
| 211:16 215:14 | 197:4 215:1 | 258:20 275:5,10 | 323:19 327:14 |

REDACTED

333:3 337:15
338:10 347:21
348:12 367:22
411:19,20 419:2
435:21
**puts**   306:8 308:6
**putting**   91:18
164:5,8 180:7
337:1,12 348:3
372:8
**puzzled**   202:8,13
202:17

**q**

**qfr**   32:1
**qfrs**   29:15,17,22
30:8,12 31:15
**quality**   78:6
310:21 312:1
315:3 319:16,18
320:16,18 350:16
**quantify**   354:21
361:4 362:2
**quarter**   361:18
362:6,10,22
363:16
**quarters**   78:4
**question**   10:4,11
10:21 20:16 21:12
21:15,16 24:3,6,9
24:15,18,21 30:3
31:17 43:3 45:14
47:14 51:4 53:8
53:12,18 54:9,12
54:17 55:6,13
59:13 61:6 63:5
63:16,18 64:1
65:12,14,17,20
67:5 68:6,13,17,22
69:10,11,13,14,17
70:10,15,19 71:4,5
71:17,19 73:17,20

76:13 77:22 79:6
79:17,18,22 81:15
82:4,8 83:8,20
84:15,17 85:18
86:19 90:13 96:1
96:15 97:8,17
103:2,5,7,12,18
104:1 105:8,19
106:3,9,18 107:3,6
107:11,13,19
108:1,19 109:9,16
110:1,20 111:21
112:7 126:6 127:2
127:11,15 128:11
128:22 129:11,11
129:16,20 130:22
131:3,4,12,15,20
132:2,8,10 133:5,6
133:9,20 134:6,12
135:5,12,17,18
136:12 140:4,12
140:18,19,21
141:7,14,21,21,22
142:8 143:3 144:1
144:11,15 146:7
146:11 149:17
150:3,11 151:2,3,5
151:15,20,22
152:2,6 153:4,13
153:17 154:10,13
155:2,17 156:9,17
157:5,15,19 161:2
161:21 162:7
163:3,7 164:10
166:10 168:4
170:12,22 171:6,7
171:17,21 172:1,3
173:15 175:21
176:11,13,17
178:10 180:8,8,15
181:19 187:3,7

188:5,11 190:4,7
190:10,12,14
192:16 193:5,6
194:4 195:4,8,10
195:16 196:2
203:1 204:7 208:2
208:7,16 209:13
209:21 214:2,5
216:5,10,20 218:1
218:14 219:13
220:13 221:9
222:14 223:4,8
225:12,16,20
230:11,14,18
231:18 232:2,6,9
232:19 233:3
237:18 239:13,16
240:3 241:14
242:6,11 244:22
247:13 248:11,19
251:1,4,10,13,22
252:16,21 253:2,3
253:4,7,10,11,14
254:3,5,6,10,17
255:3,8 257:12,12
258:2,12,16,18,20
259:2,3,4,6,9,13
259:15,16 260:7
260:14,17 261:1,9
261:15,22 262:3,6
262:8 263:1,1,6,7
263:12 264:6,15
265:3,4,16 266:5
267:16 268:1,8
270:3,6,16 271:20
272:1,5,9 273:21
274:11,17,22
275:9 277:21
278:9,15 279:2,9
279:13 280:2,14
280:19 284:7

285:22 286:12
287:16 288:8,17
289:5,6,22 290:20
291:2,9,19 292:15
294:7,11,14,15,19
295:9 296:4,18
297:12,22 298:6
298:19 299:5,8,10
299:17,18 300:1,4
300:5,6 301:9,11
302:2,5,6,12,15,18
303:9,11,13,14,20
305:9,21 306:5
308:15 309:9
310:14,20 311:15
311:20 312:1
313:7 314:14
315:21 317:10
319:2,9,11 321:21
322:22 323:4,16
324:16,22 325:4
326:17,17 327:20
330:1,14,20 331:8
332:5,8,20 333:4,7
333:13,14,16
334:8 337:2,10,15
337:21 338:10,15
338:22 339:14
341:1,3 344:18
346:19,20 347:10
347:22 348:4,19
350:17 354:15
355:2,3 359:1,16
360:1,15 361:17
361:21 362:7
363:8 364:1,2
365:10,22 366:4
367:8,14,22 368:8
372:11 373:10,11
373:11,12,13,13
373:18,19,21,22

REDACTED

374:3 375:14
377:10 379:4,10
379:18,20 380:6
381:15,21 383:9
383:14 389:6,7
391:13 392:6,12
393:3,18 394:22
395:22 396:10
399:16 400:6,10
400:20,22 401:7
402:2,6 403:11,21
404:3,12 405:12
406:7 407:1,14
408:21 409:4
410:5 412:6,18,22
414:4,8 415:5,12
415:17 416:21
417:5 418:4,9,15
419:22 421:3,8,12
424:11,12,17
425:2 426:14,22
427:2,7 429:18
430:16 434:19,22
435:2
**questioned** 192:8
**questioning** 111:1
240:14
**questionnaire**
130:5 367:14
**questions** 3:5,7
10:9,19 18:19
22:6 23:3 26:12
26:15,21 28:3,5,9
28:10,14,20,22
29:5,9,19 30:16
64:13 66:9,20
68:9 70:4,8 84:19
89:1 127:12 129:8
130:16,18 131:8
132:15,16 134:2,8
134:9 141:22

146:4 149:11,12
149:14 154:3
220:15 226:10
241:6 242:2,6
244:8 250:16
258:21 288:7,18
289:11 292:11,13
303:18 319:5
326:9 329:17
335:17,22 336:4
349:21 353:9
356:3 362:15
369:6,17,19 370:2
370:4,9,18,19
371:8,16 372:4,5,8
372:15 373:7,9,17
374:14,17 375:10
376:13 377:1
378:10 379:5
381:11 382:1
413:18 416:14
417:13,14,17
419:9 423:20
435:16 439:11
**quick** 30:18
109:19 127:10
168:12 264:14
375:12
**quickly** 106:19
128:20 226:14,15
365:5
**quite** 47:13 52:21
53:1 72:14 73:19
106:19 163:16
224:8 345:6 360:4
371:14
**quote** 59:17 67:10
72:1 75:10 83:8
88:14 115:19
146:3 148:4 202:7
225:9 236:1

310:20 357:12,19
357:19 385:2
388:19
**quoted** 390:6

**r**

**r** 4:1 5:16 8:1
25:10 440:1,1
**race** 349:20
362:15
**races** 259:1
**racial** 138:21
139:9 140:10
141:13
**raise** 24:5,8,17,21
144:14 170:17
**raised** 69:1,4
81:14 96:2 104:3
104:14 111:20
112:7 144:8,15
245:2 390:10
**raising** 131:1
**ramp** 20:22 21:3,4
**ran** 12:5 125:7
407:11
**randomized**
334:12,13,17
335:3
**range** 70:8 105:19
288:18 353:3
365:2
**ranges** 49:10
**rarely** 257:3
**rate** 330:11,21
351:1,3 355:7
358:14 361:3
365:9 366:17
367:4,15,19,20
416:20 418:3
430:2,17 431:14
**rates** 105:20
132:14,17 134:7

137:7 327:5,6
366:13 417:18
**ratio** 430:5 432:16
**rationale** 254:1
266:9,14 267:5,8
267:12,22 268:4
268:17,22 271:18
286:11,18 294:21
296:7 300:10,13
300:16,17,19,21
301:7,8,12,13,21
302:13,15,19,20
302:22 303:21
304:1,4,11,12,15
304:20 305:4,8,15
306:8,9,19,20
308:6,7,9,10
350:22 351:19,20
351:22 352:3
383:11 392:6,11
415:8
**reach** 73:13,15
165:1
**reached** 168:3,6
400:4
**read** 15:5,7,7,9
78:10 79:21 80:21
101:4 130:15
145:13 146:17
238:17 294:5,8
312:17,21 314:11
314:16 315:22
321:13 356:21
376:1 402:9
428:22 429:15
436:3 438:3
**reading** 121:8
206:13 220:1
235:2 388:22
402:19

REDACTED

**reads** 80:20 207:6
207:11 329:20
339:9 358:12
**ready** 216:10
281:4
**real** 300:21,22
301:12,15 302:20
302:22 303:20,22
304:20 306:10
308:7,9
**really** 30:3 41:17
77:9 103:20
184:19 211:3
229:7 276:1 278:2
322:15 364:13
378:6
**reason** 64:17
140:9 143:5 181:9
192:9 257:19
258:1,3,19 260:16
263:8 264:11
265:18,21 266:4,6
268:8,12 272:10
273:13,15 275:1,6
286:10 291:7
295:18 296:9
300:21,22 301:5,9
301:15 302:7
303:6,11 305:3
306:10 307:16,18
315:14 316:3
340:10 343:14,15
361:20 414:16
429:14 440:7
**reasonable** 67:17
289:7
**reasonably** 80:3
**reasons** 70:9 86:6
86:8 106:22
167:10 205:17
259:8 262:1,12

263:15 264:8
291:1 301:1
304:16 330:16
359:10 360:21
418:21 429:12
**recall** 22:17 24:4,7
24:11,16,19 25:1
32:14,20 35:10
38:8 51:8 53:13
55:11 58:18,22
59:4,12,15 64:2
65:12 71:15 73:21
76:12 77:10,20
78:2 85:7,9,12
86:21,22 87:4
88:10 92:6 94:20
96:6 100:2,10
101:20 102:3
104:7,13 110:12
114:19 122:16
124:5,11 125:18
131:13 133:12,16
135:15 136:13,21
137:14 142:16,21
145:4 146:15
155:4 156:3
157:20 162:9
170:19 172:10,13
172:18 173:17,21
174:1 178:7,18
179:11 188:8,10
189:19 191:5,11
195:13,15 202:15
207:4,6 209:16
214:14 215:11
217:11 225:14,17
233:13 237:3
242:8 244:15
246:22 257:22
260:1 269:7
292:14 324:14

340:6 341:18
367:9 369:5
370:15 371:19
372:3 375:4 376:7
383:10 397:9
408:5,9
**recalling** 33:19
67:1
**receipt** 439:7
**receive** 26:21 93:3
237:16,19 246:7
**received** 31:16
216:15 222:12
245:4,5 246:2,5
247:18 290:4
291:8 294:20
295:10,15 335:20
344:4 347:17
387:1 390:20
**receiving** 71:18
**receptive** 285:13
**recipient** 115:9
181:11
**recognize** 212:20
222:3 384:21
**recollection** 11:14
27:8 29:8 34:4
61:3 67:4 68:5
71:20 89:10 93:11
196:4 203:17
258:7 323:6,11
324:7,10,11 328:5
346:10 398:12
**recommend** 101:3
132:13 142:19
344:22
**recommendation**
246:13 248:22
352:6,7
**recommendations**
86:15,17

**recommended**
173:9 245:13
247:16 248:5
283:8 285:11
344:11,14 350:15
421:1,10
**recommending**
113:18 132:21
**recommends**
101:2 413:17
**record** 8:4,12 10:1
11:10 20:16 25:9
26:12,15,22 28:3,6
28:14,21 29:6,9,19
36:21 39:14 50:19
50:21 60:13 98:4
111:8,9,12 141:8
158:8,9,11,14
164:20 211:18
212:2,3,6 239:9,10
240:17,18,20,21
250:9,10,13,15
301:8 308:20,21
309:2,6 311:8
321:8,9 335:12,13
335:14 343:3,8
346:15 347:8
354:3 380:16,19
380:20 381:1
383:20 391:19
419:13,15,15,16
419:17 435:7,9,11
435:12,13 436:6
437:11 439:10,17
**recorded** 8:14
**recording** 8:10
**records** 37:5 60:10
350:19 353:7,13
354:2,5 355:13
367:22 368:2,9,14
368:16,18 369:2

REDACTED

418:18,20 421:1
421:11 423:11
424:8,13,21 425:3
429:22 430:20
431:4
**red**  53:4
**redacted**  145:20
145:22 167:9
227:8,11,16
229:20 232:7
340:18
**redaction**  78:12
78:14
**redactions**  222:8
**redactors**  340:2
**redistricting**  14:22
193:19,20,22
194:10 393:22
395:4 396:4
399:20 401:11
404:13 406:8
409:10
**reduced**  437:9
**reduction**  154:5
**refer**  79:3 143:11
146:16 148:11
200:18 281:11
292:18 384:8
414:6
**reference**  137:6
141:17 142:21
187:9,10,18 209:4
229:12 230:12
231:10,17 239:21
302:12,14 357:8
358:2
**referenced**  301:22
409:14
**referencing**
219:15

**referred**  60:3
118:7 141:12
143:6,14 198:9
270:20 352:21
382:10,16,18
409:21 410:9,12
411:11,11,13
**referring**  72:6
96:8,18 102:22
107:15 132:6,8
137:10 149:3,4
150:22 155:3
161:14 187:14
200:21 213:8,21
216:19 217:16
222:21,22 229:8
239:5 241:16,18
241:19 244:16,19
354:11,12 357:10
357:15 358:3
360:7,9 373:22
388:20 400:5
**refers**  58:3 60:22
97:6 113:10
157:13 163:2,7,8
230:13 277:2
321:2 388:12
**reflect**  147:22
165:14 312:17
317:11 377:6
**reflected**  55:19
61:7 72:18,20
89:15 110:16
312:9 313:15
321:12 433:7
**reflective**  147:9
**reflects**  217:21
220:9,10 312:19
327:11,15 377:9
**reform**  3:2 291:22
293:2,7

**refresh**  288:3
**refreshing**  11:14
**refuse**  332:8
**refute**  351:6
**regard**  26:7 48:3
51:10 270:2
**regarding**  21:11
22:2 59:13 95:20
117:13 119:11
127:12 165:1
195:3,8 220:16
221:11 225:11,15
225:20 230:10
233:3 241:15
242:10 244:20
262:6 383:13
394:10,11,13
396:9 400:10
404:2 405:11
409:3 439:5
**regardless**  320:14
**region**  3:18
**register**  283:2
**registration**  13:5
**regular**  38:9 44:14
44:16 159:19
414:1
**reidy**  7:1 9:1
**reince**  394:5
**reinstate**  95:22
244:22 348:19
**reinstating**  96:14
97:7 103:1,5
107:13
**rejected**  352:1,4
**relate**  31:17
140:16
**related**  9:6 15:9
20:9,17 110:7
119:4 224:9
437:12

**relates**  318:9
**relating**  130:4,16
**relation**  14:4,5,6
**relative**  112:17
313:3 437:15
**relay**  383:4
**relayed**  184:19
185:3 233:19
237:11 383:4
**relevant**  39:4 50:6
82:11 108:20
109:6 211:3 253:9
253:14 254:2
260:9 299:9,17
300:8 304:17
340:19 346:22
427:12 428:11
**reliable**  351:5
**relied**  108:2 351:2
**rely**  108:7,13
350:18
**relying**  283:7
**remaining**  355:5
355:10 431:9
**remember**  27:1
28:17 32:16,21
33:2 37:4 60:5
61:1 71:18 79:5
82:2,6 92:4 114:4
147:6 179:15
188:12,14 202:12
210:13 221:12,14
237:22 255:12
287:20 292:13
322:17
**remind**  117:19
356:22 386:9
**reminded**  57:18
**reminder**  28:18
**remote**  20:1

REDACTED

**repeat** 259:5
398:21 403:10
**repeatedly** 223:14
**repetitive** 422:19
**rephrase** 10:13
278:18 422:19
**replied** 165:22
**reply** 71:12 130:1
**report** 9:10 36:4
42:3 43:5 102:11
178:14 197:3,8
252:8 272:15
378:2
**reported** 36:13
37:10,15 266:1
411:20 417:11
**reporter** 9:3,12
13:12 26:13 186:9
191:14 201:14
211:14 243:12
293:17 353:15,20
437:2
**reporting** 1:17
202:6 439:14
**reports** 120:8
310:18 402:17,19
**represent** 10:2
66:18 79:11 80:15
205:14 241:3
290:13 311:7
317:15 320:7,11
336:11 364:6
375:20 420:7
432:15
**representation**
312:8 374:5
**representations**
432:10
**representative**
292:12 298:18
299:7 300:3

316:19
**representatives**
297:10,16 299:18
434:21
**represented**
205:15
**represents** 314:20
342:10
**republican** 307:4
**request** 146:6,11
151:4,19 153:3,7
153:22 156:16
159:13 162:15
164:3 165:15
166:8,9 173:1
176:3 177:2,7,18
177:18 181:8
184:5 185:8 186:2
190:9 192:5 197:6
223:3,5 239:10,15
251:3 262:17
264:5 265:16
271:22 279:1
290:16 291:8,10
294:20 295:10,15
295:19 296:3,6,10
296:13,22 297:3,4
297:8,11,19 298:7
299:4,11 300:7
305:11 309:8,11
348:17 349:4
381:14 382:15
389:14 410:2,22
412:5,13 413:2,6
414:22 415:2,19
421:2 426:13
427:6 429:10
**requested** 64:14
153:17 239:3
261:13 299:19
342:13 348:18

**requester** 180:14
180:20
**requesting** 175:20
204:19 237:17
349:2 412:21
419:22
**requests** 28:13
64:21 154:4
250:22 337:14
421:11
**require** 20:22 21:3
21:4 368:20
**required** 13:22
300:15 419:7
**research** 4:2
108:21 109:13
155:5,6,11,12
172:7 181:6 193:2
282:21 283:3
285:6 413:15
416:8
**researched** 109:4
192:21 326:16,18
**researching**
285:16,18
**reside** 207:12,19
**residents** 80:22
81:18
**resolve** 436:2
**resolved** 139:20
141:2,5 142:10
341:3
**resources** 412:2
419:2
**respect** 86:3
248:13 291:18
309:11 324:20
326:15 382:14
418:4 430:10,19
**respectful** 281:1

**respective** 1:19
**respond** 129:11
332:22 353:9
360:14 367:13
390:7 418:9,10
427:11 430:19
**responded** 151:21
217:18 218:17
332:22 367:8
372:1
**respondents** 207:8
369:3
**responding** 76:14
331:22
**response** 30:6,18
65:14 67:18 83:8
105:20 132:14,17
134:7 137:7 146:6
151:4,18 159:13
166:7 177:7
180:12 184:1,4
215:6 216:4
276:15 327:5,6
330:11,12,21
351:1,3 358:14
362:7 363:1,16
365:9 366:13,17
367:3 372:7 373:6
373:9 377:10
387:7 389:20,22
391:8,8 409:15
416:20 429:10
430:1,17
**responses** 29:12
29:21 30:8,12
32:1 353:6 355:12
371:16,20 425:21
429:21 430:6
431:5 435:18
**responsibilities**
16:8 17:11

REDACTED

**responsibility**
242:20 289:13
**responsible** 26:10
44:20 192:12
439:5
**responsive** 65:17
68:14,17 79:22
168:13 300:4
331:9
**responsiveness**
330:2 366:2
**rest** 19:19 130:15
312:21
**restate** 187:2
228:10
**result** 319:15
320:16 338:6
350:5 362:16
393:17 394:21
395:21 399:15
401:6 404:12
406:6
**resulting** 361:17
366:1
**results** 252:8
**resumes** 43:4
**reveal** 291:1,7
305:9
**revealing** 307:17
**review** 11:8,13
41:1,13 97:18
105:9 151:6
153:10,14 154:2
227:7 281:8 290:8
296:4 325:2,16
360:19 375:12
378:9 426:12
427:6,10
**reviewed** 94:7
244:2 247:8 249:4
344:12 345:7

371:7,14,18,19
372:12
**reviewing** 370:3
**revision** 52:9
177:15
**riggins** 17:10
**right** 18:22 19:17
19:18 20:14 26:4
26:10 27:6,7,12,18
27:22 28:17 34:22
37:4,9 46:15 55:2
56:21 57:2,5,6
58:16 62:9 63:9
63:17 66:15 67:7
67:20 68:11 72:11
73:9,14,18 74:16
83:2,5,9 86:12,20
88:1 89:19 90:20
91:1,22 93:2,5,6
94:17,18 97:9,10
97:20,21 98:3
106:21 107:14,17
119:5 121:15,16
122:5 124:21
125:3 130:10
131:2,16 132:4
133:18 134:8
136:18 138:9
140:5 141:3 143:2
143:15 144:11,16
147:3 148:6,9,17
150:5 152:22
153:4,5 157:5
159:14 163:3
165:12,18 166:14
168:4,7 174:21
176:13 177:8
178:15,17 180:21
183:6 185:8 186:3
187:20 193:8
197:7 199:12

203:6 205:4
209:22 214:11
215:8 216:6,17,21
218:21 220:13
221:4 223:11,15
229:19 230:19
232:22 234:5
238:7,8 240:2
241:8,20 243:8,19
244:16 245:22
246:4 250:21
251:20 253:16
254:22 255:12,18
256:11 259:18,20
260:4 264:21
265:2,5 268:13
269:19,21 270:3,9
270:10,21 271:1,5
272:1 274:4,14
275:13 277:4,5,7
278:10 281:1
282:8,11,12,15,17
283:11,13 286:1
286:14 287:5,8
288:1 289:2,6
290:2 291:19
292:7 293:14
294:1,5,9,12 295:7
295:16,21 296:12
296:18 300:14
305:17 307:8,19
309:11,13 310:15
311:3,21 312:18
314:6,11 315:7
316:8,15,16
318:10,22 319:21
320:10,21 321:11
322:9 323:4
325:21 326:19
327:1,4,6,7,14,17
327:19 328:16,17

329:1,7,8,13 330:3
333:10,17,22
334:4 339:15,17
341:12 342:6
345:8 356:3 375:9
376:3 382:22
410:16 411:9
412:2 415:11
416:16 419:9
421:22 422:20
424:5
**rights** 5:11 14:19
126:16 127:3
153:18 155:9
192:13,17,18,21
192:22 193:8,10
193:11,14,17
194:8 262:9,16,18
263:14 264:9
265:1,5,11,12
268:3,9 271:1,14
277:11 295:1
349:9 381:22
382:6 383:6,6
400:4 403:7,16
409:19 410:1
427:18
**rivers** 20:3
**road** 4:3
**rockas** 198:1,2
256:10 386:4,8,13
386:14 387:1
391:6,18
**role** 17:13,20 19:2
25:19 26:1 48:3
51:10,17,20 52:14
53:15 74:20
139:13 152:11
393:2,6
**roles** 37:13 204:13

REDACTED

**[rolled - secret]**                                                    Page 52

| | | | |
|---|---|---|---|
| **rolled**  23:6 | **rule**  46:6 70:2,3 | 279:20,21 293:11 | 321:2,6 330:5,8 |
| **rolling**  371:20 | **run**  30:5 98:18 | 312:11 314:15 | 340:17 352:12 |
| **room**  6:16 90:8,10 | 150:9 224:10 | 317:10,13,16 | 386:10 388:20 |
| 90:11 197:15 | 411:7 | 321:11 340:3 | 429:5,18 |
| **rosenberg**  2:4 | | 342:12 356:5 | **scalise**  53:5 |
| 5:10 336:5,7,16,19 | **s** | 358:1,21 361:7 | **scenario**  155:7 |
| 340:15,21 341:14 | **s**  4:1 8:1 25:10 | 431:22 | **schedule**  20:22 |
| 345:22 354:8 | 57:18 141:8 | **says**  40:8,9 57:17 | 39:3 86:7 88:15 |
| 367:5 372:17,20 | 160:18 440:1 | 58:10 59:17 66:17 | 89:4,13 92:2,16 |
| 373:1 374:22 | **sacramento**  5:19 | 67:10 71:21 78:15 | 93:1 202:4 |
| 376:15 378:20 | **safe**  364:16 | 78:17 80:21 81:6 | **scheduled**  38:13 |
| 380:12,16 | **sahra**  377:20,21 | 88:14 95:17 96:9 | 39:1 91:14 |
| **ross**  17:8,9 18:14 | 379:4,11,14,15 | 96:13,19 103:1 | **scheduling**  85:21 |
| 20:11,18 21:11 | 380:5 | 104:16 107:12,16 | **school**  4:14 11:18 |
| 35:8 40:17 63:7 | **sample**  334:4 | 108:12 111:19 | 11:19 12:17 |
| 65:1 85:5 115:19 | 352:18 357:7 | 115:19 121:17,18 | **schumer**  23:8 |
| 121:20 144:2 | 416:16 | 127:10 130:2,8 | **science**  12:1 13:17 |
| 200:19 213:17 | **sampling**  329:14 | 132:13 138:15 | 14:2,6 18:11 |
| 241:10 244:13 | 356:11 368:11 | 139:17 146:2 | 104:10 434:3 |
| 250:22 251:20 | **san**  4:21 336:11 | 148:8 150:8 152:7 | **scientific**  433:15 |
| 279:11 284:13,13 | **santa**  11:20 | 153:2 154:22 | **scientifically** |
| 285:21 286:3 | **saturday**  189:16 | 157:16 159:12 | 357:9 |
| 287:18 289:10 | **saw**  62:19 63:1 | 160:16 161:9 | **scientist**  309:22 |
| 310:1 318:3 319:7 | 83:13 88:8 94:5 | 162:11 177:13 | **scientists**  357:13 |
| 324:5 338:9 339:3 | 94:15,19 97:19 | 181:13 183:1 | **scrap**  259:18 |
| 343:1,6 344:9 | 98:9 113:9 125:6 | 184:6,10 185:17 | **se**  289:16 |
| 381:5 390:10,22 | 138:5 145:17,19 | 187:11 191:12 | **search**  71:10 |
| 401:18,19 412:3 | 147:19 165:5 | 200:13 204:8 | 109:20 |
| 413:4 415:14 | 201:13,18 221:1 | 206:8 213:14 | **seated**  256:18 |
| 418:15,19 420:1,9 | 222:5 225:4 227:4 | 214:16 216:8 | **second**  25:2 57:16 |
| 423:14 | 238:4 310:9 | 221:2 222:12 | 80:8 95:17 107:10 |
| **ross's**  63:12 94:12 | 319:21 320:1,3 | 225:13 229:8 | 116:18 121:7 |
| 286:11 326:5 | 330:3 342:16 | 231:14 235:22 | 130:7 151:14 |
| 337:5 420:14 | 344:19 364:1 | 236:17,21 244:19 | 178:21 182:22 |
| **rough**  328:4 | 390:22 | 251:20 257:11 | 191:18 200:11 |
| **roughly**  135:16 | **saying**  45:11 | 258:1 273:19 | 205:7,10 240:7 |
| 271:11 328:3 | 149:16 166:3 | 274:1 275:13 | 284:6 326:12 |
| 357:11 | 183:21 203:5 | 279:6,8,10 293:21 | 335:10 358:8 |
| **rpr**  1:17 437:3,20 | 214:4 215:4 | 294:14 295:9 | 384:9 |
| 439:14 | 217:18 218:17 | 299:7 310:16 | **secret**  125:2 |
| | 227:15 230:9 | 311:17 319:15 | |
| | 252:13 267:21 | | |

REDACTED

| | | | |
|---|---|---|---|
| **secretary** 17:8,9,9 | 135:11 136:1,11 | 243:2,22 244:13 | **secretary's** 27:1 |
| 17:20 18:1,14,20 | 137:5,11 138:14 | 245:13 246:13 | 63:18 71:5,10 |
| 19:16 20:11,12,18 | 139:17 140:15 | 247:7,11,16 248:7 | 72:21 76:16 90:7 |
| 21:11,20 22:1,4,5 | 141:11 142:5,9 | 248:15 249:1,5,9 | 90:11 92:1 102:22 |
| 22:6,13,14,17 24:8 | 143:5 144:2 146:1 | 249:14 250:22 | 107:12 111:15 |
| 24:13,20 26:8,9 | 146:10 147:4 | 251:20 252:15 | 115:6,10 138:16 |
| 27:14 30:1 31:16 | 148:1,14 149:16 | 253:6,7 254:7,20 | 146:17 159:17 |
| 31:21 32:12 33:3 | 150:8,22 151:17 | 255:1,7 257:11 | 161:1 177:18 |
| 35:8,21 36:5,6,8 | 152:21 154:9,13 | 258:1,11,20 260:6 | 199:9,10,11 |
| 36:14,17 37:1,2,11 | 159:11 160:4,16 | 261:1,18 264:6 | 214:15 216:5 |
| 38:2,10,19 39:11 | 161:20 162:1,10 | 266:1,2,6 267:8 | 217:22 233:16 |
| 40:4,11,17 41:11 | 162:16,20 164:2,4 | 268:2,7 272:8 | 239:18 255:15 |
| 41:17 44:17,21 | 166:6 168:10 | 279:11 284:13 | 260:16 265:15 |
| 45:8 46:7 47:20 | 171:4,16,20,22 | 285:21 286:3,11 | 266:15 267:22 |
| 48:13 49:18 50:10 | 172:19 173:18 | 287:16,18 289:10 | 286:18 301:4,12 |
| 51:13 52:12 54:2 | 174:18 176:11 | 289:19 290:12,14 | 310:6 351:21 |
| 54:5,12,22 55:1,5 | 177:5,13 179:18 | 290:21 291:1,6 | 352:3 355:21 |
| 57:5,14 58:7,12 | 181:7 183:9,13 | 298:10,14 299:9 | 387:15 389:11,13 |
| 63:7,12,13 65:1,2 | 184:7 190:2,5,13 | 299:17,19 300:5 | 391:10 412:16 |
| 65:14 67:2,9,15 | 191:1 196:18 | 302:18 303:21 | 432:2 |
| 68:3,10,21 69:1,4 | 197:1 198:3 199:7 | 304:18 305:8 | **section** 50:14 |
| 69:16 71:1 72:1,9 | 200:19 201:4,8 | 309:19 310:1 | 349:5 394:2 395:6 |
| 73:5,8,17 75:8 | 202:7,13,17,21 | 318:3 319:7 324:5 | 396:6 399:22 |
| 76:10,13 79:16 | 204:19 205:7,9,16 | 325:5,6,8 326:5 | 400:1,5 401:13 |
| 81:9,13 82:3,7 | 205:18 206:2,2,17 | 333:18,20 337:5 | 404:13 406:8 |
| 83:8 85:5,5,18 | 207:17,22 209:1 | 338:9 339:3 343:1 | 408:14 409:19 |
| 92:13 93:9 94:12 | 209:10 210:3,10 | 343:6,20 344:9 | 410:1 411:15 |
| 95:18 96:8,13,18 | 210:15 213:3,4,14 | 346:18 347:21 | **sector** 204:14 |
| 98:17 100:16,19 | 213:20 214:21 | 351:11,12 357:14 | **security** 179:6,14 |
| 100:20 101:1,18 | 215:12 216:8 | 358:5 360:4,6 | 180:1,10,13,19 |
| 104:3,14,16 112:3 | 217:14,18 218:13 | 364:1 369:11 | 181:14,15 183:3 |
| 112:8 113:2,15 | 219:5,13 221:15 | 386:11 390:10,14 | 275:16,22 276:10 |
| 115:21 116:11,20 | 222:4,12 223:11 | 390:22 391:7,11 | 277:2,10 279:22 |
| 117:2,9,12,16 | 224:3 225:10,15 | 397:4 401:18,19 | 286:14,21 378:1 |
| 118:8 119:3,7,13 | 226:3,13 230:9 | 409:16 410:21 | 382:17,19 |
| 119:15 120:3,5 | 231:15 232:4,13 | 412:3,14 413:4,10 | **see** 10:13 38:16 |
| 121:20 122:18 | 232:18 233:4,9,17 | 415:14 418:15,19 | 56:14 57:7,17,22 |
| 123:2 124:15 | 234:15 236:13 | 420:1,14 423:6,14 | 58:1,13 63:4 72:4 |
| 125:17,22 126:6 | 237:1,5 238:21 | 425:8 428:3 | 78:21 80:13 81:3 |
| 128:8 129:7,12 | 239:1,14 241:9,9 | 432:15 433:21 | 81:4 88:18 89:2 |
| 134:11,14 135:3 | 241:10,12 242:9 | | 96:4,16 111:21 |

REDACTED

| | | | |
|---|---|---|---|
| 115:2,18 116:2 | **seen** 38:6 43:4 | 173:12 245:1 | **sentiments** 389:3 |
| 121:11 122:2,3 | 44:7 56:12 62:9 | **sense** 19:4,5 59:18 | **separate** 22:8,9 |
| 127:8 130:7 131:8 | 83:11 88:6 94:3 | 108:2 110:4 385:6 | 106:8,11,15,20 |
| 131:12 132:16 | 114:15,17,21 | 385:6 389:6 | 107:9 266:5 |
| 139:22 140:1 | 121:2,4 138:2 | **sensitive** 8:6 131:4 | **separately** 22:14 |
| 146:1,8,9 148:13 | 145:15 147:16,17 | **sent** 60:15 61:21 | 22:15 26:20 |
| 149:15,20 157:1 | 159:4,7 165:3 | 62:10 65:13 71:13 | **september** 182:21 |
| 160:21 161:11,12 | 189:14 200:5 | 73:7,12 81:8 83:4 | 183:10,19 187:15 |
| 162:10,14 163:13 | 212:22 216:1 | 83:12 114:4,20 | 189:16,18,18 |
| 180:22 182:22 | 220:5 223:14 | 121:20 148:1,14 | 215:12 222:11 |
| 184:21,22 191:8 | 224:22 227:1 | 165:21 189:15 | 225:6,19 227:15 |
| 200:16 202:5,10 | 235:4 238:3 310:2 | 203:5,8 208:9 | 234:11 235:8,15 |
| 203:4 204:5 | 310:3 318:7,8 | 212:21 215:6 | 237:14 339:3 |
| 205:22 206:8 | 320:7 373:3 375:2 | 220:7 225:6 | 437:22 |
| 207:9,10,15,16 | 375:4,5 376:16,20 | 232:12,16 233:2,4 | **sequence** 166:17 |
| 208:20 213:6,13 | 378:22 385:12,13 | 237:21 247:4 | **series** 223:6 |
| 213:18,19 215:15 | 385:14 387:9,11 | 248:21 311:6 | 288:22 322:10 |
| 216:13 218:16 | **self** 353:6 | 322:21 339:3 | **servers** 352:18 |
| 222:17 227:18 | **senate** 12:1,18 | 370:6 385:21 | **serves** 179:2 |
| 231:9 234:11 | 16:11,13,20 17:6 | 387:6 | 371:22 |
| 235:6 236:4,5,8,9 | 18:6 | **sentence** 95:17 | **service** 20:7 307:3 |
| 238:9 258:14 | **senator** 11:22 18:9 | 183:1 310:12 | **sessions** 167:22 |
| 259:7 261:16 | 20:6 23:16,17 | 313:13 319:15 | 279:11 283:10 |
| 267:2 270:5 | 25:17 | 329:20 339:9,10 | 400:9 |
| 293:21 310:7 | **senators** 23:15,21 | 348:16 352:12,21 | **set** 85:12 161:10 |
| 318:1 320:1,6 | **send** 28:8,9 30:6 | 356:21 357:1 | 166:10 199:3 |
| 321:5,6 325:14 | 30:16 44:9 49:5 | 358:12 385:1 | 349:11 354:3 |
| 339:8 342:19 | 50:7 60:17 68:16 | **sentences** 430:10 | 372:8 |
| 352:22,22 358:16 | 83:15 92:9 110:19 | 433:16 | **setting** 17:21 25:6 |
| 358:17 364:21 | 189:17 191:9 | **senteno** 2:4 5:1 | 25:21 189:20 |
| 379:9,17,19,21 | 272:4 349:2 370:5 | 381:2,4 382:2 | 220:11 231:14 |
| 384:11 385:8,9 | 413:2 | 384:1,20 390:8,16 | **settled** 146:4 |
| 386:20 | **sending** 79:16 | 392:13,22 403:12 | 148:19 149:11,14 |
| **seeing** 66:7 88:10 | **sends** 160:15 | 403:13 404:17 | **seven** 12:6 234:14 |
| 99:17 114:19 | **senior** 38:20 44:13 | 407:21 409:5 | **sex** 141:9 |
| 137:14 175:19 | 47:15 52:12 53:3 | 410:4,19 412:8,19 | **sexual** 64:18 84:18 |
| 231:19 232:7 | 74:5,7,17 75:10,12 | 413:14 415:7,13 | 86:18 130:16,22 |
| 244:5 | 75:21 76:7 96:1 | 416:2 419:13 | 131:14 |
| **seek** 412:17 | 98:17 111:19 | 428:12 | **shah** 5:5 |
| **seeking** 421:5,6 | 112:1,6 113:11,20 | **sentiment** 389:9 | **she'd** 174:3 |
| | 113:20 124:22 | 389:10 | |

REDACTED

**she'll** 10:18
**sheet** 438:7 439:8
**shelf** 132:19
**sherpa** 16:10,12
    16:14 17:5,13,20
    21:20 25:6,21
    26:2,5 31:13 77:1
    124:7
**shocking** 73:15
    224:2
**short** 55:17 211:15
    240:12 250:3
    327:4,5,13,15
    336:20 363:19
    418:10
**shortly** 25:22 27:9
    27:22 29:1 54:19
    55:7 69:2 81:15
    142:16 177:4,4
    214:4 234:15
    281:18 337:9
    341:17 387:1
**show** 92:15 317:18
    326:4 333:1 353:7
    376:11,18
**showed** 97:21
    101:4,14 332:19
    353:5
**showing** 81:17
    293:5 372:18
    373:2
**shown** 56:16 62:13
    62:21 98:10,15,20
    99:2 101:7,10
    145:20 244:10
    359:22 366:17,19
    377:7 384:5
**shows** 223:18
    391:19
**sic** 27:19 84:17
    157:11 219:14

269:5 278:11
    297:1 316:6
**side** 74:12 150:5
    203:18 363:14
**sign** 101:3 113:18
    245:13 246:14
    247:8,17 248:8,15
    249:5,9,15 344:11
    436:3
**signature** 94:12
    326:7 437:18
    439:4,6,9,13
    440:19
**signed** 100:16,19
    100:22 247:11
    438:7 439:8
**significant** 68:8
    261:14 350:10
    360:2,11
**significantly**
    357:16
**signing** 369:6
**similar** 179:3
    226:9 375:6 379:7
    433:22
**simple** 303:20
**simply** 55:12
    92:14 131:7
    152:16 185:10
    276:8 278:3 285:8
    323:16 342:12
    382:19
**single** 314:13
    317:14
**sir** 253:4 259:5,15
    275:1 303:13
    305:7 315:11
    323:17 419:20
**sit** 287:11
**sitting** 77:15 98:3
    197:21 256:15

257:10 417:9
**situation** 347:12
    355:10
**six** 12:4 41:4,5
    42:9 43:19 188:3
**size** 20:20 272:17
    331:2 380:1,4
**slightly** 297:22
**slow** 353:20
**small** 76:4 224:11
    354:18,20 356:17
    371:12 384:17,22
    414:10 430:6
**smaller** 355:18
    356:14
**smart** 433:21
**snapper** 53:4
**snow** 361:14
**sogi** 140:18,20,22
    141:7,8,13
**solely** 370:17
**solutions** 3:18 9:2
    9:4
**solved** 196:7
**somebody** 42:17
    44:9 46:17 51:15
    60:15,17 61:20
    73:2 76:1 80:1
    90:16 110:14
    118:1 132:10
    149:10 179:6
    185:16 270:13
    279:10 283:5,9
    285:5 289:18
    324:19 362:8
    370:21 387:5
    411:7
**somewhat** 44:3
    285:12
**soon** 59:20 61:1
    95:18 96:9 104:17

**sooner** 200:13
**sorry** 20:15 40:2
    45:13 100:7
    110:22 115:14
    121:8 134:18
    156:9 158:18
    186:11,19 190:18
    197:19 207:2
    228:9 238:11
    241:17 242:5
    255:22 266:1
    271:20 299:18
    316:11 318:18
    358:11 379:13
    393:1 398:20
    400:9 403:10
    405:21 408:12
    410:6 415:9 420:3
**sort** 31:9 36:15
    47:20 84:21
    218:19
**sound** 11:2 27:6
    27:17 238:7 292:7
**sounds** 11:3 27:7
    27:22 174:21
    236:2 238:8 241:7
    356:18
**source** 360:16
    431:19 433:14
**sources** 311:1
    312:4 315:6
**southern** 1:2 8:19
**space** 18:11 257:1
**speak** 117:2,9
    125:5 136:6 145:2
    168:20,22 169:4
    171:10 172:19
    177:21 179:21
    190:18 191:1
    208:14 277:4
    381:16 400:12,14

REDACTED

**[speak - starting]**                                                        Page 56

400:19 407:22
**speaking**   134:18
139:16 142:22
182:10,17,18
183:5 184:14
207:2
**specific**   18:13
46:14 61:3 102:3
153:11 361:19
394:12 402:20
403:1
**specifically**   59:4
66:17 221:13,16
288:16 322:20
382:3 405:2,4,6,9
**specificity**   330:19
**specifics**   225:17
**specifies**   136:16
**specify**   122:8
187:21
**speculate**   68:6
120:2 168:15
251:16 268:16
287:1 416:1
**speculated**   331:16
**speculating**   82:9
251:14
**speculation**   69:19
83:18 98:12
116:14 117:6
118:18 122:7
130:13 132:5
133:2,22 140:7
141:16 142:12
143:8,17 144:21
146:19 148:22
159:21 161:5,16
163:5 201:1
202:20 226:6
268:15 286:7,16
347:19 360:17

380:8 390:12
392:9,18 422:6
428:9
**speed**   40:19 59:10
204:15
**spell**   25:9 305:16
**spelled**   303:6
**spelling**   259:7
304:9
**spells**   304:14
355:1
**spence**   5:11
**spend**   150:15
204:16 218:19
285:16,18
**spent**   20:7 112:16
112:20 142:1
143:1
**spoke**   135:4 136:1
136:4 169:2,13
170:5 174:22
175:16 178:2,16
179:20 180:4
195:10 206:18
207:5 210:11
215:15 227:16
233:10,17 271:6
383:3,8 397:4
408:3,6 410:17
**spoken**   118:3,4
121:21 122:14
123:5,7 125:9
135:11 136:11
156:1 166:20
175:5 183:16
197:18 216:22
217:3 233:5,21
234:1 387:14
399:7 400:21
401:1,20 406:9
407:2,12,19

409:18
**sponsor**   270:6
271:19,22
**sponsored**   171:7
**spots**   147:15
**spring**   55:11 75:5
96:12 103:4 105:7
108:22 109:18
110:8 119:1,5,8,12
126:21 134:12
135:19 140:16
141:6 146:12
184:8 196:17
209:18 250:22
251:21 262:15,19
263:5,10 264:3,12
264:17 265:7
285:22
**square**   278:8
**squares**   295:6
**staff**   17:1 23:13,14
23:17,18,21 25:16
33:8,10 34:17
35:13,15 36:7,9,13
37:11 38:20 39:12
39:13,15,17,20,22
41:10 42:9 45:11
46:5 47:14,15
48:13 49:18 50:10
52:12,16,19 53:2,3
53:5,8,12 73:13
96:14,19,21,22
97:1,3,7 102:9,18
103:1 107:12,16
125:20 156:21
157:8 160:7 198:8
198:12 201:7
268:5 279:16
283:18,19 284:10
284:20 289:17
301:7 321:17

345:5 377:18
378:7 395:9,14
412:1 433:1,3
**staff's**   199:17
**staffed**   41:9
**stakeholders**
53:22 54:1,8,14,15
358:13
**stamp**   73:10 82:15
164:20 318:3
376:5 385:20
**stamped**   56:5 78:5
87:11 93:18
114:10 120:19
123:14 137:20
145:10 158:22
167:5 182:12
189:10 194:14
200:12 234:19
**stand**   57:13 192:9
**standards**   44:11
**standing**   30:19
38:9,11 47:17
256:19,19,20,21
300:18
**standpoint**   350:15
**stands**   141:8
235:12 381:7
**start**   12:8 19:22
34:6 61:15 171:9
181:13 230:22
239:4 275:19
429:2,7
**started**   11:21
43:11 73:5 75:14
195:14 287:14
411:12
**starting**   269:5
339:9 429:14
430:11

REDACTED

| | | | |
|---|---|---|---|
| **starts**  296:3 | **stay**  402:21 | 198:20 232:11 | **sugar**  52:9 201:12 |
| **state**  5:15 6:1 9:19 | **steel**  50:13 53:1 | 331:5 | 201:17 |
| 70:7 118:1 206:2 | 201:19 288:20 | **struck**  103:22 | **suggest**  231:14 |
| 420:6,8,8 434:21 | **steer**  283:10 | **studied**  15:12,13 | **suggested**  123:2 |
| **stated**  308:6,9 | **stenographic**  9:10 | **study**  13:16 | 136:20 248:2 |
| 312:20 342:6 | **stenotype**  437:8 | 334:13 | 275:15,21 276:8 |
| 346:17 389:15 | **stephen**  404:2,5,6 | **stuff**  47:3 203:16 | 283:12 298:20 |
| 410:21 | **steve**  116:6 405:11 | **su**  377:20,21 380:5 | 346:6 |
| **statement**  80:1 | 405:19 | **subcommittee** | **suggesting**  247:7 |
| 130:15 260:13 | **steven**  115:21 | 148:2,15 | 344:16 363:15 |
| 295:13,14 305:12 | 116:4 119:16 | **subject**  16:22 18:1 | **suggestion**  278:3 |
| 306:15 312:6 | 121:22 122:18 | 22:3 57:11 63:4 | **suggestions** |
| 313:1,18 314:9,11 | 123:1,5,7 | 63:15 71:4 148:8 | 289:17 |
| 314:13,16,20 | **stevens**  11:22 18:9 | 164:22 177:15 | **suggests**  139:7 |
| 315:13,20,22 | 20:6 25:17 | 186:13 195:21 | 418:1,2 |
| 316:15,21,22 | **stick**  162:11 | 220:17 230:13 | **suit**  287:4 |
| 317:2,8,14,17 | **sticking**  141:7 | 288:11 291:4 | **suite**  3:18 4:16,20 |
| 348:9 377:10 | **stipulate**  205:19 | 338:13 345:20 | 5:3,7,12 |
| 417:6 432:1,2,9,14 | 313:6,10 | 360:10 407:3 | **sum**  319:15 |
| 434:6 | **stood**  314:5,8,15 | **subjects**  202:8 | **summarized**  339:2 |
| **statements**  313:5 | **stool**  256:20,20,21 | 231:21 | **summary**  312:5 |
| **states**  1:1,6 8:17 | **stop**  150:20 211:9 | **submit**  28:20 | 313:18 |
| 8:18 13:9 70:9 | **stopped**  199:13 | 249:2 | **summer**  141:6 |
| 207:13,19 364:22 | 417:19 | **submitted**  28:15 | 199:2 209:17,18 |
| 385:2 438:18 | **straight**  260:2 | **subsequent**  237:15 | **supersecret** |
| 440:3 | 331:15 | 413:15 | 286:12 |
| **stating**  80:3 | **straightforward** | **substance**  120:10 | **supplement** |
| **statistical**  105:17 | 290:7 | 233:7,18 237:10 | 244:10 342:22 |
| 105:18 106:1 | **strategic**  36:2 37:8 | 275:14 298:4 | 343:2 |
| 108:21 109:4 | 52:8 200:9 283:21 | 385:15 426:11 | **supplemental** |
| 329:16 351:8 | 377:22 | 427:5 | 101:2 247:17 |
| 417:15 434:9,14 | **street**  3:18 4:8,12 | **substantially** | 248:2,15 249:2 |
| **statistics**  13:19,21 | 4:20 5:2,7,18 6:4 | 310:22 312:2 | 341:6,8 343:18 |
| 14:3 42:18 47:1 | 67:7 80:1 81:21 | 313:4 315:4 | 345:16 346:5 |
| 219:6 | 146:14 402:22 | **sudden**  342:4 | **supplemented** |
| **status**  78:20 82:1 | 409:13 | **suddenly**  292:16 | 350:19 |
| 223:3 310:22 | **strike**  44:14 71:15 | 294:16 | **supplements** |
| 312:3 315:5 | 76:20 96:6 105:15 | **sufficient**  105:12 | 343:5,7 |
| 319:12 425:22 | 115:14 116:18 | 264:11 265:14,18 | **support**  86:12 |
| **statute**  15:9 | 137:15 160:14 | 265:21 304:11 | 153:12 155:19,21 |
| 412:14 | 167:18 183:8 | 331:3 | 193:5 267:9 |

REDACTED

350:22 432:8,12
432:14
**supported**   370:1
**supporting**   240:1
**supports**   417:6,8
432:1
**supposed**   266:17
284:3 302:7,21
304:2,3
**supposition**   67:17
**sure**   10:16,20,22
35:11 38:5 42:5
43:12 48:5 49:22
50:7,12 52:1 59:9
78:17 79:7 86:13
90:14 91:22 98:21
104:11 105:3
110:5 128:1 136:8
149:1 154:15
187:5 194:3 198:7
211:19,21 213:9
217:15 219:16
240:9,16 243:10
248:10,18 249:6
251:17 255:17
260:4 279:19
289:1 293:13
296:9 300:2
305:22 308:2
311:5,16 312:10
329:14 334:16
338:16 356:1
357:2 360:3
368:19 373:14
387:16 389:19
390:19 401:19
417:5 420:5
424:18
**surmise**   160:9
**surname**   167:9

**surprise**   344:20
389:17 432:13
**surprised**   342:19
344:19 386:19
387:10,11,13
432:18
**survey**   14:9 78:18
81:22 356:16
**surveys**   105:16
327:1 357:7
**swear**   9:12
**sweet**   336:20
**switch**   43:13
**switched**   231:21
232:9
**switching**   434:17
**sworn**   9:16 437:7
**swr**   200:14,18

**t**

**t**   25:10 440:1,1
**take**   8:11 12:13
14:16 17:7 22:10
22:13 26:20 28:15
30:1 34:3 44:13
54:2,4 56:10
57:11 58:2 60:2
62:8 63:13 66:22
80:5,8 84:11
89:13 92:19 111:5
127:6 130:1,6
139:11 151:9
168:12 172:14
211:15 229:13
239:8 244:9 250:3
261:15 275:17
283:11 287:21
292:10 298:8
302:16 315:8,13
315:14,15,17,22
316:3,4 321:22
322:5 339:6 341:5

365:14 406:16
431:9,11
**taken**   8:14 106:13
304:13 313:13
437:5,8,14
**talk**   52:6 101:17
115:21 116:12,20
117:1 122:18
123:3 135:6
160:17 168:3
170:9 173:6,15,19
173:22 175:4
185:21 190:2
231:4 249:13
275:21 276:9
283:6 284:9
338:17 359:17
382:5 383:5
410:16 411:15
419:20
**talked**   35:11 97:14
100:4 126:14
131:11 155:13,15
157:18 175:7
207:7 219:11
277:14 283:12
338:13,18 381:8
383:2
**talking**   20:12 46:4
46:5 96:11 97:10
111:14 122:5
132:1 133:19
140:15 179:8
190:5 192:5,15
196:13 217:5,6,9
229:11 230:18
242:4 257:20
262:15 298:3
325:11 327:8
359:18,19 363:11
363:13 420:15

424:3
**talks**   160:19
**tariffs**   50:14 53:1
288:20
**task**   42:7 182:1
378:12,14
**tasked**   25:6
257:16,17
**tax**   77:8
**team**   15:18 16:5
17:12 25:3,4,20
26:2 30:8 31:2,10
32:13,19 57:9
76:20,21 161:7
**teams**   19:7 25:6
**technical**   324:20
352:2,5 426:12
427:5,10
**technology**   44:12
**ted**   11:22 227:21
**telecommunicati...**
18:4
**telephone**   71:18
90:5 125:12 206:9
**telephonically**
4:15 5:16
**tell**   11:5,17 13:15
16:14 17:19 18:18
21:22 33:6 42:8
55:5,10 60:6
65:10 66:17 71:5
74:7 75:20 78:15
94:10 100:18
117:20 118:8
122:11 126:11,21
127:5 135:4,9,14
136:10,17 137:2,3
139:6 140:3
144:22 152:21
153:21 154:12
156:14 159:22

REDACTED

| | | | |
|---|---|---|---|
| 169:5 172:19 | 325:14 | 280:6 287:19 | 197:8 201:20 |
| 174:11 175:8 | **teramoto's**  163:8 | 291:21 292:19 | 204:13,17,17 |
| 176:1,15 178:22 | **term**  16:15,16 | 293:1,6,18 295:2 | 226:8 229:9 |
| 185:14 195:18 | 43:22 44:2 158:3 | 298:9 303:19 | 239:20 257:16 |
| 196:5 203:10 | 313:3 329:9 356:9 | 304:21 312:11 | 266:19 285:14 |
| 205:20 206:17 | 357:14 358:1 | 347:15 400:18 | 288:22 289:4 |
| 207:17 210:10 | **terms**  126:15 | 410:8 437:6,7,11 | 302:3 307:10 |
| 211:17 217:9 | 328:4 | 438:4,5 | 309:13 347:6 |
| 219:16 220:8 | **test**  253:19 260:4 | **testing**  334:13 | 356:11 419:3 |
| 228:15,18 267:3,4 | 333:9 334:3,18 | **thank**  21:18 28:17 | **think**  22:20 25:11 |
| 267:9 284:14 | 335:3 | 56:9 70:21 120:17 | 28:19 29:11 37:3 |
| 289:19 298:18 | **tested**  333:15 | 158:18 182:2 | 39:21 41:16 55:4 |
| 314:1 316:16 | **testified**  9:16 | 186:16 212:13 | 55:12 61:16 63:8 |
| 322:13,16 323:1 | 22:10 57:1 68:8 | 215:21 218:8 | 65:19 66:4,8 75:5 |
| 358:18 371:5,15 | 68:20 81:16,19 | 224:13 230:6 | 75:5 77:14 78:9 |
| 374:15 376:17,19 | 104:2 107:14 | 243:20 249:12 | 85:16 86:1 90:1 |
| 397:6 404:7 | 108:3 109:7 | 278:19 294:18 | 94:20 102:4 103:4 |
| 415:14 417:19 | 165:10 166:19 | 335:16 336:3 | 103:13 106:7,16 |
| 420:3 | 184:10 200:7 | 372:22 420:11 | 106:17 109:19 |
| **telling**  58:18,22 | 208:9 214:10 | 424:2 439:12 | 115:1 123:19 |
| 78:13 85:9 136:3 | 248:13 255:13 | **thanks**  77:17 | 124:3 125:17 |
| 151:12 207:4 | 287:22 288:3,4 | 166:3 236:7 | 128:10 131:6 |
| 223:14 367:1 | 291:18 305:7 | 318:19 | 141:5 150:6,8 |
| 397:3 | 337:6 345:1 346:4 | **thanksgiving** | 155:13,14,14 |
| **temporary**  124:18 | 356:19 406:17 | 15:20 26:1 | 156:2 157:11 |
| **ten**  12:2 250:6 | 410:20 | **theirs**  320:21 | 158:2,17 168:11 |
| 364:20 | **testify**  132:7 | **theoretically** | 169:2 174:6 178:1 |
| **tens**  364:11 | 246:17 288:10 | 281:2 | 179:2 180:2,2,22 |
| **tenth**  4:12 | 290:14 319:4 | **thereabouts**  324:6 | 187:16 190:15 |
| **teramoto**  32:21 | **testifying**  288:20 | **thing**  79:21 107:7 | 193:1 198:7 199:3 |
| 39:16 75:14 97:3 | 288:21 | 154:5 251:17 | 199:17 203:7 |
| 102:6 121:14 | **testimony**  2:22 | 307:5 322:4 334:9 | 209:14 211:11,11 |
| 138:9 144:18 | 45:9,15 61:19 | 361:22 362:9,14 | 212:12 219:8 |
| 159:10 189:17 | 108:5 148:2,4,15 | 362:14 417:19 | 222:19 223:17 |
| 197:11,22 199:7 | 177:9 210:2,6,7 | **things**  41:16 74:12 | 233:1 236:13 |
| 202:2 205:6 | 231:22 246:1,10 | 84:3,5,6,12,21 | 237:20,20 240:10 |
| 208:21 218:16 | 246:22 247:2,3,15 | 86:3 92:10 106:12 | 244:1 260:3 271:8 |
| 220:19 221:2 | 247:21 249:20 | 106:15 108:20 | 272:14 273:14 |
| 231:13 235:7 | 252:10 253:13,18 | 109:9 112:17 | 274:13,13 277:13 |
| 236:1,6 255:18 | 253:22 254:22 | 129:2,3,5 150:16 | 278:16 279:14,14 |
| 256:18 298:13 | 276:12 279:4 | 163:16 168:5 | 285:2 286:20 |

REDACTED

289:16 299:8
300:4,8 303:18
312:16,19 314:12
314:18 317:8,13
320:3 321:15,20
323:2 328:1,10
332:15 334:8,15
336:7 337:5,21
338:18 342:1,6,20
343:5,22 345:1,11
346:3,6 347:2
352:22 354:22
358:2 363:14,19
364:16,19 367:17
369:20 382:20
386:18 389:20
391:20 400:2
406:3 410:7,11
413:9 414:2,16
422:2,8 425:5
427:22 428:4,10
428:16,17 433:11
**thinking**  192:2
387:15 389:1
**thinks**  58:11
222:15 254:9
**third**  43:16 310:11
339:10 350:11
352:12
**thirds**  80:11
**thompson**  59:18
59:21 142:19
162:17
**thompson's**  148:1
148:14
**thought**  96:14
97:7 99:9 103:1
107:13 168:16
186:17 254:20
255:2,7 326:10
364:14

**thoughts**  342:13
**three**  78:4 125:18
162:5 178:1,19
180:3 183:22
256:5 270:12
271:7 277:16
310:11 316:1
323:8,12 328:6,6,7
365:17
**threshold**  150:18
**thresholds**  150:14
154:11
**thursday**  1:10 8:4
440:6
**time**  9:11 20:7
21:8 22:7 27:13
28:22 31:1 34:17
38:16 40:19 46:12
49:7 52:6 55:9
57:4 59:22 60:20
62:19 63:1 64:13
64:20 74:6,18
75:11,13,22 83:13
84:9 86:11,13
87:1,1,5 94:5,11
94:15,18 96:7
97:19 99:7,13
104:12 109:3
111:3,7,11 112:16
112:20,21 113:6
114:17,21 115:7
116:1,8 125:8,19
127:20 128:12,13
133:11 134:19
138:4 142:2,3
143:2 145:17
147:1,19 150:15
158:10,13 162:21
164:3 165:5 178:2
179:7 182:1 186:1
186:17 187:14,21

188:3 189:3
197:12,13 198:4
201:10,18 203:11
203:20 204:17
207:3 211:6,9,11
211:20 212:1,5
219:2,7,9 223:19
224:7 225:4 227:4
228:10 229:4
230:3,6 233:9
237:7,7 240:19,22
242:8 250:8,12
251:2 252:2 257:9
258:14 259:6
271:13 281:3,16
281:17 283:3
285:15,16,18
287:13 289:7
290:3 304:14
308:16,19 309:1
319:21 335:6,12
335:15,18 341:2
342:1 343:19
344:2 353:11,22
371:7,13 372:2
380:18,22 397:5
403:4,14 411:18
411:19 413:12
419:15,18,20
420:12,20 423:18
435:11,14,19
436:5
**timeline**  183:16
**times**  125:11,16,18
125:18 143:22
162:4,5,5 168:7
169:1 177:21
178:1,17,19,20
179:21 180:3
256:14 271:7
277:15,16 316:1

338:1
**timing**  30:17
141:4 317:7
**title**  35:12 139:6
198:7 282:1,4
378:5,6 386:10
**titles**  281:19
**today**  10:6 11:6
62:14 97:19 99:22
114:21 138:4
147:19 165:6
197:2 212:22
225:5 227:5
244:10 335:22
336:2 381:8 384:6
385:16 423:19
435:16
**today's**  436:4
**todd**  17:10
**told**  27:5 34:1
81:13 83:22 84:8
112:13 119:15,19
120:5 148:7
153:15,20 162:18
166:8,10 173:8
176:10,21 184:15
193:7 210:4 236:1
239:14 245:16
264:16 337:9
381:15 410:22
426:4
**tomorrow**  209:1
231:14
**top**  130:2 149:15
202:6 209:6 429:2
**topic**  59:19 87:2
131:4,16 142:1
143:1 171:1 187:6
232:10 288:19
**topics**  57:20 58:21
59:6 61:7 85:22

REDACTED

86:10 88:16,22
93:6 140:22 393:9
404:20
**total**  328:8,9
418:11
**touch**  59:18
217:13
**touched**  227:16
**track**  45:3,17,21
51:15 150:9 411:6
**tracks**  22:9
**trade**  12:5 274:16
274:21,22
**traffic**  376:19
**training**  13:18
14:9,11,19,21 15:2
**transcribed**  295:4
**transcribing**  10:18
**transcript**  3:11
10:20 293:5,9,13
293:15 295:4
439:7
**transcription**
438:5
**transition**  15:18
16:5,9 17:12 25:3
25:4,19 26:2 30:8
31:2,8 32:13,19
76:2,19,21 123:21
123:22 124:10,13
126:4 161:7
383:16
**transitioned**  30:15
**transmit**  422:12
422:21 425:9
**transmittal**  219:10
**transmitted**  49:15
49:20 238:10,14
238:15
**transportation**
12:1

**treating**  168:18
**tremendous**  142:1
223:18,20
**trial**  316:6,14
333:17,21 334:1
**tried**  20:2 65:16
193:14,20
**troublesome**  261:8
**true**  418:7 437:10
438:4
**trump**  3:9 383:13
383:21 384:3,13
388:4,14 392:2,20
393:13
**trump's**  392:15
**trust**  340:18
**truth**  295:12
**truthfully**  70:5
**try**  10:22 28:21
30:4,19 41:2,15
68:14 84:4,19
128:20 135:16
162:11 305:13
332:13,16 336:20
**trying**  32:3 42:4
48:7,9 51:13 86:4
89:4,13 128:16
129:2 155:13
162:21 168:13
224:9 254:6
261:18 282:7
314:19 317:15
356:6 362:1
366:22 397:13
398:13
**turn**  8:8 121:7
329:17,18 346:16
352:9 358:7
428:13,19
**turnaround**  49:7

**turned**  283:12
**turning**  352:11
373:19 377:3
**turns**  278:7
**twice**  23:2 209:14
322:15
**two**  12:5 14:1
16:18 18:5 31:5
49:10 80:11 86:2
86:21 100:11
106:11,15,16
125:18 141:22
142:6 150:14
162:5 180:3 214:7
214:10 242:21
243:9 270:11
277:18 287:12
294:11,14 310:11
323:8,12 328:5,6,7
345:2,5 346:7,8
349:11,21 351:13
410:17 430:10
433:16
**typewriting**  437:9
**typical**  28:10 51:9
51:10 52:15 53:20
202:2 243:8
**typically**  22:5 30:1
41:1 49:8,13
51:17 60:13,17
90:4,6,18,21 91:5
91:6,10 92:9
98:18 102:16
279:13 320:5
356:14
**typing**  66:6

**u**

**u.s.**  6:10,14 9:20
152:18 207:7
438:16

**ucsb**  12:9 14:2
**uh**  31:11 67:8 79:1
103:3 123:15,17
127:9 128:15
149:19 151:16
159:3 213:7
229:14 231:11
280:9,11 292:4
293:22 326:13
328:22 339:12
341:7 358:10
362:21 377:5
**ultimately**  267:19
427:16
**umpteenth**  133:11
**unable**  20:4
**unanswered**
373:17
**unavailable**  399:1
**unaware**  278:5
**unclear**  10:12
**uncommon**  185:12
185:14 204:18
276:14 282:17
**undercount**
361:16 393:17
394:21 395:21
399:15 401:6
404:11 406:6
**underestimate**
416:22
**underestimated**
81:11
**undergraduate**
14:16
**underlined**  58:11
139:21
**understand**  10:11
15:10 21:15 29:17
43:12 64:12 70:12
70:20 79:3 110:6

REDACTED

115:9 116:17,19
128:1 138:13
139:13 148:18
172:20 187:18
200:18 202:22
214:20 222:7
223:2 241:10
253:3 254:8,15
259:4 260:7
293:10,11 298:13
299:16 302:4
307:18 308:4
309:10 310:13
311:21 312:10
313:6,8 329:7,9
343:2 358:18
366:22 381:12
382:12 389:8,10
414:12 420:16,17
423:17 429:1
**understanding**
93:8 113:12 154:3
171:19 176:4,6
180:15 181:5
188:18 203:19
221:8,10 230:12
235:14 247:15
248:12 252:15
253:6 260:3
266:13,17 277:9
281:21 300:20
301:14 302:21
304:1 307:15
308:8 314:21
315:1 343:13,15
349:7 354:9
355:20 356:6
370:16 371:1,5
392:4,14 393:1,5
398:7 400:18
414:21 415:3

**understood**
151:11,13 223:5
245:22 246:17
274:19 276:18
317:1 326:16
342:22 343:7,8
**undertaking** 331:3
**underway** 78:19
79:2
**undocumented**
63:21 65:3,20
66:1 81:12,18
262:10 349:14
**unfamiliar** 30:4
**unfortunately**
77:10 276:14
333:6 374:10
**unified** 4:14
**union** 4:7
**unique** 20:8
**unit** 8:13 111:6,10
158:12 212:1,4
250:8,11 308:18
308:22 380:17,21
**united** 1:1,6 8:17
8:18 207:13,19
364:22 385:2
413:16 438:18
440:3
**university** 11:20
13:20
**unión** 381:7
**unquote** 83:9
388:19
**unredacted**
145:21 227:8
229:15
**unusual** 45:5
66:10 119:13
243:17

**upcoming** 57:18
95:20 147:2,5
244:20
**update** 40:17
119:10,13 172:16
214:4 222:13
225:10 226:4
230:9 233:2
236:10,11
**updated** 76:8
222:13 231:6
**updates** 119:4,8
232:19
**updating** 233:5
**upper** 159:7
**uproar** 131:2
**ups** 360:12
**urgency** 204:10
**urgent** 73:20
168:9,16,18
204:19
**usdoj.gov** 6:12,12
**use** 16:15 158:3
177:3 180:11
190:10 262:21
296:2,14,17 297:7
307:9 310:21
312:2 313:3 315:4
319:11 329:9,15
353:12 354:1
357:19 365:7
368:15 382:7
383:7 403:19
418:19 423:10
425:3
**useful** 126:15
176:7 252:22
272:20 273:1
275:7 279:18
297:3,18

**uses** 350:4 357:22
**usual** 45:20
**usually** 49:5 52:21
128:20 150:11
204:16 273:13
347:9
**uthmeier** 95:14
97:2,15 100:4
155:15 156:3
186:6,22 187:6,13
188:6,8,19 195:3,9
195:18 214:11
217:8 220:20
225:2 227:14
228:18 231:13
232:2 242:18
243:16,22 246:9
255:20 288:14
345:10 369:12
386:18
**utilize** 185:4
**utilized** 153:18

| v |
|---|

**v** 8:16 381:5 420:9
438:18 440:3
**v10** 320:2
**valid** 267:14 301:5
302:8 303:5,6
**value** 279:16
410:15
**var** 399:22
**variation** 417:15
**variety** 106:21
329:15 418:20
**various** 95:19
96:10 244:5
417:18
**vast** 282:13
**velkoff** 335:2
**venued** 336:13

REDACTED

**veritext** 3:18 9:2,4
**version** 227:7
  229:16 311:17
  319:2 320:3,8
  321:10 375:21
**versions** 245:4
  320:10
**versus** 364:9
  417:14
**vicinity** 22:21
  178:19 323:14
**victoria** 335:2
**victoria's** 125:2
**video** 8:10,13
  111:7,11 158:10
  158:13 212:5
  240:19,22 250:8
  250:12 308:19
  309:1 335:12,15
  380:18,22 419:18
  435:11,14 436:5,5
**videographer** 7:1
  8:3 9:3 111:6,10
  158:9,12 211:15
  211:22 212:4
  240:18,21 250:7
  250:11 308:18,22
  335:11,14 380:17
  380:21 419:14,17
  435:10,13 436:4
**view** 103:17 105:6
  105:9,12 106:2
  107:2,5,18,22
  108:8,14 109:8
  110:8 113:12
  156:15 180:18,22
  192:4,14 284:22
  307:7 311:21
  312:17,19 314:20
  335:19 402:4

**viewpoint** 370:1
**viewpoints** 402:20
**views** 320:15
  402:1,4,7,11,14,15
  404:22
**villages** 20:1
**volume** 331:2
**vote** 350:1
**voter** 393:14
  394:19 395:19
  399:13 401:4
  404:11 406:5
  408:10 409:6
**voters** 364:5
**voting** 14:19
  126:16 127:3
  153:18 155:8,9
  192:13,17,18,21
  192:22 193:8,9,11
  193:14,17 194:8
  262:9,16,18
  263:13 264:9,9
  265:1,5,11,12
  268:3,9 271:1,14
  272:17 275:8
  277:11 295:1
  349:6,8,18 351:9
  368:17 381:22
  382:6 383:6,6
  400:4 403:7,16
  409:19 410:1
  411:15 423:13
  427:18
**vp** 124:22
**vra** 251:10,18
  277:6 394:2 395:6
  396:6 401:13
  404:14 406:8
  408:14 416:3
**vs** 1:5

**w**

**wait** 10:21 79:5
**wall** 67:7 80:1
  81:21 146:14
  402:22 409:13
**walls** 256:22 257:5
  257:6
**walsh** 6:19 95:7
  97:2 98:6 100:1
  246:9 318:16,19
**want** 18:18 59:9
  91:22 103:11,15
  110:5 116:11
  131:19 161:10
  191:18 240:12
  242:3 250:17,21
  254:1 257:11
  260:2,4 268:8
  270:16 272:12
  273:5,6,11,17,22
  274:6,12 275:2
  277:20,20 279:6,8
  279:19 280:1
  282:15,21 283:6
  284:8,9,12,19
  289:1 293:8 294:2
  302:11,16 310:10
  311:12 312:10
  316:5,7,15 341:10
  350:12 363:13
  383:19 398:19
  424:17 427:22
  428:5 429:1
**wanted** 64:11 86:9
  116:19,22 130:20
  142:18 154:14
  160:7 170:17
  171:16,20 172:1
  176:2,11,11
  190:13 218:2
  226:13 243:3

252:16 258:11
  260:6 261:4 270:5
  272:8 285:22
  287:16 291:2
  299:9 300:6
  332:10 337:10
  348:5 382:5
  435:21
**wanting** 176:22
  260:16 268:1
  286:11 383:5
**wants** 38:2 40:4,7
  44:17 226:15
  251:22 252:2
  253:7,13 258:2
  262:1 266:16
  306:10,20 333:21
  385:2 423:18
**warn** 162:19
**warrant** 265:19
**warranted** 96:15
  97:8 103:2,6
  106:13 107:14,20
  108:1,10 109:9
  110:1,3
**washington** 1:9,16
  3:19 4:5,12 5:3,8
  5:13 6:11,17,21
  8:22 32:18 77:14
  228:5 402:22
  438:17 439:16
**watched** 293:17
**watermark** 376:2
  376:6
**way** 34:7 64:11
  68:19 78:4 80:11
  90:5 92:17 106:10
  107:4 142:8
  152:18 185:10
  243:8 260:6,11,13
  260:15,17,22

REDACTED

261:17 266:13,19
266:20 267:2,4
273:22 280:22
284:8 302:16
305:13 310:13
321:1 332:17
337:16 346:3,3
348:11 349:5
367:6 368:14
379:12 423:19
428:6 432:6
**ways**  45:1 53:3
**we've**  26:7 53:1
87:12 104:20
111:2 145:11
308:17 320:7,11
344:11 350:8
381:8 383:2 386:7
387:14 419:11
**web**  66:14 208:10
208:13
**website**  66:3,5,7
66:19 390:5
**wednesday**  148:5
148:8
**week**  49:11 156:21
178:4 233:14
387:5
**weeks**  174:15
188:3 221:1
277:18 287:12
**weigh**  363:13
**weighing**  362:9
363:8,10,12
**weight**  366:6
**welcome**  212:8
**wendy**  32:21 33:3
39:16 75:14 97:3
102:6,8,9,14,15
121:14,18 122:11
122:14 138:9

144:18 159:10,17
160:15 161:2
164:2,4 173:4,18
189:15 191:8
197:22 205:6
210:12,13 218:16
235:7 236:7
255:18 256:18
257:2 325:14
**went**  11:19 12:6
12:17 170:16
269:21 271:4
283:4 296:12
297:9,16 371:16
372:9,11 381:20
383:10
**when's**  27:19 63:1
83:13 94:5,15,18
145:17 147:19
225:4 227:4
**whispering**  8:6
**white**  48:4,8,16,19
49:4,9,15,21 50:9
50:11,15,16,16
51:4,7 74:5,7,12
74:17 167:18
173:12 283:9
388:1 391:16,20
393:8 395:9
410:12
**widely**  330:11
**wife**  115:10
**wilbur**  200:19
213:17
**willing**  271:22
296:22
**wise**  5:16
**wishes**  239:18
**withdraw**  156:9
294:2

**withdrawn**  138:19
246:12 251:7
252:13 254:21
260:14 271:20
275:18 278:18
282:6 290:12
299:14 304:19
322:7 323:22
327:10 328:18
**witness**  9:13,15,17
26:15 56:8 62:16
70:21 87:11 93:17
114:9 116:15
117:7 118:13
120:2,8,17,19
122:8,22 130:14
133:3 134:1 140:8
143:9,18 144:22
145:10 146:20
149:1 159:22
160:11 161:6,17
163:6 165:21
166:16 182:9
186:13 187:2
189:2 190:20
191:16 194:5
195:13 196:1,4
201:2,16 202:21
204:12 206:13
210:7 211:7,12
215:21 218:8
224:5 225:22
226:7 235:19
243:14 247:3,22
252:5 253:9,19,22
254:14 255:10
258:7 259:12
263:21 268:16
274:11 275:5
276:6 280:16
284:22 286:8,17

287:1 291:15
297:15 299:13
301:4,19 303:5
304:8 305:3,20
306:14 307:2,22
308:14 311:16
329:4 331:13
334:22 336:3
340:17 341:12
343:22 345:21
353:17,21 366:22
380:9 381:19
384:17 390:4,13
392:10,19 404:16
407:17 409:2
410:7 412:12
413:9 415:11,19
415:21 423:5
425:5,17 426:3,16
427:9 428:10,17
433:19 436:3
437:5,8,11 439:5
440:5
**witness's**  108:5
210:6 247:2,21
253:18
**woliver**  4:15
**word**  34:3 66:22
70:13 81:5 108:9
180:21 287:21
292:10 298:17
307:9 358:19
360:6 362:18
429:15 430:11
**wording**  324:1,13
346:6,8
**words**  43:13
176:14,20,21
237:3 251:21
275:13 298:4
330:8 337:21

REDACTED

**[words - york]**                                                    Page 65

353:8 356:2 360:2
423:12
**work**   9:19 10:1,15
17:15 30:7,10
38:1,3 40:3,4,7
42:3 43:5 44:10
44:18 62:17 73:18
74:22 89:19
112:18 124:21
150:2,14 153:2,6
199:5 201:19
228:1 229:1
243:21 254:7
256:16,17 260:6
260:11,18,20
266:17 268:5
276:16,20 277:1
280:10 282:11,15
284:12,16,20
285:5 337:22
338:20 371:13
378:2
**worked**   11:21
25:15,16 75:6
76:1 98:16 104:8
152:12 167:20
168:1 235:15
242:13 243:5,9
248:7 255:13
289:9 389:11
**workers**   21:8
124:18
**working**   11:22
12:17 15:20,22
43:10 50:5,13,17
51:13 52:9 54:6
76:9 77:18 97:13
97:15 99:6,13
113:5 118:22
129:2 195:14
198:13,16 199:13

201:11,12,17
209:20 211:1,4
214:8 223:20
226:10 234:6,10
234:12,13 237:12
257:10,15,15
355:13 411:17
421:21
**workload**   285:1,1
**works**   34:7 45:11
57:2 58:4,7 97:4
128:6 152:19
200:8 228:2
377:21 386:1
**world**   103:9
262:12
**worry**   91:18
**worst**   146:3
148:18
**worth**   150:19
**worthy**   108:10
**writes**   162:10
236:6
**written**   146:2
148:2,14 208:21
**wrong**   205:21
246:2 262:14
325:3 336:9
**wrote**   147:18
151:17 159:11
213:1,22 214:3
269:16 339:19
340:4 380:6,14
396:18 430:11
432:20 433:3
**www.census.gov**
66:13

|   y   |
| :---: |

**yang**   5:6
**yeah**   15:19 16:16
24:1 27:7,19,22

41:21 43:11 44:19
49:19 52:4 54:6
57:10 60:8,20
79:4 83:10 87:21
88:4,19 89:3
92:10 98:8 102:1
109:19 114:19
116:3 135:13
156:1 159:15,15
159:22 196:16
220:3 243:17
247:13 254:5
269:20 271:7,10
271:12 276:19,20
278:9 280:19
287:6 289:3 292:8
292:9 297:21
307:22 310:17
313:6 314:8
327:17 328:14,17
329:19 353:4
354:22 370:13
374:2 403:12
432:7 435:8
**year**   12:7,20 35:16
43:16 44:10 75:6
88:22 89:1 108:17
130:9 131:5,9
132:11 199:4
226:9 241:20,22
242:4 244:14
288:5 292:5 328:6
334:18 335:4
338:2 346:20,21
**years**   11:21 12:2,4
12:5,6 14:1
104:10 261:6
263:9 266:22
292:16 294:16
307:3 347:7
413:21

**yep**   58:17 63:6
67:21 72:5 80:10
80:14 81:4 96:17
125:13 138:12
145:14 148:12
149:21 269:18
330:4 339:7
**yesterday**   11:7
63:3 94:20 97:20
98:1 138:6 145:18
145:19 165:7
225:11 227:6,7
230:10
**york**   1:2,3 4:1,3,7
4:8,8 5:12 6:1,5,5
8:16,19 10:2
241:3 438:18
440:2

REDACTED

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

REDACTED

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

REDACTED