IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>            Defendants. | No. 1:18-cv-2921 (JMF) |

**NOTICE OF FILING OF DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SECOND SUPPLEMENTAL EXHIBIT LIST**

Attached please find Defendants' Objections to Plaintiffs' Second Supplemental Exhibits.

Dated: November 6, 2018                    Respectfully submitted,

                                    JOSEPH H. HUNT
                                    Assistant Attorney General

                                    BRETT A. SHUMATE
                                    Deputy Assistant Attorney General

                                    JOHN R. GRIFFITHS
                                    Director, Federal Programs Branch

                                    CARLOTTA P. WELLS
                                    Assistant Director, Federal Programs Branch

                                    */s/ Carol Federighi*
                                    KATE BAILEY
                                    GARRETT COYLE
                                    STEPHEN EHRLICH
                                    CAROL FEDERIGHI
                                    Trial Attorneys
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    P.O. Box 883
                                    Washington, DC  20044
                                    Tel.:  (202) 514-1903
                                    Email:  carol.federighi@usdoj.gov

                                    *Counsel for Defendants*

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SECOND SUPPLEMENTAL EXHIBIT LIST**
*State of New York, et al., v. U.S. Department of Commerce*, et al., No. 18-cv-2921

| Exhibit # | Description | Objections | Date Identified (Leave Blank) | Date Entered (Leave Blank) |
|---|---|---|---|---|
| PX-657 | Barreto Supplemental Report | 802 | | |
| PX-658 | Kendra Bischoff and Sean F. Reardon, Residential Segregation by Income, 1970-2009 (Oct. 2013) | 401, 403, 802, 901 | | |
| PX-659 | Solomon Greene, Margery Austin Turner, and Ruth Gourevitch, Racial Segregation and Neighborhood Disparities (Aug 2017) | 401, 403, 802, 901 | | |
| PX-660 | Paul A. Jargowsky, The Architecture of Segregation (Aug. 2015) | 401, 403, 802, 901 | | |
| PX-661 | Screenshot of Latino Non-Responding Units and Imputed Household Size | 401, 403, 802, 901 | | |
| PX-662 | Slide Deck on 2020 Census Barriers, Attitudes, and Motivators Study (CBAMS) Survey and Focus Groups: Key Findings for Creative Strategy (Oct. 31, 2018) | admitted 11/5/18 | | |
| PX-663 | NAC Official Agenda for November 1-2, 2018, Meeting | * | | |
| PX-664 | Cook County Illinois Report on Federal Awards For the Fiscal Year Ended Nov. 30, 2017. | 401, 403 | | |
| PX-665 | 2010 Decennial Census Questionnaire | admitted 11/5/18 | | |