# Exhibit 1

Summary: Sahra Park-Su (October 25, 2018)

Sahra Park-Su was a senior policy advisor at the Department of Commerce during the relevant time period. Tr. 26:19-27:02, 28:19-21. In the senior policy advisor role she reported to Karen Dunn Kelley and Earl Comstock. Tr. 28:09-18. She was not a Census expert and relied on Census Bureau materials for all census issues. Tr. 57:04-57:22.

Ms. Park-Su had a small role in the process where David Langdon, Earl Comstock, James Uthmeier, and others from the Commerce Department asked the Census Bureau 35 questions in response to the Census Bureau's technical analyses of the citizenship question. Tr. 136:18-138:17; Ex. 16. The Commerce Department wanted to revise the Census Bureau's answer to question 31 regarding the process for adding a question to the decennial census; Deputy General Counsel Mike Walsh provided the revised language that removed the details of the "well-established process for adding or changing content on the census or ACS." Tr. 139:02-143:01, 151:18-154:07; Ex. 21. The effect of Walsh's rewritten language was to remove wording that indicated the Census Bureau had a well-established process for addressing new questions and that the process involved extensive review and testing of any new question to ensure that the proposed question is necessary and beneficial. Ex. 18, Ex. 22. Ron Jarmin and Enrique Lamas did not provide feedback on the change. Tr. 158:16-160:16. As late as March 1, 2018 the Census Bureau was using its original language and not Mike Walsh's language. Tr. 173:17-173:22; Ex. 18; Ex. 22.

Ms. Park-Su also compiled the administrative record in this case. However, she had no training or advice as to what was appropriate to put in an administrative record. Tr. 126:21-127:05. Ms. Park-Su's role in this regard was limited to keeping materials that were handed to her and reviewing documents provided to her by the General Counsel's office, and certifying the submission of the record. Tr.185:15-192:10; Exhibit 29.