# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | 18-CV-2921 (JMF) |
| NEW YORK IMMIGRATION COALITION, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et. al., <br><br> Defendants. | 18-CV-5025 (JMF) (Consolidated Case) |

## NOTICE OF FILING OF DEPOSITION DESIGNATIONS FOR CENSUS BUREAU 30(b)(6) VOLUMES ONE AND TWO

Plaintiffs hereby file with the Court the synopsis of deposition excerpts (Exhibit 1) and the deposition excerpts (Exhibit 2) for Census Bureau 30(b)(6) (John Abowd) Volume One that will be offered as substantive evidence, and the synopsis of deposition excerpts (Exhibit 3) and the deposition excerpts (Exhibit 4) for Census Bureau 30(b)(6) (John Abowd) Volume Two that will be offered as substantive evidence.

Respectfully submitted,

By: */s/ Dale Ho*

Dale Ho
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 549-2693
dho@aclu.org

Sarah Brannon*
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005-2313
202-675-2337
sbrannon@aclu.org
*Not admitted in the District of Columbia;
practice limited per D.C. App. R. 49(c)(3).*

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

Andrew Bauer
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7669
Andrew.Bauer@arnoldporter.com

John A. Freedman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000
John.Freedman@arnoldporter.com

*Attorneys for the NYIC Plaintiffs*

BARBARA D. UNDERWOOD
*Attorney General of the State of New York*

By: */s/ Matthew Colangelo*
Matthew Colangelo, *Executive Deputy Attorney General*
Elena Goldstein, *Senior Trial Counsel*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov

*Attorneys for the State of New York Plaintiffs*

Summary: Census Bureau 30(b)(6) (John Abowd) Vol. 1 (August 29, 2018)

Question sequencing can affect response rates. Tr. 14-15. Citizenship questions on previous surveys were preceded by a question on place of birth (nativity); the 2020 question will not. Tr. 22-23. The Bureau is not aware of cognitive testing of the question without a preceding question on nativity. Tr. 24. The 2020 Census questionnaire will not be field tested. Tr. 26-27.

The Bureau produces redistricting data with total population at the census block level (the "PL 94-171 data file"), which has never contained citizenship data. Tr. 38-40. The Bureau's tabulation of citizen voting-age population (CVAP) is a separate data set, based on ACS data aggregated from 5 consecutive years ("5-year ACS estimates"), because 1-year ACS estimates are unreliable for areas with populations less than 65,000. Tr. at 41-44. Before December 2017, the Bureau never heard from DOJ that existing CVAP data were insufficient. Tr. at 44. Although it is based on the decennial enumeration, P.L. 94-171 data also has margins of error. Tr. at 48-49.

The Bureau will apply data disclosure avoidance to the CVAP tabulation, including "synthetic data noise infusion," where a sensitive characteristic is replaced with a value based on a mathematical model. Tr. at 50-54. As a result, block-level CVAP data based on responses to the citizenship question will still have margins of error. Tr. at 65-71. The Bureau has not yet determined whether CVAP data will be based primarily on responses to the citizenship question on the 2020 Census, or whether CVAP will be included in the P.L. 94-171 data file. Tr. 55-62.

Acting Census Bureau Director Jarmin described using administrative data instead of a citizenship question as "the best way to provide" block-level CVAP data to DOJ, in part because survey respondents sometimes say that they are citizens even though administrative records, which are verified based on legal documents, indicate that they are noncitizens. Tr. 75-92. Around 30% of noncitizens respond as citizens on the ACS; there is no reason to believe that responses on the census will be more accurate. Tr. 92-96. The Bureau sought a meeting with DOJ to discuss using administrative records instead of a citizenship question, but DOJ refused to meet, which is unusual. Tr. 96-99. The Bureau does not know if CVAP data based on responses to the citizenship question will be any more precise than existing CVAP data. Tr. 100-01.

The Bureau has indicators that nonresponse rates to the ACS citizenship question among noncitizens are increasing. Tr. 105-35. The Bureau does not think that adding a citizenship question to the Census is a good idea. Tr. 139. The Bureau thinks that the Census questionnaire including a citizenship question has not undergone adequate cognitive testing. Tr. 142-43.

Testing used for planning non-response follow-up (NRFU) efforts to reach households that do not self-respond to the census has not included the citizenship question. Tr. 198-201, 225. There is no evidence that various NRFU methods will be as successful for households that do not respond to the citizenship question, or are as accurate as self-responses. Tr. 251-61. The larger macro-environment, including low unemployment and the political context resulting from the citizenship question, may make it harder to hire enumerators for NRFU. Tr. 314-16.

OMB Standards and Guidelines for Statistical Surveys Section 2.3 requires agencies to balance maximizing data quality while controlling measurement error and minimizing respondent burden and cost; but Secretary Ross's choice of Alternative D (asking a citizenship question and using administrative records) results in lower data quality, has a higher respondent burden and higher cost than Alternative C (using administrative records alone). Tr. 321. Placing a citizenship question on the Census will not facilitate the imputation of citizenship status for people who lack administrative records. Tr. 326-30. The Census Bureau does not believe that the inclusion of the citizenship question on the census is necessary to provide complete and accurate data in response to DOJ's request. Tr. 331.

1              UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF NEW YORK

3     ----------------------------------------

      NEW YORK IMMIGRATION COALITION, ET AL.,

4

                          Plaintiffs,

5          vs.        Case No.  1:18-CF-05025-JMF

6     UNITED STATES DEPARTMENT OF COMMERCE, ET AL.,

7                      Defendants.

      ----------------------------------------

8

9                      Washington, D.C.

10                     Wednesday, August 29, 2018

11    Deposition of:

12                     DR. JOHN ABOWD

13    called for oral examination by counsel for

14    Plaintiffs, pursuant to notice, at the office of

15    Arnold & Porter, 601 Massachusetts Avenue NW,

16    Washington, D.C., before KAREN LYNN JORGENSON,

17    RPR, CSR, CCR of Capital Reporting Company,

18    beginning at 9:06 a.m., when were present on

19    behalf of the respective parties:

20                  Veritext Legal Solutions

                     Mid-Atlantic Region

                   1250 Eye Street NW - Suite 350

21                  Washington, D.C.  20005

22

1                          CONTENT
                                                  PAGE
2
     DR. JOHN ABOWD                              9
3    Examination by Mr. Ho                       9
     Examination by Ms. Shah                     144
4    Examination by Mr. Talik                    187
     Examination by Mr. Adams                    264
5    Examination by Mr. Ehrlich                  333
     Examination by Ms. Goldstein                334
6
                    ABOWD DEPOSITION EXHIBITS
7    EXHIBIT                                     PAGE
     NUMBER
8    Plaintiffs' Exhibit 1      Questionnaire    16
                                for the
9                               American
                                Community
10                              Survey
     Plaintiffs' Exhibit 2      Census 2000      19
11                              questionnaire
     Plaintiffs' Exhibit 3      1950 census      21
12                              questionnaire
     Plaintiffs' Exhibit 4      Federal          56
13                              Register notice
     Plaintiffs' Exhibit 5      Map              64
14   Plaintiffs' Exhibit 6      Email thread     71
     Plaintiffs' Exhibit 7      January 19,      74
15                              2018 memo
     Plaintiffs' Exhibit 8      Email            79
16   Plaintiffs' Exhibit 9      Email            82
     Plaintiffs' Exhibit 10     Email            96
17   Plaintiffs' Exhibit 11     Analysis         111
     Plaintiffs' Exhibit 12     Tables           127
18   Plaintiffs' Exhibit 13     PowerPoint       144
     Plaintiffs' Exhibit 14     Census Bureau    157
19                              statistical
                                quality
20                              standards
     Plaintiffs' Exhibit 15     Census 2000      182
21                              brief
     Plaintiffs' Exhibit 16     2005             185
22                              National
                                Content Test

Page 3

1     Plaintiffs' Exhibit 17    G series         254
                                documents

2     Plaintiffs' Exhibit 18    2020 CBAMS       267
                                survey

3     Plaintiffs' Exhibit 19    2020 CBAMS       278
                                brief update

4     Plaintiffs' Exhibit 20    Question 28      290

      Plaintiffs' Exhibit 21    2020 census      304
5                               integrated
                                communication
6                               plan

      Plaintiffs' Exhibit 22    OMB standards    320
7                               and guidelines
                                for statistical
8                               surveys

      Plaintiffs' Exhibit 23    Secretary Ross   325
9                               decision memo

10

          (Exhibits attached to transcript.)

11

12

13

14

15

16

17

18

19

20

21

22

Page 4

```
 1               A P P E A R A N C E S
    On behalf of New York Immigration
 2  Coalition, CASA De Maryland, American-Arab
    Anti-Discrimination Committee, ADC Research
 3  Institute and Make the Road New York:
            John Freedman, Esquire
 4          Caroline Kelley, Esquire
            ARNOLD & PORTER
 5          601 Massachusettes Avenue, NW
            Washington, D.C. 20001
 6          (202) 942-5316
            jon.freedman@arnoldporter.com
 7          caroline.kelly@arnoldporter.com
 8  On behalf of New York Immigration Coalition:
            Dale Ho, Esquire
 9          Sarah Brannon, Esquire
            AMERICAN CIVIL LIBERTIES UNION
10          915 15th Street, NW
            Washington, D.C. 20005
11          (202) 675-2337
            sbrannon@aclu.org
12          dho@aclu.org
13  On behalf of Kravitz Plaintiffs:
            Karun Tilak, Esquire
14          COVINGTON & BURLINGTON
            850 Tenth Street, NW
15          Washington, D.C. 20001
            (202) 662-5458
16          ktilak@cov.com
17  On behalf of Los Angeles Unified School District:
            Keith Yeomans, Esquire (Telephonically)
18          DANNIS WOLIVER KELLEY
            115 Pine Avenue
19          Suite 500
            Long Beach, California 90802
20          (562) 366-8500
            kyeomans@dwkesq.com
21
22
```

Page 5

1    On behalf of LUPE Plaintiffs:
          Denise Hulett, Esquire (Telephonically)
2         MALDEF
          1016 16th Street NW
3         Suite 100
          Washington, D.C. 20036
4         (202) 293-2828
          dhuelett@maldef.org
5
          Niyati Shah, Esquire
6         ASIAN AMERICANS ADVANCING JUSTICE
          1620 L Street, NW
7         Suite 1050
          Washington, D.C. 20036
8         (202) 296-2300
          nshah@advancingjustice-aajc.org
9
     On behalf of City of San Jose & Black Alliance for
10   Just Immigration:
          Rory Adams, Esquire
11        MANATT, PHELPS & PHILLIPS
          7 Times Square
12        New York, New York 10036
          (212) 790-4501
13        radams@manatt.com
14        Ezra Rosenberg, Esquire
          Dorian Spence, Esquire
15        LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW
          1401 New York Avenue, NW
16        Suite 400
          Washington, D.C. 20005
17        (202) 662-8345
          erosenberg@lawyerscommittee.org
18        dspence@lawyerscommittee.org
19
20
21
22

Page 6

```
 1    On behalf of State of California:
           Gabrielle Boutin, Esquire
 2         R. Matthew Wise
           DEPARTMENT OF JUSTICE OFFICE OF THE ATTORNEY
 3         GENERAL
           1300 I Street
 4         P.O. Box 944255
           Sacramento, California 94244
 5         (916) 210-6053
           gabrielle.boutin@doj.ca.gov
 6         matthew.wise@doj.ca.gov
 7    On behalf of State of New York:
           Danielle Fidler, Esquire
 8         Elena Goldstein, Esquire
           Matthew Colangelo, Esquire
 9         Alex Finkelstein, Esquire
           ASSISTANT ATTORNEY GENERAL, ENVIRONMENTAL
10         PROTECTION BUREAU
           28 Liberty Street
11         New York, New York 10005
           (212) 416-8441
12         danielle.fidler@ag.ny.gov
           elena.goldstein@ag.ny.gov
13         matthew.colangelo@ag.ny.gov
           alex.finkelstein@ag.ny.gov
14
      On behalf of Defendants:
15         Stephen Ehrlich, Esquire
           Carlotta Wells, Esquire
16         U.S. DEPARTMENT OF JUSTICE
           20 Massachusetts Avenue
17         Washington, D.C. 20530
           (202) 305-9802
18         stephen.ehrlich@usdoj.gov
           carlotta.wells@usdoj.gov
19
20
21
22
```

Page 7

1        Michael Cannon, Esquire
         U.S. DEPARTMENT OF COMMERCE, OFFICE OF THE
2        ASSISTANT GENERAL COUNSEL FOR FINANCE &
         LITIGATION
3        1401 Constitution Avenue, NW
         Room 5890
4        Washington, D.C. 20230
         (202) 482-5395
5        mcannon@doc.gov
6

    VIDEOGRAPHER:  Dan Reidy

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 8

1                    P R O C E E D I N G S

2     WHEREUPON,

3

4              VIDEOGRAPHER:  Good morning.  We're going

5     on the record at 9:06 a.m. on Wednesday August 29,

6     2018.  Please note that the microphones are

7     sensitive and may pick up whispering and private

8     conversations.  Please turn off all cell phones

9     and place them away from the microphones, as they

10    can interfere with the deposition audio.  Audio

11    and video recording will continue to take place

12    unless all parties agree to go off the record.

13             This is Media Unit 1 of the video

14    recorded deposition of Dr. John Abowd taken by

15    counsel for the plaintiff in the matter of the

16    New York Immigration Coalition, et al., v.

17    United States Department of Commerce, et al.  This

18    case is filed in the U.S. District Court of the

19    Southern District of New York.  This deposition is

20    being held at the law offices of Arnold & Porter

21    located at 601 Massachusetts Avenue Northwest,

22    Washington, D.C. 20001.

1           My name is Dan Reidy from the firm

2      Veritext Legal Solutions, and I'm the

3      videographer.  The court reporter is

4      Karen Jorgenson from the firm Veritext Legal

5      Solutions.

6           I am not authorized to administer an

7      oath.  I am not related to any party in this

8      action, nor am I financially interested in the

9      outcome.

10          Also, counsels' appearances will be noted

11     on the stenographic record rather than orally at

12     this time.

13          Will the court reporter please swear in

14     the witness?

15               DR. JOHN ABOWD,

16     called as a witness, and having been first duly

17     sworn, was examined and testified as follows:

18          THE WITNESS:  I do.

19               EXAMINATION BY MR. HO:

20     Q   Dr. Abowd, before we get started, I just

21     want to confirm something on the record with your

22     counsel.

1           MR. HO:  And that is that after 6:00 p.m.

2    last night, plaintiffs' counsel received a 77-page

3    extended white paper analyzing, among other

4    things, the effect of adding a citizenship

5    question on data quality and response dates.  That

6    white paper was dated August 6, 2018.  We also

7    received 29 documents that apparently went through

8    the Title 13 DRV review process last week and

9    those 29 documents were deemed nonconfidential.

10          We received these documents after

11   6:00 p.m. last night.

12          Is that your understanding, also,

13   Stephen?

14          MR. EHRLICH:  I don't have that email in

15   front of me, but I believe it was yesterday

16   evening.

17          MR. HO:  Okay.  We have not had adequate

18   time to review those documents in order to prepare

19   for today's deposition.  So we'd just like to ask

20   for your consent to keep today's deposition open

21   past today in order for -- for the limited

22   purposes of questioning Dr. Abowd about the

```
1   documents that were produced last night.
2           MR. EHRLICH:  We're not going to consent
3   to that at this time.
4           MR. HO:  Oh.
5           MR. EHRLICH:  We can see how we go, and
6   if you have questions, you can ask Dr. Abowd about
7   this.  We can see where we are at the end of the
8   day.  I don't anticipate more than seven hours
9   being needed.
10          MR. HO:  We can't ask questions about
11  those documents because we haven't had adequate
12  time to review them, so --
13          MR. EHRLICH:  You can ask questions
14  generally about the topics and things like that.
15  We can see where we land at the end of the day.
16          MR. HO:  So the record is clear, you're
17  not consenting to permit us to depose Dr. Abowd
18  about the documents that were produced last night
19  after 6:00 p.m. after today; is that correct?
20          MR. EHRLICH:  We're not consenting to
21  further time right now, correct.
22          MR. HO:  I didn't ask about further time.
```

1   My question was about the date.  You're not

2   consenting to permit us to depose Dr. Abowd about

3   the documents that were produced after 6:00 p.m.

4   yesterday, correct?

5           MR. EHRLICH:  We sent them to you, and

6   you're free to use them today.  We're not

7   consenting to more than seven hours.

8           MR. HO:  My question wasn't about the

9   length of deposition.  My question was about

10  whether or not we could continue the deposition

11  after today, and your position is you're not going

12  to consent to us deposing Dr. Abowd after today

13  about documents that you produced after the close

14  of business last night; is that right?

15          MR. EHRLICH:  Correct.

16  BY MR. HO:

17      Q   Dr. Abowd, could you state your name and

18  spell it for the record?

19      A   My name is John Abowd; J-O-H-N,

20  A-B-O-W-D.

21      Q   Thank you.

22          Dr. Abowd, my name is Dale Ho, and I

1    represent the New York Immigration Coalition

2    plaintiffs in the case in the Southern District of

3    New York.

4            Before we start today, I just want to go

5    over a few ground rules of today's deposition; is

6    that okay?

7        A   Yes.

8        Q   You understand that you're under oath,

9    under penalty of perjury today, correct?

10       A   Yes.

11       Q   Is there any reason you can't testify

12   truthfully today?

13       A   No.

14       Q   I'm going to ask you when I ask a

15   question to please always respond verbally,

16   because the court reporter can't record gestures

17   or grunts like uh-huh; is that okay?

18       A   Understood.

19       Q   Just so the court reporter can take

20   everything down, can I ask you to wait until I

21   finish asking a question before you start

22   answering?

Page 14

1       A    Yes.

2       Q    And any time you want to take a break is

3   okay.  The only exception to that is if I posed a

4   question to, or if anyone else has, to answer that

5   question before your break; is that okay?

6       A    Yes.

7       Q    Great.  You understand that you're

8   testifying today as a representative of the

9   Census Bureau, right?

10      A    I do, yes.

11      Q    As a representative of the Census Bureau,

12  you'd agree that question sequencing can affect

13  the response rate to a survey, right?

14      A    Yes.

15      Q    So, in other words, you would agree that

16  if you preface one question, another question or

17  questions, that would affect the survey response

18  rate, right?

19      A    Yes.

20      Q    And as representative of the

21  Census Bureau, you'd agree that question

22  sequencing can affect the accuracy of responses to

Page 15

1     that question survey, right?

2             MR. EHRLICH:   Objection.   Form.

3             THE WITNESS:   I understood your question

4     to be that the sequence of questions on a

5     questionnaire can affect the data quality produced

6     by that questionnaire.   If that's what your

7     question was, my answer is yes.

8     BY MR. HO:

9         Q    Great.   So you'd agree that if you

10    preface one question with another particular

11    question or questions, that that could affect the

12    data quality in terms of the accuracy of the

13    response to the question, right?

14        A    Yes.

15        Q    You'd agree that question sequencing can

16    affect the response rates to a survey in ways that

17    you wouldn't necessarily anticipate at the

18    question drafting stage, right?                    401;
                                                         403

19        A    Yes.

20        Q    And one way you would know that -- sorry.

21    Let me start that again.

22             One way that you would know whether

1    question sequencing affected response rates would

2    be to test a question in the sequence that it's

3    going to be asked, right?

4        A    Yes.

5        Q    I want to show you a document, we'll mark

6    it as Exhibit 1.

7            (Plaintiffs' Exhibit 1, Questionnaire for

8    the American Community Survey, was marked.)

9    BY MR. HO:

10       Q    Dr. Abowd, this is the questionnaire for

11   the American Community Survey downloaded from the

12   Census Bureau website.  Does that look correct to

13   you?

14       A    The document I see is the current paper

15   form of the American Community Survey.

16       Q    Okay.  Could we turn to Page 8 of the ACS

17   survey?  And in the left-hand column, Question

18   Number 8 is a question about citizenship; is that

19   right?

20       A    Yes.  That's correct.

21       Q    Now, Question Number 7, the question that

22   immediately precedes the question -- the

Page 17

1  citizenship question, is a question about where

2  the person was born; is that right?

3      A   Yes.  That's correct.

4      Q   Now, you said this is the print version

5  of the ACS survey questionnaire, right?

6      A   Yes.  That's correct.

7      Q   There's also an Internet version of the

8  ACS questionnaire, right?

9      A   Yes.

10      Q   Now, if someone answers

11  Question Number 7, the question about where a

12  person was born and says that the person was born

13  in the United States, while taking the Internet     401;

14  ACS survey questionnaire, does that person then     403

15  see Question Number 8, the question about whether

16  or not the person is a citizen?

17      A   No.

18      Q   So if someone says --

19      A   Excuse me for a second.

20          THE WITNESS:  I'm trying to speak up.  If

21  you can't hear me, let me know.  When my voice

22  fades -- I noted it just fade- -- I have to think

1   about it.

2   BY MR. HO:

3      Q   Thank you.

4       So just to be clear, if someone is taking

5   the ACS Internet survey and they answer in

6   response to the question, where was this person

7   born, in the United States, that person does not

8   see a -- and the answer -- the person was born in

9   the United States, that person does not see the

10   citizenship question, right?

11      A   That's correct.

12      Q   So if someone says they're born in the

13   United States in response to the ACS Internet

14   survey, there's no way to measure item response or

15   nonresponse to a citizenship question for that

16   person, right?

17      A   No.  That's not technically correct.

18      Q   Okay.  Could you explain?

19      A   When we compute item nonresponse rates,

20   we would have converted the yes answer from

21   the -- you were born in the United States to a

22   response citizen --

1      Q   I see.

2      A   -- and then we would compute item

3  nonresponse and item allocation rates on that

4  basis.

5      Q   So everyone who answers the Question 7 on

6  the ACS Internet survey and says that the person

7  was born in the United States, that person gets an

8  imputed, yes citizenship answer for

9  Question Number 8; is that correct?

10     A   I wouldn't have used the word imputed.

11  They get coded as citizen.

12     Q   Okay.   Thank you.

13          I want to show you another document.

14  We'll mark this as Census Exhibit 2 --

15          (Plaintiffs' Exhibit 2, Census 2000

16  questionnaire, was marked.)

17  BY MR. HO:

18     Q   Dr. Abowd, this is the long form census

19  2000 questionnaire download from the Census Bureau

20  website.

21          MR. EHRLICH:   Is that a question?

22  BY MR. HO:

Page 20

```
 1       Q    Does that appear correct to you?
 2       A    This is the person section.  I'm looking
 3   for the housing section.
 4       Q    I think it's only the person section.
 5       A    Okay.  Then, yes.  This is the person
 6   section of the long form from 2000 --
 7       Q    From 2000?
 8       A    -- census, yes.
 9       Q    Could you turn to Page 4?  On the
10   right-hand column, question Number 13 on the 2000
11   long form is a question about whether or not a
12   person is a citizen of the United States; is that
13   right?
14       A    Yes.  That's Question 13.
15       Q    And just like on the ACS, the 2000 long
16   form question about citizenship is immediately
17   prefaced by a question -- or preceded by a
18   question about where the person was born; is that
19   right?
20       A    Yes.  That's correct.
21       Q    I want --
22       A    Actually, let me modify it.  It's not
```

Page 21

1   just like the ACS you showed me, but the questions

2   are in the same order.

3        Q    Thank you.  I want to show you another

4   document.  We'll mark it as Exhibit 3.

5             (Plaintiffs' Exhibit 3, 1950 census

6   questionnaire, was marked.)

7   BY MR. HO:

8        Q    I will represent to you this was

9   downloaded from the Census Bureau website as the

10  1950 census questionnaire.  Do you see the middle

11  of the questionnaire, roughly, it looks like it's

12  Column Number 13, there's a question about where a

13  person was born, what state or foreign country was

14  he born in?

15       A    Yes.  I see that in Column 13.

16       Q    And immediately after that in Column 14,

17  there's a question, if foreign born, is he

18  naturalized; is that right?

19       A    Yes.  That's in Column, appears to be,

20  14.

21       Q    So the naturalization question on the

22  1950 census questionnaire follows a question about

1   place of birth, right?

2       A    It's in the next column.   The 1950

3   questionnaire was filled out by an enumerator, not

4   by the householder.   So the exact order in which

5   the enumerator filled it out isn't controlled by

6   the way you see the questions.

7       Q    So looking at the 1950 census

8   questionnaire, we don't know how -- what sequence

9   an enumerator asked the questions in; is that

10  right?

11      A    Well, we would know from the field

12  training instructions, but I was not able to

13  locate them.

14      Q    But if you just look at the questionnaire

15  itself --

16      A    I agree, they're sequential.

17          Sorry.   I should have let you finish.

18      Q    Is it fair to say the questions about          401;
                                                             403
19  citizenship on the ACS, the 2000 long form and in

20  the 1950 census questionnaire, are preceded by a

21  question about place of birth?

22      A    Yes.

Page 23

1      Q      Now, as planned, the question about

2   citizenship on the 2020 decennial questionnaire,

3   that's the same citizenship question as

4   Question Number 8 on the ACS; is that right?

5      A      I'm only verifying the question numbers,

6   because I don't have it memorized.

7      Q      Sure.   It's on Page 8.

8      A      Yes.   That's correct.

9      Q      At present, there are no plans to add a

10  place of birth question to the decennial census

11  questionnaire, right?

12     A      That's correct.

13     Q      There has been no cognitive testing of

14  this citizenship question without a question about

15  place of birth; is that right?

16          MR. EHRLICH:   Objection.   Form.

17          THE WITNESS:   I'm not prepared to answer

18  whether there has been no cognitive testing of

19  this question without being preceded by what we

20  would call a nativity question.   In the

21  experiments and the evaluations that the

22  Census Bureau has been able to locate, the survey

401;
403

1  testing has not been conducted without a nativity

2  question preceding the citizenship question.

3  BY MR. HO:

4      Q    So you're not aware of any testing -- any

5  cognitive testing of the citizenship question

6  without a preceding question about nativity; is

7  that right, Dr. --

8      A    I'm not aware of -- sorry.  I'm not aware

9  of any, no.

10      Q    Are you aware of any prior census in

11  which cognitive testing of the full short form

12  questionnaire had not been conducted before using

13  that questionnaire for the actual census?

14      A    I am not aware of any -- well, let me be

15  careful.

16          Many censuses were conducted without

17  cognitive testing, the equivalence of cognitive

18  testing existed for much of the 20th century.  In

19  preparing for this deposition, I reviewed the

20  generic answer to the question, how was this

21  tested, and in some cases, that question elicited

22  some cognitive testing, for example, the

401;
403

Page 25

1    Current Population Survey, and the

2    American Community Survey.   In other cases,

3    historical censuses back in the '80s, '70s and

4    '60s, no one could produce cognitive testing.

5        Q    So --

6        A    I didn't specifically ask -- I asked, any

7    testing?   And what I got was the sort of standard

8    protocol testing.

9        Q    So you're not aware of any

10   circumstance -- any previous decennial

11   census -- excuse me.   Let me start that again.

12            Since there's been cognitive testing of

13   the decennial short form questionnaire, you're not

14   aware of any time in which a full short form

15   questionnaire has been deployed without

16   cognitively testing that full short form

17   questionnaire, are you, Dr. Abowd?

18       A    I need to answer that question in a more

19   nuanced form.

20            I am not certain that the full

21   questionnaire was cognitively tested for the

22   period in which the question appeared on the long

Page 26

1    form.  I am certain that the questions for the

2    American Community Survey and the 2010 census were

3    put through the full battery of the tests.

4            If you would like, during the break, I

5    will call and ask for cognitive testing of the

6    censuses prior to the 2010.

7        Q   Well, so just stick with the 2010.  The          401;

8    full short form census enumeration questionnaire            403

9    was cognitively tested before being deployed for

10   the actual 2010 census, correct?

11       A   That is my understanding.  But it may

12   have been question by question.  I will -- I will

13   actually, during a break, ask a more specific

14   question about the form of the testing.

15       Q   Dr. Abowd, has there been any field

16   testing of the citizenship question that's going

17   to be used on the 2020 census without a prefatory

18   question about nativity?

19       A   No.

20       Q   And there's been no field testing of the

21   full 2020 census questionnaire, including the

22   citizenship question, correct?

Page 27

```
 1      A    That's correct.

 2      Q    And before the 2010 census, as far as you

 3  know, there was field testing of the full short

 4  form census questionnaire, right?

 5      A    Yes.

 6      Q    At present, there are no plans for field

 7  testing of the full 2020 census questionnaire,

 8  including the citizenship question; is that right?

 9      A    That's correct.

10      Q    Why not?

11      A    In May of 2016 the -- Enrique Lamas, the

12  associate director for demographic programs, who

13  is performing the nonexclusive functions and

14  duties of the deputy director -- and I'm going to

15  call him the acting deputy director from now on --

16  the acting deputy director asked Victoria Velkoff,

17  the chief of the American Community Survey Office,

18  to design a field experiment for the census

19  questions in the exact ACS form and without a

20  lead-in nativity question using the experimental

21  components of the American Community Survey, which

22  allow us to deploy test instruments without
```

401;
403

1    disrupting the production instrument, but with a
2    proper experimental design.
3            Tori drafted such an experiment.  It
4    included multiple forms of the citizenship
5    question; the one that is in the ACS, the shorter
6    one that's in the Current Population Survey, and
7    no citizenship question, at all.  Designed a
8    randomized controlled trial of those questions,
9    controlled to produce sampling errors of either a
10   half of a percent or one percentage point and
11   presented the plan to the acting deputy director
12   and its budget.
13           The acting deputy director and
14   Ron Jarmin, the deputy director performing the
15   nonexclusive functions and duties of the director,
16   and I'm going to call him the acting director from
17   now on.  The acting director and Enrique decided
18   that the experiment which could not be deployed
19   until the earliest, November of 2019, and possibly
20   not until the following February, I believe, was
21   not going to produce sufficient information to be
22   worth deploying.  In their opinion, and in the

```
 1   opinion of the Census Bureau professionals, the
 2   citizenship question, even without a nativity
 3   lead-in, has been adequately tested.
 4        Q   I believe you said that it was in May of
 5   2016 --
 6        A   I said -- I may have said '19, but I
 7   meant May of 2018.  It was after the
 8   Secretary -- sorry.  Thank you for correcting me.
 9   It was after the Secretary instructed us to add
10   the question.  It was in May of this year.
11        Q   Thank you for clarifying.
12             Dr. Abowd, what is the Center For Survey
13   Measurement within the Census Bureau?
14        A   The Center For Survey Measurement is a
15   group of, primarily, behavioral scientists and
16   survey methodologists led by Paul Beatty who is
17   the chief.
18        Q   And what does -- I'll call it CSM for
19   short -- what does CSM do?
20        A   CSM does a variety of questionnaire
21   testing and qualitative research, leading content
22   recognition questionnaire layout, ISR -- Internet
```

1    self-response instrument design, focus groups,

2    related behavioral science research.

3        Q    Fair to say that they are involved in

4    testing Census Bureau questionnaires?

5        A    Yes.

6        Q    Fair to say that they assess whether or

7    not a particular questionnaire has been tested

8    adequately?

9        A    They assess survey development at all

10   stages of the survey lifecycle, including the one

11   that you referenced.

12       Q    And were the professionals in CSM asked

13   their opinion as to whether there had been

14   adequate testing of the ACS citizenship question

15   to add it to the decennial enumeration

16   questionnaire?

17       A    In the course of developing our technical

18   response to the Department of Justice request, the

19   first group interviewed by the technical response

20   team was a group from the Center For Survey

21   Measurement, and they were asked about the quality

22   of the citizenship question on the

```
 1    American Community Survey.
 2         Q    And what did they say?
 3         A    They said that the question itself had
 4    had cognitive testing, and that it had been
 5    successfully deployed in the field.  The last time
 6    that that question form underwent extensive
 7    testing was in 2006 where alternative versions of
 8    it were developed through the full lifecycle
 9    process and field experiment.
10         Q    When you say they, who are you referring
11    to?
12         A    I'm not sure.  I might have used the
13    antecedent -- free pronoun a couple of times.  If
14    you read back the record, I'll tell you who I was
15    talking about.
16         Q    I believe you said they said that the
17    question itself had had cognitive testing, and
18    that it had been successfully deployed in the
19    field.  Who is they?
20         A    Okay.  They would have been the group
21    from the Center For Survey Measurement that the
22    SWAT team interviewed.
```

1     Q   And who would they be?

2     A   I'm -- I'm not sure how many people were

3  in the room.  I'm also not sure everyone in the

4  room was from the Center For Survey Measurement.

5  The -- usually, Paul Beatty, the center chief is

6  in the room when a team is giving input like that.

7  I can call and find out exactly who was in the

8  room.  I didn't ask.

9     Q   Let's stick with Mr. Beatty, did

10  Mr. Beatty --

11     A   I'm not sure he was even in the room.  I

12  just said usually, he's in the room.

13     Q   Okay.  Fair enough.

14     But let's talk to Mr. Beatty for a

15  second.  Did Mr. Beatty express a view whether the

16  testing of the ACS citizenship question was

17  adequate for placing that question on the

18  decennial enumeration?

19     A   I do not know.

20     Q   Did anyone among -- at CSM express

21  concerns that there had been inadequate testing of

22  the ACS citizenship question for purposes of

1  adding it to the decennial enumeration?

2      A   I don't think so.  In preparing for this

3  testimony, I asked all of the people who had been

4  involved in the -- in the technical work that was

5  done at the Census Bureau with regard to the

6  citizenship question, the current environment,

7  since December of 2017, whether they knew of

8  research or reservations about the citizenship

9  question, and I didn't get any recorded.

10          The acting deputy director summarized the

11  research, and since he was the associate director

12  for demographic programs and had a long history in

13  that part of the Census Bureau, we accepted his

14  summary.  And his summary of the search

15  was -- research was that the citizenship question

16  had been more than adequately tested on the

17  American Community Survey.

18      Q   When you say more than adequately tested,

19  did he express a view as to -- never mind.

20          Assuming that the citizenship question is

21  on the decennial enumeration questionnaire, is it

22  going to remain a part of the American Community

1   Survey questionnaire?

2       A    The acting director has formed an

3   internal expert panel.  I testified about it in my

4   direct testimony -- my fact testimony.  The -- I

5   may not have given the complete composition of it

6   at that time, but it's a 13-member expert panel,

7   charged them with drafting decision documents

8   about questions like the one you just asked.  They

9   have been given until March 31st of 2019 to -- to

10  write a draft decision document about the way the

11  citizenship question will be processed on the 2020

12  census and the way the Citizenship Voting Age

13  Population Table by Race and Ethnicity at the

14  block level will be produced.  The rest of their

15  charter, they have not been given a specific

16  timeline for.

17      Q    So just -- not about the processing of

18  the CVAP data, but just a question about whether

19  or not the citizenship question on the ACS will

20  remain on the questionnaire --

21      A    I --

22      Q    -- is that one of the questions that

1   they -- this internal expert panel is considering?

2       A    I understood your question.  And, yes,

3   that is in their charge.  It's not in their charge

4   specifically, tell us to take the question off the

5   ACS.  It's in their charge specifically to write

6   standards for how surveys will be conducted if in

7   the view of the experts producing the data there

8   are alternative sources for particular questions.

9   It's not just about administrative record sources

10  for alternative questions.  There are other

11  alternative sources that we might consider using

12  in the future.  So we haven't made a decision is

13  the right answer to that.

14      Q    What are some reasons why the citizenship

15  question might be removed from the

16  American Community Survey questionnaire?

17      A    We regularly do content reviews of all of

18  our periodic surveys and -- I may have just put

19  the ACS in an improper budget category -- what I

20  mean by that term, the ones we ask on a repeated

21  basis -- to assess that the content is still

22  timely with respect to the well-established and

```
 1    new use cases for those data.

 2           Trading off against that is our

 3    obligation to minimize burden on the respondents

 4    to those surveys.  So if in the course of testing

 5    and research and content review, we are able to

 6    reduce burden by producing data as good or better

 7    quality by combining multiple sources, we do that.

 8           And in the economics area, we have done

 9    that for decades.  So the multiple source

10    production of data is not new but many different

11    expert panels -- not the ones inside the Bureau,

12    but outside the Bureau and other statistical

13    agencies have, as they move into the 21st Century,

14    they have recognized you have to develop standards

15    for this.  The Federal Committee on Statistical --

16    FCSM, Federal Committee on Statistical

17    Methodology, has also been developing standards

18    for using multiple sources to produce information

19    products.  So this is -- as a part of your normal

20    content review for the ACS, the question will be

21    on the table, can we replace any of the survey

22    questions with alternative sources, and one of
```

Page 37

1    those alternative sources might be administrative
2    record citizenship table.
3        Q   So just to be clear, you may remove the
4    ACS citizenship question from the ACS
5    questionnaire in order to reduce burden on survey
6    respondents; is that right?
7            MR. EHRLICH:  Objection.  Form.
8            THE WITNESS:  We may remove the
9    citizenship question from the American Community
10   Survey in the future, yes.
11   BY MR. HO:
12       Q   If you remove the citizenship question
13   from the American Community Survey questionnaire,
14   would that mean that the only available
15   citizenship data for redistricting purposes at
16   that point would be from the decennial
17   enumeration?
18           MR. EHRLICH:  Objection.  Form.
19           THE WITNESS:  If we remove a question --
20   that was a generic -- deliberately generic -- a
21   question from the American Community Survey, there
22   could be multiple reasons.  One reason might be

1   that there is no longer a valid use case for

2   producing an information product based on the

3   answer to that question.

4          Another reason might be because there's

5   an alternative way of developing as good or better

6   quality information product without asking the

7   question on the survey.  I anticipate -- but this

8   is a predetermining decision-making process that

9   hasn't happened -- that there would be a

10  continuing valid-use case for citizenship data.

11  So even if we took it off the American Community

12  Survey, we would not stop producing statistical

13  information products that contain citizenship

14  data.

15  BY MR. HO:

16        Q    Let's talk about some of those

17  information products.  Now, the Census Bureau

18  produces various data files for redistricting

19  purposes, right, Dr. Abowd?

20        A    Yes.

21        Q    And one of those redistricting data

22  products by the Census Bureau is the P.L. 94-171

401;
403

Page 39

1   data file, right?

2       A    Yes.

3       Q    The Department of Justice uses the

4   P.L. 94-171 data file; is that your understanding?

5       A    Yes.

6       Q    And the P.L. 94-171 data file is also

7   available to the public, right?

                                                    401;
                                                    403

8       A    Yes.

9       Q    The P.L. 94-171 data file has information

10  in it concerning the population and

11  characteristics of people at various levels of

12  census geography, including census blocks, right?

13      A    Correct.

14      Q    And the PL 94-171 data file is based on

15  responses to the decennial enumeration, correct?

16      A    Correct.

17      Q    The P.L. 94-171 data file is considered

18  reliable, correct?

19          MR. EHRLICH:   Objection.   Form.

20          THE WITNESS:   The P.L. 94-171

21  redistricting data are produced under the law of

22  the same name by negotiation between the

1   Census Bureau redistricting office and 51 state

2   and the Washington, D.C. redistricting offices to

3   meet the requirements of redistricting legislative

4   districts in the states.  The Census Bureau

5   provides data to the states and District of

6   Columbia in the support of redrawing every

7   legislative district in the country.

8   BY MR. HO:

9       Q   Dr. Abowd, the Census Bureau doesn't

10  consider the P.L. 94-171 data file unreliable,

11  does it?

12      A   No.  I was trying to state the use case

13  for which reliable is defined, but I forgot to

14  finish my answer.

15          We believe that the P.L. 94-171 data are

16  reliable for redistricting and reliable for their

17  Department of Justice Voting Rights Act

18  enforcement uses.

19      Q   The P.L.94-171 data file has never had

20  citizenship data in it; is that correct?                401;
                                                            403
21      A   That is correct.

22      Q   Now, another redistricting product

Page 41

1    produced by the Census Bureau is the special

2    tabulation of CVAP and other ACS data; is that

3    right?

4         A    So that's not technically right.

5         Q    Okay.

6         A    The redistricting office initially

7    request -- initially assisted the

8    Department of Justice in the design and production

9    of a special tabulation of Citizen Voting Age

10   Population by Race and Ethnicity and at the block

11   group level.  I'm just going to say CVAP from now

12   on.

13        CVAP, because of a use case that the

14   Department of Justice had, it was subsequently put

15   into regular production, so it's produced

16   regularly.  And its timing is now such that it can

17   be used in conjunction with the P.L. 94-171 data,

18   but no statute obligates the production of CVAP

19   and no statute obligates the negotiation with part

20   of government on to its form and content.

21        Q    That special tabulation of CVAP data

22   is available to the public, right, Dr. Abowd?

401;
403

Page 42

1     A    So I just corrected your word of special

2  tabulation.   It's a regular tabulation now.

3     Q    Sorry.   Thank you.

4     A    And yes.   It and all tabulations released

5  for any purpose are released to everyone.

6     Q    The tabulation of CVAP data, it's

7  considered reliable by the Census Bureau, right?

8          MR. EHRLICH:   Objection.   Form.

9          THE WITNESS:   The Census Bureau -- the

10  CVAP table, as produced from the American

11  Community Survey, is tabulated at the block group

12  level with margins of error.   And so it is

13  incumbent upon the user of the CVAP table to

14  understand the limitations of data that are

15  produced with margins of error and to use them in

16  a manner that they're fit for.

17  BY MR. HO:

18     Q    The estimates and margins of error in the

19  tabulation of CVAP data produced by the

20  Census Bureau are considered accurate by the

21  Census Bureau, right, Dr. Abowd?

22          MR. EHRLICH:   Objection.   Form.

401;
403

1      THE WITNESS:  The estimates in the CVAP

2  table are considered correct by the Census Bureau.

3  Meaning, that they were processed from the

4  American Community Survey according to a survey

5  design that was properly executed, and the steps

6  that were taken in the post processing of those

7  results are also according to the survey design.

8  So that when they are estimated, that is the

9  proper design estimate, and when this margin of

10  error is released, that is the number that we

11  believe is an appropriate indication of the

12  90 percent confidence interval.

13  BY MR. HO:

14      Q    Now, the data in that tabulation, that's

15  based on five-year pooled ACS data; is that

16  correct?

17      A    The CVAP is produced from what we call

18  the five-year ACS data, which is a rolling

19  five-year window on the American Community Survey.

20      Q    The tabulation of CVAP data is not based

21  on a single year of ACS respondents, correct?

22      A    That's correct.

401;
403

Page 44

1    Q    Why is the tabulation based on five-year

2    ACS pooled estimates instead of single-year

3    estimates?                                                401;
                                                               403
4    A    In the design of the American Community

5    Survey tabulations that are produced using a

6    single year of data, we only believe sufficiently

7    reliable for communities that are at least 65,000

8    population.

9    Q    Now, unlike the P.L. 94-171 file, the

10   tabulation of CVAP data obviously includes

11   citizenship information, right, Dr. Abowd?

12   A    Yes.

13   Q    Now, prior to the December 2017 letter

14   from Arthur Gary at the Department of Justice, had         401;
                                                               403
15   you ever heard any suggestion that the citizenship

16   data contained in the tabulation of CVAP was

17   insufficient for the purposes of DOJ's

18   Voting Rights Act enforcement?

19   A    From the Department of Justice, no.

20   Q    Had you heard that the -- let me start

21   again.

22        Prior to the 2017 Gary letter, had you

```
1    ever heard from anyone, other than the

2    Department of Justice, that the tabulation of CVAP

3    data was insufficient for Voting Rights Act

4    enforcement purposes?

5         A    I had not heard that was insufficient.  I

6    had heard that it was difficult to use.  There's a

7    nuanced difference between them, but that's what I

8    had heard.

9         Q    And who had you heard that it was

10   difficult to use from?

11        A    I believe I explained this in my fact

12   testimony, but I'll -- I will do it again.

13             Independent of the question about whether

14   to put a citizenship question on the 2020 census,

15   one of the areas at the Census Bureau that I was

16   asked to modernize was the disclosure avoidance

17   system that we use.  And that work began in 2016

18   when I arrived as the chief scientist.  The use

19   case for P.L. 94-171 and the use case for CVAP are

20   intimately related, because of the requirement

21   that you be able to build legislative districts

22   that meet the one-person, one-vote requirement and
```

1   satisfy Section 2 scrutiny of the Voting Rights

2   Act from the smallest granule level of geography

3   that will allow you to get the one-person,

4   one-vote part right.  In -- once you're done with

5   that, then you have to demonstrate, as well, that

6   there's an adequate number of eligible voters in

7   that district to continue to meet your Section 2

8   scrutiny.

9           So experts that I interviewed, when we

10  were talking about the disclosure modernization

11  for the P.L. 94 said it's already extremely hard

12  to combine the P.L. 94-171 data and the CVAP data,

13  because you have to model down the block group

14  level data to the block level.  And once you've

15  done that, controlling the margin of error in your

16  resulting districts is problematic and a lot of

17  the alternative ways of doing it come from

18  alternative ways of modeling that process.

19           So I was trying to learn -- in my

20  official capacity, I was trying to learn what the

21  use case was for the P.L. 94 when the user

22  volunteered, but one of the problems that they

1   encountered was the combining of.

2          And I asked the redistricting office if

3   it was a politically-loaded question to say

4   improving the way that the citizen data could be

5   combined with P.L. 94 or was that something that

6   would have bipartisan agreement, and he didn't

7   answer right away.  It was James Whitehorne, the

8   chief of the redistricting office.  He did his own

9   independent research.  And he came back and said

10  it's not political to say that improving the way

11  that is citizen -- the CVAP and P.L. 94 would be

12  an improvement.

13      Q   When was that conversation with

14  Mr. Whitehorne?

15      A   I don't remember exactly.  It was in 2017

16  at some point.

17      Q   Before receipt of the Gary letter?

18      A   Yes.  All of this was before receipt.

19      Q   You mentioned talking to experts who said

20  it was difficult to combine the P.L. data file

21  with the CVAP.  Who are those experts?

22      A   I wasn't able to specifically recall all

1    of them.  I recall talking to Professor Gary King

2    at Harvard.  Professor Mike -- I believe his last

3    name is McMahn, at the University of Florida.

4         Q    Could it be Mike McDonald at Florida?

5         A    That's it.

6              And the chief of the bipartisan

7    commission at -- in California.  I remember her

8    title but not her name.  And I don't have notes.

9              And I may have talked to some others, but

10   it was those three primarily, especially the

11   California one.  She was able to give me very

12   detailed use cases.  Not actual code, but

13   precisely how they combined various things.

14        Q    Let's talk about you mentioned disclosure

15   avoidance.  I want to ask you a couple questions

16   about that.

17             The citizenship data in the CVAP

18   tabulation, I believe you said before, those are

19   estimates at the block group level, correct?

20        A    That's correct.  Technically, so are the

21   P.L. 94-171, but they're official estimates.

22        Q    Now -- but the difference is, the P.L. 94

Page 49

1   data, that data doesn't have error margins

2   associated with it in the way that the CVAP

3   tabulation, which is based on a survey sample does

4   have error margins, correct?

5        A    The P.L. 94-171 data are not sample

6   based.  They do have margins of error.  We don't

7   discuss it very much, but they're not -- they're

8   not because of the sample.  They're because of the

9   statistical methods that intervene in converting

10  the responses to tabular data, including

11  disclosure avoidance.  The CVAP table is based on

12  a multistage probability sample, and so it has a

13  design that implies that it has a sampling error.

14  And it is the sampling error that we tabulate in

15  our margins of error.

16       Q    Okay.  So just to be clear about the

17  different data forms.  The P.L. data, that has

18  some errors associated with it, right?

19       A    Yes.

20       Q    It doesn't have the kind of standard

21  error associated with an estimate based on a

22  statistical sample, right?

401;
403

Page 50

1    A    It doesn't have sampling error.

2    Q    Thank you.

3         The tabulation of CVAP data does have

4    sampling error associated with it, correct?

5    A    Yes.

6    Q    So when you publish the CVAP tabulation,

7    you're not publishing any particular person's

8    responses to the ACS citizenship question in a way

9    that would enable you to identify that person's

10   responses, correct?                              401;
                                                       403
11   A    If we did not apply disclosure avoidance

12   prior to the tabulation, then the CVAP table, as

13   well as the P.L. 94 tables, would be subject to

14   reidentification risks.

15   Q    So what are the disclosure avoidance

16   steps that are used for the tabulation of CVAP

17   data?

18   A    The CVAP data are tabulated from the

19   production of the American Community Survey Office

20   tabulation system.  The exact specification for

21   the disclosure avoidance that has been applied to

22   them is confidential and I can't give you those

Page 51

1   specifications.   What we say in our technical

2   documents is that we apply household-level

3   swapping and some synthetic data noise infusion.

4        Q    Let's talk about those two things.

5   What's household-level swapping?

6        A    Household-level swapping means that the

7   certain variables on the household record, not the

8   person record, certain variables on the household

9   record are matched to variables on a household

10  record in a different geographic area.   And if the

11  household is selected for swapping, and when the

12  match is found, essentially all the values are

13  swapped, except the address ID.   So it looks as if

14  the data from a different address lived at the

15  address of the original and vice versa.

16       Q    So when you're building the CVAP

17  tabulation, in some cases, it's based on data

18  that's been swapped between two households where

19  the ACS citizenship response for one household has

20  been swapped with another; is that right?

21       A    I am only allowed to tell you the

22  variables that are used in the swap that are in

401;
403

1   public documents.   And I told you what was in the

2   public documents.

3       Q   Okay.

4       A   So the swap controls for family size, for

5   the number of persons in -- not family size.   That

6   was not a correct technical term.

7       Q   Household?

8       A   Household size.   Thank you.

9           And the number of members of the

10  household above voting age -- voting age or above.

11      Q   When households are swapped, at what

12  level of geography are they swapped?

13      A   I'm only allowed to say that the search

14  is over nearby geographic regions.

15      Q   So you're not swapping someone from Maine

16  with someone in Arizona?

17      A   I'm also allowed to say that the swap

18  never crosses state lines.

19      Q   Does the swap ever cross county lines?

20      A   If you can produce a technical document

21  that says it does or doesn't, I can confirm it.   I

22  can't remember ever reading that, one way or

401;
403

Page 53

1    another.

2        Q    And can you say, one way or another,

3    whether or not the swap ever occurs across census

4    block group lines?

5        A    I have read a lot of the public

6    documents.  I have also read a lot of the

7    confidential documents.  I do not recall any

8    public document explicitly saying anything other

9    than we don't swap across state boundaries.

10       Q    And do -- so that would -- okay.

11   Thank you.

12           Well, does swapping ever occur between

13   census blocks?

14           MR. EHRLICH:  Objection.  Form.

15           THE WITNESS:  Of course swapping occurs

16   across census blocks, because there would be no

17   point in it otherwise.

18   BY MR. HO:

19       Q    You mentioned synthetic data noise

20   infusion for disclosure avoidance.  Can you

21   describe what you mean by that?

22       A    There are two methods of doing that.  The

401;
403

Page 54

1   one that is used in the American Community Survey

2   is to develop a model for when a particular record

3   or item on a record is sensitive.   The models are

4   more precise, but, again, their parameters are not

5   confidential.   Basically, you think of extreme

6   values as sensitive.

7            And then the statistical model replaces

8   the sensitive value with a value that's sampled

9   from the model and from the error distribution of

10  the model.

11       Q    The plan after collecting the citizenship

12  responses from the enumeration is to deliver

13  block-level citizenship data to the

14  Department of Justice for the purposes of VRA

15  enforcement, right, Dr. Abowd?

16       A    Yes.

17       Q     The block-level citizenship data that the

18  Census Bureau is going to deliver to the

19  Department of Justice, will that be based

20  primarily to the citizenship question on the

21  decennial enumeration questionnaire?

22       A    The internal expert panel has been

401;
403

1  charged explicitly with determining both the

2  processing of the answers to the citizenship

3  question in the internal files and the formulation

4  for the CVAP table at the block level.

5      Q   So as of right now, a decision has not

6  been made yet as to whether or not the CVAP

7  table -- table that is produced to the

8  Department of Justice is going to be based

9  primarily on responses to the citizenship question

10  on the decennial enumeration or on a different

11  source; is that right, Dr. Abowd?

12      A   With one correction.  We are not

13  producing a CVAP for the Department of Justice.

14  We are producing a CVAP table at the block level

15  as a public use product.

16      Q   But otherwise, the answer to my question

17  is yes?

18      A   We have not made a decision on the way in

19  which we will aggregate the data to the block

20  level.

21      Q   Other than responses to the citizenship

22  question on the decennial questionnaire, what

401;
403

Page 56

1    other data sources might you use in the production

2    of the block-level CVAP table?

3        A    We have said that we will use

4    the -- what's called the census NUMIDENT data.   In

5    addition, we are negotiating with the

6    U.S. CIS -- Customs and Immigration Service, did I

7    expand it right -- U.S. CIS and with the

8    State Department to acquire additional citizenship

9    data and data on visas that have been issued to

10   legal visitors to the United States.

11       Q    Is it fair to say that it has not yet

12   been decided precisely how the block-level CVAP

13   table will be assembled?

14       A    That's correct.

15       Q    Has it been decided whether or not the

16   block-level CVAP data will be included in the

17   P.L. 94-171 data file?

18       A    It has not.

19       Q    Let me show you a document.   We'll mark

20   this as Exhibit 4.

21           (Plaintiffs' Exhibit 4, Federal Register

22   notice, was marked.)

401;
403

BY MR. HO:

    Q   This is a Federal Register notice.   This is a Federal Register notice from the Department of Commerce on proposed information collection and a comment request and the 2020 census.

        Have you seen this document before?

    A   Yes, I have.

    Q   I want to turn to the second page of the document -- oh, sorry, just for the record, it's dated June 8, 2018, and the first page on it is 26643.

        I'd like to turn to the second page of the document, that's Page 26644.   And the middle column, the second paragraph, about halfway down there is a sentence that starts with "If stakeholders."

        Do you see that?

    A   Yes.

    Q   The sentence reads, "If stakeholders such as the National Conference of State Legislatures elect to receive tabulations of citizenship data,

Page 58

1    the Census Bureau will make/require" -- I think

2    that's a typo -- "a change" -- "a design change to

3    include citizenship as part of the Public Law

4    94-171 redistricting data file."

5              So I want to ask you a question about

6    that sentence.   If stakeholders do elect to

7    receive citizenship data, what kind of design

8    change can be made to the P.L. 94-171 file to

9    include citizenship information at the census

10   block level?

11        A    So I was, of course, aware of that

12   sentence.   The way that redistricting office

13   interacts with the National Conference of

14   State Legislatures, as is described in the

15   statute, as I understand it, is to attempt to meet

16   their data needs, and their data needs are

17   specifically what's required to redraw legislative

18   districts.   So that's why the redistricting office

19   worked with the American Community Survey office

20   to get the CVAP tabulation to be released in a

21   timely manner with respect to redistricting in the

22   first place.

401;
403

Page 59

1        My understanding -- careful.  I was told

2    very carefully -- the Census Bureau's

3    understanding is that if the partners, the

4    National Conference of State Legislatures, wish to

5    receive the CVAP table at the block level,

6    simultaneous with the P.L. 94-171 tabulation --

7    that we announced the design of a previous

8    Federal Register notice, but I don't know the

9    notice number -- that we would facilitate that.

10       Since the tabulations are all done using

11   census geography, there are a number of relatively

12   straightforward ways to facilitate simultaneous

13   release and use of a CVAP block-level table and

14   the P.L. 94-171 table that we've prespecified in a

15   previous Federal Register notice.

401;
403

16       Q   Have there been any conversations with

17   the Department of Justice about the format in

18   which the Census Bureau will deliver block-level

19   citizenship data?

20       A   I believe the answer to that question is

21   no.  There have been meetings with the

22   Department of Justice, and they have been about

 1    the form of the CVAP and P.L. 94 data, but I don't

 2    believe we've had any specific discussion about

 3    the format.  I believe that we presume that our

 4    data production systems, when we say we're going

 5    to deliver data at the block level, we'll deliver

 6    data at the block level in a way that the

 7    receiving users already understand how to use.  So

 8    we're planning to disseminate the products in

 9    CEDSCI system at the block level and that's the --

10    that is the distribution medium that we would be

11    working towards using.  No one has mentioned that

12    that's problematic.

13        Q    I'm sorry.  I think I probably asked the

14    wrong question.

15        A    That's possible.

16        Q    So --

17        A    I hope I answered the right one.

18        Q    We talked earlier about how the

19    Census Bureau has not yet determined how it's

20    going to assemble the CVAP tables, whether it will

21    be based on the census enumeration questionnaire

22    responses, some other data source, what mix of

Page 61

1    those things.

2            Do you remember that, Dr. Abowd?

3        A    Yes.

4        Q    Have there been conversations with the

5    Department of Justice about how the

6    Department -- sorry -- how the Census Bureau is

7    going to assemble that block-level CVAP data, that

8    is, whether it will be based on the enumeration         401;

9    questionnaire responses or the administrative data     403

10   or something else?

11       A    There have been conversations with the

12   voting rights division or branch -- I'm not sure

13   which -- the voting rights section of the

14   Department of Justice about the consequences of

15   the disclosure modernization on the tabular data.

16   And so we were trying to educate them on that.

17   That doesn't affect how the census responses and

18   the administrative data might be combined to

19   produce those tabular data.   There's a variety of

20   ways in which they can be combined that are going

21   to result in tabular data with the same

22   statistical properties.

Page 62

1      Q    So just to be clear, there have been no

2  conversations with the Department of Justice about        401;

3  how the different forms of citizenship data are           403

4  going to be combined for purposes of assembling

5  the CVAP table?

6      A    None that I'm aware of, and during a

7  break, I'll ask to make sure there aren't some

8  that I wasn't aware of.

9      Q    Now, you did mention some conversations

10 between the Census Bureau and the voting section

11 at DOJ.  Who were those conversations between,

12 both on the DOJ and the census side?

13     A    So the meeting was arranged by

14 James Whitehorne, who is the chief of the

15 redistricting office.  On the Census Bureau side,

16 a number of experts were present, primarily

17 disclosure avoidance experts, but there were also

18 subject matter experts present.  On the DOJ side,

19 the chief of the section was present and staff

20 familiar with the Voting Rights Act.

21     Q    Was Mr. Whitehorne present at that

22 meeting?

1      A    Yes, he was.

2      Q    When you say the chief of the voting

3  section, is that Chris Herron?

4      A    I'm going to have to check a meeting

5  invitation list.  I don't remember that person's

6  name.

7      Q    Do you know the names of any of the DOJ

8  personnel who were present at that meeting?

9      A    James Whitehorne knew the names of all of

10 them, and I got their cards.

11     Q    Okay.  You were present at the meeting?

12     A    Yes.  I was present at the meeting.

13 Sorry.

14     Q    When did that meeting take place,

15 roughly?

16     A    Within the last three months, after --

17 after the Secretary's announcement and before

18 people started going on summer holidays.

19     Q    Were there any other meetings between

20 Census Bureau personnel and the

21 Department of Justice about the issues that we've

22 been talking about?

1      A    I believe the answer to that is no,

2  because James has been inviting me to those, but I

3  will also check to make sure.

4      Q    Roughly, how long did the meeting last?

5      A    About an hour.

6      Q    Where was it?

7      A    DOJ.

8      Q    Just backing up for a moment, a census

9  block is the lowest level of census geographic,

10  correct?

11      A    Correct.  Tabular geographic.

12      Q    Census block could have as few as ten

13  people it in, right, Dr. Abowd?

14      A    A census block can have no people in it.

15      Q    And a census block could have one person

16  in it, right?

17      A    That's also correct.

18      Q    I want to show you a document -- let's

19  mark this as Exhibit 5.

20           (Plaintiffs' Exhibit 5, Map, was marked.)

21  BY MR. HO:

22      Q    I will represent to you this is a map

Page 65

1   derived from census data on the Census website.

2   It was produced by adjoining tiger files with the

3   P.L. 94 data file after the 2010 census, and it's

4   a map of an area in Fort Myers, Florida.

5          So you recognize the rectangles and other

6   shapes on this map as census blocks, right,

7   Dr. Abowd?

8      A   Well, I can't independently verify that,

9   but certainly looks like it's right.

10     Q   And some of these census blocks have no

11  people in them, some of them have just a single

12  person on it, right?

13     A   Are you asking me to say that the number

14  that's sitting in the middle there is a population

15  count?

16     Q   I'll represent to you that that's -- that

17  the numbers are population counts, and assuming

18  that that's correct, some of the census blocks

19  represented on this map have only one person on

20  them, right, Dr. Abowd?

401;
403

21     A   Yes.  I found a singleton.

22     Q   Let's talk about that singleton.  Now,

Page 66

1    you'd agree with me, Dr. Abowd, that if you

2    publish citizenship information at the block level

3    based on the responses to the decennial

4    enumeration solely -- so ignore the administrative

5    data for a second -- then any singleton, any

6    person who is the one individual on a census

7    block, you would be publicizing that person's

8    response to the citizenship question, correct?

9        A    No.

10            MR. EHRLICH:   Objection.   Form.

11            THE WITNESS:   No.

12   BY MR. HO:

13       Q    Why not?

14       A    Hasn't been correct since 1990.

15       Q    Please explain to me why that's the case.

16       A    Even before we considered the citizenship

17   variable, that one person, that household that has

18   only one person in it, had other characteristics,

19   and the goal of our disclosure avoidance system

20   has been to inhibit a user's ability to say that

21   the person identified as that one count here has

22   these characteristics.

Vague; Calls for speculation

401; 403

1           In 2000 and 2010, that was accomplished

2     by swapping, primarily.  In 2020, that's going to

3     be accomplished by what's called differential

4     privacy.  They amount to similar goals.  One is a

5     more hardened technique.

6          Q    Uh-huh.

7          A    But, basically, if you do it properly,

8     then everything is an estimate and nothing is an

9     exact tabulation of what happened there.

10          Q    Okay.  So for these singletons, when you          401;
                                                                   403
11     publish block-level CVAP data, a census block with

12     one person on it and you publish data that shows

13     whether or not that person is a citizen, you're

14     telling me that's not going to disclose that

15     person's actual citizen status?

16          A    It's not even going to be that person's

17     actual citizenship value for any person.

18          Q    So the -- just to be clear -- I just want

19     to be clear about this.  The CVAP block-level data

20     that gets produced by the Census Bureau, in some

21     cases, the block-level citizenship values that are

22     reported on that table are not going to be the

Page 68

1  actual citizen statuses of the person or persons

2  on that census block; is that right?

3       A    No, not in some cases.   In all cases.      401;
                                                          403
4       Q    Okay.

5       A    There won't be a single block in which

6  the citizenship variables or the race and

7  ethnicity variables are the values reported by the

8  people who live there.

9       Q    So I'm new to this, so I just -- forgive

10  me.

11       A    You're not the only one.

12       Q    I want to come back to that.

13            But just explain this to me like a fifth

14  grader, okay?   When you publish -- after the 2020

15  enumeration, when you publish block-level

16  citizenship data and you say X number of people on

17  a particular census block, whether it's one out of

18  one people, eight of ten people, whatever the

19  number is, are citizens, according to the table,

20  that table will not accurately reflect the

21  citizenship status of the people enumerated in

22  those citizen blocks; is that right, Dr. Abowd?

Page 69

1      A    No.   But I'm actually going to treat you

2   like a college-aged person and not a fifth grader.

3      Q    Let me just get a clarity on what the no

4   was, no.   No, I was not right or no --

5      A    That's correct.   No, you were not right.

6      Q    Please explain to me.

7      A    The use case for block-level data is not

8   that when I take a microscope to the census and I

9   look at a block, the answers I get there are right

10  for that block.   That would be enormously

11  disclosive and would be almost impossible to

12  prevent reidentification of the confidential Title

13  13 data, and we haven't done that -- we didn't do

14  it in 2010.   We didn't do it in 2000.

15        What has happened between 2010 and 2020

16  is that we now actually know how to produce

17  block-level data that are suitable for their use

18  without having to put the exact -- what you call

19  accurate, but I think you really mean exact

20  tabulation in that block.   It's too dangerous in

21  terms of the confidentiality of the underlying

22  records to put the exact tabulation there.   So you

401;
403

Page 70

1   have to introduce randomness, and what -- we

2   introduced that randomness through a swapping

3   system in 2010 and in 2000.  We're replacing that

4   swapping system with a system that introduces the

5   randomness in a much more controlled way for 2020.

6   Such that, as you take those blocks -- even though

7   the block number is going to be noisy and we're

8   going to tell you how noisy it is -- when you add

9   them up to voting districts, the more people that

10  are in that voting district, the more accurate

11  estimate you get of all of the things you're

12  trying to tabulate.  Not just citizenship,

13  race/ethnicity.

14      Q    Just to clarify my understanding again,

15  my question wasn't about fitness of use.  My

16  question was just about exact measurement.

17          And is it correct that after you received

18  the decennial enumeration questionnaire responses

19  and you tabulate CVAP data at the block level,

20  that the numbers that you produce for CVAP at

21  particular census blocks will not reflect the

22  exact actual values of the number of citizen of

401;
403

1   voting age at each of those census blocks?

2        A    Could you read his question back to me?

3             (Thereupon, the reporter read the record

4   as requested.)

5             THE WITNESS:   As read to me, that

6   statement is correct.

                                                    401;
                                                    403

7   BY MR. HO:

8        Q    Another way to put it is, after you

9   tabulate the CVAP data at the block level, those

10  CVAP numbers at the block level will have error

11  margins associated with them, right, Dr. Abowd?

12       A    That's correct.

13       Q    Now, in your previous deposition, I

14  remember reading that you discussed that there is

15  sometimes disagreement between a person's

16  citizenship status as reflected in the NUMIDENT

17  data and the person's response to the citizenship

18  question on the ACS; is that right?

19       A    That's correct.

20       Q    I want to show you a document.  We'll

21  mark this as Exhibit 6.

22             (Plaintiffs' Exhibit 6, Email thread, was

1   marked.)

2   BY MR. HO:

3       Q    This is an email thread on which you

4   participated.  Top email on the thread is from

5   J. David Brown to a number of individuals,

6   including you, dated January 3, 2018.

7           Do you see that?

8       A   I see the header of the email, yes.

9       Q    And this is an email that discusses,

10  among other things, the issue of disagreement

11  between the ACS responses and the NUMIDENT data

12  with respect to citizenship status.

13          Does that look right to you?

14      A   Give me a second.  I'm refreshing my

15  memory.

16      Q   Sure.

17      A   Yes.  That's what the email says.

18      Q   Mr. Brown, in his email to you, attaches

19  a paper -- if you look at attachments -- I don't

20  have the actual paper here -- but the attachments

21  line at the top of the email, Dr. Abowd.

22      A   Okay.

```
 1      Q    Let me start that question again.

 2           Mr. Brown apparently attached an email to

 3   you from -- sorry -- apparently attached a

 4   document to you, a paper by Van Hook and Bachmeier

 5   from 2013 on the issue of disagreement between ACS

 6   responses and the NUMIDENT data with respect to

 7   citizenship status, correct?

 8           MR. EHRLICH:  Objection to form.

 9           THE WITNESS:  David Brown attached a

10   paper about aggregate-level comparisons of the

11   American Community Survey citizenship data with

12   aggregate summaries from other sources.

13   BY MR. HO:

14      Q    That paper was written by two people,

15   Van Hook and Bachmeier -- B-A-C-H-M-E-I-E-R is

16   spelled -- correct?

17      A    I don't have the paper in front of me.

18   There may have been other authors, but as far as I

19   know, that's correct.

20      Q    Who are Van Hook and Bachmeier, do you

21   know?

22      A    I do not know.
```

1      Q    Do you know anything about their

2  reputation as political scientists or -- social

3  scientists?  I'm sorry.

4      A    I remember looking at the article and

5  noting where it was published, but I did not look

6  at the research activities of the authors.

7      Q    Let me show you another document.  We'll

8  mark this as Exhibit -- this is going to get a

9  little confusing now.  I'm going to mark this as

10  Exhibit 7.  This was Exhibit 6 in your previous

11  deposition.  This was your January 19, 2018 memo.

12          (Plaintiffs' Exhibit 7, January 19, 2018

13  memo, was admitted into evidence.)

14          THE WITNESS:  Yes, it is.

15  BY MR. HO:

16      Q    Okay.  I want to ask you about Page 7 of

17  the document, which is AR1282.  You know, I'm

18  sorry, I think I have the wrong page number here.

19          It's Page 12 -- AR1283.  It should be the

20  second paragraph after the Header C1, quality of

21  administrative record versus self-report

22  citizenship status.

1    A    The paragraph that begins "For all of

2  these analyses"?

3    Q   Yes.

4    A   Okay.

5    Q   Now, the second sentence here reads, "The

6  NUMIDENT data contained information on every

7  person who has ever been issued a Social Security

8  number or an individual taxpayer identification

9  number.  Since 1972, SSA has required proof of

10  citizenship or legal resident alien status from

11  applicants.  We use this verified citizenship

12  status as our administrative citizenship

13  variable."

14        I want to ask you about what you wrote

15  there.  You described citizenship status in the

16  NUMIDENT data as verified, right, Dr. Abowd?

17    A   Yes.

18    Q   And you described citizenship status as

19  reported in the NUMIDENT as verified, because

20  everyone who obtains an SSN or an ITIN has had to

21  show a document concerning their citizenship or

22  legal noncitizenship status, correct?

401;
403

Page 76

1          A      Correct.

2          Q      So if someone shows up in the NUMIDENT as

3     a noncitizen, just to put this in plain language,

4     that's because the Social Security Administration

5     records reflect that a document has been shown

6     identifying that person as a noncitizen, right?

7                MR. EHRLICH:  Objection to form.

8                THE WITNESS:  No.  It's the citizenship

9     status that's been documented or if you add an

10    ITN, the eligibility for an ITIN.

11    BY MR. HO:

12         Q      And the eligibility for an ITIN, if that

13    record in the NUMIDENT indicates that a person is

14    a noncitizen, it's because they've submitted a

15    document that indicates that they're a noncitizen,

16    right?

17         A      Correct.

18         Q      Now, in your view, if someone is

19    identified as a noncitizen in the NUMIDENT, that

20    reflects that person's current noncitizenship

21    status except for where there's a lag time between

22    when a noncitizen naturalizes and when the SSA

1   updates the person's record to reflect that change

2   in status, correct?

3        A    Approximately correct.   Not everyone is

4   obligated to notify SSA of a change in their

5   status.   So the things you said, plus the

6   possibility that it never gets updated.

7        Q    Generally speaking, you would agree that

8   if someone is denoted in the NUMIDENT as a

9   noncitizen, that that person is likely to be a

10  noncitizen, subject to a few exceptions?

11       A    I won't agree with the last statement.

12  Subject to a few exceptions, we would intend to

13  quantify that, but subject to the exceptions in

14  whatever quantity they are.

15       Q    Generally speaking, if someone is -- let

16  me just try this again.

17            Generally speaking, if someone is

18  identified in the NUMIDENT as a noncitizen, you

19  think it's reasonable to conclude that that person

20  is likely a noncitizen at present, correct,

21  Dr. Abowd?

22       A    If the person is actually coded as a

Page 78

1   noncitizen, then I believe it is reasonable that

2   they were issued an SSN with SSA believing that

3   they were not a citizen.   If it's missing, that's

4   a different matter.

5       Q    Now, if someone is identified through ACS

6   questionnaire as a noncitizen, that's based

7   exclusively on a survey self-response that is not

8   verified by an actual document regarding the

9   person's legal status, right?

10      A    In the case of the respondent, that's

11  correct.   In the case of the other members of the

12  household, it's based on the information provided

13  by the respondent about those other members of the     401;

14  household.                                              403

15      Q    So for anyone on the ACS who is

16  designated as a noncitizen, it's based on a survey

17  response, not an actual document about the

18  person's noncitizen status, correct?

19      A    That's correct.

20      Q    Let me show you another document.   We can

21  mark this as Exhibit 8.   It's another email thread

22  you're on.   The top email is from Paul Beatty.

Page 79

```
 1          (Plaintiffs' Exhibit 8, Email, was
 2   marked.)
 3   BY MR. HO:
 4      Q   It is from Paul Beatty to you, dated
 5   January 2, 2018, and the Bates number of the first
 6   page of this thread is AR6629.
 7          Now, the third email in the chain is an
 8   email that you write to -- it's on the first page,
 9   Dr. Abowd.  It on an email that you write to
10   Mr. Beatty and John Elting --
11      A   Elting.
12      Q   Elting, E-L-T-I-N-G-E [sic] -- dated
13   January 2, 2018, 9:35 a.m.
14          Do you see that email?
15      A   Yes, I do.
16      Q   Okay.  You wrote, "I spent the entire
17   week of December 18 through 22 working on the
18   response to this for Ron.  He sent it to DOJ on
19   Friday afternoon, December 22.  We proposed adding
20   citizenship to the P.L. 94-171 to the
21   administrative records, not a new question on the
22   2020 census.  This proposal had the backing of the
```

Page 80

1    redistricting office."

2          You wrote that, right?

3      A   Yes.

4      Q   And the redistricting office is the

5    redistricting office at the Census Bureau run by

6    James Whitehorne, right?

7      A   Yes.

8      Q   Now, when you -- what do you mean when

9    you say that the option of using administrative

10   records to generate citizenship information for

11   the P.L. 94 file had the backing of the

12   redistricting?

13         A   Okay.  I was writing an email and I

14   didn't take my assistant director's advice as

15   seriously as I should have, to reread every

16   sentence before you click send.  I meant that I

17   had discussed it with James Whitehorne.  I meant

18   that we would produce a CVAP table in support of

19   P.L. 94-171.

20     Q   Okay.  Fair enough.

21         So you're referring to, in this email,

22   the production of a CVAP table with block-level

401;
403

Page 81

1    CVAP data, right?

2        A    Yes.

3        Q    Okay.   And when you say that that

4    proposal -- the proposal to generate that table

5    using administrative records had the backing of

6    the redistricting office led by Mr. Whitehorne,         401;
                                                              403
7    what did you mean by that?

8        A    It meant that I had previously discussed

9    with him whether this was a -- a tabulation that

10   we could make that would be considered politically

11   neutral and appropriate in support of state

12   redistricting efforts.

13       Q    Was one of the reasons why the proposal

14   to use administrative records to generate

15   block-level CVAP data have the support of the

16   redistricting office, the fact that administrative

17   records are based on verified information about a

18   person's citizenship status instead of a

19   self-report on a survey?

20       A    Not precisely.   What it was based on was

21   our ability to produce fit-for-use statistics that

22   we could document the quality of.   The fact that

Page 82

1   citizenship status is verified, at least for

2   people since 1972 in the NUMIDENT, is evidence

3   that the quality of the administrative record has

4   already received some scrutiny.

5        Q    So you would agree with the statement

6   that you -- I'm sorry.   Let me just -- let

7   me -- start that question again.                    401;
                                                        403
8            You described citizenship data from the

9   NUMIDENT as verified, because it's based on the

10  receipt of an actual legal document; is that

11  right, Dr. Abowd?

12       A    Yes.

13       Q    Okay.   And you would describe responses

14  to a citizenship question as unverified, right,

15  Dr. Abowd?

16       A    Yes.

17       Q    Let me show you another email.   We'll

18  mark this as Exhibit 9.

19           (Plaintiffs' Exhibit 9, Email, was

20  marked.)

21  BY MR. HO:

22       Q    This is an email from Ron Jarmin to a

1   number of people, including you, dated

2   December 22, 2017.  That's the top email in the

3   thread anyway.  The document is AR6659.

4           So in the top email, Dr. Jarmin is

5   forwarding to you and Albert Fontenot?

6       A   Fontenot.

7       Q   Fontenot.  An email --

8       A   It's French.  Don't say the T at the end.

9       Q   Thank you.

10          Dr. Jarmin is forwarding an email to you

11  that he previously sent to -- it's redacted, but

12  it's addressed to someone named Arthur, and it's

13  cc'd to Enrique Lamas; is that right?

14      A   That's correct.

15      Q   In -- now, you understand -- do

16  you -- the Arthur referred to by Dr. Jarmin in

17  this email -- or sorry.  Let me start that again.

18          The Arthur to whom this email is

19  addressed, does that appear to you to be

20  Arthur Gary from the Department of Justice?

21      A    Well, I understand it to be someone in

22  the Department of Justice, but I don't know any of

1  them.  So I don't know the last name.

2      Q   Do you understand -- okay.  I'm sorry.

3          The first sentence is, "Thank you for

4  your letter dated 12/12/2017 regarding improving

5  the quality of citizenship information for DOJ

6  enforcement of the Voting Rights Act."

7          When Dr. Jarmin wrote that, do you

8  understand that to be a reference to the DOJ's

9  request to add a citizenship question to the

10  census?

11      A   Yes.

12      Q   And would this email -- you understand

13  Dr. Jarmin to be forwarding a description of the

14  analysis that you were working on described in

15  your email to Mr. Beatty, the exhibit that we just

16  discussed previously, Exhibit 8?

17      A   Yes.

18      Q   The third sentence down in Mr. Jarmin's

19  email to Arthur starts with the phrase, "They have

20  now briefed me."

21          Do you see that?

22      A   Yes.

Page 85

1    Q   Okay.   Mr. -- Dr. Jarmin writes, "They

2    have now briefed me, and their findings suggest

3    that the best way to provide P.L. 94 block-level

4    data with Citizen Voting Age Population by Race

5    and Ethnicity would be through utilizing a linked

6    file of administrative and survey data the

7    Census Bureau already possesses."                        401;
                                                              403
8        When Dr. Jarmin refers to a linked file

9    of administrative and survey data, that's a

10   reference to what you were describing earlier in

11   your email to Mr. Beatty about adding citizenship

12   or -- creating a citizenship table via

13   administrative records, correct?

14   A   Yes.   That's a shorthand way of

15   expressing that.

16   Q   And when Dr. Jarmin writes using this

17   administrative record would result in higher

18   quality data, do you understand that to be a

19   reference, in part, to the fact that information

20   about citizenship status in the administrative

21   record is based, in part, on legal documents about

22   a person's citizenship status as opposed to a

1    survey report?

2         MR. EHRLICH:   Objection.   The document

3    says administrative and survey data in the

4    Census Bureau.

5    BY MR. HO:

6       Q   You can answer the question.

7       A   So I understand him to be summarizing the

8    knowledge that we had after about a week and a

9    half of studying these linked files about the

10   disagreement between survey responses and

11   administrative citizenship data.

12      Q   So you'd agree that if there's

13   disagreement between survey responses and

14   administrative -- excuse me.   Strike that.   Let me

15   start that again.

16         You would agree if there's a disagreement

17   between survey responses and administrative data

18   about a person's citizenship status, that usually

19   you'd assume that the verified administrative

20   records are correct and that the reported survey

21   response is incorrect, right, Dr. Abowd?

22         MR. EHRLICH:   Objection.   Form.

1      THE WITNESS:  No.  It's not as simple as

2  that.  If you were certain that the person you had

3  the survey response from and the person you had

4  the administrative record from were the same, and

5  you had a valid statistical sample of such people,

6  then you could estimate the error rates in both

7  the agreement and disagreement cells.  We were at

8  that time -- and we still are -- hypothesizing

9  that when the citizenship variables disagree for a

10  citizen, that that error rate is relatively low.

11  And that when they disagree for noncitizens, that

12  error rate is relatively high.  That would be one

13  of the hypotheses that we would attempt to verify

14  before asserting that the administrative data

15  should replace the survey response.  Otherwise, we

16  would use them in combination.

17  BY MR. HO:

18    Q   Okay.  I understand that there are some

19  errors associated with trying to determine a

20  person's citizenship status based on the

21  administrative record.  We talked about one early,

22  which was that a person's citizenship status may

1    change.  That's not yet reflected in the

2    administrative record.  That's one source of

3    error, when you try to ascertain someone's

4    citizenship status from the administrative record,

5    right, Dr. Abowd?

6        A    Correct.

7        Q    Another source of error is if you have a

8    problem in the linking of records, the person that

9    you're wanting to know the citizenship status of

10   might not be the same person that you're looking

11   at the administrative record of, right, Dr. Abowd?

12       A    That's correct.

13       Q    Do you have confidence in the

14   Census Bureau's matching procedures when you're

15   trying to ascertain whether or not a particular

16   Census Bureau survey respondent is, in fact, the

17   same person in the administrative NUMIDENT data?

18       A    When the quality of the

19   personally-identifiable information on both the

20   survey response and the administrative record are

21   sufficiently high, yes.  And as the quality of

22   either of those two sources of PII deteriorates,

Page 89

1   then increasingly, no, to the point where you

2   can't link, at all.

3       Q   You described earlier there was a -- the

4   hypothesis that if there's disagreement between

5   the administrative record and a person's

6   self-response, that it's -- that you could

7   hypothesize that the administrative record is more

8   likely to reflect the person's citizenship status

9   than the survey self-response; is that correct,

10  Dr. Abowd?  Do I understand you correctly?

11      A   In the hypothetical I posed where the

12  linkage was not an issue, yes.

13      Q   When the Census Bureau links survey

14  respondents to the administrative data and there's

15  disagreement between the survey response and the

16  administrative data, do you think it's a

17  reasonable hypothesis that the administrative data

18  about a person's citizenship status is more likely

19  to be reliable than the survey response?

20          MR. EHRLICH:  Objection.  Form.

21          THE WITNESS:  When the linkage is high

22  quality, yes.

BY MR. HO:

Q    Is the linkage performed by the
Census Bureau between ACS survey respondents and
the NUMIDENT data what you would describe as high
quality?

A    Sometimes, yes, and sometimes, no.
Generally, yes.

Q    For purposes of the analysis that you
conducted referenced in your January 19th memo,
was the linkage between the ACS respondents and
the NUMIDENT data about citizenship status, was
that a high-quality match?

A    So the average statistic for that match
was that it was a high-quality match, but not all
of the records matched with high quality.

Q    Okay.

A    And some didn't match, at all.

Q    Generally speaking, when there was
disagreement -- in the analysis that you performed
in your January 19th memo between the
administrative record and a person's survey
response about citizenship data, is it reasonable

Page 91

1   to conclude that the administrative record is more

2   likely to be correct about the person's

3   citizenship status than the response to the ACS

4   question?

5        A    When the administrative record says you

6   are a citizenship and when the linkage of high

7   quality, as it generally is for people whom the

8   administrative record says you're a citizen, then,

9   yes.   When the administrative record says that

10  you're not a citizen and the linkage is of high

11  quality, then subject to the caveats I have          401;

12  already expressed, I would also say yes.   But as    403

13  the linkage quality deteriorates, then you're not

14  sure you're looking at the same person and you're

15  also not confident of the -- either the survey

16  responses or the administrative record.

17       Q    So let's just talk about the

18  noncitizens --

19       A    Okay.

20       Q    -- in the NUMIDENT data.   When you have a

21  non- -- someone who is identified as a noncitizen

22  in the NUMIDENT data and you link that person to

Page 92

1  an ACS response and there's disagreement, that is,

2  the person who is identified in the NUMIDENT as a

3  noncitizen, but their ACS response is citizen,                401;

4  when you conducted that analysis for purposes of             403

5  your January 19th memo, do you have confidence

6  that person is likely a citizen -- sorry -- likely

7  a noncitizen and that the response to the ACS

8  question was incorrect?                                       Vague;
                                                                 Compound;
9            MR. EHRLICH:  Objection.  Form.                     Confusing

10           THE WITNESS:  We believe that the most

11  likely conclusion is that the administrative

12  record is correct and the survey response is not.

13  BY MR. HO:

14      Q    And I believe in your January memo, you

15  conclude that about 30 percent of ACS respondents

16  who are identified as noncitizens in the NUMIDENT,

17  respond to the ACS citizen question by stating

18  they are citizens, right, Dr. Abowd?

19      A    We agreed to use 30 percent as the

20  summary for a range, but yes, I think that's a

21  representative statistic.

22      Q    So based on your previous responses

Page 93

1  today, you think it's likely that 30 percent of

2  noncitizens who responded to the ACS citizenship

3  question responded incorrectly about their

4  citizenship status to the ACS question, right,

5  Dr. Abowd?

6      A    I -- the correct statement is that the

7  data provided for 30 percent of the survey

8  respondents who indicated citizens, that wasn't

9  necessarily provided by that person -- that's what

10 I'm trying to correct -- is likely incorrect, yes.

11     Q    Do you have any empirical basis to expect

12 that noncitizens who respond to a citizenship

13 question on the 2020 decennial enumeration

14 questionnaire will respond more accurately than

15 noncitizens who have responded to the citizenship

16 question on the ACS?

17     A    No.

18     Q    Is there any reason to think that

19 noncitizens who respond to the citizenship

20 question on the 2020 enumeration will respond less

21 accurately than noncitizens who respond to the

22 citizenship question on the ACS?

401;
403

Page 94

1    A    We have identified an upward trend in the

2    disagreement between the survey responses and the    401;

3    administrative record.   It's not precise enough    403

4    for us to label as a definitive upward trend, but

5    it -- there are definitely indications in the data

6    that the willingness to respond accurately to that

7    question is declining.

8    Q    Would you expect noncitizens responding

9    to the citizenship question on the 2020 decennial

10   enumeration questionnaire to respond inaccurately

11   at a higher rate than the inaccuracies you

12   documented among noncitizens responding to the

13   citizenship question on the ACS?

14   A    I don't have a well-formed opinion on

15   that.   I have told you that there's a -- the

16   appearance of a trend that we have not determined

17   has the statistical quality to say is a trend, but

18   is -- so in the absence of that, I would have to

19   say my expectation is the same as the most recent

20   data, which would be the 2016 ACS.   That's where

21   the 30 percent number comes from.

22   Q    For producing the block-level CVAP data,

Page 95

1   there are, at present, no plans in place to

2   address situations where a person's self-report in

3   response to the citizenship question on the 2020

4   enumeration questionnaire disagrees with that

5   person's citizenship status as noted in the

6   NUMIDENT data file; is that right, Dr. Abowd?

7           THE WITNESS:   I'm sorry.   Could you read

8   the first part of his question back to me?

9           (Thereupon, the reporter read the record

10  as requested.)

401;
403

11          THE WITNESS:   I think you're asking me

12  about the processing decisions for the 2020 census

13  and the subsequent production decisions for the

14  CVAP tabulation; is that right?

15  BY MR. HO:

16      Q    Right.

17      A    There are no current decisions about how

18  that's going to be done.

19      Q    There are no current decisions about how

20  you're going to reconcile differences between the

21  responses to the citizenship question and a

22  person's citizenship status as defined in the

Page 96

1    NUMIDENT?

2         A    That's correct.

3         Q    The last sentence of Exhibit 9,

4    Dr. Jarmin's email says, "I suggest we schedule a

5    meeting of Census and DOJ technical experts to

6    discuss the details of this proposal."

7              That meeting did not take place, did it,

8    Dr. Abowd?

9         A    That's correct.

10         Q    You anticipated having such a meeting in

11    January of 2018, right?

12         A    I wouldn't say that the Census Bureau

13    anticipated having such a meeting.  I would say

14    that we offered DOJ the opportunity to meet with

15    us and hoped that they would.

16         Q    I'm going to show you a document.  We'll

17    mark it as 10.

18              (Plaintiffs' Exhibit 10, Email, was

19    marked.)

20    BY MR. HO:

21         Q    This is an email thread, the top email is

22    from Misty Heggeness to you dated January 2, 2018

401;
403

```
 1   with Bates number AR6623.  The second email on the
 2   thread, you write on January 2, 2018 at 1:16 p.m.,
 3   "Don't worry about missing the DOJ follow-up
 4   meeting.  I don't expect many technical questions.
 5   It's mostly about messaging."
 6           You wrote that, right?
 7       A    I did, yes.
 8       Q    Misty Heggeness is the senior advisor for
 9   evaluations and experiment at the Census Bureau,
10   right?
11       A    Yes, she is.
12       Q    Why did you tell her not to worry about
13   missing the DOJ follow-up meeting?
14       A    So I believe what's going on in this
15   email, I'm using a very shortened sentence for the
16   response to the DOJ request follow-up meeting.
17       Q    Okay.
18       A    We never had a DOJ meeting scheduled.
19   I'm sure I'm referring to shorthand of we're
20   working on a technical response to the DOJ's
21   request and there were follow-up meetings from
22   that.
```

Page 98

1      Q    When you say the meeting would be mostly

2   about messaging, what did you mean by that?

3      A    To be honest, I'm not sure.  I believe

4   that on the 2nd of January, we were discussing the

5   wording of a short summary memorandum that I was

6   working on for the acting director, summarizing

7   the state of the research through the end of

8   December.

9      Q    You testified a moment ago that DOJ

10  declined to take the meeting that was referenced

11  in Dr. Abowd -- Dr. Jarmin's email; is that right?

12     A    That's correct.

13     Q    Do you know why?

14     A    I believe it's in the administrative

15  record, the reply to this email.  I'll summarize.    401;

16  Again, if you say this is the author of the          403

17  letter, I believe you, but names haven't stuck.

18          Said that the basis for our request is

19  adequately documented in the letter and we decline

20  to further meet.

21     Q    In your experience, is it unusual to

22  receive a data request from an agency to the

Page 99

1  Census Bureau and then for the agency to refuse to          401;
2  meet to discuss the technical aspect of that data          403
3  request?
4          A    My experience in my current position is
5  only two years old.   I will answer on behalf of
6  the agency.   Yes.
7          MR. HO:   We've been going for about an
8  hour 50, 55 or so.   Would now be an okay time for
9  a bathroom break?
10          MR. EHRLICH:   It's okay with me.
11          VIDEOGRAPHER:   This concludes Media Unit
12  Number 1.   The time on the video is 10:55 a.m.   We
13  are off the record.
14          (Off the record.)
15          VIDEOGRAPHER:   This begins Media Unit
16  Number 2.   The time on the video is 11:19 a.m.   We
17  are on the record.
18          MR. EHRLICH:   Just to clarify something
19  we were discussing earlier on the record when we
20  were talking about you had received documents
21  yesterday evening that you wanted to talk to
22  Dr. Abowd about.   We wanted to clarify that you

1  get seven hours for the 30(b)(6).  If you want to

2  reserve time at the end of today in order to

3  review those documents and ask him more questions,

4  we can produce him again for you.

5       MR. HO:  Thanks for that offer.  I'll

6  confer with co-counsel and counsel for the other

7  plaintiffs --

8       MR. EHRLICH:  Okay.

9       MR. HO:  -- and we'll talk.

10       MR. EHRLICH:  Thank you.

11  BY MR. HO:

12       Q    Dr. Abowd, before moving on to another

13  topic, I just want to ask a few questions about

14  some things we discussed earlier.

15            You testified that when the

16  Census Bureau, after the 2020 decennial census,

17  produces the block-level CVAP data, that there

18  will be error margins associated with that

19  block-level CVAP data.  Do you remember that?

20       A    Yes.

21       Q    Okay.  Today, does the Census Bureau know

22  whether or not the error margins associated with

401;
403

1    that block-level CVAP data will be larger or

2    smaller than the error margins associated with the

3    block-level CVAP data that DOJ currently uses,

4    based on ACS estimates?

5        A    I have to give a nuanced answer to that

6    question.   We don't know, because we haven't set

7    the parameters of the disclosure avoidance system

8    yet.   That's somewhat new territory for my

9    colleagues, and I am certain that one of the

10   things we will be discussing is whether the error

11   margins associated with both the P.L. 94 and the

12   CVAP table at the block level still allow

13   redistricting offices and the

14   Department of Justice to use the data effectively.

15   That is the use case for those data.

16       Q    Would you agree -- never mind.   That's

17   fine.

18            You testified a little bit about a

19   possible RCT of the citizenship question and

20   request from, I believe it was Enrique Lamas, to

21   get a proposal for doing an RCT of the citizenship

22   question without the prefatory nativity question

401;
403

1    that's been used in past questionnaires.

2            Did I get that right?

3        A    Everything you just said is what I said,

4    I think, yes.

5        Q    Okay.  And that was in March of 2018?

6        A    May.

7        Q    May of 2018.

8            And are there documents to reflect the

9    request from Mr. Lamas to conduct an RCT of the

10   citizenship question without a prefatory question

11   without nativity?

12       A    First of all, he didn't request an RCT.

13   He requested a proposal for an RCT.

14       Q    Thank you.

15       A    And I have seen Victoria Velkoff's

16   response to that request.  So there are artifacts,

17   yes.

18       Q    Was that request, or Ms. Velkoff's

19   response, were those in emails?

20       A    I do not know how the correspondence

21   between Enrique and Tori Velkoff was conducted.

22   But there is a document that is the proposal of

1   American Community -- ACS office produced, and

2   that was transmitted to me by email.

3       Q   And when you say there was a document

4   produced, was that like a memorandum attached to

5   an email or was it in the text of an email?

6       A   It was a separate document, short summary

7   of the proposal.  I think it was all of the

8   proposal, but it was short.

9       Q   As set forth in that proposal, how long

10  would the RCT have taken?

11      A   I did read it very recently, but I did

12  not memorize it.  The way it works in the

13  experimental components of the American Community

14  Survey is you designate certain months in the

15  field for data collection.  And then the

16  American Community Survey data are processed in a

17  flow, but we don't release the official products

18  until the flow of an entire year has been

19  processed, but we would have been able to evaluate

20  an experiment as soon as the months that were in

21  the experiment were evaluated.

22          She gave two separate start dates for the

1   experiment.  One was November and one was early in

2   2019.  But I don't remember her saying how many

3   months it had to run to achieve the standard

4   errors that -- that it was designed to produce, so

5   that's -- it may not have been in there.

6       Q   Do you know how expensive either of those

7   proposals to conduct an RCT of the citizenship

8   question would have been?

9       A   Would you remember to re-ask that

10  question after the next break?  I would rather

11  give you exactly the right answer than the two

12  numbers I remember, and I think I have transposed

13  digits in one of them, so I'm just going to go

14  look.

15      Q   I appreciate that.  And if it's not me,

16  then it might be somebody else.

17      A   Right.  As long as someone knows to

18  re-ask, I know my counsel will remind me to check.

19      Q   Was that RCT proposal discussed with

20  anyone outside of the Census Bureau?

21      A   When I discussed that RCT proposal with

22  the acting deputy director, he took

Page 105

```
 1   responsibility, in conjunction with the acting
 2   director, for giving me the no-go, but he didn't
 3   tell me whether he discussed with anyone else
 4   outside the Bureau.
 5        Q   So you're aware that Dr. Jarmin and -- I
 6   don't know if it's Dr. or Mr. Lamas?
 7        A   It's doctor.  It's Dr. Velkoff, too.
 8        Q   Okay.  You don't know if anyone other
 9   than Dr. Jarmin and Dr. Lamas were involved in
10   this -- the decision not to do the RCT of the
11   citizenship question?
12        A   I do not know.
13        Q   You testified at one point whether or
14   not -- excuse me -- you testified at one point
15   that there are indicators in that -- let me try
16   again.
17             I think you testified earlier that there
18   are indicators suggesting that nonresponse rates
19   to a citizenship question among noncitizens are
20   increasing; is that right?
21        A   Yes.
22        Q   What are those indicators that you were
```

Page 106

1    referring to?

2        A    In our technical research, we've

3    conducted statistical experiments that attempt to

4    estimate the extent to which certain categories of

5    households that either include a noncitizen or

6    include someone for whom we don't know the

7    citizenship status might not respond to

8    questionnaires that include a citizenship

9    question.   In the analysis for the 2000 census,

10   that number was around 3 percentage points.   In

11   the analysis circa 2010, it was closer to 5

12   point -- 5 percentage points.   And the most recent

13   analyses we have produced, it's closer to five and

14   a half percent -- 5.8 percentage points and

15   applies to a bigger subpopulation of households

16   than our previous analyses.

17       Q    Any other analyses suggesting that there

18   are indications of greater nonresponse over time

19   from noncitizens to a citizenship question other

20   than the ones you've just described?

21       A    If you look at the item nonresponse rates

22   and the break-off rates, the reason I said that

1   they didn't meet statistical standards for saying

2   we think there's a trend is because they're short

3   and there have been some procedural changes that

4   materially affect the year-to-year comparisons,

5   but they are higher now than they were earlier in

6   the decade.

7        Q    So we have increasing unit nonresponse,

8   increasing item nonresponse and increasing

9   break-off rates, all suggesting that noncitizens'

10   sensitivity to a citizenship question have been

11   increasing over time; is that right, Dr. Abowd?

12        A    You have to permit the caveat that I

13   didn't say increasing.  I said they're going up,

14   but that, specifically, I don't have sufficient

15   statistical evidence to conclude there's an

16   increase in trend.

17            In the case of the -- of the item

18   nonresponse rates, it's because of the change in

19   design that occurred in 2013.  In the case of the

20   break-off rates, it's because we haven't been able

21   to analyze full 2017 data, and we only had 2016

22   data.  So we don't -- I don't, really, even have

Page 108

1    two points for the break-off rates.

2              But at the time we prepared our technical

3    report for the Secretary, we had the 2000 and the

4    2010, and those two numbers are statistically

5    different from each other, and the one in 2010 is

6    larger.

7         Q    But you would agree that the item

8    nonresponse and the break-off rate analysis that

9    you've done, they're both consistent with the

10   notion that noncitizens' sensitivity to a

11   citizenship question and unwillingness to respond

12   to such a question, have increased over time?

13             MR. EHRLICH:   Objection.   Form.   Vague;
                                                   Compound

14             THE WITNESS:   I will agree to the

15   statement, consistent with the -- with the

16   increase over time, yes.

17   BY MR. HO:

18        Q    Other than the three things we've

19   discussed, unit nonresponse, item nonresponse and

20   break-off rates, are there any other indicators

21   suggesting that noncitizens' sensitivity to a

22   citizenship question has been increasing over

1    time?

2       A    There are survey indicators from the

3    Census Barriers, Attitudes and Motivators Survey

4    and qualitative analysis from focus groups that

5    also suggest it.

6       Q    Other than the CBAMS and the focus

7    groups, any other indicators that you're aware of

8    suggesting that noncitizens sensitive to a

9    citizenship question has been increasing?

10       A    None that I can recall at this moment.

11       Q    Okay.  You said something about the 5.8

12    percentage point reduction in response rates among

13    noncitizens to a citizenship question -- because

14    of the presence of a citizenship question; is that

15    right, Dr. Abowd?

16       A    I can restate the question so it's right.

17       Q    Please.

18       A    We did analyses -- we did analyses that

19    compared different categories of households that

20    included citizens with categories of households

21    that either didn't or may not include citizens.

22    And the most reset of them -- which is in the

1  technical paper that was delivered to you last

2  night -- uses an estimate of 5.8 percentage

3  points.

4     Q   Right.  That 5.8 percentage point

5  estimate, that's not reflected in your

6  January 19th memo from earlier this year, right?

7     A   That's correct.

8     Q   But it is reflected in the updated white

9  paper dated August 6, 2018 that plaintiffs'

10  counsel received after the close of business last

11  night, right, Dr. Abowd?

12     A   Well, I don't know when you received it,

13  but that is the correct document, yes.

14     Q   Are you aware of any reason why that

15  document couldn't have been produced to

16  plaintiffs' counsel before last night?

17     A   That document had been produced in

18  substantially the same form three weeks ago.

19     Q   When you say produced in substantially

20  the same form, to whom do you mean?

21     A   There's a version dated July and a

22  version dated August, both of which were provided

1  to the Department of Commerce in response to a

2  discovery request we were processing.

3       Q   Do you know when the August 6th version

4  of that paper was produced from the Census Bureau

5  to the Department of Commerce?

6       A   I do not.

7       Q   Was it yesterday?

8       A   I don't think so -- no.  It definitely

9  wasn't yesterday.  It -- because I asked for a

10  copy at the Department of Commerce on Monday, and

11  I was given a copy with the August 6th date.  I

12  was expecting to see a copy with a July date.

13  There's no difference between them, other than

14  some grammar mistakes that have been corrected.

15       Q   I want to show you a document that you

16  talked about at your last deposition.  This was a

17  short version, I think, of the analysis we were

18  just talking about.  It was the first Abowd

19  Deposition Exhibit 4, marking it as Exhibit 11 for

20  this deposition.

21            (Plaintiffs' Exhibit 11, Analysis, was

22  marked.)

```
1   BY MR. HO:
2       Q   I want to turn to Page 7 of this
3   document, Bates number 5506, and I want to ask you
4   about Table 5 and the description of Table 5.
5   Take a look at it, and let me know when you're
6   ready to talk about it.
7           Oh, I'm sorry.  I said the wrong table.
8   I meant Table 6, and the paragraph right above
9   Table 6, which I believe describes Table 6.
10      A   Okay.
11      Q   The analysis depicted in Table 6 is a
12  longitudinal analysis, right, Dr. Abowd?
13      A   That's correct.
14      Q   And that means it's an analysis of data
15  that was gathered from the same subjects
16  repeatedly over a period of time, right,
17  Dr. Abowd?
18      A   Same subject households, yes.
19      Q   So just to put it in plain English, a
20  longitudinal survey is, basically, a survey that
21  is administered periodically to the same
22  households in this case, right?
```

1      A    In this case, yes.  That's right.

2      Q    Now, the first sentence in the paragraph

3  above Table 6 reads:  Other proxy measures for

4  understanding response sensitivity to questions of

5  citizenship can be examined with longitudinal

6  data.

7           What does that sentence mean?

8      A    It's a -- it's terse technical writing

9  for it, and now we're going to do things similar

10 to what we just did for cross-sectional studies

11 with some longitudinal data.

12     Q    And the premise here is that a

13 longitudinal analysis could shed some light on the

14 sensitivity of citizen- -- or the question on

15 citizenship, right, Dr. Abowd?

16     A    Yes.

17     Q    The SIPP, S-I-P-P, that's a longitudinal

18 survey featuring a citizenship question, correct?

19     A    That's correct.  It's the Survey of

20 Income and Program Participation.

21     Q    And who is it conducted by?

22     A    The Census Bureau.

1    Q    According to the table, in Wave 1 of the

2  SIPP, noncitizens were 6.1 of respondents but by

3  Wave 2, they were only 5.7 percent of SIPP

4  respondents, correct?

5    A    That's correct.

6    Q    So just to explain what that means,

7  noncitizens shrank as a share of respondents to

8  this longitudinal survey because they dropped out

9  of responding to the survey at a higher rate than

10  did citizens, correct, Dr. Abowd?

11    A    So the two point estimates, 6.1

12  percentage point and 5.7 percentage point -- the

13  5.7 is less than the 6.1.   I think I asked the

14  authors to ensure that the standard error of the

15  difference was -- which is negative -- was also

16  sufficiently precise.   On the hypothesis that

17  that's the case -- I don't have the standard or

18  the difference here -- then, yes, that's the

19  correct conclusion.

20    Q    So the idea that the white paper's

21  authors are operating under here is that if

22  noncitizens dropped out of a longitudinal survey

Page 115

1   featuring a citizenship question at a higher rate

2   than did citizens, then that suggests that

3   noncitizens are more sensitive to a citizenship

4   question and might fail to respond to a survey

5   with a citizenship question at a higher rate than

6   citizens; is that right?

7       A    So the nuanced answer to your question is

8   that it is suggestive of that.   In these kinds of

9   survey situations, we can't design the gold

10  standard randomized controlled trial for which the

11  precise hypothesis that you stated would be the

12  one you could precisely test.   So the

13  questionnaire does include a citizenship question.

14  It includes lots of other questions, as well.   And

15  subject to that caveat, the conclusions that you

16  drew about the difference between Wave 1 and

17  Wave 2 participation -- sorry, response rates --

18  is correct.

19  BY MR. HO:

20      Q    And the Census Bureau agrees with the

21  authors of the white paper that this longitudinal

22  analysis is suggestive of the notion that

Page 116

1    noncitizens are more sensitive to a question about

2    citizenship and less likely to respond to a survey

3    featuring a citizenship question, correct?

4         MR. EHRLICH:   Objection.   Form.   Vague;
                                                  Compound

5         THE WITNESS:   The Census Bureau considers

6    the evidence from the SIPP to be consistent with

7    the other evidence that we have examined

8    suggesting that households that either contain a

9    noncitizen or contain at least one person for whom

10   we do not know the citizenship status are more

11   sensitive to questionnaires that include questions

12   about citizenship status.

13   BY MR. HO:

14        Q    There are other longitudinal studies

15   conducted by the Census Bureau featuring a

16   question on citizenship, right, Dr. Abowd?

17        A    Yes.

18        Q    For example, the Current Population

19   Survey, CPS, is a longitudinal survey conducted by

20   the Census Bureau featuring a citizenship

21   question, correct?

22        A    So that's not technically correct.   The

1   current population's survey frame is only
2   longitudinal in the sense of the selected housing
3   units, not in the sense of the selected persons
4   who are in those housing units.  So the
5   interviewer's instructions are to go back to the
6   same physical address, and whoever is living there
7   gets interviewed.
8       Q   So it's fair to say, though, that it's
9   longitudinal survey of the same household's units
10  and that it -- correct?
11      A   Housing, not household.
12      Q   Okay.
13      A   That's precisely what I'm trying to
14  correct.
15      Q   Got it.
16          So the CPS features a citizenship
17  question, correct?
18      A   Yes.
19      Q   And it's a longitudinal survey of the
20  same housing units, correct?
21      A   The survey is longitudinal.  The
22  citizenship question isn't.

1    Q   The citizenship question does get asked

2  periodically in the CPS, correct?

3    A   I'm going to take the opportunity to

4  correct something from my --

5    Q   Uh-huh.

6    A   -- testimony earlier where I was showing

7  my age.

8         Early in my career, I used the CPS a lot,

9  and early in my career, the citizenship status

10 question only appeared on supplements.  They were

11 called the immigrant supplement.  Beginning in

12 1994, the question is asked every month, but is

13 only asked of a respondent once.  And so the next

14 time the interviewer goes to that household -- we

15 call it dependent surveying -- if the survey form

16 indicates that you're talking to the same person

17 who answered before, then a number of questions,

18 including the citizenship question, aren't asked

19 again.  So it's not longitudinal on the

20 citizenship question in the same way that the SIPP

21 in the era being examined here would be

22 longitudinal.

1      Q    Just so I understand correctly, if

2    someone responds to the CPS, the first time, they

3    get a citizenship question, correct?

4      A    So the CPS, like the American Community

5    Survey, accepts the responses for every member of

6    the household from a single respondent.

7      Q    Uh-huh.

8      A    And so if -- if the -- and they're

9    categorized by numbers that refer to the -- to the

10   respondent.  If the next time that housing unit is

11   in the sample, the same family, technically

12   household, and members are there, then the

13   question is not supposed to be asked about someone

14   for whom the survey already has the data.

15     Q    So the household receiving the CPS survey

16   questionnaire is absent any change to the

17   composition of the household only supposed

18   to be -- ask the citizenship question once?

19     A    Month and Sample 1 -- and I didn't review

20   the field procedures for what happens if Month and

21   Sample 2 through 8 enumerator -- the interviewer

22   finds a different household there.  But Month and

1    Sample 1 is when you're supposed to be asked the

2    nativity question and citizenship.

3        Q   And you're not supposed to be asked the

4    citizenship question again on a subsequent CPS

5    survey unless the composition of your household

6    changes?

7        A   That's my understanding from the summary

8    of the field instructions, yes.

9        Q   If we looked at the CPS in a way that was

10   similar to the analysis in this white paper of the

11   SIPP, and we compared the rates at which different

12   subgroups dropped out of the CPS survey, say

13   racial or ethnic minorities or noncitizens, for

14   example, and compared that to the rate at which

15   other subgroups dropped out of the CPS, would that

16   be suggestive of sensitivities to survey with a

17   citizenship question in a manner similar to the

18   dropout analysis of the SIPP respondents in the

19   white paper?

20           MR. EHRLICH:  Objection.  Form.

21           THE WITNESS:  You can't do an analysis of

22   the CPS data that is strictly comparable to the

1   analysis that's done in Table 6 here.  So there is

2   no way in which I can say if -- I don't know how

3   to interpret if you did something similar here.

4   If you show me an analysis that was actually done

5   on the CPS data, I could understand where the

6   components came from and I might be able, at that

7   point, to assist in interpreting those numbers.

8   BY MR. HO:

9       Q   Okay.  Let's -- I'm not asking about

10  something exactly comparable to the SIPP analysis

11  here, but if I took a group of CPS respondents at

12  Time 1, and then I looked at the same group of CPS

13  respondents at Time 2, and I noticed, for example,

14  that noncitizens dropped out of the CPS at a

15  higher rate than did citizens -- so similar to the

16  SIPP analysis here -- would that be suggestive of

17  the notion that noncitizens are more sensitive to

18  a survey question about citizenship?

19          MR. EHRLICH:  Objection.  Form.

20          THE WITNESS:  As you have stated the

21  question, you're, again, doing something that you

22  can't do with the Current Population Survey, so I

1   don't know how to answer your question.

2            A housing unit doesn't drop out of the

3   Current Population Survey, though it could be

4   destroyed, in which case there would be a field

5   report that the housing unit doesn't exist

6   anymore.

7   BY MR. HO:

8       Q   But a housing unit can have -- can refuse

9   to respond to the CPS, correct?

10      A   That's correct.

11      Q   So forget that I said drop out.  Let's

12  just talk about refusal to respond.

13           If I look at Time 1 and I compare

14  response rates to the CPS, and I look at Time 2

15  and I look at refusals to respond, right, and I

16  see that noncitizens or noncitizen households

17  refuse to respond to the CPS at Time 2 at a higher

18  rate than did citizen households, would that be

19  suggestive of the idea that noncitizens are more

20  sensitive to a citizenship question than --

21      A   You can't do that experiment either.

22      Q   Okay.

Page 123

```
1        A    It's a housing unit --

2        Q    I think I understand.

3        A    You don't know who is in the housing unit

4   when you go the second month and second sample.

5   That's the point I'm trying to make.

6        Q    I think I understand.

7        A    Okay.
```

8        Q    All right.   Let me try this again.

9             Time 1, right, we have a group of CPS

10   respondents.   Some housing units have a

11   noncitizen, some housing units do not have a

12   noncitizen.   Time 2, the share of respondents to

13   the CPS from the housing units that at Time 1 had

14   a noncitizen has shrunk.   Would that be suggestive

15   of the notion that noncitizens are more sensitive

16   to a citizenship question than are U.S. citizens?

17             MR. EHRLICH:   Objection.   Form.   Vague; confusing

18             THE WITNESS:   Replace Time 1 and Time 2

19   with Month and Sample 1 and Month and Sample 2.

20   If you look at statistics for Month and Sample 2

21   for households for Month and Sample 1 that

22   identified as citizen versus for households for

Page 124

1   Month and Sample 1 that identified as noncitizen

2   and you found differences in the Month and

3   Sample 2 statistics, that would be as similar as

4   you could construct to the hypothetical in Table 6

5   of the working paper we're talking about.

6   BY MR. HO:

7        Q    And would that analysis -- if I showed

8   that Month and Sample 1 housing units that

9   featured a noncitizen responded at a lower rate at

10  Month and Sample 2 than the households that at

11  Month and Sample 1 were all citizen households,

12  would that be suggestive of greater sensitivity of

13  noncitizens to a citizenship survey question?

14           MR. EHRLICH:   Objection.   Form.   Vague; Confusing

15           THE WITNESS:   That would have an

16  interpretation similar to Table 6 in the working

17  paper, yes.

18  BY MR. HO:

19       Q    Now, during your last deposition, do you

20  remember talking about the acronym C-A-P-I or

21  CAPI?

22       A    Computer-assisted personal interview,

1    yes.

2            (Conference call interruption.)

3    BY MR. HO:

4        Q    CAPI is, basically, a nonresponse

5    follow-up for the ACS; is that right?

6        A    As of right now, that is correct.

7        Q    Okay.   And what --

8        A    That is the field technical technique

9    used for nonresponse follow-up in the ACS.

10        Q    Okay.   And what it means is you send,

11    basically, a census employee out with some kind of

12    personal handheld computer device to try to get an

13    answer to the ACS from a household that didn't

14    respond; is that right?

15        A    That's correct.

16        Q    Okay.   Now, the SWAT team that did the

17    white paper that we talked about earlier,

18    conducted a stratified analysis of the CAPI

19    response rates breaking census tracts into deciles

20    from those with the -- the lowest percentage of

21    household with the noncitizen to those with the

22    most; is that right?

Page 126

 1      A    If you're going to ask me about one of

 2 the analyses that's in this early draft, I need to

 3 know which one.

 4      Q    Sure.

 5      A    If you're going to ask me about something

 6 else, I need to have my memory refreshed as to

 7 what you're asking me about.

 8      Q    I understand.  I don't think it made its

 9 way into that version of the white paper.

10      A    Okay.

11      Q    But my understanding is that at some

12 point, the SWAT team looked at CAPI response rates

13 and they compared census tracts to a stratified

14 analysis, deciles -- percentage -- a household --

15 census tracts with the lowest percentage of

16 households with a noncitizen and -- you know, from

17 1 to 10, those with the greatest percentage of

18 households with a noncitizen, and compared the

19 CAPI response rates.  Does that help refresh your

20 memory?

21      A    You've refreshed my memory to the point

22 that I acknowledge that an analysis was done in

1   which tracts were stratified by decile.  But I

2   would like to review what it is you're asking me

3   about, because I don't remember specifically what

4   the stratifier was and what the response was.

5   I've had to look at a lot of documents over the

6   last several weeks.  I simply am not sure what the

7   exact analysis is you're asking me about.

8          (Plaintiffs' Exhibit 12, Tables, was

9   marked.)

10     Q    Okay.  Let me show you a document.  It's

11  been marked as Exhibit 12.  It's a series of

12  tables.  The first page on the document is

13  AR10408.

14          And I'm looking at the third table, the

15  CAPI response rate.  Now, this table shows an

16  analysis of census tracts broken into deciles from

17  least to most percentage of households with a

18  noncitizen comparing CAPI response rates; is that

19  right, Dr. Abowd?

20     A    Yes.  I don't recall exactly how the

21  tract deciles were determined, but they are from

22  least to most noncitizen.  That's right.

1       Q    So one is the decile of census tracts

2   with the lowest percentage of households with a

3   noncitizen.   Ten is the decile of census tracts

4   with the largest percentage with households with a

5   noncitizen, correct?

6       A    That's correct.

7       Q    And, basically, what that means is, as

8   you go from 1 to 10, the percentage of households

9   in a census tract increases, correct?

10      A    Percentage of households with a

11  noncitizen.

12      Q    Noncitizen, sorry.

13           And when we look at -- just to take one

14  number from the table -- for the 10th decile, year

15  2016, the CAPI response rate is 87.4, bottom right

16  corner of the table.   What does that mean for the

17  CAPI response rate to be 87.4 for that decile

18  census tract?

19      A    I'm going to check with the author of

20  this table on the next break to make certain that

21  the CAPI here means only the nonresponse follow-up

22  that was followed up by computer-assisted personal

1   interview.  We sometimes lump Internet

2   self-response in, but I don't think that was done

3   here, because Internet self-response is by itself

4   separately, and it didn't start until 2013.

5        Q   Uh-huh.

6        A   And up until 2016, you could also be

7   followed up with CATI, computer-assisted telephone

8   interview.  So I think I've told you correctly,

9   that this is nonresponse follow-up

10  computer-assisted personal interview.

11            In that case, it means that the subsample

12  of nonrespondents that was selected for

13  nonresponse follow-up in the ACS were successfully

14  followed up with the percentages indicated in the

15  table.

16       Q   So just to be clear, the subset of

17  non- -- of households chosen for nonresponse

18  follow-up on the ACS for the tenth decile in 2016,

19  nonresponse follow-up on the ACS was successful

20  87.4 percentage of the time?

21       A   That's correct.

22       Q   Now, if we look at this table, correct,

1  that the Bureau found that nonresponse follow-up

2  for the ACS has declined each year for each

3  decile; is that correct?

4      A    That -- that seems to be correct.

5      Q    Okay.   And is that consistent with the

6  notion that citizenship has become a more

7  sensitive question on surveys since the year 2010?

8      A    One of the reasons that this particular

9  analysis doesn't appear in some of the technical

10 papers that were relied upon by the larger group

11 of senior executives at the Census Bureau in

12 drawing their conclusions, is that the internal

13 peer review of this particular analysis suggested

14 that there were enough qualifications to that

15 conclusion that many of them were unwilling to

16 make it.

17          You correctly characterized the trend

18 lines, that there were changes to the design of

19 the survey that occurred here and there were also

20 potential other differences that -- that many of

21 the people who looked at this found qualifications

22 that -- so that's the right conclusion.   But it

1  isn't a conclusion that the Census Bureau,

2  speaking collectively for the people who peer

3  reviewed this analysis, would have jointly made.

4      Q    I understand there are caveats, but

5  notwithstanding those caveats, is the decline in

6  successful nonresponse follow-up for the ACS since

7  2010 suggestive of the notion that citizenship

8  questions on surveys have become more sensitive

9  since 2010?

10     A    It's consistent with that interpretation,

11  yes.

12     Q    It also appears that in each year, as a

13  census tract has greater percentage of households

14  with a noncitizen, that nonresponse follow-up,

15  generally, is less successful.  Would you agree

16  with that?

17     A    Yes.  It's consistent with that

18  interpretation, as well.

19     Q    Okay.  So is it consistent -- is that

20  data consistent with the notion that noncitizen

21  households are less likely to cooperate with

22  nonresponse follow-up to the ACS?

1   A   So we didn't -- well, if we did a

2   difference-and-difference analysis of this table,

3   I don't remember it.  And I flipped and it doesn't

4   seem to be in here.  So without a

5   difference-and-difference analysis, I'm not able

6   to draw a conclusion like the one you just

7   suggested.

8   Q   But as a census tract gets a greater

9   percentage of households with a noncitizen,

10  generally speaking, nonresponse follow-up in that

11  census tract is less successful, correct,

12  Dr. Abowd?

13  A   Is less successful than?

14  Q   Than it is for a census tract with a

15  lower percentage of households with a noncitizen?

16  A   You're asking me do the numbers go down

17  when the deciles go up, and that's correct, yes.

18  Q   Now, I believe when you testified at your

19  last deposition, when you were talking about the

20  CAPI analysis, you described something like a

21  spreadsheet that had all the tables that you

22  looked at which had been cleared for release by

1    the disclosure review board.  Does that ring a

2    bell?

3        A    My testimony rings a bell, yes.

4        Q    Do you believe this was the table you

5    were referring to during your deposition -- or

6    these set of tables?

7        A    I believe so.  As it turns out, it wasn't

8    in the same collection of spreadsheets I thought

9    it was, but I believe this was the table I was

10   referring to, yes.

11       Q    Has the Census Bureau looked at the 2017

12   CAPI data?

13       A    Someone in the Census Bureau may have.

14   This team has not yet analyzed the 2017 data.

15       Q    Do you know if the 2017 CAPI data shows a

16   continuing trend of less successful nonresponse

17   follow-up to the ACS?

18       A    I don't know.  The production data from

19   the 2017 ACS won't be ready until September, and

20   so it's not until after those data have been

21   generated that you can generate a column that's

22   comparable to these columns from 2017.

Page 134

1      Q    Has the Census Bureau, in response to

2   this analysis or for any reason, taken any

3   measures specifically to address the lower success

4   rate of nonresponse follow-up in census tracts

5   with higher percentages of noncitizen households?

6          MR. EHRLICH:   Objection.   Form.

7          THE WITNESS:   I don't believe that you

8   could point to any specific activity that would

9   have been explicitly stratified by this decile

10  analysis.   The declining response rate is a

11  general problem, and we attempt to manage field

12  operations in a manner that is consistent with

13  keeping those response rates up.   In fact, one of

14  the reasons we switched to Internet self-response

15  in the ACS was in an effort to increase the

16  voluntary response rate.   So -- so, generically,

17  we're, of course, interested in keeping the

18  response rate high.   It's a mandatory survey, but

19  voluntary or self-response is a critical cost

20  control factor.

21          That said, the budget for the

22  American Community Survey has not been increased

1    in proportion to the cost of living, so we don't

2    have the same resources to do nonresponse

3    follow-up.   So we focus on -- we focus on those

4    things that are going to get the total nonresponse

5    follow-up on the --

6    BY MR. HO:

7        Q    But has -- sorry.

8             Has the Census Bureau done anything to

9    try to address the lower rates of nonresponse

10   follow-up success in areas that have higher

11   percentages of noncitizen households?

12       A    I believe I just said that I'm not aware

13   of any activity specifically correlated with --

14   explicitly correlated with these indicators.

15       Q    Thank you.   Sorry.

16            Just a few other quick questions.   You're

17   familiar the acronym of C-S-A-C or CSAC?

18       A    Yes.

19       Q    And that stands for Census Scientific

20   Advisory Committee?

21       A    Yes.

22       Q    And the members of CSAC advised the

1  Census Bureau director of issues, including the

2  statistical data collection and survey

3  methodology?

4       A    Field operations, time series analysis,

5  yes.

6       Q    So they advise the Census director on the

7  topics that I mentioned, and others?

8       A    That's correct.

9       Q    The members of CSAC are appointed by the

10  Census Bureau director; is that right?

11       A    No.  The Census Scientific Advisory

12  Committee is chartered by the Department of

13  Commerce.  The Census Bureau -- so you are

14  nominated in response to a Federal Register

15  notice.  There is one now open through October

16  26th, I think.  So you have -- you have to be

17  nominated through that process, but you can

18  self-nominate, so anyone can be nominated.  Then

19  the nominations are reviewed by a committee within

20  the Census Bureau.  Most -- all of the directors

21  are represented.  My recollection is that most

22  send their associate directors, that's somebody at

1    my rank, but some will send a specialist.  And

2    then the director conveys to the Department of

3    Commerce a set of recommendations to fill a

4    vacancy.  It's the Department of Commerce then

5    decides to whom to extend that invitation.

6        Q    Is it fair to say that, generally

7    speaking, CSAC members are highly regarded as

8    social scientists by the Census Bureau?

9        A    Yes.

10       Q    You're familiar with former Census Bureau

11   director John Thompson?

12       A    I have met Dr. Thompson.  Mr. Thompson,

13   excuse me.

14       Q    Fair to say that the Census Bureau has a

15   high opinion of Dr. Thompson as a scientist?

16       A    It is Mr., and yes.

17       Q    Fair to say the Census Bureau considers

18   him well versed in standard Census Bureau testing

19   practices?

20       A    Yes.

21       Q    Has the Census Bureau contracted with any

22   private companies or PR firms to conduct research

1    on public attitudes with respect to answering a

2    citizenship question?

3        A    The Census Bureau has awarded the

4    integrated communication contract for the 2020

5    census.  Under task orders associated with that

6    contract, the CBAMS -- I expanded the acronym

7    earlier -- the CBAMS surveys and the CBAMS focus

8    groups were conducted.  They were conducted by the

9    contractor, who I believe satisfies the definition

10   of an external expert on collecting survey

11   opinion.

12           And after the Secretary instructed us to

13   put the citizenship question on the 2020 census,

14   the focus group protocol was modified to begin

15   collecting information on it, but it was not time

16   to modify the survey protocol.

17       Q    Who is that external contractor?

18       A    So the lead contractor is

19   Young & Rubicon.

20       Q    Has the Census Bureau contracted with a

21   company named Reingold to conduct research on

22   public attitudes with respect to answering a

1    citizenship question?

2          Reingold spelled R-E-I-N-G-O-L-D.

3      A    I do not know whether Reingold is a

4    subcontractor in the integrated communication

5    contract.  If they are, then the answer could be

6    yes.  I'm not aware of another contract, but I

7    will check during a break.

8      Q    Okay.  Does the Census Bureau think that

9    adding a citizenship question to the 2020

10   enumeration questionnaire is a good idea?

11     A    No.

12          MR. HO:  Can we go off the record for a

13   second?

14          VIDEOGRAPHER:  We're going off the

15   record.  The time on the video is 12:07 p.m.

16          (Off the record.)

17          VIDEOGRAPHER:  This begins Media Unit

18   Number 3.  The time on the video is 1:03 p.m.  We

19   are on the record.

20   BY MR. HO:

21     Q    Dr. Abowd, I don't have any other

22   questions for you at this time, but I know you

1  said you were going to check on a few things at

2  lunch, and I just wondered if there was anything

3  in particular that you wanted to offer any detail

4  about that you were unable to -- for which you

5  were unable to do earlier?

6      A   Yes.  First of all, let's go to the

7  easiest one.  Reingold is a contractor for the

8  Census Bureau.

9      Q   Okay.  What are they a contractor for?

10     A   They're in -- they have one of the

11 decennial communications contracts.  I have

12 requested a summary of the task orders.  I haven't

13 received it yet.

14     Q   Do you know what work they've performed

15 for the Census Bureau?

16     A   That's why I asked for a summary of the

17 task orders.  I do not.

18     Q   Do you know if there are any documents

19 reflecting the work that Reingold has done for the

20 Census Bureau?

21     A   I didn't ask that.  I will at the next

22 break.

1      Q    Any other issues you'd like to clarify?

2      A    In the ACT -- I'm sorry -- ACS RCT, the

3  design was to last for six weeks of data

4  collection, so the one that would -- had it

5  started in November, those data would have been

6  collected by mid-January.  There were two designs.

7  They both involved a control group, which in these

8  experiments just means the ACS says it is being

9  run, so we don't have a separate control group.

10        A questionnaire that just had the

11  American Community Survey citizenship question,

12  just the citizenship question, and a group -- a

13  treatment group that just had the CPS version, yes

14  or no.  It wasn't the exact CPS version but a

15  two-choice version.  And then --

16        (Thereupon, the court reporter

17  clarified.)

18        THE WITNESS:  A treatment group that had

19  no citizenship question.

20        To achieve the high level of accuracy

21  would have been $4 million.  To achieve the lower

22  level of accuracy would have been 2 million, same

1    field period.

2    BY MR. HO:

3        Q    Thank you.  And this would have been the

4    only testing of the 2020 decennial questionnaire

5    with a citizenship question in it, correct?

6        A    This is the only field testing with and

7    without citizenship question, directly analyzing

8    the citizenship question that we have considered

9    at the Census Bureau.

10            I also verified that the 2010 census

11   questionnaire had full cognitive and field

12   testing.  That the 2020 questionnaire without the

13   citizenship question had -- so I asked him the

14   same way you asked me, was adequately, cognitively

15   tested; yes.

16       Q    I'm sorry.  Who did you ask whether or

17   not?

18       A    I asked my staff -- the same group that I

19   had been asking generally about the testing, I

20   specifically asked about the cognitive testing for

21   the 2020 questionnaire, with and without the

22   citizenship question, and their answer was that it

1  was adequately tested with the citizen- -- without

2  the citizenship question, but not adequately

3  tested with the citizenship question, cognitive

4  testing.

5       Q    Thank you.

6       A    Okay.

7            And, thirdly, in this table, Exhibit 12,

8  the third panel, the CAPI response rate, I

9  confirmed, so I can now say the way the tract was

10 put into deciles was based on the five-year

11 American Community Survey for the middle five

12 years of the table, so 2011 through 2015.  That

13 the CAPI response rate is just the CAPI response

14 rate in the nonresponse follow-up system, okay.

15           I think those were all the things we had

16 unresolved.  If you think there were others -- we

17 went over our notes, but I think I've answered the

18 questions that that were unresolved.

19           MR. HO:  I don't have any others right

20 now, so I'm going to pass you along to one of the

21 other lawyers for one of the other plaintiff

22 groups, subject, of course, to the issue that I've

Page 144

```
 1  raised earlier about wanting to potentially ask

 2  you questions about the documents produced last

 3  night.  But thank you very much.

 4          THE WITNESS:  You're welcome.

 5          VIDEOGRAPHER:  We're going off the

 6  record.  The time on the video is 1:08 p.m.

 7          (Off the record.)

 8          VIDEOGRAPHER:  We're back on the record.

 9  The time on the video is 1:09 p.m.

10              EXAMINATION BY MS. SHAH:

11     Q   Good morning -- afternoon, Dr. Abowd.  My

12  name is Niyati Shah, and I represent the

13  plaintiffs in Lupe v. Ross in the District of

14  Maryland, Case Number 8:1801570.

15          I'd like to just kind of start today by

16  giving you a document, first, and we can mark it

17  as Exhibit 13.  It is Bates-stamped 4802.

18          (Plaintiffs' Exhibit 13, PowerPoint, was

19  marked.)

20  BY MS. SHAH:

21     Q   And this is a draft PowerPoint from

22  February 2018 titled submission of the 2020 census
```

Page 145

```
 1   and American Community Survey questions to

 2   Congress.  If you could turn to Page 4804, and it

 3   has a slide and some presentation notes below the

 4   slide, and notes towards the bottom say that,

 5   "Requests undergo legal review of the

 6   justification by DOC; technical review by the

 7   Census Bureau; and policy review by DOC and OMB."

 8          I'd like to put aside technical review

 9   for a moment, and can you tell me what a legal

10   review is?

11      A   A legal review means whether there is any

12   statutory basis -- first of all, let me preface

13   with I'm not a lawyer -- my understanding as a

14   senior executive at the Census Bureau who makes

15   use of the legal review is that they are

16   examinations of statutory basis for the request

17   and the potential for any statutory bars from the

18   request.

19      Q   And who conducts this review?

20      A   So the Census Bureau uses the legal staff

21   of the Office of the General Counsel and

22   Department of Commerce.  A number of their
```

1   attorneys are assigned to us, I believe, full

2   time.  They have their offices in the

3   Census Bureau, but they're on the staff of the

4   General Counsel's office and the Department of

5   Commerce.

6       Q   And when is a legal review conducted in

7   the process?

8       A   My hesitation is not because I don't have

9   an answer.  It's because I don't completely

10  understand what you're trying to --

11      Q   Sure.  Sure.  So as we mentioned, there

12  is a legal review, a technical review and a policy

13  review, correct?

14      A   Right.

15      Q   Do these happen simultaneously?  Do they

16  happen in some sort of sequential order?

17      A   Okay.  Usually, they happen

18  simultaneously.  A legal review can be ongoing

19  while operational decisions are still being made.

20      Q   And to clarify, the legal review, the

21  technical policy -- technical review and the

22  policy review can all happen simultaneously?

Page 147

1      A    The -- they can.  The policy review is

2   also a process conducted outside Census Bureau,

3   and certain parts of it are governed by legal

4   requirements.  So the requirements for a

5   submission package to the Office of Management and

6   Budget to get a clearance number so that you can

7   actually conduct a survey under the

8   Paperwork Reduction Act, that has timelines.

9           And, generally speaking, leading up to

10  that, there are Federal Register notices that

11  gather comments, and they have requirements, as

12  well.  So when we say the policy review, we mean

13  the whole process of gathering public comment,

14  preparing a clearance package, submitting the

15  clearance package, responding to the comments on

16  the clearance package, and then act in accordance

17  with the clearance that we're giving.

18      Q    Understand.

19           So was a legal review done for the

20  Justice Department's request to add a citizenship

21  question?

22      A    It is my understanding that a legal

```
 1   review was done, yes.
 2        Q    And specifically by whom?
 3        A    In this case, that legal review was not
 4   shared with the senior executive staff broadly.  I
 5   haven't seen it.
 6        Q    Do you know why it wasn't shared?
 7        A    I do not.
 8        Q    Was it shared by -- was it shared with
 9   Dr. Jarmin?
10        A    I don't believe so.  I did forget to ask
11   him.  I'll ask him on the next break.
12        Q    Okay.  And I would also ask if you can
13   ask if Dr. Lamas saw it.
14        A    I'll ask who saw it.
15        Q    Thank you.
16             And do you know when it was finally
17   completed?
18        A    I do not.
19        Q    And how is it generally documented, the
20   legal review?
21        A    If someone at the Census Bureau has
22   requested an opinion, one of the attorneys in the
```

1  Office of the General Counsel prepares an opinion

2  and conveys it to the person who asked.

3      Q   And in this case, did the Census Bureau

4  ask for a legal review?

5      A   My understanding is that the legal review

6  was prepared at the request of Department of

7  Commerce.  I'll also check that.

8      Q   And then can you -- can we go back to the

9  policy review and can you explain to me who

10  conducts it in toto?

11      A   So within the Census Bureau, we

12  coordinate the OMB policy review through our

13  policy coordination office, which is headed by

14  Robin Bachman.  So it would be her staff's

15  responsibility to ensure that the Federal Register

16  notices have been properly prepared and that the

17  clearance packages have been properly prepared.

18  But, generally, it's the responsibility of the

19  program funded to conduct the activity to do all

20  the work, all of the substantive assembly work

21  associated with doing that.  Or in the case of

22  when you get comments back, processing the

1    comments and developing answers to them.

2        Q    And has -- has the policy review been

3    completed for the citizenship question?

4        A    So immediately after our submission to

5    the Secretary and Congress -- our submission to

6    Congress via the Secretary of the proposed

7    questions for the 2020 census and the continuing

8    American Community Survey questions, a

9    Federal Register comment period was open that

10   closed on August 7th.

11       Q    Uh-huh.

12       A    So that's the initial comment period on

13   the state of the 2020 census and specifically

14   opened up after the questions are delivered to

15   Congress.  They closed on August 7th.  There were

16   over 250,000 comments submitted.  We are -- so

17   those will be handled by staff in the decennial

18   census directorate.  They will be charged with

19   putting the comments that are not in the format

20   where they can be posted on regulations.gov into

21   the correct format, and then characterizing them

22   in a manner such that the Census Bureau can

1   address them in preparing the clearance package

2   for the 2020 census, which we anticipate

3   submitting in October.

4          The clearance package itself will also

5   have a comment period of 30 days.  So at the end

6   of that comment period, we will have to collect up

7   the comments on the clearance package and address

8   them, and then Office of Management and Budget

9   will make a decision about whether to issue that

10  famous eight-digit number that we can't ask a

11  survey of without that clearance number.

12      Q   Okay.

13      A   We are trying to get the clearance number

14  by the end of this calendar year.

15      Q   And each of these reviews yield a

16  recommendation or an answer to what -- to the

17  issue that has been presented to it?

18          MR. EHRLICH:  Objection.  Form.

19          THE WITNESS:  So we discussed the

20  technical review already, so you know what was in

21  there.

22          I do not know the contents of the legal

Page 152

1    review.

2           In terms of the policy review, the

3    obligation at this stage of the policy review is

4    to correctly describe what you intend to do and

5    permit stakeholders to comment on it and then to

6    address those comments and then prepare the

7    clearance package according to the requirements of

8    the Office of Management and Budget.  And that

9    generally involves a back and forth between the

10   staff preparing the clearance package and the

11   staff -- the very small staff at the Office of

12   Management and Budget who review these clearance

13   packages, to make sure that the package

14   essentially contains what that clearance staff at

15   OMB expect it to contain.  And if there are going

16   to be any issues surrounding that, those are

17   generally discussed before the clearance package

18   is sent.  And the clearance package, when it is

19   sent, is generally sent in the form that the

20   Office of the Chief Statistician expects it to be

21   in.

22       Q    And when there is a request for a

1    question and there's a recommendation during one

2    of these three reviews against that question, does

3    a question become part of the decennial census

4    form?

5        A    The difficulty in answering that question

6    is that it presumes that on December 12th, there

7    was a process in place to address a request to put

8    a question on the census -- the decennial census

9    short form.  To be perfectly clear, there wasn't.

10   There had not been such a request in anyone's

11   living memory.

12           And so when the request arrived, the

13   decennial census directorate assigned its chief of

14   its communication and relations staff, Burton

15   Reist, to write what the procedure would be,

16   first, to see if there was a preexisting

17   procedure.

18           There was a preexisting procedure in the

19   following sense.  The Census Bureau has always

20   considered the long form and the

21   American Community Survey to be an integral part

22   of the census.  It is not the short form actual

1    enumeration, but it is part of census.  And so the

2    process that we had in place for evaluating which

3    questions would be on the long form dates from the

4    creation of the long form.  And it was inherited

5    by the American Community Survey and modernized

6    for the American Community Survey, and the way in

7    which these bullets on this page -- page AR4804

8    describe the process as adaptation of the process

9    that is in place and is used for questions on the

10   American Community Survey.

11        Q   But to go back to my question,

12   this -- this process that we've just talked about,

13   the three reviews that are on this page, 4804, if

14   any one of those reviews advises against the

15   addition of a question, does the question get

16   added?

17        A   So it would be more iterative than that.

18   If a technical review revealed that it was going

19   to be difficult to ask the question for some

20   reason -- let's speak hypothetically -- then we

21   would probably not prepare a clearance package

22   supported by a technical analysis that says this

1    is not likely to work very well.  The

2    Census Bureau would re-examine the use case for

3    the particular request.  If it's a -- if it's a

4    specific agency of the executive branch, one of

5    our principal statistical clients, we would work

6    with that agency to refine the request.  What we

7    were attempting to determine is the least

8    burdensome way of delivering statistics that are

9    suitable for the purpose that we're being asked to

10   produce them.

11         So in that iterative process, would

12   attempt to identify a technically better way of

13   addressing the data need.  And, generally

14   speaking, that -- in that iterative process, both

15   the Census Bureau and the principal client -- all

16   these data are going to be released for public

17   use, so the principal client is acting as the

18   agent of the general public in design of a

19   product.  If there was an agreement that this

20   particular technical solution will work and it

21   will meet the needs, then we would -- and then it

22   would involve a modification or a question -- a

1   new question on the survey, then we would move

2   forward with the questionnaire design and the

3   testing that we would normally do, and we would

4   eventually get to the point where a clearance

5   package would be sent forward.

6            There might be some other regulatory

7   barriers.  There are lots of -- I shouldn't say

8   lots of.  There are several very specific

9   categories of data that statistical agencies and

10  other agencies of the federal government collect

11  that are governed by regulations of OMB.  And so

12  if the request involved something that inherently

13  meant you had to modify or update one of those

14  standards, then that would also come into play.

15  And those standards are regularly modified and

16  updated, and there, the Office of the Chief

17  Statistician takes charge of creating the relevant

18  working group, preparing the modification, doing

19  the Federal Register notices on the modifications.

20  So if you have to modify the standards before you

21  can produce a survey instrument, then that process

22  would happen.

1          This would all basically go on

2   simultaneously, but no OMB clearance package would

3   be sent to the Office of the Statistician prior to

4   doing the ground work that the chief statistician

5   is known to require before she, in this case,

6   would approve the clearance request.

7      Q   So did I understand you correctly that

8   the clearance package has not yet been submitted

9   to OMB with regard to the citizenship question?

10     A   The clearance package for the specific

11  forms for the 2020 census has not yet been

12  submitted to OMB.

13  BY MS. SHAH:

14     Q   I'm going to hand you what's Exhibit 14,

15  and I only have two copies, because they're very

16  large.  I'm going to have this marked as

17  Exhibit 14, which is statistical quality standards

18  from the Census Bureau.

19          (Plaintiffs' Exhibit 14, Census Bureau

20  statistical quality standards, was marked.)

21  BY MS. SHAH:

22     Q   Are you familiar with this document?

```
 1       A    Yes.

 2       Q    Do you follow it?

 3       A    The Census Bureau conducts its production

 4  of statistical and other information products

 5  according to these standards, yes.

 6       Q    And who has to follow it?

 7       A    All -- so it defines the types of

 8  products that are covered by the -- by the

 9  standards.  And essentially, all outward-facing

10  products, which would be official statistical

11  products, special tabulations, research papers,

12  the reports of activity -- information summaries

13  that accompany the releases of principal monthly

14  indicators and the 2017 ACS when it's released in

15  September, so both the information products that

16  are used for the general public and the detailed

17  information product that you're releasing are

18  subject to the standards.

19       Q    And -- but what I meant was -- I'm sorry

20  if I was unclear -- was, do all census employees

21  have to follow the guidelines set forth in this

22  document?
```

Page 159

1        A    So the guidelines are Census Bureau

2    guidelines, and the employee, in the conduct of

3    his or her job, when preparing an information

4    product covered by the standards, that's what I

5    just explained, would be expected to abide by

6    standards, yes.

7        Q    And what about the Secretary?

8        A    The Secretary is not bound by the

9    standards.

10       Q    And we talked about some of the products

11   that this applies to.  Does it apply to the

12   decennial census questionnaire?

13       A    Yes.

14       Q    And, more specifically, the citizenship

15   question, as well?

16       A    Yes.

17       Q    So is it fair to say that the

18   Census Bureau has to follow these standards when

19   they develop and design survey questionnaires?

20       A    It is fair to say that every information

21   product and statistical program within the

22   Census Bureau is expected to follow these

1    standards?  Yes.

2         Q    And if you can turn to Page 5 of this

3    document -- and it's a large one, so, you

4    know -- when we're talking about Requirement A16,

5    which says that, "Quality control checks must be

6    performed to ensure the accuracy and completeness

7    of the program plans including, among other

8    things, survey designs."

9         Does this requirement apply to the

10   decennial census questionnaire?

11        A    Yes.

12        Q    And what does it mean, survey design?

13        A    In this -- on Page 5, it has a very broad

14   interpretation.  We might sometimes call it the

15   lifecycle design, all of the components that go

16   into executing a -- an information product,

17   including, to be frank, a case where there's no

18   actual survey --

19        Q    Uh-huh.

20        A    -- but it's the design of an information

21   product.

22        Q    And has this quality check been done for

1   the citizenship question?

2       A    It is the view of the senior executive

3   staff at the Census Bureau that the citizenship

4   question has been adequately tested.  It is clear

5   from the timeline of that -- of the Secretary's

6   decision that it couldn't have been subjected to

7   all the testing that the rest of the questionnaire

8   has been subjected to.  The question itself has

9   been through cognitive testing.  The question

10  itself has been used extensively in the

11  American Community Survey.  We made the decision

12  when the request from the Department of Justice

13  came that the only way we could respond to that

14  request would be to use the pre-existing

15  American Community Survey question.  There simply

16  wasn't time to engineer the -- a decades' worth of

17  tests.  We thought it would be inappropriate to

18  tell the Secretary that we cannot put the question

19  on the census because we have not had a decade to

20  test it.

21          So our standards permit us, in the

22  situation where because of either time or

1  budgetary constraints we have to make a decision

2  to use a question that has not been conducted

3  in -- tested in the context it's going to be used,

4  our standards permit that exception.

5      Q   Okay.  Let's -- I have two follow-ups.

6  Let's back up.  And I understand that you said

7  that the quality check -- has it been done for the

8  census questionnaire that includes the citizenship

9  question?  And I'm talking about the census

10 instrument, questionnaire instrument?

11     A   So until just a few weeks ago, the print

12 version of that instrument didn't even exist in

13 draft form.  It now does.  And the Internet

14 self-response of that instrument won't exist in

15 draft form until sometime in September.  So

16 instruments that don't exist, can't have been

17 tested in their complete form.

18     Q   But was the 2020 census questionnaire

19 that was used in the 2018 end-to-end test, had

20 that questionnaire instrument been subjected to a

21 quality check?

22     A   So that questionnaire was approved -- I'm

1   sorry.  Let me -- that questionnaire was designed

2   and being engineered to include a combined

3   question on race and ethnicity under a long

4   negotiation with the Office Of Management and

5   Budget as to whether or not the 1997 standard for

6   the collection and publishing of race and

7   ethnicity data would be modified.  It was our

8   expectation until roughly the end of 2016 that

9   that standard would be modified in a timely

10  fashion.  The Office of the Chief Statistician had

11  a working group.  The working group had a draft.

12  The draft had been through multiple revisions.  In

13  anticipation of that draft become the new

14  standard, we used the research from the decade to

15  engineer -- to test and engineer a combined

16  question, and that was the question we intended to

17  ask on the end-to-end test.

18          Shortly before December 31st, on December

19  2st, to be exact, the acting director instructed

20  the 2020 census staff to replace the single -- the

21  combined question with a two -- two-question

22  ethnicity first, race second OMB '97 compliant

1   version.  And so over the course of several days,

2   the Internet self-response instrument was

3   reprogrammed and the artwork for the

4   mail-back -- mail-out/mail-back form was modified

5   to include the two-part question.  That two-part

6   question was taken from the last tested version in

7   the two-part question in the 2015 National Content

8   Test.  That was all done very quickly and on

9   direct instruction from the acting director.

10          Shortly after the New Year, the executive

11  steering committee and the operating committee of

12  the Census Bureau were informed, and on

13  January 17th, the Secretary was informed by the

14  director -- by the acting director.

15          So that's -- so that's a case where the

16  questionnaire was modified at the last minute and

17  the specific form that was sent into the field had

18  never been tested in its complete form.  And we

19  were aware that that's -- that should be unusual,

20  and it was unusual.  However, the explicit

21  objectives for the end-to-end test were to test

22  the integration of -- I just memorized these

1    numbers -- for 35 -- no, sorry -- 44 of the 52

2    systems and 20 of the 35 operations of the census.

3    We've renumbered them a couple of times and I came

4    late to the number management.  I'll check those

5    at the break.  I'm pretty sure I got them right.

6            So testing the integration of our systems

7    is a different kind of operational test from the

8    kinds of controlled trials that we usually do when

9    we run content tests.  This was not a content

10   test.  It had to have content to be a real test,

11   but it wasn't a content test.  It used content

12   that had been previously tested, although not all

13   on the same form.

14   Q   And then you mentioned that when there

15   are time constraints, you don't have to

16   necessarily conduct all of those quality checks.

17   Do you have to ask for a waiver for that?

18   A   It is customary to ask for a waiver.

19   Sometimes the request for a waiver comes after the

20   fact.

21           I chair the committee that hears the

22   waiver requests, and I know there was no waiver

1    request for the end-to-end test.  The waiver would

2    have been granted.  And I think the distinction

3    here between an operational test and a statistical

4    test is material.  The standards do apply to

5    operational tests, but we do not intend to make

6    any statistical inferences from the data produced

7    by the operational test.  They're also going to

8    test data to be evaluated in terms of their

9    compliance with the layouts, formats and

10   expectations of the users over what's going to be

11   in the cells.

12          So the vast majority of the standards are

13   designed to protect the scientific integrity of

14   the inferences that you make from the data that we

15   release.  Since we didn't tend to make any

16   inferences from the end-to-end test like that, I'm

17   certain the waiver would have been granted, but I

18   also know it was requested.

19       Q   But the quality check isn't done just at

20   the end -- just as part of the end-to-end test, am

21   I correct?

22       A   Oh, that's right.  Yes.

1    Q   So was a waiver for a quality check

2  obtained in the question -- in this instance?

3  Sorry.

4    A   So the answer to the question whether a

5  waiver was obtained for any part of the end-to-end

6  operation is no.

7         The question that I heard was, should a

8  waiver have been obtained because of the quality

9  variation over the -- over the life of the -- of

10  the survey?  Let me also say that these are

11  quality standards that bind the agency, but a

12  sitting director and a sitting acting director can

13  instruct the staff to do something and they're

14  expected to do something.  And while we would

15  expect a sitting director or acting director to

16  check whether there was a standard, there was a

17  lot of urgency here.  So the next methods and

18  standards meeting would have been after the whole

19  decision process was made.

20         But the quality of the process by which

21  we conducted the end-to-end test was extensively

22  peer reviewed inside the Census Bureau by the

1   standards -- by the processes that had been put in

2   place to remain compliant with these standards.

3       Q   Again, I want to be clear.  I'm not

4   asking just with respect to the end-to-end test.

5   I'm talking about the census survey.

6           Does that have to -- for the 2020 census,

7   was the quality check requirement waived?

8       A   There was no need to waive the quality

9   check requirement for any component of the

10  end-to-end test, that I'm aware of.  The standards

11  are designed to make sure that we develop and put

12  in place products that have been properly tested

13  and then produce data that are suitable for their

14  use, usually inferences.

15          I agree with you -- I have to agree that

16  a rapid modification to a survey instrument that

17  is then put into the field, when the data coming

18  out of that survey instrument are expected to be

19  used for inferences is problematic with respect to

20  these standards.

21      Q   Okay.  Let's move on to Requirement

22  A-2.3.  I believe it's on Page 8.  It says, "The

```
1    data collection instrument and supporting

2    materials must be pretested with respondents to

3    identify problems, e.g., problems related to

4    content, order, context, effects, skip

5    instructions, formatting, navigation and edits,

6    and then refined prior to implementation based on

7    the pretesting results."

8          Do you agree this requirement is

9    important and it should be followed?

10        A    Yes.

11        Q    Do you agree that the order and context

12   of questions can affect the quality of responses?

13        A    Yes.

14        Q    And if pretesting -- I'm sorry.

15         And then formatting and navigational

16   experience of respondents can affect the quality

17   of responses?

18        A    Isn't that what you just asked me?

19        Q    Well, I said -- I think that there --

20   that -- so I think the navigational experience

21   probably applies more specifically to an Internet

22   survey instrument.
```

```
1        A    Could you read back her precise question?

2             (Thereupon, the reporter asked counsel to

3    rephrase.)

4    BY MS. SHAH:

5        Q    So I'm just going to ask both sets of

6    questions again.

7        A    Would you mind pointing --

8        Q    Sure.

9        A    -- on this page, and be careful of her

10   coffee.

11       Q    On Page 8, it's right, Subrequirement

12   A2-3.3.

13       A    Okay.

14       Q    So my first question is:  Do you agree

15   that the order and context of questions can affect

16   the quality of responses?

17       A    Yes.

18       Q    And that the formatting and navigational

19   experiences of respondents can also affect the

20   quality of responses?

21       A    Yes.

22       Q    And then I want to direct your attention
```

```
1    towards the bottom of the page where we're talking
2    about A2-3.3 Number 2C.  It's at the very, very
3    bottom.  And it says that, "If pretext" -- that
4    "it should involve respondents or data providers
5    who are in the scope of data collection.
6    Pretesting must involve respondents or data
7    providers who are in the scope of the data
8    collection, and it must verify that the questions,
9    among other things, are not unduly sensitive and
10   do not cause undue burden."
11            So if pretesting had been conducted for
12   the citizenship question, the pretesting could
13   have verified that question was not unduly
14   sensitive?
15            MR. EHRLICH:  Objection.  Form.
16            THE WITNESS:  Testing was conducted for
17   the citizenship question.  I've said that
18   repeatedly in two depositions.
19            What precise testing are you asking me
20   about?
21   BY MS. SHAH:
22       Q   Well, the -- is it correct that the
```

1   Census Bureau conducts testing throughout the

2   decade preceding the decennial census?

3        A    Yes.

4        Q    Would such testing reveal

5   whether -- would that be considered pretesting?

6        A    Yes.

7        Q    And would such testing reveal whether a

8   question is unduly sensitive?

9        A    Yes.

10       Q    And if so, responses collected from a

11  survey or testing aren't used for data production,

12  would you say that that question can be construed

13  as unduly burdensome?              Vague; Compound;
                                        calls for
14       MR. EHRLICH:    Objection.    Form.   speculation

15       THE WITNESS:    I think you just asked me

16  if you collect an item and then you don't use it

17  to tabulate anything, is that undue burdensome?

18  Yes.

19  BY MS. SHAH:

20       Q    And would the Census Bureau run --

21  typically run pretesting to identify issues with

22  order, context or formatting?

1      A    Yes.

2      Q    And did it do so with -- in the context

3   of order, context and formatting to the

4   citizenship question?

5           MR. EHRLICH:  Objection.  Form.

6           THE WITNESS:  If you're asking

7   specifically with respect to the questionnaire for

8   the 2020 census, no.

9   BY MS. SHAH:

10     Q    And if we can go, actually, back a page,

11  to Page 7, and look at Requirement A2-2, it's at

12  the top of the page.  It begins that -- a plan

13  must be produced that addresses four different

14  requirements, and I want to go through each

15  requirement separately.

16          If -- "The plan must address program

17  requirements for the data collection instrument

18  and the graphical user interface or GUI, if

19  applicable."

20          Does this requirement apply to the 2020

21  census paper questionnaire?

22     A    Yes.

1      Q    And to the Internet self-response

2  instrument?

3      A    Yes.

4      Q    And was a plan that addressed this

5  requirement produced?

6      A    A plan to address this requirement is

7  being developed.

8      Q    By whom?

9      A    The 2020 staff in conjunction with other

10 parts of the Census Bureau who normally cooperate

11 with them.

12     Q    And when will that plan be completed?

13     A    So you can look to the 2020 program

14 management review where we will present what the

15 development of the questionnaire in its paper and

16 Internet self-response form.  We will allow our

17 usual stakeholder groups to comment on them.  We

18 will demonstrate the Internet self-response

19 instrument.  We will demonstrate that nonresponse

20 follow-up instrument.  We will only be able to do

21 testing within the development of moving into

22 production for the 2020 census.  But the modified

1    forms will be tested to the extent that they can

2    be in those contexts.  The plan is basically the

3    operational plan for the 2020 census.  So as the

4    components come to readiness -- so we finish the

5    end-to-end test.  We have to process what we

6    learned in the end-to-end test.  We have to bring

7    the additional operational components into the

8    integration.  As those steps are being completed,

9    we will make our quarterly presentations on the

10   progress of the 2020 census, and that includes

11   progress on designing, testing and implementing

12   the new form.

13       Q   Let me step back.  When is this

14   requirement -- this plan, rather, is it produced

15   during -- for the decennial census, particularly,

16   in general, at what period of the planning process

17   is this plan produced?

18       A   So in the -- in the lifecycle of the 2020

19   census, there have been multiple versions of such

20   plans.  The -- there's an overarching design of

21   the census which has a plan that says we're going

22   to try to reduce the cost of address canvassing by

1  doing much more of it in the office.  That plan

2  was laid out very early in the decade.  I was not

3  associated with the 2020 census at the time, nor

4  management, so I'm not sure exactly, but around

5  2012 or '13.  It was substantiated in the first

6  operational publication in 2015.  I did see that

7  as of my current role.

8          So as that part of the plan, we had a

9  plan to promote self-response by developing

10  Internet self-response.  We had a plan to reduce

11  nonresponse follow-up by integrating

12  administrative records into the process, and we

13  had a plan to modernize the dissemination.

14          So those were high-level plans.  And when

15  they go down in the organization, they get

16  instantiated into very detailed project management

17  charts.  The decennial program operates with

18  formal review of all of the components of that

19  plan as they evolve over the course of the decade,

20  including the addition of the citizenship

21  question.

22          So the staff in the Census Bureau,

```
1    associated with the different components of the

2    2020 census are modifying their research plans,

3    their implementation plans, their evaluation

4    plans, incorporating the fact that we have been

5    instructed to put a citizenship question on.

6          For a small survey, I'd be able to say,

7    well, the plan was done in May of this month and

8    then it was reviewed -- it was determined that no

9    waivers were needed and it was taken into the

10   field.  But that's pretty unusual data product.  A

11   bigger agency does a big data product.  So there's

12   no specific date for these.

13         That was a long winded.  Sorry.

14   Q    And then the next one is that this plan

15   has to address supporting materials needed for

16   data collection.

17         Is that also currently being developed?

18   A    Yes.

19   Q    And --

20   A    And was developed for the end-to-end

21   test.  Was developed for the 2017 test.  Was

22   developed for the 2016 test.  Was developed for
```

1    the 2015 National Content Tests.  There were

2    separate evaluations of all of those materials.

3        Q    And can supporting materials include

4    things like questionnaire instructions?

5        A    Yes.

6        Q    What about language-assistance materials?

7        A    Yes.

8        Q    And promotions or advertising materials?

9        A    Most of our data collection programs

10   don't have communication campaigns associated with

11   them -- special communications.  We have an

12   ongoing one that's the whole Bureau.  The 2020

13   census does have a special communication campaign.

14   So specifically for 2020, there would be a special

15   communication campaign being developed.

16       Q    And then we've talked a little bit about

17   this already, but it also has to address the

18   pretesting of the data collection instrument and

19   supporting materials.

20           Has that been done here for the 2020

21   census?

22       A    Within the time constraints of the

1   Secretary's decision, the different components of

2   the 2020 questionnaire have been pretested.  They

3   will get their first test in their presumed form

4   some time after those forms are ready.  It won't

5   be an extensive field test.  We have neither

6   budget or time for that.  The last chance for that

7   was probably before March of 2018.

8       Q    So for the full 2020 census

9   questionnaire, which would include the citizenship

10  question, has there been a waiver requested for

11  this requirement?

12      A    So -- we don't think we need a waiver.

13      Q    Okay.

14      A    And this is not a piece of legislation.

15  It's operating principles for the agency.  So an

16  example for a census that would request a waiver

17  is the economic census in 2012.  The economic

18  census is a survey-based instrument.  It's not an

19  enumeration.

20           So the standards say that when you

21  release the data from an economic census, since it

22  was a survey, all the data items have to be

1    accompanied by a margin of error.  They weren't.

2    So the 2012 economic census did request a waiver

3    for that because that's a clear indication from

4    the Census Bureau that a piece of quality

5    information that we expect to be produced couldn't

6    be produced.

7              In this operational context, our

8    standards allow us to ask the professionals at

9    Census Bureau in a consensus form, do you believe

10   this has been adequately tested, given the time

11   and operational and financial constraints?  Our

12   conclusion is that the citizenship question has

13   been sufficiently tested to not require a waiver.

14        Q    Okay.

15        A    The Office of Management and Budget can

16   disagree, and it can refuse the clearance package

17   without further testing of the specific form that

18   we intend to go to field with.  That is within

19   their authority.  And were they to do that, we

20   would, obviously, have to do something in order to

21   come into compliance.  But at the moment, we do

22   not feel that question needs a waiver for testing

1    reasons.

2       Q    So let me ask you a separate question.

3    Secretary Ross, in his supplemental memorandum,

4    stated that he began considering the citizenship

5    question when he first started, and I'm

6    paraphrasing here.  If you had known that, then at

7    that time, could the citizenship question have

8    been added to the end-to-end testing?

9            MR. EHRLICH:  Objection.  Form.

10           THE WITNESS:  If the Secretary had asked

11   us to test the citizenship question in -- after

12   his arrival in the Department of Commerce, we

13   could have engineered one into the end-to-end

14   test, yes.

15   BY MS. SHAH:

16      Q    All right.  I think we're done with this

17   document for the moment.

18           We talked a little bit earlier

19   about -- or you had talked earlier a little bit

20   about the race and ethnicity question.  And is it

21   correct that the race and Hispanic origin or

22   ethnicity question for the 2000 census short form

1  changed from the 1990 census short form?

2      A    I looked at those this morning.  Yes.

3      Q    And they changed in that they -- the 2000

4  census short form changed in that it asked both

5  the race and ethnicity or Hispanic origin question

6  for everyone and not just the race question; is

7  that correct?

8      A    Now I'd have to look at the form.

9      Q    Let me --

10      A    It changed, basically, because the 1997

11  regulations were in place for the 2000 census.

12  And one of the reasons why the 1977 [sic]

13  standards were modified was because of the

14  difficulties with the race and ethnicity question

15  on the 1990 census, but I don't remember the skip

16  logic in the 1990 census.

17      Q    I'll give you a document that may help

18  you refresh your recollection, and I think we can

19  mark it as 15.  And I don't have many copies of

20  this but let me give that to you.

21          (Plaintiffs' Exhibit 15, Census 2000

22  brief, was marked.)

1  BY MS. SHAH:

2      Q   So if you look at page -- first page,

3  right column, towards the bottom, it says the --

4          (Thereupon, the court reporter

5  clarified.)

6      Q   "For Census 2000, the questions on race

7  and Hispanic origins were asked of every

8  individual living in the United States."

9          Does that refresh your recollection that

10 this question was for everybody -- both questions

11 were for everybody and not just --

12          THE WITNESS:  For 2000, I knew that.  It

13 was 1990 I asked you about.

14 BY MS. SHAH:

15     Q   No.  I'm sorry if I misspoke.  Then I

16 meant just for the 2000?

17     A   I knew 2000 was asked of everybody.

18     Q   So is it also true for the 2000 census

19 the placement of the race and ethnicity questions

20 was changed such that the ethnicity question was

21 asked before the race question?

22     A   The ethnicity question is asked before

1    the race question because of the studies that were

2    done in the decade in between, yes.

3        Q   And then you said that the testing was

4    done.  When was the testing done?

5        A   Leading up to the 2000 census, there were

6    a sequence of content tests designed to refine the

7    form of the questionnaire.  I think it was the

8    1996 one that did the specific test on the form of

9    the race and ethnicity question.

10           MS. SHAH:  Can we take a -- can we go off

11   the record and take a quick break?

12           VIDEOGRAPHER:  We're going off the

13   record.  The time on the video is 1:59 p.m.

14           (Off the record.)

15           VIDEOGRAPHER:  This begins Media

16   Number 4.  The time on the video is 2:21 p.m.  We

17   are on the record.

18   BY MS. SHAH:

19       Q   So we were just discussing the 2000

20   census.  I'd like to just talk very briefly about

21   the 2010 census.

22           Is it true that the Census Bureau

1  considered adding a question on ancestry in

2  conjunction with the race and Hispanic origin

3  question for the 2010 census?

4      A   It is true that the intercensal tests for

5  the 2010 census included some experimentation on

6  ancestry questions -- ancestry components to those

7  questions, yes.

8      Q   And is it true, also, that the

9  Census Bureau also assessed the use of ancestry

10  data -- data for editing and imputing missing data

11  for Hispanic origin and race as part of the 2005

12  National Content Test?

13      A   I will have to ask whether it was part of

14  the 2005 National Content Test.  It is the case we

15  experimented with information like that for our --

16          (Thereupon, the court reporter

17  clarified.)

18          THE WITNESS:  Our edit and imputation

19  routines.

20          (Plaintiffs' Exhibit 16, 2005

21  National Content Test, was marked.)

22  BY MS. SHAH:

1     Q   I gave you Exhibit 16, which is the 2005

2  National Content Test analysis of the race and

3  ethnicity question.  If you can look at Page 2,

4  Objective 4.

5     A   Page --

6     Q   Page 2, Objective 4.

7         So is it true that the Census Bureau

8  assessed the use of ancestry data for editing and

9  imputing missing data for Hispanic origin for race

10 as part of the 2005 NCT?

11    A   Yes.

12    Q   And then -- but the ancestry question was

13 already part of the long form, correct?

14    A    Nativity, meaning where were you born,

15 and it has been a component of the answers to the

16 race question that you can declare your ancestry

17 in verbatim form.  If you're asking me if

18 there's -- if you're asking me if there's a

19 specific ancestry battery in the 2000 long form, I

20 don't remember one.  But there are also prompts to

21 supply additional ancestry information as a part

22 of the race -- on the paper form.  It just says

Page 187

```
 1   write in here anything else you want to tell us.
 2           MS. SHAH:  I'm going to, actually, leave
 3   it at that.  I'd like to go off the record so we
 4   can switch questioning from another questioner.
 5           VIDEOGRAPHER:  We're going off the
 6   record.  The time is 2:24 p.m.
 7           (Off the record.)
 8           VIDEOGRAPHER:  We're back on the record.
 9   The time on the video is 2:26 p.m.
10               EXAMINATION BY MR. TALIK:
11       Q   Good afternoon, Dr. Abowd.  My name is
12   Karun Tilak.  I'm counsel for the plaintiffs in
13   Kravitz, et al., v. United States Department of
14   Commerce, et al.
15           I just wanted to follow up on something
16   you said earlier this morning.  I think you had
17   testified that the Census Bureau is obligated to
18   use available data instead -- where available,
19   instead of imposing the burden of adding a survey
20   question.
21           Is that a fair summary of your testimony?
22       A   It's close.  I said specifically that if
```

1    we asked a question and then didn't use it because

2    we had administrative data, that that would be

3    unnecessary burden.

4         Q    Would it be an unnecessary burden if you

5    had administrative data but you still decided to

6    ask the question?

7         A    So we often have administrative data and

8    we ask the question.   Administrative data and

9    survey data have different properties.   It's a

10   balancing act.

11        Q    When did the Census Bureau begin

12   preparations for the 2020 census?

13        A    Some of my colleagues would answer 1790.

14   As a practical matter, the staff is put in place

15   to begin developing preliminary plans at about the

16   time the current census is going into the field.

17   And then the office in charge of the 2010 census

18   was put in place in 2002, I believe.

19        Q    So it takes at least a decade to prepare

20   for the decennial census?

21        A    The preparation for decennial census is

22   continuous and the next one is in preparation

1  before the last one ends, yes.

2       Q   And over the course of that time, the

3  Census Bureau administers a series of tests to

4  prepare for the decennial census, correct?

5       A   In modern history, that's correct.

6       Q   Let me clarify.  I'm speaking

7  specifically about the 2020 census as it

8  administers a series of tests in order to prepare

9  for the 2020 census.

10      A   All right.  I thought, initially, you

11  asked me about the 2010 census.  Was that question

12  also about the 2020?

13      Q   About 2020, correct.

14      A   The 2020 had an associate director about

15  the same time as the 2010 census was in the field

16  and the office was put in place in 2012.

17      Q   And now -- approximately how many tests

18  has the Census Bureau run in order to prepare for

19  the 2020 census?

20      A   '12, '13, '14, '15, '16 and '18, six.

21      Q   And some of those years, have there been

22  multiple tests?

1      A    We often lump them together, but yes.

2      Q    And did -- was 2017 a year where testing

3  was conducted?

4      A    Yes.

5      Q    So, basically, every year since 2012?

6      A    Yes.  -- wrong -- not 2019.  There's no

7  operational plan test.  There will be testing.

8  There's -- testing is continuous.  We're talking,

9  really, about these formal designed tests that

10  usually have an RCT component to them, but not

11  always.

12      Q    And why does the Census Bureau run this

13  series of tests to prepare for 2020?

14      A    In a modern business, when you develop a

15  tool that you're going to use for your flagship

16  product, you're usually going to use it

17  continuously.  So in a modern business, there's a

18  continual improvement and implement phase.

19          For the census of population, that tool

20  is going to be used exactly once.  So you can't

21  guess how you're going to do it.  You have to take

22  the accumulated knowledge from the last times you

1    did it, multiple decades ago, and predict what the

2    environment's going to be like when you're

3    starting about a decade forward, and try to

4    balance the likely budget that you will get.

5    You'll only know the early part of it.  You won't

6    know the -- with the goals -- the goal has

7    consistently been the -- an accurate actual

8    enumeration, but the goals have been expanded.  So

9    the current census also has the goal to collect

10   the race and ethnicity data that are used to

11   enforce civil rights laws.  So the social goals

12   have to be incorporated, and they change.

13          So it's -- it -- the Census Bureau

14   doesn't have the option of using the continuous

15   improvement model.  So it has to simulate that by

16   having something that is a first roughed out one

17   and then doing continuous improvement on that and

18   then scaling it at -- we used to call the test

19   that we just completed a dress rehearsal.  We

20   don't call it an end-to-end test.  You scale it

21   right after that.

22       Q    So these tests help you simulate what the

1   decennial census environment might be like,

2   correct?

3       A    They help you predict the quality of the

4   instrument and the cost of the operations to

5   implement it and collect and process the data.

6       Q    And would you agree trying to count more

7   than 300 million people across the country is a

8   fairly complex undertaking?

9       A    Yes.

10      Q    So the Census goes through these multiple

11  years of tests in order to make sure it get things

12  right for the 2020 census, correct?

13      A    Actually, we hold ourselves to a higher

14  standard.  We like to do them better than we did

15  them last time.

16      Q    Because the decennial census is a

17  once-in-a-decade event?

18      A    It is authorized in the Constitution.

19      Q    And we discussed testing, at length,

20  earlier.  Is one of the purposes that testing is

21  used for to develop predictions about field

22  operations?

1      A    Yes.

2      Q    And particularly options for --

3  operations for nonresponse follow-up?

4      A    Among other operations, yes.

5      Q    And is it okay if I refer to nonresponse

6  follow-up as NRFU going forward?

7      A    I'll recognize it if you call it NRFU.

8      Q    Okay.  Are the tests used to help

9  project, for example, staffing levels for NRFU

10  operations?

11     A    They're used to help refine the

12  projections.  They're usually our early on

13  projections that are based on the most recent

14  census and then they're refined.

15     Q    How are they refined?

16     A    So the relevant history is the post-war

17  history of the census, and that is the era in

18  which we moved from the primary operational mode

19  is you send an enumerator into a space that is

20  defined by a physical area, and you ask that

21  enumerator to find every domicile or other place

22  where people can live, and then after finding

1    those domiciles, to count the number of people

2    that are there and to collect other information

3    about them.

4         We moved from that mode to asking the

5    residents of the United States to supply that

6    information for themselves in a manner that would

7    allow us to control whether we had received

8    information about a particular physical address.

9    So the field operators are different in those two.

10   There really -- it wasn't really NRFU before there

11   was NR to follow up.

12        Q   So just talking about the 2020 census,

13   have these tests been used to project the number

14   of NRFU enumerators that the Census Bureau may

15   need to hire?

16        A   Yes.  They have been used along with

17   other data to do that projection.

18        Q   What is the other data that's been used?

19        A   Historical practice, feedback from the

20   field office and tests for the various forms of

21   the operational control systems.

22        Q   And when were those tests for the

1  operations control systems performed?

2      A   So every time we do a test, there's an

3  operational control system.  So it's a component

4  of the data that we gather in order to revise our

5  estimates of how much effort is going to be needed

6  at each phase of the census.

7      Q   And have these tests over the last

8  several years also been used to project the number

9  of census offices that the Census Bureau will need

10  to open up for the 2020 census?

11     A   They have been used to revise the area

12  census office plan, yes.

13     Q   Have these tests been used to test the

14  adequacy or the amount of training that

15  enumerators will receive?

16     A   Yes.

17     Q   And have these tests been used to test

18  NRFU -- methods of NRFU contact with households?

19     A   If I rephrase your question, have they

20  been used to test a variety of NRFU protocols and

21  modes, yes.

22     Q   Have these tests been used to -- in

1  relation to the census questionnaire assistance

2  telephone service?

3       A    Yes.  Not all of them, but some of them.

4       Q    Which tests have been used for that

5  purpose?

6       A    So I will have to review which of the

7  tests included a CQA.  That's what we call it,

8  census questionnaire -- census questionnaire

9  assistance, which is the telephone component.  The

10  end-to-end test did.  The 2015 National Content

11  Test did.  I can't remember whether the 2017 test

12  did or not.

13            In the next break -- I have notes on

14  this.  I'll just -- fleshed short-term memory, so

15  I'm not sure.  Some of them did and some of them

16  didn't.

17       Q    And is it accurate that the census

18  questionnaire assistance service is there for

19  people to ask questions that they might have about

20  the 2020 census questionnaire?

21       A    So the goal of the CQA is to get to the

22  point where during what we call peak operations,

1   once we mail out the invitation to take the

2   census, that we would be able to take a call load

3   that would support a large proportion of the

4   population making inquiry, expect to actually

5   enumerate a nontrivial fraction of the household

6   directly on the CQA.

7       Q   By enumerate, you mean get people to

8   respond to the census over the phone?

9       A   The training for the CQA operators is to

10  ask early on in the contact, would you like us to

11  just do it right now, and then begin the

12  telephone-administered instrument.

13      Q   And has the testing program for the 2020

14  census been used to project the call load that

15  might be expected for that peak operations period?

16      A   It has.  And so has the question -- the

17  equivalent operation for the economic census,

18  which is a field mode.

19      Q   Has the testing program since -- the

20  testing program for the 2020 census been used to

21  test the role of administrative records in

22  reducing the NRFU workload?

Page 198

1        A    Yes.

2        Q    Now, for -- have any of the tests to date

3    in the 2020 census testing program, have any of

4    them included a citizenship question?

5        A    No.

6        Q    And so none of these tests, to the extent

7    that they were used to project staffing levels or

8    to refine the projections, would have accounted

9    for the citizenship question?

10       A    Directly, no.

11       Q    Would they have done so indirectly?

12       A    Well, we used -- we didn't use evidence

13   from a test, but we used evidence similar to the

14   evidence generated in the test to make indirect

15   inferences.   But directly, no.

16       Q    What was -- what were the sources you

17   used for the indirect inferences?

18       A    These are the experiments that I

19   described -- the natural experiments that I

20   described in my fact witness testimony.

21            Do you want to go through them again?

22       Q    Are those the ones discussed in your

Page 199

1    January 19th memo?

2        A    The ones that existed at that point in

3    time are discussed in the memo, yes.

4        Q    And since then, are there any other ones

5    that have been done?

6        A    There are more extensive ones that have

7    been done in the full version of the technical

8    paper that was developed after the memo was

9    written.

10        Q    Is that the document that was just

11    produced to us yesterday?

12        A    Yes.

13        Q    And besides those two sources, are there

14    any other -- let me rephrase.

15            Besides the sources discussed in those

16    two documents, are there any other sources that

17    you used to develop indirect inferences?

18        A    They haven't been used yet, but we intend

19    to examine the field operation data from the

20    end-to-end test, because it occurred as the

21    information about the citizenship question was

22    becoming public.  It's not clear how useful it

Page 200

1  would be, but that would be another form of

2  indirect inference.   There was no citizenship

3  question, but there were environmental factors

4  that intervene.

5       Q     Besides that, are there any other

6  sources?

7       A     None that I'm aware of.

8             Sorry.   From our test operations.

9       Q     And so to the extent that any tests

10  conducted to date have been used to project the

11  number of offices that the Census Bureau will open

12  in 2020, those projections would not have

13  accounted from the citizenship question, correct?

14       A     In general, that's correct, yes.

15       Q     And to the extent the tests were used to

16  test the adequacy or amount of enumerator

17  training, they would not have accounted for the

18  citizenship question, correct?

19       A     That's correct.

20       Q     And the same question with respect to the

21  testing of NRFU protocols.   To the extent that

22  testing has been used to test the adequacy of

Page 201

1    those protocols, they would not have accounted for

2    the citizenship question, correct?

3        A    That's correct.

4        Q    And the same question with respect to the

5    census questionnaire assistance.   To the extent

6    the testing was used to develop a projection about

7    call loads for peak operations, those projections

8    would not account for the citizenship question,

9    correct?

10       A    That's correct.

11       Q    In light of the Secretary's decision to

12   add the citizenship question, will the

13   Census Bureau conduct any testing on the impact of

14   that question on staffing levels?

15          MR. EHRLICH:   Objection.   Form.

16          THE WITNESS:   It's hard to imagine what

17   kind of testing we might do, other than on a

18   relatively small scale.   However, we are working

19   closely with the integrated communication

20   campaign, which the Secretary has recommended

21   increasing the budget to 500 million.   They are

22   developing messaging and other tools that we fully

1   expect to use, both with the general population

2   and with specialized groups, like enumerators.

3   BY MR. TALIK:

4        Q    But there has been no testing on the need

5   for -- let me rephrase that.

6            There has been no testing on whether the

7   citizenship question will require -- require the

8   Census Bureau to increase staffing levels for

9   2020?

10       A    I think I've already said there hasn't

11   been in direct testing.

12       Q    Sure.

13       A    We have the time, from now going forward,

14   to accumulate additional information.  If the only

15   testing that you mean is randomized controlled

16   trials, I don't believe there will be one of

17   those.

18            If you mean the kind of testing that

19   modern advertising firms do in developing a media

20   campaign, that's just rolling out, and there's

21   going to be a lot of that conducted between now

22   and the start of the media campaign, and we're

Page 203

```
1    already using that forum to collect additional

2    information.

3         Q    And what kinds of tests are you referring

4    to with respect to developing a media campaign?

5         A    So in the development phase of that

6    contract, we conducted the Census Barriers,

7    Attitudes and Motivators Study, CBAMS, which had

8    both the survey and the focus group component.

9    The survey was -- instrument was closed before the

10   Secretary's decision, so it was not modified.  But

11   the focus group's were not closed.  They were in

12   process when the Secretary made his decision.  So

13   we conducted 42 focus groups and 30 of them were

14   conducted after the citizenship question was added

15   to the 2020 census.  And the focus group protocols

16   were modified in a manner that kept them

17   comparable to the focus group protocols from the

18   ten that were conducted before that -- to gather

19   specific information about the effects of the

20   citizenship question.

21        Q    Besides the CBAMS focus groups, are there

22   other tests that the Census is already doing or
```

1    plans to do?

2        A    So we will small scale test the paper

3    form, the Internet self-response form, the address

4    canvas training, the NRFU training, and the other

5    components that have been modified by the

6    introduction of the citizenship question.  Exactly

7    the form in which we will conduct those tests and

8    how much budget we will have to do it is not fully

9    determined.

10            That testing is not in the lifecycle cost

11    estimate, other than as it would have occurred

12    in -- on a routine basis.  So every new version of

13    the Internet self-response instrument gets tested

14    and every new version of the paper form gets

15    tested, but they don't all get the full battery of

16    tests we've discussed, which tests haven't

17    occurred to date on those forms.

18        Q    Just to clarify, has the Census Bureau

19    committed to doing these tests or is it a question

20    of how much budget is available?

21        A    You will see in the overall plan that in

22    this phase, when we -- when we finish integrating

 1    the systems and we ramp them to scale, that there
 2    are testing phases.  We envisioned them testing a
 3    substantially complete instrument, but they'll now
 4    be testing an instrument that has had a major
 5    revision and we will use that opportunity to learn
 6    about that revision.  We will probably not conduct
 7    a randomized controlled trial in that set up
 8    because that involves modifying those same
 9    operational control systems in order to be able to
10    do it, and that's precisely why Acting Director
11    Thompson asked the American Community Survey
12    Office to see what such a thing would cost,
13    because that doesn't involve intervening in the
14    scaling of the operational.
15            But there's all kinds of testing periods
16    in there, in both the software development cycle
17    and the hardware or paper development cycle.  We
18    will use those testing periods to get experience
19    with the instrument and to do the kinds of
20    qualitative testing that's feasible in that
21    environment.  And the cost for that is in the
22    budget.  It would be modifications like

1  randomization something -- randomization is

2  surprisingly more expense than you realize,

3  including me when I first got into a position

4  where I could randomize.

5      Q    Besides CBAMS, is there a specific test

6  for which the form has been decided that the

7  Census Bureau will undertake related to the

8  citizenship question?

9      A    Not that I'm aware of.

10     Q    And when does the Census Bureau intend to

11 make a decision about the form of these tests?

12     A    So what has happened is the different

13 components of the Census Bureau with expertise in

14 this, have been consulting with the operational

15 program attempting to provide them with feedback

16 on how this kind of -- this kind of testing can be

17 done without disrupting the timeline.  That's a

18 good question to pose at a quarterly program

19 management review.  Because when you do, then from

20 out of the woodwork come the different ways in

21 which that has happened.  I'm not aware of any

22 specific way in which that has happened

1    immediately, but I am aware of the conversations

2    that happened and the oversight that occurs with

3    those conversations.  So when people propose that,

4    then their plan gets rush vetted.  So I expect to

5    see modifications to the testing procedures so

6    that we can make sure that the -- the things that

7    are under our control get more testing.

8        Q   But, so far, there has been no outcome of

9    that consultation in terms of a specific testing

10   plan for the citizenship question?

11       A   So far, the results from the CBAMS focus

12   groups have been directly fed back to decennial,

13   and the new training materials are being developed

14   and those are an input to them.

15           So although we have to work fast, we're

16   not so bureaucratic that we can't process new

17   information when we get it.  We have to have the

18   opportunity to get it.  The CBAMS focus groups

19   were the opportunity -- the first opportunity to

20   get some fresh information.

21       Q   Now, independent of testing, does the

22   Census Bureau intend to increase staffing levels

1    for the 2020 census in light of the citizenship

2    question?

3        A    That decision hasn't been made.  We do

4    believe that the baseline nonresponse follow-up

5    staffing levels won't be sufficient.  And we have

6    a projected incremental cost that is within the

7    contingency for the field operations, but the

8    precise control of the contingency fund will

9    depend on the form of the '19 and '20

10   appropriations --

11            (Conference call interruption.)

12            THE WITNESS:  I think -- I had

13   it -- could you read me back the last thing I

14   said, please?

15            (Thereupon, the reporter read the record

16   as requested.)

17            THE WITNESS:  In the 2018 appropriation,

18   the Secretary directly controls the $50 million

19   contingency.  So he will have to release to us

20   some of that money to cover incremental costs

21   incurred in this fiscal year.  And however the

22   appropriation is written in '19 and '20 will

1    determine what process we have to go through to

2    get funds from the contingency released.

3           I don't have direct experience with the

4    way that happened in 2010, but most of those

5    contingencies were never released, so it might be

6    the case that no one had to ask, how do we get the

7    contingency released?  But I believe there was a

8    known process in 2010.  There will be a known

9    process for the 2020 census, but that's going to

10   be embodied in the Appropriations Act.

11          And so if it is the current process, the

12   way the '18 appropriation is written, then we

13   would go to the Secretary and say the nonresponse

14   follow-ups are running past budget.  We need an

15   extra allocation, and he would have the authority

16   to release that allocation from the contingency

17   fund.  In the current lifecycle cost estimates,

18   the contingency fund for the field portion of the

19   census is over $400 million.

20   BY MR. TILAK:

21       Q   And you said he would have the authority

22   to release those funds.  Would he be required to

1   do so?

2       A   So if you mean legally required, I'm

3   going to decline to answer.

4       Q   Do you know for 2010 whether he was

5   required to release contingency funds?

6       A   I will check on the next break.  I

7   believe the director had the authority to release

8   the funds in 2010, but I'm not certain.

9       Q   And you mentioned an estimate of the

10  incremental costs.  Was that the $27.5 million you

11  calculated?

12      A   That was the estimate on January -- in

13  January of this year.  Our current estimate is

14  91.2 million.

15      Q   And is there a document that contains

16  that estimate?

17      A   You got it last night.

18      Q   And I think you mentioned that as of now,

19  your belief is that current NRFU operations are

20  insufficient.  Did I get that right?

21      A   What I said is I believe we will need

22  additional NRFU resources based on current

1    research, yes.

2        Q    And those would be resources you would

3    have to ask the Secretary for under the

4    contingency program you described?

5        A    Under the current management of the

6    contingency funds for the 2020 census, the

7    Secretary has the authority to release them.

8        Q    Does the Census Bureau have any plans to

9    increase the number of census offices it will open

10   in 2020 in light of the citizenship question?

11       A    The area census office plan has not been

12   revised.

13       Q    Are there plans to revise it?

14       A    Not that I'm aware of.  The agency's

15   answer to that question is no.

16       Q    Is there a final date by which the 2020

17   census questionnaire has to be finalized?

18       A    The agency's answer to that question is

19   we expect to finalize the questionnaire by June of

20   2019, the paper form.  That's the -- in current

21   operational plan, that is the due date -- the due

22   month for the final artwork.

Page 212

1    Q    And is that the date on which printing of

2    the questionnaire will begin?

3    A    When you deliver the final artwork, then

4    the printer starts to implement it.

5    Q    And is that also the same month in which

6    you would have to finalize the Internet

7    self-response instrument?

8    A    There is more flexibility for the

9    Internet self-response instrument.  So we

10   don't -- sorry.  I'm blanking.  There's an

11   industry term for the software development system

12   that we're using for the software components of

13   the 2020 census, and it will come into short-term

14   memory, but it probably will by the time I finish

15   this answer.

16        In that timeline, what would happen if

17   we -- in that timeline, the instrument will be in

18   the form where we expect to be able to scale it

19   after the sprint that ends in the middle of

20   September.  So that means that the software is in

21   its -- in the form in which you then move into

22   test readiness and then production.  So -- but it

Page 213

1   was also like that well before the end-to-end

2   test, and we were able to modify it on short term.

3   So the modification of software can be done under

4   different contingencies.  The modification of the

5   print can be done under different contingencies,

6   too.

7       Q   Can you expand on that, modification

8   based on contingencies?

9       A   Well, if the 2019 or 2020 budget is

10  passed, instructing us to modify the paper form

11  and funding that modification, then we will modify

12  the paper form and the Internet self-response form

13  and meet the schedule.  We can be instructed by

14  law to change something, even on a very short

15  notice -- most things can be changed on short

16  notice if they're adequately funded.

17          But in the current lifecycle cost

18  estimate and with the current schedule, we expect

19  to finalize the print form in June of 2019 and

20  send it to the printer, and we expect to have the

21  internet self-response instrument in software test

22  form, meaning ready to be integrated into the

1   system, in the middle of next month.

2       Q    Going back to the paper questionnaire,

3   under the current budget, if there are changes to

4   the paper questionnaire after June of 2019, would

5   that impair the Census Bureau's ability to timely

6   administer the 2020 census?

7       A    Without appropriate funding adjustments?

8       Q    Under the current cost estimates and

9   budget?

10      A    Under the cost estimates and budget, yes.

11      Q    Has the Bureau developed an estimate for

12  how much additional funding it would need to

13  timely administer the 2020 census if the

14  questionnaire is modified after June of 2019?

15      A    We do not have well-articulated lifecycle

16  cost estimates for such a contingency.

17      Q    And for the Internet self-response

18  instrument, is there a drop-dead date by which it

19  has to be finalized in order to timely administer

20  the 2020 census under current cost estimates and

21  budget?

22      A    Under current cost estimates, it should

1  go into test readiness preparation in

2  mid-September, get the appropriate scaling tests

3  that are planned for the next several months after

4  that and then go into the production environment.

5      Q    And is that September of 2019 or 2018?

6      A    That's next month, yeah.

7      Q    September 2018?

8      A    Yeah.

9      Q    So under current cost estimates, if the

10  Internet self-response instrument was changed

11  after next month, the Census Bureau would need

12  additional funds in order to be able to timely

13  administer the 2020 census?

14     A    What we would have to do is adjust the

15  timing of the lifecycle cost estimate.  Again,

16  there are contingency funds.

17          And so, perhaps, I should clarify my

18  earlier answer.  When we say within the budget, we

19  mean without going into the contingency.  Whenever

20  you go into the contingency, then you do what it

21  takes.  We do not think that modifications of the

22  Internet self-response instrument would take us

1  outside of the contingencies, but they would take

2  it outside of the planned budget.

3      Q   How much is that contingency fund?

4      A   So I only reviewed how much it was in the

5  overall and the -- in the peak field operations,

6  it's just over 400 million, and, overall, I

7  believe it's about 1.2 billion.  It might be

8  1.5 billion.  I will check that.

9      Q   And you said the current estimate for

10  additional NRFU operations was 92.1 million?

11      A   91.2 million.

12      Q   Got it backwards.  I apologize.

13          And you said for the paper questionnaire,

14  the Census Bureau does not have a well-articulated

15  number for the additional costs if a citizenship

16  question -- if the questionnaire was modified

17  after June of 2019, correct?

18      A   If it's modified after our -- after we

19  send artwork to the printer, we do not have a

20  well-articulated cost estimate.

21      Q   And does the Census Bureau have a

22  well-articulated cost estimate for the increased

1   cost if the Internet self-response instrument is

2   changed after next month?

3        A    We don't have a well-articulated one, but

4   we actually -- that would be easier to do, because

5   that's similar to what happened to the --

6   actually, we changed the print form for the

7   end-to-end test with the scales.  The scale is so

8   different for the end -- the scale is not the

9   issue with changing the Internet self-response

10  program.  It's the sequence of tests you put new

11  software through before you deploy it.

12       Q    Right.  But as of now, there's no

13  specific estimate --

14       A    That's right.

15       Q    -- of any of those costs?

16            Is there a deadline by which the

17  Census Bureau needs to translate materials for the

18  2020 census into foreign languages?

19       A    So all the deadlines that we're talking

20  about for the final preparation of the print form

21  apply to the languages we're going to have on the

22  print form, and that's just English and Spanish.

Page 218

```
 1    All of the deadlines associated with the Internet

 2    self-response instrument -- I've been discussing

 3    the ones for the English language.  The ones for

 4    the 12 languages that will be implemented in are

 5    on a different schedule, but I don't know it

 6    offhand.

 7         Q    Is that deadline later than June of 2019,

 8    do you know?

 9         A    So the translation occurs simultaneously,

10    but the implementation in all of the languages

11    doesn't occur simultaneously.

12         Q    Is there a deadline by which the

13    Census Bureau needs to finalize materials for

14    enumerator training for the 2020 census?

15         A    Yes.

16         Q    What is that deadline?

17         A    I don't know, but it's in -- it's in the

18    operational plan.  I'll look it up for you.

19         Q    Is that --

20         A    Most of these deadlines are in the

21    late -- Version 3 of the 2020 operational plan,

22    which is a very long document that I do not have
```

1  memorized.

2      Q    You mentioned that was Version 3.  Do you

3  know when that was published?

4      A    Late 2017.

5      Q    Is there going to be an updated

6  operational plan released?

7      A    I'll ask that question.  I don't know.

8  But there is an answer to that question.

9      Q    And so the various deadlines that the

10  Census Bureau needs to meet are contained in that

11  operational plan, correct?

12      A    The timeline is, yes.

13      Q    Switching gears a little bit.  When

14  someone fails to self-respond to a census

15  questionnaire, the Census Bureau has certain other

16  methods of getting that information, correct?

17      A    Yes.

18      Q    NRFU is one of those methods?

19      A    NRFU is the generic term for all of the

20  methods that we use when we don't get a

21  self-response.  When we don't get a self-response

22  to the contacts that happened before, we turn on

1    NRFU -- we sometimes -- we do get self-responses

2    after NRFU, too, and we still call them

3    self-responses.

4        Q    Sure.

5            So is visits by an enumerator to a

6    household that has failed to self-respond one of

7    the methods that the Census Bureau can use to

8    enumerate that household?

9        A    Yes.

10       Q    Are proxies another method the Bureau can

11   use to enumerate a household?

12       A    Proxies are part of the protocol when the

13   field enumerator visits a domicile -- housing

14   unit.  The field enumerator is instructed to try

15   to get someone who lives there to answer the form.

16   And then on the third or more try, failing that,

17   to get someone nearby who says that they had

18   information about people who live there and to get

19   as much information from that proxy respondent as

20   the proxy respondent is willing to provide.

21       Q    So a proxy is only sought out after an

22   enumerator can't reach someone in a household

Page 221

1    after three tries?

2        A    So the protocol that I know is protocol

3    that was in place for the end-to-end test.  These

4    protocols do get revised, but the protocol that

5    was in place for the end-to-end test is that when

6    the enumerator was being assigned to the third

7    visit or more at a household, that -- that

8    follow-up visit was proxy enabled.  So the

9    instructions said if you fail, try to find a

10   proxy.

11       Q    In addition to NRFU -- in addition to

12   visits by an enumerator to a household or proxies,

13   are administrative records another method that can

14   be used to enumerate a household?

15       A    Yes.

16       Q    And, finally, is whole person imputation

17   a method that can be used to enumerate a

18   household?

19       A    Whole person imputation is done in

20   conjunction with the NRFU determination of

21   occupancy status.

22       Q    Can you clarify by what you mean by that?

1    A    It's a part -- it's a part of the field

2  operation to determine whether an address exists,

3  and if it exists whether anybody -- whether

4  anybody could live there.  So it should be

5  classified as a housing unit, not something else.

6  And then whether anybody does live there.  And the

7  nonresponse follow-up will include an enumerator

8  determination or sometimes an

9  enumerate- -- administrative record determination

10  of vacant or occupied.  If that's all we know,

11  then there are whole person imputations.

12          In addition, if all we know is the count,

13  then there are whole person imputations for the

14  characteristics of those people.  But we only

15  impute the count when the only piece of hard

16  information we have is occupancy status.

17    Q    And so you would impute if you know that

18  a unit is occupied but you don't know how many

19  people live there or any other characteristics of

20  those people?

21    A    That's correct.  Yes.

22    Q    And that would only occur if those people

```
1   had not self-responded or you could not enumerate

2   them through a household visit or through proxies,

3   correct?

4       A   So that occurs after the sixth, in the

5   current protocol, nonresponse follow-up.  The

6   enumerator is charged with getting any credible

7   information about whether somebody lives there or

8   not.

9       Q   Now, besides those methods that we just

10  discussed, household visits, proxies,

11  administrative record, and imputations, are there

12  any other methods that the Census Bureau uses to

13  enumerate a household that has not self-responded?

14          THE WITNESS:  Could you read it back to

15  me, please?

16          (Thereupon, the reporter read the record

17  as requested.)

18          THE WITNESS:  No.

19  BY MR. TILAK:

20      Q   And you mentioned that the maximum number

21  of household visits was six; is that right?

22      A   In the current protocol.
```

Page 224

```
 1      Q   And is that the same maximum number of
 2  visits across the country?
 3      A   So the training protocol is the same, but
 4  in the actual operations of a census, the area
 5  supervisors have discretion.  And that discretion
 6  extends to sending an enumerator out for an
 7  additional visit but it also extends to sending
 8  multiple enumerators to the same place.  So at
 9  that point, you don't actually know which contact
10  visit that is until the enumeration of the field
11  data comes back in.
12      Q   Has the Census Bureau made any decisions
13  as to where additional visits might be warranted?
14      A   No decisions have been made.
15      Q   And that's in the discretion of the
16  supervisors in the field; is that right?
17      A   Well, the first thing we're going to do
18  is take the data from the end-to-end test and
19  evaluate the efficiency of the field operational
20  control system and the field performance.  Those
21  data may suggest modifications.  Other analysis
22  possibly engendered by the presence of the
```

Page 225

1   citizenship question may make modifications.

2          Those modifications will have to be made

3   relatively soon.  The field operations actually

4   start with address canvass and address canvases

5   start next summer.  So we don't have a lot of

6   time.  But the final forms of the training

7   materials and the final onboarding of those

8   activities hasn't happened.  So we do have the

9   scope to make modifications, and we are intending

10  to analyze the data from the end-to-end test and

11  other data as they became available to us in order

12  to optimize that.

13      Q   And the end-to-end didn't test

14  citizenship, right?

15      A   There was no citizenship question on the

16  form.

17      Q   And these additional data you mentioned

18  with respect to citizenship, those are possible

19  small scale tests that the Census might do, right?

20      A   What I said was that the focus groups

21  from CBAMS were small scale tests and the in place

22  testing of instruments would necessarily be small

1    scale.  We do not have budget for a field

2    experiment -- a field evaluation of a new

3    instrument.

4        Q    And you said besides CBAMS, the form of

5    any additional test has not been decided, correct?

6        A    That's right.

7        Q    Now, are the area supervisors who have

8    discretion to use additional visits, are they

9    guided by any criteria?

10        A    One of the goals for the 2020 census was

11    to reduce field costs, primarily through using a

12    modern vehicle scheduling system, so that's what

13    we implemented.  We have a modern vehicle rooting

14    [sic] system at the heart of the operation -- the

15    field operation control system.  We call it the

16    optimizer.  And the optimizer performed very well

17    in the end-to-end test.  So that will give us

18    scope to rely on the optimizer to get what amounts

19    to the easy part of nonresponse follow-up done

20    quickly and at low cost.  It won't change our

21    budget for nonresponse follow-up, so it will give

22    us some scope to focus efforts where when we're in

1   the field monitoring the actual data, we can

2   detect variation from our expectation and we can

3   focus the resources there.  It gives us the

4   capability to spend the money in the areas that

5   demonstrate they're problematic, rather than

6   having to plan to spend the money in the areas

7   that we think will be problematic.  Those are

8   sometimes correlated and sometimes not.

9       Q   And as of now, the Census Bureau doesn't

10  know which areas will be problematic, correct?

11      A   So we use a tool called the planning

12  database that tells us historical estimates of low

13  response rate areas.  And we are certainly using

14  that tool, and our targeted advertising campaign

15  is using that tool.  But those are historical

16  data.  We can't incorporate realtime field data

17  until there's a realtime field operation going.

18      Q   And you said a household would be

19  eligible for proxy enumeration after three visits;

20  is that right?

21      A   I did say that.  We were discussing

22  various protocols.  A household is actually

1  eligible for proxy enumeration via administrative

2  records after one visit.  So we call that an

3  administrative record enumeration, and,

4  technically, a proxy enumeration is where a

5  neighbor filled it in and administration record

6  enumeration is where these ad recs filled it in,

7  but they're doing the same thing.  They're

8  substituting for self-response with a different

9  form of enumeration, and they're eligible after

10  one visit.

11      Q   What records would be used to enumerate a

12  household --

13      A   The final decision on that has not been

14  made.  I prepared to describe the protocol to you,

15  but the final decision on how the elements of the

16  protocol will be substantiated has not been made.

17      Q   If you could describe the protocol, that

18  would be great.

19      A   So in the protocol, we operate under a

20  data sharing agreement with the Internal Revenue

21  Service to incorporate tax returns and other

22  information -- individual and household

Page 229

1    information returns, along with administrative

2    records from the Social Security Administration,

3    from Medicare, from the Bureau of Indian Affairs

4    and a few other sources, but I've hit the major

5    ones.

6            From those records, we build an image of

7    the household that we project to census date,

8    April 1, 2020.  And then we use more realtime

9    information, like information returns from the

10   current tax year and the U.S. Postal Services

11   address sequencing file to isolate those addresses

12   which we think are actually occupied by that

13   household of persons around the census days for

14   the test, that was April 1 of 2018.

15           When we determine that we have accurate

16   information -- so we consider the self-declaration

17   on income tax return for the household one source

18   of accurate information, declaration of

19   dependencies and other federal programs like

20   Medicare, another source of information -- we

21   determine that we have a household roster for that

22   address, we then find a second -- and this is

1   current protocol -- federal source for every item

2   on it, and we replace all the tax items with that

3   source.  If it wasn't a tax item, we compare the

4   two sources and choose one according to protocol.

5        What we now have is an administrative

6   record enumeration of that household that does not

7   depend on tax data.  We copy that into the ad rec

8   area of the 2020 census, and that is a household

9   candidate enumeration -- candidate record for

10  ad rec enumeration.

11       If in the operations of the census that

12  address, MAFID, doesn't have a response, then it's

13  triggered for nonresponse follow-up, and under the

14  current protocol, a field enumerator goes to that

15  address and attempts to get an interview.  If that

16  first nonresponse visit comes back unsuccessful,

17  then the ad rec becomes the enumeration and the

18  NRFU for that MAFID is turned off.

19  Q   Is there a minimum quality requirement

20  for that administrative record -- let me rephrase.

21       Is there a minimum quality requirement

22  that the administrative record must meet before it

1    can be used to enumerate a household after just

2    one household visit?

3         A    Yes.   There are multiple cutoff criteria

4    that have been honed over the course of the decade

5    and will probably be honed again from the

6    end-to-end test.

7         Q    And none of those tests have been used to

8    hone these quality requirements, including the

9    citizenship question, correct?

10        A    That's correct.

11        Q    What proportion of the NRFU population do

12   you expect can be enumerated through

13   administrative records?

14            MR. EHRLICH:   Objection.   Form.

15            THE WITNESS:   In the current lifecycle

16   cost estimate -- I'm going to check this on the

17   break, because I actually know this is true for

18   Version 2 but I'm not sure it's true for Version 3

19   -- that was 6 million households we expected to be

20   able to enumerate with ad recs.

21   BY MR. TILAK:

22        Q    Has any research been done on the

Page 232

1    differential availability or quality of these

2    records for households with noncitizens compared

3    to the U.S. population generally?

4         A    The research that has been done is

5    germane to that question, not necessarily because

6    it's specifically looking at a citizenship

7    variable, but one of the things that matter is

8    quality of the personal identifying information in

9    the ad recs.   And people who file income tax

10   returns on time, in particular, are much more

11   likely to have useable PII.   And that PII is the

12   language we were talking about in the early part

13   of this deposition verified -- it's audited by the

14   Internal Revenue Service.   So we know the

15   characteristics of that subpopulation are much

16   more likely to be citizens, but that's not

17   specifically using the citizenship variable.   It's

18   just announcing that a characteristic of the way

19   we created the administrative record eligible

20   enumerations is going to favor citizens.

21        Q    So these indicative --

22        A    I didn't mean favor.   I'm very

Page 233

1    sensitive -- is going to more likely select

2    citizens.

3         Q    So is that indicative that administrative

4    records meeting the Census Bureau's quality

5    requirements are more likely to exist for citizens

6    than for noncitizen households?

7         A    They are more likely to exist for persons

8    who file -- persons and households that file an

9    income tax return, and that is more likely to be

10   the case for higher income people who are more

11   likely to be citizens.

12        Q    How about for racial and ethnic

13   minorities, for example, Hispanics?

14        A    So this is the reason why we use Medicare

15   records, because that -- that is nearly exhaustive

16   for the population over age 65.  But, again, it's

17   only if you have a Social Security number that

18   you're going to be eligible.  So you have to be

19   eligible for social benefits in the United States,

20   and some noncitizens are and they're going to be

21   in those records.  They're also often eligible for

22   State programs.  And we did a plan to assemble

1    State records, but that's what's been evaluated

2    before we finalize which kinds of records we're

3    going to use.

4           We're making a push to require SNAP

5    records, Supplemental Nutrition Assistance Program

6    records, and we don't have them for every state,

7    and we need to make a decision about whether --

8    sufficiently complete that we will go forward.

9    That decision hasn't been made.

10       Q   Returning, briefly, to proxy enumeration.

11   Will the default of three visits before proxy

12   eligibility apply across the country?

13       A   It -- well, the answer is in the current

14   design, yes.  But then I will say, again, that

15   field staff have the authority from the very first

16   visit to pile on, so they -- they can redeploy

17   enumerators if they -- for example, if they

18   deployed one early on in the process and our

19   quality evaluation of that enumerator's work is

20   going to cause that enumerator not to get any more

21   work, the field staff can redo some of that.

22           And we do continuous quality control on a

1    sample, so that's going to involve additional

2    visits, as well.

3         The six visits is the operational

4    guideline and the training and the expectation,

5    but the discretion of the field staff and the

6    discretion of the operational staff back at the

7    census headquarters can modify that, even if the

8    protocol was not officially modified.

9         Q   And to date, are there any guidelines for

10   varying the number of visits before proxy

11   eligibility?

12        A   I believe that there are not, but I

13   believe that will be part of the end-to-end test

14   evaluation, whether we should modify that.

15        Q   And, again, end-to-end did not include

16   the citizenship question, correct?

17        A   That's correct.

18        Q   Dr. Abowd, in the memos that you wrote --

19   is that correct?

20        A   That I supervised the preparation of.

21        Q   That you supervised the preparation of,

22   is it accurate that you found evidence of a lower

1   self-response rate in households with at least one

2   noncitizen as a result of the citizenship

3   question?

4           MR. EHRLICH:  Objection.  Form.

5           THE WITNESS:  With respect to your

6   question up to the phrase as a result of the

7   citizenship question, yes.

8           As I explained in my previous deposition,

9   this was a natural experiment and not a randomized

10  controlled experiment, and so what you can test is

11  what you have.  So in our work that you're talking

12  about, the two groups were everyone in the

13  household is a citizen, according to

14  administrative record, versus at least one person

15  in the household is not a citizen, according to

16  administrative records.  There's a third ground

17  that wasn't analyzed.  That's everybody else.

18  That's the group where there's a 5.1 percentage

19  point difference between their self-response for a

20  form that includes the citizenship question versus

21  a form that does not.  But that form that included

22  the citizenship question also included other

1  questions.

2  BY MR. TILAK:

3      Q    Is natural experiment an accepted method

4  of research in social science?

5      A    Yes.

6      Q    Do you believe a decline in self-response

7  rates in households with at least one noncitizen

8  will result in a higher undercount for noncitizen

9  households?

10      A    We don't have any evidence to suggest

11  that hypothesis is true.

12      Q    Do you have any evidence to suggest the

13  hypothesis is false?

14      A    No.

15      Q    So you just don't know, one way or the

16  other?

17      A    No.   We think we know.   We believe that

18  the net undercount -- I put the net before your

19  undercount, but I'm putting it there

20  exclusively -- that the net undercount depends

21  primarily on the energy and efficacy of the

22  nonresponse follow-up efforts.   That is a lesson

1  learned over multiple censuses where we have

2  beaten that net undercount down by perfecting

3  processes that get at least some information about

4  the house- -- household -- housing unit.

5        The critical piece of information is how

6  many people live there.  So if you can determine

7  that, then the rest of what's happening is you

8  don't know anything about them, so the quality of

9  the analyses you're going to do on anything other

10 than the population count is affected.

11       And truth in discussion, we know that

12 there's a differential in that undercount.  We

13 make active efforts to abate that, and we have no

14 evidence that the differential undercount is

15 related to the presence of a citizen question, but

16 it is related to the macroenvironment when you

17 conduct the census.  And that's not something you

18 can do a randomized controlled trial on.

19     Q   Are you aware of any analysis or research

20 looking at the relationship between self-response

21 and undercount?

22     A   Again, net undercount, no.

1        Q    Net undercount, I will clarify that.

2        A    Net undercount, no.  And in preparation

3    for this deposition, I asked every expert at the

4    Census Bureau that explicit question, and I'm

5    responding with the agency's answer.

6        Q    And is there any plans to conduct such an

7    analysis of the relationship between self-response

8    and net undercount in preparation for the 2020

9    census?

10       A    Instead of just answering, no, I'm going

11   to explain why the answer is no.

12       Q    Please do.

13       A    That's a hard analysis to do on the net

14   undercount because of the way the net undercount

15   has to be estimated.  It's not estimated household

16   by household with record level data, which is how

17   we performed the experiments that are documented

18   in the technical papers you've gotten, and how

19   components of the census quality are analyzed,

20   because we have record-level information due to

21   the post-enumeration survey.

22            Net undercount is evaluated using two

Page 240

```
 1    alternative estimates of the total population.

 2    One is developed by what's called demographic

 3    analysis and we only do that at a national level,

 4    although we do have some subnational controls in

 5    the demographic analysis, and the other is done by

 6    the dual-system estimation and we -- in the

 7    1990s -- for the 1990 census and for the 2000

 8    census, we did attempt to implement a dual-system

 9    estimation that would be capable of doing accurate

10    dual-system estimation below the state level.  But

11    our current dual-system estimator is only accurate

12    at the national.  The state level estimates for

13    the dual-system estimator are what statisticians

14    call synthetic, what econometricians call

15    estimated.

16       Q   And earlier you had said that the ability

17    to abate the undercount depends on the energy and

18    efficacy of nonresponse follow-up; is that right?

19          Has the Census Bureau developed a budget

20    of how much it would need to increase its

21    nonresponse follow-up to address any decline in

22    self-response as associated with the citizenship
```

1  question?

2      A   So we have not yet formally modified any

3  budgets.  The $91.2 million estimate that I gave

4  you earlier is our current -- we should start

5  there, because that's a conservative estimate.  It

6  assumes that households that are all citizens are

7  going to respond the same way they would have

8  responded in earlier surveys, and they may not be

9  true either.

10     Q   Yeah.  What is the basis for that

11  assumption, that households will respond in the

12  same way as before?

13     A   In social science, that's called the

14  counterfactual.  There's no basis for it.  I state

15  it because that's a maintained hypothesis that the

16  other -- the hypothesis under test can be compared

17  to.  So if you don't make an assumption about the

18  component of the hypothesis that you can't test,

19  you can't interpret the component of the

20  hypothesis you can accept in a randomized

21  controlled trial.

22             So in a natural experiment, you have to

1   accept which things you can estimate and which

2   things you have to make a hypothesis on.  So

3   making the hypothesis that households that contain

4   all citizens won't change their response behavior,

5   it's not making the prediction that they won't

6   change their response behavior.  It's allowing you

7   to interpret the 5.1 percentage points or now it's

8   5.8 percentage points, and apply to a larger base

9   in a proper manner.  That's why I say it's

10  probably an underestimate, because it's probably

11  not a reasonable hypothesis that the households

12  that are all citizens won't change their behavior,

13  but we don't have any evidence.

14      Q   So it's your view that that's not a

15  reasonable hypothesis but it's the assumption?

16      A   It's not a reasonable projection, let me

17  say that.

18      Q   But it's the assumption that you had?

19      A    It's not a reasonable projection.  It is

20  the assumption in that analysis for the purposes

21  of generating that budget number.

22      Q   And if it's not a reasonable hypothesis,

1    is it a reasonable assumption?

2        A    Sorry.  You keep changing my words.  I

3    keep changing them back.  I said you have to make

4    a hypothesis, and it's the one we made.  It's not

5    a reasonable projection.  That is to say, if you

6    ask us collectively do we think that the

7    self-response of all citizen households is going

8    to stay changed in an environment where a

9    controversial citizen question is on the census,

10   we would say no, we expect that their cooperation

11   would be expected, too.  But we don't have any

12   scientific evidence to do the sign or the

13   magnitude of that, and we can't rule out the

14   hypothesis that they would be more cooperative.

15       Q    Is there any empirical evidence that they

16   would be more cooperative, that you're aware of?

17       A    I'm not aware of any empirical evidence

18   for either side of it.  I have consistently said

19   that it was maintained or a counterfactual

20   hypothesis for the purposes of interpreting the

21   coefficients that you can estimate, and I've now

22   said that it's not a reasonable projection, okay,

Page 244

1  which is why we labeled it conservative.

2      Q   Is there an upper bound -- you had

3  mentioned 91.2 million being a conservative

4  estimate.  Has the Census Bureau come up with an

5  upper bound estimate for the costs?

6      A   In the lifecycle cost estimate, the

7  current one, the stress testing of that estimate

8  moved the nonresponse -- the percentage of

9  households that had to go into nonresponse

10  follow-up through a fairly wide range of

11  variation, and then it's selected as the target

12  cost estimate, the one that was at the 80th

13  percentile of the distribution.  The exact

14  parameters of that range aren't in the -- in the

15  final report of that -- but -- but the text says

16  they put it through a wide range, and they put the

17  other parameters of the system through a wide

18  range.  So the 80th percentile was used to

19  generate the base budget and then the higher

20  quantiles were used to generate the contingency.

21      Q   Going back to nonresponse follow-up for a

22  second, are you aware of analysis of the efficacy

1   of nonresponse follow-up for noncitizen households

2   versus the rest of the United States population?

3        A    There is analysis in the Report G01 from

4   the 2010 census, which I know have been supplied.

5        Q    Besides G01, is there any other analysis

6   you're aware of?

7        A    There are components of that in the

8   rest -- so the coverage -- Census Coverage

9   Measurement Program, CCM [sic], for the 2010

10  census have data that allows one to look carefully

11  at that, yes.

12       Q    And does that analysis also look at the

13  efficacy of nonresponse follow-up for Hispanic

14  households versus the rest of the U.S. population?

15       A    Yes.

16       Q    And does it also look at the efficacy of

17  nonresponse follow-up for households with limited

18  English proficiency versus the U.S. population?

19       A    I'll have to check.  I don't think so.  I

20  think it uses variables that were collected in

21  either the census or what's called the Census

22  Coverage Measurement Survey for that, and language

1    proficiency would not have been one of those.

2        Q    Now, if a household is only partially

3    enumerated in self-response, supposing there are

4    four people, and it only reports there's one

5    person living in the household, does that

6    household go into NRFU or is it marked as

7    enumerated?

8        A    It doesn't depend on just the number of

9    persons who live here box.  It depends on how much

10   of the information we get about those persons,

11   again, according to protocol, that hasn't been

12   finalized.  The -- the generic version of that

13   formula would be:  Do we know your name, do we

14   know age or birth date and sex?  So if we had

15   substantially complete information, that's the

16   definition of it, and we wouldn't send the

17   household into nonresponse follow-up.  We might

18   send it into field quality control, but those are

19   not targeted, based on the responses.  Those are

20   samples of the respondents that are -- they're

21   basically generated to check that the enumerators

22   are doing their job.

1      Q    Are they randomly generated?

2      A    I can't say that they're randomly

3 generated, according to a protocol that I have

4 examined.  They are not necessarily related to the

5 completeness of the form, but there's -- there's

6 scope to have them be related to that.  There's

7 scope in the system to have them be related to

8 virtually anything we want, and I don't know what

9 exactly was implemented for the end-to-end test.

10     Q    I'd like to briefly discuss whole person

11 imputation.  What records are used for whole

12 person imputation?

13     A    So there's two kinds of whole person

14 imputation.  When we have to impute the number of

15 persons who live in an occupied household, then

16 those are actually -- those are whole person

17 imputation and may result in whole person

18 substitutions, which means that, essentially, all

19 the characteristics of that household have been

20 imputed.

21     Q    And to clarify, that's specifically what

22 I'm talking about if you're --

1      A    Whole person substitutes.

2      Q    Exactly.  Yes.

3      A    Okay.  Because we also do whole person

4   imputations when we know the count but we don't

5   know anything else -- or limited amounts of stuff.

6      Q    Focusing on if you don't know the count

7   and you're trying to determine the count of

8   individuals, the imputation -- or substitution --

9      A    So the algorithms that will be used in

10  2020 for the whole person substitutions have not

11  been finalized.  The algorithms that were used in

12  2010 were variations of hot-deck imputations.

13          (Thereupon, the court reporter

14  clarified.)

15          THE WITNESS:  Hot-deck, hyphenated.

16  BY MR. TILAK:

17     Q    Do you expect the protocols for 2020 or

18  the algorithm for 2020 to be different from 2010?

19     A    We have been actively experimenting with

20  additional uses of administrative record as a

21  substitute to for or compliment to hot-deck

22  imputation, so it's a live candidate.

1      Q    But no final decision has been made?

2      A    No.

3      Q    When does the Census Bureau expect to

4  make a final decision?

5      A    A necessary condition for a final

6  decision is to have the processing software that

7  the various files must move through in order to

8  produce final estimates in place, and it's not.

9  It will be in place -- it's not off schedule.  It

10 will be in place as the rest of the end-to-end

11 test is completed.  And then when you have that in

12 place, you can actually start testing these things

13 in the operational environment.  They're currently

14 being tested in a research environment, and that

15 research has been going on for more than a decade.

16     Q    Has any of that research looked at the

17 accuracy of whole person substitutes for

18 noncitizen households versus the rest of the U.S.

19 population?

20     A    No.

21     Q    Has any of that research looked at the

22 accuracy of whole person substitutes for other

1   hard-to-count communities as compared to the U.S.

2   population?

3       A   The research that was done with the 2010

4   Census Coverage Measurement studies included

5   analyses of the components of the year-end census

6   by characteristics like the ones you just recited.

7       Q   And that's the G1 --

8       A   That's the G series.

9       Q   The G series may help us, okay.

10          Has the Census Bureau decided what

11  geographical unit will be used for whole person

12  substitutions?

13      A   I'm not sure I know what the question

14  means.

15      Q   In general, when imputation is done -- or

16  substitution is done, does that rely on records

17  from surrounding communities?

18      A   The hot-deck imputation algorithms that

19  were in place for the 2000 and 2010 census did use

20  nearby records.  Statistical imputation systems do

21  not have to.

22      Q   Is that still the plan for 2020?

1      A    There is no plan for 2020.  That is among

2  the candidate algorithms.

3      Q    So no final decision has been made?

4      A    That's right.

5          MR. TALIK:  If we could go off the record

6  and take a short break.

7          VIDEOGRAPHER:  This is the end of

8  Media Unit Number 4.  The time on 3:40 p.m. and we

9  are off the record.

10         (Off the record.)

11         VIDEOGRAPHER:  This begins Media Unit

12 Number 5.  The time on the video is 4:04 p.m.  We

13 are on the record.

14 BY MR. TILAK:

15     Q    Dr. Abowd, is there any empirical

16 evidence that someone who chooses not to respond

17 to this 2020 census because of the citizenship

18 question would respond in a face-to-face

19 interaction with a census enumerator?

20         MR. EHRLICH:  Objection.  Form.  Vague

21         THE WITNESS:  Not that I'm aware of.

22 BY MR. TILAK:

Page 252

1      Q    And if that household doesn't respond,

2   census enumerator would then try to find a proxy,

3   correct?

4      A    That's correct.

5      Q    And is there any empirical evidence on

6   the accuracy of proxy enumerations for areas with

7   large noncitizen populations compared to the rest

8   of the United States?

9      A    Only indirect.

10     Q    And what is that indirect evidence?

11     A    That evidence that's in the technical

12  reports that you've seen.

13          THE WITNESS:   The evidence that's in the

14  technical reports that you have seen.

15  BY MR. TILAK:

16     Q    And if a proxy is not found, the census

17  could then also use administrative records to

18  enumerate the household, correct?

19     A    The census may use administrative records

20  whether or not a proxy respondent is found.

21     Q    But based on your earlier testimony, the

22  characteristics of the administrative records are

Page 253

1  such that there are more likely to be

2  administrative records for citizens compared to

3  noncitizens?

4       A    I think that's a reasonable hypothesis.

5  I don't actually have any empirical data to

6  support it.

7       Q    And this, finally, this whole person

8  imputation, is there any empirical evidence on the

9  accuracy of a whole person imputation for

10  noncitizen households versus the U.S. population?

11       A    So whole person substitutions and whole

12  person imputations are not very accurate.  We've

13  documented that for multiple censuses, but we

14  documented it most carefully for the 2010 census

15  where we explicitly looked at it.  We know that.

16       Q    And so you would agree that --

17       A    We don't count them as correct

18  enumerations, because we require that the

19  characteristics be correct, not just the count.

20       Q    So you wound agree with all the censuses

21  procedures to try to enumerate a household, some

22  people are always missed in the decennial census?

Page 254

1     A    If the question to me is do we

2    acknowledge that some people are always missed in

3    a census, the answer is yes.   Some people are also

4    counted twice.

5     Q    And those would be erroneous

6    enumerations, correct?

7     A    So one's omissions and the other is

8    erroneous enumerations, yes.

9     Q    I'd like to have this marked as

10    Exhibit 17.

11          (Plaintiffs' Exhibit 17, G series

12    documents, was marked.)

13    BY MR. TALIK:

14     Q    Dr. Abowd, do you recognize this

15    document?

16     A    Yes.   I was looking for the number, it's

17    G4.

18     Q    Is this one of the G series documents we

19    spoke about earlier?

20     A    Yes, it is.

21     Q    If I could just refer you to Page 1 of

22    the executive summary, and the last full paragraph

1    it says, "The correct enumeration estimate was

2    284.67 million people."

3           The correct enumeration is the number of

4    people who were correctly counted, correct?

5        A    In the right place.

6        Q    It then says the erroneous enumeration

7    estimate was 10.04 million people.  What -- what

8    are erroneous enumerations?

9        A    They consist of persons who are counted

10   twice, duplicates, and persons who are improperly

11   counted at the location that they were recorded

12   at, so not within what's called the -- what's

13   called the coverage evaluation search area.

14       Q    And then it goes on, the second to last

15   sentence, "The Census Coverage Measurement

16   estimated that 16 million people were omitted from

17   the census, and omissions are people who should

18   have been enumerated in the United States but were

19   not."

20           Omissions are people who did not

21   self-respond and were not counted through NRFU; is

22   that accurate?

1     A    Gross omissions are people that the

2  dual-system estimation predicts should be there

3  that we didn't actually find.  It's an estimate.

4     Q    Is it a reasonable estimate of people who

5  should have been counted but were not?

6     A    It's gross.  We don't know that they were

7  not counted.  We just know they were not in the

8  correct enumeration population.

9     Q    And then, finally, it says that many of

10  these people may have been accounted for by the

11  5.99 million whole person census imputations.

12     A    Yes.  That's what I said, but I used

13  different words.  That -- the next sentence says

14  why you don't count gross omissions of people that

15  have been missed.

16     Q    But some percentage of them are people

17  who have been missed, correct?

18     A    That a reasonable statement, yes.

19     Q    In fact, in this case, somewhere between

20  10 and 16 million people were missed, correct?

21     A    No.  It's not bounded that way.

22     Q    Okay.  Why is it not bound that way?

1      A    Because the -- the dual-system estimation

2  and the demographic analysis are designed to

3  measure net undercount and differential net

4  undercount.  As a byproduct, they generate this

5  number that is labeled omissions, but it's gross

6  omissions.  It doesn't mean that this many people

7  are missing from the census.  It means the

8  residual category is only explainable as a

9  difference between the dual-system estimator and

10 the correct enumerations.

11     Q    And besides those people not being

12 counted, what other reason would there be for

13 those residuals between the estimation and the

14 census count?

15     A    Well, there are two decades of litigation

16 on this, but the dual-system estimator might be

17 wrong, too, or the demographic analysis.

18     Q    But you would agree some portion of the

19 omissions were people not counted in the 2010

20 census?

21     A    I'll agree there is probably some gross

22 undercount, as well as net undercount, but we

Page 258

1    don't know its order of magnitude.

2        Q    Would you agree that the undercount is

3    differential between different subpopulations in

4    the United States?

5        A    We have documented that the net

6    undercount is differential.

7        Q    And are hard-to-count populations

8    specifically likely to be undercounted

9    differentially compared to the rest of U.S.

10   population?

11       A    That's almost tautological.   When we

12   label a subpopulation hard-to-count, one of the

13   indicators we use is its net undercount.

14       Q    Let's next turn to Page 9, and the

15   last -- the paragraph, it says, "The black alone

16   or in combination and the Hispanic populations had

17   a larger percent omissions than the non-white

18   Hispanics" --

19       A    Sorry.   Sorry.   You got there too fast.

20   Point.

21       Q    It's the second paragraph.

22       A    Got it.   Okay.

Page 259

1    Q    "The black alone or in combination and

2    Hispanic populations have larger percent

3    omissions, 9.3 percent and 7.7 percent,

4    respectively, than the nonwhite -- non-Hispanics

5    white-alone population."

6         Is it accurate that the census's

7    enumeration procedures are more likely to the

8    Hispanics -- members of the Hispanic population

9    compared to the non-Hispanic white population?

10   A    I think the answer to that question is

11   yes, but I would not use the information in this

12   table to answer that question.   I would use the

13   information in the net undercount table, which

14   is -- it might not be in this report, but there's

15   a summary in G01.

16   Q    Got it.

17        And then turning to Page 17, this refers

18   to -- refers to bilingual mailing areas.   Are

19   bilingual mailing areas where the population is

20   likely to have limited English proficiency?

21   A    So bilingual mailing areas for the 2010

22   census would have been predicted from the 2005 to

Page 260

2009 language questions in the American Community
Survey.  So they're indicators of households that
speak more than one language.

4    Q    And, again, the omission percentage for
5  bilingual mailing areas in Table 9 is 7.3 percent
6  compared to 5.3 percent for the U.S. total.  Is it
7  accurate that the census's enumeration procedures
8  are more likely to miss people living in bilingual
9  mailing areas compared to the U.S. population,
10  generally?
11    A    I'll correct your question.  If you mean
12  gross omissions, that's what the table describes.
13  If you meant net undercount, you can't get that
14  from this table.
15    Q    What table would you refer to for that?
16    A    If we have a net undercount estimate, it
17  would be in one that is labeled net undercount
18  as -- or percentage net undercount, one of those
19  two.  I don't know -- I don't know the contents of
20  all of those G series reports.  They're summarized
21  in G01.
22    Q    If I can refer you to the column just to

Page 261

1    the left of omissions percentage undercount, is

2    that the net undercount?

3         A    Thank you.    Thank you.

4         Q    And is the Number .80 for bilingual

5    mailing areas?

6         A    Yes.

7         Q    And the asterisk indicates that it's

8    statistically significant, correct?

9         A    At the 90 percent level, yes.    That's

10   correct.

11        Q    And so given that information, is it more

12   likely that the census's enumeration procedures

13   would miss people living in bilingual areas

14   compared to the U.S. population?

15        A    Yes.    That's what a positive differential

16   net undercount is.

17        Q    And then going back to Page 9 on Table 2,

18   which we were at earlier.

19        A    Was there one there, too, and I missed

20   it?  Yes, there was.  Okay.

21        Q    If we look at the bottom of Table 2, the

22   net -- the percent undercount is 1.54 percent?

Page 262

1      A    Yes.

2      Q    And that's statistically-significant --

3      A    Yes.

4      Q    -- compared to the U.S. population?

5           So with that information, is it more

6    likely that the census's enumeration procedures

7    will miss members of the Hispanic population

8    compared to population --

9      A    There's a differential net undercount for

10   Hispanics, yes.

11     Q    Now, this is all for the 2020 census.

12   Does the Census Bureau expect not to have a

13   differential undercount of Hispanics for the 2020

14   census?

15          MR. EHRLICH:  Objection.  Form.

16          THE WITNESS:  The Census Bureau expects

17   to improve its net undercount performance every

18   census and targets the populations that had

19   previous net undercounts for special attention.

20   Sometimes with tests that have been demonstrated

21   to be more effective and sometimes with

22   advertising campaigns that have looser empirical

1    connection.  Although we used targeted advertising

2    in 2010 to try to address net undercount issues,

3    and it was successful in its evaluation.  That's

4    why we were trying to do more targeted

5    advertising, why we included a specific component

6    in the integrated communication contract for

7    targeted marketing.  And one of the indicators

8    being used for the targeted marketing is our low

9    response rate indicator, which is not the same

10   thing as a net undercount.  These numbers are not

11   available at levels of geographic detail that

12   would be useful, but they have correlates, like,

13   lower response.

14   BY MR. TILAK:

15       Q   You said to improve.  Do you also expect

16   to eliminate the differential undercount for

17   hard-to-count populations?

18       A   We design the census, and we optimize the

19   efforts in order to control the net undercount.

20   We are trying to achieve a zero net undercount,

21   but the census is a human operation, and we

22   evaluate it for the coverage years.  We will learn

1   when we evaluate it whether we were successful.

2       Q   Do you agree that adding the citizenship

3   question will make it more difficult to achieve

4   that goal of reducing undercount for hard-to-count

5   populations?

6           MR. EHRLICH:  Objection.  Form.

7           THE WITNESS:  It will make it more

8   difficult to correct -- to collect accurate data

9   on the enumeration, which will complicate the

10  assessment of net undercount, because the

11  indicators, the right-hand side variables, won't

12  be as accurate as they are if you get more

13  self-responses.

14          MR. TALIK:  We can go off record.

15          VIDEOGRAPHER:  We're going off the

16  record.  The time on the video is 4:19 p.m.

17          (Off the record.)

18          VIDEOGRAPHER:  We're back on the record.

19  The time on the video is 4:20 p.m.

20              EXAMINATION BY MR. ADAMS:

21      Q   Good afternoon, Dr. Abowd.  My name is

22  Rory Adams.  I represent the City of San Jose and

1  the Black Alliance for Just Immigration in the

2  action pending in Northern District of California.

3          What is the purpose of the 2020 CBAMS?

4      A   Census Barriers, Attitudes, Motivators

5  Survey?

6      Q   Yes.

7      A   Sorry, study.

8          There's both a survey and focus group

9  component.  Its primary objective was to gather

10  information on indicators that we call barriers,

11  indicators that we call attitudes and things that

12  we think of as motivators.  So a barrier is a

13  reason why someone might not complete the census.

14  So the questions asks, for example, are you

15  planning to fill out the census, and if not, well,

16  we try to get some reasons.

17          An attitude might be, do you think

18  that -- do you trust the government, do you think

19  that your 2020 census information will be kept

20  confidential?

21          And motivators are things like do you

22  think it's important to equitably allocate the

1   seat -- equitably reapportion the

2   House of Representatives?

3          The -- some of the statistical modeling

4   was based on historical relationships between

5   these kind of variables and the actual indicators

6   that they took -- they filled out in the census,

7   self-responded on the census.

8      Q   You said there are two components, a

9   survey component and a focus group component?

10     A   Yes.

11     Q   How is the survey component designed?

12     A   I'm going to answer specifically with

13  respect to what I believe we're labeling the 2020

14  CBAMS, but, internally, we've been calling it the

15  2018 CBAMS because it was conducted in 2018.

16         That is a household probability sample.

17  So it had a frame from our master address file,

18  which is the address frame that we keep

19  continuously as accurately -- as accurately as we

20  can in which is rebenchmarked in the decennial

21  census.  So we use the production, master address

22  file, to sample 50,000 households -- no -- 50,000

```
 1    MAFIDs.  Then the -- the primary instrument was an
 2    Internet self-response instrument run off the same
 3    computer system with the American Community Survey
 4    and many of the economic surveys are run off of.
 5           If the -- if the contact, which is by
 6    mail, comes back determining that there's nobody
 7    living there, so they're removed from the scope of
 8    the sample, and then we calculate the percentage
 9    of households that we get a response from.  So
10    about 17 percent -- about 17,000 of the 50,000
11    households responded.  In the way we calculate
12    response rates, that's about a 38 percent response
13    rate.
14       Q   And I'm going to hand you what's going to
15    be marked as Exhibit 18.
16           (Plaintiffs' Exhibit 18, 2020 CBAMS
17    survey, was marked.)
18    BY MR. ADAMS:
19       Q   And I will represent that this is a
20    document downloaded from the Census Bureau's
21    website and identified as the 2020 CBAMS survey.
22    Do you recognize the document as being the 2020
```

1  CBAMS survey?

2       A    So I've only ever seen the code book, not

3  the instrument.  But I recognize questions, so I

4  think this is the right questionnaire.

5       Q    And how -- how are these questions

6  selected for inclusion in the survey?

7       A    We conducted a much more limited CBAMS in

8  2008.  That, I believe, was the first time we

9  attempted to get pre-census information on factors

10 that might affect the costs of carrying out the

11 census, the effectiveness of the census.  There is

12 a -- there is a research staff led by one of

13 the -- by a senior survey methodologist,

14 Nancy Bates, and with other senior mathematical

15 statisticians and with other senior survey

16 measurement experts, some in the Center For Survey

17 Measurement and some in the decennial census

18 statistical divisions, and some in the other parts

19 of the Census Bureau.  They put this instrument

20 and the survey through our lifecycle survey

21 development program.

22           They had constructs that they were trying

1    to capture.  Some of which they believed to be

2    well captured by questions that had been used in

3    older CBAMS.  Some of which come from questions

4    that are used by other survey organizations to

5    measure general attitudes.  There are a large

6    number of those and our survey measurement experts

7    are very familiar with them.

8            So -- so they would have had a set of

9    candidate questions -- they have, generally

10   speaking, a known budget or approximate budget,

11   and experience in planning how much of that budget

12   has to be allocated to instrument development,

13   instrument testing.  So if it's an Internet

14   self-response, so there's no field operations for

15   the data collection operation.  There was no

16   nonresponse follow-ups, so that phase isn't there.

17   And then, post -- post-response processing and

18   data editing tabulation.  So they would have had a

19   tentative plan for allocating their budget across

20   the steps and then put the questionnaire through

21   cognitive testing, the questions, unless the

22   question has been previously cognitively tested,

1    and then laboratory testing of the whole form.

2            And then I believe they used a small

3    experimental sample.  Our -- I'm not sure they

4    used an experimental sample.  They might have all

5    been done with laboratory samples, so those are

6    people that were recruited into our labs to take

7    whole instruments as opposed to single questions

8    or focus groups.  The Center For Survey

9    Measurement has laboratory facilities that can

10   simulate the survey environment or simulate

11   questions or conduct a focus group.  They would

12   have used a combination of those tools to get the

13   instrument in place.

14           One of the statisticians on the team

15   would have drawn the address sample from the MAF.

16   The addresses would have been prepared, mail-out

17   materials inviting you to participate would have

18   been prepared, and then the effort staged during a

19   fixed field operation.

20           The survey was conducted in collaboration

21   with -- in collaboration of Y&R, Young & Rubicon,

22   the lead contractor in the integrated

1    communication contract, and Y&R and other

2    subcontractors in that contract also participated

3    in the development and some of their resources

4    were used, as well.

5        Q   Will the result of the 2020 CBAMS be used

6    only for the purposes of the 2020 census?

7        A   Well, I'm sure the answer to that

8    question is no, because our data can be used

9    regularly.  They were collected primarily in

10   support of the 2020 census.  That's a funding

11   issue.  So we couldn't have run a survey like this

12   intending to use it primarily for the SIPP and

13   charged it to 2020.  So its principal reason for

14   being conducted was in support of the 2020 census.

15   But it produced useful data.  We are still using

16   the data for the one we conducted in 2008 in

17   support of the 2010 census.  So it's a reasonable

18   presumption that the data will be used for other

19   purposes, but their primary purpose is in support

20   of the 2020 census.

21       Q   I believe you testified earlier that when

22   you were trying to draft the protocol for adding a

1    question to the decennial census, that you looked

2    to the processes and procedures that were used to

3    vet and add questions to the ACS and the long

4    form, because they were also considered to be part

5    of the census; is that correct?

6         A    That's correct.

7         Q    And both the ACS and long form included a

8    citizenship question, correct?

9         A    That's correct.

10        Q    Was a decision made at any point to

11   include or not to include a citizenship-related

12   question on the CBAMS survey?

13        A    There was no active decision.  I believe

14   that if even a rumor of a citizenship question had

15   been actively circulating through the

16   Census Bureau, the development team would have

17   attempted to gather information about that, and I

18   believe that the Office of Management and Budget

19   would have approved it in issuing the clearance

20   number.

21        Q    To be clear, a citizenship question has

22   appeared on the ACS and the long form and was

1    planned for inclusion in the ACS in 2020, correct?

2        A    And 2019 and 2018, correct.

3        Q    Right.  In light of the fact -- and that

4    is considered part of the census, the ACS?

5        A    Yes.

6        Q    So in light of the fact that at least in

7    part of the census, the citizenship question was

8    going to appear, there was no consideration to

9    testing that in CBAMS survey?

10       A    So for starters, the CBAMS survey isn't

11   about testing questions for either the ACS or the

12   decennial census.  And to be perfectly clear, the

13   2020 census is a separate budget appropriation

14   from the ACS.  So, once again, the principal

15   purpose of this document couldn't have been to

16   test questions for the ACS.  It had to be to test

17   the environment and the successful conduct of the

18   2020 census.  That had to be the principal

19   purpose.

20           Good survey methodologists -- and I

21   believe a very good crew worked on this -- are

22   quite sensitive to things that you want to get a

1    measurement of ahead of the pack.  But it

2    literally wasn't on the radar screen in a way that

3    was -- that the team developing this instrument

4    caught.  As soon as it did, they modified the

5    protocol for the focus group.  So I'm sure that if

6    six -- I can't actually be sure about at six

7    months.  I'm sure that if there had been time to

8    modify the questionnaire for CBAMS, it would have

9    been modified.

10          The compromise was that the first use of

11   these results is to program the advanced buys for

12   the advertising campaign, and that has a very

13   tight deadline.  Those buys start earlier next

14   year.  So they need to be doing the analysis, and

15   this time, we did it with an external partner.  So

16   in addition to doing the analysis -- and

17   this -- they had to design protocols for conveying

18   the information outside of the Census firewall to

19   the Young & Rubicon system so they could do these

20   targeted advanced buys, and we didn't have

21   protocols for that.  We did all of that

22   internally, so we didn't have to worry about

1   producing public-use summaries of the data so they

2   could be given external to the Census Bureau.

3           A contract is no different than any other

4   person.  If we release the data to the contractor,

5   the contractor is allowed to operate with those

6   data outside the Census firewall, then those are

7   public data.  So we had to figure out a way to

8   make the data public, as well.

9       Q   Exhibit 18, this -- the survey instrument

10  was finalized prior to December 12, 2017?

11      A   Yes.  I don't know exactly when it was

12  finalized.  OMB clearance packages are public, so

13  you should be able to use that OMB clearance

14  number at the top of the form to see the date it

15  was finalized.

16          There's a pretty -- there's a pretty long

17  planning period to get an instrument all the way

18  through the approval process.  That's why we want

19  the clearance package for the 2020 census to be

20  approved by the end of 2018.

21      Q   In your -- in your individual deposition,

22  I believe you testified that there were a number

1    of questions in the survey that were considered

2    salient for purposes of analyzing the impact of

3    the citizenship question, but you weren't sure

4    which questions those were.  Looking at the survey

5    now, can you identify which questions are salient

6    for purposes of analyzing the impact of the

7    citizenship question?

8        A    What I wanted to look at -- and you

9    haven't given me, but I did look at -- is the

10   interim report, which you won't have because it's

11   not public.  Although the discovery has produced

12   the public use micro sample file that we released

13   to the contractor, because it was cleared by the

14   DRV.  So you do have that.

15            But what the report says is that most of

16   the information we got out of CBAMS about citizens

17   came from the focus groups.  But we were very

18   concerned about the high level of answers to

19   questions like, do you think the Census Bureau's

20   data can be used by another government agency?  Do

21   you think the Census Bureau is required to

22   protect -- since I've seen the code book and the

```
 1   tabular form, I'm not quite sure where the
 2   questions are, but if you give me a second, I'm
 3   sure I can find them.
 4            MR. EHRLICH:  Page 6.
 5            THE WITNESS:  Ah, yes.  There it is.
 6            "Question 38:  How concerned are you, if
 7   at all, that the Census Bureau will not keep
 8   answers to the 2020 census" -- "How concerned are
 9   you, if at all, that the Census 39" -- "that the
10   Census Bureau will share answers to the 2020
11   census with other government agencies?  How
12   concerned are you, if at all, that the answers you
13   provide to the 2020 census will be used against
14   you" -- so those questions are considered relevant
15   correlates of potential difficulties with the 2020
16   census due to the presence of the citizenship
17   question.
18            Those attitudes -- I think we actually
19   classified these barriers, those responses are
20   neutral, classification of them, were also true to
21   an extent before the 2010.  The belief in certain
22   portions of the population that the Census Bureau
```

1    either isn't required by law to keep the answers

2    confidential and to not supply them to other, say,

3    agencies or might do that in spite of the current

4    requirement of the law, that is a known barrier.

5    And so its prevalence in the population is

6    something we use to both target advertising in the

7    case but also target other efforts.

8              So these data will be used to do

9    something called small area estimation to help

10   identify where -- which areas should be targeted

11   with a communication campaign that addresses the

12   fact that we are not, by law, allowed to give the

13   data in identifiable form to anyone, including

14   other government agencies, and including, in

15   particular, the immigration and naturalization

16   services, and we have not done so since those

17   protections were enacted into law in 1954.

18   BY MR. ADAMS:

19       Q   I'd like to get to the interim report in

20   just a minute, but beforehand, I want to show you

21   Exhibit 19.

22              (Plaintiffs' Exhibit 19, 2020 CBAMS brief

```
 1   update, was marked.)
 2   BY MR. ADAMS:
 3       Q    This is a document entitled 2020 census
 4   barriers, attitudes and motivators study brief
 5   update for a funder initiative meeting on
 6   April 23, 2018.  And I'd like to ask you to turn
 7   to Page 8559.
 8       A    Yes.
 9       Q    Are the questions listed on Page 8559 the
10   questions that were asked in focus groups
11   pertaining to the citizenship question?
12       A    Those are the focus group protocol
13   questions, so it's a discussion.  So those would
14   have been the prompts used to move the discussion
15   on to the question of citizenship.
16       Q    How are -- how are prompts for the focus
17   group discussion guide designed?
18       A    A team of behavioral scientists
19   determines, first, what the objectives of the
20   focus group are.  And so the objectives of the
21   CBAMS focus groups are to recruit participants
22   from known hard-to-count populations.  So,
```

1   basically, the people in the room are not a

2   representative sample of the population, which

3   makes statistical inference not a good tool.  But

4   what they are, are the people that are very

5   similar to the people we have difficulty getting

6   to answer the questionnaire in the first place.

7   So what you try -- in this case, what you're

8   trying to get from -- some people -- sometimes we

9   just want people who might not understand the

10  questions or who might not speak the target

11  language.  In this case, we wanted to know from

12  people that we had scored as high on a low

13  response rate score, we wanted to know why they

14  wouldn't want to take the census.  Or in this set

15  of questions, whether their hard-to-count

16  characteristic was going to be further enhanced by

17  their attitudes towards the citizenship question.

18        So these questions would have then been

19  designed to try to understand why specific groups

20  of known hard-to-count individuals didn't want to

21  fill out the census form.  And that qualitative

22  information would then be processed, basically, by

1   counting up how many of these focus groups

2   particular mentions occur in.

3           So the transcript of focus group gets

4   coded by professional transcript coders, and it

5   gets reliability checked, and then those codes are

6   used to characterize the conversation in the focus

7   group on certain dimensions.  In this case, it

8   would be barriers, attitudes, motivators,

9   dimension, and then you -- exactly -- you count up

10  in how many of the focus groups did this happen?

11  So for the 30 focus groups we were able to ask the

12  citizenship question, that would be the

13  denominator, and we would say something -- 16 --

14  in 16 of those 30 groups, this -- this attitude

15  was expressed.  I don't like the citizenship

16  question.  I won't take the census if it's on

17  there.

18          And then we would go back and look at

19  what was the recruiting characteristics for those

20  focus groups, and we would correlate that -- not

21  with a formal correlation coefficient but we would

22  say, in the ones where this was an issue, this was

1    the property.  They were mostly Hispanics or they

2    were other -- renters, single -- young, single

3    people, that other -- those are the things that

4    are used to score you as hard-to-count.

5        Q   And is that qualitative information

6    reflected or discussed in the interim report?

7        A   Yes.

8        Q   And are the quantitative results of the

9    survey discussed in the interim report?

10       A   Yes.

11       Q   With respect to the questions you

12   identified as -- as relevant to barriers and

13   related to the citizenship Questions 38, 39 and

14   40, does the interim report reflect increased

15   fears or concerns with respect to those questions?

16       A   You can't say increased, because that

17   implies you have something to reference with, so

18   we would say high or low or relative to.  In these

19   cases -- there's a battery of questions where

20   there's actually a correct answer and so we mark

21   how many of the answers that came that are

22   incorrect.  So if you say -- if you say that you

```
 1   don't -- so 38 asks us whether you're concerned
 2   about whether we keep it confidential.  But
 3   there's a true or false question that asks whether
 4   you think we're required, by law, to keep it
 5   confidential.  So we would take the score on that
 6   true/false test, and that's a measure of
 7   their -- a barrier, because they have incorrect
 8   information.  They might still behave the same way
 9   if they had correct information, but we identify
10   the kinds of incorrect information people have and
11   then design a communication campaign to correct
12   it.
13           For an attitude, we would correlate that
14   with things that we can target, communicate and
15   attempt to convert them, basically, to change
16   their attitude.
17           And for motivators, we would say, well,
18   other people have said this is an important reason
19   to fill out the census.  We would tell the general
20   population other people think it's important to
21   fill out the census because you'll get your fair
22   representation in the Congress.  Other people
```

Page 284

```
 1    think it's important to fill out the census

 2    because it's used to allocate $675 billion a year,

 3    so that's the way in which the quantitative

 4    information would be converted into actionable

 5    things.

 6        Q    With respect to 38, 39 and 40, in

 7    particular, does the interim report recommend any

 8    action items to deal with misperceptions of these

 9    particular issues?

10        A    So the interim report does indicate that

11    the communication campaign should address these

12    questions.  It's interim, not just because we

13    haven't finished dotting the Is and crossing the

14    Ts.  It's interim because we haven't fully

15    internally vetted the way the information was used

16    to draw conclusions about the advertising

17    campaign.  So when it's issued in report form in

18    late November or December, then we'll put it

19    through the internal vetting process, and it will

20    be a publication of the 2020 census program and

21    you'll be able to see how we process the

22    information into the basic
```

1   instructions -- instructions is too strong of a

2   word -- into the basic planning of the first page

3   of the communication campaign.

4           That first phase, also, in addition to

5   media buys, it includes recruiting partner

6   organizations and identifying places where it

7   might be good to find additional partners or

8   different partners.

9   BY MR. ADAMS:

10      Q   What views are -- what findings or

11  qualitative information is reflected in the

12  interim report that was prompted by the prompts

13  added on March 27 after the citizenship question

14  was decided?

15      A   Since the interim report isn't final, I'm

16  going to characterize it in broad terms and not

17  quantitatively.  We identified that some

18  subpopulations, including ethnic groups,

19  Hispanics, are very concerned about the

20  citizenship question and appear to be concerned

21  about it for reasons related to the same things in

22  the series.  This came from the focus groups where

1   we were specifically asking about citizenship, but

2   its correlates show up in the survey where we

3   don't ask about citizenship but we can correlate

4   something like Hispanic ethnic origins with

5   answers here.

6           But we also found that other groups

7   weren't particularly concerned.  For example, when

8   the focus group was primarily citizens, they

9   didn't -- they didn't express the same concern.

10  Even though those citizens would have been

11  selected with the same hard -- hard-to-count

12  indicator procedure.  So they -- obviously, didn't

13  come from the same subpopulations but came from

14  persons within those subpopulations that had been

15  selected on the hard-to-count criteria.

16      Q    Were focus group participants selected

17  based on their own citizenship status?

18      A    That was not one of the criteria.

19      Q    The focus groups indicated that Hispanics

20  were very concerned about the addition of a

21  citizenship question.  Does Census have a way to

22  determine whether those concerns have increased

```
 1   relative to before December -- before March of
 2   2018?
 3       A    We're trying to measure levels at this
 4   point.  Measuring changes is beyond the pale.
 5       Q    The results from focus groups have been
 6   fed to a decennial team, I believe you stated
 7   earlier.  I was wondering if you could clarify
 8   what you meant by that.
 9       A    I know what I meant by it.  That might
10   have been an imprecise technical term there.
11            So the operation of running a census is
12   highly interdependent, and it has a group of very
13   large contracts that are carrying out those
14   operations in collaboration with career civil
15   servants who work in various parts of the
16   Census Bureau, but primarily, in this case, in the
17   decennial directorate.  So the results are
18   being -- I'm not supposed to use air quotes -- are
19   being supplied to -- it's called team Y&R, that is
20   the team integration contract, but they would also
21   be supplied to the field directorate because the
22   field directorate actually conducts the field
```

1    operation under a budget from the decennial.  We

2    don't get a separate -- we have lots of

3    enumerators who haven't worked for us except for

4    the census, but their -- that whole process is run

5    through the field directorate.

6         Q    How are the results from the CBAMS

7    currently being used?  Are the results currently

8    being used to modify protocols, to design

9    messaging campaigns or other -- in other ways?

10        A    The results are currently in the hands of

11   a small team from Young & Rubicon and the

12   Census Bureau, being coordinated within the

13   Census Bureau by Nancy Bates, and Gina Walejko on

14   the technical side.  They were the core of the

15   team that did this successfully.  By this, I mean

16   focused the advertising and focused the field

17   effort on quantitatively-identifiable low response

18   areas that -- Nancy, in particular, is something

19   of a pioneer in this area.  So she is using her

20   expertise.  Gina is using her expertise.  The Y&R

21   team is using their expertise, which comes from a

22   different domain, and the field staff is using

1    their expertise to try to learn what we can from

2    these data, in addition to the other tools that

3    we've already produced, like the -- the low

4    response indicators in the planning database.  So

5    all of those tools will get used.

6            Some of those tools have been actively

7    incorporated into the operational control systems

8    optimizer so that it can use them as a part of its

9    scheduling algorithm.  The field supervisors and

10   the managers will get briefed, but the primary

11   use, right now, is to ramp up the communication

12   campaign.

13       Q   And just to confirm, the final report

14   will be publicly available, you anticipate, in

15   November or December?

16       A   I'm guessing it's still going to be

17   labelled an interim report, but it will be the

18   first public report from the CBAMS.

19           MR. ADAMS:  Let's go off the record.

20           VIDEOGRAPHER:  We're going off the

21   record.  The time on the video is 4:53 p.m.

22           (Off the record.)

Page 290

```
 1            VIDEOGRAPHER:  This begins Media Unit

 2   Number 6.  The time on the video is 5:11 p.m.  We

 3   are on the record.

 4            EXAMINATION BY MS. GOLDSTEIN:

 5   BY MS. GOLDSTEIN:

 6       Q    Good afternoon, Dr. Abowd.  My name Elena

 7   Goldstein.  I am senior trial counsel for the

 8   New York Attorney General's office.  We are

 9   another one of the plaintiffs in these many cases

10   challenging the citizenship question.

11            Now, I'm going to be asking you a series

12   of questions, and, in large part, to make this go

13   a little bit faster and in light of the

14   questioning you have sat through so helpfully

15   today, I'm going to be jumping around some of our

16   topics sort of abruptly, okay?

17       A    Okay.

18       Q    Okay.  So I'm going to hand you what has

19   been marked as Plaintiffs' Exhibit 20.

20            (Plaintiffs' Exhibit 20, Question 28, was

21   marked.)

22   BY MS. GOLDSTEIN:
```

Page 291

```
 1      Q   I'm handing you what has been marked as
 2  Exhibit 20.  It is a document Bates stamped 4863
 3  to 4877.  And I'm going to ask you to just turn to
 4  Page 4874.  And I'm going to direct your attention
 5  to the very last paragraph for Question 28, in the
 6  last portion of it, which is discussing why the
 7  Census Bureau did not include a topic on the SOGI,
 8  sexual orientation and gender identity, on the
 9  planned topics on the 2020 census.
10          And this paragraph, I'll just read the
11  relevant language, notes "However, at the end of
12  the process, there was no demonstrated federal
13  data need for the addition of this content and,
14  subsequently, no changes to the planned census or"
15  -- "and ACS subjects."
16          What does it mean for there to be no
17  demonstrated federal data need?
18      A   In assessing the reasonableness and
19  feasibility or changing or adding to one of our
20  questionnaires, we have an informal hierarchy.  So
21  the Constitution says we have to count everybody,
22  so that one, basically, is off the table to
```

1    change.

2          Several statutes mandate that we collect

3    information, for example, about languages in

4    support of the Section 203 of the Voting Rights

5    Act.  So absent the change to that legislation or

6    judicial determination that it was no longer

7    effective, the things that we do in support of

8    that would stay on the questionnaire.  Now, we

9    might change the way we do them, but they would

10   stay there.

11        Q    Sure.

12        A    Many federal agencies identify -- they're

13   our next prime -- identify programmatic

14   requirements for data and statistical agencies

15   serve those programmatic requirements as a

16   principal client.  That really is one of the

17   reasons why we exist.  But those are nuances.

18   They have degrees.

19          So we would generally try to determine

20   what the specific requirement, in this case for

21   SOGI, was relative to a self-response declaration

22   of sex, which is the way we asked the question

Page 293

1    from on the census, and some of our clients make

2    their independent case for it.  Like, the National

3    Center For Health Statistics, when we conduct a

4    survey with them, if they ask for SOGI

5    information, we will get it, but it's a survey

6    we're conducting on a contractual relationship for

7    them.

8              So on the ACS -- which is, really, where

9    we were discussing this, not the census -- on the

10   ACS, it would have been:  Are there sufficient

11   programmatic needs across, primarily, our federal

12   client, but we wouldn't rule out other clients,

13   but primarily our federal clients to justify

14   developing SOGI battery, and, also, is it a large

15   enough self-identifying proportion of the

16   population that we can get reliable measurements?

17   We think we can get reliable measurements of SOGI,

18   but we haven't identified a broad-based federal

19   agency requirement that can only be fulfilled by

20   modifying the ACS -- or it can be most effectively

21   fulfilled on both quality cost and usefulness by

22   modifying the ACS.

Page 294

1      Q   Is this one of the issues that might be
2   discussed at one of those technical meetings that
3   you were testifying about earlier today?
4      A   It would certainly be discussed in
5   advisory groups like the census scientific
6   advisory group, and national advisory -- the
7   Census Scientific Advisory Committee and the
8   National Advisory Committee, and it's also
9   discussed in working groups organized by the
10  Office of the Chief Statistician of the
11  United States and OMB under working groups.  So it
12  is an active area of discussion among the
13  statistical -- official statistical community in
14  Washington and the broader statistical community.
15     Q   Can I ask you to turn the page, please?
16  And if you'll see in the very first paragraph on
17  4875, this document distinguishes between
18  mandatory content, required content and
19  programmatic content.
20          Are you familiar with that sort of
21  three-part organization or distinction?
22     A   Yes.  I sort of went and gave you the

1   proper definition of mandatory and --

2       Q   I just want to make sure you're familiar

3   with this?

4       A   Yeah.  Okay.

5       Q   And this is an accepted set of

6   distinctions for the Census Bureau, between

7   mandatory, required and programmatic data needs?

8       A   It's a useful classification, and some

9   data needs move more fluidly between the

10  categories than others.

11      Q   Where would you classify the citizenship

12  question?

13      A   I would personal- -- so I'm not aware of

14  the Bureau having put it into these categories.  I

15  believe the proper classification of it is

16  required.

17      Q   How can it be required -- would it be

18  required pursuant to the Voting Rights Act?

19      A   Yes.  So what is required is information

20  sufficient to estimate the eligible voter

21  population in a proposed district.  That's

22  required both to demonstrate you are in compliance

1   with the Voting Rights Act and to do the scrutiny

2   of that compliance.

3       Q   So it has been required since 1965 when

4   the Voting Rights Act was passed?

5       A   So this is why I say these are -- these

6   are fluid.  It -- tabulations from the long form

7   were used when they started to be -- they weren't

8   available in the 1960s, because we didn't ask the

9   question in 1960 on the long form.  So we did ask

10  it again on this long form in 1970s and

11  tabulations were produced of citizenship

12  population, I believe.  I don't have specific

13  knowledge of how they were used in the '70s but I

14  believe used like the Citizen Voting Age

15  Population tabulations that we now produce.

16      Q   And that the Census Bureau has been

17  producing for decades?

18      A   When we collect data on citizenship, we

19  produce statistical products based on those data.

20      Q   So you mentioned the advisory committees

21  just a moment ago.  What is the role of the

22  advisory committees with respect to the decennial

1   census?

2       A    So the Census Bureau is an agency that

3   benefits from three advisory committees, the CSAC,

4   the Census Scientific Advisory Committee, the

5   National Advisory Committee on Race, Ethnicity and

6   Other Populations, and the Federal Economic

7   Statistics Advisory Committee, so they're usually

8   called CSAC, NAC and FESAC.

9           I'm going to do FESAC really quickly.

10  It's chartered in the Department of Commerce but

11  it advises the Census Bureau, the BLS, the Bureau

12  of Labor Statistic, and the Bureau of Economic

13  Analysis, BEA, primarily about economic products,

14  but the census of population would be a subject

15  that would be presented to them on which we might

16  ask their advice and they do get updates on it as

17  well as other products.

18          But they focus on economic products, and

19  although they're charted in Commerce, the BLS is a

20  full partner.

21          The other two, CSAC and NAC, are

22  chartered in the Department of Commerce for the

```
 1    benefit of the Census Bureau, and they are
 2    advisory committees under the Federal Advisory
 3    Administrative Committee, FACA.  So they operated
 4    according to the FACA rules.  The nomination
 5    procedure has to be public.  Because they're
 6    charted in Commerce, Commerce determines the
 7    membership.  The agenda has to be public.  The
 8    meetings have to be public.  There has to be a
 9    public comment period.
10          But, generally, they are for our benefit
11    in the sense that we actively seek to put on those
12    advisory committees people and representatives or
13    organizations who can be helpful in the scientific
14    committee on many different technical issues in
15    the National Advisory Committee on the full gamut
16    of issues, in particularly, for the census --
17        Q   Sure.
18        A   -- not just the one in 2020, that has
19    been a source of advice and outreach to many of
20    the populations that we -- that it's important to
21    have partnerships with when you collect the data.
22        Q   So is it fair to say that the
```

1    Census Bureau typically consults with CSAC and the

2    NAC about significant changes to the decennial

3    census?

4         MR. EHRLICH:  Objection.  Form.

5         THE WITNESS:  It is correct to say that

6    we regularly consult with CSAC and the NAC about

7    the ongoing operations of all our major

8    statistical programs and some of our not-so-major

9    statistical programs.

10   BY MS. GOLDSTEIN:

11        Q    And that includes the census?

12        A    That includes the census.

13        Q    Do you know the dates of the NAC

14   committee -- withdrawn.

15        Was the NAC consulted about the

16   citizenship question prior to the March 26th

17   decision by Secretary Ross?

18        A    With your permission -- are you going to

19   ask me the same question about CSAC?

20        Q    I will.

21        A    I'm sorry?

22        Q    I will.

1      A    Can I do them at the same time?  It will

2    be easier.

3      Q    Please.

4      A    So both NAC and CSAC meet twice a year on

5    an approximately September/March schedule.  So

6    when they met for what they call the fall meeting

7    of 2017, there was nothing in the air.  And when

8    they met for the spring meeting, in the case of

9    CSAC, the Secretary had just announced his

10   decision.  And in the case of NAC, the Secretary's

11   decision had been out for, I believe, about a

12   month, but nothing in the administrative record

13   had been released yet.  So for both of those

14   spring meetings, we had what I think we would all

15   characterize in the Census Bureau a very awkward

16   meeting.

17        Had the question been before us long

18   enough, we would certainly have consulted with

19   them.  And because the entire decision-making

20   process was compressed into a few months, we did

21   not.  And we did not have working groups in place

22   that we thought we could effectively use in

```
 1   preparing the materials that the Secretary relied
 2   upon for his decision.
 3       Q   So I just want to make sure I understand,
 4   that if the Census Bureau had had adequate time,
 5   you would have consulted the NAC regarding the
 6   citizenship question proposal?
 7       A   Yes.
 8       Q   And if the Census Bureau had had adequate
 9   time, you would have consulted the --
10       A   CSAC.
11       Q   -- CSAC about the citizenship question?
12       A   Yes.
13       Q   And if the Census Bureau had had adequate
14   time, you would have convened working groups at
15   these advisory committees to study the citizenship
16   question?
17       A   We might have, yes.  It would have been
18   actively discussed.
19       Q   Now, recognizing that these committees
20   did not have an opportunity to weigh in prior to
21   the Secretary's decision, following that decision,
22   did these committees at your awkward meetings
```

Page 302

1   express opinions with respect to the citizenship

2   question?

3       A   Both committees expressed recommendations

4   that reflected the views of those committees about

5   the citizenship question, yes.

6       Q   Can you please tell me NAC's

7   recommendations or views with respect to the

8   citizenship question?

9       A   NAC's -- so I'm going to summarize them.

10  They're public.  They're on the NAC site, so if

11  you want to read a recommendation into the record

12  and have me comment on it, I will.

13          I will characterize them this way.  They

14  were extremely concerned that it was going to make

15  conducting the census in some of the populations

16  that are represented on the NAC much more

17  difficult, for a variety of reasons.  And they

18  made recommendations, like, can you -- can you

19  determine what policies will be used to influence

20  whether immigration officials will be in the field

21  at the same time as census enumerators?  Can you

22  describe how the communication campaign will be

1    modified in light of the citizenship question?

2        Q    Sure.

3        A    That captures the general tenor.

4             They also made specific recommendations

5    that we explicitly did not accept.  I don't

6    remember all of them, but it's in the record that,

7    no, we can't do that.  We were instructed by the

8    Secretary to conduct the census with the question

9    on it, and that is what's going to happen.

10       Q    Is it fair to say that NAC told the

11   Census Bureau, we don't think you should have the

12   question?

13       A    Well, I don't recall reading it in their

14   recommendations, but I think that's a fair

15   characterization, yes.

16       Q    And did the CSAC take, substantially, the

17   same position?

18       A    They might have been even more vocal.

19       Q    With respect to their opposition to the

20   citizenship question?

21       A    Yes.

22       Q    So I am going to show you what is going

1     to be marked as Plaintiffs' Exhibit 21.

2            (Plaintiffs' Exhibit 21, 2020 census

3     integrated communication plan, was marked.)

4            MS. GOLDSTEIN:  And this is a 208-page

5     document, and so I only printed a couple copies.

6     My apologies to the world and counsel.

7     BY MS. GOLDSTEIN:

8        Q    This is document entitled 2020 census

9     integrated communication plan.  As I mentioned,

10    209-page [sic] version.  This is version 1.1 dated

11    6/2/2017.

12           Do you recognize this document?

13       A    Yes.

14       Q    What is this?

15       A    This is one of the many plans that the

16    2020 census releases periodically to supply

17    transparent detailed information about the

18    planning and operations of the 2020 census.

19       Q    And is another version of this document

20    planned?

21       A    So I've been asking about these

22    throughout the day but I didn't ask about this

1    one.  I now know that there will be another

2    version of the -- of the overall plan released in

3    early 2019.  Most of these plans do get updated,

4    but -- to say whether there is a planned version,

5    I would have to ask, and I will.

6        Q   And in connection with that, if you can

7    also find out whether and to what extent the

8    citizenship question will change the plans that

9    are in this document, or if you know now?

10       A   So the reason we revised them is to

11   reflect information that has come to our knowledge

12   during the time it was written and during the time

13   the remaining things the plans are about have to

14   be acted on.  So there's no point in having a

15   revised census plan in 2022.  That's, basically,

16   just a history document.  So if it's going to be

17   revised, it's likely going to be revised

18   relatively soon, and it will certainly reflect

19   what we learned in -- about the citizenship

20   question from the work that's been done to date.

21   We did not have a communication component in the

22   end-to-end test, so there won't be an opportunity

```
 1   to revise the plan as a consequence of what we
 2   learned there.
 3       Q    Why did you not have a communications --
 4       A    Component.
 5       Q    -- component in the end-to-end test?
 6       A    It was not sufficient --
 7            (Thereupon, the court reporter
 8   clarified.)
 9            THE WITNESS:  There was not sufficient
10   budget.
11   BY MS. GOLDSTEIN:
12       Q    So if you can turn to Page 7 of this
13   plan, and if you go down to Bullet Point 1,
14   "Detail the research and database approach:  A
15   successful campaign must be based on a solid
16   foundation of research and have strong internal
17   systems for collecting and analyzing data to
18   optimize performance."
19            Do you agree with this statement?
20       A    Yes.
21       Q    And given the timing of when the
22   citizenship question was added, is there a solid
```

1   foundation of research that informs the

2   communication plan -- the communication planning

3   process about the citizenship question and its

4   implications?

5        A    No.

6        Q    And are there stronger internal systems

7   for collecting and analyzing data to optimize

8   performance, given the recent addition of the

9   citizenship question?

10       A    So we have tried to optimize performance

11  by using the instruments that we have available to

12  us, and there are additional planned task orders

13  for this communication, the integrated

14  communication contract, that will involve

15  additional collection of data, realtime tracking

16  data, both survey-based and other ways.  So there

17  are definitely plans to collect data, and they

18  will be checked with -- with the census design as

19  it exists today in mind.  So they will be fully

20  cognizant of the citizenship question.

21       Q    Is it fair to say that the late addition

22  of the citizenship question will make it harder to

```
 1   implement an effective communications plan?
 2        MR. EHRLICH:  Objection.  Form.
 3        THE WITNESS:  No.  I don't think it will
 4   make it harder to implement an effective
 5   communication plan.  Whether that plan can be as
 6   effective as we had hoped, is an open question.
 7   We are going to have to figure out how to conduct
 8   the census in the current macro climate.  And
 9   that's not just the citizenship question.  That is
10   the current climate.  And that's not different
11   from what we had to figure out in 2010 and 2000.
12        2000 was the first time we did a
13   communication campaign, and we learned an enormous
14   amount.  I think the most important thing we've
15   learned from a communication campaign is that the
16   vast majority of the residents of the
17   United States only know about the Census Bureau
18   because of the conducting of the decennial census.
19   And while we're immersed in it every day and many
20   of you are professionals, you're probably immersed
21   in it, too, the typical citizen, the
22   representative respondent on one of our surveys
```

1  doesn't know about the existence of statistical

2  agencies until that survey shows up in his or her

3  mailbox usually.

4        So the one with 100 percent saturation is

5  the census.  The next closest thing is

6  American Community Survey, but its saturation is

7  only a few percentage points a year, accumulates

8  to a fair percent of the population.  So this is

9  our opportunity to teach the people who live in

10 the United States why we have a statistical

11 agency.  Why we have statistical agencies and what

12 they're good for.

13 BY MS. GOLDSTEIN:

14     Q   But is it fair -- I think you

15 testified -- let me ask it as a new question.

16     A   Okay.

17     Q   The addition of the citizenship question

18 will impact how the Census Bureau does its

19 communications, correct?

20     A   Yes.

21     Q   And the short time frame in which the

22 Census Bureau has to adjust its plan will make

1    that process a little bit more difficult --

2         A    Yes.

3         Q    -- fair to say?

4         A    Yes.

5         Q    Okay.  So let's go to Page 37, and if you

6    go one, two, three, four, bullet points down,

7    "With young children having a highest net census

8    undercount rate than any other age group, Hispanic

9    children account for more than 36 percent of the

10   total net undercount for all children younger than

11   five."

12           Did I read that correctly?

13        A    Yes.

14        Q    So there is a -- prior to any addition of

15   the citizenship question, the Census Bureau has

16   recognized that there is a net undercount for

17   Hispanic children, correct?

18        A    Yes.

19        Q    Is it fair to say that the NRFU -- NRFU

20   efforts that the Census Bureau puts in place are

21   less effective with respect to this population?

22           MR. EHRLICH:  Objection.  Form.

1        THE WITNESS:  So these are estimates

2   based on the 2010 census coverage measurement

3   program.

4   BY MS. GOLDSTEIN:

5        Q    Sure.

6        A    So they were in an environment -- a

7   different political environment and a

8   questionnaire without a citizenship question on

9   it.  And this identification of children, age zero

10  to four, this is the first time that that had

11  popped out as such a large net undercount.

12            There's a couple of possible reasons for

13  that.  Our demographic data -- so one of the

14  things we would measure against better now are for

15  that age group because of accuracy of birth

16  records.  So we have, consistently, throughout

17  this decade, focused on ways in which we can

18  improve our undercount.  The -- the end-to-end

19  test does have a coverage evaluation component,

20  but it wasn't structured to provide statistical

21  information.  So we have only the direct analysis

22  of the test to see if we have improved it.

1          I don't want to say it's a crap shoot.  I

2    think that there is solid evidence that design

3    changes that have been made, particularly queues

4    and reminders, and these are actually easier to do

5    on the Internet self-response instrument than on a

6    paper instrument, because you can blow by the

7    reminders and the queues on the paper one, but

8    it's harder to blow by the ones on the Internet

9    instrument, too, but it's harder to because of the

10   way it's structured.  So we put some considerable

11   effort --

12   BY MS. GOLDSTEIN:

13        Q   Sure.

14        A   -- into trying to alert people who have

15   answered someplace else on the form, correlates to

16   there might be a young -- an uncounted person here

17   on this, but we don't have the statistical

18   evidence to back up a claim that that will reduce

19   the net undercount.  We have the statistical

20   correlates to suggest it might.

21        Q   Is it possible that the presence of the

22   citizenship question on the decennial census will

1   exacerbate this kind of net undercount of Hispanic

2   children?

3        A    Yes.   That is what we mean when we say

4   the quality of the census count will be harmed.

5        Q    Let's go to Page 53.   And I just want

6   to -- you got -- direct you to the very last

7   paragraph in bold.   Leading up to the 2020 count,

8   all communication elements, including advertising,

9   earned media, collateral and other items designed

10  for public dissemination will be pretested and

11  refined.

12           Has that process happened yet?

13       A    I'm sure that some parts of that process

14  have happened already.   But a systemic part of it

15  would have been part of the 2018 end-to-end test

16  and so -- yeah, at the point at which this plan

17  was written, I believe -- I get my budget years

18  and my calendar years -- I believe -- we were

19  still in fiscal 2017.   The full design for the

20  end-to-end test was still on the table.   That was

21  the three site and it included a media campaign.

22  So those comment components were not done.

Page 314

1        The other components that are part of the
2    integrated communication contract and the ongoing
3    activities of the decennial census were done.
4        Q    Earlier you testified that the political
5    environment can affect response rates, correct?
6        A    I know I just said political.  I've been
7    trying very hard to say macroenvironment.  If
8    you'll give me leave to say macroenvironment,
9    that's what I meant.
10       Q    And one of the things that goes into
11   macroenvironment is the political context, fair to
12   say?
13       A    That's fair to say.  But another thing
14   that goes into it is the state of the economy.
15       Q    Absolutely.
16            So let's say -- so would you -- you've
17   also testified that the macroenvironment can
18   affect the efficacy of NRFU, correct?
19       A    Correct.
20       Q    Is there -- is it possible that the
21   presence of a citizenship question will exacerbate
22   those effects?

1      A      It's certainly possible, yes.

2      Q      Does the Census Bureau believe that that

3  is likely?

4      A      So what we believe is likely is that

5  we're going to need more intensive nonresponse

6  follow-up than the baseline lifecycle cost

7  estimate.   One of our big concerns -- macro

8  concerns is when you ramp up the NRFU, you have to

9  hire the planned number of enumerators so that

10  they're available to deploy.   If you discover one

11  week into NRFU that you're short of enumerators,

12  the six- to seven-week onboarding process defeats

13  you.

14          So let me just say there are many

15  professionals at the Census Bureau painfully aware

16  of the consequences of not being able to onboard

17  enough enumerators.   As I understand it, we had to

18  ask for a budget supplement in 1990 because of

19  difficulties onboarding.

20          We had the best possible macroenvironment

21  for conducting a census in this regard in 2010,

22  for all the wrong reasons, but, nevertheless, it

1    was extraordinarily easy to onboard very good,

2    quality enumerators.

3           So in terms of macroenvironment,

4    we're -- the red lights are flashing around can

5    you hire enough enumerators?  And the cost

6    estimate is designed -- assuming that we can, if

7    we can, then where the extra cost from the

8    nonresponse follow-up might be caused by the

9    citizenship question will come from having to

10   deploy them more intensively than we had planned.

11        Q    And it's fair to say that there are

12   aspects of the macroenvironment currently that are

13   making it difficult to hire as many enumerators as

14   the Census Bureau needs?

15        A    So I don't have to hypothesis, we had

16   difficulty hiring enumerators in Rhode Island for

17   the test.

18        Q    And you expect that problem to be the

19   case for the -- as you attempt to onboard more

20   enumerators, correct?

21        A    I would say we used that experience

22   to -- as an opportunity to revisit some components

Page 317

1  of that recruitment plan.

2        Q    But it's fair to say that the low levels

3  of unemployment right now will make it more

4  difficult to hire enumerators?

5            MR. EHRLICH:   Objection.   Form.

6            THE WITNESS:   It's fair to say it will

7  make it more expensive to hire enumerators.   And

8  if that's not acknowledged, then it will make it

9  more difficult to hire enumerators.

10  BY MS. GOLDSTEIN:

11       Q    So, previously, you testified about the

12  work that Young & Rubicon was retained to do,

13  correct?

14       A    So I testified about the work of the

15  integrated communication contract for which Y&R is

16  the lead contractor.

17       Q    Have they done attitudinal studies on the

18  citizenship question as part of that contract?

19       A    I do not know whether they have done

20  them.   I do know that they are being actively

21  discussed.

22       Q    And has Reingold performed attitudinal

1  studies on the citizenship question?

2      A   So, as I said earlier, I would learn what

3  Reingold -- so Reingold is a partner in the

4  integrated communication contract, one of the

5  subcontractors.  Reingold has been involved in the

6  task orders associated with the integrated

7  communication contract to date.  Reingold did

8  participate in the CBAMS task order.  I asked

9  whether the task orders were public, and the task

10  orders are not public.  So they either have to be

11  FOIA'd or if they're discovered, they have to be

12  redacted to remove confidential information from

13  them.  I think that that's what I promised to get

14  in terms of an answer about Reingold.

15      Q   But do you know if they have performed

16  attitudinal studies as part of this?

17      A   So I do not know whether Reingold was the

18  specific subcontractor or on the subcontractor

19  team to do them.  That would be in the task

20  order -- the task order would say this has to be

21  done, and then Y&R would assemble the team that

22  did it.  So I might not necessarily know, but the

1   financial officer paying the bills would know

2   whether contractors --

3        The Census Bureau's answer to that

4   question is they have actively participated in the

5   task orders to date and -- and that included the

6   CBAMS, which did have attitudinal -- I think

7   you're not talking about those attitude studies.

8        Q    There are other attitudinal studies

9   pursuant to that contract, correct?

10       A    There is discussion of other attitudinal

11   work broadly interpreted, but we're not done

12   collecting data - --

13       Q    Right.

14       A    -- about things that might make it easier

15   or more difficult to conduct the census.

16       Q    So are -- there are no results yet to be

17   analyzed from those studies?

18       A    As far as I know, yes.  The agency's

19   answer is there are no --

20            (Thereupon, the court reporter

21   clarified.)

22            THE WITNESS:  There are not yet any data

1  from those studies.

2      MS. GOLDSTEIN:  Can I have this marked,

3  please?

4      (Plaintiffs' Exhibit 22, OMB standards

5  and guidelines for statistical surveys, was

6  marked.)

7  BY MS. GOLDSTEIN:

8    Q   Actually, before I get to this, you had

9  testified at your previous deposition regarding

10 Census's statutory charge to seek alternative

11 sources for information before asking a question

12 of the population.

13     Where does that statutory charge come

14 from?

15   A   Yeah.  In Title 13 -- I'm sorry, I can't

16 identify the clause -- we are instructed to use

17 administrative records and other sources of data

18 before attempting to gather the data by direct

19 instrument.  That's a paraphrase, but that is

20 certainly the way we interpret that clause in the

21 Title 13.

22   Q   And that is a well-established

1  Census Bureau practice, correct?

2      A    Correct.

3      Q    I'm handing you what has been marked as

4  Plaintiffs' Exhibit 22.  It is a copy of the

5  standards and guidelines for statistical surveys,

6  September 2006, from the Office of Management and

7  Budget.

8          Do you recognize this document?

9      A    I think your handed me SPD2.

10     Q    I think that's the shorter way to say it,

11  yes.

12     A    Okay.

13          Yes.  I do.

14     Q    The Census Bureau is obligated to comply

15  with the standards set forth in this document,

16  correct?

17     A    Yes.  That's right.

18     Q    I'm going to ask you to turn to Page 11

19  of this document, Standard 2.3.  "Agencies must

20  design and administer their data collection

21  instruments and methods in a manner that achieves

22  the best balance benefit maximizing data quality

401;
403

Page 322

1   and controlling measurement error" --

2        A    I'm sorry.   I started reading -- 2.3.

3        Q    I'm sorry?

4        A    I was down in the guidelines.   Go ahead.

5   Yes, I've got it.   Go ahead.

6        Q    -- "controlling measurement error while

7   minimizing respondent burden and cost."

8            Now, at prior depositions, we have looked

9   at the many Census Bureau memoranda that your team

10  of experts put forth, and the Census Bureau has

11  concluded that Alternative D resulted in lower

12  quality data than Alternative C, correct?

13       A    Yes.

14       Q    And Alternative D has a higher respondent

15  burden than Alternative C, correct?

16       A    Yes.

17       Q    And Alternative D has a higher cost than

18  Alternative C, correct?

19       A    Yes.

20       Q    And I believe you've testified previously

21  that no decision has yet been made on whether or

22  not the Census Bureau will use the self-response

401;
403

Page 323

1   data gathered pursuant to a citizenship question;

2   is that correct?

3        A    I believe I said that no decision has

4   been made on how the Census Bureau will process

5   the respondent data into the final record of the

6   2020 census and use the respondent data and the

7   administrative data in producing a CVAP table.

401;
403

8        Q    And one possibility that you raised at

9   your deposition was to implement

10   Alternative D -- "One way to" -- I'm reading from

11   your deposition, "One way to implement

12   Alternative D is to conduct Alternative B, ignore

13   it and do Alternative C."

14             Correct?

15        A    That is one way to implement

16   Alternative D, yes.

17        Q    So one possibility that the team of

18   experts is considering is to conduct

19   Alternative B, ignore it and do Alternative C; is

20   that correct?

21        A    It's more nuance than that.  One

22   possibility they're considering is how to do a

Page 324

1    response quality evaluation that allows a

2    combination of the respondent data and the

3    administrative data that uses both in a

4    statistically defensible way.  A statistical

5    defensible way means you can explain the reason

6    why the combination was done the way it was done

7    and demonstrate that it has better properties on

8    this quality risk usefulness profile.

9        Q   And the Census Bureau has not yet

10   determined whether or not there is a

11   scientifically feasible way to do that?

12           (Conference call interruption.)

13   BY MS. GOLDSTEIN:

14       Q   Or statistical feasible way to --

15           She's like an old friend.

16       A   We have a number of candidate evaluations

17   that we're clearly going to have to do very

18   rapidly and come to a conclusion.  Large

19   collections of mathematical statistics and survey

20   methodologists can have difficulty coming to a

21   conclusion in a hurry.  That's why the acting

22   director gave us a deadline.

1      Q    Lawyers have the same problem.

2           But it is still the case that today, no

3  conclusion has been reached, correct?

4      A    That's correct.  Yes.

5      Q    If the Census Bureau does not make

6  use -- if the Census Bureau concludes that the

7  self-response data from the citizenship question

8  should be disregarded with respect to the ultimate

9  processing of the response data, would that use

10  minimize response -- respondent burden --

11      A    No.

12           MR. EHRLICH:  Objection.  Form.

13           THE WITNESS:  No.

14  BY MS. GOLDSTEIN:

15      Q    Alternative D has a higher respondent

16  burden than Alternative C, correct?

17      A    Yes.

18           MS. GOLDSTEIN:  May I have one more

19  exhibit, please?

20           (Plaintiffs' Exhibit 23, Secretary Ross

21  decision memo, was marked.)

22  BY MR. HO:

1      Q    I'm going to show you what has been

2   marked as Plaintiffs' Exhibit 23.   This is the

3   decision memo from Secretary Ross dated

4   March 26, 2018 that begins at Bates stamp 1313,

5   and I'd like you to just turn to Page 1317.

6           So I'd like to direct you to the last

7   half of the top paragraph on this page.   The

8   sentence that begins "Finally."

9      A    Yes.

10      Q    "Finally placing the question on the

11   decennial census and directing the Census Bureau

12   to determine the best means to compare the

13   decennial census responses with administrative

14   records will permit the Census Bureau to determine

15   the inaccurate response rate for citizens and

16   noncitizens alike using the entire population."

17           Has that statement been evaluated by the

18   Census Bureau?

19      A    As a statement of fact, that statement is

20   correct.

21      Q    Okay.   "This will enable the

22   Census Bureau to establish, to the best of its

401;
403

Page 327

1   ability, the accurate ratio of

2   citizen-to-noncitizen responses to impute for that

3   small percentage of cases where it is necessary to

4   do so."

5          How does adding a question -- a

6   citizenship question to the census and determining

7   the incorrect response rate for citizens and

8   noncitizens who respond help the Census Bureau

9   impute with respect to folks who do not respond at

10  all and who do not have administrative records?

11     A    The Census Bureau did not write that

12  sentence, so I suggest you ask the Secretary what

13  he meant by it.

14     Q    Well, let me back -- let me ask the

15  question a slightly different way.

16          Do you agree that this will enable the

17  Census Bureau to establish, to the best of its

18  ability, the accurate ratio of citizen to

19  noncitizen responses to impute for that small

20  percentage of cases where it is necessary to do

21  so?

22     A    The Census Bureau does not yet have a

401;
403

Page 328

1    position on what percentage of cases it will be

2    necessary to do so.

3            So the first part of the sentence, this

4    will allow the Census Bureau to establish, to the

5    best of its ability, accurate ratios of

6    citizen-to-noncitizen responses, I don't think is

7    controversial.

8        Q    What about the second half of that

9    sentence, that that -- I'm trying -- that ratio         401;
                                                              403
10    will aid the Census Bureau with its imputation for

11    that category of folks who will be leftover?

12        A    Second half of that sentence makes

13    technical presumptions that the Census Bureau does

14    not currently endorse.

15        Q    Can you list those presumptions for me?

16        A    Well, I'm not sure, because it's a very

17    short sentence, and I would have to ask the

18    Secretary what he meant by small, and why he

19    thought that that particular ratio was what was

20    going to be used to do the imputation.

21            I don't think there's anything in what

22    the Census Bureau communicated, and technical

1  responses to the Secretary, that indicated that

2  that is the methodology that we would use to

3  produce the CVAP table.  We were, in fact, very

4  careful to say that we hadn't yet finalized a

5  methodology to do that, especially in the presence

6  of multiple responses for the same -- what we'd

7  call indicator.

8       Q     So is it fair to say that at the very

9  least, it is premature to say that this ratio will

10 help the Census Bureau establish, to the best of

11 its ability, an accurate ratio that will help you

12 to impute for that small percentage -- for that

13 whatever it is percentage of cases where it is

14 necessary to do?

15      A     Speaking on a purely statistical basis,

16 having population data of self-responses and

17 population data of administrative responses does

18 contribute to more accurate statistical analysis.

19           As to how they would be used to impute

20 the problematic cases in either direction, that is

21 not yet determined.

22      Q     And this is complicated by the

Page 330

1    significant inaccuracy issues that were

2    noticed -- that were noted in your technical

3    memos, correct?

4            MR. EHRLICH:   Objection.   Form.

5            THE WITNESS:   This is complicated by the

6    need to resolve, with defensible evidence,

7    conclusions that you draw from those

8    inconsistencies, especially for the administrative

9    record noncitizens.

10   BY MS. GOLDSTEIN:

11       Q   So the Census Bureau has not yet

12   completed its analysis that would support or not

13   support Secretary Ross's conclusion in that

14   sentence; is that fair to say?

15       A   Yes.

16           MS. GOLDSTEIN:   Let's take a short break

17   and see where we're at.   Off the record.

18           VIDEOGRAPHER:   Going off the record.   The

19   time on the video is 5:59 p.m.

20           (Off the record.)

21           VIDEOGRAPHER:   This begins Media Unit

22   Number 7.   The time on the video is 6:09 p.m.   We

401;
403

Page 331

```
 1    are on the record.
 2    BY MS. GOLDSTEIN:
 3        Q    Dr. Abowd, I think I have just one more
 4    question.
 5            If you will turn to the last page of the
 6    exhibit in front of you Bates marked 1320.
 7        A    Okay.
 8        Q    In light of the Census Bureau's analysis
 9    of Alternative C versus Alternative D, do you
10    agree that reinstatement of a citizenship
11    question on the 2020 decennial census is necessary
12    to provide complete and accurate data in response
13    to the DOJ request?
14        A    No.
15        Q    And that is the position of the
16    Census Bureau, correct?
17        A    Yes.
18            MS. GOLDSTEIN:
19        Q    Thank you, Dr. Abowd.
20            I just want the record to reflect and
21    that plaintiffs -- and I speak to all plaintiffs
22    with respect to this -- are leaving the record
```

401;
403

1   open, because, among other reasons, the documents

2   that were produced last evening that we have not

3   had time to review that are relevant to this

4   deposition, both with respect to the underlying

5   documents, as well as to how the documents relate

6   to many of the topics listed in the 30(b)(6)

7   deposition notice, as well as documents that were

8   identified this afternoon that have not yet, to

9   our knowledge, been produced.  These include the

10  Reingold documents, documents relating to the Y&R

11  contract, the CBAMS microdata file that was given

12  to Y&R, and the July extended white paper and

13  possible other documents that we will confer with

14  counsel on.

15        MR. EHRLICH:  I think Dr. Abowd said the

16  July white paper was the same as the August white

17  paper we sent you.

18        MS. GOLDSTEIN:  There were some small

19  modifications.  So to the extent there is another

20  version of that white paper that should be

21  produced to us, okay?

22        MR. EHRLICH:  We can talk about that.

Page 333

1          MS. GOLDSTEIN:  Absolutely.  Can we close

2     the record or does counsel have questions --

3          MR. EHRLICH:  I just --

4          MS. GOLDSTEIN:  Not close the record.

5     Leave the record open but end this deposition for

6     today?

7          MR. EHRLICH:  I just have a couple

8     questions on open items that we wanted to close

9     the loop on.

10          EXAMINATION BY MR. EHRLICH:

11     Q   In terms of the 2010 census, who

12     authorized the use of contingency funds?

13     A   For the 2010 census, contingency funds

14     had to be requested by the director from OMB.  So

15     OMB had to approve the release.

16     Q   And for the 2020 census, is there a place

17     you could find an amount of the contingency funds

18     that are currently planned?

19     A   Yes.  The lifecycle cost estimate is a

20     public document.  It's on census.gov.  I can

21     supply find the URL or the search keywords that

22     will find it, whichever you prefer.

1      Q    And is there a place -- a place where you

2    could find the expected enumeration from the

3    administrative records?

4      A    That's a component of the lifecycle cost

5    estimates.

6      Q    And why was it that the RCTs that we've

7    discussed previously were not put into the field?

8      A    Acting Deputy Director Lamas,

9    Acting Director Jarmin, and Under Secretary Kelley

10   conferenced about that proposal and determined

11   that the 42 million households that had already

12   asked -- had already answered the existing

13   citizenship question constituted adequate testing

14   and that we would use that question.

15        MR. EHRLICH:  I have nothing else.

16      FURTHER EXAMINATION BY MS. GOLDSTEIN:

17      Q    One follow-up question on that,

18   Dr. Abowd.  Sorry.

19        Was the Census Bureau team of experts

20   consulted on Director Jarmin, Under Secretary

21   Kelley and Dr. Lamas's decision not to put those

22   RCTs into the field?

Page 335

1       A     Tori Velkoff, although she's not an

2   author of the paper that you got, was a member of

3   the SWAT team.  She had staff supported.

4           So in these situations, the senior

5   leadership of the Census Bureau consults with the

6   internal experts they believe are most salient.  I

7   mean, Tori preferred the cost estimate, so that

8   was -- that's who got consulted.

9       Q     So Ms. Velkoff got consulted?

10      A     Yes.

11      Q     Thank you.

12           And were you -- were you consulted?

13      A     No.

14      Q     Thank you.

15           VIDEOGRAPHER:  This concludes today's

16   video deposition.  The time on the video is

17   6:14 p.m.  We are off the record.

18           (Whereupon, at 6:14 p.m., the deposition

19   of Dr. John Abowd was concluded.)

20

21

22

Page 336

1                    * * * * *

2              CERTIFICATE OF REPORTER

3        I, KAREN LYNN JORGENSON, RPR, CSR, CCR the

4    officer before whom the foregoing deposition was

5    taken, do hereby certify that the witness whose

6    testimony appears in the foregoing deposition was

7    duly sworn by me; that the testimony of said

8    witness was taken by me in stenotype and

9    thereafter reduced to typewriting under my

10   direction; that the said deposition is a true

11   record of the testimony given by said witness;

12   that I am neither counsel for, related to, nor

13   employed by any of the parties to the action in

14   which this deposition was taken; and further, that

15   I am not a relative or employee of any counsel or

16   attorney employed by the parties hereto, nor

17   financially or otherwise interested in the outcome

18   of this action.

19        _____

20             KAREN LYNN JORGENSON, RPR, CCR, CSR

21   Dated this  1st          day

22   of    September    , 2018.

Page 337

1          ACKNOWLEDGEMENT OF DEPONENT

2        I, DR. JOHN ABOWD, do hereby acknowledge I

3    have read and examined the foregoing pages of

4    testimony, and the same is a true, correct and

5    complete transcription of the testimony given by

6    me, and any changes or corrections, if any, appear

7    in the attached errata sheet signed by me.

8

9

10

11

12

13    _____      _____

14    Date                  DR. JOHN ABOWD

15

      Stephen Ehrlich, Esquire

16    U.S. DEPARTMENT OF JUSTICE

      20 Massachusetts Avenue

17    Washington, D.C. 20530

18    IN RE:  New York Immigration Coalition, et al., v.

      United States Department of Commerce, et al.

19

20

21

22

Page 338

1    Dear Mr. Ehrlich:

2         Enclosed please find your copy of the

3    deposition of DR. JOHN ABOWD, along with the

4    original signature page.  As agreed, you will be

5    responsible for contacting the witness regarding

6    signature.

7         Within 21 days of receipt of transcript,

8    please forward errata sheet and original signed

9    signature page to counsel for, John Freedman and

10   all counsel  of record.

11        If you have any questions, please do not

12   hesitate to call.  Thank you.

13   Yours,

14   Karen Lynn Jorgenson, RPR, CCR, CSR

     Capital Reporting Company

15   1821 Jefferson Place, Northwest

     3rd Floor

16   Washington, D.C. 20006

     (202) 857-3376

17

     cc:  All counsel of record

18

19

20

21

22

1              E R R A T A   S H E E T

2   Case Name:  New York Immigration Coalition, et

3   al., v. United States Department of Commerce, et

4   al.,

5   Witness Name:  DR. JOHN ABOWD

6   Deposition Date:  Wednesday, August 29, 2018

7   Page No.   Line No.      Change/Reason for Change

8

9

10

11

12

13

14

15

16

17

18   _____         _____

19   Signature                        Date

20

21

22

[& - 2010]                                                    Page 1

| & | | | |
|---|---|---|---|

**&**   1:15 4:4,14 5:9
  5:11 7:2 8:20
  138:19 270:21
  274:19 288:11
  317:12

**0**

**05025**   1:5

**1**

**1**   2:8 8:13 16:6,7
  99:12 114:1
  115:16 119:19
  120:1 121:12
  122:13 123:9,13
  123:18,19,21
  124:1,8,11 126:17
  128:8 229:8,14
  254:21 306:13
**1.1**   304:10
**1.2**   216:7
**1.5**   216:8
**1.54**   261:22
**10**   2:16 96:17,18
  126:17 128:8
  256:20
**10.04**   255:7
**100**   5:3 309:4
**10005**   6:11
**10036**   5:12
**1016**   5:2
**1050**   5:7
**10:55**   99:12
**10th**   128:14
**11**   2:17 111:19,21
  321:18
**111**   2:17
**115**   4:18
**11:19**   99:16
**12**   2:17 74:19
  127:8,11 143:7

189:20 218:4
  275:10
**12/12/2017**   84:4
**1250**   1:20
**127**   2:17
**12:07**   139:15
**12th**   153:6
**13**   2:18 10:8 20:10
  20:14 21:12,15
  34:6 69:13 144:17
  144:18 176:5
  189:20 320:15,21
**1300**   6:3
**1313**   326:4
**1317**   326:5
**1320**   331:6
**14**   2:18 21:16,20
  157:14,17,19
  189:20
**1401**   5:15 7:3
**144**   2:3,18
**15**   2:20 182:19,21
  189:20
**157**   2:18
**15th**   4:10
**16**   2:8,21 185:20
  186:1 189:20
  255:16 256:20
  281:13,14
**1620**   5:6
**16th**   5:2
**17**   3:1 254:10,11
  259:17 267:10
**17,000**   267:10
**17388**   336:18
  338:13
**1790**   188:13
**17th**   164:13
**18**   3:2 79:17
  189:20 209:12
  267:15,16 275:9

**182**   2:20
**1821**   338:15
**185**   2:21
**187**   2:4
**19**   2:10,14 3:3
  29:6 74:11,12
  208:9,22 278:21
  278:22
**1950**   2:11 21:5,10
  21:22 22:2,7,20
**1954**   278:17
**1960**   296:9
**1960s**   296:8
**1965**   296:3
**1970s**   296:10
**1972**   75:9 82:2
**1977**   182:12
**1990**   66:14 182:1
  182:15,16 183:13
  240:7 315:18
**1990s**   240:7
**1994**   118:12
**1996**   184:8
**1997**   163:5 182:10
**19th**   90:9,20 92:5
  110:6 199:1
**1:03**   139:18
**1:08**   144:6
**1:09**   144:9
**1:16**   97:2
**1:18**   1:5
**1:59**   184:13
**1st**   336:21

**2**

**2**   2:10 19:14,15
  46:1,7 79:5,13
  96:22 97:2 99:16
  114:3 115:17
  119:21 121:13
  122:14,17 123:12
  123:18,19,20

124:3,10 141:22
  186:3,6 231:18
  261:17,21
**2.3.**   168:22 321:19
  322:2
**20**   3:4 6:16 165:2
  208:9,22 290:19
  290:20 291:2
  337:16
**2000**   2:10,20 19:15
  19:19 20:6,7,10,15
  22:19 67:1 69:14
  70:3 106:9 108:3
  181:22 183:3,11
  182:21 183:6,12
  183:16,17,18
  184:5,19 186:19
  240:7 250:19
  308:11,12
**20001**   4:5,15 8:22
**20005**   1:21 4:10
  5:16
**20006**   338:16
**2002**   188:18
**20036**   5:3,7
**2005**   2:21 185:11
  185:14,20 186:1
  186:10 259:22
**2006**   31:7 321:6
**2008**   268:8 271:16
**2009**   260:1
**2010**   26:2,6,7,10
  27:2 65:3 67:1
  69:14,15 70:3
  106:11 108:4,5
  130:7 131:7,9
  142:10 184:21
  185:3,5 188:17
  189:11,15 209:4,8
  210:4,8 245:4,9
  248:12,18 250:3

**[2010 - 38]**                                                          Page 2

250:19 253:14
257:19 259:21
263:2 271:17
277:21 308:11
311:2 315:21
333:11,13
**2011**   143:12
**2012**   176:5 179:17
180:2 189:16
190:5
**2013**   73:5 107:19
129:4
**2015**   143:12 164:7
176:6 178:1
196:10
**2016**   27:11 29:5
45:17 94:20
107:21 128:15
129:6,18 163:8
177:22
**2017**   33:7 44:13,22
47:15 83:2 107:21
133:11,14,15,19
133:22 158:14
177:21 190:2
196:11 219:4
275:10 300:7
313:19
**2018**   1:10 2:15 8:6
10:6 29:7 57:11
72:6 74:11,12
79:5,13 96:11,22
97:2 102:5,7
110:9 144:22
162:19 179:7
208:17 215:5,7
229:14 266:15,15
273:2 275:20
279:6 287:2
313:15 326:4
336:22 339:6

**2019**   28:19 34:9
104:2 190:6
211:20 213:9,19
214:4,14 215:5
216:17 218:7
273:2 305:3
**202**   4:6,11,15 5:4,8
5:17 6:17 7:4
338:16
**2020**   3:2,3,4 23:2
26:17,21 27:7
34:11 45:14 57:5
67:2 68:14 69:15
70:5 79:22 93:13
93:20 94:9 95:3
95:12 100:16
138:4,13 139:9
142:4,12,21
144:22 150:7,13
151:2 157:11
162:18 163:20
168:6 173:8,20
174:9,13,22 175:3
175:10,18 176:3
177:2 178:12,14
178:20 179:2,8
188:12 189:7,9,12
189:13,14,19
190:13 192:12
194:12 195:10
196:20 197:13,20
198:3 200:12
202:9 203:15
208:1 209:9 211:6
211:10,16 212:13
213:9 214:6,13,20
215:13 217:18
218:14,21 226:10
229:8 230:8 239:8
248:10,17,18
250:22 251:1,17

262:11,13 265:3
265:19 266:13
267:16,21,22
271:5,6,10,13,14
271:20 273:1,13
273:18 275:19
277:8,10,13,15
278:22 279:3
284:20 291:9
298:18 304:2,8,16
304:18 313:7
323:6 331:11
333:16
**2022**   305:15
**20230**   7:4
**203**   292:4
**20530**   6:17 337:17
**208**   304:4
**209**   304:10
**20th**   24:18
**21**   2:11 3:4 304:1
304:2 338:7
**210-6053**   6:5
**212**   5:12 6:11
**21st**   36:13
**22**   3:6 79:17,19
83:2 320:4 321:4
**23**   3:8 279:6
325:20 326:2
**250,000**   150:16
**254**   3:1
**26**   326:4
**264**   2:4
**26643**   57:12
**26644**   57:14
**267**   3:2
**26th**   136:16
299:16
**27**   285:13
**27.5**   210:10

**278**   3:3
**28**   3:4 6:10 290:20
291:5
**284.67**   255:2
**29**   1:10 8:5 10:7,9
339:6
**290**   3:4
**293-2828**   5:4
**296-2300**   5:8
**2:21**   184:16
**2:24**   187:6
**2:26**   187:9
**2c**   171:2
**2nd**   98:4
**2st**   163:19

## 3

**3**   2:11 21:4,5 72:6
106:10 139:18
218:21 219:2
231:18
**30**   92:15,19 93:1,7
94:21 100:1 151:5
203:13 281:11,14
332:6
**300**   192:7
**304**   3:4
**305-9802**   6:17
**31st**   34:9 163:18
**320**   3:6
**325**   3:8
**333**   2:5
**334**   2:5
**35**   165:1,2
**350**   1:20
**36**   310:9
**366-8500**   4:20
**37**   310:5
**38**   267:12 277:6
282:13 283:1
284:6

**39**   277:9 282:13 284:6
**3:40**   251:8
**3rd**   338:15

**4**

**4**   2:12 20:9 56:20 56:21 111:19 141:21 184:16 186:4,6 251:8
**40**   282:14 284:6
**400**   5:16 209:19 216:6
**416-8441**   6:11
**42**   203:13 334:11
**44**   165:1
**4802**   144:17
**4804**   145:2 154:13
**482-5395**   7:4
**4863**   291:2
**4874**   291:4
**4875**   294:17
**4877**   291:3
**4:04**   251:12
**4:19**   264:16
**4:20**   264:19
**4:53**   289:21

**5**

**5**   2:13 64:19,20 106:11,12 112:4,4 160:2,13 251:12
**5.1**   236:18 242:7
**5.3**   260:6
**5.7**   114:3,12,13
**5.8**   106:14 109:11 110:2,4 242:8
**5.99**   256:11
**50**   99:8 208:18
**50,000**   266:22,22 267:10

**500**   4:19 201:21
**51**   40:1
**52**   165:1
**53**   313:5
**55**   99:8
**5506**   112:3
**56**   2:12
**562**   4:20
**5890**   7:3
**5:11**   290:2
**5:59**   330:19

**6**

**6**   2:14 10:6 71:21 71:22 74:10 100:1 110:9 112:8,9,9,11 113:3 121:1 124:4 124:16 231:19 277:4 290:2 332:6
**6.1**   114:2,11
**6.1.**   114:13
**6/2/2017**   304:11
**601**   1:15 4:5 8:21
**60s**   25:4
**64**   2:13
**65**   233:16
**65,000**   44:7
**662-5458**   4:15
**662-8345**   5:17
**675**   284:2
**675-2337**   4:11
**6:00**   10:1,11 11:19 12:3
**6:09**   330:22
**6:14**   335:17,18
**6th**   111:3,11

**7**

**7**   2:14 5:11 16:21 17:11 19:5 74:10 74:12,16 112:2 173:11 306:12

330:22
**7.3**   260:5
**7.7**   259:3
**70s**   25:3 296:13
**71**   2:14
**74**   2:14
**77**   10:2
**79**   2:15
**790-4501**   5:12
**7th**   150:10,15

**8**

**8**   2:15 16:16,18 17:15 19:9 23:4,7 57:11 78:21 79:1 84:16 119:21 168:22 170:11
**80**   261:4
**80s**   25:3
**80th**   244:12,18
**82**   2:16
**850**   4:14
**8559**   279:7,9
**857-3376**   338:16
**87.4**   128:15,17 129:20
**8:1801570**   144:14

**9**

**9**   2:2,3,16 82:18,19 96:3 258:14 260:5 261:17
**9.3**   259:3
**90**   43:12 261:9
**90802**   4:19
**91.2**   210:14 216:11 241:3 244:3
**915**   4:10
**916**   6:5
**92.1**   216:10
**94**   46:11,21 47:5 47:11 48:22 50:13

60:1 65:3 80:11 85:3 101:11
**94-171**   38:22 39:4 39:6,9,14,17,20 40:10,15 41:17 44:9 45:19 46:12 48:21 49:5 56:17 58:4,8 59:6,14 79:20 80:19
**942-5316**   4:6
**94244**   6:4
**944255**   6:4
**96**   2:16
**97**   163:22
**9:06**   1:18 8:5
**9:35**   79:13

**a**

**a.m.**   1:18 8:5 79:13 99:12,16
**a16**   160:4
**a2-2**   173:11
**a2-3.3**   171:2
**a2-3.3.**   170:12
**aajc.org**   5:8
**abate**   238:13 240:17
**abide**   159:5
**ability**   66:20 81:21 214:5 240:16 327:1,18 328:5 329:11
**able**   22:12 23:22 36:5 45:21 47:22 48:11 103:19 107:20 121:6 132:5 174:20 177:6 197:2 205:9 212:18 213:2 215:12 231:20 275:13 281:11 284:21 315:16

[abowd - add]                                                    Page 4

**abowd** 1:12 2:2,6
  8:14 9:15,20
  10:22 11:6,17
  12:2,12,17,19,22
  16:10 19:18 25:17
  26:15 29:12 38:19
  40:9 41:22 42:21
  44:11 54:15 55:11
  61:2 64:13 65:7
  65:20 66:1 68:22
  71:11 72:21 75:16
  77:21 79:9 82:11
  82:15 86:21 88:5
  88:11 89:10 92:18
  93:5 95:6 96:8
  98:11 99:22
  100:12 107:11
  109:15 110:11
  111:18 112:12,17
  113:15 114:10
  116:16 127:19
  132:12 139:21
  144:11 187:11
  235:18 251:15
  254:14 264:21
  290:6 331:3,19
  332:15 334:18
  335:19 337:2,14
  338:3 339:5
**abruptly** 290:16
**absence** 94:18
**absent** 119:16
  292:5
**absolutely** 314:15
  333:1
**accept** 241:20
  242:1 303:5
**accepted** 33:13
  237:3 295:5
**accepts** 119:5

**accompanied**
  180:1
**accompany**
  158:13
**accomplished** 67:1
  67:3
**account** 201:8
  310:9
**accounted** 198:8
  200:13,17 201:1
  256:10
**accumulate**
  202:14
**accumulated**
  190:22
**accumulates** 309:7
**accuracy** 14:22
  15:12 141:20,22
  160:6 249:17,22
  252:6 253:9
  311:15
**accurate** 42:20
  69:19 70:10 191:7
  196:17 229:15,18
  235:22 240:9,11
  253:12 255:22
  259:6 260:7 264:8
  264:12 327:1,18
  328:5 329:11,18
  331:12
**accurately** 68:20
  93:14,21 94:6
  266:19,19
**achieve** 104:3
  141:20,21 263:20
  264:3
**achieves** 321:21
**acknowledge**
  126:22 254:2
  337:2

**acknowledged**
  317:8
**acknowledgement**
  337:1
**aclu.org** 4:11,12
**acquire** 56:8
**acronym** 124:20
  135:17 138:6
**acs** 16:16 17:5,8
  17:14 18:5,13
  19:6 20:15 21:1
  22:19 23:4 27:19
  28:5 30:14 32:16
  32:22 34:19 35:5
  35:19 36:20 37:4
  37:4 41:2 43:15
  43:18,21 44:2
  50:8 51:19 71:18
  72:11 73:5 78:5
  78:15 90:3,10
  91:3 92:1,3,7,15
  92:17 93:2,4,16,22
  94:13,20 101:4
  103:1 125:5,9,13
  129:13,18,19
  130:2 131:6,22
  133:17,19 134:15
  141:2,8 158:14
  272:3,7,22 273:1,4
  273:11,14,16
  291:15 293:8,10
  293:20,22
**act** 40:17 44:18
  45:3 46:2 62:20
  84:6 141:2 147:8
  147:16 188:10
  209:10 292:5
  295:18 296:1,4
**acted** 305:14
**acting** 27:15,16
  28:11,13,16,17

  33:10 34:2 98:6
  104:22 105:1
  155:17 163:19
  164:9,14 167:12
  167:15 205:10
  324:21 334:8,9
**action** 9:8 265:2
  284:8 336:13,18
**actionable** 284:4
**active** 238:13
  272:13 294:12
**actively** 248:19
  272:15 289:6
  298:11 301:18
  317:20 319:4
**activities** 74:6
  225:8 314:3
**activity** 134:8
  135:13 149:19
  158:12
**actual** 24:13 26:10
  48:12 67:15,17
  68:1 70:22 72:20
  78:8,17 82:10
  153:22 160:18
  191:7 224:4 227:1
  266:5
**ad** 228:6 230:7,10
  230:17 231:20
  232:9
**adams** 2:4 5:10
  264:20,22 267:18
  278:18 279:2
  285:9 289:19
**adaptation** 154:8
**adc** 4:2
**add** 23:9 29:9
  30:15 70:8 76:9
  84:9 147:20
  201:12 272:3

| | | | |
|---|---|---|---|
| **added** 154:16 | 278:11 | 228:1,3 229:1 | 314:5,18 |
| 181:8 203:14 | **addressing** 155:13 | 230:5,20,22 | **afternoon** 79:19 |
| 285:13 306:22 | **adequacy** 195:14 | 231:13 232:19 | 144:11 187:11 |
| **adding** 10:4 33:1 | 200:16,22 | 233:3 236:14,16 | 264:21 290:6 |
| 79:19 85:11 139:9 | **adequate** 10:17 | 248:20 252:17,19 | 332:8 |
| 185:1 187:19 | 11:11 30:14 32:17 | 252:22 253:2 | **ag.ny.gov** 6:12,12 |
| 264:2 271:22 | 46:6 301:4,8,13 | 298:3 300:12 | 6:13,13 |
| 291:19 327:5 | 334:13 | 320:17 323:7 | **age** 34:12 41:9 |
| **addition** 56:5 | **adequately** 29:3 | 324:3 326:13 | 52:10,10 71:1 |
| 154:15 176:20 | 30:8 33:16,18 | 327:10 329:17 | 85:4 118:7 233:16 |
| 221:11,11 222:12 | 98:19 142:14 | 330:8 334:3 | 246:14 296:14 |
| 274:16 285:4 | 143:1,2 161:4 | **admitted** 74:13 | 310:8 311:9,15 |
| 286:20 289:2 | 180:10 213:16 | **advanced** 274:11 | **aged** 69:2 |
| 291:13 307:8,21 | **adjoining** 65:2 | 274:20 | **agencies** 36:13 |
| 309:17 310:14 | **adjust** 215:14 | **advancing** 5:6 | 156:9,10 277:11 |
| **additional** 56:8 | 309:22 | **advancingjustice** | 278:3,14 292:12 |
| 175:7 186:21 | **adjustments** 214:7 | 5:8 | 292:14 309:2,11 |
| 202:14 203:1 | **administer** 9:6 | **advertising** 178:8 | 321:19 |
| 210:22 214:12 | 214:6,13,19 | 202:19 227:14 | **agency** 98:22 99:1 |
| 215:12 216:10,15 | 215:13 321:20 | 262:22 263:1,5 | 99:6 155:4,6 |
| 224:7,13 225:17 | **administered** | 274:12 278:6 | 167:11 177:11 |
| 226:5,8 235:1 | 112:21 197:12 | 284:16 288:16 | 179:15 276:20 |
| 248:20 285:7 | **administers** 189:3 | 313:8 | 293:19 297:2 |
| 307:12,15 | 189:8 | **advice** 80:14 | 309:11 |
| **address** 51:13,14 | **administration** | 297:16 298:19 | **agency's** 211:14 |
| 51:15 95:2 117:6 | 76:4 228:5 229:2 | **advise** 136:6 | 211:18 239:5 |
| 134:3 135:9 151:1 | **administrative** | **advised** 135:22 | 319:18 |
| 151:7 152:6 153:7 | 35:9 37:1 61:9,18 | **advises** 154:14 | **agenda** 298:7 |
| 173:16 174:6 | 66:4 74:21 75:12 | 297:11 | **agent** 155:18 |
| 175:22 177:15 | 79:21 80:9 81:5 | **advisor** 97:8 | **aggregate** 55:19 |
| 178:17 194:8 | 81:14,16 82:3 | **advisory** 135:20 | 73:10,12 |
| 204:3 222:2 225:4 | 85:6,9,13,17,20 | 136:11 294:5,6,6,7 | **ago** 98:9 110:18 |
| 225:4 229:11,22 | 86:3,11,14,17,19 | 294:8 296:20,22 | 162:11 191:1 |
| 230:12,15 240:21 | 87:4,14,21 88:2,4 | 297:3,4,5,7 298:2 | 296:21 |
| 263:2 266:17,18 | 88:11,17,20 89:5,7 | 298:2,12,15 | **agree** 8:12 14:12 |
| 266:21 270:15 | 89:14,16,17 90:21 | 301:15 | 14:15,21 15:9,15 |
| 284:11 | 91:1,5,8,9,16 | **affairs** 229:3 | 22:16 66:1 77:7 |
| **addressed** 83:12 | 92:11 94:3 98:14 | **affect** 14:12,17,22 | 77:11 82:5 86:12 |
| 83:19 174:4 | 176:12 188:2,5,7,8 | 15:5,11,16 61:17 | 86:16 101:16 |
| **addresses** 173:13 | 197:21 221:13 | 107:4 169:12,16 | 108:7,14 131:15 |
| 229:11 270:16 | 222:9 223:11 | 170:15,19 268:10 | 168:15,15 169:8 |

169:11 170:14
192:6 253:16,20
257:18,21 258:2
264:2 306:19
327:16 331:10
**agreed**  92:19
338:4
**agreement**  47:6
87:7 155:19
228:20
**agrees**  115:20
**ah**  277:5
**ahead**  274:1 322:4
322:5
**aid**  328:10
**air**  287:18 300:7
**al**  1:3,6 8:16,17
187:13,14 337:18
337:18 339:3,4
**albert**  83:5
**alert**  312:14
**alex**  6:9
**alex.finkelstein**
6:13
**algorithm**  248:18
289:9
**algorithms**  248:9
248:11 250:18
251:2
**alien**  75:10
**alike**  326:16
**alliance**  5:9 265:1
**allocate**  265:22
284:2
**allocated**  269:12
**allocating**  269:19
**allocation**  19:3
209:15,16
**allow**  27:22 46:3
101:12 174:16
180:8 194:7 328:4

**allowed**  51:21
52:13,17 275:5
278:12
**allowing**  242:6
**allows**  245:10
324:1
**alternative**  31:7
35:8,10,11 36:22
37:1 38:5 46:17
46:18 240:1
320:10 322:11,12
322:14,15,17,18
323:10,12,12,13
323:16,19,19
325:15,16 331:9,9
**american**  2:9 4:2,9
16:8,11,15 25:2
26:2 27:17,21
31:1 33:17,22
35:16 37:9,13,21
38:11 42:10 43:4
43:19 44:4 50:19
54:1 58:19 73:11
103:1,13,16 119:4
134:22 141:11
143:11 145:1
150:8 153:21
154:5,6,10 161:11
161:15 205:11
260:1 267:3 309:6
**americans**  5:6
**amount**  67:4
195:14 200:16
308:14 333:17
**amounts**  226:18
248:5
**analyses**  75:2
106:13,16,17
109:18,18 126:2
238:9 250:5

**analysis**  2:17
84:14 90:8,19
92:4 106:9,11
108:8 109:4
111:17,21 112:11
112:12,14 113:13
115:22 120:10,18
120:21 121:1,4,10
121:16 124:7
125:18 126:14,22
127:7,16 130:9,13
131:3 132:2,5,20
134:2,10 136:4
154:22 186:2
224:21 238:19
239:7,13 240:3,5
242:20 244:22
245:3,5,12 257:2
257:17 274:14,16
297:13 311:21
329:18 330:12
331:8
**analyze**  107:21
225:10
**analyzed**  133:14
236:17 239:19
319:17
**analyzing**  10:3
142:7 276:2,6
306:17 307:7
**ancestry**  185:1,6,6
185:9 186:8,12,16
186:19,21
**angeles**  4:17
**announced**  59:7
300:9
**announcement**
63:17
**announcing**
232:18

**answer**  14:4 15:7
18:5,8,20 19:8
23:17 24:20 25:18
35:13 38:3 40:14
47:7 55:16 59:20
64:1 86:6 99:5
101:5 104:11
115:7 122:1
125:13 139:5
142:22 146:9
151:16 167:4
188:13 210:3
211:15,18 212:15
215:18 219:8
220:15 234:13
239:5,11 254:3
259:10,12 266:12
271:7 280:6
282:20 318:14
319:3,19
**answered**  60:17
118:17 143:17
312:15 334:12
**answering**  13:22
138:1,22 153:5
239:10
**answers**  17:10
19:5 55:2 69:9
150:1 186:15
276:18 277:8,10
277:12 278:1
282:21 286:5
**antecedent**  31:13
**anti**  4:2
**anticipate**  11:8
15:17 38:7 151:2
289:14
**anticipated**  96:10
96:13
**anticipation**
163:13

anybody  222:3,4,6
anymore  122:6
anyone's  153:10
anyway  83:3
apologies  304:6
apologize  216:12
apparently  10:7
  73:2,3
appear  20:1 83:19
  130:9 273:8
  285:20 337:6
appearance  94:16
appearances  9:10
appeared  25:22
  118:10 272:22
appears  21:19
  131:12 336:6
applicable  173:19
applicants  75:11
applied  50:21
applies  106:15
  159:11 169:21
apply  50:11 51:2
  159:11 160:9
  166:4 173:20
  217:21 234:12
  242:8
appointed  136:9
appreciate  104:15
approach  306:14
appropriate  43:11
  81:11 214:7 215:2
appropriation
  208:17,22 209:12
  273:13
appropriations
  208:10 209:10
approval  275:18
approve  157:6
  333:15

approved  162:22
  272:19 275:20
approximate
  269:10
approximately
  77:3 189:17 300:5
april  229:8,14
  279:6
ar10408  127:13
ar1282  74:17
ar1283  74:19
ar4804  154:7
ar6623  97:1
ar6629  79:6
ar6659  83:3
arab  4:2
area  36:8 51:10
  65:4 193:20
  195:11 211:11
  224:4 226:7 230:8
  255:13 278:9
  288:19 294:12
areas  45:15
  135:10 227:4,6,10
  227:13 252:6
  259:18,19,21
  260:5,9 261:5,13
  278:10 288:18
arizona  52:16
arnold  1:15 4:4
  8:20
arnoldporter.com
  4:6,7
arranged  62:13
arrival  181:12
arrived  45:18
  153:12
arthur  44:14
  83:12,16,18,20
  84:19

article  74:4
articulated  214:15
  216:14,20,22
  217:3
artifacts  102:16
artwork  164:3
  211:22 212:3
  216:19
ascertain  88:3,15
asian  5:6
aside  145:8
asked  16:3 22:9
  25:6 27:16 30:12
  30:21 33:3 34:8
  45:16 47:2 60:13
  111:9 114:13
  118:1,12,13,18
  119:13 120:1,3
  140:16 142:13,14
  142:18,20 149:2
  155:9 169:18
  170:2 172:15
  181:10 182:4
  183:7,13,17,21,22
  188:1 189:11
  205:11 239:3
  279:10 292:22
  318:8 334:12
asking  13:21 38:6
  65:13 95:11 121:9
  126:7 127:2,7
  132:16 142:19
  168:4 171:19
  173:6 186:17,18
  194:4 286:1
  290:11 304:21
  320:11
asks  265:14 283:1
  283:3
aspect  99:2

aspects  316:12
assemble  60:20
  61:7 233:22
  318:21
assembled  56:13
assembling  62:4
assembly  149:20
asserting  87:14
assess  30:6,9 35:21
assessed  185:9
  186:8
assessing  291:18
assessment  264:10
assigned  146:1
  153:13 221:6
assist  121:7
assistance  178:6
  196:1,9,18 201:5
  234:5
assistant  6:9 7:2
  80:14
assisted  41:7
  124:22 128:22
  129:7,10
associate  27:12
  33:11 136:22
  189:14
associated  49:2,18
  49:21 50:4 71:11
  87:19 100:18,22
  101:2,11 138:5
  149:21 176:3
  177:1 178:10
  218:1 240:22
  318:6
assume  86:19
assumes  241:6
assuming  33:20
  65:17 316:6
assumption
  241:11,17 242:15

242:18,20 243:1
**asterisk** 261:7
**atlantic** 1:20
**attached** 3:10 73:2
  73:3,9 103:4
  337:7
**attaches** 72:18
**attachments** 72:19
  72:20
**attempt** 58:15
  87:13 106:3
  134:11 155:12
  240:8 283:15
  316:19
**attempted** 268:9
  272:17
**attempting** 155:7
  206:15 320:18
**attempts** 230:15
**attention** 170:22
  262:19 291:4
**attitude** 265:17
  281:14 283:13,16
  319:7
**attitudes** 109:3
  138:1,22 203:7
  265:4,11 269:5
  277:18 279:4
  280:17 281:8
**attitudinal** 317:17
  317:22 318:16
  319:6,8,10
**attorney** 6:2,9
  290:8 336:16
**attorneys** 146:1
  148:22
**audio** 8:10,10
**audited** 232:13
**august** 1:10 8:5
  10:6 110:9,22
  111:3,11 150:10

150:15 332:16
  339:6
**author** 98:16
  128:19 335:2
**authority** 180:19
  209:15,21 210:7
  211:7 234:15
**authorized** 9:6
  192:18 333:12
**authors** 73:18
  74:6 114:14,21
  115:21
**availability** 232:1
**available** 37:14
  39:7 41:22 187:18
  187:18 204:20
  225:11 263:11
  289:14 296:8
  307:11 315:10
**avenue** 1:15 4:5,18
  5:15 6:16 7:3 8:21
  337:16
**average** 90:13
**avoidance** 45:16
  48:15 49:11 50:11
  50:15,21 53:20
  62:17 66:19 101:7
**awarded** 138:3
**aware** 24:4,8,8,10
  24:14 25:9,14
  58:11 62:6,8
  105:5 109:7
  110:14 135:12
  139:6 164:19
  168:10 200:7
  206:9,21 207:1
  211:14 238:19
  243:16,17 244:22
  245:6 251:21
  295:13 315:15

**awkward** 300:15
  301:22

**b**

**b** 12:20 73:15
  100:1 323:12,19
  332:6
**bachman** 149:14
**bachmeier** 73:4,15
  73:20
**back** 25:3 31:14
  47:9 68:12 71:2
  95:8 117:5 144:8
  149:8,22 152:9
  154:11 162:6
  164:4,4 170:1
  173:10 175:13
  187:8 207:12
  208:13 214:2
  223:14 224:11
  230:16 235:6
  243:3 244:21
  261:17 264:18
  267:6 281:18
  312:18 327:14
**backing** 64:8
  79:22 80:11 81:5
**backwards** 216:12
**balance** 191:4
  321:22
**balancing** 188:10
**barrier** 265:12
  278:4 283:7
**barriers** 109:3
  156:7 203:6 265:4
  265:10 277:19
  279:4 281:8
  282:12
**bars** 145:17
**base** 242:8 244:19
**based** 38:2 39:14
  43:15,20 44:1

49:3,6,11,21 51:17
  54:19 55:8 60:21
  61:8 66:3 78:6,12
  78:16 81:17,20
  82:9 85:21 87:20
  92:22 101:4
  143:10 169:6
  179:18 193:13
  210:22 213:8
  246:19 252:21
  266:4 286:17
  293:18 296:19
  306:15 307:16
  311:2
**baseline** 208:4
  315:6
**basic** 284:22 285:2
**basically** 54:5 67:7
  112:20 125:4,11
  128:7 157:1 175:2
  182:10 190:5
  246:21 280:1,22
  283:15 291:22
  305:15
**basis** 19:4 35:21
  93:11 98:18
  145:12,16 204:12
  241:10,14 329:15
**bates** 79:5 97:1
  112:3 144:17
  268:14 288:13
  291:2 326:4 331:6
**bathroom** 99:9
**battery** 26:3
  186:19 204:15
  282:19 293:14
**bea** 297:13
**beach** 4:19
**beaten** 238:2
**beatty** 29:16 32:5
  32:9,10,14,15

78:22 79:4,10
84:15 85:11
**becoming** 199:22
**began** 45:17 181:4
**beginning** 1:18
118:11
**begins** 75:1 99:15
139:17 173:12
184:15 251:11
290:1 326:4,8
330:21
**behalf** 1:19 4:1,8
4:13,17 5:1,9 6:1
6:7,14 99:5
**behave** 283:8
**behavior** 242:4,6
242:12
**behavioral** 29:15
30:2 279:18
**belief** 210:19
277:21
**believe** 10:15
28:20 29:4 31:16
40:15 43:11 44:6
45:11 48:2,18
59:20 60:2,3 64:1
78:1 92:10,14
97:14 98:3,14,17
101:20 112:9
132:18 133:4,7,9
134:7 135:12
138:9 146:1
148:10 168:22
180:9 188:18
202:16 208:4
209:7 210:7,21
216:7 235:12,13
237:6,17 266:13
268:8 270:2
271:21 272:13,18
273:21 275:22

**287**:6 295:15
296:12,14 300:11
313:17,18 315:2,4
322:20 323:3
335:6
**believed** 269:1
**believing** 78:2
**bell** 133:2,3
**benefit** 298:1,10
321:22
**benefits** 233:19
297:3
**best** 85:3 315:20
321:22 326:12,22
327:17 328:5
329:10
**better** 36:6 38:5
155:12 192:14
311:14 324:7
**beyond** 287:4
**big** 177:11 315:7
**bigger** 106:15
177:11
**bilingual** 259:18
259:19,21 260:5,8
261:4,13
**billion** 216:7,8
284:2
**bills** 319:1
**bind** 167:11
**bipartisan** 47:6
48:6
**birth** 22:1,21
23:10,15 246:14
311:15
**bit** 101:18 178:16
181:18,19 219:13
290:13 310:1
**black** 5:9 258:15
259:1 265:1

**blanking** 212:10
**block** 34:14 41:10
42:11 46:13,14
48:19 53:4 54:13
54:17 55:4,14,19
56:2,12,16 58:10
59:5,13,18 60:5,6
60:9 61:7 64:9,12
64:14,15 66:2,7
67:11,11,19,21
68:2,5,15,17 69:7
69:9,10,17,20 70:7
70:19 71:9,10
80:22 81:15 85:3
94:22 100:17,19
101:1,3,12
**blocks** 39:12 53:13
53:16 65:6,10,18
68:22 70:6,21
71:1
**blow** 312:6,8
**bls** 297:11,19
**board** 133:1
**bold** 313:7
**book** 268:2 276:22
**born** 17:2,12,12
18:7,8,12,21 19:7
20:18 21:13,14,17
186:14
**bottom** 128:15
145:4 171:1,3
183:3 261:21
**bound** 159:8 244:2
244:5 256:22
**boundaries** 53:9
**bounded** 256:21
**boutin** 6:1
**box** 6:4 246:9
**branch** 61:12
155:4

**brannon** 4:9
**break** 14:2,5 26:4
26:13 62:7 99:9
104:10 106:22
107:9,20 108:1,8
108:20 128:20
139:7 140:22
148:11 165:5
184:11 196:13
210:6 231:17
251:6 330:16
**breaking** 125:19
**brief** 2:21 3:3
182:22 278:22
279:4
**briefed** 84:20 85:2
289:10
**briefly** 184:20
234:10 247:10
**bring** 175:6
**broad** 160:13
285:16 293:18
**broader** 294:14
**broadly** 148:4
319:11
**broken** 127:16
**brown** 72:5,18
73:2,9
**budget** 28:12
35:19 134:21
147:6 151:8 152:8
152:12 163:5
179:6 180:15
191:4 201:21
204:8,20 205:22
209:14 213:9
214:3,9,10,21
215:18 216:2
226:1,21 240:19
242:21 244:19
269:10,10,11,19

272:18 273:13
288:1 306:10
313:17 315:18
321:7
**budgetary** 162:1
**budgets** 241:3
**build** 45:21 229:6
**building** 51:16
**bullet** 306:13
310:6
**bullets** 154:7
**burden** 36:3,6
37:5 171:10
187:19 188:3,4
322:7,15 325:10
325:16
**burdensome** 155:8
172:13,17
**bureau** 2:18 6:10
14:9,11,21 16:12
19:19 21:9 23:22
29:1,13 30:4 33:5
33:13 36:11,12
38:17,22 40:1,4,9
41:1 42:7,9,20,21
43:2 45:15 54:18
58:1 59:18 60:19
61:6 62:10,15
63:20 67:20 80:5
85:7 86:4 88:16
89:13 90:3 96:12
97:9 99:1 100:16
100:21 104:20
105:4 111:4
113:22 115:20
116:5,15,20 130:1
130:11 131:1
133:11,13 134:1
135:8 136:1,10,13
136:20 137:8,10
137:14,17,18,21

138:3,20 139:8
140:8,15,20 142:9
145:7,14,20 146:3
147:2 148:21
149:3,11 150:22
153:19 155:2,15
157:18,19 158:3
159:1,18,22 161:3
164:12 167:22
172:1,20 174:10
176:22 178:12
180:4,9 184:22
185:9 186:7
187:17 188:11
189:3,18 190:12
191:13 194:14
195:9 200:11
201:13 202:8
204:18 206:7,10
206:13 207:22
211:8 214:11
215:11 216:14,21
217:17 218:13
219:10,15 220:7
220:10 223:12
224:12 227:9
229:3 239:4
240:19 244:4
249:3 250:10
262:12,16 268:19
272:16 275:2
276:21 277:7,10
277:22 287:16
288:12,13 291:7
295:6,14 296:16
297:2,11,11,12
298:1 299:1
300:15 301:4,8,13
303:11 308:17
309:18,22 310:15
310:20 315:2,15

316:14 321:1,14
322:9,10,22 323:4
324:9 325:5,6
326:11,14,18,22
327:8,11,17,22
328:4,10,13,22
329:10 330:11
331:16 334:19
335:5
**bureau's** 59:2
88:14 214:5 233:4
267:20 276:19
319:3 331:8
**bureaucratic**
207:16
**burlington** 4:14
**burton** 153:14
**business** 12:14
110:10 190:14,17
**buys** 274:11,13,20
285:5
**byproduct** 257:4

**c**

**c** 4:1 8:1 73:15
124:20 135:17,17
322:12,15,18
323:13,19 325:16
331:9
**c1** 74:20
**calculate** 267:8,11
**calculated** 210:11
**calendar** 151:14
313:18
**california** 4:19 6:1
6:4 48:7,11 265:2
**call** 23:20 26:5
27:15 28:16 29:18
32:7 43:17 69:18
118:15 125:2
160:14 191:18,20
193:7 196:7,22

197:2,14 201:7
208:11 220:2
226:15 228:2
240:14,14 265:10
265:11 300:6
324:12 329:7
338:12
**called** 1:13 9:16
56:4 67:3 118:11
227:11 240:2
241:13 245:21
255:12,13 278:9
287:19 297:8
**calling** 266:14
**campaign** 178:13
178:15 201:20
202:20,22 203:4
227:14 274:12
278:11 283:11
284:11,17 285:3
289:12 302:22
306:15 308:13,15
313:21
**campaigns** 178:10
262:22 288:9
**candidate** 230:9,9
248:22 251:2
269:9 324:16
**cannon** 7:1
**canvas** 204:4
**canvases** 225:4
**canvass** 225:4
**canvassing** 175:22
**capability** 227:4
**capable** 240:9
**capacity** 46:20
**capi** 124:21 125:4
125:18 126:12,19
127:15,18 128:15
128:17,21 132:20
133:12,15 143:8

143:13,13
**capital**   1:17
338:14
**capture**   269:1
**captured**   269:2
**captures**   303:3
**cards**   63:10
**career**   118:8,9
287:14
**careful**   24:15 59:1
170:9 329:4
**carefully**   59:2
245:10 253:14
**carlotta**   6:15
**carlotta.wells**   6:18
**caroline**   4:4
**caroline.kelly**   4:7
**carrying**   268:10
287:13
**casa**   4:2
**case**   1:5 8:18 13:2
38:1,10 40:12
41:13 45:19,19
46:21 66:15 69:7
78:10,11 101:15
107:17,19 112:22
113:1 114:17
122:4 129:11
144:14 148:3
149:3,21 155:2
157:5 160:17
164:15 185:14
209:6 233:10
256:19 278:7
280:7,11 281:7
287:16 292:20
293:2 300:8,10
316:19 325:2
339:2
**cases**   24:21 25:2
36:1 48:12 51:17

67:21 68:3,3
282:19 290:9
327:3,20 328:1
329:13,20
**categories**   106:4
109:19,20 156:9
295:10,14
**categorized**   119:9
**category**   35:19
257:8 328:11
**cati**   129:7
**caught**   274:4
**cause**   171:10
234:20
**caused**   316:8
**caveat**   107:12
115:15
**caveats**   91:11
131:4,5
**cbams**   3:2,3 109:6
138:6,7,7 203:7,21
206:5 207:11,18
225:21 226:4
265:3 266:14,15
267:16,21 268:1,7
269:3 271:5
272:12 273:9,10
274:8 276:16
278:22 279:21
288:6 289:18
318:8 319:6
332:11
**cc**   338:17
**cc'd**   83:13
**ccm**   245:9
**ccr**   1:17 336:3,20
338:14
**cedsci**   60:9
**cell**   8:8
**cells**   87:7 166:11

**census**   2:10,11,18
2:20 3:4 14:9,11
14:21 16:12 19:14
19:15,18,19 20:8
21:5,9,10,22 22:7
22:20 23:10,22
24:10,13 25:11
26:2,8,10,17,21
27:2,4,7,18 29:1
29:13 30:4 33:5
33:13 34:12 38:17
38:22 39:12,12
40:1,4,9 41:1 42:7
42:9,20,21 43:2
45:14,15 53:3,13
53:16 54:18 56:4
57:6 58:1,9 59:2
59:11,18 60:19,21
61:6,17 62:10,12
62:15 63:20 64:8
64:9,12,14,15 65:1
65:1,3,6,10,18
66:6 67:11,20
68:2,17 69:8
70:21 71:1 79:22
80:5 84:10 85:7
86:4 88:14,16
89:13 90:3 95:12
96:5,12 97:9 99:1
100:16,16,21
104:20 106:9
109:3 111:4
113:22 115:20
116:5,15,20
125:11,19 126:13
126:15 127:16
128:1,3,9,18
130:11 131:1,13
132:8,11,14
133:11,13 134:1,4
135:8,19 136:1,6

136:10,11,13,20
137:8,10,14,17,18
137:21 138:3,5,13
138:20 139:8
140:8,15,20 142:9
142:10 144:22
145:7,14,20 146:3
147:2 148:21
149:3,11 150:7,13
150:18,22 151:2
153:3,8,8,13,19,22
154:1 155:2,15
157:11,18,19
158:3,20 159:1,12
159:18,22 160:10
161:3,19 162:8,9
162:18 163:20
164:12 165:2
167:22 168:5,6
172:1,2,20 173:8
173:21 174:10,22
175:3,10,15,19,21
176:3,22 177:2
178:13,21 179:8
179:16,17,18,21
180:2,4,9 181:22
182:1,4,11,15,16
182:21 183:6,18
184:5,20,21,22
185:3,5,9 186:7
187:17 188:11,12
188:16,17,20,21
189:3,4,7,9,11,15
189:18,19 190:12
190:19 191:9,13
192:1,10,12,16
193:14,17 194:12
194:14 195:6,9,9
195:10,12 196:1,8
196:8,17,20 197:2
197:8,14,17,20

198:3 200:11
201:5,13 202:8
203:6,15,22
204:18 206:7,10
206:13 207:22
208:1 209:9,19
211:6,8,9,11,17
212:13 214:5,6,13
214:20 215:11,13
216:14,21 217:17
217:18 218:13,14
219:10,14,15
220:7 223:12
224:4,12 225:19
226:10 227:9
229:7,13 230:8,11
233:4 235:7
238:17 239:4,9,19
240:7,8,19 243:9
244:4 245:4,8,10
245:21,21 249:3
250:4,5,10,19
251:17,19 252:2
252:16,19 253:14
253:22 254:3
255:15,17 256:11
257:7,14,20
259:22 262:11,12
262:14,16,18
263:18,21 265:4
265:13,15,19
266:6,7,21 267:20
268:9,11,11,17,19
271:6,10,14,17,20
272:1,5,16 273:4,7
273:12,13,18
274:18 275:2,6,19
276:19,21 277:7,8
277:9,10,11,13,16
277:22 279:3
280:14,21 281:16

283:19,21 284:1
284:20 286:21
287:11,16 288:4
288:12,13 291:7,9
291:14 293:1,9
294:5,7 295:6
296:16 297:1,2,4
297:11,14 298:1
298:16 299:1,3,11
299:12 300:15
301:4,8,13 302:15
302:21 303:8,11
304:2,8,16,18
305:15 307:18
308:8,17,18 309:5
309:18,22 310:7
310:15,20 311:2
312:22 313:4
314:3 315:2,15,21
316:14 319:3,15
321:1,14 322:9,10
322:22 323:4,6
324:9 325:5,6
326:11,11,13,14
326:18,22 327:6,8
327:11,17,22
328:4,10,13,22
329:10 330:11
331:8,11,16
333:11,13,16
334:19 335:5
**census's**  259:6
260:7 261:12
262:6 320:10
**census.gov.**  333:20
**censuses**  24:16
25:3 26:6 238:1
253:13,20
**center**  29:12,14
30:20 31:21 32:4
32:5 268:16 270:8

293:3
**century**  24:18
36:13
**certain**  25:20 26:1
51:7,8 87:2 101:9
103:14 106:4
128:20 147:3
166:17 210:8
219:15 277:21
281:7
**certainly**  65:9
227:13 294:4
300:18 305:18
315:1 320:20
**certificate**  336:2
**certify**  336:5
**cf**  1:5
**chain**  79:7
**chair**  165:21
**challenging**
290:10
**chance**  179:6
**change**  58:2,2,8
77:1,4 88:1
107:18 119:16
191:12 213:14
226:20 242:4,6,12
283:15 292:1,5,9
305:8 339:7,7
**changed**  182:1,3,4
182:10 183:20
213:15 215:10
217:2,6 243:8
**changes**  107:3
120:6 130:18
214:3 287:4
291:14 299:2
312:3 337:6
**changing**  217:9
243:2,3 291:19

**characteristic**
232:18 280:16
**characteristics**
39:11 66:18,22
222:14,19 232:15
247:19 250:6
252:22 253:19
281:19
**characterization**
303:15
**characterize**  281:6
285:16 300:15
302:13
**characterized**
130:17
**characterizing**
150:21
**charge**  35:3,3,5
156:17 188:17
320:10,13
**charged**  34:7 55:1
150:18 223:6
271:13
**charted**  297:19
298:6
**charter**  34:15
**chartered**  136:12
297:10,22
**charts**  176:17
**check**  63:4 64:3
104:18 128:19
139:7 140:1 149:7
160:22 162:7,21
165:4 166:19
167:1,16 168:7,9
210:6 216:8
231:16 245:19
246:21
**checked**  281:5
307:18

checks   160:5
  165:16
chief   27:17 29:17
  32:5 45:18 47:8
  48:6 62:14,19
  63:2 152:20
  153:13 156:16
  157:4 163:10
  294:10
children   310:7,9
  310:10,17 311:9
  313:2
choice   141:15
choose   230:4
chooses   251:16
chosen   129:17
chris   63:3
circa   106:11
circulating   272:15
circumstance
  25:10
cis   56:6,7
citizen   17:16
  18:22 19:11 20:12
  41:9 47:4,11
  67:13,15 68:1,22
  70:22 78:3 85:4
  87:10 91:8,10
  92:3,6,17 113:14
  122:18 123:22
  124:11 143:1
  236:13,15 238:15
  243:7,9 296:14
  308:21 327:2,18
  328:6
citizens   68:19
  92:18 93:8 109:20
  109:21 114:10
  115:2,6 121:15
  123:16 232:16,20
  233:2,5,11 241:6

242:4,12 253:2
276:16 286:8,10
326:15 327:7
citizenship   10:4
  16:18 17:1 18:10
  18:15 19:8 20:16
  22:19 23:2,3,14
  24:2,5 26:16,22
  27:8 28:4,7 29:2
  30:14,22 32:16,22
  33:6,8,15,20 34:11
  34:12,19 35:14
  37:2,4,9,12,15
  38:10,13 40:20
  44:11,15 45:14
  48:17 50:8 51:19
  54:11,13,17,20
  55:2,9,21 56:8
  57:22 58:3,7,9
  59:19 62:3 66:2,8
  66:16 67:17,21
  68:6,16,21 70:12
  71:16,17 72:12
  73:7,11 74:22
  75:10,11,12,15,18
  75:21 76:8 79:20
  80:10 81:18 82:1
  82:8,14 84:5,9
  85:11,12,20,22
  86:11,18 87:9,20
  87:22 88:4,9 89:8
  89:18 90:11,22
  91:3,6 93:2,4,12
  93:15,19,22 94:9
  94:13 95:3,5,21,22
  101:19,21 102:10
  104:7 105:11,19
  106:7,8,19 107:10
  108:11,22 109:9
  109:13,14 113:5
  113:15,18 115:1,3

115:5,13 116:2,3
116:10,12,16,20
117:16,22 118:1,9
118:18,20 119:3
119:18 120:2,4,17
121:18 122:20
123:16 124:13
130:6 131:7 138:2
138:13 139:1,9
141:11,12,19
142:5,7,8,13,22
143:2,3 147:20
150:3 157:9
159:14 161:1,3
162:8 171:12,17
173:4 176:20
177:5 179:9
180:12 181:4,7,11
198:4,9 199:21
200:2,13,18 201:2
201:8,12 202:7
203:14,20 204:6
206:8 207:10
208:1 211:10
216:15 225:1,14
225:15,18 231:9
232:6,17 235:16
236:2,7,20,22
240:22 251:17
264:2 272:8,11,14
272:21 273:7
276:3,7 277:16
279:11,15 280:17
281:12,15 282:13
285:13,20 286:1,3
286:17,21 290:10
295:11 296:11,18
299:16 301:6,11
301:15 302:1,5,8
303:1,20 305:8,19
306:22 307:3,9,20

307:22 308:9
309:17 310:15
311:8 312:22
314:21 316:9
317:18 318:1
323:1 325:7 327:6
331:10 334:13
city   5:9 264:22
civil   4:9 5:15
  191:11 287:14
claim   312:18
clarified   141:17
  183:5 185:17
  248:14 306:8
  319:21
clarify   70:14
  99:18,22 141:1
  146:20 189:6
  204:18 215:17
  221:22 239:1
  247:21 287:7
clarifying   29:11
clarity   69:3
classification
  277:20 295:8,15
classified   222:5
  277:19
classify   295:11
clause   320:16,20
clear   11:16 18:4
  37:3 49:16 62:1
  67:18,19 129:16
  153:9 161:4 168:3
  180:3 199:22
  272:21 273:12
clearance   147:6
  147:14,15,16,17
  149:17 151:1,4,7
  151:11,13 152:7
  152:10,12,14,17
  152:18 154:21

156:4 157:2,6,8,10
180:16 272:19
275:12,13,19
**cleared** 132:22
276:13
**clearly** 324:17
**click** 80:16
**client** 155:15,17
292:16 293:12
**clients** 155:5 293:1
293:12,13
**climate** 308:8,10
**close** 12:13 110:10
187:22 333:1,4,8
**closed** 150:10,15
203:9,11
**closely** 201:19
**closer** 106:11,13
**closest** 309:5
**coalition** 1:3 4:2,8
8:16 13:1 337:18
339:2
**code** 48:12 268:2
276:22
**coded** 19:11 77:22
281:4
**coders** 281:4
**codes** 281:5
**coefficient** 281:21
**coefficients** 243:21
**coffee** 170:10
**cognitive** 23:13,18
24:5,11,17,17,22
25:4,12 26:5 31:4
31:17 142:11,20
143:3 161:9
269:21
**cognitively** 25:16
25:21 26:9 142:14
269:22

**cognizant** 307:20
**colangelo** 6:8
**collaboration**
270:20,21 287:14
**collateral** 313:9
**colleagues** 101:9
188:13
**collect** 151:6
156:10 172:16
191:9 192:5 194:2
203:1 264:8 292:2
296:18 298:21
307:17
**collected** 141:6
172:10 245:20
271:9
**collecting** 54:11
138:10,15 306:17
307:7 319:12
**collection** 57:5
103:15 133:8
136:2 141:4 163:6
169:1 171:5,8
173:17 177:16
178:9,18 269:15
307:15 321:20
**collections** 324:19
**collectively** 131:2
243:6
**college** 69:2
**columbia** 40:6
**column** 16:17
20:10 21:12,15,16
21:19 22:2 57:15
133:21 183:3
260:22
**columns** 133:22
**combination**
87:16 258:16
259:1 270:12
324:2,6

**combine** 46:12
47:20
**combined** 47:5
48:13 61:18,20
62:4 163:2,15,21
**combining** 36:7
47:1
**come** 46:17 68:12
156:14 175:4
180:21 206:20
212:13 244:4
269:3 286:13
305:11 316:9
320:13 324:18
**comes** 94:21
165:19 224:11
230:16 267:6
288:21
**coming** 168:17
324:20
**comment** 57:5
147:13 150:9,12
151:5,6 152:5
174:17 298:9
302:12 313:22
**comments** 147:11
147:15 149:22
150:1,16,19 151:7
152:6
**commerce** 1:6 7:1
8:17 57:4 111:1,5
111:10 136:13
137:3,4 145:22
146:5 149:7
181:12 187:14
297:10,19,22
298:6,6 337:18
339:3
**commission** 48:7
**committed** 204:19

**committee** 4:2
5:15 36:15,16
135:20 136:12,19
164:11,11 165:21
294:7,8 297:4,5,7
298:3,14,15
299:14
**committees**
296:20,22 297:3
298:2,12 301:15
301:19,22 302:3,4
**communicate**
283:14
**communicated**
328:22
**communication**
3:5 138:4 139:4
153:14 178:10,13
178:15 201:19
263:6 271:1
278:11 283:11
284:11 285:3
289:11 302:22
304:3,9 305:21
307:2,2,13,14
308:5,13,15 313:8
314:2 317:15
318:4,7
**communications**
140:11 178:11
306:3 308:1
309:19
**communities** 44:7
250:1,17
**community** 2:9
16:8,11,15 25:2
26:2 27:17,21
31:1 33:17,22
35:16 37:9,13,21
38:11 42:11 43:4
43:19 44:4 50:19

54:1 58:19 73:11
103:1,13,16 119:4
134:22 141:11
143:11 145:1
150:8 153:21
154:5,6,10 161:11
161:15 205:11
260:1 267:3
294:13,14 309:6
**companies** 137:22
**company** 1:17
138:21 338:14
**comparable**
120:2 121:10
133:22 203:17
**compare** 122:13
230:3 326:12
**compared** 109:19
120:11,14 126:13
126:18 232:2
241:16 250:1
252:7 253:2 258:9
259:9 260:6,9
261:14 262:4,8
**comparing** 127:18
**comparisons**
73:10 107:4
**complete** 34:5
162:17 164:18
205:3 234:8
246:15 265:13
331:12 337:5
**completed** 148:17
150:3 174:12
175:8 191:19
249:11 330:12
**completely** 146:9
**completeness**
160:6 247:5
**complex** 192:8

**compliance** 166:9
180:21 295:22
296:2
**compliant** 163:22
168:2
**complicate** 264:9
**complicated**
329:22 330:5
**compliment**
248:21
**comply** 321:14
**component** 168:9
186:15 190:10
195:3 196:9 203:8
241:18,19 263:5
265:9 266:9,9,11
305:21 306:4,5
311:19 334:4
**components** 27:21
103:13 121:6
160:15 175:4,7
176:18 177:1
179:1 185:6 204:5
206:13 212:12
239:19 245:7
250:5 266:8
313:22 314:1
316:22
**composition** 34:5
119:17 120:5
**compressed**
300:20
**compromise**
274:10
**compute** 18:19
19:2
**computer** 124:22
125:12 128:22
129:7,10 267:3
**concern** 286:9

**concerned** 276:18
277:6,8,12 283:1
285:19,20 286:7
286:20 302:14
**concerning** 39:10
75:21
**concerns** 32:21
282:15 286:22
315:7,8
**conclude** 77:19
91:1 92:15 107:15
**concluded** 322:11
335:19
**concludes** 99:11
325:6 335:15
**conclusion** 92:11
114:19 130:15,22
131:1 132:6
180:12 324:18,21
325:3 330:13
**conclusions**
115:15 130:12
284:16 330:7
**condition** 249:5
**conduct** 102:9
104:7 137:22
138:21 147:7
149:19 159:2
165:16 201:13
204:7 205:6
238:17 239:6
270:11 273:17
293:3 303:8 308:7
319:15 323:12,18
**conducted** 24:1,12
24:16 35:6 90:9
92:4 102:21 106:3
113:21 116:15,19
125:18 138:8,8
146:6 147:2 162:2
167:21 171:11,16

190:3 200:10
202:21 203:6,13
203:14,18 266:15
268:7 270:20
271:14,16
**conducting** 293:6
302:15 308:18
315:21
**conducts** 145:19
149:10 158:3
172:1 287:22
**confer** 100:6
332:13
**conference** 57:21
58:13 59:4 125:2
208:11 324:12
**conferenced**
334:10
**confidence** 43:12
88:13 92:5
**confident** 91:15
**confidential** 50:22
53:7 54:5 69:12
265:20 278:2
283:2,5 318:12
**confidentiality**
69:21
**confirm** 9:21
52:21 289:13
**confirmed** 143:9
**confusing** 74:9
**congress** 145:2
150:5,6,15 283:22
**conjunction** 41:17
105:1 174:9 185:2
221:20
**connection** 263:1
305:6
**consensus** 180:9
**consent** 10:20 11:2
12:12

consenting 11:17
11:20 12:2,7
consequence
306:1
consequences
61:14 315:16
conservative
241:5 244:1,3
consider 35:11
40:10 229:16
considerable
312:10
consideration
273:8
considered 39:17
42:7,20 43:2
66:16 81:10 142:8
153:20 172:5
185:1 272:4 273:4
276:1 277:14
considering 35:1
181:4 323:18,22
considers 116:5
137:17
consist 255:9
consistent 108:9
108:15 116:6
130:5 131:10,17
131:19,20 134:12
consistently 191:7
243:18 311:16
constituted 334:13
constitution 7:3
192:18 291:21
constraints 162:1
165:15 178:22
180:11
construct 124:4
constructs 268:22
construed 172:12

consult 299:6
consultation 207:9
consulted 299:15
300:18 301:5,9
334:20 335:8,9,12
consulting 206:14
consults 299:1
335:5
contact 195:18
197:10 224:9
267:5
contacting 338:5
contacts 219:22
contain 38:13
116:8,9 152:15
242:3
contained 44:16
75:6 219:10
contains 152:14
210:15
content 2:1,22
29:21 35:17,21
36:5,20 41:20
164:7 165:9,9,10
165:11,11 169:4
178:1 184:6
185:12,14,21
186:2 196:10
291:13 294:18,18
294:19
contents 151:22
260:19
context 162:3
169:4,11 170:15
172:22 173:2,3
180:7 314:11
contexts 175:2
contingencies
209:5 213:4,5,8
216:1

contingency 208:7
208:8,19 209:2,7
209:16,18 210:5
211:4,6 214:16
215:16,19,20
216:3 244:20
333:12,13,17
continual 190:18
continue 8:11
12:10 46:7
continuing 38:10
133:16 150:7
continuous 188:22
190:8 191:14,17
234:22
continuously
190:17 266:19
contract 138:4,6
139:5,6 203:6
263:6 271:1,2
275:3 287:20
307:14 314:2
317:15,18 318:4,7
319:9 332:11
contracted 137:21
138:20
contractor 138:9
138:17,18 140:7,9
270:22 275:4,5
276:13 317:16
contractors 319:2
contracts 140:11
287:13
contractual 293:6
contribute 329:18
control 134:20
141:7,9 160:5
194:7,21 195:1,3
205:9 207:7 208:8
224:20 226:15
234:22 246:18

263:19 289:7
controlled 22:5
28:8,9 70:5
115:10 165:8
202:15 205:7
236:10 238:18
241:21
controlling 46:15
322:1,6
controls 52:4
208:18 240:4
controversial
243:9 328:7
convened 301:14
conversation
47:13 281:6
conversations 8:8
59:16 61:4,11
62:2,9,11 207:1,3
convert 283:15
converted 18:20
284:4
converting 49:9
conveying 274:17
conveys 137:2
149:2
cooperate 131:21
174:10
cooperation
243:10
cooperative
243:14,16
coordinate 149:12
coordinated
288:12
coordination
149:13
copies 157:15
182:19 304:5
copy 111:10,11,12
230:7 321:4 338:2

**core** 288:14
**corner** 128:16
**correct** 11:19,21
  12:4,15 13:9
  16:12,20 17:3,6
  18:11,17 19:9
  20:1,20 23:8,12
  26:10,22 27:1,9
  39:13,15,16,18
  40:20,21 43:2,16
  43:21,22 48:19,20
  49:4 50:4,10 52:6
  56:14 64:10,11,17
  65:18 66:8,14
  69:5 70:17 71:6
  71:12,19 73:7,16
  73:19 75:22 76:1
  76:17 77:2,3,20
  78:11,18,19 83:14
  85:13 86:20 88:6
  88:12 89:9 91:2
  92:12 93:6,10
  96:2,9 98:12
  110:7,13 112:13
  113:18,19 114:4,5
  114:10,19 115:18
  116:3,21,22
  117:10,14,17,20
  118:2,4 119:3
  122:9,10 125:6,15
  128:5,6,9 129:21
  129:22 130:3,4
  132:11,17 136:8
  142:5 146:13
  150:21 166:21
  171:22 181:21
  182:7 186:13
  189:4,5,13 192:2
  192:12 200:13,14
  200:18,19 201:2,3
  201:9,10 216:17

  219:11,16 222:21
  223:3 226:5
  227:10 231:9,10
  235:16,17,19
  252:3,4,18 253:17
  253:19 254:6
  255:1,3,4 256:8,17
  256:20 257:10
  260:11 261:8,10
  264:8 272:5,6,8,9
  273:1,2 282:20
  283:9,11 299:5
  309:19 310:17
  314:5,18,19
  316:20 317:13
  319:9 321:1,2,16
  322:12,15,18
  323:2,14,20 325:3
  325:4,16 326:20
  330:3 331:16
  337:4
**corrected** 42:1
  111:14
**correcting** 29:8
**correction** 55:12
**corrections** 337:6
**correctly** 89:10
  119:1 129:8
  130:17 152:4
  157:7 255:4
  310:12
**correlate** 281:20
  283:13 286:3
**correlated** 135:13
  135:14 227:8
**correlates** 263:12
  277:15 286:2
  312:15,20
**correlation** 281:21
**correspondence**
  102:20

**cost** 134:19 135:1
  175:22 192:4
  204:10 205:12,21
  208:6 209:17
  213:17 214:8,10
  214:16,20,22
  215:9,15 216:20
  216:22 217:1
  226:20 231:16
  244:6,12 293:21
  315:6 316:5,7
  322:7,17 333:19
  334:4 335:7
**costs** 208:20
  210:10 216:15
  217:15 226:11
  244:5 268:10
**counsel** 1:13 7:2
  8:15 9:22 10:2
  100:6,6 104:18
  110:10,16 145:21
  149:1 170:2
  187:12 290:7
  304:6 332:14
  333:2 336:12,15
  338:9,10,17
**counsel's** 146:4
**counsels** 9:10
**count** 65:15 66:21
  192:6 194:1
  222:12,15 238:10
  248:4,6,7 250:1
  253:17,19 256:14
  257:14 258:7,12
  263:17 264:4
  279:22 280:15,20
  281:9 282:4
  286:11,15 291:21
  313:4,7
**counted** 254:4
  255:4,9,11,21

  256:5,7 257:12,19
**counterfactual**
  241:14 243:19
**counting** 281:1
**country** 21:13
  40:7 192:7 224:2
  234:12
**counts** 65:17
**county** 52:19
**couple** 31:13
  48:15 165:3 304:5
  311:12 333:7
**course** 30:17 36:4
  53:15 58:11
  134:17 143:22
  164:1 176:19
  189:2 231:4
**court** 1:1 8:18 9:3
  9:13 13:16,19
  141:16 183:4
  185:16 248:13
  306:7 319:20
**cov.com** 4:16
**cover** 208:20
**coverage** 245:8,8
  245:22 250:4
  255:13,15 263:22
  311:2,19
**covered** 158:8
  159:4
**covington** 4:14
**cps** 116:19 117:16
  118:2,8 119:2,4,15
  120:4,9,12,15,22
  121:5,11,12,14
  122:9,14,17 123:9
  123:13 141:13,14
**cqa** 196:7,21 197:6
  197:9
**crap** 312:1

created  232:19
creating  85:12
  156:17
creation  154:4
credible  223:6
crew  273:21
criteria  226:9
  231:3 286:15,18
critical  134:19
  238:5
cross  52:19 113:10
crosses  52:18
crossing  284:13
csac  135:17,22
  136:9 137:7 297:3
  297:8,21 299:1,6
  299:19 300:4,9
  301:10,11 303:16
csm  29:18,19,20
  30:12 32:20
csr  1:17 336:3,20
  338:14
current  16:14 25:1
  28:6 33:6 76:20
  95:17,19 99:4
  116:18 117:1
  121:22 122:3
  176:7 188:16
  191:9 209:11,17
  210:13,19,22
  211:5,20 213:17
  213:18 214:3,8,20
  214:22 215:9
  216:9 223:5,22
  229:10 230:1,14
  231:15 234:13
  240:11 241:4
  244:7 278:3 308:8
  308:10
currently  101:3
  177:17 249:13

288:7,7,10 316:12
  328:14 333:18
customary  165:18
customs  56:6
cutoff  231:3
cvap  34:18 41:2,11
  41:13,18,21 42:6
  42:10,13,19 43:1
  43:17,20 44:10,16
  45:2,19 46:12
  47:11,21 48:17
  49:2,11 50:3,6,12
  50:16,18 51:16
  55:4,6,13,14 56:2
  56:12,16 58:20
  59:5,13 60:1,20
  61:7 62:5 67:11
  67:19 70:19,20
  71:9,10 80:18,22
  81:1,15 94:22
  95:14 100:17,19
  101:1,3,12 323:7
  329:3
cycle  205:16,17

**d**

d  8:1 12:20 139:2
  322:11,14,17
  323:10,12,16
  325:15 331:9
d.c.  1:9,16,21 4:5
  4:10,15 5:3,7,16
  6:17 7:4 8:22 40:2
  337:17 338:16
dale  4:8 12:22
dan  7:6 9:1
dangerous  69:20
danielle  6:7
danielle.fidler
  6:12
dannis  4:18

data  10:5 15:5,12
  34:18 35:7 36:1,6
  36:10 37:15 38:10
  38:14,18,21 39:1,4
  39:6,9,14,17,21
  40:5,10,15,19,20
  41:2,17,21 42:6,14
  42:19 43:14,15,18
  43:20 44:6,10,16
  45:3 46:12,12,14
  47:4,20 48:17
  49:1,1,5,10,17,17
  50:3,17,18 51:3,14
  51:17 53:19 54:13
  54:17 55:19 56:1
  56:4,9,9,16,17
  57:22 58:4,7,16,16
  59:19 60:1,4,5,6
  60:22 61:7,9,15,18
  61:19,21 62:3
  65:1,3 66:5 67:11
  67:12,19 68:16
  69:7,13,17 70:19
  71:9,17 72:11
  73:6,11 75:6,16
  81:1,15 82:8 85:4
  85:6,9,18 86:3,11
  86:17 87:14 88:17
  89:14,16,17 90:4
  90:11,22 91:20,22
  93:7 94:5,20,22
  95:6 98:22 99:2
  100:17,19 101:1,3
  101:14,15 103:15
  103:16 107:21,22
  112:14 113:6,11
  119:14 120:22
  121:5 131:20
  133:12,14,15,18
  133:20 136:2
  141:3,5 155:13,16

156:9 163:7 166:6
  166:8,14 168:13
  168:17 169:1
  171:4,5,6,7 172:11
  173:17 177:10,11
  177:16 178:9,18
  179:21,22 185:10
  185:10,10 186:8,9
  187:18 188:2,5,7,8
  188:9 191:10
  192:5 194:17,18
  195:4 199:19
  224:11,18,21
  225:10,11,17
  227:1,16,16
  228:20 230:7
  239:16 245:10
  253:5 264:8
  269:15,18 271:8
  271:15,16,18
  275:1,4,6,7,8
  276:20 278:8,13
  289:2 291:13,17
  292:14 295:7,9
  296:18,19 298:21
  306:17 307:7,15
  307:16,17 311:13
  319:12,22 320:17
  320:18 321:20,22
  322:12 323:1,5,6,7
  324:2,3 325:7,9
  329:16,17 331:12
database  227:12
  289:4 306:14
date  12:1 111:11
  111:12 177:12
  198:2 200:10
  204:17 211:16,21
  212:1 214:18
  229:7 235:9
  246:14 275:14

305:20 318:7
319:5 337:14
339:6,19
**dated**   10:6 57:11
72:6 79:4,12 83:1
84:4 96:22 110:9
110:21,22 304:10
326:3 336:21
**dates**   10:5 103:22
154:3 299:13
**david**   72:5 73:9
**day**   11:8,15
304:22 308:19
336:21
**days**   151:5 164:1
229:13 338:7
**de**   4:2
**dead**   214:18
**deadline**   217:16
218:7,12,16
274:13 324:22
**deadlines**   217:19
218:1,20 219:9
**deal**   284:8
**dear**   338:1
**decade**   107:6
161:19 163:14
172:2 176:2,19
184:2 188:19
191:3 192:17
231:4 249:15
311:17
**decades**   36:9
161:16 191:1
257:15 296:17
**december**   33:7
44:13 79:17,19
83:2 98:8 153:6
163:18,18 275:10
284:18 287:1
289:15

**decennial**   23:2,10
25:10,13 30:15
32:18 33:1,21
37:16 39:15 54:21
55:10,22 66:3
70:18 93:13 94:9
100:16 140:11
142:4 150:17
153:3,8,13 159:12
160:10 172:2
175:15 176:17
188:20,21 189:4
192:1,16 207:12
253:22 266:20
268:17 272:1
273:12 287:6,17
288:1 296:22
299:2 308:18
312:22 314:3
326:11,13 331:11
**decided**   28:17
56:12,15 188:5
206:6 226:5
250:10 285:14
**decides**   137:5
**decile**   127:1 128:1
128:3,14,17
129:18 130:3
134:9
**deciles**   125:19
126:14 127:16,21
132:17 143:10
**decision**   3:9 34:7
34:10 35:12 38:8
55:5,18 105:10
151:9 161:6,11
162:1 167:19
179:1 201:11
203:10,12 206:11
208:3 228:13,15
234:7,9 249:1,4,6

251:3 272:10,13
299:17 300:10,11
300:19 301:2,21
301:21 322:21
323:3 325:21
326:3 334:21
**decisions**   95:12,13
95:17,19 146:19
224:12,14
**deck**   248:12,15,21
250:18
**declaration**
229:16,18 292:21
**declare**   186:16
**decline**   98:19
131:5 210:3 237:6
240:21
**declined**   98:10
130:2
**declining**   94:7
134:10
**deemed**   10:9
**default**   234:11
**defeats**   315:12
**defendants**   1:7
6:14
**defensible**   324:4,5
330:6
**defined**   40:13
95:22 193:20
**defines**   158:7
**definitely**   94:5
111:8 307:17
**definition**   138:9
246:16 295:1
**definitive**   94:4
**degrees**   292:18
**deliberately**   37:20
**deliver**   54:12,18
59:18 60:5,5
212:3

**delivered**   110:1
150:14
**delivering**   155:8
**demographic**
27:12 33:12 240:2
240:5 257:2,17
311:13
**demonstrate**   46:5
174:18,19 227:5
295:22 324:7
**demonstrated**
262:20 291:12,17
**denise**   5:1
**denominator**
281:13
**denoted**   77:8
**department**   1:6
6:2,16 7:1 8:17
30:18 39:3 40:17
41:8,14 44:14,19
45:2 54:14,19
55:8,13 56:8 57:4
59:17,22 61:5,6,14
62:2 63:21 83:20
83:22 101:14
111:1,5,10 136:12
137:2,4 145:22
146:4 149:6
161:12 181:12
187:13 297:10,22
337:16,18 339:3
**department's**
147:20
**depend**   208:9
230:7 246:8
**dependencies**
229:19
**dependent**   118:15
**depends**   237:20
240:17 246:9

depicted 112:11
deploy 27:22
  217:11 315:10
  316:10
deployed 25:15
  26:9 28:18 31:5
  31:18 234:18
deploying 28:22
deponent 337:1
depose 11:17 12:2
deposing 12:12
deposition 1:11
  2:6 8:10,14,19
  10:19,20 12:9,10
  13:5 24:19 71:13
  74:11 111:16,19
  111:20 124:19
  132:19 133:5
  232:13 236:8
  239:3 275:21
  320:9 323:9,11
  332:4,7 333:5
  335:16,18 336:4,6
  336:10,14 338:3
  339:6
depositions 171:18
  322:8
deputy 27:14,15
  27:16 28:11,13,14
  33:10 104:22
  334:8
derived 65:1
describe 53:21
  82:13 90:4 152:4
  154:8 228:14,17
  302:22
described 58:14
  75:15,18 82:8
  84:14 89:3 106:20
  132:20 198:19,20
  211:4

describes 112:9
  260:12
describing 85:10
description 84:13
  112:4
design 27:18 28:2
  30:1 41:8 43:5,7,9
  44:4 49:13 58:2,7
  59:7 107:19 115:9
  130:18 141:3
  155:18 156:2
  159:19 160:12,15
  160:20 175:20
  234:14 263:18
  274:17 283:11
  288:8 307:18
  312:2 313:19
  321:20
designate 103:14
designated 78:16
designed 28:7
  104:4 163:1
  166:13 168:11
  184:6 190:9 257:2
  266:11 279:17
  280:19 313:9
  316:6
designing 175:11
designs 141:6
  160:8
destroyed 122:4
detail 140:3
  263:11 306:14
detailed 48:12
  158:16 176:16
  304:17
details 96:6
detect 227:2
deteriorates 88:22
  91:13

determination
  221:20 222:8,9
  292:6
determine 87:19
  155:7 209:1 222:2
  229:15,21 238:6
  248:7 286:22
  292:19 302:19
  326:12,14
determined 60:19
  94:16 127:21
  177:8 204:9
  324:10 329:21
  334:10
determines 279:19
  298:6
determining 55:1
  267:6 327:6
develop 36:14
  54:2 159:19
  168:11 190:14
  192:21 199:17
  201:6
developed 31:8
  174:7 177:17,20
  177:21,22,22
  178:15 199:8
  207:13 214:11
  240:2,19
developing 30:17
  36:17 38:5 150:1
  176:9 188:15
  201:22 202:19
  203:4 274:3
  293:14
development 30:9
  174:15,21 203:5
  205:16,17 212:11
  268:21 269:12
  271:3 272:16

device 125:12
dho 4:12
dhuelett 5:4
difference 45:7
  48:22 111:13
  114:15,18 115:16
  132:2,2,5,5 236:19
  257:9
differences 95:20
  124:2 130:20
different 36:10
  49:17 51:10,14
  55:10 62:3 78:4
  108:5 109:19
  119:22 120:11
  165:7 173:13
  177:1 179:1 188:9
  194:9 206:12,20
  213:4,5 217:8
  218:5 228:8
  248:18 256:13
  258:3 275:3 285:8
  288:22 298:14
  308:10 311:7
  327:15
differential 67:3
  232:1 238:12,14
  257:3 258:3,6
  261:15 262:9,13
  263:16
differentially
  258:9
difficult 45:6,10
  47:20 154:19
  264:3,8 302:17
  310:1 316:13
  317:4,9 319:15
difficulties 182:14
  277:15 315:19
difficulty 153:5
  280:5 316:16

324:20
digit  151:10
digits  104:13
dimension  281:9
dimensions  281:7
direct  34:4 164:9
  170:22 202:11
  209:3 291:4
  311:21 313:6
  320:18 326:6
directing  326:11
direction  329:20
  336:10
directly  142:7
  197:6 198:10,15
  207:12 208:18
director  27:12,14
  27:15,16 28:11,13
  28:14,15,16,17
  33:10,11 34:2
  98:6 104:22 105:2
  136:1,6,10 137:2
  137:11 163:19
  164:9,14,14
  167:12,12,15,15
  189:14 205:10
  210:7 324:22
  333:14 334:8,9,20
director's  80:14
directorate  150:18
  153:13 287:17,21
  287:22 288:5
directors  136:20
  136:22
disagree  87:9,11
  180:16
disagreement
  71:15 72:10 73:5
  86:10,13,16 87:7
  89:4,15 90:19
  92:1 94:2

disagrees  95:4
disclose  67:14
disclosive  69:11
disclosure  45:16
  46:10 48:14 49:11
  50:11,15,21 53:20
  61:15 62:17 66:19
  101:7 133:1
discover  315:10
discovered  318:11
discovery  111:2
  276:11
discretion  224:5,5
  224:15 226:8
  235:5,6
discrimination  4:2
discuss  49:7 96:6
  99:2 247:10
discussed  71:14
  80:17 81:8 84:16
  100:14 104:19,21
  105:3 108:19
  151:19 152:17
  192:19 198:22
  199:3,15 204:16
  223:10 282:6,9
  294:2,4,9 301:18
  317:21 334:7
discusses  72:9
discussing  98:4
  99:19 101:10
  184:19 218:2
  227:21 291:6
  293:9
discussion  60:2
  238:11 279:13,14
  279:17 294:12
  319:10
disregarded  325:8
disrupting  28:1
  206:17

disseminate  60:8
dissemination
  176:13 313:10
distinction  166:2
  294:21
distinctions  295:6
distinguishes
  294:17
distribution  54:9
  60:10 244:13
district  1:1,2 4:17
  8:18,19 13:2 40:5
  40:7 46:7 70:10
  144:13 265:2
  295:21
districts  40:4
  45:21 46:16 58:18
  70:9
division  61:12
divisions  268:18
doc  145:6,7
doc.gov  7:5
doctor  105:7
document  16:5,14
  19:13 21:4 34:10
  52:20 53:8 56:19
  57:7,10,14 64:18
  71:20 73:4 74:7
  74:17 75:21 76:5
  76:15 78:8,17,20
  81:22 82:10 83:3
  86:2 96:16 102:22
  103:3,6 110:13,15
  110:17 111:15
  112:3 127:10,12
  144:16 157:22
  158:22 160:3
  181:17 182:17
  199:10 210:15
  218:22 254:15
  267:20,22 273:15

279:3 291:2
  294:17 304:5,8,12
  304:19 305:9,16
  321:8,15,19
  333:20
documented  76:9
  94:12 98:19
  148:19 239:17
  253:13,14 258:5
documents  3:1
  10:7,9,10,18 11:1
  11:11,18 12:3,13
  34:7 51:2 52:1,2
  53:6,7 85:21
  99:20 100:3 102:8
  127:5 140:18
  144:2 199:16
  254:12,18 332:1,5
  332:5,7,10,10,13
doing  46:17 53:22
  101:21 121:21
  149:21 156:18
  157:4 176:1
  191:17 203:22
  204:19 228:7
  240:9 246:22
  274:14,16
doj  62:11,12,18
  63:7 64:7 79:18
  84:5 96:5,14 97:3
  97:13,16,18 98:9
  101:3 331:13
doj's  44:17 84:8
  97:20
doj.ca.gov  6:5,6
domain  288:22
domicile  193:21
  220:13
domiciles  194:1
dorian  5:14

**dotting** 284:13
**download** 19:19
**downloaded** 16:11
  21:9 267:20
**dr** 1:12 2:2 8:14
  9:15,20 10:22
  11:6,17 12:2,12,17
  12:22 16:10 19:18
  24:7 25:17 26:15
  29:12 38:19 40:9
  41:22 42:21 44:11
  54:15 55:11 61:2
  64:13 65:7,20
  66:1 68:2 71:11
  72:21 75:16 77:21
  79:9 82:11,15
  83:4,10,16 84:7,13
  85:1,8,16 86:21
  88:5,11 89:10
  92:18 93:5 95:6
  96:4,8 98:11,11
  99:22 100:12
  105:5,6,7,9,9
  107:11 109:15
  110:11 112:12,17
  113:15 114:10
  116:16 127:19
  132:12 137:12,15
  139:21 144:11
  148:9,13 187:11
  235:18 251:15
  254:14 264:21
  290:6 331:3,19
  332:15 334:18,21
  335:19 337:2,14
  338:3 339:5
**draft** 34:10 126:2
  144:21 162:13,15
  163:11,12,13
  271:22

**drafted** 28:3
**drafting** 15:18
  34:7
**draw** 132:6 284:16
  330:7
**drawing** 130:12
**drawn** 270:15
**dress** 191:19
**drew** 115:16
**drop** 122:2,11
  214:18
**dropout** 120:18
**dropped** 114:8,22
  120:12,15 121:14
**drv** 10:8 276:14
**dspence** 5:18
**dual** 240:6,8,10,11
  240:13 256:2
  257:1,9,16
**due** 211:21,21
  239:20 277:16
**duly** 9:16 336:7
**duplicates** 255:10
**duties** 27:14 28:15
**dwkesq.com** 4:20

**e**

**e** 4:1,1 8:1,1 73:15
  73:15 79:12,12
  139:2 339:1,1,1
**e.g.** 169:3
**earlier** 60:18
  85:10 89:3 99:19
  100:14 105:17
  107:5 110:6 118:6
  125:17 138:7
  140:5 144:1
  181:18,19 187:16
  192:20 215:18
  240:16 241:4,8
  252:21 254:19
  261:18 271:21

274:13 287:7
  294:3 314:4 318:2
**earliest** 28:19
**early** 87:21 104:1
  118:8,9 126:2
  176:2 191:5
  193:12 197:10
  232:12 234:18
  305:3
**earned** 313:9
**easier** 217:4 300:2
  312:4 319:14
**easiest** 140:7
**easy** 226:19 316:1
**econometricians**
  240:14
**economic** 179:17
  179:17,21 180:2
  197:17 267:4
  297:6,12,13,18
**economics** 36:8
**economy** 314:14
**edit** 185:18
**editing** 185:10
  186:8 269:18
**edits** 169:5
**educate** 61:16
**effect** 10:4
**effective** 262:21
  292:7 308:1,4,6
  310:21
**effectively** 101:14
  293:20 300:22
**effectiveness**
  268:11
**effects** 169:4
  203:19 314:22
**efficacy** 237:21
  240:18 244:22
  245:13,16 314:18

**efficiency** 224:19
**effort** 134:15
  195:5 270:18
  288:17 312:11
**efforts** 81:12
  226:22 237:22
  238:13 263:19
  278:7 310:20
**ehrlich** 2:5 6:15
  10:14 11:2,5,13,20
  12:5,15 15:2
  19:21 23:16 37:7
  37:18 39:19 42:8
  42:22 53:14 66:10
  73:8 76:7 86:2,22
  89:20 92:9 99:10
  99:18 100:8,10
  108:13 116:4
  120:20 121:19
  123:17 124:14
  134:6 151:18
  171:15 172:14
  173:5 181:9
  201:15 231:14
  236:4 251:20
  262:15 264:6
  277:4 299:4 308:2
  310:22 317:5
  325:12 330:4
  332:15,22 333:3,7
  333:10 334:15
  337:15 338:1
**eight** 68:18 151:10
**either** 28:9 88:22
  91:15 104:6 106:5
  109:21 116:8
  122:21 161:22
  241:9 243:18
  245:21 273:11
  278:1 318:10
  329:20

| | | | |
|---|---|---|---|
| **elect** 57:22 58:6 | **enabled** 221:8 | **enumerated** 68:21 | 316:5,13,16,20 |
| **elements** 228:15 | **enacted** 278:17 | 231:12 246:3,7 | 317:4,7,9 |
| 313:8 | **enclosed** 338:2 | 255:18 | **environment** 33:6 |
| **elena** 6:8 290:6 | **encountered** 47:1 | **enumeration** 26:8 | 192:1 205:21 |
| **elena.goldstein** | **endorse** 328:14 | 30:15 32:18 33:1 | 215:4 243:8 |
| 6:12 | **ends** 189:1 212:19 | 33:21 37:17 39:15 | 249:13,14 270:10 |
| **elicited** 24:21 | **energy** 237:21 | 54:12,21 55:10 | 273:17 311:6,7 |
| **eligibility** 76:10,12 | 240:17 | 60:21 61:8 66:4 | 314:5 |
| 234:12 235:11 | **enforce** 191:11 | 68:15 70:18 93:13 | **environment's** |
| **eligible** 46:6 | **enforcement** | 93:20 94:10 95:4 | 191:2 |
| 227:19 228:1,9 | 40:18 44:18 45:4 | 139:10 154:1 | **environmental** 6:9 |
| 232:19 233:18,19 | 54:15 84:6 | 179:19 191:8 | 200:3 |
| 233:21 295:20 | **engendered** | 224:10 227:19 | **envisioned** 205:2 |
| **eliminate** 263:16 | 224:22 | 228:1,3,4,6,9 | **equitably** 265:22 |
| **elting** 79:10,11,12 | **engineer** 161:16 | 230:6,9,10,17 | 266:1 |
| **email** 2:14,15,16 | 163:15,15 | 234:10 239:21 | **equivalence** 24:17 |
| 2:16 10:14 71:22 | **engineered** 163:2 | 255:1,3,6 256:8 | **equivalent** 197:17 |
| 72:3,4,8,9,17,18 | 181:13 | 259:7 260:7 | **era** 118:21 193:17 |
| 72:21 73:2 78:21 | **english** 112:19 | 261:12 262:6 | **erosenberg** 5:17 |
| 78:22 79:1,7,8,9 | 217:22 218:3 | 264:9 334:2 | **errata** 337:7 338:8 |
| 79:14 80:13,21 | 245:18 259:20 | **enumerations** | **erroneous** 254:5,8 |
| 82:17,19,22 83:2,4 | **enhanced** 280:16 | 232:20 252:6 | 255:6,8 |
| 83:7,10,17,18 | **enormous** 308:13 | 253:18 254:6,8 | **error** 42:12,15,18 |
| 84:12,15,19 85:11 | **enormously** 69:10 | 255:8 257:10 | 43:10 46:15 49:1 |
| 96:4,18,21,21 97:1 | **enrique** 27:11 | **enumerator** 22:3 | 49:4,6,13,14,15,21 |
| 97:15 98:11,15 | 28:17 83:13 | 22:5,9 119:21 | 50:1,4 54:9 71:10 |
| 103:2,5,5 | 101:20 102:21 | 193:19,21 200:16 | 87:6,10,12 88:3,7 |
| **emails** 102:19 | **ensure** 114:14 | 218:14 220:5,13 | 100:18,22 101:2 |
| **embodied** 209:10 | 149:15 160:6 | 220:14,22 221:6 | 101:10 114:14 |
| **empirical** 93:11 | **entire** 79:16 | 221:12 222:7 | 180:1 322:1,6 |
| 243:15,17 251:15 | 103:18 300:19 | 223:6 224:6 | **errors** 28:9 49:18 |
| 252:5 253:5,8 | 326:16 | 230:14 234:20 | 87:19 104:4 |
| 262:22 | **entitled** 279:3 | 251:19 252:2 | **especially** 48:10 |
| **employed** 336:13 | 304:8 | **enumerator's** | 329:5 330:8 |
| 336:16 | **enumerate** 197:5 | 234:19 | **esquire** 4:3,4,8,9 |
| **employee** 125:11 | 197:7 220:8,11 | **enumerators** | 4:13,17 5:1,5,10 |
| 159:2 336:15 | 221:14,17 222:9 | 194:14 195:15 | 5:14,14 6:1,7,8,8,9 |
| **employees** 158:20 | 223:1,13 228:11 | 202:2 224:8 | 6:15,15 7:1 |
| **enable** 50:9 | 231:1,20 252:18 | 234:17 246:21 | 337:15 |
| 326:21 327:16 | 253:21 | 288:3 302:21 | **essentially** 51:12 |
| | | 315:9,11,17 316:2 | 152:14 158:9 |

247:18
**establish** 326:22
  327:17 328:4
  329:10
**established** 35:22
  320:22
**estimate** 43:9
  49:21 67:8 70:11
  87:6 106:4 110:2
  110:5 204:11
  210:9,12,13,16
  213:18 214:11
  215:15 216:9,20
  216:22 217:13
  231:16 241:3,5
  242:1 243:21
  244:4,5,6,7,12
  255:1,7 256:3,4
  260:16 295:20
  315:7 316:6
  333:19 335:7
**estimated** 43:8
  239:15,15 240:15
  255:16
**estimates** 42:18
  43:1 44:2,3 48:19
  48:21 101:4
  114:11 195:5
  209:17 214:8,10
  214:16,20,22
  215:9 227:12
  240:1,12 249:8
  311:1 334:5
**estimation** 240:6,9
  240:10 256:2
  257:1,13 278:9
**estimator** 240:11
  240:13 257:9,16
**et** 1:3,6 8:16,17
  187:13,14 337:18
  337:18 339:2,3

**ethnic** 120:13
  233:12 285:18
  286:4
**ethnicity** 34:13
  41:10 68:7 70:13
  85:5 163:3,7,22
  181:20,22 182:5
  182:14 183:19,20
  183:22 184:9
  186:3 191:10
  297:5
**evaluate** 103:19
  224:19 263:22
  264:1
**evaluated** 103:21
  166:8 234:1
  239:22 326:17
**evaluating** 154:2
**evaluation** 177:3
  226:2 234:19
  235:14 255:13
  263:3 311:19
  324:1
**evaluations** 23:21
  97:9 178:2 324:16
**evening** 10:16
  99:21 332:2
**event** 192:17
**eventually** 156:4
**everybody** 183:10
  183:11,17 236:17
  291:21
**evidence** 74:13
  82:2 107:15 116:6
  116:7 198:12,13
  198:14 235:22
  237:10,12 238:14
  242:13 243:12,15
  243:17 251:16
  252:5,10,11,13
  253:8 312:2,18

330:6
**evolve** 176:19
**exacerbate** 313:1
  314:21
**exact** 22:4 27:19
  50:20 67:9 69:18
  69:19,22 70:16,22
  127:7 141:14
  163:19 244:13
**exactly** 32:7 47:15
  104:11 121:10
  127:20 176:4
  190:20 204:6
  247:9 248:2
  275:11 281:9
**examination** 1:13
  2:3,3,4,4,5,5 9:19
  144:10 187:10
  264:20 290:4
  333:10 334:16
**examinations**
  145:16
**examine** 155:2
  199:19
**examined** 9:17
  113:5 116:7
  118:21 247:4
  337:3
**example** 24:22
  116:18 120:14
  121:13 179:16
  193:9 233:13
  234:17 265:14
  286:7 292:3
**exception** 14:3
  162:4
**exceptions** 77:10
  77:12,13
**exclusively** 78:7
  237:20

**excuse** 17:19
  25:11 86:14
  105:14 137:13
**executed** 43:5
**executing** 160:16
**executive** 145:14
  148:4 155:4 161:2
  164:10 254:22
**executives** 130:11
**exhaustive** 233:15
**exhibit** 2:7,8,10,11
  2:12,13,14,14,15
  2:16,16,17,17,18
  2:18,20,21 3:1,2,3
  3:4,4,6,8 16:6,7
  19:14,15 21:4,5
  56:20,21 64:19,20
  71:21,22 74:8,10
  74:10,12 78:21
  79:1 82:18,19
  84:15,16 96:3,18
  111:19,19,21
  127:8,11 143:7
  144:17,18 157:14
  157:17,19 182:21
  185:20 186:1
  254:10,11 267:15
  267:16 275:9
  278:21,22 290:19
  290:20 291:2
  304:1,2 320:4
  321:4 325:19,20
  326:2 331:6
**exhibits** 2:6 3:10
**exist** 122:5 162:12
  162:14,16 233:5,7
  292:17
**existed** 24:18
  199:2
**existence** 309:1

existing  161:14
  334:12
exists  222:2,3
  307:19
expand  56:7 213:7
expanded  138:6
  191:8
expect  93:11 94:8
  97:4 152:15
  167:15 180:5
  197:4 202:1 207:4
  211:19 212:18
  213:18,20 231:12
  243:10 248:17
  249:3 262:12
  263:15 316:18
expectation  94:19
  163:8 227:2 235:4
expectations
  166:10
expected  159:5,22
  167:14 168:18
  197:15 231:19
  243:11 334:2
expecting  111:12
expects  152:20
  262:16
expense  206:2
expensive  104:6
  317:7
experience  98:21
  99:4 169:16,20
  205:18 209:3
  269:11 316:21
experiences
  170:19
experiment  27:18
  28:3,18 31:9 97:9
  103:20,21 104:1
  122:21 226:2
  236:9,10 237:3

241:22
experimental
  27:20 28:2 103:13
  270:3,4
experimentation
  185:5
experimented
  185:15
experimenting
  248:19
experiments  23:21
  106:3 141:8
  198:18,19 239:17
expert  34:3,6 35:1
  36:11 54:22
  138:10 239:3
expertise  206:13
  288:20,20,21
  289:1
experts  35:7 46:9
  47:19,21 62:16,17
  62:18 96:5 268:16
  269:6 322:10
  323:18 334:19
  335:6
explain  18:18
  66:15 68:13 69:6
  114:6 149:9
  239:11 324:5
explainable  257:8
explained  45:11
  159:5 236:8
explicit  164:20
  239:4
explicitly  53:8
  55:1 134:9 135:14
  253:15 303:5
express  32:15,20
  33:19 286:9 302:1
expressed  91:12
  281:15 302:3

expressing  85:15
extend  137:5
extended  10:3
  332:12
extends  224:6,7
extensive  31:6
  179:5 199:6
extensively  161:10
  167:21
extent  106:4 175:1
  198:6 200:9,15,21
  201:5 277:21
  305:7 332:19
external  138:10,17
  274:15 275:2
extra  209:15 316:7
extraordinarily
  316:1
extreme  54:5
extremely  46:11
  302:14
eye  1:20
ezra  5:14

**f**

faca  298:3,4
face  251:18,18
facilitate  59:9,12
facilities  270:9
facing  158:9
fact  34:4 45:11
  81:16,22 85:19
  88:16 134:13
  165:20 177:4
  198:20 256:19
  273:3,6 278:12
  326:19 329:3
factor  134:20
factors  200:3
  268:9
fade  17:22

fades  17:22
fail  115:4 221:9
failed  220:6
failing  220:16
fails  219:14
fair  22:18 30:3,6
  32:13 56:11 80:20
  117:8 137:6,14,17
  159:17,20 187:21
  283:21 298:22
  303:10,14 307:21
  309:8,14 310:3,19
  314:11,13 316:11
  317:2,6 329:8
  330:14
fairly  192:8
  244:10
fall  300:6
false  237:13 283:3
  283:6
familiar  62:20
  135:17 137:10
  157:22 269:7
  294:20 295:2
family  52:4,5
  119:11
famous  151:10
far  27:2 73:18
  207:8,11 319:18
fashion  163:10
fast  207:15 258:19
faster  290:13
favor  232:20,22
fcsm  36:16
fears  282:15
feasibility  291:19
feasible  205:20
  324:11,14
featured  124:9
features  117:16

featuring  113:18
  115:1 116:3,15,20
february  28:20
  144:22
fed  207:12 287:6
federal  2:12 36:15
  36:16 56:21 57:2
  57:3 59:8,15
  136:14 147:10
  149:15 150:9
  156:10,19 229:19
  230:1 291:12,17
  292:12 293:11,13
  293:18 297:6
  298:2
feedback  194:19
  206:15
feel  180:22
fesac  297:8,9
fidler  6:7
field  22:11 26:15
  26:20 27:3,6,18
  31:5,9,19 103:15
  119:20 120:8
  122:4 125:8
  134:11 136:4
  142:1,6,11 164:17
  168:17 177:10
  179:5 180:18
  188:16 189:15
  192:21 194:9,20
  197:18 199:19
  208:7 209:18
  216:5 220:13,14
  222:1 224:10,16
  224:19,20 225:3
  226:1,2,11,15
  227:1,16,17
  230:14 234:15,21
  235:5 246:18
  269:14 270:19

287:21,22,22
  288:5,16,22 289:9
  302:20 334:7,22
fifth  68:13 69:2
figure  275:7 308:7
  308:11
file  39:1,4,6,9,14
  39:17 40:10,19
  44:9 47:20 56:17
  58:4,8 65:3 80:11
  85:6,8 95:6
  229:11 232:9
  233:8,8 266:17,22
  276:12 332:11
filed  8:18
files  38:18 55:3
  65:2 86:9 249:7
fill  137:3 265:15
  280:21 283:19,21
  284:1
filled  22:3,5 228:5
  228:6 266:6
final  211:16,22
  212:3 217:20
  225:6,7 228:13,15
  244:15 249:1,4,5,8
  251:3 285:15
  289:13 323:5
finalize  211:19
  212:6 213:19
  218:13 234:2
finalized  211:17
  214:19 246:12
  248:11 275:10,12
  275:15 329:4
finally  148:16
  221:16 253:7
  256:9 326:8,10
finance  7:2
financial  180:11
  319:1

financially  9:8
  336:17
find  32:7 193:21
  221:9 229:22
  252:2 256:3 277:3
  285:7 305:7
  333:17,21,22
  334:2 338:2
finding  193:22
findings  85:2
  285:10
finds  119:22
fine  101:17
finish  13:21 22:17
  40:14 175:4
  204:22 212:14
finished  284:13
finkelstein  6:9
firewall  274:18
  275:6
firm  9:1,4
firms  137:22
  202:19
first  9:16 30:19
  57:11 58:22 79:5
  79:8 84:3 95:8
  102:12 111:18
  113:2 119:2
  127:12 140:6
  144:16 145:12
  153:16 163:22
  170:14 176:5
  179:3 181:5 183:2
  191:16 206:3
  207:19 224:17
  230:16 234:15
  268:8 274:10
  279:19 280:6
  285:2,4 289:18
  294:16 308:12
  311:10 328:3

fiscal  208:21
  313:19
fit  42:16 81:21
fitness  70:15
five  43:15,18,19
  44:1 106:13
  143:10,11 310:11
fixed  270:19
flagship  190:15
flashing  316:4
fleshed  196:14
flexibility  212:8
flipped  132:3
floor  338:15
florida  48:3,4 65:4
flow  103:17,18
fluid  296:6
fluidly  295:9
focus  30:1 109:4,6
  135:3,3 138:7,14
  203:8,11,13,15,17
  203:21 207:11,18
  225:20 226:22
  227:3 265:8 266:9
  270:8,11 274:5
  276:17 279:10,12
  279:16,20,21
  281:1,3,6,10,11,20
  285:22 286:8,16
  286:19 287:5
  297:18
focused  288:16,16
  311:17
focusing  248:6
foia'd  318:11
folks  327:9 328:11
follow  97:3,13,16
  97:21 125:5,9
  128:21 129:9,13
  129:18,19 130:1
  131:6,14,22

132:10 133:17
134:4 135:3,5,10
143:14 158:2,6,21
159:18,22 162:5
174:20 176:11
187:15 193:3,6
194:11 208:4
209:14 221:8
222:7 223:5
226:19,21 230:13
237:22 240:18,21
244:10,21 245:1
245:13,17 246:17
269:15 315:6
316:8 334:17
**followed** 128:22
129:7,14 169:9
**following** 28:20
153:19 301:21
**follows** 9:17 21:22
**fontenot** 83:5,6,7
**foregoing** 336:4,6
337:3
**foreign** 21:13,17
217:18
**forget** 122:11
148:10
**forgive** 68:9
**forgot** 40:13
**form** 15:2 16:15
19:18 20:6,11,16
22:19 23:16 24:11
25:13,14,16,19
26:1,8,14 27:4,19
31:6 37:7,18
39:19 41:20 42:8
42:22 53:14 60:1
66:10 73:8 76:7
86:22 89:20 92:9
108:13 110:18,20
116:4 118:15

120:20 121:19
123:17 124:14
134:6 151:18
152:19 153:4,9,20
153:22 154:3,4
162:13,15,17
164:4,17,18
165:13 171:15
172:14 173:5
174:16 175:12
179:3 180:9,17
181:9,22 182:1,4,8
184:7,8 186:13,17
186:19,22 200:1
201:15 204:3,3,7
204:14 206:6,11
208:9 211:20
212:18,21 213:10
213:12,12,19,22
217:6,20,22
220:15 225:16
226:4 228:9
231:14 236:4,20
236:21,21 247:5
251:20 262:15
264:6 270:1 272:4
272:7,22 275:14
277:1 278:13
280:21 284:17
296:6,9,10 299:4
308:2 310:22
312:15 317:5
325:12 330:4
**formal** 176:18
190:9 281:21
**formally** 241:2
**format** 59:17 60:3
150:19,21
**formats** 166:9
**formatting** 169:5
169:15 170:18

172:22 173:3
**formed** 34:2 94:14
**former** 137:10
**forms** 28:4 49:17
62:3 157:11 175:1
179:4 194:20
204:17 225:6
**formula** 246:13
**formulation** 55:3
**fort** 65:4
**forth** 103:9 152:9
158:21 321:15
322:10
**forum** 203:1
**forward** 156:2,5
191:3 193:6
202:13 234:8
338:8
**forwarding** 83:5
83:10 84:13
**found** 51:12 65:21
124:2 130:1,21
235:22 252:16,20
286:6
**foundation** 306:16
307:1
**four** 173:13 246:4
310:6 311:10
**fraction** 197:5
**frame** 117:1
266:17,18 309:21
**frank** 160:17
**free** 12:6 31:13
**freedman** 4:3
338:9
**french** 83:8
**fresh** 207:20
**friday** 79:19
**friend** 324:15
**front** 10:15 73:17
331:6

**fulfilled** 293:19,21
**full** 24:11 25:14,16
25:20 26:3,8,21
27:3,7 31:8
107:21 142:11
146:1 179:8 199:7
204:15 254:22
297:20 298:15
313:19
**fully** 201:22 204:8
284:14 307:19
**functions** 27:13
28:15
**fund** 208:8 209:17
209:18 216:3
**funded** 149:19
213:16
**funder** 279:5
**funding** 213:11
214:7,12 271:10
**funds** 209:2,22
210:5,8 211:6
215:12,16 333:12
333:13,17
**further** 11:21,22
98:20 180:17
280:16 334:16
336:14
**future** 35:12 37:10

**g**

**g** 3:1 8:1 79:12
139:2 250:8,9
254:11,18 260:20
**g01** 245:3,5 259:15
260:21
**g1** 250:7
**g4** 254:17
**gabrielle** 6:1
**gabrielle.boutin**
6:5

| | | | |
|---|---|---|---|
| **gamut**  298:15 | **generically**  134:16 | 306:13 310:5,6 | 239:10 241:7 |
| **gary**  44:14,22 | **geographic**  51:10 | 313:5 322:4,5 | 243:7 244:21 |
| 47:17 48:1 83:20 | 52:14 64:9,11 | **goal**  66:19 191:6,9 | 249:15 261:17 |
| **gather**  147:11 | 263:11 | 196:21 264:4 | 264:15 266:12 |
| 195:4 203:18 | **geographical** | **goals**  67:4 191:6,8 | 267:14,14 273:8 |
| 265:9 272:17 | 250:11 | 191:11 226:10 | 280:16 285:16 |
| 320:18 | **geography**  39:12 | **goes**  118:14 | 289:16,20 290:11 |
| **gathered**  112:15 | 46:2 52:12 59:11 | 192:10 230:14 | 290:15,18 291:3,4 |
| 323:1 | **germane**  232:5 | 255:14 314:10,14 | 297:9 299:18 |
| **gathering**  147:13 | **gestures**  13:16 | **going**  8:4 11:2 | 302:9,14 303:9,22 |
| **gears**  219:13 | **getting**  219:16 | 12:11 13:14 16:3 | 303:22 305:16,17 |
| **gender**  291:8 | 223:6 280:5 | 26:16 27:14 28:16 | 308:7 315:5 |
| **general**  6:3,9 7:2 | **gina**  288:13,20 | 28:21 33:22 41:11 | 321:18 324:17 |
| 134:11 145:21 | **give**  48:11 50:22 | 54:18 55:8 60:4 | 326:1 328:20 |
| 146:4 149:1 | 72:14 101:5 | 60:20 61:7,20 | 330:18 |
| 155:18 158:16 | 104:11 182:17,20 | 62:4 63:4,18 67:2 | **gold**  115:9 |
| 175:16 200:14 | 226:17,21 277:2 | 67:14,16,22 69:1 | **goldstein**  2:5 6:8 |
| 202:1 250:15 | 278:12 314:8 | 70:7,8 74:8,9 | 290:4,5,7,22 |
| 269:5 283:19 | **given**  34:5,9,15 | 95:18,20 96:16 | 299:10 304:4,7 |
| 303:3 | 111:11 180:10 | 97:14 99:7 104:13 | 306:11 309:13 |
| **general's**  290:8 | 261:11 275:2 | 107:13 113:9 | 311:4 312:12 |
| **generally**  11:14 | 276:9 306:21 | 118:3 126:1,5 | 317:10 320:2,7 |
| 77:7,15,17 90:7,18 | 307:8 332:11 | 128:19 135:4 | 324:13 325:14,18 |
| 91:7 131:15 | 336:11 337:5 | 139:14 140:1 | 330:10,16 331:2 |
| 132:10 137:6 | **gives**  227:3 | 143:20 144:5 | 331:18 332:18 |
| 142:19 147:9 | **giving**  32:6 105:2 | 152:15 154:18 | 333:1,4 334:16 |
| 148:19 149:18 | 144:16 147:17 | 155:16 157:14,16 | **good**  8:4 36:6 38:5 |
| 152:9,17,19 | **go**  8:12 11:5 13:4 | 162:3 166:7,10 | 139:10 144:11 |
| 155:13 232:3 | 104:13 105:2 | 170:5 175:21 | 187:11 206:18 |
| 260:10 269:9 | 117:5 123:4 128:8 | 184:12 187:2,5 | 264:21 273:20,21 |
| 292:19 298:10 | 132:16,17 139:12 | 188:16 190:15,16 | 280:3 285:7 290:6 |
| **generate**  80:10 | 140:6 149:8 | 190:20,21 191:2 | 309:12 316:1 |
| 81:4,14 133:21 | 154:11 157:1 | 193:6 195:5 | **gotten**  239:18 |
| 244:19,20 257:4 | 160:15 173:10,14 | 202:13,21 209:9 | **governed**  147:3 |
| **generated**  133:21 | 176:15 180:18 | 210:3 214:2 | 156:11 |
| 198:14 246:21 | 184:10 187:3 | 215:19 217:21 | **government**  41:20 |
| 247:1,3 | 198:21 209:1,13 | 219:5 224:17 | 156:10 265:18 |
| **generating**  242:21 | 215:1,4,20 234:8 | 227:17 231:16 | 276:20 277:11 |
| **generic**  24:20 | 244:9 246:6 251:5 | 232:20 233:1,18 | 278:14 |
| 37:20,20 219:19 | 264:14 281:18 | 233:20 234:3,20 | **grader**  68:14 69:2 |
| 246:12 | 289:19 290:12 | 235:1 238:9 | |

grammar 111:14
granted 166:2,17
granule 46:2
graphical 173:18
great 14:7 15:9
  228:18
greater 106:18
  124:12 131:13
  132:8
greatest 126:17
gross 256:1,6,14
  257:5,21 260:12
ground 13:5 157:4
  236:16
group 29:15 30:19
  30:20 31:20 41:11
  42:11 46:13 48:19
  53:4 121:11,12
  123:9 130:10
  138:14 141:7,9,12
  141:13,18 142:18
  156:18 163:11,11
  203:8,15,17
  236:18 265:8
  266:9 270:11
  274:5 279:12,17
  279:20 281:3,7
  286:8,16 287:12
  294:6 310:8
  311:15
group's 203:11
groups 30:1 109:4
  109:7 138:8
  143:22 174:17
  202:2 203:13,21
  207:12,18 225:20
  236:12 270:8
  276:17 279:10,21
  280:19 281:1,10
  281:11,14,20
  285:18,22 286:6

286:19 287:5
  294:5,9,11 300:21
  301:14
grunts 13:17
guess 190:21
guessing 289:16
gui 173:18
guide 279:17
guided 226:9
guideline 235:4
guidelines 3:7
  158:21 159:1,2
  235:9 320:5 321:5
  322:4

**h**

h 12:19 73:15
  339:1
half 28:10 86:9
  106:14 326:7
  328:8,12
halfway 57:15
hand 16:17 20:10
  157:14 264:11
  267:14 290:18
handed 321:9
handheld 125:12
handing 291:1
  321:3
handled 150:17
hands 288:10
happen 146:15,16
  146:17,22 156:22
  212:16 281:10
  303:9
happened 38:9
  67:9 69:15 206:12
  206:21,22 207:2
  209:4 217:5
  219:22 225:8
  313:12,14

happening 238:7
happens 119:20
hard 46:11 201:16
  222:15 239:13
  250:1 258:7,12
  263:17 264:4
  279:22 280:15,20
  282:4 286:11,11
  286:15 314:7
hardened 67:5
harder 307:22
  308:4 312:8,9
hardware 205:17
harmed 313:4
harvard 48:2
headed 149:13
header 72:8 74:20
headquarters
  235:7
health 293:3
hear 17:21
heard 44:15,20
  45:1,5,6,8,9 167:7
hears 165:21
heart 226:14
heggeness 96:22
  97:8
held 8:20
help 126:19
  182:17 191:22
  192:3 193:8,11
  250:9 278:9 327:8
  329:10,11
helpful 298:13
helpfully 290:14
hereto 336:16
herron 63:3
hesitate 338:12
hesitation 146:8
hierarchy 291:20

high 87:12 88:21
  89:21 90:4,12,14
  90:15 91:6,10
  134:18 137:15
  141:20 176:14
  276:18 280:12
  282:18
higher 85:17
  94:11 107:5 114:9
  115:1,5 121:15
  122:17 134:5
  135:10 192:13
  233:10 237:8
  244:19 322:14,17
  325:15
highest 310:7
highly 137:7
  287:12
hire 194:15 315:9
  316:5,13 317:4,7,9
hiring 316:16
hispanic 181:21
  182:5 183:7 185:2
  185:11 186:9
  245:13 258:16
  259:2,8,9 262:7
  286:4 310:8,17
  313:1
hispanics 233:13
  258:18 259:4,8
  262:10,13 282:1
  285:19 286:19
historical 25:3
  194:19 227:12,15
  266:4
history 33:12
  189:5 193:16,17
  305:16
hit 229:4
ho 2:3 4:8 9:19
  10:1,17 11:4,10,16

11:22 12:8,16,22
15:8 16:9 18:2
19:17,22 21:7
24:3 37:11 38:15
40:8 42:17 43:13
53:18 57:1 64:21
66:12 71:7 72:2
73:13 74:15 76:11
79:3 82:21 86:5
87:17 90:1 92:13
95:15 96:20 99:7
100:5,9,11 108:17
112:1 115:19
116:13 121:8
122:7 124:6,18
125:3 135:6
139:12,20 142:2
143:19 325:22
**hold** 192:13
**holidays** 63:18
**hone** 231:8
**honed** 231:4,5
**honest** 98:3
**hook** 73:4,15,20
**hope** 60:17
**hoped** 96:15 308:6
**hot** 248:12,15,21
250:18
**hour** 64:5 99:8
**hours** 11:8 12:7
100:1
**house** 238:4 266:2
**household** 51:2,5
51:6,7,8,9,11,19
52:7,8,10 66:17
78:12,14 117:11
118:14 119:6,12
119:15,17,22
120:5 125:13,21
126:14 197:5
220:6,8,11,22

221:7,12,14,18
223:2,10,13,21
227:18,22 228:12
228:22 229:7,13
229:17,21 230:6,8
231:1,2 236:13,15
238:4 239:15,16
246:2,5,6,17
247:15,19 252:1
252:18 253:21
266:16
**household's** 117:9
**householder** 22:4
**households** 51:18
52:11 106:5,15
109:19,20 112:18
112:22 116:8
122:16,18 123:21
123:22 124:10,11
126:16,18 127:17
128:2,4,8,10
129:17 131:13,21
132:9,15 134:5
135:11 195:18
231:19 232:2
233:6,8 236:1
237:7,9 241:6,11
242:3,11 243:7
244:9 245:1,14,17
249:18 253:10
260:2 266:22
267:9,11 334:11
**housing** 20:3
117:2,4,11,20
119:10 122:2,5,8
123:1,3,10,11,13
124:8 220:13
222:5 238:4
**huh** 13:17 67:6
118:5 119:7 129:5
150:11 160:19

**hulett** 5:1
**human** 263:21
**hurry** 324:21
**hyphenated**
248:15
**hypotheses** 87:13
**hypothesis** 89:4,17
114:16 115:11
237:11,13 241:15
241:16,18,20
242:2,3,11,15,22
243:4,14,20 253:4
316:15
**hypothesize** 89:7
**hypothesizing**
87:8
**hypothetical**
89:11 124:4
**hypothetically**
154:20

**i**

**idea** 114:20
122:19 139:10
**identifiable** 88:19
278:13 288:17
**identification** 75:8
311:9
**identified** 66:21
76:19 77:18 78:5
91:21 92:2,16
94:1 123:22 124:1
267:21 282:12
285:17 293:18
332:8
**identify** 50:9
155:12 169:3
172:21 276:5
278:10 283:9
292:12,13 320:16
**identifying** 76:6
232:8 285:6

293:15
**identity** 291:8
**ignore** 66:4 323:12
323:19
**image** 229:6
**imagine** 201:16
**immediately** 16:22
20:16 21:16 150:4
207:1
**immersed** 308:19
308:20
**immigrant** 118:11
**immigration** 1:3
4:1,8 5:10 8:16
13:1 56:6 265:1
278:15 302:20
337:18 339:2
**impact** 201:13
276:2,6 309:18
**impair** 214:5
**implement** 190:18
192:5 212:4 240:8
308:1,4 323:9,11
323:15
**implementation**
169:6 177:3
218:10
**implemented**
218:4 226:13
247:9
**implementing**
175:11
**implications** 307:4
**implies** 49:13
282:17
**important** 169:9
265:22 283:18,20
284:1 298:20
308:14
**imposing** 187:19

**impossible** 69:11
**imprecise** 287:10
**improper** 35:19
**improperly**
 255:10
**improve** 262:17
 263:15 311:18
**improved** 311:22
**improvement**
 47:12 190:18
 191:15,17
**improving** 47:4,10
 84:4
**imputation** 185:18
 221:16,19 247:11
 247:12,14,17
 248:8,22 250:15
 250:18,20 253:8,9
 328:10,20
**imputations**
 222:11,13 223:11
 248:4,12 253:12
 256:11
**impute** 222:15,17
 247:14 327:2,9,19
 329:12,19
**imputed** 19:8,10
 247:20
**imputing** 185:10
 186:9
**inaccuracies** 94:11
**inaccuracy** 330:1
**inaccurate** 326:15
**inaccurately**
 94:10
**inadequate** 32:21
**inappropriate**
 161:17
**include** 58:3,9
 106:5,6,8 109:21
 115:13 116:11

163:2 164:5 178:3
 179:9 222:7
 235:15 272:11,11
 291:7 332:9
**included** 28:4
 56:16 109:20
 185:5 196:7 198:4
 236:21,22 250:4
 263:5 272:7
 313:21 319:5
**includes** 44:10
 115:14 162:8
 175:10 236:20
 285:5 299:11,12
**including** 26:21
 27:8 30:10 39:12
 49:10 72:6 83:1
 118:18 136:1
 160:7,17 176:20
 206:3 231:8
 278:13,14 285:18
 313:8
**inclusion** 268:6
 273:1
**income** 113:20
 229:17 232:9
 233:9,10
**inconsistencies**
 330:8
**incorporate**
 227:16 228:21
**incorporated**
 191:12 289:7
**incorporating**
 177:4
**incorrect** 86:21
 92:8 93:10 282:22
 283:7,10 327:7
**incorrectly** 93:3
**increase** 107:16
 108:16 134:15

202:8 207:22
 211:9 240:20
**increased** 108:12
 134:22 216:22
 282:14,16 286:22
**increases** 128:9
**increasing** 105:20
 107:7,8,8,11,13
 108:22 109:9
 201:21
**increasingly** 89:1
**incremental** 208:6
 208:20 210:10
**incumbent** 42:13
**incurred** 208:21
**independent** 45:13
 47:9 207:21 293:2
**independently**
 65:8
**indian** 229:3
**indicate** 284:10
**indicated** 93:8
 129:14 286:19
 329:1
**indicates** 76:13,15
 118:16 261:7
**indication** 43:11
 180:3
**indications** 94:5
 106:18
**indicative** 232:21
 233:3
**indicator** 263:9
 286:12 329:7
**indicators** 105:15
 105:18,22 108:20
 109:2,7 135:14
 158:14 258:13
 260:2 263:7
 264:11 265:10,11
 266:5 289:4

**indirect** 198:14,17
 199:17 200:2
 252:9,10
**indirectly** 198:11
**individual** 66:6
 75:8 183:8 228:22
 275:21
**individuals** 72:5
 248:8 280:20
**industry** 212:11
**inference** 200:2
 280:3
**inferences** 166:6
 166:14,16 168:14
 168:19 198:15,17
 199:17
**influence** 302:19
**informal** 291:20
**information** 28:21
 36:18 38:2,6,13,17
 39:9 44:11 57:4
 58:9 66:2 75:6
 78:12 80:10 81:17
 84:5 85:19 88:19
 138:15 158:4,12
 158:15,17 159:3
 159:20 160:16,20
 180:5 185:15
 186:21 194:2,6,8
 199:21 202:14
 203:2,19 207:17
 207:20 219:16
 220:18,19 222:16
 223:7 228:22
 229:1,9,9,16,18,20
 232:8 238:3,5
 239:20 246:10,15
 259:11,13 261:11
 262:5 265:10,19
 268:9 272:17
 274:18 276:16

280:22 282:5
283:8,9,10 284:4
284:15,22 285:11
292:3 293:5
295:19 304:17
305:11 311:21
318:12 320:11
**informed** 164:12
164:13
**informs** 307:1
**infusion** 51:3
53:20
**inherently** 156:12
**inherited** 154:4
**inhibit** 66:20
**initial** 150:12
**initially** 41:6,7
189:10
**initiative** 279:5
**input** 32:6 207:14
**inquiry** 197:4
**inside** 36:11
167:22
**instance** 167:2
**instantiated**
176:16
**institute** 4:3
**instruct** 167:13
**instructed** 29:9
138:12 163:19
177:5 213:13
220:14 303:7
320:16
**instructing** 213:10
**instruction** 164:9
**instructions** 22:12
117:5 120:8 169:5
178:4 221:9 285:1
285:1
**instrument** 28:1
30:1 156:21

162:10,10,12,14
162:20 164:2
168:16,18 169:1
169:22 173:17
174:2,19,20
178:18 179:18
192:4 197:12
203:9 204:13
205:3,4,19 212:7,9
212:17 213:21
214:18 215:10,22
217:1 218:2 226:3
267:1,2 268:3,19
269:12,13 270:13
274:3 275:9,17
312:5,6,9 320:19
**instruments** 27:22
162:16 225:22
270:7 307:11
321:21
**insufficient** 44:17
45:3,5 210:20
**integral** 153:21
**integrated** 3:5
138:4 139:4
201:19 213:22
263:6 270:22
304:3,9 307:13
314:2 317:15
318:4,6
**integrating** 176:11
204:22
**integration** 164:22
165:6 175:8
287:20
**integrity** 166:13
**intend** 77:12 152:4
166:5 180:18
199:18 206:10
207:22

**intended** 163:16
**intending** 225:9
271:12
**intensive** 315:5
**intensively** 316:10
**interaction** 251:19
**interacts** 58:13
**intercensal** 185:4
**interdependent**
287:12
**interested** 9:8
134:17 336:17
**interface** 173:18
**interfere** 8:10
**interim** 276:10
278:19 282:6,9,14
284:7,10,12,14
285:12,15 289:17
**internal** 34:3 35:1
54:22 55:3 130:12
228:20 232:14
284:19 306:16
307:6 335:6
**internally** 266:14
274:22 284:15
**internet** 17:7,13
18:5,13 19:6
29:22 129:1,3
134:14 162:13
164:2 169:21
174:1,16,18
176:10 204:3,13
212:6,9 213:12,21
214:17 215:10,22
217:1,9 218:1
267:2 269:13
312:5,8
**interpret** 121:3
241:19 242:7
320:20

**interpretation**
124:16 131:10,18
160:14
**interpreted**
319:11
**interpreting** 121:7
243:20
**interruption** 125:2
208:11 324:12
**interval** 43:12
**intervene** 49:9
200:4
**intervening**
205:13
**interview** 124:22
129:1,8,10 230:15
**interviewed** 30:19
31:22 46:9 117:7
**interviewer**
118:14 119:21
**interviewer's**
117:5
**intimately** 45:20
**introduce** 70:1
**introduced** 70:2
**introduces** 70:4
**introduction**
204:6
**invitation** 63:5
137:5 197:1
**inviting** 64:2
270:17
**involve** 155:22
171:4,6 205:13
235:1 307:14
**involved** 30:3 33:4
105:9 141:7
156:12 318:5
**involves** 152:9
205:8

**island**  316:16
**isolate**  229:11
**isr**  29:22
**issue**  72:10 73:5
  89:12 143:22
  151:9,17 217:9
  271:21 281:22
**issued**  56:9 75:7
  78:2 284:17
**issues**  63:21 136:1
  141:1 152:16
  172:21 263:2
  284:9 294:1
  298:14,16 330:1
**issuing**  272:19
**item**  18:14,19 19:2
  19:3 54:3 106:21
  107:8,17 108:7,19
  172:16 230:1,3
**items**  179:22
  230:2 284:8 313:9
  333:8
**iterative**  154:17
  155:11,14
**itin**  75:20 76:10,12
**itn**  76:10

## j

**j**  12:19 72:5
**james**  47:7 62:14
  63:9 64:2 80:6,17
**january**  2:14 72:6
  74:11,12 79:5,13
  90:9,20 92:5,14
  96:11,22 97:2
  98:4 110:6 141:6
  164:13 199:1
  210:12,13
**jarmin**  28:14
  82:22 83:4,10,16
  84:7,13 85:1,8,16
  105:5,9 148:9

334:9,20
**jarmin's**  84:18
  96:4 98:11
**jefferson**  338:15
**jmf**  1:5
**job**  159:3 246:22
**john**  1:12 2:2 4:3
  8:14 9:15 12:19
  79:10 137:11
  335:19 337:2,14
  338:3,9 339:5
**jointly**  131:3
**jon.freedman**  4:6
**jorgenson**  1:16 9:4
  336:3,20 338:14
**jose**  5:9 264:22
**judicial**  292:6
**july**  110:21 111:12
  332:12,16
**jumping**  290:15
**june**  57:11 211:19
  213:19 214:4,14
  216:17 218:7
**justice**  5:6 6:2,16
  30:18 39:3 40:17
  41:8,14 44:14,19
  45:2 54:14,19
  55:8,13 59:17,22
  61:5,14 62:2
  63:21 83:20,22
  101:14 147:20
  161:12 337:16
**justification**  145:6
**justify**  293:13

## k

**karen**  1:16 9:4
  336:3,20 338:14
**karun**  4:13 187:12
**keep**  10:20 243:2,3
  266:18 277:7
  278:1 283:2,4

**keeping**  134:13,17
**keith**  4:17
**kelley**  4:4,18
  334:9,21
**kept**  203:16
  265:19
**keywords**  333:21
**kind**  49:20 58:7
  125:11 144:15
  165:7 201:17
  202:18 206:16,16
  266:5 313:1
**kinds**  115:8 165:8
  203:3 205:15,19
  234:2 247:13
  283:10
**king**  48:1
**knew**  33:7 63:9
  183:12,17
**know**  15:20,22
  17:21 22:8,11
  27:3 32:19 59:8
  63:7 69:16 73:19
  73:21,22 74:1,17
  83:22 84:1 88:9
  98:13 100:21
  101:6 102:20
  104:6,18 105:6,8
  105:12 106:6
  110:12 111:3
  112:5 116:10
  121:2 122:1 123:3
  126:3,16 133:15
  133:18 139:3,22
  140:14,18 148:6
  148:16 151:20,22
  160:4 165:22
  166:18 191:5,6
  210:4 218:5,8,17
  219:3,7 221:2
  222:10,12,17,18

224:9 227:10
  231:17 232:14
  237:15,17 238:8
  238:11 245:4
  246:13,14 247:8
  248:4,5,6 250:13
  253:15 256:6,7
  258:1 260:19,19
  275:11 280:11,13
  287:9 299:13
  305:1,9 308:17
  309:1 314:6
  317:19,20 318:15
  318:17,22 319:1
  319:18
**knowledge**  86:8
  190:22 296:13
  305:11 332:9
**known**  157:5
  181:6 209:8,8
  269:10 278:4
  279:22 280:20
**knows**  104:17
**kravitz**  4:13
  187:13
**ktilak**  4:16
**kyeomans**  4:20

## l

**l**  5:6 79:12 139:2
**label**  94:4 258:12
**labeled**  244:1
  257:5 260:17
**labeling**  266:13
**labelled**  289:17
**labor**  297:12
**laboratory**  270:1
  270:5,9
**labs**  270:6
**lag**  76:21
**laid**  176:2

**lamas**  27:11 83:13
  101:20 102:9
  105:6,9 148:13
  334:8
**lamas's**  334:21
**land**  11:15
**language**  76:3
  178:6 218:3
  232:12 245:22
  260:1,3 280:11
  291:11
**languages**  217:18
  217:21 218:4,10
  292:3
**large**  157:16 160:3
  197:3 252:7 269:5
  287:13 290:12
  293:14 311:11
  324:18
**larger**  101:1 108:6
  130:10 242:8
  258:17 259:2
**largest**  128:4
**late**  165:4 218:21
  219:4 284:18
  307:21
**law**  5:15 8:20
  39:21 58:3 213:14
  278:1,4,12,17
  283:4
**laws**  191:11
**lawyer**  145:13
**lawyers**  5:15
  143:21 325:1
**lawyerscommitt...**
  5:17,18
**layout**  29:22
**layouts**  166:9
**lead**  27:20 29:3
  138:18 270:22
  317:16

**leadership**  335:5
**leading**  29:21
  147:9 184:5 313:7
**learn**  46:19,20
  205:5 263:22
  289:1 318:2
**learned**  175:6
  238:1 305:19
  306:2 308:13,15
**leave**  187:2 314:8
  333:5
**leaving**  331:22
**led**  29:16 81:6
  268:12
**left**  16:17 261:1
**leftover**  328:11
**legal**  1:20 9:2,4
  56:10 75:10,22
  78:9 82:10 85:21
  145:5,9,11,15,20
  146:6,12,18,20
  147:3,19,22 148:3
  148:20 149:4,5
  151:22
**legally**  210:2
**legislation**  179:14
  292:5
**legislative**  40:3,7
  45:21 58:17
**legislatures**  57:21
  58:14 59:4
**length**  12:9 192:19
**lesson**  237:22
**letter**  44:13,22
  47:17 84:4 98:17
  98:19
**level**  34:14 41:11
  42:12 46:2,14,14
  48:19 51:2,5,6
  52:12 54:13,17
  55:4,14,20 56:2,12

56:16 58:10 59:5
  59:13,18 60:5,6,9
  61:7 64:9 66:2
  67:11,19,21 68:15
  69:7,17 70:19
  71:9,10 73:10
  80:22 81:15 85:3
  94:22 100:17,19
  101:1,3,12 141:20
  141:22 176:14
  239:16,20 240:3
  240:10,12 261:9
  276:18
**levels**  39:11 193:9
  198:7 201:14
  202:8 207:22
  208:5 263:11
  287:3 317:2
**liberties**  4:9
**liberty**  6:10
**life**  167:9
**lifecycle**  30:10
  31:8 160:15
  175:18 204:10
  209:17 213:17
  214:15 215:15
  231:15 244:6
  268:20 315:6
  333:19 334:4
**light**  113:13
  201:11 208:1
  211:10 273:3,6
  290:13 303:1
  331:8
**lights**  316:4
**limitations**  42:14
**limited**  10:21
  245:17 248:5
  259:20 268:7
**line**  72:21 339:7

**lines**  52:18,19 53:4
  130:18
**link**  89:2 91:22
**linkage**  89:12,21
  90:2,10 91:6,10,13
**linked**  85:5,8 86:9
**linking**  88:8
**links**  89:13
**list**  63:5 328:15
**listed**  279:9 332:6
**literally**  274:2
**litigation**  7:2
  257:15
**little**  74:9 101:18
  178:16 181:18,19
  219:13 290:13
  310:1
**live**  68:8 193:22
  220:18 222:4,6,19
  238:6 246:9
  247:15 248:22
  309:9
**lived**  51:14
**lives**  220:15 223:7
**living**  117:6 135:1
  153:11 183:8
  246:5 260:8
  261:13 267:7
**load**  197:2,14
**loaded**  47:3
**loads**  201:7
**locate**  22:13 23:22
**located**  8:21
**location**  255:11
**logic**  182:16
**long**  4:19 19:18
  20:6,11,15 22:19
  25:22 33:12 64:4
  103:9 104:17
  153:20 154:3,4
  163:3 177:13

[long - materials]                                          Page 35

186:13,19 218:22
272:3,7,22 275:16
296:6,9,10 300:17
**longer** 38:1 292:6
**longitudinal**
112:12,20 113:5
113:11,13,17
114:8,22 115:21
116:14,19 117:2,9
117:19,21 118:19
118:22
**look** 16:12 22:14
69:9 72:13,19
74:5 104:14
106:21 112:5
122:13,14,15
123:20 127:5
128:13 129:22
173:11 174:13
182:8 183:2 186:3
218:18 245:10,12
245:16 261:21
276:8,9 281:18
**looked** 120:9
121:12 126:12
130:21 132:22
133:11 182:2
249:16,21 253:15
272:1 322:8
**looking** 20:2 22:7
74:4 88:10 91:14
127:14 232:6
238:20 254:16
276:4
**looks** 21:11 51:13
65:9
**loop** 333:9
**looser** 262:22
**los** 4:17
**lot** 46:16 53:5,6
118:8 127:5

167:17 202:21
225:5
**lots** 115:14 156:7,8
288:2
**low** 87:10 226:20
227:12 263:8
280:12 282:18
288:17 289:3
317:2
**lower** 124:9
132:15 134:3
135:9 141:21
235:22 263:13
322:11
**lowest** 64:9 125:20
126:15 128:2
**lump** 129:1 190:1
**lunch** 140:2
**lupe** 5:1 144:13
**lynn** 1:16 336:3,20
338:14

---

### m

**m** 73:15
**macro** 308:8 315:7
**macroenvironm...**
238:16 314:7,8,11
314:17 315:20
316:3,12
**maf** 270:15
**mafid** 230:12,18
**mafids** 267:1
**magnitude** 243:13
258:1
**mail** 164:4,4,4
197:1 267:6
270:16
**mailbox** 309:3
**mailing** 259:18,19
259:21 260:5,9
261:5

**maine** 52:15
**maintained**
241:15 243:19
**major** 205:4 229:4
299:7,8
**majority** 166:12
308:16
**making** 38:8 197:4
234:4 242:3,5
300:19 316:13
**maldef** 5:2
**maldef.org** 5:4
**manage** 134:11
**management**
147:5 151:8 152:8
152:12 163:4
165:4 174:14
176:4,16 180:15
206:19 211:5
272:18 321:6
**managers** 289:10
**manatt** 5:11
**manatt.com** 5:13
**mandate** 292:2
**mandatory** 134:18
294:18 295:1,7
**manner** 42:16
58:21 120:17
134:12 150:22
194:6 203:16
242:9 321:21
**map** 2:13 64:20,22
65:4,6,19
**march** 34:9 102:5
179:7 285:13
287:1 299:16
300:5 326:4
**margin** 43:9 46:15
180:1
**margins** 42:12,15
42:18 49:1,4,6,15

71:11 100:18,22
101:2,11
**mark** 16:5 19:14
21:4 56:19 64:19
71:21 74:8,9
78:21 82:18 96:17
144:16 182:19
282:20
**marked** 16:8
19:16 21:6 56:22
64:20 72:1 79:2
82:20 96:19
111:22 127:9,11
144:19 157:16,20
182:22 185:21
246:6 254:9,12
267:15,17 279:1
290:19,21 291:1
304:1,3 320:2,6
321:3 325:21
326:2 331:6
**marketing** 263:7,8
**marking** 111:19
**maryland** 4:2
144:14
**massachusettes**
4:5
**massachusetts**
1:15 6:16 8:21
337:16
**master** 266:17,21
**match** 51:12 90:12
90:13,14,17
**matched** 51:9
90:15
**matching** 88:14
**material** 166:4
**materially** 107:4
**materials** 169:2
177:15 178:2,3,6,8
178:19 207:13

**[materials - minimize]** Page 36

217:17 218:13
225:7 270:17
301:1
**mathematical**
268:14 324:19
**matter**  8:15 62:18
78:4 188:14 232:7
**matthew**  6:2,8
**matthew.colang...**
6:13
**matthew.wise**  6:6
**maximizing**
321:22
**maximum**  223:20
224:1
**mcannon**  7:5
**mcdonald**  48:4
**mcmahn**  48:3
**mean**  35:20 37:14
53:21 69:19 80:8
81:7 98:2 110:20
113:7 128:16
147:12 160:12
197:7 202:15,18
210:2 215:19
221:22 232:22
257:6 260:11
288:15 291:16
313:3 335:7
**meaning**  43:3
186:14 213:22
**means**  51:6 112:14
114:6 125:10
128:7,21 129:11
141:8 145:11
212:20 247:18
250:14 257:7
324:5 326:12
**meant**  29:7 80:16
80:17 81:8 112:8
156:13 158:19

183:16 260:13
287:8,9 314:9
327:13 328:18
**measure**  18:14
257:3 269:5 283:6
287:3 311:14
**measurement**
29:13,14 30:21
31:21 32:4 70:16
245:9,22 250:4
255:15 268:16,17
269:6 270:9 274:1
311:2 322:1,6
**measurements**
293:16,17
**measures**  113:3
134:3
**measuring**  287:4
**media**  8:13 99:11
99:15 139:17
184:15 202:19,22
203:4 251:8,11
285:5 290:1 313:9
313:21 330:21
**medicare**  229:3,20
233:14
**medium**  60:10
**meet**  40:3 45:22
46:7 58:15 96:14
98:20 99:2 107:1
155:21 213:13
219:10 230:22
300:4
**meeting**  62:13,22
63:4,8,11,12,14
64:4 96:5,7,10,13
97:4,13,16,18 98:1
98:10 167:18
233:4 279:5 300:6
300:8,16

**meetings**  59:21
63:19 97:21 294:2
298:8 300:14
301:22
**member**  34:6
119:5 335:2
**members**  52:9
78:11,13 119:12
135:22 136:9
137:7 259:8 262:7
**membership**
298:7
**memo**  2:15 3:9
74:11,13 90:9,20
92:5,14 110:6
199:1,3,8 325:21
326:3
**memoranda**  322:9
**memorandum**
98:5 103:4 181:3
**memorize**  103:12
**memorized**  23:6
164:22 219:1
**memory**  72:15
126:6,20,21
153:11 196:14
212:14
**memos**  235:18
330:3
**mention**  62:9
**mentioned**  47:19
48:14 53:19 60:11
136:7 146:11
165:14 210:9,18
219:2 223:20
225:17 244:3
296:20 304:9
**mentions**  281:2
**messaging**  97:5
98:2 201:22 288:9

**met**  137:12 300:6
300:8
**method**  220:10
221:13,17 237:3
**methodologist**
268:13
**methodologists**
29:16 273:20
324:20
**methodology**
36:17 136:3 329:2
329:5
**methods**  49:9
53:22 167:17
195:18 219:16,18
219:20 220:7
223:9,12 321:21
**michael**  7:1
**micro**  276:12
**microdata**  332:11
**microphones**  8:6,9
**microscope**  69:8
**mid**  1:20 141:6
215:2
**middle**  21:10
57:14 65:14
143:11 212:19
214:1
**mike**  48:2,4
**million**  141:21,22
192:7 201:21
208:18 209:19
210:10,14 216:6
216:10,11 231:19
241:3 244:3 255:2
255:7,16 256:11
256:20 334:11
**mind**  33:19 101:16
170:7 307:19
**minimize**  36:3
325:10

**minimizing** 322:7
**minimum** 230:19
  230:21
**minorities** 120:13
  233:13
**minute** 164:16
  278:20
**misperceptions**
  284:8
**missed** 253:22
  254:2 256:15,17
  256:20 261:19
**missing** 78:3 97:3
  97:13 195:10
  186:9 257:7
**misspoke** 183:15
**mistakes** 111:14
**misty** 96:22 97:8
**mix** 60:22
**mode** 193:18
  194:4 197:18
**model** 46:13 54:2
  54:7,9,10 191:15
**modeling** 46:18
  266:3
**models** 54:3
**modern** 189:5
  190:14,17 202:19
  226:12,13
**modernization**
  46:10 61:15
**modernize** 45:16
  176:13
**modernized** 154:5
**modes** 195:21
**modification**
  155:22 156:18
  168:16 213:3,4,7
  213:11
**modifications**
  156:19 205:22

207:5 215:21
  224:21 225:1,2,9
  332:19
**modified** 138:14
  156:15 163:7,9
  164:4,16 174:22
  182:13 203:10,16
  204:5 214:14
  216:16,18 235:8
  241:2 274:4,9
  303:1
**modify** 20:22
  138:16 156:13,20
  213:2,10,11 235:7
  235:14 274:8
  288:8
**modifying** 177:2
  205:8 293:20,22
**moment** 64:8 98:9
  109:10 145:9
  180:21 181:17
  296:21
**monday** 111:10
**money** 208:20
  227:4,6
**monitoring** 227:1
**month** 118:12
  119:19,20,22
  123:4,19,19,20,21
  124:1,2,8,10,11
  177:7 211:22
  212:5 214:1 215:6
  215:11 217:2
  300:12
**monthly** 158:13
**months** 63:16
  103:14,20 104:3
  215:3 274:7
  300:20
**morning** 8:4
  144:11 182:2

187:16
**motivators** 109:3
  203:7 265:4,12,21
  279:4 281:8
  283:17
**move** 36:13 156:1
  168:21 212:21
  249:7 279:14
  295:9
**moved** 193:18
  194:4 244:8
**moving** 100:12
  174:21
**multiple** 28:4 36:7
  36:9,18 37:22
  163:12 175:19
  189:22 191:1
  192:10 224:8
  231:3 238:1
  253:13 329:6
**multistage** 49:12
**myers** 65:4

**n**

**n** 4:1 8:1 12:19
  79:12 139:2
**nac** 297:8,21 299:2
  299:6,13,15 300:4
  300:10 301:5
  302:10,16 303:10
**nac's** 302:6,9
**name** 9:1 12:17,19
  12:22 39:22 48:3
  48:8 63:6 84:1
  144:12 187:11
  246:13 264:21
  290:6 339:2,5
**named** 83:12
  138:21
**names** 63:7,9
  98:17

**nancy** 268:14
  288:13,18
**national** 2:22
  57:21 58:13 59:4
  164:7 178:1
  185:12,14,21
  186:2 196:10
  240:3,12 293:2
  294:6,8 297:5
  298:15
**nativity** 23:20
  24:1,6 26:18
  27:20 29:2 101:22
  102:11 120:2
  186:14
**natural** 198:19
  236:9 237:3
  241:22
**naturalization**
  21:21 278:15
**naturalized** 21:18
**naturalizes** 76:22
**navigation** 169:5
**navigational**
  169:15,20 170:18
**nct** 186:10
**nearby** 52:14
  220:17 250:20
**nearly** 233:15
**necessarily** 15:17
  93:9 165:16
  225:22 232:5
  247:4 318:22
**necessary** 249:5
  327:3,20 328:2
  329:14 331:11
**need** 25:18 126:2,6
  155:13 168:8
  179:12 194:15
  195:9 202:4
  209:14 210:21

214:12 215:11
234:7 240:20
274:14 291:13,17
315:5 330:6
**needed**   11:9 177:9
177:15 195:5
**needs**   58:16,16
155:21 180:22
217:17 218:13
219:10 293:11
295:7,9 316:14
**negative**   114:15
**negotiating**   56:5
**negotiation**   39:22
41:19 163:4
**neighbor**   228:5
**neither**   179:5
336:12
**net**   237:18,18,20
238:2,22 239:1,2,8
239:13,14,22
257:3,3,22 258:5
258:13 259:13
260:13,16,17,18
261:2,16,22 262:9
262:17,19 263:2
263:10,19,20
264:10 310:7,10
310:16 311:11
312:19 313:1
**neutral**   81:11
277:20
**never**   33:19 40:19
52:18 77:6 97:18
101:16 164:18
209:5
**nevertheless**
315:22
**new**   1:2,3 4:1,3,8
5:12,12,15 6:7,11
6:11 8:16,19 13:1

13:3 36:1,10 68:9
79:21 101:8 156:1
163:13 164:10
175:12 204:12,14
207:13,16 217:10
226:2 290:8
309:15 337:18
339:2
**night**   10:2,11 11:1
11:18 12:14 110:2
110:11,16 144:3
210:17
**niyati**   5:5 144:12
**noise**   51:3 53:19
**noisy**   70:7,8
**nominate**   136:18
**nominated**   136:14
136:17,18
**nomination**   298:4
**nominations**
136:19
**non**   91:21 129:17
258:17 259:4,9
**noncitizen**   76:3,6
76:14,15,19,22
77:9,10,18,20 78:1
78:6,16,18 91:21
92:3,7 106:5
116:9 122:16
123:11,12,14
124:1,9 125:21
126:16,18 127:18
127:22 128:3,5,11
128:12 131:14,20
132:9,15 134:5
135:11 233:6
236:2 237:7,8
245:1 249:18
252:7 253:10
327:2,19 328:6

**noncitizens**   87:11
91:18 92:16 93:2
93:12,15,19,21
94:8,12 105:19
106:19 107:9
108:10,21 109:8
109:13 114:2,7,22
115:3 116:1
120:13 121:14,17
122:16,19 123:15
124:13 232:2
233:20 253:3
326:16 327:8
330:9
**noncitizenship**
75:22 76:20
**nonconfidential**
10:9
**nonexclusive**
27:13 28:15
**nonrespondents**
129:12
**nonresponse**
18:15,19 19:3
105:18 106:18,21
107:7,8,18 108:8
108:19,19 125:4,9
128:21 129:9,13
129:17,19 130:1
131:6,14,22
132:10 133:16
134:4 135:2,4,9
143:14 174:19
176:11 193:3,5
208:4 209:13
222:7 223:5
226:19,21 230:13
230:16 237:22
240:18,21 244:8,9
244:21 245:1,13
245:17 246:17

269:16 315:5
316:8
**nontrivial**   197:5
**nonwhite**   259:4
**normal**   36:19
**normally**   156:3
174:10
**northern**   265:2
**northwest**   8:21
338:15
**note**   8:6
**noted**   9:10 17:22
95:5 330:2
**notes**   48:8 143:17
145:3,4 196:13
291:11
**notice**   1:14 2:13
56:22 57:2,3 59:8
59:9,15 136:15
213:15,16 332:7
**noticed**   121:13
330:2
**notices**   147:10
149:16 156:19
**notify**   77:4
**noting**   74:5
**notion**   108:10
115:22 121:17
123:15 130:6
131:7,20
**notwithstanding**
131:5
**november**   28:19
104:1 141:5
284:18 289:15
**nr**   194:11
**nrfu**   193:6,7,9
194:10,14 195:18
195:18,20 197:22
200:21 204:4
210:19,22 216:10

219:18,19 220:1,2
221:11,20 230:18
231:11 246:6
255:21 310:19,19
314:18 315:8,11
**nshah**   5:8
**nuance**   323:21
**nuanced**   25:19
   45:7 101:5 115:7
**nuances**   292:17
**number**   2:7 16:18
   16:21 17:11,15
   19:9 20:10 21:12
   23:4 43:10 46:6
   52:5,9 59:9,11
   62:16 65:13 68:16
   68:19 70:7,22
   72:5 74:18 75:8,9
   79:5 83:1 94:21
   97:1 99:12,16
   106:10 112:3
   118:17 128:14
   139:18 144:14
   145:22 147:6
   151:10,11,13
   165:4 171:2
   184:16 194:1,13
   195:8 200:11
   211:9 216:15
   223:20 224:1
   233:17 235:10
   242:21 246:8
   247:14 251:8,12
   254:16 255:3
   257:5 261:4 269:6
   272:20 275:14,22
   290:2 315:9
   324:16 330:22
**numbers**   23:5
   65:17 70:20 71:10
   104:12 108:4

119:9 121:7
132:16 165:1
263:10
**numident**   56:4
   71:16 72:11 73:6
   75:6,16,19 76:2,13
   76:19 77:8,18
   82:2,9 88:17 90:4
   90:11 91:20,22
   92:2,16 95:6 96:1
**nutrition**   234:5
**nw**   1:15,20 4:5,10
   4:14 5:2,6,15 7:3

---

**o**

**o**   8:1 12:19,20
   139:2
**oath**   9:7 13:8
**objection**   15:2
   23:16 37:7,18
   39:19 42:8,22
   53:14 66:10 73:8
   76:7 86:2,22
   89:20 92:9 108:13
   116:4 120:20
   121:19 123:17
   124:14 134:6
   151:18 171:15
   172:14 173:5
   181:9 201:15
   231:14 236:4
   251:20 262:15
   264:6 299:4 308:2
   310:22 317:5
   325:12 330:4
**objective**   186:4,6
   265:9
**objectives**   164:21
   279:19,20
**obligated**   77:4
   187:17 321:14

**obligates**   41:18,19
**obligation**   36:3
   152:3
**obtained**   167:2,5,8
**obtains**   75:20
**obviously**   44:10
   180:20 286:12
**occupancy**   221:21
   222:16
**occupied**   222:10
   222:18 229:12
   247:15
**occur**   53:12
   218:11 222:22
   281:2
**occurred**   107:19
   130:19 199:20
   204:11,17
**occurs**   53:3,15
   207:2 218:9 223:4
**october**   136:15
   151:3
**offer**   100:5 140:3
**offered**   96:14
**offhand**   218:6
**office**   1:14 6:2 7:1
   27:17 40:1 41:6
   47:2,8 50:19
   58:12,18,19 62:15
   80:1,4,5 81:6,16
   103:1 145:21
   146:4 147:5 149:1
   149:13 151:8
   152:8,11,20
   156:16 157:3
   163:4,10 176:1
   180:15 188:17
   189:16 194:20
   195:12 205:12
   211:11 272:18
   290:8 294:10

321:6
**officer**   319:1
   336:4
**offices**   8:20 40:2
   101:13 146:2
   195:9 200:11
   211:9
**official**   46:20
   48:21 103:17
   158:10 294:13
**officially**   235:8
**officials**   302:20
**oh**   11:4 57:10
   112:7 166:22
**okay**   10:17 13:6
   13:17 14:3,5
   16:16 18:18 19:12
   20:5 31:20 32:13
   41:5 49:16 52:3
   53:10 63:11 67:10
   68:4,14 72:22
   74:16 75:4 79:16
   80:13,20 81:3
   82:13 84:2 85:1
   87:18 90:16 91:19
   97:17 99:8,10
   100:8,21 102:5
   105:8 109:11
   112:10 117:12
   121:9 122:22
   123:7 125:7,10,16
   126:10 127:10
   130:5 131:19
   139:8 140:9 143:6
   143:14 146:17
   148:12 151:12
   162:5 168:21
   170:13 179:13
   180:14 193:5,8
   243:22 248:3
   250:9 256:22

258:22 261:20
290:16,17,18
295:4 309:16
310:5 321:12
326:21 331:7
332:21
**old** 99:5 324:15
**older** 269:3
**omb** 3:6 145:7
149:12 152:15
156:11 157:2,9,12
163:22 275:12,13
294:11 320:4
333:14,15
**omission** 260:4
**omissions** 254:7
255:17,20 256:1
256:14 257:5,6,19
258:17 259:3
260:12 261:1
**omitted** 255:16
**onboard** 315:16
316:1,19
**onboarding** 225:7
315:12,19
**once** 46:4,14
118:13 119:18
190:20 192:17
197:1 273:14
**one's** 254:7
**ones** 35:20 36:11
106:20 198:22
199:2,4,6 218:3,3
229:5 250:6
281:22 312:8
**ongoing** 146:18
178:12 299:7
314:2
**open** 10:20 136:15
150:9 195:10
200:11 211:9

308:6 332:1 333:5
333:8
**opened** 150:14
**operate** 228:19
275:5
**operated** 298:3
**operates** 176:17
**operating** 114:21
164:11 179:15
**operation** 167:6
197:17 199:19
222:2 226:14,15
227:17 263:21
269:15 270:19
287:11 288:1
**operational**
146:19 165:7
166:3,5,7 175:3,7
176:6 180:7,11
190:7 193:18
194:21 195:3
205:9,14 206:14
211:21 218:18,21
219:6,11 224:19
235:3,6 249:13
289:7
**operations** 134:12
136:4 165:2 192:4
192:22 193:3,4,10
195:1 196:22
197:15 200:8
201:7 208:7
210:19 216:5,10
224:4 225:3
230:11 269:14
287:14 299:7
304:18
**operators** 194:9
197:9
**opinion** 28:22 29:1
30:13 94:14

137:15 138:11
148:22 149:1
**opinions** 302:1
**opportunity** 96:14
118:3 205:5
207:18,19,19
301:20 305:22
309:9 316:22
**opposed** 85:22
270:7
**opposition** 303:19
**optimize** 225:12
263:18 306:18
307:7,10
**optimizer** 226:16
226:16,18 289:8
**option** 80:9 191:14
**options** 193:2
**oral** 1:13
**orally** 9:11
**order** 10:18,21
21:2 22:4 37:5
100:2 146:16
169:4,11 170:15
172:22 173:3
180:20 189:8,18
192:11 195:4
205:9 214:19
215:12 225:11
249:7 258:1
263:19 318:8,20
318:20
**orders** 138:5
140:12,17 307:12
318:6,9,10 319:5
**organization**
176:15 294:21
**organizations**
269:4 285:6
298:13

**organized** 294:9
**orientation** 291:8
**origin** 181:21
182:5 185:2,11
186:9
**original** 51:15
338:4,8
**origins** 183:7
286:4
**outcome** 9:9 207:8
336:17
**outreach** 298:19
**outside** 36:12
104:20 105:4
147:2 216:1,2
274:18 275:6
**outward** 158:9
**overall** 204:21
216:5,6 305:2
**overarching**
175:20
**oversight** 207:2

| p |
|---|

**p** 4:1,1 8:1 113:17
113:17 124:20
**p.l.** 38:22 39:4,6,9
39:17,20 40:10,15
41:17 44:9 45:19
46:11,12,21 47:5
47:11,20 48:21,22
49:5,17 50:13
56:17 58:8 59:6
59:14 60:1 65:3
79:20 80:11,19
85:3 101:11
**p.l.94-171** 40:19
**p.m.** 10:1,11 11:19
12:3 97:2 139:15
139:18 144:6,9
184:13,16 187:6,9
251:8,12 264:16

264:19 289:21
290:2 330:19,22
335:17,18
**p.o.** 6:4
**pack** 274:1
**package** 147:5,14
147:15,16 151:1,4
151:7 152:7,10,13
152:17,18 154:21
156:5 157:2,8,10
180:16 275:19
**packages** 149:17
152:13 275:12
**page** 2:1,7 10:2
16:16 20:9 23:7
57:9,11,13,14
74:16,18,19 79:6,8
112:2 127:12
145:2 154:7,7,13
160:2,13 168:22
170:9,11 171:1
173:10,11,12
183:2,2 186:3,5,6
254:21 258:14
259:17 261:17
277:4 279:7,9
285:2 291:4
294:15 304:4,10
306:12 310:5
313:5 321:18
326:5,7 331:5
338:4,9 339:7
**pages** 337:3
**painfully** 315:15
**pale** 287:4
**panel** 34:3,6 35:1
54:22 143:8
**panels** 36:11
**paper** 10:3,6 16:14
72:19,20 73:4,10
73:14,17 110:1,9

111:4 115:21
120:10,19 124:5
124:17 125:17
126:9 173:21
174:15 186:22
199:8 204:2,14
205:17 211:20
213:10,12 214:2,4
216:13 312:6,7
332:12,16,17,20
335:2
**paper's** 114:20
**papers** 130:10
158:11 239:18
**paperwork** 147:8
**paragraph** 57:15
74:20 75:1 112:8
113:2 254:22
258:15,21 291:5
291:10 294:16
313:7 326:7
**parameters** 54:4
101:7 244:14,17
**paraphrase**
320:19
**paraphrasing**
181:6
**part** 33:13,22
36:19 41:19 46:4
58:3 85:19,21
95:8 153:3,21
154:1 164:5,5,7
166:20 167:5
176:8 185:11,13
186:10,13,21
191:5 220:12
222:1,1 226:19
232:12 235:13
272:4 273:4,7
289:8 290:12
294:21 313:14,15

314:1 317:18
318:16 328:3
**partially** 246:2
**participants**
279:21 286:16
**participate** 270:17
318:8
**participated** 72:4
271:2 319:4
**participation**
113:20 115:17
**particular** 15:10
30:7 35:8 50:7
54:2 68:17 70:21
88:15 130:8,13
140:3 155:3,20
194:8 232:10
278:15 281:2
284:7,9 288:18
328:19
**particularly**
175:15 193:2
286:7 298:16
312:3
**parties** 1:19 8:12
336:13,16
**partner** 274:15
285:5 297:20
318:3
**partners** 59:3
285:7,8
**partnerships**
298:21
**parts** 147:3 174:10
268:18 287:15
313:13
**party** 9:7
**pass** 143:20
**passed** 213:10
296:4

**paul** 29:16 32:5
78:22 79:4
**paying** 319:1
**peak** 196:22
197:15 201:7
216:5
**peer** 130:13 131:2
167:22
**penalty** 13:9
**pending** 265:2
**people** 32:2 33:3
39:11 63:18 64:13
64:14 65:11 68:8
68:16,18,18,21
70:9 73:14 82:2
83:1 87:5 91:7
130:21 131:2
192:7 193:22
194:1 196:19
197:7 207:3
220:18 222:14,19
222:20,22 232:9
233:10 238:6
246:4 253:22
254:2,3 255:2,4,7
255:16,17,20
256:1,4,10,14,16
256:20 257:6,11
257:19 260:8
261:13 270:6
280:1,4,5,8,9,12
282:3 283:10,18
283:20,22 298:12
309:9 312:14
**percent** 28:10
43:12 92:15,19
93:1,7 94:21
106:14 114:3
258:17 259:2,3,3
260:5,6 261:9,22
261:22 267:10,12

309:4,8 310:9
**percentage** 28:10
    106:10,12,14
    109:12 110:2,4
    114:12,12 125:20
    126:14,15,17
    127:17 128:2,4,8
    128:10 129:20
    131:13 132:9,15
    236:18 242:7,8
    244:8 256:16
    260:4,18 261:1
    267:8 309:7 327:3
    327:20 328:1
    329:12,13
**percentages**
    129:14 134:5
    135:11
**percentile** 244:13
    244:18
**perfecting** 238:2
**perfectly** 153:9
    273:12
**performance**
    224:20 262:17
    306:18 307:8,10
**performed** 90:2
    90:19 140:14
    160:6 195:1
    226:16 239:17
    317:22 318:15
**performing** 27:13
    28:14
**period** 25:22
    112:16 142:1
    150:9,12 151:5,6
    175:16 197:15
    275:17 298:9
**periodic** 35:18
**periodically**
    112:21 118:2

304:16
**periods** 205:15,18
**perjury** 13:9
**permission** 299:18
**permit** 11:17 12:2
    107:12 152:5
    161:21 162:4
    326:14
**person** 17:2,12,12
    17:14,16 18:6,7,8
    18:9,16 19:6,7
    20:2,4,5,12,18
    21:13 45:22 46:3
    51:8 64:15 65:12
    65:19 66:6,17,18
    66:21 67:12,13,17
    68:1 69:2 75:7
    76:6,13 77:9,19,22
    87:2,3 88:8,10,17
    91:14,22 92:2,6
    93:9 116:9 118:16
    149:2 221:16,19
    222:11,13 236:14
    246:5 247:10,12
    247:13,16,17
    248:1,3,10 249:17
    249:22 250:11
    253:7,9,11,12
    256:11 275:4
    312:16
**person's** 50:7,9
    63:5 66:7 67:15
    67:16 71:15,17
    76:20 77:1 78:9
    78:18 81:18 85:22
    86:18 87:20,22
    89:5,8,18 90:21
    91:2 95:2,5,22
**personal** 124:22
    125:12 128:22
    129:10 232:8

295:13
**personally** 88:19
**personnel** 63:8,20
**persons** 52:5 68:1
    117:3 229:13
    233:7,8 246:9,10
    247:15 255:9,10
    286:14
**pertaining** 279:11
**phase** 190:18
    195:6 203:5
    204:22 269:16
    285:4
**phases** 205:2
**phelps** 5:11
**phillips** 5:11
**phone** 197:8
**phones** 8:8
**phrase** 84:19
    236:6
**physical** 117:6
    193:20 194:8
**pick** 8:7
**piece** 179:14 180:4
    222:15 238:5
**pii** 88:22 232:11
    232:11
**pile** 234:16
**pine** 4:18
**pioneer** 288:19
**pl** 39:14
**place** 8:9,11 22:1
    22:21 23:10,15
    58:22 63:14 95:1
    96:7 153:7 154:2
    154:9 168:2,12
    182:11 188:14,18
    189:16 193:21
    221:3,5 224:8
    225:21 249:8,9,10
    249:12 250:19

255:5 270:13
    280:6 300:21
    310:20 333:16
    334:1,1 338:15
**placement** 183:19
**places** 285:6
**placing** 32:17
    326:10
**plain** 76:3 112:19
**plaintiff** 8:15
    143:21
**plaintiffs** 1:4,14
    2:8,10,11,12,13,14
    2:14,15,16,16,17
    2:17,18,18,20,21
    3:1,2,3,4,4,6,8
    4:13 5:1 10:2 13:2
    16:7 19:15 21:5
    56:21 64:20 71:22
    74:12 79:1 82:19
    96:18 100:7 110:9
    110:16 111:21
    127:8 144:13,18
    157:19 182:21
    185:20 187:12
    254:11 267:16
    278:22 290:9,19
    290:20 304:1,2
    320:4 321:4
    325:20 326:2
    331:21,21
**plan** 3:6 28:11
    54:11 173:12,16
    174:4,6,12 175:2,3
    175:14,17,21
    176:1,8,9,10,13,19
    177:7,14 190:7
    195:12 204:21
    207:4,10 211:11
    211:21 218:18,21
    219:6,11 227:6

233:22 250:22
251:1 269:19
304:3,9 305:2,15
306:1,13 307:2
308:1,5,5 309:22
313:16 317:1
**planned** 23:1
215:3 216:2 273:1
291:9,14 304:20
305:4 307:12
315:9 316:10
333:18
**planning** 60:8
175:16 227:11
265:15 269:11
275:17 285:2
289:4 304:18
307:2
**plans** 23:9 27:6
95:1 160:7 175:20
176:14 177:2,3,4
188:15 204:1
211:8,13 239:6
304:15 305:3,8,13
307:17
**play** 156:14
**please** 8:6,8 9:13
13:15 66:15 69:6
109:17 208:14
223:15 239:12
294:15 300:3
302:6 320:3
325:19 338:2,8,11
**plus** 77:5
**point** 28:10 37:16
47:16 53:17 89:1
105:13,14 106:12
109:12 110:4
114:11,12,12
121:7 123:5
126:12,21 134:8

156:4 196:22
199:2 224:9
236:19 258:20
272:10 287:4
305:14 306:13
313:16
**pointing** 170:7
**points** 106:10,12
106:14 108:1
110:3 242:7,8
309:7 310:6
**policies** 302:19
**policy** 145:7
146:12,21,22
147:1,12 149:9,12
149:13 150:2
152:2,3
**political** 47:10
74:2 311:7 314:4
314:6,11
**politically** 47:3
81:10
**pooled** 43:15 44:2
**popped** 311:11
**population** 25:1
28:6 34:13 39:10
41:10 44:8 65:14
65:17 85:4 116:18
121:22 122:3
190:19 197:4
202:1 231:11
232:3 233:16
238:10 240:1
245:2,14,18
249:19 250:2
253:10 256:8
258:10 259:5,8,9
259:19 260:9
261:14 262:4,7,8
277:22 278:5
280:2 283:20

293:16 295:21
296:12,15 297:14
309:8 310:21
320:12 326:16
329:16,17
**population's** 117:1
**populations** 252:7
258:7,16 259:2
262:18 263:17
264:5 279:22
297:6 298:20
302:15
**porter** 1:15 4:4
8:20
**portion** 209:18
257:18 291:6
**portions** 277:22
**pose** 206:18
**posed** 14:3 89:11
**position** 12:11
99:4 206:3 303:17
328:1 331:15
**positive** 261:15
**possesses** 85:7
**possibility** 77:6
323:8,17,22
**possible** 60:15
101:19 225:18
311:12 312:21
314:20 315:1,20
332:13
**possibly** 28:19
224:22
**post** 43:6 193:16
239:21 269:17,17
**postal** 229:10
**posted** 150:20
**potential** 130:20
145:17 277:15
**potentially** 144:1

**powerpoint** 2:18
144:18,21
**pr** 137:22
**practical** 188:14
**practice** 194:19
321:1
**practices** 137:19
**pre** 161:14 268:9
**preceded** 20:17
22:20 23:19
**precedes** 16:22
**preceding** 24:2,6
172:2
**precise** 54:4 94:3
114:16 115:11
170:1 171:19
208:8
**precisely** 48:13
56:12 81:20
115:12 117:13
205:10
**predetermining**
38:8
**predict** 191:1
192:3
**predicted** 259:22
**prediction** 242:5
**predictions** 192:21
**predicts** 256:2
**preexisting** 153:16
153:18
**preface** 14:16
15:10 145:12
**prefaced** 20:17
**prefatory** 26:17
101:22 102:10
**prefer** 333:22
**preferred** 335:7
**preliminary**
188:15

**premature** 329:9
**premise** 113:12
**preparation**
  188:21,22 215:1
  217:20 235:20,21
  239:2,8
**preparations**
  188:12
**prepare** 10:18
  152:6 154:21
  188:19 189:4,8,18
  190:13
**prepared** 23:17
  108:2 149:6,16,17
  228:14 270:16,18
**prepares** 149:1
**preparing** 24:19
  33:2 147:14 151:1
  152:10 156:18
  159:3 301:1
**presence** 109:14
  224:22 238:15
  277:16 312:21
  314:21 329:5
**present** 1:18 23:9
  27:6 62:16,18,19
  62:21 63:8,11,12
  77:20 95:1 174:14
**presentation**
  145:3
**presentations**
  175:9
**presented** 28:11
  151:17 297:15
**prespecified** 59:14
**presume** 60:3
**presumed** 179:3
**presumes** 153:6
**presumption**
  271:18

**presumptions**
  328:13,15
**pretested** 169:2
  179:2 313:10
**pretesting** 169:7
  169:14 171:6,11
  171:12 172:5,21
  178:18
**pretext** 171:3
**pretty** 165:5
  177:10 275:16,16
**prevalence** 278:5
**prevent** 69:12
**previous** 25:10
  59:7,15 71:13
  74:10 92:22
  106:16 236:8
  262:19 320:9
**previously** 81:8
  83:11 84:16
  165:12 269:22
  317:11 322:20
  334:7
**primarily** 29:15
  48:10 54:20 55:9
  62:16 67:2 226:11
  237:21 271:9,12
  286:8 287:16
  293:11,13 297:13
**primary** 193:18
  265:9 267:1
  271:19 289:10
**prime** 292:13
**principal** 155:5,15
  155:17 158:13
  271:13 273:14,18
  292:16
**principles** 179:15
**print** 17:4 162:11
  213:5,19 217:6,20
  217:22

**printed** 304:5
**printer** 212:4
  213:20 216:19
**printing** 212:1
**prior** 24:10 26:6
  44:13,22 50:12
  157:3 169:6
  275:10 299:16
  301:20 310:14
  322:8
**privacy** 67:4
**private** 8:7 137:22
**probability** 49:12
  266:16
**probably** 60:13
  154:21 169:21
  179:7 205:6
  212:14 231:5
  242:10,10 257:21
  308:20
**problem** 88:8
  134:11 316:18
  325:1
**problematic** 46:16
  60:12 168:19
  227:5,7,10 329:20
**problems** 46:22
  169:3,3
**procedural** 107:3
**procedure** 153:15
  153:17,18 286:12
  298:5
**procedures** 88:14
  119:20 207:5
  253:21 259:7
  260:7 261:12
  262:6 272:2
**process** 10:8 31:9
  38:8 46:18 136:17
  146:7 147:2,13
  153:7 154:2,8,8,12

**printed** 155:11,14 156:21
  167:19,20 175:5
  175:16 176:12
  192:5 203:12
  207:16 209:1,8,9
  209:11 234:18
  275:18 284:19,21
  288:4 291:12
  300:20 307:3
  310:1 313:12,13
  315:12 323:4
**processed** 34:11
  43:3 103:16,19
  280:22
**processes** 168:1
  238:3 272:2
**processing** 34:17
  43:6 55:2 95:12
  111:2 149:22
  249:6 269:17
  325:9
**produce** 25:4 28:9
  28:21 36:18 52:20
  61:19 69:16 70:20
  80:18 81:21 100:4
  104:4 155:10
  156:21 168:13
  249:8 296:15,19
  329:3
**produced** 11:1,18
  12:3,13 15:5
  34:14 39:21 41:1
  41:15 42:10,15,19
  43:17 44:5 55:7
  65:2 67:20 103:1
  103:4 106:13
  110:15,17,19
  111:4 144:2 166:6
  173:13 174:5
  175:14,17 180:5,6
  199:11 271:15

276:11 289:3
296:11 332:2,9,21
**produces** 38:18
100:17
**producing** 35:7
36:6 38:2,12
55:13,14 94:22
275:1 296:17
323:7
**product** 38:2,6
40:22 55:15
155:19 158:17
159:4,21 160:16
160:21 177:10,11
190:16
**production** 28:1
36:10 41:8,15,18
50:19 56:1 60:4
80:22 95:13
133:18 158:3
172:11 174:22
212:22 215:4
266:21
**products** 36:19
38:13,17,22 60:8
103:17 158:4,8,10
158:11,15 159:10
168:12 296:19
297:13,17,18
**professional** 281:4
**professionals** 29:1
30:12 180:8
308:20 315:15
**professor** 48:1,2
**proficiency**
245:18 246:1
259:20
**profile** 324:8
**program** 113:20
149:19 159:21
160:7 173:16

174:13 176:17
197:13,19,20
198:3 206:15,18
211:4 217:10
234:5 245:9
268:21 274:11
284:20 311:3
**programmatic**
292:13,15 293:11
294:19 295:7
**programs** 27:12
33:12 178:9
229:19 233:22
299:8,9
**progress** 175:10
175:11
**project** 176:16
193:9 194:13
195:8 197:14
198:7 200:10
229:7
**projected** 208:6
**projection** 194:17
201:6 242:16,19
243:5,22
**projections** 193:12
193:13 198:8
200:12 201:7
**promised** 318:13
**promote** 176:9
**promotions** 178:8
**prompted** 285:12
**prompts** 186:20
279:14,16 285:12
**pronoun** 31:13
**proof** 75:9
**proper** 28:2 43:9
242:9 295:1,15
**properly** 43:5 67:7
149:16,17 168:12

**properties** 61:22
188:9 324:7
**property** 282:1
**proportion** 135:1
197:3 231:11
293:15
**proposal** 79:22
81:4,4,13 96:6
101:21 102:13,22
103:7,8,9 104:19
104:21 301:6
334:10
**proposals** 104:7
**propose** 207:3
**proposed** 57:4
79:19 150:6
295:21
**protect** 166:13
276:22
**protection** 6:10
**protections** 278:17
**protocol** 25:8
138:14,16 220:12
221:2,2,4 223:5,22
224:3 228:14,16
228:17,19 230:1,4
230:14 235:8
246:11 247:3
271:22 274:5
279:12
**protocols** 195:20
200:21 201:1
203:15,17 221:4
227:22 248:17
274:17,21 288:8
**provide** 85:3
206:15 220:20
277:13 311:20
331:12
**provided** 78:12
93:7,9 110:22

**providers** 171:4,7
**provides** 40:5
**proxies** 220:10,12
221:12 223:2,10
**proxy** 113:3
220:19,20,21
221:8,10 227:19
228:1,4 234:10,11
235:10 252:2,6,16
252:20
**public** 39:7 41:22
52:1,2 53:5,8
55:15 58:3 138:1
138:22 147:13
155:16,18 158:16
199:22 275:1,7,8
275:12 276:11,12
289:18 298:5,7,8,9
302:10 313:10
318:9,10 333:20
**publication** 176:6
284:20
**publicizing** 66:7
**publicly** 289:14
**publish** 50:6 66:2
67:11,12 68:14,15
**published** 74:5
219:3
**publishing** 50:7
163:6
**purely** 329:15
**purpose** 42:5
155:9 196:5 265:3
271:19 273:15,19
**purposes** 10:22
32:22 37:15 38:19
44:17 45:4 54:14
62:4 90:8 92:4
192:20 242:20
243:20 271:6,19
276:2,6

**pursuant** 1:14
295:18 319:9
323:1
**push** 234:4
**put** 26:3 35:18
41:14 45:14 69:18
69:22 71:8 76:3
112:19 138:13
143:10 145:8
153:7 161:18
168:1,11,17 177:5
188:14,18 189:16
217:10 237:18
244:16,16 268:19
269:20 284:18
295:14 298:11
312:10 322:10
334:7,21
**puts** 310:20
**putting** 150:19
237:19

**q**

**qualifications**
130:14,21
**qualitative** 29:21
109:4 205:20
280:21 282:5
285:11
**quality** 2:19 10:5
15:5,12 30:21
36:7 38:6 74:20
81:22 82:3 84:5
85:18 88:18,21
89:22 90:5,12,14
90:15 91:7,11,13
94:17 157:17,20
160:5,22 162:7,21
165:16 166:19
167:1,8,11,20
168:7,8 169:12,16
170:16,20 180:4

192:3 230:19,21
231:8 232:1,8
233:4 234:19,22
238:8 239:19
246:18 293:21
313:4 316:2
321:22 322:12
324:1,8
**quantify** 77:13
**quantiles** 244:20
**quantitative** 282:8
284:3
**quantitatively**
285:17 288:17
**quantity** 77:14
**quarterly** 175:9
206:18
**question** 3:4 10:5
12:1,8,9 13:15,21
14:4,5,12,16,16,21
15:1,3,7,10,11,13
15:15,18 16:1,2,17
16:18,21,21,22
17:1,1,11,11,15,15
18:6,10,15 19:5,9
19:21 20:10,11,14
20:16,17,18 21:12
21:17,21,22 22:21
23:1,3,4,5,10,14
23:14,19,20 24:2,2
24:5,6,20,21 25:18
25:22 26:12,12,14
26:16,18,22 27:8
27:20 28:5,7 29:2
29:10 30:14,22
31:3,6,17 32:16,17
32:22 33:6,9,15,20
34:11,18,19 35:2,4
35:15 36:20 37:4
37:9,12,19,21 38:3
38:7 45:13,14

47:3 50:8 54:20
55:3,9,16,22 58:5
59:20 60:14 66:8
70:15,16 71:2,18
73:1 79:21 82:7
82:14 84:9 86:6
91:4 92:8,17 93:3
93:4,13,16,20,22
94:7,9,13 95:3,8
95:21 101:6,19,22
101:22 102:10,10
104:8,10 105:11
105:19 106:9,19
107:10 108:11,12
108:22 109:9,13
109:14,16 113:14
113:18 115:1,4,5,7
115:13 116:1,3,16
116:21 117:17,22
118:1,10,12,18,20
119:3,13,18 120:2
120:4,17 121:18
121:21 122:1,20
123:16 124:13
130:7 138:2,13
139:1,9 141:11,12
141:19 142:5,7,8
142:13,22 143:2,3
147:21 150:3
153:1,2,3,5,8
154:11,15,15,19
155:22 156:1
157:9 159:15
161:1,4,8,9,15,18
162:2,9 163:3,16
163:16,21,21
164:5,6,7 167:2,4
167:7 170:1,14
171:12,13,17
172:8,12 173:4
176:21 177:5

179:10 180:12,22
181:2,5,7,11,20,22
182:5,6,14 183:10
183:20,21,22
184:1,9 185:1,3
186:3,12,16
187:20 188:1,6,8
189:11 195:19
197:16 198:4,9
199:21 200:3,13
200:18,20 201:2,4
201:8,12,14 202:7
203:14,20 204:6
204:19 206:8,18
207:10 208:2
211:10,15,18
216:16 219:7,8
225:1,15 231:9
232:5 235:16
236:3,6,7,20,22
238:15 239:4
241:1 243:9
250:13 251:18
254:1 259:10,12
260:11 264:3
269:22 271:8
272:1,8,12,14,21
273:7 276:3,7
277:6,17 279:11
279:15 280:17
281:12,16 283:3
285:13,20 286:21
290:10,20 291:5
292:22 295:12
296:9 299:16,19
300:17 301:6,11
301:16 302:2,5,8
303:1,8,12,20
305:8,20 306:22
307:3,9,20,22
308:6,9 309:15,17

310:15 311:8
312:22 314:21
316:9 317:18
318:1 319:4
320:11 323:1
325:7 326:10
327:5,6,15 331:4
331:11 334:13,14
334:17
**questioner** 187:4
**questioning** 10:22
187:4 290:14
**questionnaire** 2:8
2:11,12 15:5,6
16:7,10 17:5,8,14
19:16,19 21:6,10
21:11,22 22:3,8,14
22:20 23:2,11
24:12,13 25:13,15
25:17,21 26:8,21
27:4,7 29:20,22
30:7,16 33:21
34:1,20 35:16
37:5,13 54:21
55:22 60:21 61:9
70:18 78:6 93:14
94:10 95:4 115:13
119:16 139:10
141:10 142:4,11
142:12,21 156:2
159:12 160:10
161:7 162:8,10,18
162:20,22 163:1
164:16 173:7,21
174:15 178:4
179:2,9 184:7
196:1,8,8,18,20
201:5 211:17,19
212:2 214:2,4,14
216:13,16 219:15
268:4 269:20

274:8 280:6 292:8
311:8
**questionnaires**
30:4 102:1 106:8
116:11 159:19
291:20
**questions** 11:6,10
11:13 14:17 15:4
15:11 21:1 22:6,9
22:18 26:1 27:19
28:8 34:8,22 35:8
35:10 36:22 48:15
97:4 100:3,13
113:4 115:14
116:11 118:17
131:8 135:16
139:22 143:18
144:2 145:1 150:7
150:8,14 154:3,9
169:12 170:6,15
171:8 183:6,10,19
185:6,7 196:19
237:1 260:1
265:14 268:3,5
269:2,3,9,21 270:7
270:11 272:3
273:11,16 276:1,4
276:5,19 277:2,14
279:9,10,13
280:10,15,18
282:11,13,15,19
284:12 290:12
333:2,8 338:11
**queues** 312:3,7
**quick** 135:16
184:11
**quickly** 164:8
226:20 297:9
**quite** 273:22 277:1
**quotes** 287:18

**r**

**r** 4:1 6:2 8:1 73:15
139:2 339:1,1
**race** 34:13 41:10
68:6 70:13 85:4
163:3,6,22 181:20
181:21 182:5,6,14
183:6,19,21 184:1
184:9 185:2,11
186:2,9,16,22
191:10 297:5
**racial** 120:13
233:12
**radams** 5:13
**radar** 274:2
**raised** 144:1 323:8
**ramp** 205:1
289:11 315:8
**randomization**
206:1,1
**randomize** 206:4
**randomized** 28:8
115:10 202:15
205:7 236:9
238:18 241:20
**randomly** 247:1,2
**randomness** 70:1
70:2,5
**range** 92:20
244:10,14,16,18
**rank** 137:1
**rapid** 168:16
**rapidly** 324:18
**rate** 14:13,18
87:10,12 94:11
108:8 114:9 115:1
115:5 120:14
121:15 122:18
124:9 127:15
128:15,17 134:4
134:10,16,18

143:8,13,14
227:13 236:1
263:9 267:13
280:13 310:8
326:15 327:7
**rates** 15:16 16:1
18:19 19:3 87:6
105:18 106:21,22
107:9,18,20 108:1
108:20 109:12
115:17 120:11
122:14 125:19
126:12,19 127:18
134:13 135:9
237:7 267:12
314:5
**ratio** 327:1,18
328:9,19 329:9,11
**ratios** 328:5
**rct** 101:19,21
102:9,12,13
103:10 104:7,19
104:21 105:10
141:2 190:10
**rcts** 334:6,22
**reach** 220:22
**reached** 325:3
**read** 31:14 53:5,6
71:2,3,5 95:7,9
103:11 170:1
208:13,15 223:14
223:16 291:10
302:11 310:12
337:3
**readiness** 175:4
212:22 215:1
**reading** 52:22
71:14 303:13
322:2 323:10
**reads** 57:20 75:5
113:3

**ready** 112:6
133:19 179:4
213:22
**real** 165:10
**realize** 206:2
**really** 69:19
107:22 190:9
194:10,10 292:16
293:8 297:9
**realtime** 227:16
227:17 229:8
307:15
**reapportion** 266:1
**reason** 13:11
37:22 38:4 93:18
106:22 110:14
134:2 154:20
233:14 257:12
265:13 271:13
283:18 305:10
324:5 339:7
**reasonable** 77:19
78:1 89:17 90:22
242:11,15,16,19
242:22 243:1,5,22
253:4 256:4,18
271:17
**reasonableness**
291:18
**reasons** 35:14
37:22 81:13 130:8
134:14 181:1
182:12 265:16
285:21 292:17
302:17 311:12
315:22 332:1
**rebenchmarked**
266:20
**rec** 230:7,10,17
**recall** 47:22 48:1
53:7 109:10

127:20 303:13
**receipt** 47:17,18
82:10 338:7
**receive** 57:22 58:7
59:5 98:22 195:15
**received** 10:2,7,10
70:17 82:4 99:20
110:10,12 140:13
194:7
**receiving** 60:7
119:15
**recited** 250:6
**recognition** 29:22
**recognize** 65:5
193:7 254:14
267:22 268:3
304:12 321:8
**recognized** 36:14
310:16
**recognizing**
301:19
**recollection**
136:21 182:18
183:9
**recommend** 284:7
**recommendation**
151:16 153:1
302:11
**recommendations**
137:3 302:3,7,18
303:4,14
**recommended**
201:20
**reconcile** 95:20
**record** 8:5,12 9:11
9:21 11:16 12:18
13:16 31:14 35:9
37:2 51:7,8,9,10
54:2,3 57:10 71:3
74:21 76:13 77:1
82:3 85:17,21

87:4,21 88:2,4,11
88:20 89:5,7
90:21 91:1,5,8,9
91:16 92:12 94:3
95:9 98:15 99:13
99:14,17,19
139:12,15,16,19
144:6,7,8 184:11
184:13,14,17
187:3,6,7,8 208:15
222:9 223:11,16
228:3,5 230:6,9,20
230:22 232:19
236:14 239:16,20
248:20 251:5,9,10
251:13 264:14,16
264:17,18 289:19
289:21,22 290:3
300:12 302:11
303:6 323:5 330:9
330:17,18,20
331:1,20,22 333:2
333:4,5 335:17
336:11 338:10,17
**recorded** 8:14
33:9 255:11
**recording** 8:11
**records** 69:22 76:5
79:21 80:10 81:5
81:14,17 85:13
86:20 88:8 90:15
176:12 197:21
221:13 228:2,11
229:2,6 231:13
232:2 233:4,15,21
234:1,2,5,6 236:16
247:11 250:16,20
252:17,19,22
253:2 311:16
320:17 326:14
327:10 334:3

**recruit** 279:21
**recruited** 270:6
**recruiting** 281:19
285:5
**recruitment** 317:1
**recs** 228:6 231:20
232:9
**rectangles** 65:5
**red** 316:4
**redacted** 83:11
318:12
**redeploy** 234:16
**redistricting** 37:15
38:18,21 39:21
40:1,2,3,16,22
41:6 47:2,8 58:4
58:12,18,21 62:15
80:1,4,5,12 81:6
81:12,16 101:13
**redo** 234:21
**redraw** 58:17
**redrawing** 40:6
**reduce** 36:6 37:5
175:22 176:10
226:11 312:18
**reduced** 336:9
**reducing** 197:22
264:4
**reduction** 109:12
147:8
**refer** 119:9 193:5
254:21 260:15,22
**reference** 84:8
85:10,19 282:17
**referenced** 30:11
90:9 98:10
**referred** 83:16
**referring** 31:10
80:21 97:19 106:1
133:5,10 203:3

**refers**  85:8 259:17
    259:18
**refine**  155:6 184:6
    193:11 198:8
**refined**  169:6
    193:14,15 313:11
**reflect**  68:20 70:21
    76:5 77:1 89:8
    102:8 282:14
    305:11,18 331:20
**reflected**  71:16
    88:1 110:5,8
    282:6 285:11
    302:4
**reflecting**  140:19
**reflects**  76:20
**refresh**  126:19
    182:18 183:9
**refreshed**  126:6
    126:21
**refreshing**  72:14
**refusal**  122:12
**refusals**  122:15
**refuse**  99:1 122:8
    122:17 180:16
**regard**  33:5 157:9
    315:21
**regarded**  137:7
**regarding**  78:8
    84:4 301:5 320:9
    338:5
**region**  1:20
**regions**  52:14
**register**  2:13
    56:21 57:2,3 59:8
    59:15 136:14
    147:10 149:15
    150:9 156:19
**regular**  41:15 42:2
**regularly**  35:17
    41:16 156:15

**271**:9 299:6
**regulations**  156:11
    182:11
**regulations.gov**
    150:20
**regulatory**  156:6
**rehearsal**  191:19
**reidentification**
    50:14 69:12
**reidy**  7:6 9:1
**reingold**  138:21
    139:2,3 140:7,19
    317:22 318:3,3,5,7
    318:14,17 332:10
**reinstatement**
    331:10
**reist**  153:15
**relate**  332:5
**related**  9:7 30:2
    45:20 169:3 206:7
    238:15,16 247:4,6
    247:7 272:11
    282:13 285:21
    336:12
**relating**  332:10
**relation**  196:1
**relations**  153:14
**relationship**
    238:20 239:7
    293:6
**relationships**
    266:4
**relative**  282:18
    287:1 292:21
    336:15
**relatively**  59:11
    87:10,12 201:18
    225:3 305:18
**release**  59:13
    103:17 132:22
    166:15 179:21

**208**:19 209:16,22
    210:5,7 211:7
    275:4 333:15
**released**  42:4,5
    43:10 58:20
    155:16 158:14
    209:2,5,7 219:6
    276:12 300:13
    305:2
**releases**  158:13
    304:16
**releasing**  158:17
**relevant**  156:17
    193:16 277:14
    282:12 291:11
    332:3
**reliability**  281:5
**reliable**  39:18
    40:13,16,16 42:7
    44:7 89:19 293:16
    293:17
**relied**  130:10
    301:1
**rely**  226:18 250:16
**remain**  33:22
    34:20 168:2
**remaining**  305:13
**remember**  47:15
    48:7 52:22 61:2
    63:5 71:14 74:4
    100:19 104:2,9,12
    124:20 127:3
    132:3 182:15
    186:20 196:11
    303:6
**remind**  104:18
**reminders**  312:4,7
**remove**  37:3,8,12
    37:19 318:12
**removed**  35:15
    267:7

**renters**  282:2
**renumbered**  165:3
**repeated**  35:20
**repeatedly**  112:16
    171:18
**rephrase**  170:3
    195:19 199:14
    202:5 230:20
**replace**  36:21
    87:15 123:18
    163:20 230:2
**replaces**  54:7
**replacing**  70:3
**reply**  98:15
**report**  74:21 81:19
    86:1 95:2 108:3
    122:5 244:15
    245:3 259:14
    276:10,15 278:19
    282:6,9,14 284:7
    284:10,17 285:12
    285:15 289:13,17
    289:18
**reported**  67:22
    68:7 75:19 86:20
**reporter**  9:3,13
    13:16,19 71:3
    95:9 141:16 170:2
    183:4 185:16
    208:15 223:16
    248:13 306:7
    319:20 336:2
**reporting**  1:17
    338:14
**reports**  158:12
    246:4 252:12,14
    260:20
**represent**  13:1
    21:8 64:22 65:16
    144:12 264:22
    267:19

representation
283:22
representative
14:8,11,20 92:21
280:2 308:22
representatives
266:2 298:12
represented 65:19
136:21 302:16
reprogrammed
164:3
reputation 74:2
request 30:18 41:7
57:5 84:9 97:16
97:21 98:18,22
99:3 101:20 102:9
102:12,16,18
111:2 145:16,18
147:20 149:6
152:22 153:7,10
153:12 155:3,6
156:12 157:6
161:12,14 165:19
166:1 179:16
180:2 331:13
requested 71:4
95:10 102:13
140:12 148:22
166:18 179:10
208:16 223:17
333:14
requests 145:5
165:22
require 58:1 157:5
180:13 202:7,7
234:4 253:18
required 58:17
75:9 209:22 210:2
210:5 276:21
278:1 283:4
294:18 295:7,16

295:17,18,19,22
296:3
requirement
45:20,22 160:4,9
168:7,9,21 169:8
173:11,15,20
174:5,6 175:14
179:11 230:19,21
278:4 292:20
293:19
requirements 40:3
147:4,4,11 152:7
173:14,17 231:8
233:5 292:14,15
reread 80:15
research 4:2 29:21
30:2 33:8,11,15
36:5 47:9 74:6
98:7 106:2 137:22
138:21 158:11
163:14 177:2
211:1 231:22
232:4 237:4
238:19 249:14,15
249:16,21 250:3
268:12 306:14,16
307:1
reservations 33:8
reserve 100:2
reset 109:22
resident 75:10
residents 194:5
308:16
residual 257:8
residuals 257:13
resolve 330:6
resources 135:2
210:22 211:2
227:3 271:3
respect 35:22
58:21 72:12 73:6

138:1,22 168:4,19
173:7 200:20
201:4 203:4
225:18 236:5
266:13 282:11,15
284:6 296:22
302:1,7 303:19
310:21 325:8
327:9 331:22
332:4
respective 1:19
respectively 259:4
respond 13:15
92:17 93:12,14,19
93:20,21 94:6,10
106:7 108:11
115:4 116:2 122:9
122:12,15,17
125:14 161:13
197:8 219:14
220:6 241:7,11
251:16,18 252:1
255:21 327:8,9
responded 93:2,3
93:15 124:9 223:1
223:13 241:8
266:7 267:11
respondent 78:10
78:13 88:16
118:13 119:6,10
220:19,20 252:20
308:22 322:7,14
323:5,6 324:2
325:10,15
respondents 36:3
37:6 43:21 89:14
90:3,10 92:15
93:8 114:2,4,7
120:18 121:11,13
123:10,12 169:2
169:16 170:19

171:4,6 246:20
responding 94:8
94:12 114:9
147:15 239:5
responds 119:2
response 10:5
14:13,17 15:13,16
16:1 18:6,13,14,22
30:1,18,19 51:19
66:8 71:17 78:7
78:17 79:18 86:21
87:3,15 88:20
89:6,9,15,19 90:22
91:3 92:1,3,7,12
95:3 97:16,20
102:16,19 109:12
111:1 113:4
115:17 122:14
125:19 126:12,19
127:4,15,18
128:15,17 129:2,3
134:1,10,13,14,16
134:18,19 136:14
143:8,13,13
162:14 164:2
174:1,16,18 176:9
176:10 204:3,13
212:7,9 213:12,21
214:17 215:10,22
217:1,9 218:2
219:21,21 227:13
228:8 230:12
236:1,19 237:6
238:20 239:7
240:22 242:4,6
243:7 246:3 263:9
263:13 267:2,9,12
267:12 269:14,17
280:13 288:17
289:4 292:21
312:5 314:5

322:22 324:1
325:7,9,10 326:15
327:7 331:12
**responses**  14:22
39:15 49:10 50:8
50:10 54:12 55:9
55:21 60:22 61:9
61:17 66:3 70:18
72:11 73:6 82:13
86:10,13,17 91:16
92:22 94:2 95:21
119:5 169:12,17
170:16,20 172:10
220:1,3 246:19
264:13 277:19
326:13 327:2,19
328:6 329:1,6,16
329:17
**responsibility**
105:1 149:15,18
**responsible**  338:5
**rest**  34:14 161:7
238:7 245:2,8,14
249:10,18 252:7
258:9
**restate**  109:16
**result**  61:21 85:17
236:2,6 237:8
247:17 271:5
**resulted**  322:11
**resulting**  46:16
**results**  43:7 169:7
207:11 274:11
282:8 287:5,17
288:6,7,10 319:16
**retained**  317:12
**return**  229:17
233:9
**returning**  234:10
**returns**  228:21
229:1,9 232:10

**reveal**  172:4,7
**revealed**  154:18
**revenue**  228:20
232:14
**review**  10:8,18
11:12 36:5,20
100:3 119:19
127:2 130:13
133:1 145:5,6,7,8
145:10,11,15,19
146:6,12,12,13,18
146:20,21,22
147:1,12,19 148:1
148:3,20 149:4,5,9
149:12 150:2
151:20 152:1,2,3
152:12 154:18
174:14 176:18
196:6 206:19
332:3
**reviewed**  24:19
131:3 136:19
167:22 177:8
216:4
**reviews**  35:17
151:15 153:2
154:13,14
**revise**  195:4,11
211:13 306:1
**revised**  211:12
221:4 305:10,15
305:17,17
**revision**  205:5,6
**revisions**  163:12
**revisit**  316:22
**rhode**  316:16
**right**  11:21 12:14
14:9,13,18 15:1,13
15:18 16:3,19
17:2,5,8 18:10,16
20:10,13,19 21:18

22:1,10 23:4,11,15
24:7 27:4,8 35:13
37:6 38:19 39:1,7
39:12 41:3,4,22
42:7,21 44:11
46:4 47:7 49:18
49:22 51:20 54:15
55:5,11 56:7
60:17 64:13,16
65:6,9,12,20 68:2
68:22 69:4,5,9
71:11,18 72:13
75:16 76:6,16
78:9 80:2,6 81:1
82:11,14 83:13
86:21 88:5,11
92:18 93:4 95:6
95:14,16 96:11
97:6,10 98:11
102:2 104:11,17
105:20 107:11
109:15,16 110:4,6
110:11 112:8,12
112:16,22 113:1
113:15 115:6
116:16 122:15
123:8,9 125:5,6,14
125:22 127:19,22
128:15 130:22
136:10 143:19
146:14 165:5
166:22 170:11
181:16 183:3
189:10 191:21
192:12 197:11
210:20 217:12,14
223:21 224:16
225:14,19 226:6
227:20 240:18
251:4 255:5
264:11 268:4

273:3 289:11
317:3 319:13
321:17
**rights**  5:15 40:17
44:18 45:3 46:1
61:12,13 62:20
84:6 191:11 292:4
295:18 296:1,4
**ring**  133:1
**rings**  133:3
**risk**  324:8
**risks**  50:14
**road**  4:3
**robin**  149:14
**role**  176:7 197:21
296:21
**rolling**  43:18
202:20
**ron**  28:14 79:18
82:22
**room**  7:3 32:3,4,6
32:8,11,12 280:1
**rooting**  226:13
**rory**  5:10 264:22
**rosenberg**  5:14
**ross**  3:8 144:13
181:3 299:17
325:20 326:3
**ross's**  330:13
**roster**  229:21
**roughed**  191:16
**roughly**  21:11
63:15 64:4 163:8
**routine**  204:12
**routines**  185:19
**rpr**  1:17 336:3,20
338:14
**rubicon**  138:19
270:21 274:19
288:11 317:12

**rule** 243:13 293:12
**rules** 13:5 298:4
**rumor** 272:14
**run** 80:5 104:3
  141:9 165:9
  172:20,21 189:18
  190:12 267:2,4
  271:11 288:4
**running** 209:14
  287:11
**rush** 207:4

**s**

**s** 4:1 8:1 113:17
  135:17 339:1
**sacramento** 6:4
**salient** 276:2,5
  335:6
**sample** 49:3,5,8,12
  49:22 87:5 119:11
  119:19,21 120:1
  123:4,19,19,20,21
  124:1,3,8,10,11
  235:1 266:16,22
  267:8 270:3,4,15
  276:12 280:2
**sampled** 54:8
**samples** 246:20
  270:5
**sampling** 28:9
  49:13,14 50:1,4
**san** 5:9 264:22
**sarah** 4:9
**sat** 290:14
**satisfies** 138:9
**satisfy** 46:1
**saturation** 309:4,6
**saw** 148:13,14
**saying** 53:8 104:2
  107:1
**says** 17:12,18
  18:12 19:6 52:21

72:17 86:3 91:5,8
  91:9 96:4 141:8
  154:22 160:5
  168:22 171:3
  175:21 183:3
  186:22 220:17
  244:15 255:1,6
  256:9,13 258:15
  276:15 291:21
**sbrannon** 4:11
**scale** 191:20
  201:18 204:2
  205:1 212:18
  217:7,8 225:19,21
  226:1
**scales** 217:7
**scaling** 191:18
  205:14 215:2
**schedule** 96:4
  213:13,18 218:5
  249:9 300:5
**scheduled** 97:18
**scheduling** 226:12
  289:9
**school** 4:17
**science** 30:2 237:4
  241:13
**scientific** 135:19
  136:11 166:13
  243:12 294:5,7
  297:4 298:13
**scientifically**
  324:11
**scientist** 45:18
  137:15
**scientists** 29:15
  74:2,3 137:8
  279:18
**scope** 171:5,7
  225:9 226:18,22
  247:6,7 267:7

**score** 280:13 282:4
  283:5
**scored** 280:12
**screen** 274:2
**scrutiny** 46:1,8
  82:4 296:1
**search** 33:14
  52:13 255:13
  333:21
**seat** 266:1
**second** 17:19
  32:15 57:9,13,15
  66:5 72:14 74:20
  75:5 97:1 123:4,4
  139:13 163:22
  229:22 244:22
  255:14 258:21
  277:2 328:8,12
**secretary** 3:8 29:8
  29:9 108:3 138:12
  150:5,6 159:7,8
  161:18 164:13
  181:3,10 201:20
  203:12 208:18
  209:13 211:3,7
  299:17 300:9
  301:1 303:8
  325:20 326:3
  327:12 328:18
  329:1 330:13
  334:9,20
**secretary's** 63:17
  161:5 179:1
  201:11 203:10
  300:10 301:21
**section** 20:2,3,4,6
  46:1,7 61:13
  62:10,19 63:3
  292:4
**sectional** 113:10

**security** 75:7 76:4
  229:2 233:17
**see** 11:5,7,15
  16:14 17:15 18:8
  18:9 19:1 21:10
  21:15 22:6 57:18
  72:7,8 79:14
  84:21 111:12
  122:16 153:16
  176:6 204:21
  205:12 207:5
  275:14 284:21
  294:16 311:22
  330:17
**seek** 298:11
  320:10
**seen** 57:7 102:15
  148:5 252:12,14
  268:2 276:22
**select** 233:1
**selected** 51:11
  117:2,3 129:12
  244:11 268:6
  286:11,15,16
**self** 30:1 74:21
  78:7 81:19 89:6,9
  95:2 129:2,3
  134:14,19 136:18
  162:14 164:2
  174:1,16,18 176:9
  176:10 204:3,13
  212:7,9 213:12,21
  214:17 215:10,22
  217:1,9 218:2
  219:14,21,21
  220:1,3,6 223:1,13
  228:8 229:16
  236:1,19 237:6
  238:20 239:7
  240:22 243:7
  246:3 255:21

[self - single]                                                      Page 53

264:13 266:7
267:2 269:14
292:21 293:15
312:5 322:22
325:7 329:16
**send** 80:16 125:10
136:22 137:1
193:19 213:20
216:19 246:16,18
**sending** 224:6,7
**senior** 97:8 130:11
145:14 148:4
161:2 268:13,14
268:15 290:7
335:4
**sense** 117:2,3
153:19 298:11
**sensitive** 8:7 54:3
54:6,8 109:8
115:3 116:1,11
121:17 122:20
123:15 130:7
131:8 171:9,14
172:8 233:1
273:22
**sensitivities**
120:16
**sensitivity** 107:10
108:10,21 113:4
113:14 124:12
**sent** 12:5 79:18
83:11 152:18,19
152:19 156:5
157:3 164:17
332:17
**sentence** 57:16,20
58:6,12 75:5
80:16 84:3,18
96:3 97:15 113:2
113:7 255:15
256:13 326:8

327:12 328:3,9,12
328:17 330:14
**separate** 103:6,22
141:9 178:2 181:2
273:13 288:2
**separately** 129:4
173:15
**september** 133:19
158:15 162:15
212:20 215:2,5,7
300:5 321:6
336:22
**sequence** 15:4
16:2 22:8 184:6
217:10
**sequencing** 14:12
14:22 15:15 16:1
229:11
**sequential** 22:16
146:16
**series** 3:1 127:11
136:4 189:3,8
190:13 250:8,9
254:11,18 260:20
285:22 290:11
**seriously** 80:15
**servants** 287:15
**serve** 292:15
**service** 56:6 196:2
196:18 228:21
232:14
**services** 229:10
278:16
**set** 101:6 103:9
133:6 137:3
158:21 205:7
269:8 280:14
295:5 321:15
**sets** 170:5
**seven** 11:8 12:7
100:1 315:12

**sex** 246:14 292:22
**sexual** 291:8
**shah** 2:3 5:5
144:10,12,20
157:13,21 170:4
171:21 172:19
173:9 181:15
183:1,14 184:10
184:18 185:22
187:2
**shapes** 65:6
**share** 114:7
123:12 277:10
**shared** 148:4,6,8,8
**sharing** 228:20
**shed** 113:13
**sheet** 337:7 338:8
**shoot** 312:1
**short** 24:11 25:13
25:14,16 26:8
27:3 29:19 98:5
103:6,8 107:2
111:17 153:9,22
181:22 182:1,4
196:14 212:13
213:2,14,15 251:6
309:21 315:11
328:17 330:16
**shortened** 97:15
**shorter** 28:5
321:10
**shorthand** 85:14
97:19
**shortly** 163:18
164:10
**show** 16:5 19:13
21:3 56:19 64:18
71:20 74:7 75:21
78:20 82:17 96:16
111:15 121:4
127:10 278:20

286:2 303:22
326:1
**showed** 21:1 124:7
**showing** 118:6
**shown** 76:5
**shows** 67:12 76:2
127:15 133:15
309:2
**shrank** 114:7
**shrunk** 123:14
**sic** 79:12 182:12
226:14 245:9
304:10
**side** 62:12,15,18
243:18 264:11
288:14
**sign** 243:12
**signature** 336:18
338:4,6,9,13
339:19
**signed** 337:7 338:8
**significant** 261:8
262:2 299:2 330:1
**similar** 67:4 113:9
120:10,17 121:3
121:15 124:3,16
198:13 217:5
280:5
**simple** 87:1
**simply** 127:6
161:15
**simulate** 191:15
191:22 270:10,10
**simultaneous** 59:6
59:12
**simultaneously**
146:15,18,22
157:2 218:9,11
**single** 43:21 44:2,6
65:11 68:5 119:6
163:20 270:7

[single - staffing]                                                          Page 54

282:2,2
**singleton**  65:21,22
  66:5
**singletons**  67:10
**sipp**  113:17 114:2
  114:3 116:6
  118:20 120:11,18
  121:10,16 271:12
**site**  302:10 313:21
**sitting**  65:14
  167:12,12,15
**situation**  161:22
**situations**  95:2
  115:9 335:4
**six**  141:3 189:20
  223:21 235:3
  274:6,6 315:12
**sixth**  223:4
**size**  52:4,5,8
**skip**  169:4 182:15
**slide**  145:3,4
**slightly**  327:15
**small**  152:11
  177:6 201:18
  204:2 225:19,21
  225:22 270:2
  278:9 288:11
  327:3,19 328:18
  329:12 332:18
**smaller**  101:2
**smallest**  46:2
**snap**  234:4
**social**  74:2 75:7
  76:4 137:8 191:11
  229:2 233:17,19
  237:4 241:13
**software**  205:16
  212:11,12,20
  213:3,21 217:11
  249:6

**sogi**  291:7 292:21
  293:4,14,17
**solely**  66:4
**solid**  306:15,22
  312:2
**solution**  155:20
**solutions**  1:20 9:2
  9:5
**somebody**  104:16
  136:22 223:7
**someone's**  88:3
**someplace**  312:15
**somewhat**  101:8
**soon**  103:20 225:3
  274:4 305:18
**sorry**  15:20 22:17
  24:8 29:8 42:3
  57:10 60:13 61:6
  63:13 73:3 74:3
  74:18 82:6 83:17
  84:2 92:6 95:7
  112:7 115:17
  128:12 135:7,15
  141:2 142:16
  158:19 163:1
  165:1 167:3
  169:14 177:13
  183:15 200:8
  212:10 243:2
  258:19,19 265:7
  299:21 320:15
  322:2,3 334:18
**sort**  25:7 146:16
  290:16 294:20,22
**sought**  220:21
**source**  36:9 55:11
  60:22 88:2,7
  229:17,20 230:1,3
  298:19
**sources**  35:8,9,11
  36:7,18,22 37:1

56:1 73:12 88:22
  198:16 199:13,15
  199:16 200:6
  229:4 230:4
  320:11,17
**southern**  1:2 8:19
  13:2
**space**  193:19
**spanish**  217:22
**spd2**  321:9
**speak**  17:20
  154:20 260:3
  280:10 331:21
**speaking**  77:7,15
  77:17 90:18 131:2
  132:10 137:7
  147:9 155:14
  189:6 269:10
  329:15
**special**  41:1,9,21
  42:1 158:11
  178:11,13,14
  262:19
**specialist**  137:1
**specialized**  202:2
**specific**  26:13
  34:15 60:2 134:8
  155:4 156:8
  157:10 164:17
  177:12 180:17
  184:8 186:19
  203:19 206:5,22
  207:9 217:13
  263:5 280:19
  292:20 296:12
  303:4 318:18
**specifically**  25:6
  35:4,5 47:22
  58:17 107:14
  127:3 134:3
  135:13 142:20

148:2 150:13
  159:14 169:21
  173:7 178:14
  187:22 189:7
  232:6,17 247:21
  258:8 266:12
  286:1
**specification**
  50:20
**specifications**  51:1
**spell**  12:18
**spelled**  73:16
  139:2
**spence**  5:14
**spend**  227:4,6
**spent**  79:16
**spite**  278:3
**spoke**  254:19
**spreadsheet**
  132:21
**spreadsheets**
  133:8
**spring**  300:8,14
**sprint**  212:19
**square**  5:11
**ssa**  75:9 76:22
  77:4 78:2
**ssn**  75:20 78:2
**staff**  62:19 142:18
  145:20 146:3
  148:4 150:17
  152:10,11,11,14
  153:14 161:3
  163:20 167:13
  174:9 176:22
  188:14 234:15,21
  235:5,6 268:12
  288:22 335:3
**staff's**  149:14
**staffing**  193:9
  198:7 201:14

202:8 207:22 208:5
**stage** 15:18 152:3
**staged** 270:18
**stages** 30:10
**stakeholder** 174:17
**stakeholders** 57:17,20 58:6 152:5
**stamp** 326:4
**stamped** 144:17 291:2
**standard** 25:7 49:20 104:3 114:14,17 115:10 137:18 163:5,9,14 167:16 192:14 321:19
**standards** 2:20 3:6 35:6 36:14,17 107:1 156:14,15 156:20 157:17,20 158:5,9,18 159:4,6 159:9,18 160:1 161:21 162:4 166:4,12 167:11 167:18 168:1,2,10 168:20 179:20 180:8 182:13 320:4 321:5,15
**stands** 135:19
**start** 13:4,21 15:21 25:11 44:20 73:1 82:7 83:17 86:15 103:22 129:4 144:15 202:22 225:4,5 241:4 249:12 274:13
**started** 9:20 63:18 141:5 181:5 296:7

322:2
**starters** 273:10
**starting** 191:3
**starts** 57:16 84:19 212:4
**state** 6:1,7 12:17 21:13 40:1,12 52:18 53:9 56:8 57:21 58:14 59:4 81:11 98:7 150:13 233:22 234:1,6 240:10,12 241:14 314:14
**stated** 115:11 121:20 181:4 287:6
**statement** 71:6 77:11 82:5 93:6 108:15 256:18 306:19 326:17,19 326:19
**states** 1:1,6 8:17 17:13 18:7,9,13,21 19:7 20:12 40:4,5 56:10 183:8 187:13 194:5 233:19 245:2 252:8 255:18 258:4 294:11 308:17 309:10 337:18 339:3
**stating** 92:17
**statistic** 90:13 92:21 297:12
**statistical** 2:19 3:7 36:12,15,16 38:12 49:9,22 54:7 61:22 87:5 94:17 106:3 107:1,15 136:2 155:5 156:9 157:17,20 158:4

158:10 159:21 166:3,6 250:20 266:3 268:18 280:3 292:14 294:13,13,14 296:19 299:8,9 309:1,10,11 311:20 312:17,19 320:5 321:5 324:4 324:14 329:15,18
**statistically** 108:4 261:8 262:2 324:4
**statistician** 152:20 156:17 157:3,4 163:10 294:10
**statisticians** 240:13 268:15 270:14
**statistics** 81:21 123:20 124:3 155:8 293:3 297:7 324:19
**status** 67:15 68:21 71:16 72:12 73:7 74:22 75:10,12,15 75:18,22 76:9,21 77:2,5 78:9,18 81:18 82:1 85:20 85:22 86:18 87:20 87:22 88:4,9 89:8 89:18 90:11 91:3 93:4 95:5,22 106:7 116:10,12 118:9 221:21 222:16 286:17
**statuses** 68:1
**statute** 41:18,19 58:15
**statutes** 292:2
**statutory** 145:12 145:16,17 320:10

320:13
**stay** 243:8 292:8 292:10
**steering** 164:11
**stenographic** 9:11
**stenotype** 336:8
**step** 175:13
**stephen** 6:15 10:13 337:15
**stephen.ehrlich** 6:18
**steps** 43:5 50:16 175:8 269:20
**stick** 26:7 32:9
**stop** 38:12
**straightforward** 59:12
**stratified** 125:18 126:13 127:1 134:9
**stratifier** 127:4
**street** 1:20 4:10,14 5:2,6 6:3,10
**stress** 244:7
**strictly** 120:22
**strike** 86:14
**strong** 285:1 306:16
**stronger** 307:6
**structured** 311:20 312:10
**stuck** 98:17
**studies** 113:10 116:14 184:1 250:4 317:17 318:1,16 319:7,8 319:17 320:1
**study** 203:7 265:7 279:4 301:15
**studying** 86:9

**stuff**  248:5
**subcontractor**
  139:4 318:18,18
**subcontractors**
  271:2 318:5
**subgroups**  120:12
  120:15
**subject**  50:13
  62:18 77:10,12,13
  91:11 112:18
  115:15 143:22
  158:18 297:14
**subjected**  161:6,8
  162:20
**subjects**  112:15
  291:15
**submission**  144:22
  147:5 150:4,5
**submitted**  76:14
  150:16 157:8,12
**submitting**  147:14
  151:3
**subnational**  240:4
**subpopulation**
  106:15 232:15
  258:12
**subpopulations**
  258:3 285:18
  286:13,14
**subrequirement**
  170:11
**subsample**  129:11
**subsequent**  95:13
  120:4
**subsequently**
  41:14 291:14
**subset**  129:16
**substantially**
  110:18,19 205:3
  246:15 303:16

**substantiated**
  176:5 228:16
**substantive**
  149:20
**substitute**  248:21
**substitutes**  248:1
  249:17,22
**substituting**  228:8
**substitution**  248:8
  250:16
**substitutions**
  247:18 248:10
  250:12 253:11
**success**  134:3
  135:10
**successful**  129:19
  131:6,15 132:11
  132:13 133:16
  263:3 264:1
  273:17 306:15
**successfully**  31:5
  31:18 129:13
  288:15
**sufficient**  28:21
  107:14 208:5
  293:10 295:20
  306:6,9
**sufficiently**  44:6
  88:21 114:16
  180:13 234:8
**suggest**  85:2 96:4
  109:5 224:21
  237:10,12 312:20
  327:12
**suggested**  130:13
  132:7
**suggesting**  105:18
  106:17 107:9
  108:21 109:8
  116:8

**suggestion**  44:15
**suggestive**  115:8
  115:22 120:16
  121:16 122:19
  123:14 124:12
  131:7
**suggests**  115:2
**suitable**  69:17
  155:9 168:13
**suite**  1:20 4:19 5:3
  5:7,16
**summaries**  73:12
  158:12 275:1
**summarize**  98:15
  302:9
**summarized**  33:10
  260:20
**summarizing**  86:7
  98:6
**summary**  33:14
  33:14 92:20 98:5
  103:6 120:7
  140:12,16 187:21
  254:22 259:15
**summer**  63:18
  225:5
**supervised**  235:20
  235:21
**supervisors**  224:5
  224:16 226:7
  289:9
**supplement**
  118:11 315:18
**supplemental**
  181:3 234:5
**supplements**
  118:10
**supplied**  245:4
  287:19,21
**supply**  186:21
  194:5 278:2

  304:16 333:21
**support**  40:6
  80:18 81:11,15
  197:3 253:6
  271:10,14,17,19
  292:4,7 330:12,13
**supported**  154:22
  335:3
**supporting**  169:1
  177:15 178:3,19
**supposed**  119:13
  119:17 120:1,3
  287:18
**supposing**  246:3
**sure**  23:7 31:12
  32:2,3,11 61:12
  62:7 64:3 72:16
  91:14 97:19 98:3
  126:4 127:6
  146:11,11 152:13
  165:5 168:11
  170:8 176:4
  192:11 196:15
  202:12 207:6
  220:4 231:18
  250:13 270:3
  271:7 274:5,6,7
  276:3 277:1,3
  292:11 295:2
  298:17 301:3
  303:2 311:5
  312:13 313:13
  328:16
**surprisingly**  206:2
**surrounding**
  152:16 250:17
**survey**  2:10 3:2
  14:13,17 15:1,16
  16:8,11,15,17 17:5
  17:14 18:5,14
  19:6 23:22 25:1,2

26:2 27:17,21
28:6 29:12,14,16
30:9,10,20 31:1,21
32:4 33:17 34:1
35:16 36:21 37:5
37:10,13,21 38:7
38:12 42:11 43:4
43:4,7,19 44:5
49:3 50:19 54:1
58:19 73:11 78:7
78:16 81:19 85:6
85:9 86:1,3,10,13
86:17,20 87:3,15
88:16,20 89:9,13
89:15,19 90:3,21
91:15 92:12 93:7
94:2 103:14,16
109:2,3 112:20,20
113:18,19 114:8,9
114:22 115:4,9
116:2,19,19 117:1
117:9,19,21
118:15 119:5,14
119:15 120:5,12
120:16 121:18,22
122:3 124:13
130:19 134:18,22
136:2 138:10,16
141:11 143:11
145:1 147:7 150:8
151:11 153:21
154:5,6,10 156:1
156:21 159:19
160:8,12,18
161:11,15 167:10
168:5,16,18
169:22 172:11
177:6 179:18,22
187:19 188:9
203:8,9 205:11
239:21 245:22

260:2 265:5,8
266:9,11 267:3,17
267:21 268:1,6,13
268:15,16,20,20
269:4,6 270:8,10
270:20 271:11
272:12 273:9,10
273:20 275:9
276:1,4 282:9
286:2 293:4,5
307:16 309:2,6
324:19
**surveying**  118:15
**surveys**  3:8 35:6
35:18 36:4 130:7
131:8 138:7 241:8
267:4 308:22
320:5 321:5
**swap**  51:22 52:4
52:17,19 53:3,9
**swapped**  51:13,18
51:20 52:11,12
**swapping**  51:3,5,6
51:11 52:15 53:12
53:15 67:2 70:2,4
**swat**  31:22 125:16
126:12 335:3
**swear**  9:13
**switch**  187:4
**switched**  134:14
**switching**  219:13
**sworn**  9:17 336:7
**synthetic**  51:3
53:19 240:14
**system**  45:17
50:20 60:9 66:19
70:3,4,4 101:7
143:14 195:3
212:11 214:1
224:20 226:12,14
226:15 240:6,8,10

240:11,13 244:17
247:7 256:2 257:1
257:9,16 267:3
274:19
**systemic**  313:14
**systems**  60:4
165:2,6 194:21
195:1 205:1,9
250:20 289:7
306:17 307:6

**t**

**t**  79:12 83:8 339:1
339:1
**table**  34:13 36:21
37:2 42:10,13
43:2 49:11 50:12
55:4,7,7,14 56:2
56:13 59:5,13,14
62:5 67:22 68:19
68:20 80:18,22
81:4 85:12 101:12
112:4,4,7,8,9,9,11
113:3 114:1 121:1
124:4,16 127:14
127:15 128:14,16
128:20 129:15,22
132:2 133:4,9
143:7,12 259:12
259:13 260:5,12
260:14,15 261:17
261:21 291:22
313:20 323:7
329:3
**tables**  2:17 50:13
60:20 127:8,12
132:21 133:6
**tabular**  49:10
61:15,19,21 64:11
277:1
**tabulate**  49:14
70:12,19 71:9

172:17
**tabulated**  42:11
50:18
**tabulation**  41:2,9
41:21 42:2,2,6,19
43:14,20 44:1,10
44:16 45:2 48:18
49:3 50:3,6,12,16
50:20 51:17 58:20
59:6 67:9 69:20
69:22 81:9 95:14
269:18
**tabulations**  42:4
44:5 57:22 59:10
158:11 296:6,11
296:15
**take**  8:11 13:19
14:2 35:4 63:14
69:8 70:6 80:14
96:7 98:10 112:5
118:3 128:13
184:10,11 190:21
197:1,2 215:22
216:1 224:18
251:6 270:6
280:14 281:16
283:5 303:16
330:16
**taken**  8:14 43:6
103:10 134:2
164:6 177:9 336:5
336:8,14
**takes**  156:17
188:19 215:21
**talik**  2:4 187:10
202:3 251:5
254:13 264:12
**talk**  32:14 38:16
48:14 51:4 65:22
91:17 99:21 100:9
112:6 122:12

184:20 332:22
**talked**  48:9 60:18
87:21 111:16
125:17 154:12
159:10 178:16
181:18,19
**talking**  31:15
46:10 47:19 48:1
63:22 99:20
111:18 118:16
124:5,20 132:19
160:4 162:9 168:5
171:1 190:8
194:12 217:19
232:12 236:11
247:22 319:7
**target**  244:11
278:6,7 280:10
283:14
**targeted**  227:14
246:19 263:1,4,7,8
274:20 278:10
**targets**  262:18
**task**  138:5 140:12
140:17 307:12
318:6,8,9,9,19,20
319:5
**tautological**
258:11
**tax**  228:21 229:10
229:17 230:2,3,7
232:9 233:9
**taxpayer**  75:8
**teach**  309:9
**team**  30:20 31:22
32:6 125:16
126:12 133:14
270:14 272:16
274:3 279:18
287:6,19,20
288:11,15,21

318:19,21 322:9
323:17 334:19
335:3
**technical**  30:17,19
33:4 51:1 52:6,20
96:5 97:4,20 99:2
106:2 108:2 110:1
113:8 125:8 130:9
145:6,8 146:12,21
146:21 151:20
154:18,22 155:20
199:7 239:18
252:11,14 287:10
288:14 294:2
298:14 328:13,22
330:2
**technically**  18:17
41:4 48:20 116:22
119:11 155:12
228:4
**technique**  67:5
125:8
**telephone**  129:7
196:2,9 197:12
**telephonically**
4:17 5:1
**tell**  31:14 35:4
51:21 70:8 97:12
105:3 145:9
161:18 187:1
283:19 302:6
**telling**  67:14
**tells**  227:12
**ten**  64:12 68:18
128:3 203:18
**tend**  166:15
**tenor**  303:3
**tentative**  269:19
**tenth**  4:14 129:18
**term**  35:20 52:6
196:14 212:11,13

213:2 219:19
287:10
**terms**  15:12 69:21
152:2 166:8 207:9
285:16 316:3
318:14 333:11
**territory**  101:8
**terse**  113:8
**test**  2:22 16:2
27:22 115:12
161:20 162:19
163:15,17 164:8
164:21,21 165:7
165:10,10,11
166:1,3,4,7,8,16
166:20 167:21
168:4,10 175:5,6
177:21,21,22
179:3,5 181:11,14
184:8 185:12,14
185:21 186:2
190:7 191:18,20
195:2,13,17,20
196:10,11,11
197:21 198:13,14
199:20 200:8,16
200:22 204:2
206:5 212:22
213:2,21 215:1
217:7 221:3,5
224:18 225:10,13
226:5,17 229:14
231:6 235:13
236:10 241:16,18
247:9 249:11
273:16,16 283:6
305:22 306:5
311:19,22 313:15
313:20 316:17
**tested**  24:21 25:21
26:9 29:3 30:7

33:16,18 142:15
143:1,3 161:4
162:3,17 164:6,18
165:12 168:12
175:1 180:10,13
204:13,15 249:14
269:22
**testified**  9:17 34:3
98:9 100:15
101:18 105:13,14
105:17 132:18
187:17 271:21
275:22 309:15
314:4,17 317:11
317:14 320:9
322:20
**testify**  13:11
**testifying**  14:8
294:3
**testimony**  33:3
34:4,4 45:12
118:6 133:3
187:21 198:20
252:21 336:6,7,11
337:4,5
**testing**  23:13,18
24:1,4,5,11,17,18
24:22 25:4,7,8,12
25:16 26:5,14,16
26:20 27:3,7
29:21 30:4,14
31:4,7,17 32:16,21
36:4 137:18 142:4
142:6,12,19,20
143:4 156:3 161:7
161:9 165:6
171:16,19 172:1,4
172:7,11 174:21
175:11 180:17,22
181:8 184:3,4
190:2,7,8 192:19

192:20 197:13,19
197:20 198:3
200:21,22 201:6
201:13,17 202:4,6
202:11,15,18
204:10 205:2,2,4
205:15,18,20
206:16 207:5,7,9
207:21 225:22
244:7 249:12
269:13,21 270:1
273:9,11 334:13
**tests**  26:3 161:17
165:9 166:5 178:1
184:6 185:4 189:3
189:8,17,22 190:9
190:13 191:22
192:11 193:8
194:13,20,22
195:7,13,17,22
196:4,7 198:2,6
200:9,15 203:3,22
204:7,16,16,19
206:11 215:2
217:10 225:19,21
231:7 262:20
**text**  103:5 244:15
**thank**  12:21 18:3
19:12 21:3 29:8
29:11 42:3 50:2
52:8 53:11 83:9
84:3 100:10
102:14 135:15
142:3 143:5 144:3
148:15 261:3,3
331:19 335:11,14
338:12
**thanks**  100:5
**thing**  205:12
208:13 224:17
228:7 263:10

308:14 309:5
314:13
**things**  10:4 11:14
48:13 51:4 61:1
70:11 72:10 77:5
100:14 101:10
108:18 113:9
135:4 140:1
143:15 160:8
171:9 178:4
192:11 207:6
213:15 232:7
242:1,2 249:12
265:11,21 273:22
282:3 283:14
284:5 285:21
292:7 305:13
311:14 314:10
319:14
**think**  17:22 20:4
33:2 54:5 58:1
60:13 69:19 74:18
77:19 89:16 92:20
93:1,18 95:11
102:4 103:7
104:12 105:17
107:2 111:8,17
114:13 123:2,6
126:8 129:2,8
136:16 139:8
143:15,16,17
166:2 169:19,20
172:15 179:12
181:16 182:18
184:7 187:16
202:10 208:12
210:18 215:21
227:7 229:12
237:17 243:6
245:19,20 253:4
259:10 265:12,17

265:18,22 268:4
276:19,21 277:18
283:4,20 284:1
293:17 300:14
303:11,14 308:3
308:14 309:14
312:2 318:13
319:6 321:9,10
328:6,21 331:3
332:15
**third**  79:7 84:18
127:14 143:8
220:16 221:6
236:16
**thirdly**  143:7
**thompson**  137:11
137:12,12,15
205:11
**thought**  133:8
161:17 189:10
300:22 328:19
**thread**  2:14 71:22
72:3,4 78:21 79:6
83:3 96:21 97:2
**three**  48:10 63:16
108:18 110:18
153:2 154:13
221:1 227:19
234:11 294:21
297:3 310:6
313:21
**tiger**  65:2
**tight**  274:13
**tilak**  4:13 187:12
209:20 223:19
231:21 237:2
248:16 251:14,22
252:15 263:14
**time**  9:12 10:18
11:3,12,21,22 14:2
25:14 31:5 34:6

76:21 87:8 99:8
99:12,16 100:2
106:18 107:11
108:2,12,16 109:1
112:16 118:14
119:2,10 121:12
121:13 122:13,14
122:17 123:9,12
123:13,18,18
129:20 136:4
138:15 139:15,18
139:22 144:6,9
146:2 161:16,22
165:15 176:3
178:22 179:4,6
180:10 181:7
184:13,16 187:6,9
188:16 189:2,15
192:15 195:2
199:3 202:13
212:14 225:6
232:10 251:8,12
264:16,19 268:8
274:7,15 289:21
290:2 300:1 301:4
301:9,14 302:21
305:12,12 308:12
309:21 311:10
330:19,22 332:3
335:16
**timeline**  34:16
161:5 206:17
212:16,17 219:12
**timelines**  147:8
**timely**  35:22 58:21
163:9 214:5,13,19
215:12
**times**  5:11 31:13
165:3 190:22
**timing**  41:16
215:15 306:21

[title - undercounted]                                          Page 60

**title**  10:8 48:8
  69:12 320:15,21
**titled**  144:22
**today**  10:21 11:19
  12:6,11,12 13:4,9
  13:12 14:8 93:1
  100:2,21 144:15
  290:15 294:3
  307:19 325:2
  333:6
**today's**  10:19,20
  13:5 335:15
**told**  52:1 59:1
  94:15 129:8
  303:10
**tool**  190:15,19
  227:11,14,15
  280:3
**tools**  201:22
  270:12 289:2,5,6
**top**  72:4,21 78:22
  83:2,4 96:21
  173:12 275:14
  326:7
**topic**  100:13 291:7
**topics**  11:14 136:7
  290:16 291:9
  332:6
**tori**  28:3 102:21
  335:1,7
**total**  135:4 240:1
  260:6 310:10
**toto**  149:10
**tracking**  307:15
**tract**  127:21 128:9
  128:18 131:13
  132:8,11,14 143:9
**tracts**  125:19
  126:13,15 127:1
  127:16 128:1,3
  134:4

**trading**  36:2
**training**  22:12
  195:14 197:9
  200:17 204:4,4
  207:13 218:14
  224:3 225:6 235:4
**transcript**  3:10
  281:3,4 338:7
**transcription**
  337:5
**translate**  217:17
**translation**  218:9
**transmitted**  103:2
**transparent**
  304:17
**transposed**  104:12
**treat**  69:1
**treatment**  141:13
  141:18
**trend**  94:1,4,16,17
  107:2,16 130:17
  133:16
**trial**  28:8 115:10
  205:7 238:18
  241:21 290:7
**trials**  165:8 202:16
**tried**  307:10
**tries**  221:1
**triggered**  230:13
**true**  183:18
  184:22 185:4,8
  186:7 231:17,18
  237:11 241:9
  277:20 283:3,6
  336:10 337:4
**trust**  265:18
**truth**  238:11
**truthfully**  13:12
**try**  77:16 88:3
  105:15 123:8
  125:12 135:9

175:22 191:3
  220:14,16 221:9
  252:2 253:21
  263:2 265:16
  280:7,19 289:1
  292:19
**trying**  17:20 40:12
  46:19,20 61:16
  70:12 87:19 88:15
  93:10 117:13
  123:5 146:10
  151:13 192:6
  248:7 263:4,20
  268:22 271:22
  280:8 287:3
  312:14 314:7
  328:9
**ts**  284:14
**turn**  8:8 16:16
  20:9 57:9,13
  112:2 145:2 160:2
  219:22 258:14
  279:6 291:3
  294:15 306:12
  321:18 326:5
  331:5
**turned**  230:18
**turning**  259:17
**turns**  133:7
**twice**  254:4 255:10
  300:4
**two**  51:4,18 53:22
  73:14 88:22 99:5
  103:22 104:11
  108:1,4 114:11
  141:6,15 157:15
  162:5 163:21,21
  164:5,5,7 171:18
  194:9 199:13,16
  230:4 236:12
  239:22 247:13

257:15 260:19
  266:8 297:21
  310:6
**types**  158:7
**typewriting**  336:9
**typical**  308:21
**typically**  172:21
  299:1
**typo**  58:2

|  u  |
| --- |

**u.s.**  6:16 7:1 8:18
  56:6,7 123:16
  229:10 232:3
  245:14,18 249:18
  250:1 253:10
  258:9 260:6,9
  261:14 262:4
  337:16
**uh**  13:17 67:6
  118:5 119:7 129:5
  150:11 160:19
**ultimate**  325:8
**unable**  140:4,5
**unclear**  158:20
**uncounted**  312:16
**undercount**  237:8
  237:18,19,20
  238:2,12,14,21,22
  239:1,2,8,14,14,22
  240:17 257:3,4,22
  257:22 258:2,6,13
  259:13 260:13,16
  260:17,18 261:1,2
  261:16,22 262:9
  262:13,17 263:2
  263:10,16,19,20
  264:4,10 310:8,10
  310:16 311:11,18
  312:19 313:1
**undercounted**
  258:8

**undercounts**
262:19
**underestimate**
242:10
**undergo** 145:5
**underlying** 69:21
332:4
**understand** 13:8
14:7 42:14 58:15
60:7 83:15,21
84:2,8,12 85:18
86:7 87:18 89:10
119:1 121:5 123:2
123:6 126:8 131:4
146:10 147:18
157:7 162:6 280:9
280:19 301:3
315:17
**understanding**
10:12 26:11 39:4
59:1,3 70:14
113:4 120:7
126:11 145:13
147:22 149:5
**understood** 13:18
15:3 35:2
**undertake** 206:7
**undertaking** 192:8
**underwent** 31:6
**undue** 171:10
172:17
**unduly** 171:9,13
172:8,13
**unemployment**
317:3
**unified** 4:17
**union** 4:9
**unit** 8:13 99:11,15
107:7 108:19
119:10 122:2,5,8
123:1,3 139:17

220:14 222:5,18
238:4 250:11
251:8,11 290:1
330:21
**united** 1:1,6 8:17
17:13 18:7,9,13,21
19:7 20:12 56:10
183:8 187:13
194:5 233:19
245:2 252:8
255:18 258:4
294:11 308:17
309:10 337:18
339:3
**units** 117:3,4,9,20
123:10,11,13
124:8
**university** 48:3
**unnecessary** 188:3
188:4
**unreliable** 40:10
**unresolved** 143:16
143:18
**unsuccessful**
230:16
**unusual** 98:21
164:19,20 177:10
**unverified** 82:14
**unwilling** 130:15
**unwillingness**
108:11
**update** 3:3 156:13
279:1,5
**updated** 77:6
110:8 156:16
219:5 305:3
**updates** 77:1
297:16
**upper** 244:2,5
**ups** 162:5 209:14
269:16

**upward** 94:1,4
**urgency** 167:17
**url** 333:21
**usdoj.gov** 6:18,18
**use** 12:6 36:1 38:1
38:10 40:12 41:13
42:15 45:6,10,17
45:18,19 46:21
48:12 55:15 56:1
56:3 59:13 60:7
69:7,17 70:15
75:11 81:14,21
87:16 92:19
101:14,15 145:15
155:2,17 161:14
162:2 168:14
172:16 185:9
186:8 187:18
188:1 190:15,16
198:12 202:1
205:5,18 219:20
220:7,11 226:8
227:11 229:8
233:14 234:3
250:19 252:17,19
258:13 259:11,12
266:21 271:12
274:10 275:1,13
276:12 278:6
287:18 289:8,11
300:22 320:16
322:22 323:6
325:6,9 329:2
333:12 334:14
**useable** 232:11
**useful** 199:22
263:12 271:15
295:8
**usefulness** 293:21
324:8

**user** 42:13 46:21
173:18
**user's** 66:20
**users** 60:7 166:10
**uses** 39:3 40:18
101:3 110:2
145:20 223:12
245:20 248:20
324:3
**usual** 174:17
**usually** 32:5,12
86:18 146:17
165:8 168:14
190:10,16 193:12
297:7 309:3
**utilizing** 85:5

| **v** |
|---|

**v** 8:16 144:13
187:13 337:18
339:3
**vacancy** 137:4
**vacant** 222:10
**valid** 38:1,10 87:5
**value** 54:8,8 67:17
**values** 51:12 54:6
67:21 68:7 70:22
**van** 73:4,15,20
**variable** 66:17
75:13 232:7,17
**variables** 51:7,8,9
51:22 68:6,7 87:9
245:20 264:11
266:5
**variation** 167:9
227:2 244:11
**variations** 248:12
**variety** 29:20
61:19 195:20
302:17
**various** 38:18
39:11 48:13

**[various - way]**                                                    Page 62

194:20 219:9
227:22 249:7
287:15
**varying** 235:10
**vast** 166:12 308:16
**vehicle** 226:12,13
**velkoff** 27:16
102:21 105:7
335:1,9
**velkoff's** 102:15
102:18
**verbally** 13:15
**verbatim** 186:17
**verified** 75:11,16
75:19 78:8 81:17
82:1,9 86:19
142:10 171:13
232:13
**verify** 65:8 87:13
171:8
**verifying** 23:5
**veritext** 1:20 9:2,4
**versa** 51:15
**versed** 137:18
**version** 17:4,7
110:21,22 111:3
111:17 126:9
141:13,14,15
162:12 164:1,6
199:7 204:12,14
218:21 219:2
231:18,18 246:12
304:10,10,19
305:2,4 332:20
**versions** 31:7
175:19
**versus** 74:21
123:22 236:14,20
245:2,14,18
249:18 253:10
331:9

**vet** 272:3
**vetted** 207:4
284:15
**vetting** 284:19
**vice** 51:15
**victoria** 27:16
102:15
**video** 8:11,13
99:12,16 139:15
139:18 144:6,9
184:13,16 187:9
251:12 264:16,19
289:21 290:2
330:19,22 335:16
335:16
**videographer** 7:6
8:4 9:3 99:11,15
139:14,17 144:5,8
184:12,15 187:5,8
251:7,11 264:15
264:18 289:20
290:1 330:18,21
335:15
**view** 32:15 33:19
35:7 76:18 161:2
242:14
**views** 285:10
302:4,7
**virtually** 247:8
**visas** 56:9
**visit** 221:7,8 223:2
224:7,10 228:2,10
230:16 231:2
234:16
**visitors** 56:10
**visits** 220:5,13
221:12 223:10,21
224:2,13 226:8
227:19 234:11
235:2,3,10

**vocal** 303:18
**voice** 17:21
**voluntary** 134:16
134:19
**volunteered** 46:22
**vote** 45:22 46:4
**voter** 295:20
**voters** 46:6
**voting** 34:12 40:17
41:9 44:18 45:3
46:1 52:10,10
61:12,13 62:10,20
63:2 70:9,10 71:1
84:6 85:4 292:4
295:18 296:1,4,14
**vra** 54:14
**vs** 1:5

|   w   |
|:-----:|

**w** 12:20
**wait** 13:20
**waive** 168:8
**waived** 168:7
**waiver** 165:17,18
165:19,22,22
166:1,17 167:1,5,8
179:10,12,16
180:2,13,22
**waivers** 177:9
**walejko** 288:13
**want** 9:21 13:4
14:2 16:5 19:13
20:21 21:3 48:15
57:9 58:5 64:18
67:18 68:12 71:20
74:16 75:14 100:1
100:13 111:15
112:2,3 168:3
170:22 173:14
187:1 198:21
247:8 273:22
275:18 278:20

280:9,14,20 295:2
301:3 302:11
312:1 313:5
331:20
**wanted** 99:21,22
140:3 187:15
276:8 280:11,13
333:8
**wanting** 88:9
144:1
**war** 193:16
**warranted** 224:13
**washington** 1:9,16
1:21 4:5,10,15 5:3
5:7,16 6:17 7:4
8:22 40:2 294:14
337:17 338:16
**wave** 114:1,3
115:16,17
**way** 15:20,22
18:14 22:6 34:10
34:12 38:5 47:4
47:10 49:2 50:8
52:22 53:2 55:18
58:12 60:6 70:5
71:8 85:3,14
103:12 118:20
120:9 121:2 126:9
142:14 143:9
154:6 155:8,12
161:13 206:22
209:4,12 232:18
237:15 239:14
241:7,12 256:21
256:22 267:11
274:2 275:7,17
283:8 284:3,15
286:21 292:9,22
302:13 312:10
320:20 321:10
323:10,11,15

324:4,5,6,11,14
327:15
**ways** 15:16 46:17
46:18 59:12 61:20
206:20 288:9
307:16 311:17
**we've** 59:14 60:2
63:21 99:7 106:2
108:18 154:12
165:3 178:16
204:16 253:12
266:14 289:3
308:14 334:6
**website** 16:12
19:20 21:9 65:1
267:21
**wednesday** 1:10
8:5 339:6
**week** 10:8 79:17
86:8 315:11,12
**weeks** 110:18
127:6 141:3
162:11
**weigh** 301:20
**welcome** 144:4
**wells** 6:15
**went** 10:7 143:17
294:22
**whichever** 333:22
**whispering** 8:7
**white** 10:3,6 110:8
114:20 115:21
120:10,19 125:17
126:9 258:17
259:5,9 332:12,16
332:16,20
**whitehorne** 47:7
47:14 62:14,21
63:9 80:6,17 81:6
**wide** 244:10,16,17

**willing** 220:20
**willingness** 94:6
**winded** 177:13
**window** 43:19
**wise** 6:2
**wish** 59:4
**withdrawn** 299:14
**witness** 9:14,16,18
15:3 17:20 23:17
37:8,19 39:20
42:9 43:1 53:15
66:11 71:5 73:9
74:14 76:8 87:1
89:21 92:10 95:7
95:11 108:14
116:5 120:21
121:20 123:18
124:15 134:7
141:18 144:4
151:19 171:16
172:15 173:6
181:10 183:12
185:18 198:20
201:16 208:12,17
223:14,18 231:15
236:5 248:15
251:21 252:13
262:16 264:7
277:5 299:5 306:9
308:3 311:1 317:6
319:22 325:13
330:5 336:5,8,11
338:5 339:5
**woliver** 4:18
**wondered** 140:2
**wondering** 287:7
**woodwork** 206:20
**word** 19:10 42:1
285:2
**wording** 98:5

**words** 14:15 243:2
256:13
**work** 33:4 45:17
140:14,19 149:20
149:20 155:1,5,20
157:4 207:15
234:19,21 236:11
287:15 305:20
317:12,14 319:11
**worked** 58:19
273:21 288:3
**working** 60:11
79:17 84:14 97:20
98:6 124:5,16
156:18 163:11,11
201:18 294:9,11
300:21 301:14
**workload** 197:22
**works** 103:12
**world** 304:6
**worry** 97:3,12
274:22
**worth** 28:22
161:16
**wound** 253:20
**write** 34:10 35:5
79:8,9 97:2
153:15 187:1
327:11
**writes** 85:1,16
**writing** 80:13
113:8
**written** 73:14
199:9 208:22
209:12 305:12
313:17
**wrong** 60:14 74:18
112:7 190:6
257:17 315:22
**wrote** 75:14 79:16
80:2 84:7 97:6

235:18

**x**

**x** 68:16

**y**

**y&r** 270:21 271:1
287:19 288:20
317:15 318:21
332:10,12
**yeah** 215:6,8
241:10 295:4
313:16 320:15
**year** 29:10 43:15
43:18,19,21 44:1,2
44:6 103:18 107:4
107:4 110:6
128:14 130:2,7
131:12 143:10
151:14 164:10
190:2,5 208:21
210:13 229:10
250:5 274:14
284:2 300:4 309:7
**years** 99:5 143:12
189:21 192:11
195:8 263:22
313:17,18
**yeomans** 4:17
**yesterday** 10:15
12:4 99:21 111:7
111:9 199:11
**yield** 151:15
**york** 1:2,3 4:1,3,8
5:12,12,15 6:7,11
6:11 8:16,19 13:1
13:3 290:8 337:18
339:2
**young** 138:19
270:21 274:19
282:2 288:11
310:7 312:16

**[young - zero]**                                                   Page 64

| | |
|---|---|
| 317:12 | |
| **younger** | 310:10 |
| **z** | |
| **zero** | 263:20 311:9 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

<u>Summary: Census Bureau 30(b)(6) (John Abowd) Vol. 2 (October 5, 2018)</u>

The Census Bureau produced a White Paper in response to DOJ's request. Tr. 351-53. Dr. Abowd's January 2018 memo to Secretary Ross [AR 1277] was based on a preliminary version of the White Paper, which constitutes the best analysis that the Bureau can do of the consequences of adding a citizenship question to the 2020 census, and of the quality of citizenship data available from different sources. Tr. 353-58. The Bureau agrees that the balance of evidence available suggests that adding a citizenship question to the 2020 census would lead to a lower self-response rate in households potentially containing noncitizens. Tr. 358.

On the ACS, item non-response (the failure to answer a particular question) and breakoff rates (the rate at which respondents stop answering the survey) are higher on the citizenship question for Hispanics as compared to non-Hispanic whites, and have increased. Tr. 359-64. The Bureau believes that the citizenship question will cause Hispanics' response rates to the 2020 Census to decline more than non-Hispanic whites' response rates. Tr. 364-69. The Bureau communicated to Commerce the empirical basis for its belief that the question will reduce response rates. Tr. 369-72. The Bureau conservatively estimates the question will reduce response rates among households with a noncitizen or a person of unknown citizenship status by 5.8 percentage points relative to all-citizen households. Tr. 372-77.

The Bureau has non-response follow-up (NRFU) methods to enumerate households that do not self-respond to the Census including in-person enumerators; but the Bureau believes that households that do not self-respond to the census because of the citizenship question are not likely to cooperate with an enumerator.  Tr. at 425. The Bureau also uses proxies (e.g., neighbors) to obtain responses, but proxies are more likely to omit a person, and the Bureau believes that people who live in Census tracts with higher percentages of noncitizens are less likely to give proxy responses. Tr. 382-87. The Bureau will also use administrative records, but they are less frequently available for Hispanics and noncitizens. Tr. 387-92. The citizenship question may cause more households to omit a member when responding to the Census, but the Bureau does not employ NRFU if a household does so. Tr. 394-99. The Bureau conducted an analysis after the 2010 Census showing that Blacks and Hispanics were more frequently omitted, and undercounted, as compared to non-Hispanic whites. Tr. 399-407.

The Bureau compared Alternative C (using administrative records for CVAP data) and Alternative D (using both a citizenship question and administrative records, which Secretary Ross chose), and found that Alternative D results in worse CVAP data for various reasons: the question reduces self-responses, resulting in poorer-quality census responses which are in turn harder to match to administrative records; under Alternative D, the Bureau has no plan for how to address situations where a person's survey response as to citizenship status and their administrative records do not agree; and, although administrative records do not exist for everyone, and thus Alternative C requires imputing the citizenship status of some people, these imputation methods are more reliable than responses to the citizenship question. Tr. 407-24. The Bureau communicated its disagreement with Alternative D to the Commerce Department.

The Bureau received a proposal for a randomized control test (RCT) of the citizenship question, but it was rejected.  Tr. 426-30. The Bureau believes that it does not make sense to include a citizenship question on the 2020 Census. Tr. 432-33. The Bureau can lock down the content of the Census questionnaire by June 30, 2019.  Tr. 436-37. The Census Barriers, Attitudes, and Motivators Survey (CBAMS) includes 42 focus groups, many of which responded negatively to the citizenship question, including mainland US Spanish speakers. Tr. 437-62.

Page 340

```
 1           UNITED STATES DISTRICT COURT

 2           SOUTHERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - x

 4   STATE OF NEW YORK, et al.,      :

 5              Plaintiffs,          :

 6       vs.                         : Civil Action No.

 7   UNITED STATES DEPARTMENT OF     : 1:18-cv-2921-JMF

 8   COMMERCE, et al.,               :

 9              Defendants.          : Volume II

10   - - - - - - - - - - - - - - - x

11      CONTINUED VIDEOTAPED 30(b)(6)DEPOSITION OF:

12    UNITED STATES CENSUS BUREAU GIVEN BY JOHN M. ABOWD

13   DATE:        Friday, October 5, 2018

14   TIME:        9:05 a.m.

15   LOCATION:    Arnold & Porter Kaye Scholer

16                601 Massachusetts Avenue, N.W.

17                Washington, D.C.

18   REPORTED BY: Denise M. Brunet, RPR

19                Reporter/Notary

20                Veritext Legal Solutions

21        1250 Eye Street, N.W., Suite 350

22                Washington, D.C.  20005
```

Page 341

```
 1              A P P E A R A N C E S

 2

 3   On behalf of the New York Immigration Coalition:

 4              DALE HO, ESQUIRE

 5              American Civil Liberties Union

 6                Foundation

 7              125 Broad Street

 8              18th Floor

 9              New York, New York   10004

10              (212) 549-2693

11              dale.ho@aclu.org

12

13              SARAH BRANNON, ESQUIRE

14              American Civil Liberties Union

15                Foundation

16              915 15th Street, Northwest

17              Washington, D.C.   20005

18              (202) 675-2337

19              sbrannon@aclu.org

20

21

22   (Appearances continued on the next page.)
```

```
                                           Page 342

 1    APPEARANCES (continued):

 2

 3    On behalf of the New York Immigration Coalition

 4    (continued):

 5                   JOHN A. FREEDMAN, ESQUIRE

 6                   DAVID GERSCH, ESQUIRE

 7                   Arnold & Porter Kaye Scholer, LLP

 8                   601 Massachusetts Avenue, N.W.

 9                   Washington, D.C.  20001

10                   (202) 942-5316

11                   john.freedman@arnoldporter.com

12

13    On behalf of the State of New York:

14                   DANIELLE FIDLER, ESQUIRE

15                   Assistant Attorney General

16                   Environmental Protection Bureau

17                   28 Liberty Street

18                   New York, New York  10005

19                   (212) 416-8441

20                   danielle.fidler@ag.ny.gov

21

22    (Appearances continued on the next page.)
```

Page 343

```
 1   APPEARANCES (continued):

 2

 3   On behalf of the Kravitz Plaintiffs:

 4               KARUN TILAK, ESQUIRE

 5               Covington & Burling

 6               850 10th Street, Northwest

 7               Washington, D.C.  20001

 8               (202) 662-6000

 9               ktilak@cov.com

10

11   On behalf of the Lupe Plaintiffs:

12               NIYATI SHAH, ESQUIRE

13               ERI ANDRIOLA, ESQUIRE

14               Asian Americans Advancing Justice

15               1620 L Street, Northwest

16               Suite 1050

17               Washington, D.C.  20036

18               (202) 296-2300

19               nshah@advancingjustice-aajc.org

20

21

22   (Appearances continued on the next page.)
```

Page 344

```
 1   APPEARANCES (continued):

 2

 3   On behalf of the City of San Jose & Black Alliance

 4   for Just Immigration:

 5                   DORIAN L. SPENCE, ESQUIRE

 6                   Lawyers Committee for Civil Rights

 7                     Under Law

 8                   1500 K Street, Northwest

 9                   Suite 900

10                   Washington, D.C.  20005

11                   (202) 662-8324

12                   dspence@lawyerscommittee.org

13

14   On behalf of the State of California:

15                   ANNA FERRARI, ESQUIRE

16                   Department of Justice

17                   Office of the Attorney General

18                   Government Law Section

19                   455 Golden Gate Avenue, Suite 11000

20                   San Francisco, California  94102

21                   (415) 510-3779

22   (Appearances continued on the next page.)
```

```
                                                        Page 345

 1    APPEARANCES (continued):

 2

 3   On behalf of the State of California (continued):

 4                 R. MATTHEW WISE, ESQUIRE

 5                    (via telephone)

 6                 Department of Justice

 7                 Office of the Attorney General

 8                 1300 I Street

 9                 P.O. Box 944255

10                 Sacramento, California  94244

11                 (916) 210-6053

12                 matthew.wise@doj.ca.gov

13

14   On behalf of Los Angeles Unified School District:

15                 KEITH YEOMANS, ESQUIRE

16                    (via telephone)

17                 Dannis Woliver Kelley

18                 115 Pine Avenue, Suite 500

19                 Long Beach, California  90802

20                 (562) 366-8500

21                 keyomans@dwk.com

22    (Appearances continued on the next page.)
```

Page 346

```
 1   APPEARANCES (continued):

 2

 3   On behalf of the County of Los Angeles:

 4              DAVID I. HOLTZMAN, ESQUIRE

 5                 (via telephone)

 6              Holland & Knight

 7              50 California Street

 8              Suite 2800

 9              San Francisco, California  94111

10              (415) 743-6909

11              david.holtzman@hklaw.com

12

13   On behalf of Defendants:

14              STEPHEN EHRLICH, ESQUIRE

15              U.S. Department Of Justice

16              Civil Division

17              20 Massachusetts Avenue, Northwest

18              Washington, D.C.  20530

19              (202) 305-9802

20              stephen.ehrlich@usdoj.gov

21

22   (Appearances continued on the next page.)
```

Page 347

1    APPEARANCES (continued):

2

3    On behalf of Defendants (continued):

4                    MILES RYAN, ESQUIRE

5                    Office of the Chief Counsel for

6                       Economic Affairs

7                    Office of the General Counsel

8                    U.S. Department of Commerce

9                    U.S. Census Bureau

10                   4600 Silver Hill Road

11                   Suitland, Maryland  20746

12                   (301) 763-9844

13                   miles.f.ryan.iii@census.gov

14

15   ALSO PRESENT:  Nhat Pham, Videographer

16

17

18

19

20

21

22

Page 348

```
 1              C O N T E N T S

 2    EXAMINATION BY:                          PAGE:

 3    Mr. Ho                                   349

 4    Ms. Fidler                              436

 5

 6    ABOWD DEPOSITION EXHIBITS:               PAGE:

 7    24 - Bates COM_DIS00009833 - 9909        349

 8    25 - Bates COM_DIS0012757 - 762          349

 9    26 - DSSD 2010 Census Coverage Measurement

10         Memorandum Series #2010-G-01        399

11    27 - Proposed Content Test on Citizenship

12         Question                            425

13    28 - Bates COM_DIS00010669 - 684         436

14    29 - Bates COM_DIS0013025 - 55           436

15

16         (*Exhibits attached to the transcript.)

17

18

19

20

21

22
```

Page 349

```
 1              P R O C E E D I N G S

 2         (Abowd Deposition Exhibit Numbers 24 and

 3    25 were marked for identification.)

 4         THE VIDEOGRAPHER:  We're now on the

 5    record at 9:05 on October 5th, 2018.  This is the

 6    continuation of the 30(b)(6) deposition of the

 7    Census Bureau, given by John Abowd, taken in the

 8    matter of the New York Immigration Coalition, et

 9    al., v. United States Department of Commerce, et

10    al.

11         Our court reporter is Denise Brunet,

12    camera operator is Nhat Pham, both on behalf of

13    Veritext.

14         Attorneys present and attending remotely

15    will be noted on the stenographic record.  Will

16    the court reporter please swear in the witness.

17    WHEREUPON,

18              JOHN M. ABOWD,

19    called as a witness, and having been sworn by the

20    notary public, was examined and testified as

21    follows:

22              EXAMINATION BY COUNSEL FOR
```

Page 350

1                    NEW YORK IMMIGRATION COALITION

2    BY MR. HO:

3         Q    Good morning, Dr. Abowd.

4         A    Good morning.

5         Q    You understand that this is a

6    continuation of your 30(b)(6) deposition which

7    began on August 29th, 2018, correct?

8         A    Yes, I do.

9         Q    And do you understand that you remain

10   under oath today to tell the truth?

11        A    Yes, I do.

12        Q    Is there any reason that you can't tell

13   the truth today?

14        A    No, there is not.

15        Q    I would like to remind you not to jump in

16   and answer questions before I've finished asking a

17   question so that the court reporter can get

18   everything down.  Is that okay?

19        A    Yes, sir.

20        Q    In the interest of time, I'd like to

21   request that if it's possible, you try to answer

22   my questions, where appropriate, with a yes or a

Page 351

1    no unless I'm unclear or if I've misstated

2    something or if my question necessarily calls for

3    a longer answer.  Would that be okay?

4         A    Yes, sir.

5         Q    Okay.  Picking up from last time, I've

6    given you an exhibit that's been marked as

7    Exhibit 24.  Do you see that?

8         A    Yes, sir.

9         Q    Now, this is a white paper titled,

10   Understanding the quality of alternative

11   citizenship data sources for the 2020 census,

12   dated August 6th, 2018, the first page of which

13   has the Bates number COM_DIS09833.  Is that

14   correct?

15        A    Yes, sir.

16        Q    Now, this document was created by the

17   Census Bureau in the ordinary course of its

18   business and not for litigation purposes, correct?

19        A    That is correct.

20        Q    I'm going to refer to this as the white

21   paper.  Okay?

22        A    That's fine.

Page 352

1      Q      Now, the analysis in this white paper was

2   begun in response to the Department of Justice's          401;
                                                              403
3   request for citizen voting age population data at

4   the census block level, correct?

5      A      Yes.

6      Q      Now, the analysis in this paper attempts,

7   among other things, to assess the quality of

8   citizenship data available to the Census Bureau

9   from different sources, like surveys and

10  administrative records, correct?

11     A      Yes.

12     Q      The analysis in this paper also

13  represents, among other things, the Census

14  Bureau's efforts to assess the effect that the

15  inclusion of a citizenship question would have on

16  self-response rates the 2020 census; is that

17  correct?

18     A      May I make one clarification?

19     Q      Sure.

20     A      A white paper is produced as a research

21  product by the authors and does not necessarily

22  represent the views of the Census Bureau, but I do

1   today.

2       Q    And the paper includes an assessment of

3   the possible effect of the inclusion of the

4   citizenship question on self-response rates to the

5   2020 census, correct?

6       A    Yes.

7       Q    Now, the bureau is in the process of

8   getting this white paper peer reviewed; is that

9   right?

10      A    Externally peer reviewed.

11      Q    Why?

12      A    We consider it a valuable scientific

13  contribution made by the authors in the course of

14  their work.  The authors are in research positions

15  at the Census Bureau, and so part of their job

16  requirement is to have their technical work

17  externally peer reviewed and appear in the

18  scientific journals.

19      Q    Is this the most recent version of the

20  paper currently available?

21      A    Yes, sir.

22      Q    The authors of the white paper, they are

Page 354

1    the members of the SWOT team that you assembled at

2    the direction of Acting Census Bureau Director Ron

3    Jarmin to respond to the DOJ request, correct?

4         A    A subset, yes.

5         Q    Is there anyone better at the Census

6    Bureau for conducting the analysis that --

7    contained in the white paper other than the

8    authors of the white paper?

9         A    I honestly don't know.

10        Q    You wouldn't have chosen people who

11   weren't the best people for this job, would you,

12   Dr. Abowd?

13        A    I attempted to choose the best people

14   known to me for this job, yes.

15        Q    Do you think you succeeded in choosing

16   the best people known to you for conducting this

17   analysis?

18        A    Yes, sir.

19        Q    To your right, there's a document that

20   was marked as Exhibit 7 early -- during the first

21   part of your deposition.  This is a memo under

22   your name dated January 19th, 2018.  Do you see

Page 355

1    that?

2         A    Yes, sir.

3         Q    Now, this memo of yours, Exhibit 7,

4    relies on a preliminary version of the analysis

5    that's contained in the white paper; is that

6    right?

7         A    Yes.

8         Q    Is it fair to say that the white paper

9    that's Exhibit 24 represents an extended and more

10   up-to-date version of the analysis that you relied

11   on in preparing your memo, Exhibit 7?

12        A    Yes.

13        Q    Now, in the -- we don't have to talk

14   about your memo anymore.  Just back to the white

15   paper.  In the Census Bureau's view, the various

16   analyses contained in the white paper, Exhibit 24,

17   were methodologically appropriate for the

18   questions that the white paper attempted to

19   answer, correct?

20        A    Yes.

21        Q    Now, does this white paper represent the

22   Census Bureau's best possible analysis based on

1   existing data regarding the impact of the

2   citizenship question on self-response rates to the

3   2020 census?

4        A    I would say it represents the primary

5   research effort, but not all of the research

6   effort.

7        Q    And when you say it represents the

8   primary research effort, would you say that it

9   represents the best analysis that the Census

10  Bureau has of the possible effect of adding the

11  citizenship question on self-response rates for

12  the 2020 census?

13       A    I think it provides the inputs for doing

14  the best analysis that we can of the consequences

15  of the question on the 2020 census.

16       Q    Is there any better analysis that the

17  Census Bureau has of the effect of adding the

18  citizenship question on self-response rates to the

19  2020 census that's not contained in the white

20  paper?

21       A    There's one additional analysis in my

22  expert report that's already been disclosed that

Page 357

1    is not in the white paper.

2        Q      Okay.   Which analysis is that

3    specifically?

4        A      The one of the short-form test that

5    followed the 1990 census.

6        Q      Does the white paper represent the Census

7    Bureau's best possible analysis of existing data

8    regarding the quality of citizenship data that's

9    available from different sources, such as surveys

10   and administrative records?

11       A      Yes.

12       Q      Does the Census Bureau agree with the

13   conclusions expressed in the white paper?

14       A      I'll deal with that on a specific

15   conclusion-by-conclusion basis.

16       Q      As a general matter, are there

17   conclusions in the white paper -- I'm sorry.

18           Are there conclusions in the white paper

19   that the Census Bureau disagrees with?

20       A      There are no conclusions in the white

21   paper that the Census Bureau disagrees with.

22   There are some of the author's interpretations

Page 358

1    that I might not agree with.

2         Q    Let's turn to page 2 of the white paper,

3    Bates COM_DIS09834.  The last sentence of the

4    abstract reads, "The evidence in this paper also

5    suggests that adding a citizenship question to the

6    2020 census would lead to lower self-response

7    rates in households potentially containing

8    non-citizens, resulting in higher field work costs

9    and a lower quality population count."

10         Did I read that accurately?

11    A    Yes, you did.

12         Q    Does the Census Bureau agree that the

13    balance of evidence available suggests that adding

14    a citizenship question to the 2020 census would

15    lead to lower self-response rates in households

16    potentially containing non-citizens?

17    A    Yes.

18         Q    Does the Census Bureau agree that the

19    balance of evidence available suggests that adding

20    a citizenship question to the 2020 census would

21    lead to a lower quality population count?

22    A    I have to define lower quality population

Page 359

1    count to answer that question.   May I?

2        Q     Yes, please.

3        A     So the usual accuracy measures are two:

4    Net undercount and then its components, gross

5    omissions and erroneous enumerations and

6    whole-person census imputations.   We have no

7    evidence that it would affect the quality as

8    regards net undercount.   We have evidence that it

9    would affect the count -- the quality as regards

10   components of the errors in the enumeration.

11       Q    We'll get back to that.   Thank you for

12   that clarification.

13            Could you turn to page 8 in the white

14   paper, Bates number COM_DIS09840?   And I want to

15   look at figure 1, panel A.   This graph shows item

16   non-response, which is the failure to answer

17   certain questions, on the American Community

18   Survey, or ACS, in the year 2016, broken down by

19   various racial and ethnic subgroups; is that

20   correct?

21       A     Racial, ethnic and demographic subgroups,

22   yes.

Page 360

1      Q      And the data here does not distinguish

2    between citizens and non-citizens, correct?   I'm

3    referring to panel A only.

4      A      Oh.   That's correct.

5      Q      So in panel A, when we look at data for a

6    group like Hispanics on this chart, we're talking

7    about a group that includes both Hispanic citizens

8    and Hispanic non-citizens, correct?

9      A      Correct.

10     Q      Is it fair to say that on the ACS in 2016

11   the item non-response rate for Hispanics on the

12   citizenship question was more than twice as high

13   as it was for non-Hispanic whites?

14     A      Yes.

15     Q      And let's look at figure 1, panel B on

16   the same page.   Now, this graph shows item

17   non-response rates on the ACS in 2016 for

18   respondents who were identified in the NUMIDENT

19   data as non-citizens broken down by racial, ethnic

20   and demographic subgroups, correct?

21     A      Correct.

22     Q      And is it fair to say that on the 2016

Page 361

1   ACS, the item non-response rate for Hispanic

2   non-citizens on the citizenship question was more

3   than twice as high as it was for non-Hispanic

4   white non-citizens?

5        A     Yes.

6        Q     Let's look at page 11, Bates number

7   COM_DIS9843, table 1.   This table lists the

8   breakoff rates for various questions on the ACS

9   broken down by race and ethnicity, correct?

10       A     Correct.

11       Q     And the breakoff rate is the rate at

12  which, when people are responding to the ACS

13  questionnaire online, that they stop answering the

14  survey upon encountering a screen with a

15  particular question, correct?

16       A     Correct.

17       Q     If we look at the breakoff rates to the

18  citizenship question and compare Hispanics to

19  non-Hispanic whites, the breakoff rate on the 2016

20  ACS for Hispanics on the citizenship question is

21  more than ten times what it is for non-Hispanic

22  whites, correct?

1      A      Yes.

2      Q      Can we look back at page 10, Bates number

3  COM_DIS9842?   In the last paragraph, about a

4  little more than halfway down, the third to last

5  sentence starts with "Citizenship-related

6  questions."   It reads, "Citizenship-related

7  questions have the most heterogenous rates across

8  race/ethnicity groups; the ratio of breakoff rates

9  for Hispanics versus non-Hispanic whites is much

10 higher for year of entry and citizenship than any

11 of the other question screens in the ACS, except

12 for English proficiency, included in table 1 for

13 reference purposes."

14          Now, in the view of the Census Bureau,

15 what is the significance of the observation that

16 breakoff rates for Hispanics versus non-Hispanic

17 whites are much higher for year of entry and

18 citizenship than any other question screen on the

19 ACS, except for English proficiency?

20     A      That the question is sensitive to that

21 subpopulation.

22     Q      When you say the question is sensitive to

1   that subpopulation, you mean it is -- the

2   citizenship question is sensitive for Hispanics

3   relative to non-Hispanic whites?

4        A     Yes.

5        Q     I want to ask you about what's been

6   premarked as Exhibit 25, just to your right.  It's

7   a chart, the footer of which reads, 2017 breakoff

8   rates by race group augmented 20180915.pdf, and

9   the first page is Bates number 126757.  Do I have

10  that right?

11       A     Mine says 20180917.pdf.

12       Q     Sorry.

13       A     Okay.

14       Q     Other than that?

15       A     Yes.

16       Q     Okay.  Now, let's look at the citizenship

17  question breakoff rate on the 2017 ACS for

18  non-Hispanic whites.  That rate is .03489 percent,

19  correct?

20       A     Correct.

21       Q     And the citizenship question breakoff

22  rate on the 2017 ACS for Hispanics is

Page 364

1    .4343 percent, correct?

2         A     Yes.

3         Q     So on the 2017 ACS, is it correct to say

4    that the citizenship question breakoff rate for

5    Hispanics is more than 12 times what it is for

6    non-Hispanic whites?

7         A     I didn't calculate the ratio myself, but

8    that looks about right.

9         Q     Okay.   And if you look back to the 2016

10   ACS breakoff rates on page 11 of the white paper

11   and compare them to the 2017 breakoff rates, is it

12   correct that the citizenship question breakoff

13   rate for non-Hispanic whites stayed about the same

14   in 2016 and 2017?

15        A     Yes.

16        Q     And is it correct that the citizenship

17   question breakoff rate for Hispanics increased

18   between 2016 and 2017?

19        A     The point estimate increased.  I didn't

20   calculate a margin of error of the difference.

21        Q     Okay.  Now, is it correct to say, given

22   the analysis of item non-response rates and

Page 365

1   breakoff rates that we've talked about, that the

2   Census Bureau believes that it is more likely than

3   not that Hispanics will respond to the citizenship

4   question on the 2020 census at a lower rate than

5   non-Hispanic whites?

6       A    Yes.

7       Q    Is it also correct to say that the Census

8   Bureau believes, based on the item non-response

9   and breakoff rate analyses that we've discussed,

10  that it is more likely than not that there will be

11  a greater decline in unit self-response rates to

12  the 2020 census due to the citizenship question

13  among Hispanics than there will be among

14  non-Hispanic whites?

15      A    I'm not prepared to draw that conclusion

16  from the analysis that you just showed me.   Do you

17  have other analyses you want me to look at?

18      Q    Well, let's stay here.   Is it fair to say

19  that none of the analyses of ACS data that the

20  Census Bureau has conducted suggests that

21  self-response rates to the 2020 census among

22  Hispanics and non-Hispanic whites will decline at

Page 366

1    the same rate as a result of the citizenship

2    question?

3              THE WITNESS:    Could you read the question

4    back, please?

5              (The reporter read the record as

6    requested.)

7              THE WITNESS:    Yes.

8    BY MR. HO:

9        Q    Is it fair to say that the Census Bureau

10   believes that unit self-response rates to the 2020

11   census will decline more among Hispanics than

12   non-Hispanic whites as a result of the citizenship

13   question?

14       A    To the extent that Hispanic is correlated

15   with households containing non-citizens or persons

16   of unknown citizenship status, yes.

17       Q    Let's go back to the white paper and

18   let's look at page 9, Bates number COM_DIS09841.

19   And I'm looking at figure 2, panel A.    This graph

20   shows the difference in item non-response on

21   various questions comparing the 2013 and 2016 ACS

22   broken down by various racial, ethnic and

1  demographic subgroups, correct?

2      A      Yes.

3      Q      And according to the Census Bureau's

4  analysis, for non-Hispanic whites, non-response to

5  the citizenship on the ACS did not change between

6  2013 and 2006 [sic], correct?

7      A      Yes.

8      Q      And according to the Census Bureau's

9  analysis for Hispanics, non-response to the

10  citizenship question on the ACS increased between

11  2013 and 2016, correct?

12      A      Yes.

13      Q      And during this same period for

14  Hispanics, non-response to the sex question on the

15  ACS actually decreased between 2013 and '16,

16  correct?

17      A      Hispanics, right?

18      Q      Yes.

19      A      Yes.

20      Q      Let's go to the next page, page 10, and

21  I'm looking at figure 2, panel B.  This is the

22  same analysis comparing 2013 and 2016 item

Page 368

1   non-response rates but among individuals

2   identified as non-citizens in the NUMIDENT data,

3   correct?

4       A    Yes.

5       Q    And according to the Census Bureau's

6   analysis, for non-Hispanic white non-citizens,

7   non-response to the citizenship question on the

8   ACS increased by less than 0.5 percentage points

9   between 2013 and '16, correct?

10      A    Yes.

11      Q    And during the same period, for Hispanic

12  non-citizens, non-response to the citizenship

13  question on the ACS increased by more than 1.5

14  percentage points, correct?

15      A    Yes.

16      Q    So is it fair to say that among

17  non-citizens, the non-response rate to the

18  citizenship question on the ACS between 2013 and

19  2016 increased for Hispanics at more than three

20  times the rate that it did for non-Hispanic

21  whites?

22      A    Yes.

Page 369

1          Q       Is it fair to say that, based on the

2     Census Bureau's analysis of item non-response

3     rates and breakoff rates, that the Census Bureau

4     believes that Hispanics are more sensitive to

5     survey questions about citizenship than they were

6     a few years ago?

7          A       Yes.

8          Q       Is it fair to say that based on its

9     analysis of item non-response rates and breakoff

10    rates, the Census Bureau believes that whites are

11    not more sensitive to citizenship questions than

12    they were a few years ago?

13         A       Yes.

14         Q       Is it fair to say that the Census Bureau

15    believes that, among non-citizens in particular,

16    the sensitivity of Hispanics to survey questions

17    about citizenship has grown more than it has for

18    non-Hispanic whites?

19         A       Yes.

20         Q       Now, you testified during one of your

21    depositions that the Census Bureau's best estimate

22    as to the differential effect of the citizenship

Page 370

1  question on self-response rates for non-citizens

2  is that the addition of the citizenship question

3  will cause non-citizen self-response rates to

4  decline by 5.8 percentage points relative to

5  citizens, correct?

6      A    Households containing a non-citizen or a

7  person of unknown citizenship status relative to

8  households containing all persons with known

9  citizenship status -- known citizens.  And then --

10 yes.

11     Q    Yes, that's correct?

12     A    With my correction of your definitions,

13 yes.

14     Q    Okay.  Now, given that opinion, if

15 someone said to you that the Census Bureau could

16 not articulate a rationale to support its belief

17 that there would be a decline in the response rate

18 as a result of adding the citizenship question to

19 the 2020 census and that the Census Bureau simply

20 made an assumption that the self-response rate

21 would decline, would you agree with that person?

22     A    No.

Vague;
Compound;
Calls for
speculation

Page 371

 1            MR. EHRLICH:   Objection.   Form.

 2            THE WITNESS:   Sorry.

 3    BY MR. HO:

 4        Q    Did you ever tell --

 5            THE WITNESS:  Did my answer of "no" get

 6    recorded?

 7            THE REPORTER:  Yes, it did.

 8            THE WITNESS:  Thank you.

 9        MR. HO:  Thank you.

10    BY MR. HO:

11        Q    Did you ever tell Earl Comstock from the

12    Department of Commerce or give him the impression

13    that the Census Bureau could not articulate a

14    rationale to support its belief that there would

15    be a decline in the self-response rate to the 2020

16    census as a result of the citizenship question?

17        A    No.

18        Q    Did you, in fact, ever explain to

19    Mr. Comstock the basis for the Census Bureau's

20    belief that the addition of the citizenship

21    question would reduce self-response rates to the

22    2020 census?

1     A     Yes.

2     Q     Now, the Census Bureau's estimate of a

3  5.8 percentage point reduction of households

4  containing a non-citizen or someone of unknown

5  citizenship status relative to households

6  containing all citizens, that's an upward revision

7  of an earlier estimate of a 5.1 percentage point

8  reduction, right, Dr. Abowd?

9     A     The two numbers aren't directly

10  comparable because the reference populations

11  aren't the same.  It is a bigger number, but it

12  applies also to a larger reference population.

13     Q     Okay.  And let me see if I understand

14  this.  The difference is -- the 5.1 percentage

15  point differential was a comparison of households

16  with a non-citizen as compared to all-citizen

17  households; is that right?

18     A     Where both of those are administrative

19  record definitions of citizen, that's correct.

20     Q     Okay.  And the 5.8 percentage point

21  number, that is a comparison of households where

22  there is a non-citizen as identified by the

1   administrative records or a person with unknown

2   citizenship status in the administrative records

3   compared to households with all citizens as

4   defined in the administrative records, correct?

5       A    Not quite.  Th all household population

6   had to be both in administrative records and

7   self-declared.  And then the comparison group is

8   every other household.

9       Q    Got it.  Okay.  So let me try this again.

10  The 5.8 percentage point number, that's a

11  comparison of households where the response to the

12  ACS and the administrative records indicate that

13  every member of the household is a citizen and all

14  other households, right, Dr. Abowd?

15      A    Yes.

16      Q    Okay.  That analysis -- if we look at

17  page 38 of the white paper, Bates number

18  COM_DIS09870, that analysis producing the 5.8

19  percentage point differential that we've

20  discussed, that is set forth on this table,

21  correct?

22      A    Which table are you asking me to

1   reference?

2        Q    Table 8.

3        A    And which number?

4        Q    The 5.8 percentage point differential.

5        A    No, you have the wrong table.

6        Q    Okay.  Could you show me --

7        A    Although you have that right number.

8        Q    Could you show me the right table?

9        A    9, second panel.

10       Q    Got it.  Okay.  So this analysis, the 5.8

11   percentage point -- that produces the 5.8

12   percentage point differential, that's based on a

13   comparison of 2016 ACS data to -- response rates,

14   I'm sorry, to 2010 decennial response rates,

15   correct?

16       A    Yes.

17       Q    Okay.  So in the Census Bureau's

18   estimation, it's more accurate -- if you're trying

19   to assess the impact of the addition of the

20   citizenship question on self-response rates, it's

21   more reliable to use more recent ACS non-response

22   data in calculating your estimate; is that

                                    Vague;
                                    Calls for
                                    speculation

1    correct?

2              MR. EHRLICH:   Objection.   Form.

3              THE WITNESS:   Generally, yes.

4    BY MR. HO:

5         Q    Let's look at page 46 of the report,

6    Bates number COM_DIS9878, and I'm looking at the

7    third full paragraph here.

8         A    "As mentioned above"?

9         Q    "As mentioned above."  It reads, "As

10   mentioned above, the estimated reduction in

11   self-response due to the inclusion of a

12   citizenship question is based on a comparison of a

13   long 2010 ACS questionnaire to a short 2010 census

14   questionnaire.  The visibility of the citizenship

15   question may be more prominent when added to a

16   short questionnaire, resulting in a larger

17   reduction in self-response than what we have

18   estimated here."

19             Did I read that right?

20        A    Yes, you did.

21        Q    Would it be accurate to say that the

22   Census Bureau believes that the effect of a

1  citizenship question in terms of reducing response

2  rates among households that have a non-citizen or

3  someone of undefined citizenship status,

4  et cetera, as compared to all citizen households

5  might be even larger than 5.8 percentage points

6  because that estimate is based on ACS data, and

7  here the citizenship question would have more

8  prominence on the relatively shorter 2020 census

9  questionnaire?

10      A    If the question is does the Census Bureau

11  agree with the question -- with the sentences in

12  the paragraph that you read me, the answer is yes.

13      Q    Okay.  Let me try this again.  Does the

14  Census Bureau believe that 5.8 percentage

15  points -- that that estimate is conservative?  Let

16  me stop there.

17      A    Yes.

18      Q    Okay.  And one of the reasons why the

19  Census Bureau believes that that estimate is

20  conservative is that it's based on ACS

21  non-response rates, whereas, here, if you add the

22  citizenship question to the census questionnaire,

Page 377

1   the citizenship question could have more

2   prominence and a greater effect in terms of

3   reducing self-response rates; is that right,

4   Dr. Abowd?

5        A     Yes.

6        Q     Now -- okay.  The Census Bureau's view,

7   Dr. Abowd, which you articulated earlier, is that

8   the Census Bureau is going to enumerate most of

9   the people who failed to respond to the census

10  questionnaire because of the citizenship question;

11  is that right?

12          MR. EHRLICH:  Objection.  Form.

13          THE WITNESS:  The vast majority, yes.

14  BY MR. HO:

15        Q     Now, one of the ways that you have of

16  enumerating people when their household does not

17  self-respond to the census questionnaire is by

18  sending census enumerators in person to that

19  household, correct?

20        A     That's correct.

21        Q     And we would call that -- we could call

22  that part of the non-response follow-up, or

```
 1  N-R-F-U.  I'm going to call it NRFU during the
 2  deposition.  Is that okay?
 3       A    That's fine.  I say NRFU, but it's a
 4  matter of style.
 5       Q    Let's look at page 42 of the white paper,
 6  Bates number COM_DIS9874.  And I'm looking at the
 7  last paragraph, last complete sentence, starting
 8  with, "This analysis."  It reads, "This analysis
 9  assumes that, during the NRFU operations, a
10  cooperative member of the household supplies data
11  79.0 percent of the time, and 21.0 percent receive
12  proxy responses."
13            In that sentence, the phrase "this
14  analysis" refers to the Census Bureau's cost
15  analysis of the effect of adding the citizenship
16  question to the 2020 census, correct?
17       A    The particular cost analysis in the
18  paragraph that you're reading, yes.
19       Q    Okay.  Now, in generating this cost
20  analysis about the effect of adding the
21  citizenship question to the 2020 census, the
22  Census Bureau assumed that of the households that
```

```
 1    do not respond to the census questionnaire because

 2    of the citizenship question, 79 percent will

 3    respond to an in-person enumerator, correct?

 4         A    Yes.

 5              MR. EHRLICH:  Objection.  Form.

 6              THE WITNESS:  Yes.

 7    BY MR. HO:

 8         Q    Let's turn back to the previous page,

 9    page 41, Bates number COM_DIS9873.  The last

10    paragraph on this page, the second sentence, four

11    lines down, reads, "Households deciding not to

12    self-respond because of the citizenship question

13    are likely to refuse to cooperate with enumerators

14    coming to their door in NRFU, resulting in the use

15    of neighbors as proxy respondents on their

16    behalf."

17              Does the Census Bureau agree with that

18    sentence?

19         A    That's one of the places where the

20    authors are stating their own opinion.

21         Q    Okay.  Does the Census Bureau agree with

22    that sentence, Dr. Abowd?
```

1        A     Not completely.

2        Q     Is there an empirical basis for the

3    Census Bureau's incomplete agreement with that

4    sentence?

5        A     The sentence represents a summary of

6    qualitative evidence with which the Census Bureau

7    agrees that hard-to-count subpopulations are less

8    cooperative in NRFU and, to that extent, the

9    Census Bureau agrees with that sentence.

10       Q     Okay.  And that sentence was written by

11   the authors of this white paper whom you selected

12   as the best people at the Census Bureau to conduct

13   the analysis reflected in the white paper,

14   correct, Dr. Abowd?

15       A     Yes.

16       Q     Let's turn forward two pages to page 43,

17   Bates number COM_DIS09875.  And let's look at

18   footnote 60, which reads, "These enumeration

19   errors may not be avoidable simply by spending

20   more money on field work.  Once a household

21   decides not to cooperate, it may not be possible

22   to obtain an accurate enumeration no matter how

Page 381

1    many times an enumerator knocks on their door."

2           In this footnote, the term "these

3    enumeration errors" refers to enumeration errors

4    that arise as a result of increased non-response

5    to the census questionnaire due to the addition of

6    a citizenship question, correct?

7        A    Yes.

8        Q    And the view of the Census Bureau is that

9    enumeration errors arising from the decline in

10   self-response caused by the citizenship question

11   may not be avoidable simply by spending more money

12   on field work, correct?

13       A    Yes.

14       Q    And it is the view of the Census Bureau

15   that once a household decides not to cooperate

16   with the census because of the citizenship

17   question, it may not be possible to obtain an

18   accurate enumeration of that household no matter

19   how many times an enumerator knocks on their door,

20   correct?

21       A    Accurate in this sentence means erroneous

22   enumerations and whole-person census imputations.

Page 382

1    It does not mean net undercount.

2         THE REPORTER:   Could you please repeat

3    your answer.

4         THE WITNESS:   Accurate enumeration in

5    this sentence means enumeration errors and

6    whole-person census imputations.   It does not mean

7    net undercount.

8    BY MR. HO:

9         Q      Now, if you send an in-person enumerator

10   to a household that doesn't self-respond and that

11   doesn't result in a response, one way that you

12   could -- another way you could have of enumerating

13   that household is through a proxy response, which

14   means trying to obtain a response from someone who

15   is not a member of that household about that

16   household, correct?

17        A      Yes.

18        Q      And the Census Bureau agrees that proxy

19   enumeration generally results in lower quality

20   enumeration data than self-responses, correct?

21        A      Yes.

22        Q      And the Census Bureau agrees that a proxy

Page 383

1  response is more likely to result in the omission

2  of a household member than a self-response,

3  correct?

4      A    I haven't looked at the table recently,

5  but I believe that's correct, yes.

6      Q    Let's go to the white paper again.  And I

7  want to look at page 12, Bates number

8  COM_DIS09844, figure 3.

9      A    Figure 3, did you say?

10     Q    I believe so.  On page 12?

11     A    Okay.  I thought I heard 4.

12     Q    Okay.  Figure 3 depicts unit non-response

13  to the ACS from 2010 through 2016 comparing census

14  tracts with the lowest decile of housing units

15  containing a non-citizen to the census tracts in

16  the highest decile of housing units containing a

17  non-citizen, correct?

18     A    Correct.

19     Q    And for each year of ACS depicted here,

20  census tracts in the highest decile of housing

21  units containing a non-citizen have a lower

22  response rate to the ACS than do census tracts in

Page 384

1    the lowest decile of housing units with a

2    non-citizen, correct?

3         A    Yes.

4         Q    And for both groups, unit non-response to

5    the ACS declined between 2010 and 2016, correct?

6         A    No.   It increased between 2010 and 2011

7    and then declined from 2011 forward.

8         Q    But if we just compare 2016 to 2010 --

9         A    Yes.

10        Q    -- the unit non-response rate for both

11   groups in 2016 was lower than it was in 2010,

12   correct?

13        A    That's correct, yes.

14        Q    Okay.   And the decline amongst -- I'm

15   sorry, let me start that again.

16             The decline in census tracts in the

17   highest decile of housing units including a

18   non-citizen -- the decline in unit self-response

19   rates for that group was sharper than the decline

20   in unit self-response rates by households in

21   census tracts with the -- in the lowest decile of

22   housing units with a non-citizen, correct?

1      A      I think the answer to your question is

2  yes.  Does the record reflect colors?

3      Q      We'll put it in in color.  That's the

4  orange line, right?

5      A      The orange line declines more sharply

6  than the blue line.

7      Q      Now, last time in your deposition, we

8  talked about a similar census tract stratification

9  analysis for ACS NRFU efforts.  Does that ring a

10  bell?

11      A      Yes.

12      Q      Okay.  And you remember that census

13  tracts with higher percentages of households

14  including a non-citizen had lower ACS NRFU success

15  rates than census tracts with lower percentages of

16  non-citizens?

17      A      So -- I think you're right, but I don't

18  want to rely on my memory.  If you show me the

19  exhibit, I will answer the question.  But I'm not

20  sure --

21      Q      Okay.

22      A      -- that you and I are both referring to

1    the same exhibit.

2        Q     Okay.  Well, given what we've talked

3    about, that unit non-response is lower in census

4    tracts that have higher percentages of

5    non-citizens and that ACS NRFU is less successful

6    in census tracts that have higher percentages of

7    households including a non-citizen, does the

8    Census Bureau expect that people who live in

9    census tracts with higher percentages of

10   households with a non-citizen would also be less

11   likely to provide proxy responses to the census

12   than people who live in other areas?

13       A     Accepting your premise about my testimony

14   from before, the Census Bureau believes that that

15   is likely, yes.

16       Q     Let's look at page 43 of the white paper,

17   Bates number COM_DIS09875.  Let's look at the last

18   full paragraph on this page.  About halfway down,

19   the second to last sentence starts -- it's about

20   halfway down in that paragraph.  The second to

21   last sentence starts with, "As shown above."

22       A     Yes.

1    Q    "As shown above, reference persons are

2    much less likely to answer the citizenship

3    question for non-relatives in the household than

4    for themselves, so may be even less likely to

5    answer it for neighbors."

6         Does the Census Bureau agree with the

7    statement that people are less likely to answer

8    the citizenship question for their neighbors than

9    for themselves?

10   A    Yes.

11   Q    Now, another way that you can enumerate

12   people when they don't self-respond to the census

13   is to try to enumerate them using administrative

14   records like tax returns; is that right?

15   A    All the way up to "like tax returns,"

16   yes.

17   Q    Okay.  Forget the tax returns.  One way

18   that -- if you don't get a self-respond to the

19   census questionnaire, one way that you might try

20   to enumerate that household is with administrative

21   records, correct?

22   A    Yes.

1    Q    Let's look at page 17 of the white paper,

2  Bates number COM_DIS09849.  Looking at figure 4,

3  titled, Percent without administrative record or

4  ACS citizenship in 2016.  Now, the solid bars,

5  which are the color blue on this graph, those show

6  the percentage of 2016 ACS respondents broken down

7  by racial, ethnic and demographic subgroups who

8  cannot be linked to an administrative record

9  indicating citizenship status, correct?

10    A    Correct.

11    Q    Now, the first paragraph on this page,

12  the second sentence reads, "Note that the linkage

13  between the ACS and administrative data from the

14  SSA NUMIDENT and IRS ITIN tax filings depends on

15  two factors:  (a) the quality of the personally

16  identifiable information (PII) on the ACS

17  response; and (b) whether the ACS respondent is in

18  the SSN/ITIN universe."

19        Did I read that right?

20    A    Yes.

21    Q    Okay.  So here, the authors of the white

22  paper are explaining that there are two reasons

1   primarily why the Census Bureau would be unable to

2   link an ACS respondent to an administrative record

3   indicating citizenship status:  One, because the

4   personally identifiable information on the survey

5   response might not be high quality enough to link

6   that person to administrative records; and, two,

7   because the survey respondent is not in the

8   administrative records at all; is that correct?

9           MR. EHRLICH:  Objection.  Form.

10          THE WITNESS:  Yes.

11  BY MR. HO:

12      Q    And if we look back at the graph,

13  figure 4, among 2016 ACS respondents, Hispanics

14  could not be linked to an administrative record at

15  a higher rate than non-Hispanic whites, correct?

16      A    Correct.

17      Q    Now, based on this data, would you agree

18  that the available evidence indicates that the

19  Census Bureau, generally speaking, cannot link

20  Hispanic survey respondents to administrative

21  records at as high a rate as it can for

22  non-Hispanic whites?

Page 390

1        A       Yes.

2        Q       The administrative records referenced

3    here are the SSA and tax records, correct?

4        A       The individual tax identification number

5    records.

6        Q       You corrected me earlier when we talked

7    about enumeration via administrative records.

8    Could you just clarify what administrative records

9    the Census Bureau relies on when it tries to

10   enumerate people using administrative records?

11       A       There's two parts to the process for

12   using administrative records for enumeration.  One

13   part is performing the record linkage to identify

14   all of the administrative records that might apply

15   to a particular household.  And the other part is

16   constructing a candidate administrative record

17   enumeration to be used during the NRFU process if

18   the first NRFU follow-up visit doesn't produce a

19   successful interview.

20           In the former part of the process,

21   there's extensive use of tax records.  In the

22   latter part of the process, by agreement with the

Page 391

1    IRS, none of the tax data survive to the record

2    that will be used for a candidate enumeration.

3    That was the distinction I was trying to...

4        Q    Would you agree that undocumented

5    individuals are less likely to be found in the

6    administrative records -- and when I say

7    undocumented individuals, I mean undocumented

8    immigrants -- are less likely to be found in the

9    administrative records that the Census Bureau uses

10   to enumerate people than persons who have legal

11   status in this country?

12       A    Yes.

13       Q    And would you agree that the Census

14   Bureau would have a more difficult time

15   enumerating undocumented immigrants through the

16   use of administrative records than it will for

17   persons with legal status?

18            MR. EHRLICH:  Objection.  Form.

         Vague;
         Calls for
         speculation

19            THE WITNESS:  Yes.

20   BY MR. HO:

21       Q    Overall, would you agree that the Census

22   Bureau does not expect enumeration by

Page 392

1    administrative records to be as successful for

2    non-citizens as it is for citizens?
                                                    Vague;
3           MR. EHRLICH:  Objection.  Form.   Calls for
                                                    speculation
4           THE WITNESS:  Yes.

5    BY MR. HO:

6        Q    Let's go to page 5 of the white paper,

7    Bates number COM_DIS09837.  And I'm looking at the

8    last paragraph on the page that starts with,

9    "Camarota."

10           "Camarota and Capizzano, 2004, conducted

11    focus groups with over 50 field representatives

12    (FRs) for the 2000 supplemental survey, a pilot

13    for the ACS.  FRs reported that foreign-born

14    respondents living in the country illegally or

15    from countries where there is distrust in

16    government were less likely to cooperate.  Some

17    foreign-born respondents failed to list all

18    household members.  FRs suspected that some

19    foreign-born respondents misreported citizenship

20    status, and they" -- continuing to the next

21    page -- "believed this was due to recall bias, a

22    fear of the implications of certain responses or a

1    desire to answer questions in a socially desirable

2    way."

3            Did I read that right?

4      A    Yes.

5      Q    Okay.  Now essentially what the white

6    paper authors are stating here is that in a study

7    of a survey that was a precursor to the ACS which

8    contained a citizenship question, the researchers

9    conducting that study found that foreign-born

10   people responding to the survey sometimes did not

11   list all the members of their households, correct?

12     A    The focus group evidence was that, yes.

13          THE REPORTER:  The focus group...

14          THE WITNESS:  The focus group evidence

15   was as described.

16   BY MR. HO:

17     Q    And essentially -- sorry, let me start

18   again.

19          Separate and apart from this study, the

20   Census Bureau has determined that one of the

21   reasons in past censuses for the undercounting of

22   Hispanics is because of the failure of Hispanic

1    households to include a response for every member

2    of their household, such as children, correct?

3           MR. EHRLICH:  Objection.  Form.

4           THE WITNESS:  Are you referring to a

5    specific study that you want me to comment on?

6    BY MR. HO:

7           Q     I'm not.  I'm just -- my understanding

8    is -- and I just want you to correct me if my

9    understanding is mistaken -- that the Census

10   Bureau has looked at the historical undercount of

11   Hispanics in previous censuses.  That's correct,

12   right?

13          A     Yes.

14          Q     Okay.  And one of the reasons that the

15   Census Bureau has attributed the undercount of

16   Hispanics to in previous censuses has been the

17   failure of Hispanic households to provide a

18   response for every member of their household,

19   correct?

20          A     Yes.

21          Q     Okay.  Now, the Census Bureau agrees that

22   if the citizenship question is included in the

Page 395

1   census, that would likely cause some households,

2   such as those including a non-citizen or those

3   including an undocumented immigrant, to fail to

4   provide a response for every member of the

5   household when they respond to the census,

6   correct?

7            THE WITNESS:   Could you read the question

8   back?

9            (The reporter read the record as

10  requested.)

11           THE WITNESS:   The Census Bureau believes

12  that the households in your question might be

13  unlikely to provide a full enumeration whether or

14  not there's a citizenship question on the census

15  and does not have evidence of an incremental

16  effect from the citizenship question.

17  BY MR. HO:

18       Q    Well, does the Census Bureau believe that

19  the citizenship question could have an incremental

20  effect in certain households failing to enumerate

21  every member of their household when they respond

22  to the census?

1      A     I think I just answered that question.

2      Q     Is the evidence that we've seen and

3  discussed about item non-response, unit

4  non-response, breakoff rates with a citizenship

5  question, is that evidence consistent with the

6  notion that adding a citizenship question to the

7  census would cause an incremental increase in the

8  number of households that respond to the census

9  but don't provide a response for every member of

10  their household?

11      A     Yes.

12      Q     Now, NRFU efforts are only initiated if a

13  household fails to provide a response for that

14  household altogether, correct?

15      A     With a few minor exceptions outlined in

16  my expert report, correct.

17      Q     So if a household responds to the census,

18  but omits some of the members of that household,

19  the Census Bureau doesn't send in-person

20  enumerators to that person's door because you'd

21  have no way of knowing if they omitted some

22  members of their household, correct?

1      A     If the household's response passes the

2   sufficiency condition for being considered an

3   essentially complete response, then, yes.

4      Q     What's a sufficiency condition for being

5   considered a complete response?

6      A     It's a set of conditions that are checked

7   before the NRFU workload is generated to see

8   whether the response that came in from the

9   household is complete enough to essentially fill

10  in the rest with imputations or not.  It varies by

11  type of enumeration area, but -- and the actual

12  conditions haven't been set for 2020 yet.

13         It is my way of saying there are some

14  cases that go to NRFU where there was an

15  incomplete response.  And I don't have

16  quantitative evidence on how many of those there

17  are, but, generally, you're right.  Generally, if

18  you submit a self-response, it doesn't go to NRFU.

19      Q     Generally speaking, if you answer the

20  questions on the census questionnaire, the 10

21  questions, or 11, but you don't list every member

22  of the household, the Census Bureau is not going

1   to send an in-person enumerator to your door,

2   correct?

3        A     Correct.

4        Q     Okay.  And if you fill out the census

5   response, answer the 10 or 11 questions, but don't

6   list every member of your household, the Census

7   Bureau is not going to try to get a proxy response

8   for your household, right?

9        A     Correct.

10        Q     And if you answer the census

11   questionnaire, but you don't list every member of

12   your household, the Census Bureau is not going to

13   start imputing -- sorry -- the Census Bureau is

14   not going to start using administrative records to

15   enumerate additional members of your household,

16   correct?

17        A     That actually hasn't been determined, but

18   it's probably correct.

19        Q     Okay.  And if you answer the census

20   questionnaire, but you don't list every member of

21   your household, the Census Bureau isn't going to

22   start imputing additional members of your

Page 399

1  household, correct?

2      A    Correct.

3      Q    I want to show a document that's been

4  marked as Exhibit 26.

5          (Abowd Deposition Exhibit Number 26 was

6  marked for identification.)

7  BY MR. HO:

8      Q    This is an official memo published by the

9  Census Bureau, correct?

10     A    It's part of the public memorandum series

11 following the 2010 census that documents the

12 coverage measurement studies, yes.

13     Q    And this memo, Exhibit 26, it was

14 produced by the Census Bureau in the ordinary

15 course of its business, not for the purposes of

16 litigation, correct?

17     A    Correct.

18     Q    Okay.  And the subject line of this

19 Census Bureau memo is, "2010 census coverage

20 measurement estimation report, summary of

21 estimates of coverage for persons in the United

22 States," correct?

Page 400

1        A       Correct.

2        Q       The lead author or the person that's

3   prepared by is Thomas Mule, correct?

4        A       Mule.

5        Q       Mule.   Thank you.   He is in the decennial

6   statistical studies division where he's an

7   economist in the Census Bureau, correct?

8        A       He's a mathematical statistician,

9   otherwise correct.

10       Q       Okay.   And this memo is cited in the

11   white paper, Exhibit 24, correct?

12       A       Yes.

13       Q       Okay.   Now, it's fair to say that

14   Exhibit 26, the Mule memo, that a purpose of it is

15   to estimate how well the 2010 census covered the

16   total population of the United States?

17       A       Its purpose is to summarize a series of

18   studies that had that goal, among others.

19       Q       And the 2010 census, that included NRFU

20   efforts for households that did not self-respond

21   to the census questionnaire, correct?

22       A       Yes.

Page 401

1       Q       The 2010 census NRFU efforts included

2    sending in-person enumerators to households that

3    didn't self-respond, correct?

4       A       Correct.

5       Q       And the 2010 census included the use of

6    proxy enumeration for households that didn't

7    self-respond, correct?

8       A       Correct.

9       Q       And the 2010 census also included efforts

10   to enumerate using administrative records

11   households that didn't self-respond, correct?

12      A       I believe only on a experimental basis.

13      Q       But it did include the use of enumeration

14   via administrative records in the 2010 census,

15   correct?

16      A       I'm actually not sure that's correct.   I

17   believe it was only experimental.

18      Q       The 2010 census NRFU efforts included

19   whole-person imputation for households that did

20   not self-respond, correct?

21      A       Correct.

22      Q       Let's turn to page 17 of the Mule memo,

1  table 9, titled, "Components of census coverage by

2  race and Hispanic origin."

3        The far right column in this table is

4  labeled, "Omissions," correct?

5     A     Yes, although I prefer the term "gross

6  omissions."

7     Q     Okay.

8     A     Some of the experts use one and some use

9  the other.  As long as we understand, whenever I

10  say omissions, it's gross omissions.

11        Q     Okay.  Omissions in this column, or gross

12  omissions as you would have it, refers to

13  percentage of people whom the Census Bureau

14  estimated were not counted in the 2010 census,

15  correct?

16        A     It refers to the difference between the

17  dual-system estimator and the number of persons

18  that the coverage evaluation survey determined the

19  estimate were correct enumerations.

20     Q     Well, one way of characterizing this is

21  you have that dual estimator calculation of the

22  total population and you also have the number of

1  people who the Census Bureau believes were

2  correctly enumerated in the 2010 census through

3  self-responses or in-person enumerators or proxy

4  responses, et cetera, and omissions is the

5  difference between the two, correct?

6      A    No.

7      Q    All right.  Try to explain it to me

8  again.  I'm sorry.

9      A    So net undercount is the difference

10 between the dual-system estimator and the census

11 count.

12     Q    Yes.

13     A    Okay?  Gross omissions is the difference

14 between the dual-system estimator and correct

15 enumerations, which is not the same thing as the

16 census count.  Okay?

17     Q    Okay.

18     A    Is that what you think you said?  Because

19 that's not what I heard.  I'm sorry.  I'm not

20 supposed to ask the questions.  I'm sorry.

21     Q    I'll ask the questions here.  The Census

22 Bureau estimates that it omitted 5.3 percent of

1   the population in the 2010 census, correct?

2         A     Gross omissions, correct.

3         Q     Okay.  Now, the second to right-hand

4   column is the percent undercount, which is a

5   different number, right?

6         A     Correct.

7         Q     And if we look at percent undercount, the

8   Census Bureau estimates that the 2010 census

9   actually overcounted the total population of the

10  United States by 0.01 percent, correct?

11        A     That overcount is not statistically

12  significant, but that's the correct point

13  estimate.

14        Q     Okay.  Now, the omissions are not evenly

15  distributed across racial and ethnic groups,

16  correct?

17        A     The gross omissions are not, correct.

18        Q     And the undercount is not distributed

19  evenly among racial and ethnic groups, correct?

20        A     That's correct.  And undercount here is

21  net undercount.

22        Q     So let's start with non-Hispanic whites.

Page 405

1   The Census Bureau estimates that 3.8 percent of

2   non-Hispanic whites were omitted in the 2010

3   census, correct?

4       A    You're using non-Hispanic white alone

5   row, correct?

6       Q    And the Census Bureau estimates that

7   people who are non-Hispanic white alone were

8   overcounted in the 2010 census by 0.83 percent,

9   correct?

10      A    Correct.  And that one is statistically

11  significant.

12      Q    If we look at people who are identified

13  as black in the census, the Census Bureau

14  estimates that 9.3 percent of blacks were omitted

15  in the 2010 census, correct?

16      A    Correct.

17      Q    And the Census Bureau estimates that

18  blacks were undercounted in the 2010 census by

19  2.06 percent, correct?

20      A    Correct.  And that one is also

21  statistically significant.

22      Q    Let's look at Hispanics.  The Census

Page 406

1  Bureau estimates that 7.7 percent of Hispanics

2  were omitted in the 2010 census, correct?

3       A    That's the last row, and correct.

4       Q    And the Census Bureau estimates that

5  Hispanics were undercounted in the 2010 census by

6  1.54 percent, correct?

7       A    Yes, and it's statistically significant.

8       Q    So if we summarize the data that we just

9  discussed, the racial or ethnic group with the

10 highest percentage of omissions, blacks, also had

11 the highest percentage undercount, correct?  Just

12 of the three groups that we discussed.

13      A    Oh.  Of the three groups we discussed,

14 that is correct.

15      Q    And Hispanics had a higher omission rate

16 than people who are non-Hispanic white alone and

17 also had a higher undercount rate as compared to

18 people who were non-Hispanic white alone, correct?

19      A    Correct.

20      Q    Overall, there was no net undercount in

21 2010, but there were undercounts of particular

22 racial and ethnic subgroups, correct?

Page 407

1    A    Those are called differential net
2  undercounts, and that is correct.
3    Q    And while there was overall across the
4  nation no net undercount, there were also in
5  certain states and localities net undercounts,
6  correct?
7    A    We did produce estimates that suggest
8  that, yes.
9    Q    Okay.  I want to go back to the white
10 paper and I want to ask you questions about
11 different alternatives for obtaining citizenship
12 data described in the white paper.  Do you
13 remember alternative C, which is the exclusive
14 reliance on administrative records, Dr. Abowd?
15    A    Yes.
16    Q    Now, one limitation of alternative C is
17 that, if you use alternative C, you won't be able
18 to match every person enumerated in the census to
19 an administrative record containing citizenship
20 data, correct?
21    A    Correct.
22    Q    So let's flip to page 49, figure 11,

401;
403

Page 408

1  alternative C.   This is Bates COM_DIS09881.   Now,

2  there are two figures here that present two

3  different scenarios for alternative C and how many

4  people for whom the Census Bureau estimates you'd

5  be able to obtain citizenship data using

6  administrative records, correct?

7       A     Correct.

8       Q     Let's look at panel B, which is the

9  revised assumptions for alternative C.   Among the

10  two scenarios, panel B, with the revised

11  assumptions, is the worse scenario in terms of the

12  accuracy of alternative C, correct?

401;
403

13       A     It is worse than panel A.

14       Q     Okay.   So let's use the worse scenario.

15  Under the worse scenario, the revised assumptions,

16  the Census Bureau expects that, under

17  alternative C, you'd be able to link 289.6 million

18  people, out of the 330 million people you expect

19  to enumerate in the census, to administrative

20  records, correct?

21       A     Correct.

22       Q     That's about 88 percent of the

Page 409

1    population.  Sound right?

2        A    I didn't do the calculation, but I'll

3    accept that.

4        Q    Thanks.  And the Census Bureau expects

5    under this scenario that, under alternative C, you

6    would not be able to link about 40.4 million

7    people to administrative records on citizenship,

8    correct?

9        A    Correct.

10       Q    So under this scenario, if you use

11   alternative C, the Census Bureau would have to

12   model or impute the citizenship status of about

13   12 percent of the population to produce the CVAP

14   data that DOJ has requested, correct?

15       A    Correct.

16       Q    Now, let's talk about alternative D,

17   which is to both include a citizenship question on

18   the census and to rely on administrative records.

19   Now, the Census Bureau did not recommend

20   alternative D, correct?

21       A    Correct.

22       Q    And the Census Bureau still does not

401;
403

Page 410

1   recommend alternative D, correct?

2        A     Correct.

3        Q     Let's look at page 51, figure 12,

4   panel B, alternative D.   Now, this has -- this

5   figure has estimates for, if you use

6   alternative D, how many people you would determine

7   the citizenship status of using various methods,

8   correct?   At a high level, that's a correct          401;

9   description, right?                                    403

10       A     Yes.

11       Q     And this uses the same revised

12  assumptions that we -- that were employed

13  regarding alternative C that you and I discussed a

14  moment ago in panel B of figure 11, correct?

15       A     That's correct.

16       Q     In addition to those revised assumptions,

17  it also includes an assumption that, when you get

18  proxy respondents for people who don't respond to

19  the census, that, generally speaking, those proxy

20  responses are going to report citizenship status,

21  correct?

22       A     I actually don't recall.  Did you --

Page 411

```
1       Q     Well, under -- it says --
2       A     Oh, yeah, sorry.
3       Q     -- here, panel B, alternative --
4       A     Yes.  Okay.
5       Q     -- D.
6       A     Yes, that's right.  Thank you.  Next
7   time, I'll read the panel titles before I answer.
```

```
8        Q    My fault.  It's probably an unrealistic
9   rosy assumption, Dr. Abowd, wouldn't you agree,
10  that proxies in the 2020 census are, as a general
11  matter, going to report the citizenship status of
12  their neighbors or for whomever else they're
13  giving a proxy response?
14            MR. EHRLICH:  Objection.  Form.
15            THE WITNESS:  Yes, it's optimistic.
16  BY MR. HO:
17        Q    Okay.  So let's take this optimistic
18  scenario for alternative D.  On the right side of
19  the chart, under alternative D, in this scenario,
20  there are 20.9 million people for whom you
21  estimate there will be no census response as to
22  that person -- those people's citizenship status,
```

401;
403

Vague;
Compound;
Calls for
speculation

401;
403

Page 412

1   correct?

2       A      Correct.

3       Q      And if we look at the far left side of

4   the chart, under alternative D, this optimistic

5   scenario, there are 260.9 million people who can

6   be linked to an administrative record and whom you

7   estimate their response to the citizenship

8   question is going to be consistent with the

9   administrative record on citizenship, correct?

10      A      Yes.

11      Q      And for both these groups that we just       401;

12  discussed, the 20.9 million people that don't give    403

13  a census response as to citizenship, and the 260.9

14  million people for whom the census response is the

15  same as the administrative record, adding the

16  citizenship question doesn't in any way improve

17  our ability to get citizenship data about these

18  two groups of people, correct?

19      A      Yes.

20      Q      So that's a total of 281.8 million

21  people, out of the 330 million the Census Bureau

22  expects to enumerate, for whom the addition of the

Page 413

1    citizenship question does not improve our ability

2    to get citizenship data on, correct?

3        A    Correct.

4        Q    And that's about 85.4 percent of the

5    population for whom the addition of the

6    citizenship question makes no improvement in terms

7    of the availability of citizenship data, correct?

8        A    Again, I didn't calculate the proportion,

9    but that sounds right, yes.

10       Q    Okay.  Now, the Census Bureau under

401;

11   alternative D expects that the effect on a

403

12   reduction of self-response rates would be the same

13   as under alternative B, which is just adding the

14   citizenship question without using administrative

15   records, correct?

16       A    Correct.

17       Q    And that means that the Census Bureau

18   expects that, under alternative D, there are more

19   people who would end up getting enumerated by

20   proxy than if you used alternative C, which is

21   administrative records only, no citizenship

22   question, correct?

Page 414

1        A      Correct.

2        Q      And so that means that, under

3    alternative D, as compared to alternative C, the

4    Census Bureau believes that it's going to be able

5    to link fewer people to administrative records

6    because there will be more people enumerated by

7    proxy and proxies generally have lower quality

8    data than self-responses, correct?

9        A      Yes.

10        Q      Now, let's go back to this chart.   In

11    this scenario, there are 39.5 million people under

12    alternative D who would provide a census response

13    to citizenship, but who could not be linked to an

14    administrative record, right?                    401;
                                                       403

15        A      Yes.

16        Q      And you also have a total of 4.9 million

17    people who have no census response on citizenship

18    and have no administrative record on citizenship,

19    correct?

20        A      Correct.

21        Q      So that means, under the scenario in

22    alternative B -- D, I'm sorry, if you add those

Page 415

1   two numbers together, it's a total of 44.4 million

2   people who can't be linked to administrative

3   records, correct?

4        A     Correct.

5        Q     So that means, if you'll accept my math,

6   that under alternative D, about 13.5 percent of

7   the population you won't be able to link to

8   administrative records, right?

9        A     Correct.

10       Q     And that's more people that you would not

11  be able to link to administrative records than if

12  you used alternative C, just using the

13  administrative records with no citizenship                401;

14  question, correct?                                         403

15       A     Correct.

16       Q     Back to the chart, if we look at the left

17  branch of the chart, but the middle sub-branch,

18  under alternative D in this optimistic scenario,

19  you expect that there are about 8.7 million people

20  for whom the survey response about citizenship and

21  the administrative data on citizenship will not

22  agree, correct?

Page 416

1     A     Yes.

2     Q     That means that currently under

3  alternative D, under this scenario, the Census

4  Bureau at present estimates that there are

5  8.7 million people for whom it doesn't know how

6  it's going to determine their citizenship status

7  for purposes of assembling DOJ's CVAP data,

8  correct?

9     A     At the moment, that's correct.

10    Q     Okay.  That problem of not knowing how to

11 assign citizenship status for millions of people,

12 that problem does not exist under alternative C,

13 correct?

14    A     Correct.

15    Q     Now, the traditional Census Bureau

16 practice, in general, is that if you have a survey

17 response that conflicts with an administrative

18 record, you generally rely on the survey response,

19 correct?

20    A     Correct.

21    Q     But here, you would agree that, under

22 alternative D, if you use the survey response for

401;
403

Page 417

1   these 8.7 million people for whom you estimate the

2   survey response and the administrative record

3   conflict, that that would be more inaccurate on

4   average than just relying on the administrative

5   record, correct?

6       A     We have said there's a disagreement and

7   that is probably an inaccuracy, correct.

8       Q     Conversely, you would expect, under

9   alternative D, when you have this conflict between

10  the survey response and the administrative record

11  for this 8.7 million people, if you were to rely

12  by default on the administrative record rather

13  than the survey response, then for that population

14  of 8.7 million people, there was no reason to ask

15  them the citizenship question, correct?

16      A     Correct.

17      Q     Let me ask about a different issue.

18  Under alternative D, with some of the people for

19  whom you lack citizenship data through

20  administrative records, you at least now have a

21  survey self-response about citizenship, right?

22      A     Are you talking about the one that comes

401;
403

Page 418

1    down to 39.5 million?

2         Q      Yeah.

3         A      Okay.   Yes.

4         Q      So you would expect that, under

5    alternative C, some of these 39.5 million people

6    you actually would have been able to have linked

7    to administrative records because your survey

8    responses to the census, if you did include the

9    citizenship question, would be higher quality,

10   correct?

11        A      Yes.

12        Q      Now, some of these 39.5 million people,

13   you're not going to be able to link to

14   administrative records under alternative C or

15   alternative D, correct?

16        A      Correct.

17        Q      Under alternative C, for the people that

18   you can't link to administrative records, the plan

19   is you're going to model or impute the citizenship

20   status --

21        A      Which alternative, I'm sorry?

22        Q      Alternative C.   Under alternative C, for

401;
403

Page 419

1    that subset of people who are not matchable to

2    administrative records, the Census Bureau's plan

3    would be to model or impute the citizenship status

4    of those people, correct?

5         A    Correct.

6         Q    Under alternative D, however, if you

7    can't match someone to the administrative record,

8    but you have a survey response, there's no

9    scientifically defensible method for rejecting

10   that survey response, correct?

11        A    Correct.

12        Q    So under alternative D, just so we're

13   clear, you get a survey response on citizenship

14   and no administrative record; you're stuck using

15   the survey response, correct?

16        A    We would use the survey response.

17        Q    So key difference between C and D for

18   these people who are not matchable to

19   administrative records and don't give you a survey

20   response under D, under C, you impute their

21   citizenship status; under D, you use the survey

22   response, correct?

401;
403

Page 420

1      A      Yes.

2      Q      There is no reason to think, Dr. Abowd,

3   that for this group of unmatchable people, that on

4   average the survey response about citizenship is

5   going to be more accurate than the imputation

6   method that you would use under alternative C,

7   correct?

8      A      Correct.

9      Q      Dr. Abowd, if someone argued that

10   alternative D was justified because alternative C

11   requires the imputation of citizenship status of

12   people who lack administrative records, would the

13   Census Bureau agree with or disagree with that

14   argument?

15         MR. EHRLICH:   Objection.   Form.

16         THE WITNESS:   Disagree.

17   BY MR. HO:

18      Q      Has the Census Bureau communicated to the

19   Commerce Department that it disagrees with the

20   notion that alternative D is justified because

21   alternative C requires the imputation of

22   citizenship status for some people?

401;
403

Calls for
speculation

Page 421

1      A     Is the question have we communicated

2   consistently our preference for C as opposed to D?

3      Q     It's a more specific question than

4   that --

5      A     Okay.

6      Q     -- Dr. Abowd.  Has the Census Bureau

7   specifically communicated its rejection of the

8   argument that alternative D is better than

9   alternative C because alternative C requires

10   imputation of citizenship status of people for

11   whom there is no linked administrative record?

12      A     So I'm not sure how to answer that

401; 403

13   question because I don't know that the advice ever

14   took that specific form.  We have consistently

15   communicated that the modeled response was better

16   than the survey responses in the unlinked data.

17      Q     Okay.  So the modeled responses under

18   alternative C for the group of people who can't be

19   matched to citizenship records, in the Census

20   Bureau's view, that's more accurate than the

21   self-responses about citizenship that you would

22   get from adding the citizenship question to the

Page 422

1    survey?

2        A    Yes.

3        Q    Okay.   Have you heard Commerce Department

4    officials opine that alternative D is better than

5    alternative C because alternative C requires the

6    imputation of citizenship status of people who

7    can't be linked to administrative records?

8        A    Yes.

9        Q    Have you heard Earl Comstock offer that

10   opinion?

11       A    Yes.

401;

12       Q    Do you disagree with that opinion?   Does

403

13   the Census Bureau disagree with that opinion?

14       A    Yes.

15       Q    Has the Census Bureau communicated its

16   disagreement of that opinion to Mr. Comstock?

17       A    Yes.

18       Q    If Mr. Comstock said that the Census

19   Bureau never communicated its disagreement with

20   that opinion, would Mr. Comstock be wrong?      Calls for
                                                      speculation

21            MR. EHRLICH:   Objection.   Form.

22            THE WITNESS:   As far as I know, yes.

```
 1              MR. HO:  Can we go off the record?
 2              THE VIDEOGRAPHER:  Going off the record
 3    at 10:26.
 4              (Whereupon, a short recess was taken.)
 5              THE VIDEOGRAPHER:  Back on the record at
 6    10:44.
 7    BY MR. HO:
 8        Q    Dr. Abowd, you testified that you
 9    communicated the Census Bureau's disagreement with
10    the notion that alternative D is justified because
11    alternative C requires imputation of citizenship
12    status -- that you communicated that disagreement
13    to Earl Comstock.  When did you communicate that
14    disagreement to Mr. Comstock?
15              MR. EHRLICH:  Objection.  Form.
16              THE WITNESS:  I testified that the Census
17    Bureau communicated that disagreement.  And that
18    occurred between the time that we briefed the
19    Secretary -- and, I'm sorry, I don't remember the
20    date in February, but I'm sure it's in the
21    record -- and the time he made his final
22    determinations.  Most of that briefing occurred
```

Page 424

1    because Acting Director Jarmin and Acting Deputy

2    Director Lamas and Special Assistant to the

3    Director Christa Jones were in daily contact with

4    the Under Secretary and with the Secretary's

5    staff.

6              And we were in the process of developing

7    the numbers that you've asked me about that appear

8    in the technical paper in support of the

9    discussion about the difference between

10   alternative C and alternative D.  I didn't

11   personally communicate.

12   BY MR. HO:

13        Q    But to be clear, the Census Bureau

14   communicated its disagreement with alternative D

15   before the Secretary issued his decision                401;

16   memorandum to include the citizenship question in      403

17   late March 2018, correct?

18        A    Yes.

19        Q    I want to ask you one question --

20   follow-up question about a line in the white

21   paper, page 41, last paragraph, the sentence about

22   a third of the way down that begins with,

Page 425

1    "Households deciding."

2         A     Page?

3         Q     41, last paragraph.

4         A     Yes.

5         Q     "Households deciding not to self-respond

6    because of the citizenship question are likely to

7    refuse to cooperate with enumerators coming to

8    their door in NRFU, resulting in the use of

9    neighbors as proxy respondents on their behalf."

10        I believe you testified that the Census

11   Bureau agrees with part of that statement.  What's

12   the part that the Census Bureau disagrees with?

13        A     So the Census Bureau would say that

14   qualitative evidence suggests that this sentence

15   is correct, and the problem is that the

16   qualitative evidence is difficult to generalize,

17   but we wouldn't ignore it.  And so we would say

18   the best evidence we have suggests that this

19   sentence is correct, but it's not as strong as the

20   evidence that we have when we're able to do both

21   qualitative and quantitative analyses.

22             (Abowd Deposition Exhibit Number 27 was

Page 426

1    marked for identification.)

2    BY MR. HO:

3        Q    I want to ask you about a document,

4    Exhibit -- that has been marked as Exhibit 27, the

5    title of which is, Proposed content test on

6    citizenship question.  This document sets forth a

7    proposal for two different RCTs for the

8    citizenship question on the census, correct?

9        A    It's one RCT with two different

10   precisions of estimation.

11       Q    And the RCT, as proposed here, would have

12   taken six weeks to collect the data, correct?

13       A    Correct.

14       Q    And the proposal was to initiate the RCT

15   in either November of 2018 or February of 2019,

16   correct?

17       A    Correct.

18       Q    In either case, the RCT could have been

19   completed before census forms are due to be

20   printed, correct?

21       A    Correct.

22       Q    The cost of this proposal, there are two

401;
403

Page 427

1   variations on it, but it ranges from 2 million for

2   one option to 4.1 million for the other option,

3   correct?

4        A     Correct.

5        Q     Does the Census Bureau have the money to

6   conduct either option?

7        A     Yes.

8        Q     This proposal was rejected by a group of

9   decision-makers, including Dr. Lamas, Dr. Jarmin

10  and Under Secretary Karen Dunn Kelley, correct?

11       A     That is what I testified, yes.

12       Q     Is it your understanding that the

13  proposal was rejected by a different

14  decision-maker than those three people?

15       A     I wasn't in the conversation.  I'm

16  reporting it based on a summary given to me by

17  Dr. Jarmin and Lamas.

18       Q     Is it the Census Bureau's understanding

19  that these three individuals jointly made the

20  decision to reject the RCT proposal?

21       A     Yes.

22       Q     What is the Census Bureau's understanding

401;
403

1   of why this RCT proposal was rejected?

2        A     I have, subsequent to my first 30(b)(6)

3   testimony, learned that the motivation for this

4   RCT was a congressional question asking us why, in

5   the proposed census question, we used the form

6   where, yes, born in the United States and, yes,

7   born in Puerto Rico, Guam, the U.S. Virgin Islands

8   or Northern Marianas were separate choices.

9            And primarily Enrique Lamas said that

10  that's the form that's on the ACS, that's the form

11  that's been tested, that's the only tested form we

12  have, and at that point asked if we could do a

13  content test to establish that some other tested

14  form might also be usable.

15           And then -- I actually am not certain

16  exactly how the decision not to make it was done.

17  I think it's one of those decisions where time

18  passed and no instruction was given to do it, and

19  so it was not done.

20           But there was consultation.  I wasn't in

21  the consulting room so I don't want to

22  characterize conversations that I never heard.  We

Page 429

1    actively decided not to do this, but I'm not
2    exactly sure that someone said, don't do it, that
3    explicitly.
4         Q    Does the Census Bureau not know why the
5    decision was made to reject the RCT proposal?
6         A    The reason the decision was rejected was
7    because the senior leadership, Jarmin and Lamas,
8    decided that we wouldn't learn enough from this
9    RCT to justify a content change in the specific
10   citizenship question.
11        Q    Why, in the Census Bureau's view, would
12   you not learn enough from the RCT to shed light on
13   the question of whether the citizenship question
14   should be included or what form it should take?
15        A    So the right way to think about that is
16   against what opportunity cost.  And the
17   $4.4 million is not the opportunity cost that
18   mattered.  The opportunity cost that mattered is
19   what the staff in decennial and the American
20   Community Survey would have otherwise been doing
21   while they were diverted to conducting this RCT.
22   Our cost estimates do not include measures of

Page 430

1    headquarters staff time devoted to the experiment.

2         So an active resource allocation decision

3    was made that that staff time would be better

4    spent doing the activities that it would be able

5    to do if we didn't do this experiment.

6    Q    If you had conducted the RCT, you would

7    have had quantitative data on how the citizenship

8    question would perform in the context of the

9    decennial enumeration questionnaire in terms of

10   response rates, correct?

11        MR. EHRLICH:  Objection.  Form.

12        THE WITNESS:  Yes.

13   BY MR. HO:

14   Q    And if the RCT like this had been

15   performed, you would have had quantitative data on

16   how well NRFU efforts could have addressed a

17   decline in self-response resulting from the

18   addition of the citizenship question in the census

19   enumeration questionnaire, correct?

20        MR. EHRLICH:  Objection.  Form.

21        THE WITNESS:  No.

22   BY MR. HO:

401;
403

Vague; Calls
for
speculation

1      Q    You mentioned differences between NRFU

2    efforts in 2020 versus NRFU efforts in 2010.

3    Could you elaborate on what those differences are

4    anticipated to be?

5      A    The major differences in the NRFU from

6    2020 as compared to 2010 are the extensive use of

7    administrative records at both the determination

8    of occupied, vacant, delete, and potentially for

9    enumeration after the first non-response

10    follow-up.

11      Q    Any other differences in the NRFU efforts

12    planned for 2020 versus 2010 other than the use of

13    administrative records for enumeration purposes?

14      A    The field operations are controlled by a

15    field operational control system that contains a

16    very extensive route optimizer that we tested all

17    decade.

18           (Discussion held off the record.)

19    BY MR. HO:

20      Q    Backing up for a moment, Dr. Abowd, does

21    the Census Bureau believe that it is reasonable to

22    be spending the increased amounts of money that it

Page 432

1  will be forced to spend, and staff time, due to

2  the citizenship question being included on the

3  decennial questionnaire given the utility of the

4  data that will be on it?

5      A     The Census Bureau has been instructed to

6  include a citizenship question on the 2020 census

7  and has attempted to quantify the consequences of

8  that for the operations of the 2020 census.  That

9  quantification suggests increases in the

10 non-response follow-up costs and a deterioration

11 in the quality of the response data.  And we are

12 prepared to conduct the census with those extra

13 resources in NRFU and taking account of the change

14 in the quality of the data.

15     Q     Dr. Abowd, you testified that one of the

16 reasons why the Census Bureau rejected the RCT

17 proposal is that it didn't make sense from a

18 cost-benefit perspective, correct, in the view of

19 the Census Bureau?

20     A     Correct.

21     Q     In the view of the Census Bureau, does it

22 make sense from a cost-benefit perspective to add

1   the citizenship question to the census?

2        A      It has been our consistent recommendation

3   not to do so.

4        Q      Would the Census Bureau welcome a

5   decision from a court of law relieving the Census

6   Bureau of the obligation to include a citizenship

7   question on the 2020 census enumeration

8   questionnaire?

9                MR. EHRLICH:  Objection.  Form.

10               THE WITNESS:  The Census Bureau is

11  prepared to conduct the 2020 census with or

12  without the citizenship question as instructed by

13  the Secretary, Congress or the courts, depending

14  upon the final determination.

15  BY MR. HO:

16       Q      Given the Census Bureau's views about the

17  cost benefits -- the costs and benefits of

18  including the citizenship question, would it be

19  desirable, from the Census Bureau's perspective,

20  from a cost-benefit perspective, if a court issued

21  a ruling stating that the Census Bureau no longer

22  had to include a citizenship question on the

401;
403

Page 434

1   census?

2           MR. EHRLICH:  Objection.  Form.

3           THE WITNESS:  The Census Bureau is

4   prepared to conduct the 2020 census with or

5   without a citizenship question, as instructed by

6   the Secretary and subsequently determined by

7   either Congress or the courts.

8   BY MR. HO:

9       Q    If the Census Bureau received an

10  instruction in May of 2019 not to include a

11  citizenship question on the census, would the

12  Census Bureau be able to follow that instruction?

13      A    Yes.

14      Q    If the Census Bureau received an

15  instruction in September of 2019 not to include a

16  citizenship question on the census, would the

17  Census Bureau be able to follow that instruction?

18      A    Yes.

19      Q    If the Census Bureau received an

20  instruction in December of 2019, would the Census

21  Bureau -- not to include the citizenship question

22  on the census, would the Census Bureau be able to

Page 435

1   include -- be able to follow that instruction?

2       A    Yes.

3       Q    Is there a drop-dead date by which the

4   Census Bureau cannot receive -- cannot implement a

5   decision or an instruction not to include the

6   citizenship question on the census?

7       A    My yeses presumed that the resources

8   associated with making the change accompanied the

9   decision.  Without the resources, we can't make

10  any change.

11      Q    Regardless of resource questions, is

12  there a drop-dead date by which the Census Bureau

13  simply cannot remove the citizenship question to

14  the 2020 census?

15      A    I don't know the answer to that question.

16      Q    The Census Bureau doesn't know the answer

17  to that question?

18      A    Yes.  The Census Bureau does not know the

19  answer to that question.

20          MR. HO:  Can we go off the record?

21          THE VIDEOGRAPHER:  Going off the record

22  at 10:58.

Page 436

1        (Whereupon, a short recess was taken.)

2        (Abowd Deposition Exhibit Numbers 28 and

3   29 were marked for identification.)

4        THE VIDEOGRAPHER:  Back on the record at

5   11:24.

6            EXAMINATION BY COUNSEL FOR

7             THE STATE OF NEW YORK

8   BY MS. FIDLER:

9        Q    Good morning, Dr. Abowd.  I'm Danielle

10  Fidler with the New York attorney general's office

11  representing the State of New York in this matter.

12       A    Hi.

13       Q    We just wanted to -- we had asked you,

14  before we took a break, about trying to get a

15  sense -- because a court will certainly need to

16  know the answer -- of how long it has to decide

17  this matter.  And so does the Census Bureau --

18  given existing resources, what's the drop-dead

19  date by which the Census Bureau could guarantee

20  implementation of the 2020 census without a

21  citizenship question?

22       A    So I did check.  I actually asked the

Page 437

1   acting director to give me an answer that is the

2   agency's answer.  With existing resources,

3   June 30th of 2019 is the content lock-down date.

4   With exceptional effort and additional resources,

5   October 31st, 2019 is the final date.  Any date

6   after that would require major redesigns in the

7   2020 census, and some might require congressional

8   authorization to change the census date.

9        Q    I'd like to turn to what has been marked

10  in advance as Exhibit 28.  You have it before you.

11  It's the 2020 census -- census barrier attitudes

12  and motivators survey, CBAMS, high-level findings,

13  dated August 29th, 2018.  Are you familiar with

14  this document?

15       A    I have seen this document before.  I

16  haven't reviewed it.

17       Q    Can you please describe what the census

18  barriers, attitudes and motivators surveys are?

19       A    We expand that acronym differently in

20  some places.  So there's the census barrier,

21  attitudes and motivators studies.  One component

22  was survey and one component was focus group.

Page 438

1        So the survey component was a probability

2    sample of 50,000 households, of which 17,000

3    responded.  And the focus group component was a

4    series of 42 focus groups that were conducted.

5    And they have both been entitled CBAMS.  So --

6    this is about the survey.

7        Q    Okay.  How is the information from the

8    CBAMS used by the Census Bureau?

9        A    The primary reason for conducting the

10   CBAMS is to inform the communication -- integrated

11   partnership and communication program in the

12   development of the partnership materials and the

13   communication materials.  It is a part -- CBAMS,

14   both the survey and the focus groups, are a part

15   of the integrated communication contract.  And

16   Young & Rubicam is the prime contractor on that.

17       Q    And that plan actually does form a

18   significant part of the Bureau's NRFU plan,

19   correct?

20            MR. EHRLICH:  Objection.  Form.

21            THE WITNESS:  So the integrated

22   partnership and communications program runs

1    throughout the entire census and is designed to

2    maximize self-response.

3    BY MS. FIDLER:

4        Q     Which is critical for conducting an

5    accurate census, correct?

6        A     Self-responses are the best responses.

7        Q     Does the bureau find the data from the

8    CBAMS to be generalizable?  We were talking

9    about -- I mean, this is qualitative data, for the

10   most part, with the exception of the survey, but

11   the focus groups are kind of a qualitative

12   assessment, correct?

13              MR. EHRLICH:  Objection.  Form.

14              THE WITNESS:  Would you mind taking that

15   apart into a few questions.

16   BY MS. FIDLER:

17       Q     Sure.  You mentioned that this

18   particular -- the document we're talking about and

19   the effort with the CBAMS had a survey component

20   and a focus group component, correct?

21       A     Correct.

22       Q     Would you consider the survey component

Page 440

1   to be quantitative data?

2       A     Yes.

3       Q     And would you consider the focus group

4   responses to be qualitative data?

5       A     Yes.

6       Q     And does the bureau find the findings

7   from the CBAM, both -- well, we'll start with the

8   quantitative data -- to be generalizable in its

9   conclusions about the questions that it's seeking

10  to answer?

11      A     We found, in advance of the 2010 census,

12  that the much more limited CBAMS survey that we

13  ran at that time provided actionable information

14  that informed and improved the communication and

15  partnership campaign during that census.  And

16  that's what we expect from the survey and the

17  focus group components this time.

18      Q     Okay.  And I'd like to have you take a

19  look at what's been marked as Exhibit 29.  This

20  is -- it starts with administrative record 13025

21  at the bottom.  And the first page says, 2020

22  CBAMS focus groups - audience summary report.

Page 441

1          Have you seen this document before?

2      A      Yes.

3      Q      Okay.   Is it -- these are summary reports

4  of the focus groups; is that correct?

5      A      That's correct.

6      Q      And is this -- is information from these

7  focus groups summarized in Exhibit 28, the

8  PowerPoint?

9      A      I'm going to have to look.   I didn't

10 think so, but I might be wrong.

11         Yes, it is.

12     Q      Okay.

13     A      So the cover of this presentation should

14 say survey and focus groups.

15     Q      Thank you.   I'd like to turn to -- let's

16 see.   There's a slide -- it's slide 5.   The Bates

17 number is COM_DIS00010674.   And the title is,

18 "Distrust in census and government may complicate

19 outreach to some communities."

20         Have you found that page?

21     A      Yes.

22     Q      Okay.   Just as a background question, are

Page 442

1    there any revised or more recent versions of this

2    PowerPoint that you know of?

3         A    Not that I'm aware of.

4         Q    Okay.  The last bullet states that a

5    number of focus group participants -- or the

6    second to the last bullet -- "A number of focus

7    group participants responded negatively to adding

8    the citizenship question, most notably Spanish

9    (U.S. mainland) as well as Vietnamese, Chinese,

10   NHPI, and members of the female MENA group."

11              What does that mean?

12        A    So the way that we draw conclusions from

13   focus groups is that we follow a similar protocol

14   in stimulating conversation in each focus group,

15   take the transcripts from those focus groups and

16   double-code the responses, and then look for

17   common answers across the focus groups, and then

18   see what was the target recruitment group for that

19   set of focus groups that had common responses.

20   And that's what's being characterized here.

21              So that people recruited in the focus

22   groups who mentioned citizenship as a barrier came

1    from focus groups that were recruited to have

2    Chinese, Vietnamese, Spanish, Native Hawaiian and

3    Pacific Islander, and MENA, Middle Eastern and

4    North Africa.

5        Q    And why was this bullet included in the

6    PowerPoint?

7        A    I believe to draw the attention of people

8    who are using this to -- that finding of the focus

9    groups.

10       Q    And what significance, if any, does the

11   Census Bureau accord to these focus groups with

12   respect to self-response rates on the 2020 census?

13       A    I think I've been asked this before, so

14   I'm trying to give a consistent answer.  The

15   quantitative evidence from the survey comes from

16   probability samples.  And the recruitment targets

17   in the focus groups are from groups that we have

18   trouble getting responses to the probability

19   samples.  So they're complementary in that sense.

20           We learn from the focus groups because we

21   try to be successful in recruiting into the focus

22   groups people who are hard to count, and in fact,

Page 444

1    you actually had to score high on a hard-to-count

2    index in order to be recruited into these focus

3    groups.  That basically means that they're the

4    groups that are most difficult to get responses in

5    the survey, not necessarily for the same reasons,

6    but as a general category.

7            And so we view this as being able to

8    interview the people that either didn't respond or

9    were very reluctant to respond to a survey

10   component and attempt to discover what it is about

11   the process or about any other aspect of the data

12   collection activity that makes them reluctant to

13   respond.

14           And then we try to design a partnership

15   and communication campaign that addresses those

16   issues, run additional tests, qualitative tests,

17   to see if the messaging is successful in

18   overcoming the barriers.

19      Q    Thank you.  Were you aware that this

20   document was saved electronically under the file

21   name 2020 CBAMS preliminary findings deck for

22   Under Secretary 8/29/18?

Page 445

```
1        A     No.

2        Q     Was this PowerPoint presented to the

3   Under Secretary for Commerce?

4        A     To the --

5        Q     Was this PowerPoint presented to the

6   Under Secretary, Ms. Dunn Kelley?

7        A     I believe so, yes.

8        Q     Okay.  Anyone else that you know of?

9        A     I don't have personal knowledge other

10  than the -- it was presented to the Secretary as

11  well.

12       Q     Okay.  And do you know when it was

13  presented to them?

14       A     I don't.

15       Q     Roughly?

16       A     Sorry?

17       Q     Roughly, even?

18       A     Within the last month.

19       Q     Okay.  And what was the context for

20  presenting it to them?

21       A     The Secretary -- the presentation that I

22  know about is the regular meeting that the
```

401;
403

1    Secretary conducts to get a progress report on the

2    2020 census, which is distinct from the regular

3    meeting that the Under Secretary conducts to keep

4    current on the operations.

5            I do not know the frequency of the

6    meeting the Secretary conducts.  The Under

7    Secretary conducts one -- that meeting once a

8    week.

9            During the Secretary's briefing, there

10   was a presentation by the integrated communication

11   contract team, Y&R, that covered the information

12   in this presentation.

13       Q    Okay.  So just Y&R did the presentation?

14   Did anyone else from the Census Bureau

15   participate?

16       A    The chief of the decennial communications

17   office also presented.  That's Burton Reist,

18   R-E-I-S-T.

19       Q    Did the Under Secretary or the Secretary

20   have a response to the bullets about the negative

21   focus group response on the citizenship question?

22       A    They were discussed, yes.

Page 447

1    Q     And is there -- was there a response that
2    was noted?
3    A     I think that that's a more appropriate
4    question for the regular attendees of this
5    meeting.  There was a discussion.  I was in the
6    room.  I did hear the discussion.  I don't know
7    what constitutes a response in that context
8    because I -- that's the only one I've ever been in
9    and I wasn't there as a part of this discussion.
10          So I know it was presented to him.  And
11   if you would like me to clarify, I will clarify.
12          The Secretary was looking for indications
13   from the team that they were responding in the
14   development of the communication and partnership
15   campaign -- there was -- there were people from
16   the partnership campaign there, too -- responsive
17   to this information.  And the questions indicated
18   that he thought that we should be responsive to
19   this information.  And the partnership and
20   communication people both communicated that they
21   intended to be responsive to it.
22          But this was the first presentation of

Page 448

1  what we learned, and now the intensive effort to

2  design both the partnership materials and the

3  communication campaign was going to kick off and

4  would be informed by this.

5      Q    And since you were in the room, was there

6  concern expressed about this particular -- the

7  response to the citizenship question to these

8  groups?  Was that highlighted -- did the Secretary

9  or Under Secretary have a concern about this?

10      A    I'm very reluctant to characterize either

11  the Under Secretary or the Secretary's actions as

12  a concern or not a concern.  Attention was paid.

13  It was acknowledged to be a challenge in

14  conducting the census.  And much more of the

15  attention was focused on how this information

16  would be used to inform the partnership and

17  communication campaign.

18      Q    Okay.  What, if anything, was discussed

19  with respect to the negative focus group response

20  to the citizenship question?  Like, any -- was

21  there anything in particular beyond what you've

22  discussed right now?

401;
403

1    A    Time was spent on that slide --

2    Q    Okay.

3    A    -- and attention was drawn to that fact

4    and it was discussed.

5    Q    Okay.  Turning to Exhibit 28, which is

6    the summary -- I'm sorry, Exhibit 29, my

7    apologies -- the summary of the CBAM focus groups.

8    Could you please go to what's -- and that starts

9    with the -- 13025.  If you could please go to

10   13045.  This is titled at the top the 2020 CBAMS

11   focus groups - audience summary report for

12   Spanish, U.S. mainland.  Do you see that?

13   A    Yes.

14   Q    Okay.  And if you go to the next page,

15   which is 13046, this is the summary of emerging

16   themes from that focus group, correct?

17   A    Okay.

18   Q    And this is prepared by the team after

19   having watched the focus group, correct?

20   A    And processed the transcripts.

21   Q    Okay.  If you go down to the third

22   emboldened sentence, it says, "The citizenship

Page 450

1   question is a determining factor for

2   participation."  Then it says, "All four Spanish,

3   U.S. mainland, focus groups took place after the

4   March 27, 2018 announcement that the 2020 census

5   will include a question on citizenship.

6   Participants in all locations mentioned the

7   citizenship question before the moderator asked

8   about, except for Houston Group 1 participants.

9   Most participants said that though they personally

10  are citizens or legal residents and are not afraid

11  to answer the citizenship question, they know many

12  others who will not fill out the question or the

13  form altogether out of fear.  While all

14  participants expressed the desire to be counted,

15  fear of deportation outweighs any benefits."

16          Isn't this a strong indication that the

17  citizenship question will drive down participation

18  significantly among this community?                Vague;
                                                    Mischaracterizes
19          MR. EHRLICH:  Objection.  Form.        the document

20          THE WITNESS:  This is a focus group

21  indication from a hard-to-count population that

22  the citizenship question is viewed as extremely

Page 451

1   problematic in that population.

2   BY MS. FIDLER:

3        Q    And aren't people afraid of deportation

4   the least likely to participate at all in the

5   census or to be swayed by NRFU efforts?

6        A    I'm not prepared to say the least likely

7   to participate at all.  I'm prepared to

8   acknowledge that they're an extremely difficult

9   group to count.

10       Q    Isn't it reasonable to conclude that if

11  there's a fear of deportation, that NRFU efforts

12  are unlikely to be successful?

13            MR. EHRLICH:  Objection.  Form.

14            THE WITNESS:  No.

15  BY MS. FIDLER:

16       Q    And why not?

17       A    We define NRFU success as our ability to

18  characterize a housing address as vacant, occupied

19  or non-existent, and to process the information

20  about the occupants when we deem it occupied.

21       Q    In light of the concerns raised by this

22  community, doesn't this indicate that if there's a

Page 452

1  citizenship question on the census, trusted

2  partners will have additional challenges in

3  convincing this community to participate?

4       A     Yes.

5       Q     Wasn't it also indicated from this focus

6  group that this community does care about

7  participation in the census?

8       A     Yes.

9       Q     That they would like to participate in

10  the census, in fact?

11       A     That's a reasonable conclusion.

12       Q     They expressed that they understand the

13  benefits to their community of participating in

14  the census; isn't that correct?

15       A     Yes.

16       Q     And so it indicates that the community

17  would participate -- would be more likely to

18  participate in the census if there was not a

19  citizenship question, correct?

20       A     Should I interpret "participate" to mean

21  self-respond?

22       Q     Yes, self-response.

Page 453

1    A     Yes.

2    Q     It mentions that, in this focus group, on

3    the fear of -- the paragraph above the one we read

4    states, in the middle of that paragraph,

5    "Additionally, while there were suggestions of

6    trusted voices, there does not seem to be a single

7    trusted voice that could mitigate their distrust

8    of the government to uphold the promise of

9    confidentiality."

10          So doesn't that indicate that trusted

11   partners will have a difficult time convincing

12   this community to participate in the census with a

13   citizenship question?

14   A     Again, if participate means

15   self-response --

16   Q     Self-response.

17   A     -- yes.

18   Q     Just generally speaking, this information

19   is noted in all of these -- all of the summaries,

20   that -- by way of background, that the information

21   will be used to inform the 2020 census

22   communications campaign.   Has that already -- has

Page 454

1   this information already been incorporated into

2   the integrated communication plan?

3        A    The -- team Y&R, in collaboration with

4   its census staff, with census staff who are

5   working with them, were taking this information

6   immediately into the design of the media and

7   partnership materials which are -- they're in

8   content design phase now.

9        Q    Okay.  So then is there anything we could

10  look to currently that would reflect this -- the

11  influence of this information?

12       A    Do you mean have they produced any

13  materials?

14       Q    Correct.

15       A    None that I'm aware of.

16       Q    Okay.  On page 13031, in the fourth major

17  heading, the last sentence --

18       A    Community benefits?

19       Q    Community benefits.  The last sentence of

20  that paragraph says, "In addition, since many

21  participants had varying grasps about census

22  outcomes, the more they understood how the census

Page 455

1    drove resources and services to any given

2    community, the greater they felt compelled to

3    participate."

4            This is an indication that the moderators

5    indicate that local counts, local census counts,

6    are critical to ensuring representative levels of

7    funding for particular communities, and they

8    convey this information to the participants,

9    correct?

10   A    Yes.

11   Q    And part of the reason the Census Bureau

12   is trying to inform people of this connection

13   between the census and the funding is because in

14   order to ensure adequate funding, communities need

15   accurate enumeration, correct?

16           MR. EHRLICH:   Objection.   Form.

17           THE WITNESS:   Correct.

18   BY MS. FIDLER:

19   Q    And many of the respondents in the CBAM

20   summaries indicate they already know about this

21   connection, correct?

22   A    Your characterization.   I haven't read

Page 456

1    through all the data, but I won't dispute it.

2         Q    Okay.  The Census Bureau acknowledges,

3    and you mentioned earlier, that there are local

4    undercounts for many hard-to-reach populations

5    that can exist and have sometimes persisted for

6    some time, for example, with the Hispanic

7    community, correct?

8              MR. EHRLICH:  Objection.  Form.

9              THE WITNESS:  So I don't think I said

10   that.  I said that we had documented differential

11   net undercounts at the national level.

12   BY MS. FIDLER:

13        Q    And those -- at the national level and

14   there can -- and there are -- there's data to show

15   that there have been persistent undercounts of the

16   Latin -- of the Hispanic community in particular,

17   correct?

18             MR. EHRLICH:  Objection.  Form.

19             THE WITNESS:  At the national level,

20   correct.

21   BY MS. FIDLER:

22        Q    With regard to local population, if there

Vague;
Compound;
Confusing

Page 457

1   are undercounts, funding for things like schools

2   and Medicare that rely on census population

3   numbers can be decreased, correct?          Vague;
                                                 Compound;
4          MR. EHRLICH:   Objection.   Form.     Confusing

5          THE WITNESS:   The relation between

6   population measures for local communities and

7   funding is sometimes direct and sometimes

8   indirect.   In most cases, having a larger

9   population implies a larger share of the total

10  resource being allocated.

11  BY MS. FIDLER:

12         Q     Many respondents throughout the study

13  indicated an understanding that information is

14  required to be kept confidential, but also

15  indicated a fear that this could change and be

16  used against them in the future.   Are you familiar

17  with that?

18         A     Yes.

19         Q     Is that a concern of the Census Bureau?

20         A     The Census Bureau is not concerned about

21  the current confidentiality protections embodied

22  in title 13.   Like any law, a law can be modified,

Page 458

1   amended.  Statistical agencies in general, and the

2   Census Bureau among them, would be extremely

3   concerned if the respondent confidentiality

4   clauses were removed from title 13.

5       Q    For those who have this fear about the

6   potential for change, aren't those who have this

7   belief less likely to self-respond to the census

8   or to respond to an enumerator?

Vague;
Compound; Calls
for Speculation

9       MR. EHRLICH:  Objection.  Form.

10      THE WITNESS:  I'm willing to summarize

11  both the quantitative and the qualitative evidence

12  suggesting that the groups that you have isolated

13  in your question are less likely to self-respond.

14  BY MS. FIDLER:

15      Q    On page 13040 in this summary, one of the

16  emerging themes identified -- and this is a native

17  Hawaiian and Pacific Islander, but it comes up

18  elsewhere as well -- is multigenerational housing

19  as a potential barrier.  "Participants expressed

20  concerns about sharing information about the

21  number of people who live in their households.  It

22  is a common practice on the islands to live with

1   extended family or to have more people living in

2   their house than are listed on the lease or

3   official documents.   These concerns present a

4   potential barrier for the NHPI audience, as some

5   participants were worried about landlords finding

6   out the number of people living in their

7   residence."

8          This is another area where you could

9   potentially have either a complete non-response,

10  non-self-response or, as was described earlier,

11  you could have a census response that did not

12  include all of the members of the household,

13  correct?

14      A    Yes.

15      Q    And when this occurs, the members that

16  are not identified are the ones least likely to be

17  found via imputation or other methods, correct?

18  They're the most likely to be omitted as part of a

19  gross omission.

20      A    Could you unpack that question, please?

21      Q    Sure.   For the -- for the households that

22  have multigenerational housing, as described here,

1    who do not want to disclose all of the members of

2    their household, to the extent that they do not do

3    so, that is where you are likely to have

4    omissions, correct?

5        A    That is where nothing in the current

6    census protocol would correct that particular

7    omission.

8        Q    And these types of omissions can lead to

9    localized or -- undercounts, correct?                    Vague;
                                                              Confusing

10            MR. EHRLICH:  Objection.  Form.

11            THE WITNESS:  So net undercount is the

12    difference between omissions and erroneous

13    enumerations and whole-person census imputations.

14    And these kinds of errors can affect both sides of

15    that equation.

16    BY MS. FIDLER:

17        Q    For those who have these

18    multigenerational households, they're the -- it's

19    unlikely that their landlord would be able to

20    provide information about them, correct, because

21    they wouldn't know?

22            MR. EHRLICH:  Objection.  Form.

1    BY MS. FIDLER:

2        Q    Let me back up.   This is a focus group

3    that's describing that they do not want to provide

4    information because it is their understanding that

5    their landlords do not know that these numbers are

6    living in their household, correct?

7        A    Understood, yes.

8        Q    And in those cases when the census is

9    relying on proxy information, in part -- one of

10   the sources for proxy information are landlords,

11   correct, and landlord records, correct?

12       A    Yes.

13       Q    But in those cases where the landlords do

14   not know about the multigenerational housing, that

15   information would not be there, correct?

16       A    That's a reasonable presumption, yes.

17       Q    And so for subpopulations where

18   multigenerational housing is common, this could

19   present a problem for an accurate count of that

20   subpopulation, correct?                    Calls for
                                                speculation

21       A    Yes.

22            MR. EHRLICH:   Objection.   Form.

Page 462

1          THE WITNESS:  Yes.

2    BY MS. FIDLER:

3       Q    This is also an area where reliance on

4    trusted partners is actually quite helpful for the

5    Census Bureau, correct?

6       A    I'm sorry.  I was asking Mr. Ehrlich a

7    question.

8       Q    The -- the types of housing where there's

9    multigenerational housing or people living in

10   basements is an area where trusted partners are

11   actually critical to helping the census get

12   accurate information, correct?

13      A    They're very important, yes.

14      Q    And as we've discussed, trusted partners

15   may have a difficult time convincing these

16   communities to provide that information if there's

17   a citizenship question on the census, correct?

18           MR. EHRLICH:  Objection.  Form.  Mischaracterizes
                                                  prior testimony

19           THE WITNESS:  Yes.

20   BY MS. FIDLER:

21      Q    How do omissions affect both sides --

22           MR. EHRLICH:  Counsel, can I just

Page 463

1   interrupt for one second?  I think we've reached

2   our time.  Are you nearing an end of the

3   questioning?

4           MS. FIDLER:  Yeah.  I've got, like, one

5   question, possibly two.

6           MR. EHRLICH:  Okay.  Because I think

7   Dr. Abowd also needs a break anyway.  So it works

8   out.

9           MS. FIDLER:  Thank you.

10  BY MS. FIDLER:

11      Q       How do omissions affect both sides of net

12  undercount calculations?

13      A       No, what I said is that net undercount is

14  the difference between omissions and erroneous

15  enumerations, plus whole census [sic] imputations.

16  And the enumeration difficulties that you were

17  asking me about can both affect gross omissions

18  and erroneous enumerations and whole-person

19  imputations; since there's a difference, they can

20  cancel.

21          MS. FIDLER:  That's actually my last

22  question.  Thank you so much for your patience.

Page 464

1    And I'm done with questioning for today.

2            THE VIDEOGRAPHER:  Going off the record

3    at 11:55.

4            (Whereupon, at 11:55 a.m., the deposition

5    of JOHN M. ABOWD was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 465

1                  CERTIFICATE OF NOTARY PUBLIC

2              I, Denise M. Brunet, the officer before

3       whom the foregoing deposition was taken, do hereby

4       certify that the witness whose testimony appears

5       in the foregoing deposition was sworn by me; that

6       the testimony of said witness was taken by me

7       stenographically and thereafter reduced to print

8       by means of computer-assisted transcription by me

9       to the best of my ability; that I am neither

10      counsel for, related to, nor employed by any of

11      the parties to this litigation and have no

12      interest, financial or otherwise, in the outcome

13      of this matter.

14

15                        _____

16                        Denise M. Brunet

17                        Notary Public in and for

18                        The District of Columbia

19

20      My commission expires:

21      December 14, 2022

22

Page 466

1   New York Immigration Coalition v. US Dept. of Commerce

2   John Abowd 30(b)(6)

3            INSTRUCTIONS TO THE WITNESS

4        Please read your deposition over

5   carefully and make any necessary corrections.

6   You should state the reason in the

7   appropriate space on the errata sheet for any

8   corrections that are made.

9        After doing so, please sign the errata

10  sheet and date it.

11       You are signing same subject to the

12  changes you have noted on the errata sheet,

13  which will be attached to your deposition.

14       It is imperative that you return the

15  original errata sheet to the deposing

16  attorney within thirty (30) days of receipt

17  of the deposition transcript by you.  If you

18  fail to do so, the deposition transcript may

19  be deemed to be accurate and may be used in

20  court.

21

22  3028797

Page 467

1    New York Immigration Coalition v. US Dept. of Commerce

2    John Abowd 30(b)(6)

3                   E R R A T A

4                   - - - - -

5    PAGE   LINE   CHANGE

6    _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

7    Reason:_____

8    _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

9    Reason:_____

10   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11   Reason:_____

12   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

13   Reason:_____

14   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

15   Reason:_____

16   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

17   Reason:_____

18   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19   Reason:_____

20   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

21

22   3028797

Page 468

1    New York Immigration Coalition v. US Dept.of Commerce

2    John Abowd, 30(b)(6)

3              ACKNOWLEDGMENT OF DEPONENT

4                   I, _____, do

5       hereby certify that I have read the foregoing

6       pages and that the same is a correct

7       transcription of the answers given by

8       me to the questions therein propounded,

9       except for the corrections or changes in form

10      or substance, if any, noted in the attached

11      Errata Sheet.

12

13      _____              _____

14      DATE                     SIGNATURE

15

16

17

18

19

20

21

22      3028797

[& - 3028797]                                                    Page 1

| & | | | |
| --- | --- | --- | --- |

**&**

**&**   340:15 342:7
   343:5 344:3 346:6
   438:16

**0**

**0.01**   404:10
**0.5**   368:8
**0.83**   405:8
**01**   348:10
**03489**   363:18

**1**

**1**   359:15 360:15
   361:7 362:12
   450:8
**1.5**   368:13
**1.54**   406:6
**10**   362:2 367:20
   397:20 398:5
**10004**   341:9
**10005**   342:18
**1050**   343:16
**10:26**   423:3
**10:44**   423:6
**10:58**   435:22
**10th**   343:6
**11**   361:6 364:10
   397:21 398:5
   407:22 410:14
**11000**   344:19
**115**   345:18
**11:24**   436:5
**11:55**   464:3,4
**12**   364:5 383:7,10
   409:13 410:3
**125**   341:7
**1250**   340:21
**126757**   363:9
**13**   457:22 458:4
**13.5**   415:6

**1300**   345:8
**13025**   440:20
   449:9
**13031**   454:16
**13040**   458:15
**13045**   449:10
**13046**   449:15
**14**   465:21
**14541**   465:14
**1500**   344:8
**15th**   341:16
**16**   367:15 368:9
**1620**   343:15
**17**   388:1 401:22
**17,000**   438:2
**18th**   341:8
**1990**   357:5
**19th**   354:22
**1:18**   340:7

**2**

**2**   358:2 366:19
   367:21 427:1
**2.06**   405:19
**20**   346:17
**20.9**   411:20 412:12
**2000**   392:12
**20001**   342:9 343:7
**20005**   340:22
   341:17 344:10
**20036**   343:17
**2004**   392:10
**2006**   367:6
**2010**   348:9,10
   374:14 375:13,13
   383:13 384:5,6,8
   384:11 399:11,19
   400:15,19 401:1,5
   401:9,14,18
   402:14 403:2
   404:1,8 405:2,8,15
   405:18 406:2,5,21

**431**:2,6,12 440:11
**2011**   384:6,7
**2013**   366:21 367:6
   367:11,15,22
   368:9,18
**2016**   359:18
   360:10,17,22
   361:19 364:9,14
   364:18 366:21
   367:11,22 368:19
   374:13 383:13
   384:5,8,11 388:4,6
   389:13
**2017**   363:7,17,22
   364:3,11,14,18
**2018**   340:13 349:5
   350:7 351:12
   354:22 424:17
   426:15 437:13
   450:4
**20180915.pdf**
   363:8
**20180917.pdf.**
   363:11
**2019**   426:15
   434:10,15,20
   437:3,5
**202**   341:18 342:10
   343:8,18 344:11
   346:19
**2020**   351:11
   352:16 353:5
   356:3,12,15,19
   358:6,14,20 365:4
   365:12,21 366:10
   370:19 371:15,22
   376:8 378:16,21
   397:12 411:10
   431:2,6,12 432:6,8
   433:7,11 434:4
   435:14 436:20

**437**:7,11 440:21
   443:12 444:21
   446:2 449:10
   450:4 453:21
**2022**   465:21
**20530**   346:18
**20746**   347:11
**21.0**   378:11
**210-6053**   345:11
**212**   341:10 342:19
**24**   348:7 349:2
   351:7 355:9,16
   400:11
**25**   348:8 349:3
   363:6
**26**   348:9 399:4,5
   399:13 400:14
**260.9**   412:5,13
**27**   348:11 425:22
   426:4 450:4
**28**   342:17 348:13
   436:2 437:10
   441:7 449:5
**2800**   346:8
**281.8**   412:20
**289.6**   408:17
**29**   348:14 436:3
   440:19 449:6
**2921**   340:7
**296-2300**   343:18
**29th**   350:7 437:13

**3**

**3**   383:8,9,12
**3.8**   405:1
**30**   340:11 349:6
   350:6 428:2 466:2
   466:16 467:2
   468:2
**301**   347:12
**3028797**   466:22
   467:22 468:22

**305-9802**   346:19
**30th**   437:3
**31st**   437:5
**330**   408:18 412:21
**349**   348:3,7,8
**350**   340:21
**366-8500**   345:20
**38**   373:17
**39.5**   414:11 418:1
   418:5,12
**399**   348:10

**4**

**4**   383:11 388:2
   389:13
**4.1**   427:2
**4.4**   429:17
**4.9**   414:16
**40.4**   409:6
**41**   379:9 424:21
   425:3
**415**   344:21 346:10
**416-8441**   342:19
**42**   378:5 438:4
**425**   348:12
**43**   380:16 386:16
**4343**   364:1
**436**   348:4,13,14
**44.4**   415:1
**455**   344:19
**46**   375:5
**4600**   347:10
**49**   407:22

**5**

**5**   340:13 392:6
   441:16
**5.1**   372:7,14
**5.3**   403:22
**5.8**   370:4 372:3,20
   373:10,18 374:4
   374:10,11 376:5

**376**:14
**50**   346:7 392:11
**50,000**   438:2
**500**   345:18
**51**   410:3
**510-3779**   344:21
**549-2693**   341:10
**55**   348:14
**562**   345:20
**5th**   349:5

**6**

**6**   340:11 349:6
   350:6 428:2 466:2
   467:2 468:2
**60**   380:18
**601**   340:16 342:8
**662-6000**   343:8
**662-8324**   344:11
**675-2337**   341:18
**684**   348:13
**6th**   351:12

**7**

**7**   354:20 355:3,11
**7.7**   406:1
**743-6909**   346:10
**762**   348:8
**763-9844**   347:12
**79**   379:2
**79.0**   378:11

**8**

**8**   359:13 374:2
**8.7**   415:19 416:5
   417:1,11,14
**8/29/18**   444:22
**85.4**   413:4
**850**   343:6
**88**   408:22

**9**

**9**   366:18 374:9
   402:1
**9.3**   405:14
**900**   344:9
**90802**   345:19
**915**   341:16
**916**   345:11
**94102**   344:20
**94111**   346:9
**942-5316**   342:10
**94244**   345:10
**944255**   345:9
**9909**   348:7
**9:05**   340:14 349:5

**a**

**a.m.**   340:14 464:4
**aajc.org**   343:19
**ability**   412:17
   413:1 451:17
   465:9
**able**   407:17 408:5
   408:17 409:6
   414:4 415:7,11
   418:6,13 425:20
   430:4 434:12,17
   434:22 435:1
   444:7 460:19
**abowd**   340:12
   348:6 349:2,7,18
   350:3 354:12
   372:8 373:14
   377:4,7 379:22
   380:14 399:5
   407:14 411:9
   420:2,9 421:6
   423:8 425:22
   431:20 432:15
   436:2,9 463:7
   464:5 466:2 467:2

**468**:2
**abstract**   358:4
**accept**   409:3 415:5
**accepting**   386:13
**accompanied**
   435:8
**accord**   443:11
**account**   432:13
**accuracy**   359:3
   408:12
**accurate**   374:18
   375:21 380:22
   381:18,21 382:4
   420:5 421:20
   439:5 455:15
   461:19 462:12
   466:19
**accurately**   358:10
**acknowledge**
   451:8
**acknowledged**
   448:13
**acknowledges**
   456:2
**acknowledgment**
   468:3
**aclu.org**   341:11,19
**acronym**   437:19
**acs**   359:18 360:10
   360:17 361:1,8,12
   361:20 362:11,19
   363:17,22 364:3
   364:10 365:19
   366:21 367:5,10
   367:15 368:8,13
   368:18 373:12
   374:13,21 375:13
   376:6,20 383:13
   383:19,22 384:5
   385:9,14 386:5
   388:4,6,13,16,17

389:2,13 392:13
393:7 428:10
**acting**  354:2 424:1
424:1 437:1
**action**  340:6
**actionable**  440:13
**actions**  448:11
**active**  430:2
**actively**  429:1
**activities**  430:4
**activity**  444:12
**actual**  397:11
**add**  376:21 414:22
432:22
**added**  375:15
**adding**  356:10,17
358:5,13,19
370:18 378:15,20
396:6 412:15
413:13 421:22
442:7
**addition**  370:2
371:20 374:19
381:5 410:16
412:22 413:5
430:18 454:20
**additional**  356:21
398:15,22 437:4
444:16 452:2
**additionally**  453:5
**address**  451:18
**addressed**  430:16
**addresses**  444:15
**adequate**  455:14
**administrative**
352:10 357:10
372:18 373:1,2,4,6
373:12 387:13,20
388:3,8,13 389:2,6
389:8,14,20 390:2
390:7,8,10,12,14

390:16 391:6,9,16
392:1 398:14
401:10,14 407:14
407:19 408:6,19
409:7,18 412:6,9
412:15 413:14,21
414:5,14,18 415:2
415:8,11,13,21
416:17 417:2,4,10
417:12,20 418:7
418:14,18 419:2,7
419:14,19 420:12
421:11 422:7
431:7,13 440:20
**advance**  437:10
440:11
**advancing**  343:14
**advancingjustice**
343:19
**advice**  421:13
**affairs**  347:6
**affect**  359:7,9
460:14 462:21
463:11,17
**afraid**  450:10
451:3
**africa**  443:4
**ag.ny.gov**  342:20
**age**  352:3
**agencies**  458:1
**agency's**  437:2
**ago**  369:6,12
410:14
**agree**  357:12
358:1,12,18
370:21 376:11
379:17,21 387:6
389:17 391:4,13
391:21 411:9
415:22 416:21
420:13

**agreement**  380:3
390:22
**agrees**  380:7,9
382:18,22 394:21
425:11
**al**  340:4,8 349:9
349:10
**alliance**  344:3
**allocated**  457:10
**allocation**  430:2
**alternative**  351:10
407:13,16,17
408:1,3,9,12,17
409:5,11,16,20
410:1,4,6,13 411:3
411:18,19 412:4
413:11,13,18,20
414:3,3,12,22
415:6,12,18 416:3
416:12,22 417:9
417:18 418:5,14
418:15,17,21,22
418:22 419:6,12
420:6,10,10,20,21
421:8,9,9,18 422:4
422:5,5 423:10,11
424:10,10,14
**alternatives**
407:11
**altogether**  396:14
450:13
**amended**  458:1
**american**  341:5,14
359:17 429:19
**americans**  343:14
**amounts**  431:22
**analyses**  355:16
365:9,17,19
425:21
**analysis**  352:1,6
352:12 354:6,17

355:4,10,22 356:9
356:14,16,21
357:2,7 364:22
365:16 367:4,9,22
368:6 369:2,9
373:16,18 374:10
378:8,8,14,15,17
378:20 380:13
385:9
**andriola**  343:13
**angeles**  345:14
346:3
**anna**  344:15
**announcement**
450:4
**answer**  350:16,21
351:3 355:19
359:1,16 371:5
376:12 382:3
385:1,19 387:2,5,7
393:1 397:19
398:5,10,19 411:7
421:12 435:15,16
435:19 436:16
437:1,2 440:10
443:14 450:11
**answered**  396:1
**answering**  361:13
**answers**  442:17
468:7
**anticipated**  431:4
**anymore**  355:14
**anyway**  463:7
**apart**  393:19
439:15
**apologies**  449:7
**appear**  353:17
424:7
**appearances**
341:22 342:1,22
343:1,22 344:1,22

345:1,22 346:1,22
347:1
**appears** 465:4
**applies** 372:12
**apply** 390:14
**appropriate**
350:22 355:17
447:3 466:7
**area** 397:11 459:8
462:3,10
**areas** 386:12
**argued** 420:9
**argument** 420:14
421:8
**arising** 381:9
**arnold** 340:15
342:7
**arnoldporter.com**
342:11
**articulate** 370:16
371:13
**articulated** 377:7
**asian** 343:14
**asked** 424:7
428:12 436:13,22
443:13 450:7
**asking** 350:16
373:22 428:4
462:6 463:17
**aspect** 444:11
**assembled** 354:1
**assembling** 416:7
**assess** 352:7,14
374:19
**assessment** 353:2
439:12
**assign** 416:11
**assistant** 342:15
424:2
**assisted** 465:8

**associated** 435:8
**assumed** 378:22
**assumes** 378:9
**assumption**
370:20 410:17
411:9
**assumptions** 408:9
408:11,15 410:12
410:16
**attached** 348:16
466:13 468:10
**attempt** 444:10
**attempted** 354:13
355:18 432:7
**attempts** 352:6
**attendees** 447:4
**attending** 349:14
**attention** 443:7
448:12,15 449:3
**attitudes** 437:11
437:18,21
**attorney** 342:15
344:17 345:7
436:10 466:16
**attorneys** 349:14
**attributed** 394:15
**audience** 440:22
449:11 459:4
**augmented** 363:8
**august** 350:7
351:12 437:13
**author** 400:2
**author's** 357:22
**authorization**
437:8
**authors** 352:21
353:13,14,22
354:8 379:20
380:11 388:21
393:6

**availability** 413:7
**available** 352:8
353:20 357:9
358:13,19 389:18
**avenue** 340:16
342:8 344:19
345:18 346:17
**average** 417:4
420:4
**avoidable** 380:19
381:11
**aware** 442:3
444:19 454:15

**b**

**b** 340:11 349:6
350:6 360:15
367:21 388:17
408:8,10 410:4,14
411:3 413:13
414:22 428:2
466:2 467:2 468:2
**back** 355:14
359:11 362:2
364:9 366:4,17
379:8 389:12
395:8 407:9
414:10 415:16
423:5 436:4 461:2
**background**
441:22 453:20
**backing** 431:20
**balance** 358:13,19
**barrier** 437:11,20
442:22 458:19
459:4
**barriers** 437:18
444:18
**bars** 388:4
**based** 355:22
365:8 369:1,8
374:12 375:12

376:6,20 389:17
427:16
**basements** 462:10
**basically** 444:3
**basis** 357:15
371:19 380:2
401:12
**bates** 348:7,8,13
348:14 351:13
358:3 359:14
361:6 362:2 363:9
366:18 373:17
375:6 378:6 379:9
380:17 383:7
386:17 388:2
392:7 408:1
441:16
**beach** 345:19
**began** 350:7
**begins** 424:22
**begun** 352:2
**behalf** 341:3 342:3
342:13 343:3,11
344:3,14 345:3,14
346:3,13 347:3
349:12 379:16
425:9
**belief** 370:16
371:14,20 458:7
**believe** 376:14
383:5,10 395:18
401:12,17 425:10
431:21 443:7
445:7
**believed** 392:21
**believes** 365:2,8
366:10 369:4,10
369:15 375:22
376:19 386:14
395:11 403:1
414:4

**bell** 385:10
**benefit** 432:18,22
  433:20
**benefits** 433:17,17
  450:15 452:13
  454:18,19
**best** 354:11,13,16
  355:22 356:9,14
  357:7 369:21
  380:12 425:18
  439:6 465:9
**better** 354:5
  356:16 421:8,15
  422:4 430:3
**beyond** 448:21
**bias** 392:21
**bigger** 372:11
**black** 344:3
  405:13
**blacks** 405:14,18
  406:10
**block** 352:4
**blue** 385:6 388:5
**born** 392:13,17,19
  393:9 428:6,7
**bottom** 440:21
**box** 345:9
**branch** 415:17,17
**brannon** 341:13
**break** 436:14
  463:7
**breakoff** 361:8,11
  361:17,19 362:8
  362:16 363:7,17
  363:21 364:4,10
  364:11,12,17
  365:1,9 369:3,9
  396:4
**briefed** 423:18
**briefing** 423:22
  446:9

**broad** 341:7
**broken** 359:18
  360:19 361:9
  366:22 388:6
**brunet** 340:18
  349:11 465:2,16
**bullet** 442:4,6
  443:5
**bullets** 446:20
**bureau** 340:12
  342:16 347:9
  349:7 351:17
  352:8,22 353:7,15
  354:2,6 356:10,17
  357:12,19,21
  358:12,18 362:14
  365:2,8,20 366:9
  369:3,10,14
  370:15,19 371:13
  375:22 376:10,14
  376:19 377:8
  378:22 379:17,21
  380:6,9,12 381:8
  381:14 382:18,22
  386:8,14 387:6
  389:1,19 390:9
  391:9,14,22
  393:20 394:10,15
  394:21 395:11,18
  396:19 397:22
  398:7,12,13,21
  399:9,14,19 400:7
  402:13 403:1,22
  404:8 405:1,6,13
  405:17 406:1,4
  408:4,16 409:4,11
  409:19,22 412:21
  413:10,17 414:4
  416:4,15 420:13
  420:18 421:6
  422:13,15,19

  423:17 424:13
  425:11,12,13
  427:5 429:4
  431:21 432:5,16
  432:19,21 433:4,6
  433:10,21 434:3,9
  434:12,14,17,19
  434:21,22 435:4
  435:12,16,18
  436:17,19 438:8
  439:7 440:6
  443:11 446:14
  455:11 456:2
  457:19,20 458:2
  462:5
**bureau's** 352:14
  355:15,22 357:7
  367:3,8 368:5
  369:2,21 371:19
  372:2 374:17
  377:6 378:14
  380:3 419:2
  421:20 423:9
  427:18,22 429:11
  433:16,19 438:18
**burling** 343:5
**burton** 446:17
**business** 351:18
  399:15

      **c**

**c** 341:1 348:1
  349:1 407:13,16
  407:17 408:1,3,9
  408:12,17 409:5
  409:11 410:13
  413:20 414:3
  415:12 416:12
  418:5,14,17,22,22
  419:17,20 420:6
  420:10,21 421:2,9
  421:9,18 422:5,5

  423:11 424:10
**calculate** 364:7,20
  413:8
**calculating** 374:22
**calculation** 402:21
  409:2
**calculations**
  463:12
**california** 344:14
  344:20 345:3,10
  345:19 346:7,9
**call** 377:21,21
  378:1
**called** 349:19
  407:1
**calls** 351:2
**camarota** 392:9
  392:10
**camera** 349:12
**campaign** 440:15
  444:15 447:15,16
  448:3,17 453:22
**cancel** 463:20
**candidate** 390:16
  391:2
**capizzano** 392:10
**care** 452:6
**carefully** 466:5
**case** 426:18
**cases** 397:14 457:8
  461:8,13
**category** 444:6
**cause** 370:3 395:1
  396:7
**caused** 381:10
**cbam** 440:7 449:7
  455:19
**cbams** 437:12
  438:5,8,10,13
  439:8,19 440:12
  440:22 444:21

449:10
**census** 340:12
347:9 348:9 349:7
351:11,17 352:4,8
352:13,16,22
353:5,15 354:2,5
355:15,22 356:3,9
356:12,15,17,19
357:5,6,12,19,21
358:6,12,14,18,20
359:6 362:14
365:2,4,7,12,20,21
366:9,11 367:3,8
368:5 369:2,3,10
369:14,21 370:15
370:19,19 371:13
371:16,19,22
372:2 374:17
375:13,22 376:8
376:10,14,19,22
377:6,8,9,17,18
378:14,16,21,22
379:1,17,21 380:3
380:6,9,12 381:5,8
381:14,16,22
382:6,18,22
383:13,15,20,22
384:16,21 385:8
385:12,15 386:3,6
386:8,9,11,14
387:6,12,19 389:1
389:19 390:9
391:9,13,21
393:20 394:9,15
394:21 395:1,5,11
395:14,18,22
396:7,8,17,19
397:20,22 398:4,6
398:10,12,13,19
398:21 399:9,11
399:14,19,19

400:7,15,19,21
401:1,5,9,14,18
402:1,13,14 403:1
403:2,10,16,21
404:1,8,8 405:1,3
405:6,8,13,15,15
405:17,18,22
406:2,4,5 407:18
408:4,16,19 409:4
409:11,18,19,22
410:19 411:10,21
412:13,14,21
413:10,17 414:4
414:12,17 416:3
416:15 418:8
419:2 420:13,18
421:6,19 422:13
422:15,18 423:9
423:16 424:13
425:10,12,13
426:8,19 427:5,18
427:22 428:5
429:4,11 430:18
431:21 432:5,6,8
432:12,16,19,21
433:1,4,5,7,10,11
433:16,19,21
434:1,3,4,9,11,12
434:14,16,17,19
434:20,22,22
435:4,6,12,14,16
435:18 436:17,19
436:20 437:7,8,11
437:11,17,20
438:8 439:1,5
440:11,15 441:18
443:11,12 446:2
446:14 448:14
450:4 451:5 452:1
452:7,10,14,18
453:12,21 454:4,4

454:21,22 455:5
455:11,13 456:2
457:2,19,20 458:2
458:7 459:11
460:6,13 461:8
462:5,11,17
463:15
**census.gov** 347:13
**censuses** 393:21
394:11,16
**certain** 359:17
392:22 395:20
407:5 428:15
**certainly** 436:15
**certificate** 465:1
**certify** 465:4
468:5
**cetera** 376:4 403:4
**challenge** 448:13
**challenges** 452:2
**change** 367:5
429:9 432:13
435:8,10 437:8
457:15 458:6
467:5
**changes** 466:12
468:9
**characterization**
455:22
**characterize**
428:22 448:10
451:18
**characterized**
442:20
**characterizing**
402:20
**chart** 360:6 363:7
411:19 412:4
414:10 415:16,17
**check** 436:22

**checked** 397:6
**chief** 347:5 446:16
**children** 394:2
**chinese** 442:9
443:2
**choices** 428:8
**choose** 354:13
**choosing** 354:15
**chosen** 354:10
**christa** 424:3
**cited** 400:10
**citizen** 352:3
370:3,6 372:4,16
372:16,19,22
373:13 376:2,4
383:15,17,21
384:2,18,22
385:14 386:7,10
395:2
**citizens** 358:8,16
360:2,2,7,8,19
361:2,4 366:15
368:2,6,12,17
369:15 370:1,5,9
372:6 373:3
385:16 386:5
392:2,2 450:10
**citizenship** 348:11
351:11 352:8,15
353:4 356:2,11,18
357:8 358:5,14,20
360:12 361:2,18
361:20 362:5,6,10
362:18 363:2,16
363:21 364:4,12
364:16 365:3,12
366:1,12,16 367:5
367:10 368:7,12
368:18 369:5,11
369:17,22 370:2,7
370:9,18 371:16

371:20 372:5
373:2 374:20
375:12,14 376:1,3
376:7,22 377:1,10
378:15,21 379:2
379:12 381:6,10
381:16 387:2,8
388:4,9 389:3
392:19 393:8
394:22 395:14,16
395:19 396:4,6
407:11,19 408:5
409:7,12,17 410:7
410:20 411:11,22
412:7,9,13,16,17
413:1,2,6,7,14,21
414:13,17,18
415:13,20,21
416:6,11 417:15
417:19,21 418:9
418:19 419:3,13
419:21 420:4,11
420:22 421:10,19
421:21,22 422:6
423:11 424:16
425:6 426:6,8
429:10,13 430:7
430:18 432:2,6
433:1,6,12,18,22
434:5,11,16,21
435:6,13 436:21
442:8,22 446:21
448:7,20 449:22
450:5,7,11,17,22
452:1,19 453:13
462:17
**city** 344:3
**civil** 340:6 341:5
341:14 344:6
346:16

**clarification**
352:18 359:12
**clarify** 390:8
447:11,11
**clauses** 458:4
**clear** 419:13
424:13
**coalition** 341:3
342:3 349:8 350:1
466:1 467:1 468:1
**code** 442:16
**collaboration**
454:3
**collect** 426:12
**collection** 444:12
**color** 385:3 388:5
**colors** 385:2
**columbia** 465:18
**column** 402:3,11
404:4
**com** 348:7,8,13,14
351:13 358:3
359:14 361:7
362:3 366:18
373:18 375:6
378:6 379:9
380:17 383:8
386:17 388:2
392:7 408:1
441:17
**comes** 417:22
443:15 458:17
**coming** 379:14
425:7
**comment** 394:5
**commerce** 340:8
347:8 349:9
371:12 420:19
422:3 445:3 466:1
467:1 468:1

**commission**
465:20
**committee** 344:6
**common** 442:17
442:19 458:22
461:18
**communicate**
423:13 424:11
**communicated**
420:18 421:1,7,15
422:15,19 423:9
423:12,17 424:14
447:20
**communication**
438:10,11,13,15
440:14 444:15
446:10 447:14,20
448:3,17 454:2
**communications**
438:22 446:16
453:22
**communities**
441:19 455:7,14
457:6 462:16
**community**
359:17 429:20
450:18 451:22
452:3,6,13,16
453:12 454:18,19
455:2 456:7,16
**comparable**
372:10
**compare** 361:18
364:11 384:8
**compared** 372:16
373:3 376:4
406:17 414:3
431:6
**comparing** 366:21
367:22 383:13

**comparison**
372:15,21 373:7
373:11 374:13
375:12
**compelled** 455:2
**complementary**
443:19
**complete** 378:7
397:3,5,9 459:9
**completed** 426:19
**completely** 380:1
**complicate** 441:18
**component** 437:21
437:22 438:1,3
439:19,20,22
444:10
**components** 359:4
359:10 402:1
440:17
**computer** 465:8
**comstock** 371:11
371:19 422:9,16
422:18,20 423:13
423:14
**concern** 448:6,9
448:12,12 457:19
**concerned** 457:20
458:3
**concerns** 451:21
458:20 459:3
**conclude** 451:10
**concluded** 464:5
**conclusion** 357:15
357:15 365:15
452:11
**conclusions**
357:13,17,18,20
440:9 442:12
**condition** 397:2,4
**conditions** 397:6
397:12

[conduct - cost]

**conduct**  380:12
  427:6 432:12
  433:11 434:4
**conducted**  365:20
  392:10 430:6
  438:4
**conducting**  354:6
  354:16 393:9
  429:21 438:9
  439:4 448:14
**conducts**  446:1,3,6
  446:7
**confidential**
  457:14
**confidentiality**
  453:9 457:21
  458:3
**conflict**  417:3,9
**conflicts**  416:17
**congress**  433:13
  434:7
**congressional**
  428:4 437:7
**connection**  455:12
  455:21
**consequences**
  356:14 432:7
**conservative**
  376:15,20
**consider**  353:12
  439:22 440:3
**considered**  397:2
  397:5
**consistent**  396:5
  412:8 433:2
  443:14
**consistently**  421:2
  421:14
**constitutes**  447:7
**constructing**
  390:16

**consultation**
  428:20
**consulting**  428:21
**contact**  424:3
**contained**  354:7
  355:5,16 356:19
  393:8
**containing**  358:7
  358:16 366:15
  370:6,8 372:4,6
  383:15,16,21
  407:19
**contains**  431:15
**content**  348:11
  426:5 428:13
  429:9 437:3 454:8
**context**  430:8
  445:19 447:7
**continuation**
  349:6 350:6
**continued**  340:11
  341:22 342:1,4,22
  343:1,22 344:1,22
  345:1,3,22 346:1
  346:22 347:1,3
**continuing**  392:20
**contract**  438:15
  446:11
**contractor**  438:16
**contribution**
  353:13
**control**  431:15
**controlled**  431:14
**conversation**
  427:15 442:14
**conversations**
  428:22
**conversely**  417:8
**convey**  455:8
**convincing**  452:3
  453:11 462:15

**cooperate**  379:13
  380:21 381:15
  392:16 425:7
**cooperative**
  378:10 380:8
**correct**  350:7
  351:14,18,19
  352:4,10,17 353:5
  354:3 355:19
  359:20 360:2,4,8,9
  360:20,21 361:9
  361:10,15,16,22
  363:19,20 364:1,3
  364:12,16,21
  365:7 367:1,6,11
  367:16 368:3,9,14
  370:5,11 372:19
  373:4,21 374:15
  375:1 377:19,20
  378:16 379:3
  380:14 381:6,12
  381:20 382:16,20
  383:3,5,17,18
  384:2,5,12,13,22
  387:21 388:9,10
  389:8,15,16 390:3
  393:11 394:2,8,11
  394:19 395:6
  396:14,16,22
  398:2,3,9,16,18
  399:1,2,9,16,17,22
  400:1,3,7,9,11,21
  401:3,4,7,8,11,15
  401:16,20,21
  402:4,15,19 403:5
  403:14 404:1,2,6
  404:10,12,16,17
  404:19,20 405:3,5
  405:9,10,15,16,19
  405:20 406:2,3,6
  406:11,14,18,19

  406:22 407:2,6,20
  407:21 408:6,7,12
  408:20,21 409:8,9
  409:14,15,20,21
  410:1,2,8,8,14,15
  410:21 412:1,2,9
  412:18 413:2,3,7
  413:15,16,22
  414:1,8,19,20
  415:3,4,9,14,15,22
  416:8,9,13,14,19
  416:20 417:5,7,15
  417:16 418:10,15
  418:16 419:4,5,10
  419:11,15,22
  420:7,8 424:17
  425:15,19 426:8
  426:12,13,16,17
  426:20,21 427:3,4
  427:10 430:10,19
  432:18,20 438:19
  439:5,12,20,21
  441:4,5 449:16,19
  452:14,19 454:14
  455:9,15,17,21
  456:7,17,20 457:3
  459:13,17 460:4,6
  460:9,20 461:6,11
  461:11,15,20
  462:5,12,17 468:6
**corrected**  390:6
**correction**  370:12
**corrections**  466:5
  466:8 468:9
**correctly**  403:2
**correlated**  366:14
**cost**  378:14,17,19
  426:22 429:16,17
  429:18,22 432:18
  432:22 433:17,20

**costs** 358:8 432:10
  433:17
**counsel** 347:5,7
  349:22 436:6
  462:22 465:10
**count** 358:9,21
  359:1,9 380:7
  403:11,16 443:22
  444:1 450:21
  451:9 461:19
**counted** 402:14
  450:14
**countries** 392:15
**country** 391:11
  392:14
**counts** 455:5,5
**county** 346:3
**course** 351:17
  353:13 399:15
**court** 340:1
  349:11,16 350:17
  433:5,20 436:15
  466:20
**courts** 433:13
  434:7
**cov.com** 343:9
**cover** 441:13
**coverage** 348:9
  399:12,19,21
  402:1,18
**covered** 400:15
  446:11
**covington** 343:5
**created** 351:16
**critical** 439:4
  455:6 462:11
**current** 446:4
  457:21 460:5
**currently** 353:20
  416:2 454:10

**cv** 340:7
**cvap** 409:13 416:7

**d**

**d** 349:1 409:16,20
  410:1,4,6 411:5,18
  411:19 412:4
  413:11,18 414:3
  414:12,22 415:6
  415:18 416:3,22
  417:9,18 418:15
  419:6,12,17,20,21
  420:10,20 421:2,8
  422:4 423:10
  424:10,14
**d.c.** 340:17,22
  341:17 342:9
  343:7,17 344:10
  346:18
**daily** 424:3
**dale** 341:4
**dale.ho** 341:11
**danielle** 342:14
  436:9
**danielle.fidler**
  342:20
**dannis** 345:17
**data** 351:11 352:3
  352:8 356:1 357:7
  357:8 360:1,5,19
  365:19 368:2
  374:13,22 376:6
  378:10 382:20
  388:13 389:17
  391:1 406:8
  407:12,20 408:5
  409:14 412:17
  413:2,7 414:8
  415:21 416:7
  417:19 421:16
  426:12 430:7,15
  432:4,11,14 439:7

**439**:9 440:1,4,8
  444:11 456:1,14
**date** 340:13
  355:10 423:20
  435:3,12 436:19
  437:3,5,5,8 466:10
  468:14
**dated** 351:12
  354:22 437:13
**david** 342:6 346:4
**david.holtzman**
  346:11
**days** 466:16
**dead** 435:3,12
  436:18
**deal** 357:14
**decade** 431:17
**december** 434:20
  465:21
**decennial** 374:14
  400:5 429:19
  430:9 432:3
  446:16
**decide** 436:16
**decided** 429:1,8
**decides** 380:21
  381:15
**deciding** 379:11
  425:1,5
**decile** 383:14,16
  383:20 384:1,17
  384:21
**decision** 424:15
  427:9,14,20
  428:16 429:5,6
  430:2 433:5 435:5
  435:9
**decisions** 428:17
**deck** 444:21
**declared** 373:7

**decline** 365:11,22
  366:11 370:4,17
  370:21 371:15
  381:9 384:14,16
  384:18,19 430:17
**declined** 384:5,7
**declines** 385:5
**decreased** 367:15
  457:3
**deem** 451:20
**deemed** 466:19
**default** 417:12
**defendants** 340:9
  346:13 347:3
**defensible** 419:9
**define** 358:22
  451:17
**defined** 373:4
**definitions** 370:12
  372:19
**delete** 431:8
**demographic**
  359:21 360:20
  367:1 388:7
**denise** 340:18
  349:11 465:2,16
**department** 340:7
  344:16 345:6
  346:15 347:8
  349:9 352:2
  371:12 420:19
  422:3
**depending** 433:13
**depends** 388:14
**depicted** 383:19
**depicts** 383:12
**deponent** 468:3
**deportation**
  450:15 451:3,11
**deposing** 466:15

**deposition** 340:11
348:6 349:2,6
350:6 354:21
378:2 385:7 399:5
425:22 436:2
464:4 465:3,5
466:4,13,17,18
**depositions** 369:21
**dept** 466:1 467:1
**dept.of** 468:1
**deputy** 424:1
**describe** 437:17
**described** 393:15
407:12 459:10,22
**describing** 461:3
**description** 410:9
**design** 444:14
448:2 454:6,8
**designed** 439:1
**desirable** 393:1
433:19
**desire** 393:1
450:14
**deterioration**
432:10
**determination**
431:7 433:14
**determinations**
423:22
**determine** 410:6
416:6
**determined**
393:20 398:17
402:18 434:6
**determining** 450:1
**developing** 424:6
**development**
438:12 447:14
**devoted** 430:1
**difference** 364:20
366:20 372:14

402:16 403:5,9,13
419:17 424:9
460:12 463:14,19
**differences** 431:1
431:3,5,11
**different** 352:9
357:9 404:5
407:11 408:3
417:17 426:7,9
427:13
**differential** 369:22
372:15 373:19
374:4,12 407:1
456:10
**differently** 437:19
**difficult** 391:14
425:16 444:4
451:8 453:11
462:15
**difficulties** 463:16
**direct** 457:7
**direction** 354:2
**directly** 372:9
**director** 354:2
424:1,2,3 437:1
**dis00009833** 348:7
**dis00010669**
348:13
**dis00010674**
441:17
**dis0012757** 348:8
**dis0013025** 348:14
**dis09833** 351:13
**dis09834** 358:3
**dis09837** 392:7
**dis09840** 359:14
**dis09841** 366:18
**dis09844** 383:8
**dis09849** 388:2
**dis09870** 373:18

**dis09875** 380:17
386:17
**dis09881** 408:1
**dis9842** 362:3
**dis9843** 361:7
**dis9873** 379:9
**dis9874** 378:6
**dis9878** 375:6
**disagree** 420:13
420:16 422:12,13
**disagreement**
417:6 422:16,19
423:9,12,14,17
424:14
**disagrees** 357:19
357:21 420:19
425:12
**disclose** 460:1
**disclosed** 356:22
**discover** 444:10
**discussed** 365:9
373:20 396:3
406:9,12,13
410:13 412:12
446:22 448:18,22
449:4 462:14
**discussion** 424:9
431:18 447:5,6,9
**dispute** 456:1
**distinct** 446:2
**distinction** 391:3
**distinguish** 360:1
**distributed** 404:15
404:18
**district** 340:1,2
345:14 465:18
**distrust** 392:15
441:18 453:7
**diverted** 429:21
**division** 346:16
400:6

**document** 351:16
354:19 399:3
426:3,6 437:14,15
439:18 441:1
444:20
**documented**
456:10
**documents** 399:11
459:3
**doing** 356:13
429:20 430:4
466:9
**doj** 354:3 409:14
**doj's** 416:7
**doj.ca.gov** 345:12
**door** 379:14 381:1
381:19 396:20
398:1 425:8
**dorian** 344:5
**double** 442:16
**dr** 350:3 354:12
372:8 373:14
377:4,7 379:22
380:14 407:14
411:9 420:2,9
421:6 423:8 427:9
427:9,17 431:20
432:15 436:9
463:7
**draw** 365:15
442:12 443:7
**drawn** 449:3
**drive** 450:17
**drop** 435:3,12
436:18
**drove** 455:1
**dspence** 344:12
**dssd** 348:9
**dual** 402:17,21
403:10,14

**due** 365:12 375:11
381:5 392:21
426:19 432:1
**dunn** 427:10 445:6
**dwk.com** 345:21

**e**

**e** 341:1,1 348:1
349:1,1 446:18
467:3
**earl** 371:11 422:9
423:13
**earlier** 372:7
377:7 390:6 456:3
459:10
**early** 354:20
**eastern** 443:3
**economic** 347:6
**economist** 400:7
**effect** 352:14
353:3 356:10,17
369:22 375:22
377:2 378:15,20
395:16,20 413:11
**effort** 356:5,6,8
437:4 439:19
448:1
**efforts** 352:14
385:9 396:12
400:20 401:1,9,18
430:16 431:2,2,11
451:5,11
**ehrlich** 346:14
371:1 375:2
377:12 379:5
389:9 391:18
392:3 394:3
411:14 420:15
422:21 423:15
430:11,20 433:9
434:2 438:20
439:13 450:19

451:13 455:16
456:8,18 457:4
458:9 460:10,22
461:22 462:6,18
462:22 463:6
**either** 426:15,18
427:6 434:7 444:8
448:10 459:9
**elaborate** 431:3
**electronically**
444:20
**embodied** 457:21
**emboldened**
449:22
**emerging** 449:15
458:16
**empirical** 380:2
**employed** 410:12
465:10
**encountering**
361:14
**english** 362:12,19
**enrique** 428:9
**ensure** 455:14
**ensuring** 455:6
**entire** 439:1
**entitled** 438:5
**entry** 362:10,17
**enumerate** 377:8
387:11,13,20
390:10 391:10
395:20 398:15
401:10 408:19
412:22
**enumerated** 403:2
407:18 413:19
414:6
**enumerating**
377:16 382:12
391:15

**enumeration**
359:10 380:18,22
381:3,3,9,18 382:4
382:5,19,20 390:7
390:12,17 391:2
391:22 395:13
397:11 401:6,13
430:9,19 431:9,13
433:7 455:15
463:16
**enumerations**
359:5 381:22
402:19 403:15
460:13 463:15,18
**enumerator** 379:3
381:1,19 382:9
398:1 458:8
**enumerators**
377:18 379:13
396:20 401:2
403:3 425:7
**environmental**
342:16
**equation** 460:15
**eri** 343:13
**errata** 466:7,9,12
466:15 468:11
**erroneous** 359:5
381:21 460:12
463:14,18
**error** 364:20
**errors** 359:10
380:19 381:3,3,9
382:5 460:14
**esquire** 341:4,13
342:5,6,14 343:4
343:12,13 344:5
344:15 345:4,15
346:4,14 347:4
**essentially** 393:5
393:17 397:3,9

**establish** 428:13
**estimate** 364:19
369:21 372:2,7
374:22 376:6,15
376:19 400:15
402:19 404:13
411:21 412:7
417:1
**estimated** 375:10
375:18 402:14
**estimates** 399:21
403:22 404:8
405:1,6,14,17
406:1,4 407:7
408:4 410:5 416:4
429:22
**estimation** 374:18
399:20 426:10
**estimator** 402:17
402:21 403:10,14
**et** 340:4,8 349:8,9
376:4 403:4
**ethnic** 359:19,21
360:19 366:22
388:7 404:15,19
406:9,22
**ethnicity** 361:9
362:8
**evaluation** 402:18
**evenly** 404:14,19
**evidence** 358:4,13
358:19 359:7,8
380:6 389:18
393:12,14 395:15
396:2,5 397:16
425:14,16,18,20
443:15 458:11
**exactly** 428:16
429:2
**examination** 348:2
349:22 436:6

examined  349:20
example  456:6
exception  439:10
exceptional  437:4
exceptions  396:15
exclusive  407:13
exhibit  349:2
  351:6,7 354:20
  355:3,9,11,16
  363:6 385:19
  386:1 399:4,5,13
  400:11,14 425:22
  426:4,4 436:2
  437:10 440:19
  441:7 449:5,6
exhibits  348:6,16
exist  416:12 456:5
existent  451:19
existing  356:1
  357:7 436:18
  437:2
expand  437:19
expect  386:8
  391:22 408:18
  415:19 417:8
  418:4 440:16
expects  408:16
  409:4 412:22
  413:11,18
experiment  430:1
  430:5
experimental
  401:12,17
expert  356:22
  396:16
experts  402:8
expires  465:20
explain  371:18
  403:7
explaining  388:22

explicitly  429:3
expressed  357:13
  448:6 450:14
  452:12 458:19
extended  355:9
  459:1
extensive  390:21
  431:6,16
extent  366:14
  380:8 460:2
externally  353:10
  353:17
extra  432:12
extremely  450:22
  451:8 458:2
eye  340:21

## f

f  378:1
fact  371:18 443:22
  449:3 452:10
factor  450:1
factors  388:15
fail  395:3 466:18
failed  377:9
  392:17
failing  395:20
fails  396:13
failure  359:16
  393:22 394:17
fair  355:8 360:10
  360:22 365:18
  366:9 368:16
  369:1,8,14 400:13
familiar  437:13
  457:16
family  459:1
far  402:3 412:3
  422:22
fault  411:8
fear  392:22 450:13
  450:15 451:11

453:3 457:15
  458:5
february  423:20
  426:15
felt  455:2
female  442:10
ferrari  344:15
fewer  414:5
fidler  342:14
  348:4 436:8,10
  439:3,16 451:2,15
  455:18 456:12,21
  457:11 458:14
  460:16 461:1
  462:2,20 463:4,9
  463:10,21
field  358:8 380:20
  381:12 392:11
  431:14,15
figure  359:15
  360:15 366:19
  367:21 383:8,9,12
  388:2 389:13
  407:22 410:3,5,14
figures  408:2
file  444:20
filings  388:14
fill  397:9 398:4
  450:12
final  423:21
  433:14 437:5
financial  465:12
find  439:7 440:6
finding  443:8
  459:5
findings  437:12
  440:6 444:21
fine  351:22 378:3
finished  350:16
first  351:12
  354:20 363:9

388:11 390:18
  428:2 431:9
  440:21 447:22
flip  407:22
floor  341:8
focus  392:11
  393:12,13,14
  437:22 438:3,4,14
  439:11,20 440:3
  440:17,22 441:4,7
  441:14 442:5,6,13
  442:14,15,17,19
  442:21 443:1,8,11
  443:17,20,21
  444:2 446:21
  448:19 449:7,11
  449:16,19 450:3
  450:20 452:5
  453:2 461:2
focused  448:15
follow  377:22
  390:18 424:20
  431:10 432:10
  434:12,17 435:1
  442:13
followed  357:5
following  399:11
follows  349:21
footer  363:7
footnote  380:18
  381:2
forced  432:1
foregoing  465:3,5
  468:5
foreign  392:13,17
  392:19 393:9
forget  387:17
form  357:4 371:1
  375:2 377:12
  379:5 389:9
  391:18 392:3

394:3 411:14
420:15 421:14
422:21 423:15
428:5,10,10,11,14
429:14 430:11,20
433:9 434:2
438:17,20 439:13
450:13,19 451:13
455:16 456:8,18
457:4 458:9
460:10,22 461:22
462:18 468:9
**former** 390:20
**forms** 426:19
**forth** 373:20 426:6
**forward** 380:16
  384:7
**found** 391:5,8
  393:9 440:11
  441:20 459:17
**foundation** 341:6
  341:15
**four** 379:10 450:2
**fourth** 454:16
**francisco** 344:20
  346:9
**freedman** 342:5
**frequency** 446:5
**friday** 340:13
**frs** 392:12,13,18
**full** 375:7 386:18
  395:13
**funding** 455:7,13
  455:14 457:1,7
**future** 457:16

**g**

**g** 348:10 349:1
**gate** 344:19
**general** 342:15
  344:17 345:7
  347:7 357:16

411:10 416:16
  444:6 458:1
**general's** 436:10
**generalizable**
  439:8 440:8
**generalize** 425:16
**generally** 375:3
  382:19 389:19
  397:17,17,19
  410:19 414:7
  416:18 453:18
**generated** 397:7
**generating** 378:19
**gersch** 342:6
**getting** 353:8
  413:19 443:18
**give** 371:12 412:12
  419:19 437:1
  443:14
**given** 340:12
  349:7 351:6
  364:21 370:14
  386:2 427:16
  428:18 432:3
  433:16 436:18
  455:1 468:7
**giving** 411:13
**go** 366:17 367:20
  383:6 392:6
  397:14,18 407:9
  414:10 423:1
  435:20 449:8,9,14
  449:21
**goal** 400:18
**going** 351:20
  377:8 378:1
  397:22 398:7,12
  398:14,21 410:20
  411:11 412:8
  414:4 416:6
  418:13,19 420:5

423:2 435:21
  441:9 448:3 464:2
**golden** 344:19
**good** 350:3,4
  436:9
**government**
  344:18 392:16
  441:18 453:8
**graph** 359:15
  360:16 366:19
  388:5 389:12
**grasps** 454:21
**greater** 365:11
  377:2 455:2
**gross** 359:4 402:5
  402:10,11 403:13
  404:2,17 459:19
  463:17
**group** 360:6,7
  363:8 373:7
  384:19 393:12,13
  393:14 406:9
  420:3 421:18
  427:8 437:22
  438:3 439:20
  440:3,17 442:5,7
  442:10,14,18
  446:21 448:19
  449:16,19 450:8
  450:20 451:9
  452:6 453:2 461:2
**groups** 362:8
  384:4,11 392:11
  404:15,19 406:12
  406:13 412:11,18
  438:4,14 439:11
  440:22 441:4,7,14
  442:13,15,17,19
  442:22 443:1,9,11
  443:17,17,20,22
  444:3,4 448:8

449:7,11 450:3
  458:12
**grown** 369:17
**guam** 428:7
**guarantee** 436:19

**h**

**halfway** 362:4
  386:18,20
**hand** 404:3
**hard** 380:7 443:22
  444:1 450:21
  456:4
**hawaiian** 443:2
  458:17
**heading** 454:17
**headquarters**
  430:1
**hear** 447:6
**heard** 383:11
  403:19 422:3,9
  428:22
**held** 431:18
**helpful** 462:4
**helping** 462:11
**heterogenous**
  362:7
**hi** 436:12
**high** 360:12 361:3
  389:5,21 410:8
  437:12 444:1
**higher** 358:8
  362:10,17 385:13
  386:4,6,9 389:15
  406:15,17 418:9
**highest** 383:16,20
  384:17 406:10,11
**highlighted** 448:8
**hill** 347:10
**hispanic** 360:7,8
  360:13 361:1,3,19
  361:21 362:9,16

363:3,18 364:6,13
365:5,14,22
366:12,14 367:4
368:6,11,20
369:18 389:15,20
389:22 393:22
394:17 402:2
404:22 405:2,4,7
406:16,18 456:6
456:16
**hispanics** 360:6,11
361:18,20 362:9
362:16 363:2,22
364:5,17 365:3,13
365:22 366:11
367:9,14,17
368:19 369:4,16
389:13 393:22
394:11,16 405:22
406:1,5,15
**historical** 394:10
**hklaw.com** 346:11
**ho** 341:4 348:3
350:2 366:8 371:3
371:9,10 375:4
377:14 379:7
382:8 389:11
391:20 392:5
393:16 394:6
395:17 399:7
411:16 420:17
423:1,7 424:12
426:2 430:13,22
431:19 433:15
434:8 435:20
**holland** 346:6
**holtzman** 346:4
**honestly** 354:9
**house** 459:2
**household** 373:5,8
373:13 377:16,19

378:10 380:20
381:15,18 382:10
382:13,15,16
383:2 387:3,20
390:15 392:18
394:2,18 395:5,21
396:10,13,14,17
396:18,22 397:9
397:22 398:6,8,12
398:15,21 399:1
459:12 460:2
461:6
**household's** 397:1
**households** 358:7
358:15 366:15
370:6,8 372:3,5,15
372:17,21 373:3
373:11,14 376:2,4
378:22 379:11
384:20 385:13
386:7,10 393:11
394:1,17 395:1,12
395:20 396:8
400:20 401:2,6,11
401:19 425:1,5
438:2 458:21
459:21 460:18
**housing** 383:14,16
383:20 384:1,17
384:22 451:18
458:18 459:22
461:14,18 462:8,9
**houston** 450:8

**i**

**identifiable**
388:16 389:4
**identification**
349:3 390:4 399:6
426:1 436:3
**identified** 360:18
368:2 372:22

405:12 458:16
459:16
**identify** 390:13
**ignore** 425:17
**ii** 340:9
**illegally** 392:14
**immediately** 454:6
**immigrant** 395:3
**immigrants** 391:8
391:15
**immigration**
341:3 342:3 344:4
349:8 350:1 466:1
467:1 468:1
**impact** 356:1
374:19
**imperative** 466:14
**implement** 435:4
**implementation**
436:20
**implications**
392:22
**implies** 457:9
**important** 462:13
**impression** 371:12
**improve** 412:16
413:1
**improved** 440:14
**improvement**
413:6
**imputation** 401:19
420:5,11,21
421:10 422:6
423:11 459:17
**imputations** 359:6
381:22 382:6
397:10 460:13
463:15,19
**impute** 409:12
418:19 419:3,20

**imputing** 398:13
398:22
**inaccuracy** 417:7
**inaccurate** 417:3
**include** 394:1
401:13 409:17
418:8 424:16
429:22 432:6
433:6,22 434:10
434:15,21 435:1,5
450:5 459:12
**included** 362:12
394:22 400:19
401:1,5,9,18
429:14 432:2
443:5
**includes** 353:2
360:7 410:17
**including** 384:17
385:14 386:7
395:2,3 427:9
433:18
**inclusion** 352:15
353:3 375:11
**incomplete** 380:3
397:15
**incorporated**
454:1
**increase** 396:7
**increased** 364:17
364:19 367:10
368:8,13,19 381:4
384:6 431:22
**increases** 432:9
**incremental**
395:15,19 396:7
**index** 444:2
**indicate** 373:12
451:22 453:10
455:5,20

**indicated** 447:17
452:5 457:13,15
**indicates** 389:18
452:16
**indicating** 388:9
389:3
**indication** 450:16
450:21 455:4
**indications** 447:12
**indirect** 457:8
**individual** 390:4
**individuals** 368:1
391:5,7 427:19
**influence** 454:11
**inform** 438:10
448:16 453:21
455:12
**information**
388:16 389:4
438:7 440:13
441:6 446:11
447:17,19 448:15
451:19 453:18,20
454:1,5,11 455:8
457:13 458:20
460:20 461:4,9,10
461:15 462:12,16
**informed** 440:14
448:4
**initiate** 426:14
**initiated** 396:12
**inputs** 356:13
**instructed** 432:5
433:12 434:5
**instruction** 428:18
434:10,12,15,17
434:20 435:1,5
**instructions** 466:3
**integrated** 438:10
438:15,21 446:10
454:2

**intended** 447:21
**intensive** 448:1
**interest** 350:20
465:12
**interpret** 452:20
**interpretations**
357:22
**interrupt** 463:1
**interview** 390:19
444:8
**irs** 388:14 391:1
**islander** 443:3
458:17
**islands** 428:7
458:22
**isolated** 458:12
**issue** 417:17
**issued** 424:15
433:20
**issues** 444:16
**item** 359:15
360:11,16 361:1
364:22 365:8
366:20 367:22
369:2,9 396:3
**itin** 388:14,18

**j**

**january** 354:22
**jarmin** 354:3
424:1 427:9,17
429:7
**jmf** 340:7
**job** 353:15 354:11
354:14
**john** 340:12 342:5
349:7,18 464:5
466:2 467:2 468:2
**john.freedman**
342:11
**jointly** 427:19

**jones** 424:3
**jose** 344:3
**journals** 353:18
**jump** 350:15
**june** 437:3
**justice** 343:14
344:16 345:6
346:15
**justice's** 352:2
**justified** 420:10,20
423:10
**justify** 429:9

**k**

**k** 344:8
**karen** 427:10
**karun** 343:4
**kaye** 340:15 342:7
**keep** 446:3
**keith** 345:15
**kelley** 345:17
427:10 445:6
**kept** 457:14
**key** 419:17
**keyomans** 345:21
**kick** 448:3
**kind** 439:11
**kinds** 460:14
**knight** 346:6
**knocks** 381:1,19
**know** 354:9 416:5
421:13 422:22
429:4 435:15,16
435:18 436:16
442:2 445:8,12,22
446:5 447:6,10
450:11 455:20
460:21 461:5,14
**knowing** 396:21
416:10
**knowledge** 445:9

**known** 354:14,16
370:8,9
**kravitz** 343:3
**ktilak** 343:9

**l**

**l** 343:15 344:5
**labeled** 402:4
**lack** 417:19
420:12
**lamas** 424:2 427:9
427:17 428:9
429:7
**landlord** 460:19
461:11
**landlords** 459:5
461:5,10,13
**larger** 372:12
375:16 376:5
457:8,9
**late** 424:17
**latin** 456:16
**law** 344:7,18
433:5 457:22,22
**lawyers** 344:6
**lawyerscommitt...**
344:12
**lead** 358:6,15,21
400:2 460:8
**leadership** 429:7
**learn** 429:8,12
443:20
**learned** 428:3
448:1
**lease** 459:2
**left** 412:3 415:16
**legal** 340:20
391:10,17 450:10
**level** 352:4 410:8
437:12 456:11,13
456:19

**levels** 455:6
**liberties** 341:5,14
**liberty** 342:17
**light** 429:12
  451:21
**limitation** 407:16
**limited** 440:12
**line** 385:4,5,6
  399:18 424:20
  467:5
**lines** 379:11
**link** 389:2,5,19
  408:17 409:6
  414:5 415:7,11
  418:13,18
**linkage** 388:12
  390:13
**linked** 388:8
  389:14 412:6
  414:13 415:2
  418:6 421:11
  422:7
**list** 392:17 393:11
  397:21 398:6,11
  398:20
**listed** 459:2
**lists** 361:7
**litigation** 351:18
  399:16 465:11
**little** 362:4
**live** 386:8,12
  458:21,22
**living** 392:14
  459:1,6 461:6
  462:9
**llp** 342:7
**local** 455:5,5 456:3
  456:22 457:6
**localities** 407:5
**localized** 460:9

**location** 340:15
**locations** 450:6
**lock** 437:3
**long** 345:19
  375:13 402:9
  436:16
**longer** 351:3
  433:21
**look** 359:15 360:5
  360:15 361:6,17
  362:2 363:16
  364:9 365:17
  366:18 373:16
  375:5 378:5
  380:17 383:7
  386:16,17 388:1
  389:12 404:7
  405:12,22 408:8
  410:3 412:3
  415:16 440:19
  441:9 442:16
  454:10
**looked** 383:4
  394:10
**looking** 366:19
  367:21 375:6
  378:6 388:2 392:7
  447:12
**looks** 364:8
**los** 345:14 346:3
**lower** 358:6,9,15
  358:21,22 365:4
  382:19 383:21
  384:11 385:14,15
  386:3 414:7
**lowest** 383:14
  384:1,21
**lupe** 343:11

**m**

**m** 340:12,18
  349:18 464:5
  465:2,16
**mainland** 442:9
  449:12 450:3
**major** 431:5 437:6
  454:16
**majority** 377:13
**maker** 427:14
**makers** 427:9
**making** 435:8
**march** 424:17
  450:4
**margin** 364:20
**marianas** 428:8
**marked** 349:3
  351:6 354:20
  399:4,6 426:1,4
  436:3 437:9
  440:19
**maryland** 347:11
**massachusetts**
  340:16 342:8
  346:17
**match** 407:18
  419:7
**matchable** 419:1
  419:18
**matched** 421:19
**materials** 438:12
  438:13 448:2
  454:7,13
**math** 415:5
**mathematical**
  400:8
**matter** 349:8
  357:16 378:4
  380:22 381:18
  411:11 436:11,17
  465:13

**mattered** 429:18
  429:18
**matthew** 345:4
**matthew.wise**
  345:12
**maximize** 439:2
**mean** 363:1 382:1
  382:6 391:7 439:9
  442:11 452:20
  454:12
**means** 381:21
  382:5,14 413:17
  414:2,21 415:5
  416:2 444:3
  453:14 465:8
**measurement**
  348:9 399:12,20
**measures** 359:3
  429:22 457:6
**media** 454:6
**medicare** 457:2
**meeting** 445:22
  446:3,6,7 447:5
**member** 373:13
  378:10 382:15
  383:2 394:1,18
  395:4,21 396:9
  397:21 398:6,11
  398:20
**members** 354:1
  392:18 393:11
  396:18,22 398:15
  398:22 442:10
  459:12,15 460:1
**memo** 354:21
  355:3,11,14 399:8
  399:13,19 400:10
  400:14 401:22
**memorandum**
  348:10 399:10
  424:16

**memory** 385:18
**mena** 442:10
    443:3
**mentioned** 375:8,9
    375:10 431:1
    439:17 442:22
    450:6 456:3
**mentions** 453:2
**messaging** 444:17
**method** 419:9
    420:6
**methodologically**
    355:17
**methods** 410:7
    459:17
**middle** 415:17
    443:3 453:4
**miles** 347:4
**miles.f.ryan.iii**
    347:13
**million** 408:17,18
    409:6 411:20
    412:5,12,14,20,21
    414:11,16 415:1
    415:19 416:5
    417:1,11,14 418:1
    418:5,12 427:1,2
    429:17
**millions** 416:11
**mind** 439:14
**mine** 363:11
**minor** 396:15
**misreported**
    392:19
**misstated** 351:1
**mistaken** 394:9
**mitigate** 453:7
**model** 409:12
    418:19 419:3
**modeled** 421:15
    421:17

**moderator** 450:7
**moderators** 455:4
**modified** 457:22
**moment** 410:14
    416:9 431:20
**money** 380:20
    381:11 427:5
    431:22
**month** 445:18
**morning** 350:3,4
    436:9
**motivation** 428:3
**motivators** 437:12
    437:18,21
**mule** 400:3,4,5,14
    401:22
**multigenerational**
    458:18 459:22
    460:18 461:14,18
    462:9

**n**

**n** 341:1 348:1,1
    349:1 378:1
**n.w.** 340:16,21
    342:8
**name** 354:22
    444:21
**nation** 407:4
**national** 456:11,13
    456:19
**native** 443:2
    458:16
**nearing** 463:2
**necessarily** 351:2
    352:21 444:5
**necessary** 466:5
**need** 436:15
    455:14
**needs** 463:7
**negative** 446:20
    448:19

**negatively** 442:7
**neighbors** 379:15
    387:5,8 411:12
    425:9
**neither** 465:9
**net** 359:4,8 382:1
    382:7 403:9
    404:21 406:20
    407:1,4,5 456:11
    460:11 463:11,13
**never** 422:19
    428:22
**new** 340:2,4 341:3
    341:9,9 342:3,13
    342:18,18 349:8
    350:1 436:7,10,11
    466:1 467:1 468:1
**nhat** 347:15
    349:12
**nhpi** 442:10 459:4
**niyati** 343:12
**non** 358:8,16
    359:16 360:2,8,11
    360:13,17,19
    361:1,2,3,4,19,21
    362:9,16 363:3,18
    364:6,13,22 365:5
    365:8,14,22
    366:12,15,20
    367:4,4,9,14 368:1
    368:2,6,6,7,12,12
    368:17,17,20
    369:2,9,15,18
    370:1,3,6 372:4,16
    372:22 374:21
    376:2,21 377:22
    381:4 383:12,15
    383:17,21 384:2,4
    384:10,18,22
    385:14,16 386:3,5
    386:7,10 387:3

389:15,22 392:2
    395:2 396:3,4
    404:22 405:2,4,7
    406:16,18 431:9
    432:10 451:19
    459:9,10
**north** 443:4
**northern** 428:8
**northwest** 341:16
    343:6,15 344:8
    346:17
**notably** 442:8
**notary** 340:19
    349:20 465:1,17
**note** 388:12
**noted** 349:15
    447:2 453:19
    466:12 468:10
**notion** 396:6
    420:20 423:10
**november** 426:15
**nrfu** 378:1,3,9
    379:14 380:8
    385:9,14 386:5
    390:17,18 396:12
    397:7,14,18
    400:19 401:1,18
    425:8 430:16
    431:1,2,5,11
    432:13 438:18
    451:5,11,17
**nshah** 343:19
**number** 351:13
    359:14 361:6
    362:2 363:9
    366:18 372:11,21
    373:10,17 374:3,7
    375:6 378:6 379:9
    380:17 383:7
    386:17 388:2
    390:4 392:7 396:8

399:5 402:17,22
404:5 425:22
441:17 442:5,6
458:21 459:6
**numbers** 349:2
372:9 415:1 424:7
436:2 457:3 461:5
**numident** 360:18
368:2 388:14

**o**

**o** 348:1 349:1
**oath** 350:10
**objection** 371:1
375:2 377:12
379:5 389:9
391:18 392:3
394:3 411:14
420:15 422:21
423:15 430:11,20
433:9 434:2
438:20 439:13
450:19 451:13
455:16 456:8,18
457:4 458:9
460:10,22 461:22
462:18
**obligation** 433:6
**observation**
362:15
**obtain** 380:22
381:17 382:14
408:5
**obtaining** 407:11
**occupants** 451:20
**occupied** 431:8
451:18,20
**occurred** 423:18
423:22
**occurs** 459:15
**october** 340:13
349:5 437:5

**offer** 422:9
**office** 344:17
345:7 347:5,7
436:10 446:17
**officer** 465:2
**official** 399:8
459:3
**officials** 422:4
**oh** 360:4 406:13
411:2
**okay** 350:18 351:3
351:5,21 357:2
363:13,16 364:9
364:21 370:14
372:13,20 373:9
373:16 374:6,10
374:17 376:13,18
377:6 378:2,19
379:21 380:10
383:11,12 384:14
385:12,21 386:2
387:17 388:21
393:5 394:14,21
398:4,19 399:18
400:10,13 402:7
402:11 403:13,16
403:17 404:3,14
407:9 408:14
411:4,17 413:10
416:10 418:3
421:5,17 422:3
438:7 440:18
441:3,12,22 442:4
445:8,12,19
446:13 448:18
449:2,5,14,17,21
454:9,16 456:2
463:6
**omission** 383:1
406:15 459:19
460:7

**omissions** 359:5
402:4,6,10,10,11
402:12 403:4,13
404:2,14,17
406:10 460:4,8,12
462:21 463:11,14
463:17
**omits** 396:18
**omitted** 396:21
403:22 405:2,14
406:2 459:18
**once** 380:20
381:15 446:7
**ones** 459:16
**online** 361:13
**operational**
431:15
**operations** 378:9
431:14 432:8
446:4
**operator** 349:12
**opine** 422:4
**opinion** 370:14
379:20 422:10,12
422:13,16,20
**opportunity**
429:16,17,18
**opposed** 421:2
**optimistic** 411:15
411:17 412:4
415:18
**optimizer** 431:16
**option** 427:2,2,6
**orange** 385:4,5
**order** 444:2
455:14
**ordinary** 351:17
399:14
**origin** 402:2
**original** 466:15

**outcome** 465:12
**outcomes** 454:22
**outlined** 396:15
**outreach** 441:19
**outweighs** 450:15
**overall** 391:21
406:20 407:3
**overcoming**
444:18
**overcount** 404:11
**overcounted** 404:9
405:8

**p**

**p** 341:1,1 349:1
**p.o.** 345:9
**pacific** 443:3
458:17
**page** 341:22
342:22 343:22
344:22 345:22
346:22 348:2,6
351:12 358:2
359:13 360:16
361:6 362:2 363:9
364:10 366:18
367:20,20 373:17
375:5 378:5 379:8
379:9,10 380:16
383:7,10 386:16
386:18 388:1,11
392:6,8,21 401:22
407:22 410:3
424:21 425:2
440:21 441:20
449:14 454:16
458:15 467:5
**pages** 380:16
468:6
**paid** 448:12
**panel** 359:15
360:3,5,15 366:19

367:21 374:9
408:8,10,13 410:4
410:14 411:3,7
**paper** 351:9,21
352:1,6,12,20
353:2,8,20,22
354:7,8 355:5,8,15
355:16,18,21
356:20 357:1,6,13
357:17,18,21
358:2,4 359:14
364:10 366:17
373:17 378:5
380:11,13 383:6
386:16 388:1,22
392:6 393:6
400:11 407:10,12
424:8,21
**paragraph** 362:3
375:7 376:12
378:7,18 379:10
386:18,20 388:11
392:8 424:21
425:3 453:3,4
454:20
**part** 353:15
354:21 377:22
390:13,15,20,22
399:10 425:11,12
438:13,14,18
439:10 447:9
455:11 459:18
461:9
**participants** 442:5
442:7 450:6,8,9,14
454:21 455:8
458:19 459:5
**participate** 446:15
451:4,7 452:3,9,17
452:18,20 453:12
453:14 455:3

**participating**
452:13
**participation**
450:2,17 452:7
**particular** 361:15
369:15 378:17
390:15 406:21
439:18 448:6,21
455:7 456:16
460:6
**parties** 465:11
**partners** 452:2
453:11 462:4,10
462:14
**partnership**
438:11,12,22
440:15 444:14
447:14,16,19
448:2,16 454:7
**parts** 390:11
**passed** 428:18
**passes** 397:1
**patience** 463:22
**peer** 353:8,10,17
**people** 354:10,11
354:13,16 361:12
377:9,16 380:12
386:8,12 387:7,12
390:10 391:10
393:10 402:13
403:1 405:7,12
406:16,18 408:4
408:18,18 409:7
410:6,18 411:20
412:5,12,14,18,21
413:19 414:5,6,11
414:17 415:2,10
415:19 416:5,11
417:1,11,14,18
418:5,12,17 419:1
419:4,18 420:3,12

420:22 421:10,18
422:6 427:14
442:21 443:7,22
444:8 447:15,20
451:3 455:12
458:21 459:1,6
462:9
**people's** 411:22
**percent** 363:18
364:1 378:11,11
379:2 388:3
403:22 404:4,7,10
405:1,8,14,19
406:1,6 408:22
409:13 413:4
415:6
**percentage** 368:8
368:14 370:4
372:3,7,14,20
373:10,19 374:4
374:11,12 376:5
376:14 388:6
402:13 406:10,11
**percentages**
385:13,15 386:4,6
386:9
**perform** 430:8
**performed** 430:15
**performing**
390:13
**period** 367:13
368:11
**persisted** 456:5
**persistent** 456:15
**person** 359:6
370:7,21 373:1
377:18 379:3
381:22 382:6,9
389:6 396:19
398:1 400:2 401:2
401:19 403:3

407:18 411:22
460:13 463:18
**person's** 396:20
**personal** 445:9
**personally** 388:15
389:4 424:11
450:9
**persons** 366:15
370:8 387:1
391:10,17 399:21
402:17
**perspective**
432:18,22 433:19
433:20
**pham** 347:15
349:12
**phase** 454:8
**phrase** 378:13
**picking** 351:5
**pii** 388:16
**pilot** 392:12
**pine** 345:18
**place** 450:3
**places** 379:19
437:20
**plaintiffs** 340:5
343:3,11
**plan** 418:18 419:2
438:17,18 454:2
**planned** 431:12
**please** 349:16
359:2 366:4 382:2
437:17 449:8,9
459:20 466:4,9
**plus** 463:15
**point** 364:19 372:3
372:7,15,20
373:10,19 374:4
374:11,12 404:12
428:12

**points** 368:8,14
370:4 376:5,15
**population** 352:3
358:9,21,22
372:12 373:5
400:16 402:22
404:1,9 409:1,13
413:5 415:7
417:13 450:21
451:1 456:22
457:2,6,9
**populations**
372:10 456:4
**porter** 340:15
342:7
**positions** 353:14
**possible** 350:21
353:3 355:22
356:10 357:7
380:21 381:17
**possibly** 463:5
**potential** 458:6,19
459:4
**potentially** 358:7
358:16 431:8
459:9
**powerpoint** 441:8
442:2 443:6 445:2
445:5
**practice** 416:16
458:22
**precisions** 426:10
**precursor** 393:7
**prefer** 402:5
**preference** 421:2
**preliminary** 355:4
444:21
**premarked** 363:6
**premise** 386:13
**prepared** 365:15
400:3 432:12

433:11 434:4
449:18 451:6,7
**preparing** 355:11
**present** 347:15
349:14 408:2
416:4 459:3
461:19
**presentation**
441:13 445:21
446:10,12,13
447:22
**presented** 445:2,5
445:10,13 446:17
447:10
**presenting** 445:20
**presumed** 435:7
**presumption**
461:16
**previous** 379:8
394:11,16
**primarily** 389:1
428:9
**primary** 356:4,8
438:9
**prime** 438:16
**print** 465:7
**printed** 426:20
**probability** 438:1
443:16,18
**probably** 398:18
411:8 417:7
**problem** 416:10
416:12 425:15
461:19
**problematic** 451:1
**process** 353:7
390:11,17,20,22
424:6 444:11
451:19
**processed** 449:20

**produce** 390:18
407:7 409:13
**produced** 352:20
399:14 454:12
**produces** 374:11
**producing** 373:18
**product** 352:21
**proficiency**
362:12,19
**program** 438:11
438:22
**progress** 446:1
**prominence** 376:8
377:2
**prominent** 375:15
**promise** 453:8
**proportion** 413:8
**proposal** 426:7,14
426:22 427:8,13
427:20 428:1
429:5 432:17
**proposed** 348:11
426:5,11 428:5
**propounded** 468:8
**protection** 342:16
**protections** 457:21
**protocol** 442:13
460:6
**provide** 386:11
394:17 395:4,13
396:9,13 414:12
460:20 461:3
462:16
**provided** 440:13
**provides** 356:13
**proxies** 411:10
414:7
**proxy** 378:12
379:15 382:13,18
382:22 386:11
398:7 401:6 403:3

410:18,19 411:13
413:20 414:7
425:9 461:9,10
**public** 349:20
399:10 465:1,17
**published** 399:8
**puerto** 428:7
**purpose** 400:14,17
**purposes** 351:18
362:13 399:15
416:7 431:13
**put** 385:3

**q**

**qualitative** 380:6
425:14,16,21
439:9,11 440:4
444:16 458:11
**quality** 351:10
352:7 357:8 358:9
358:21,22 359:7,9
382:19 388:15
389:5 414:7 418:9
432:11,14
**quantification**
432:9
**quantify** 432:7
**quantitative**
397:16 425:21
430:7,15 440:1,8
443:15 458:11
**question** 348:12
350:17 351:2
352:15 353:4
356:2,11,15,18
358:5,14,20 359:1
360:12 361:2,15
361:18,20 362:11
362:18,20,22
363:2,17,21 364:4
364:12,17 365:4
365:12 366:2,3,13

367:10,14 368:7
368:13,18 370:1,2
370:18 371:16,21
374:20 375:12,15
376:1,7,10,11,22
377:1,10 378:16
378:21 379:2,12
381:6,10,17 385:1
385:19 387:3,8
393:8 394:22
395:7,12,14,16,19
396:1,5,6 409:17
412:8,16 413:1,6
413:14,22 415:14
417:15 418:9
421:1,3,13,22
424:16,19,20
425:6 426:6,8
428:4,5 429:10,13
429:13 430:8,18
432:2,6 433:1,7,12
433:18,22 434:5
434:11,16,21
435:6,13,15,17,19
436:21 441:22
442:8 446:21
447:4 448:7,20
450:1,5,7,11,12,17
450:22 452:1,19
453:13 458:13
459:20 462:7,17
463:5,22
**questioning** 463:3
464:1
**questionnaire**
361:13 375:13,14
375:16 376:9,22
377:10,17 379:1
381:5 387:19
397:20 398:11,20
400:21 430:9,19

432:3 433:8
**questions** 350:16
350:22 355:18
359:17 361:8
362:6,7 366:21
369:5,11,16 393:1
397:20,21 398:5
403:20,21 407:10
435:11 439:15
440:9 447:17
468:8
**quite** 373:5 462:4

**r**

**r** 341:1 345:4
349:1 378:1
446:18 467:3,3
**race** 361:9 362:8
363:8 402:2
**racial** 359:19,21
360:19 366:22
388:7 404:15,19
406:9,22
**raised** 451:21
**ran** 440:13
**ranges** 427:1
**rate** 360:11 361:1
361:11,11,19
363:17,18,22
364:4,13,17 365:4
365:9 366:1
368:17,20 370:17
370:20 371:15
383:22 384:10
389:15,21 406:15
406:17
**rates** 352:16 353:4
356:2,11,18 358:7
358:15 360:17
361:8,17 362:7,8
362:16 363:8
364:10,11,22

365:1,11,21
366:10 368:1
369:3,3,9,10 370:1
370:3 371:21
374:13,14,20
376:2,21 377:3
384:19,20 385:15
396:4 413:12
430:10 443:12
**ratio** 362:8 364:7
**rationale** 370:16
371:14
**rct** 426:9,11,14,18
427:20 428:1,4
429:5,9,12,21
430:6,14 432:16
**rcts** 426:7
**reach** 456:4
**reached** 463:1
**read** 358:10 366:3
366:5 375:19
376:12 388:19
393:3 395:7,9
411:7 453:3
455:22 466:4
468:5
**reading** 378:18
**reads** 358:4 362:6
363:7 375:9 378:8
379:11 380:18
388:12
**reason** 350:12
417:14 420:2
429:6 438:9
455:11 466:6
467:7,9,11,13,15
467:17,19
**reasonable** 431:21
451:10 452:11
461:16

**reasons** 376:18
388:22 393:21
394:14 432:16
444:5
**recall** 392:21
410:22
**receipt** 466:16
**receive** 378:11
435:4
**received** 434:9,14
434:19
**recess** 423:4 436:1
**recommend**
409:19 410:1
**recommendation**
433:2
**record** 349:5,15
366:5 372:19
385:2 388:3,8
389:2,14 390:13
390:16 391:1
395:9 407:19
412:6,9,15 414:14
414:18 416:18
417:2,5,10,12
419:7,14 421:11
423:1,2,5,21
431:18 435:20,21
436:4 440:20
464:2
**recorded** 371:6
**records** 352:10
357:10 373:1,2,4,6
373:12 387:14,21
389:6,8,21 390:2,3
390:5,7,8,10,12,14
390:21 391:6,9,16
392:1 398:14
401:10,14 407:14
408:6,20 409:7,18
413:15,21 414:5

415:3,8,11,13
417:20 418:7,14
418:18 419:2,19
420:12 421:19
422:7 431:7,13
461:11
**recruited** 442:21
443:1 444:2
**recruiting** 443:21
**recruitment**
442:18 443:16
**redesigns** 437:6
**reduce** 371:21
**reduced** 465:7
**reducing** 376:1
377:3
**reduction** 372:3,8
375:10,17 413:12
**refer** 351:20
**reference** 362:13
372:10,12 374:1
387:1
**referenced** 390:2
**referring** 360:3
385:22 394:4
**refers** 378:14
381:3 402:12,16
**reflect** 385:2
454:10
**reflected** 380:13
**refuse** 379:13
425:7
**regard** 456:22
**regarding** 356:1
357:8 410:13
**regardless** 435:11
**regards** 359:8,9
**regular** 445:22
446:2 447:4
**reist** 446:17

**reject** 427:20
429:5
**rejected** 427:8,13
428:1 429:6
432:16
**rejecting** 419:9
**rejection** 421:7
**related** 362:5,6
465:10
**relation** 457:5
**relative** 363:3
370:4,7 372:5
**relatively** 376:8
**relatives** 387:3
**reliable** 374:21
**reliance** 407:14
462:3
**relied** 355:10
**relies** 355:4 390:9
**relieving** 433:5
**reluctant** 444:9,12
448:10
**rely** 385:18 409:18
416:18 417:11
457:2
**relying** 417:4
461:9
**remain** 350:9
**remember** 385:12
407:13 423:19
**remind** 350:15
**remotely** 349:14
**remove** 435:13
**removed** 458:4
**repeat** 382:2
**report** 356:22
375:5 396:16
399:20 410:20
411:11 440:22
446:1 449:11

**reported** 340:18
392:13
**reporter** 340:19
349:11,16 350:17
366:5 371:7 382:2
393:13 395:9
**reporting** 427:16
**reports** 441:3
**represent** 352:22
355:21 357:6
**representative**
455:6
**representatives**
392:11
**representing**
436:11
**represents** 352:13
355:9 356:4,7,9
380:5
**request** 350:21
352:3 354:3
**requested** 366:6
395:10 409:14
**require** 437:6,7
**required** 457:14
**requirement**
353:16
**requires** 420:11
420:21 421:9
422:5 423:11
**research** 352:20
353:14 356:5,5,8
**researchers** 393:8
**residence** 459:7
**residents** 450:10
**resource** 430:2
435:11 457:10
**resources** 432:13
435:7,9 436:18
437:2,4 455:1

**respect** 443:12
448:19
**respond** 354:3
365:3 377:9,17
379:1,3,12 382:10
387:12,18 395:5
395:21 396:8
400:20 401:3,7,11
401:20 410:18
425:5 444:8,9,13
452:21 458:7,8,13
**responded** 438:3
442:7
**respondent** 388:17
389:2,7 458:3
**respondents**
360:18 379:15
388:6 389:13,20
392:14,17,19
410:18 425:9
455:19 457:12
**responding** 361:12
393:10 447:13
**responds** 396:17
**response** 352:2,16
353:4 356:2,11,18
358:6,15 359:16
360:11,17 361:1
364:22 365:8,11
365:21 366:10,20
367:4,9,14 368:1,7
368:12,17 369:2,9
370:1,3,17,20
371:15,21 373:11
374:13,14,20,21
375:11,17 376:1
376:21 377:3,22
381:4,10 382:11
382:13,14 383:1,2
383:12,22 384:4
384:10,18,20

386:3 388:17
389:5 394:1,18
395:4 396:3,4,9,13
397:1,3,5,8,15,18
398:5,7 411:13,21
412:7,13,14
413:12 414:12,17
415:20 416:17,18
416:22 417:2,10
417:13,21 419:8
419:10,13,15,16
419:20,22 420:4
421:15 430:10,17
431:9 432:10,11
439:2 443:12
446:20,21 447:1,7
448:7,19 452:22
453:15,16 459:9
459:10,11
**responses** 378:12
382:20 386:11
392:22 403:3,4
410:20 414:8
418:8 421:16,17
421:21 439:6,6
440:4 442:16,19
443:18 444:4
**responsive** 447:16
447:18,21
**rest** 397:10
**result** 366:1,12
370:18 371:16
381:4 382:11
383:1
**resulting** 358:8
375:16 379:14
425:8 430:17
**results** 382:19
**return** 466:14
**returns** 387:14,15
387:17

**reviewed** 353:8,10
353:17 437:16
**revised** 408:9,10
408:15 410:11,16
442:1
**revision** 372:6
**rico** 428:7
**right** 353:9 354:19
355:6 363:6,10
364:8 367:17
372:8,17 373:14
374:7,8 375:19
377:3,11 385:4,17
387:14 388:19
393:3 394:12
397:17 398:8
402:3 403:7 404:3
404:5 409:1 410:9
411:6,18 413:9
414:14 415:8
417:21 429:15
448:22
**rights** 344:6
**ring** 385:9
**road** 347:10
**ron** 354:2
**room** 428:21
447:6 448:5
**rosy** 411:9
**roughly** 445:15,17
**route** 431:16
**row** 405:5 406:3
**rpr** 340:18
**rubicam** 438:16
**ruling** 433:21
**run** 444:16
**runs** 438:22
**ryan** 347:4

## s

**s** 341:1 348:1
349:1 446:18
**sacramento**
345:10
**sample** 438:2
**samples** 443:16,19
**san** 344:3,20 346:9
**sarah** 341:13
**saved** 444:20
**saying** 397:13
**says** 363:11 411:1
440:21 449:22
450:2 454:20
**sbrannon** 341:19
**scenario** 408:11
408:14,15 409:5
409:10 411:18,19
412:5 414:11,21
415:18 416:3
**scenarios** 408:3,10
**scholer** 340:15
342:7
**school** 345:14
**schools** 457:1
**scientific** 353:12
353:18
**scientifically**
419:9
**score** 444:1
**screen** 361:14
362:18
**screens** 362:11
**second** 374:9
379:10 386:19,20
388:12 404:3
442:6 463:1
**secretary** 423:19
424:4,15 427:10
433:13 434:6
444:22 445:3,6,10

445:21 446:1,3,6,7
446:19,19 447:12
448:8,9,11
**secretary's** 424:4
446:9 448:11
**section** 344:18
**see** 351:7 354:22
372:13 397:7
441:16 442:18
444:17 449:12
**seeking** 440:9
**seen** 396:2 437:15
441:1
**selected** 380:11
**self** 352:16 353:4
356:2,11,18 358:6
358:15 365:11,21
366:10 370:1,3,20
371:15,21 373:7
374:20 375:11,17
377:3,17 379:12
381:10 382:10,20
383:2 384:18,20
387:12,18 397:18
400:20 401:3,7,11
401:20 403:3
413:12 414:8
417:21 421:21
425:5 430:17
439:2,6 443:12
452:21,22 453:15
453:16 458:7,13
459:10
**send** 382:9 396:19
398:1
**sending** 377:18
401:2
**senior** 429:7
**sense** 432:17,22
436:15 443:19

**sensitive** 362:20 362:22 363:2 369:4,11
**sensitivity** 369:16
**sentence** 358:3 362:5 378:7,13 379:10,18,22 380:4,5,9,10 381:21 382:5 386:19,21 388:12 424:21 425:14,19 449:22 454:17,19
**sentences** 376:11
**separate** 393:19 428:8
**september** 434:15
**series** 348:10 399:10 400:17 438:4
**services** 455:1
**set** 373:20 397:6 397:12 442:19
**sets** 426:6
**sex** 367:14
**shah** 343:12
**share** 457:9
**sharing** 458:20
**sharper** 384:19
**sharply** 385:5
**shed** 429:12
**sheet** 466:7,10,12 466:15 468:11
**short** 357:4 375:13 375:16 423:4 436:1
**shorter** 376:8
**show** 374:6,8 385:18 388:5 399:3 456:14
**showed** 365:16

**shown** 386:21 387:1
**shows** 359:15 360:16 366:20
**sic** 367:6 463:15
**side** 411:18 412:3
**sides** 460:14 462:21 463:11
**sign** 466:9
**signature** 465:14 468:14
**significance** 362:15 443:10
**significant** 404:12 405:11,21 406:7 438:18
**significantly** 450:18
**signing** 466:11
**silver** 347:10
**similar** 385:8 442:13
**simply** 370:19 380:19 381:11 435:13
**single** 453:6
**sir** 350:19 351:4,8 351:15 353:21 354:18 355:2
**six** 426:12
**slide** 441:16,16 449:1
**socially** 393:1
**solid** 388:4
**solutions** 340:20
**sorry** 357:17 363:12 371:2 374:14 384:15 393:17 398:13 403:8,19,20 411:2 414:22 418:21

**423:19 445:16 449:6 462:6
**sound** 409:1
**sounds** 413:9
**sources** 351:11 352:9 357:9 461:10
**southern** 340:2
**space** 466:7
**spanish** 442:8 443:2 449:12 450:2
**speaking** 389:19 397:19 410:19 453:18
**special** 424:2
**specific** 357:14 394:5 421:3,14 429:9
**specifically** 357:3 421:7
**spence** 344:5
**spend** 432:1
**spending** 380:19 381:11 431:22
**spent** 430:4 449:1
**ssa** 388:14 390:3
**ssn** 388:18
**staff** 424:5 429:19 430:1,3 432:1 454:4,4
**start** 384:15 393:17 398:13,14 398:22 404:22 440:7
**starting** 378:7
**starts** 362:5 386:19,21 392:8 440:20 449:8
**state** 340:4 342:13 344:14 345:3

**436:7,11 466:6
**statement** 387:7 425:11
**states** 340:1,7,12 349:9 399:22 400:16 404:10 407:5 428:6 442:4 453:4
**stating** 379:20 393:6 433:21
**statistical** 400:6 458:1
**statistically** 404:11 405:10,21 406:7
**statistician** 400:8
**status** 366:16 370:7,9 372:5 373:2 376:3 388:9 389:3 391:11,17 392:20 409:12 410:7,20 411:11 411:22 416:6,11 418:20 419:3,21 420:11,22 421:10 422:6 423:12
**stay** 365:18
**stayed** 364:13
**stenographic** 349:15
**stenographically** 465:7
**stephen** 346:14
**stephen.ehrlich** 346:20
**stimulating** 442:14
**stop** 361:13 376:16
**stratification** 385:8

street  340:21
341:7,16 342:17
343:6,15 344:8
345:8 346:7
strong  425:19
450:16
stuck  419:14
studies  399:12
400:6,18 437:21
study  393:6,9,19
394:5 457:12
style  378:4
sub  415:17
subgroups  359:19
359:21 360:20
367:1 388:7
406:22
subject  399:18
466:11
submit  397:18
subpopulation
362:21 363:1
461:20
subpopulations
380:7 461:17
subsequent  428:2
subsequently
434:6
subset  354:4 419:1
substance  468:10
succeeded  354:15
success  385:14
451:17
successful  386:5
390:19 392:1
443:21 444:17
451:12
sufficiency  397:2
397:4
suggest  407:7

suggesting  458:12
suggestions  453:5
suggests  358:5,13
358:19 365:20
425:14,18 432:9
suite  340:21
343:16 344:9,19
345:18 346:8
suitland  347:11
summaries  453:19
455:20
summarize  400:17
406:8 458:10
summarized  441:7
summary  380:5
399:20 427:16
440:22 441:3
449:6,7,11,15
458:15
supplemental
392:12
supplies  378:10
support  370:16
371:14 424:8
supposed  403:20
sure  352:19
385:20 401:16
421:12 423:20
429:2 439:17
459:21
survey  359:18
361:14 369:5,16
389:4,7,20 392:12
393:7,10 402:18
415:20 416:16,18
416:22 417:2,10
417:13,21 418:7
419:8,10,13,15,16
419:19,21 420:4
421:16 422:1
429:20 437:12,22

438:1,6,14 439:10
439:19,22 440:12
440:16 441:14
443:15 444:5,9
surveys  352:9
357:9 437:18
survive  391:1
suspected  392:18
swayed  451:5
swear  349:16
sworn  349:19
465:5
swot  354:1
system  402:17
403:10,14 431:15

**t**

t  348:1,1 446:18
467:3
table  361:7,7
362:12 373:20,22
374:2,5,8 383:4
402:1,3
take  411:17
429:14 440:18
442:15
taken  349:7 423:4
426:12 436:1
465:3,6
talk  355:13 409:16
talked  365:1 385:8
386:2 390:6
talking  360:6
417:22 439:8,18
target  442:18
targets  443:16
tax  387:14,15,17
388:14 390:3,4,21
391:1
team  354:1 446:11
447:13 449:18
454:3

technical  353:16
424:8
telephone  345:5
345:16 346:5
tell  350:10,12
371:4,11
ten  361:21
term  381:2 402:5
terms  376:1 377:2
408:11 413:6
430:9
test  348:11 357:4
426:5 428:13
tested  428:11,11
428:13 431:16
testified  349:20
369:20 423:8,16
425:10 427:11
432:15
testimony  386:13
428:3 465:4,6
tests  444:16,16
th  373:5
thank  359:11
371:8,9 400:5
411:6 441:15
444:19 463:9,22
thanks  409:4
themes  449:16
458:16
thing  403:15
things  352:7,13
457:1
think  354:15
356:13 385:1,17
396:1 403:18
420:2 428:17
429:15 441:10
443:13 447:3
456:9 463:1,6

**third**  362:4 375:7
   424:22 449:21
**thirty**  466:16
**thomas**  400:3
**thought**  383:11
   447:18
**three**  368:19
   406:12,13 427:14
   427:19
**tilak**  343:4
**time**  340:14
   350:20 351:5
   378:11 385:7
   391:14 411:7
   423:18,21 428:17
   430:1,3 432:1
   440:13,17 449:1
   453:11 456:6
   462:15 463:2
**times**  361:21
   364:5 368:20
   381:1,19
**title**  426:5 441:17
   457:22 458:4
**titled**  351:9 388:3
   402:1 449:10
**titles**  411:7
**today**  350:10,13
   353:1 464:1
**top**  449:10
**total**  400:16
   402:22 404:9
   412:20 414:16
   415:1 457:9
**tract**  385:8
**tracts**  383:14,15
   383:20,22 384:16
   384:21 385:13,15
   386:4,6,9
**traditional**  416:15

**transcript**  348:16
   466:17,18
**transcription**
   465:8 468:7
**transcripts**  442:15
   449:20
**tries**  390:9
**trouble**  443:18
**trusted**  452:1
   453:6,7,10 462:4
   462:10,14
**truth**  350:10,13
**try**  350:21 373:9
   376:13 387:13,19
   398:7 403:7
   443:21 444:14
**trying**  374:18
   382:14 391:3
   436:14 443:14
   455:12
**turn**  358:2 359:13
   379:8 380:16
   401:22 437:9
   441:15
**turning**  449:5
**twice**  360:12 361:3
**two**  359:3 372:9
   380:16 388:15,22
   389:6 390:11
   403:5 408:2,2,10
   412:18 415:1
   426:7,9,22 463:5
**type**  397:11
**types**  460:8 462:8

**u**

**u**  378:1
**u.s.**  346:15 347:8,9
   428:7 442:9
   449:12 450:3
**unable**  389:1

**unclear**  351:1
**undefined**  376:3
**undercount**  359:4
   359:8 382:1,7
   394:10,15 403:9
   404:4,7,18,20,21
   406:11,17,20
   407:4 460:11
   463:12,13
**undercounted**
   405:18 406:5
**undercounting**
   393:21
**undercounts**
   406:21 407:2,5
   456:4,11,15 457:1
   460:9
**understand**  350:5
   350:9 372:13
   402:9 452:12
**understanding**
   351:10 394:7,9
   427:12,18,22
   457:13 461:4
**understood**
   454:22 461:7
**undocumented**
   391:4,7,7,15 395:3
**unified**  345:14
**union**  341:5,14
**unit**  365:11 366:10
   383:12 384:4,10
   384:18,20 386:3
   396:3
**united**  340:1,7,12
   349:9 399:21
   400:16 404:10
   428:6
**units**  383:14,16,21
   384:1,17,22

**universe**  388:18
**unknown**  366:16
   370:7 372:4 373:1
**unlinked**  421:16
**unmatchable**
   420:3
**unpack**  459:20
**unrealistic**  411:8
**uphold**  453:8
**upward**  372:6
**usable**  428:14
**usdoj.gov**  346:20
**use**  374:21 379:14
   390:21 391:16
   401:5,13 402:8,8
   407:17 408:14
   409:10 410:5
   416:22 419:16,21
   420:6 425:8 431:6
   431:12
**uses**  391:9 410:11
**usual**  359:3
**utility**  432:3

**v**

**v**  349:9 466:1
   467:1 468:1
**vacant**  431:8
   451:18
**valuable**  353:12
**variations**  427:1
**varies**  397:10
**various**  355:15
   359:19 361:8
   366:21,22 410:7
**varying**  454:21
**vast**  377:13
**veritext**  340:20
   349:13
**version**  353:19
   355:4,10

**versions** 442:1
**versus** 362:9,16
  431:2,12
**videographer**
  347:15 349:4
  423:2,5 435:21
  436:4 464:2
**videotaped** 340:11
**vietnamese** 442:9
  443:2
**view** 355:15
  362:14 377:6
  381:8,14 421:20
  429:11 432:18,21
  444:7
**viewed** 450:22
**views** 352:22
  433:16
**virgin** 428:7
**visibility** 375:14
**visit** 390:18
**voice** 453:7
**voices** 453:6
**volume** 340:9
**voting** 352:3
**vs** 340:6

**w**

**want** 359:14 363:5
  365:17 383:7
  385:18 394:5,8
  399:3 407:9,10
  424:19 426:3
  428:21 460:1
  461:3
**wanted** 436:13
**washington**
  340:17,22 341:17
  342:9 343:7,17
  344:10 346:18
**watched** 449:19

**way** 382:11,12
  387:11,15,17,19
  393:2 396:21
  397:13 402:20
  412:16 424:22
  429:15 442:12
  453:20
**ways** 377:15
**we've** 365:1,9
  373:19 386:2
  396:2 462:14
  463:1
**week** 446:8
**weeks** 426:12
**welcome** 433:4
**white** 351:9,20
  352:1,20 353:8,22
  354:7,8 355:5,8,14
  355:16,18,21
  356:19 357:1,6,13
  357:17,18,20
  358:2 359:13
  361:4 364:10
  366:17 368:6
  373:17 378:5
  380:11,13 383:6
  386:16 388:1,21
  392:6 393:5
  400:11 405:4,7
  406:16,18 407:9
  407:12 424:20
**whites** 360:13
  361:19,22 362:9
  362:17 363:3,18
  364:6,13 365:5,14
  365:22 366:12
  367:4 368:21
  369:10,18 389:15
  389:22 404:22
  405:2

**willing** 458:10
**wise** 345:4
**witness** 349:16,19
  366:3,7 371:2,5,8
  375:3 377:13
  379:6 382:4
  389:10 391:19
  392:4 393:14
  394:4 395:7,11
  411:15 420:16
  422:22 423:16
  430:12,21 433:10
  434:3 438:21
  439:14 450:20
  451:14 455:17
  456:9,19 457:5
  458:10 460:11
  462:1,19 465:4,6
  466:3
**woliver** 345:17
**work** 353:14,16
  358:8 380:20
  381:12
**working** 454:5
**workload** 397:7
**works** 463:7
**worried** 459:5
**worse** 408:11,13
  408:14,15
**written** 380:10
**wrong** 374:5
  422:20 441:10

**x**

**x** 340:3,10

**y**

**y&r** 446:11,13
  454:3
**yeah** 411:2 418:2
  463:4

**year** 359:18
  362:10,17 383:19
**years** 369:6,12
**yeomans** 345:15
**yeses** 435:7
**york** 340:2,4
  341:3,9,9 342:3,13
  342:18,18 349:8
  350:1 436:7,10,11
  466:1 467:1 468:1
**young** 438:16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.