UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF COMMERCE, et al.,<br><br>Defendants. | 18-CV-2921 (JMF) |

**NOTICE OF FILING OF TRIAL AFFIDAVITS**

Plaintiffs hereby file with the Court the following trial affidavits:

1. Oct. 25, 2018 Affidavit of Susan Brower (Ex. 1).

2. Nov. 3, 2018 Supplemental Affidavit of Susan Brower (Ex. 2)

3. Oct. 26, 2018 Affidavit of George Escobar (Ex. 3)

4. Nov. 3, 2018 Supplemental Affidavit of George Escobar (Ex. 4)

5. Oct. 25, 2018 Affidavit of Marchelle Franklin (Ex. 5)

6. Nov. 3, 2018 Supplemental Affidavit of Marchelle Franklin (Ex. 6)

7. Oct. 24, 2018 Affidavit of Emily Freedman (Ex. 7)

8. Nov. 3, 2018 Supplemental Affidavit of Emily Freedman (Ex. 8)

9. Oct. 24, 2018 Affidavit of Jesús García (Ex. 9)

10. Nov. 3, 2018 Supplemental Affidavit of Jesús García (Ex. 10)

11. Oct. 26, 2018 Affidavit of Dr. Hermann Habermann (Ex. 11)

12. Oct. 24, 2018 Affidavit of Katherine Harvell Haney (Ex. 12)

13. Nov. 3, 2018 Supplemental Affidavit of Katherine Harvell Haney (Ex. 13)

14. Oct. 23, 2018 Affidavit of Jason Harmon (Ex. 14)

15. Nov. 3, 2018 Supplemental Affidavit of Jason Harmon (Ex. 15)

16. Oct. 26, 2018 Affidavit of Samer Khalaf (Ex. 16)

17. Nov. 2, 2018 Supplemental Affidavit of Samer Khalaf (Ex. 17)

18. Oct. 25, 2018 Affidavit of Christine Pierce (Ex. 18)

19. Oct. 26, 2018 Affidavit of Elizabeth Plum (Ex. 19)

20. Nov. 2, 2018 Supplemental Affidavit of Elizabeth Plum (Ex. 20)

21. Oct. 23, 2018 Affidavit of Arturo Vargas (Ex. 21)

22. Nov. 3, 2018 Supplemental Affidavit of Arturo Vargas (Ex. 22)

Respectfully submitted,

BARBARA D. UNDERWOOD
*Attorney General of the State of New York*

By: */s/ Matthew Colangelo*
Matthew Colangelo, *Executive Deputy Attorney General*
Elena Goldstein, *Senior Trial Counsel*
Sania Khan, *Assistant Attorney General*
Elizabeth Morgan, *Assistant Attorney General*
Laura Wood, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov

Attorneys for the *State of New York* Plaintiffs

AMERICAN CIVIL LIBERTIES UNION
ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Dale Ho*

| | |
|---|---|
| Dale Ho | Andrew Bauer |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 125 Broad St. | 250 West 55th Street |

New York, NY 10004  
(212) 549-2693  
dho@aclu.org  

Sarah Brannon*  
American Civil Liberties Union Foundation  
915 15th Street, NW  
Washington, DC 20005-2313  
202-675-2337  
sbrannon@aclu.org  
*\* Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

Perry M. Grossman  
New York Civil Liberties Union Foundation  
125 Broad St.  
New York, NY 10004  
(212) 607-3300 601  
pgrossman@nyclu.org  

New York, NY 10019-9710  
(212) 836-7669  
Andrew.Bauer@arnoldporter.com  

John A. Freedman  
Arnold & Porter Kaye Scholer LLP  
601 Massachusetts Avenue, N.W.  
Washington, DC 20001-3743  
(202) 942-5000  
John.Freedman@arnoldporter.com  

Attorneys for the *NYIC* Plaintiffs