UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:18-cv-2921 (JMF) <br><br> SUPPLEMENTAL AFFIDAVIT OF JESÚS G. GARCÍA |

Pursuant to 28 U.S.C. § 1746(2), I, Jesús G. García hereby declare as follows:

1. My name is Jesús G. García, and I make this Supplemental Affidavit in connection with *State of New York, et al., v. United States Department of Commerce, et al.*, in order to provide additional support for the testimony set forth in my prior affidavit sworn to on October 24, 2018 (the "First García Aff."). I am over the age of eighteen and have personal knowledge of all the facts stated herein.

2. As stated in ¶ 4 of the First García Aff., a regular part of my duties as a Cook County Commissioner is to monitor constituent concerns regarding matters of the public interest and, in the process, make and maintain records of those constituent concerns. This process includes communicating on a regular basis with community organizations and non-profits which provide services to my constituents or of which my constituents are members, including, but not limited to: the Telpochcalli Community Education Project; the 7th District Health Task Force and its member organizations; the Mexican American Legal Defense and Education Fund; the Latino Policy Forum; the NAACP; and the Chicago Urban League. The information I receive about constituent concerns from such community organizations and non-profits forms part of the

basis on which I make decisions about where and how the Cook County Board of Commissioners needs to allocate funds.

3. The report "Uses of Census Bureau Data in Federal Funds Distribution: A New Design for the 21st Century", which I consulted for information regarding the federal awards granted to Cook County reliant on U.S. Census population data, as set forth in ¶ 17 of the First García Aff.,, is a report issued by the U.S. Department of Commerce, and is publically available at the following link: https://www2.census.gov/programs-surveys/decennial/2020/program-management/working-papers/Uses-of-Census-Bureau-Data-in-Federal-Funds-Distribution.pdf (last visited on November 2, 2018). I relied on the same document in preparing ¶ 19 of the First García Aff., referring to it in that paragraph as "a listing of federal funds".

4. In preparing ¶ 19 of the First García Aff., I also consulted the "Cook County Illinois Report on Federal Awards (In accordance with the Single Audit Act Amendments of 1996, and Uniform Guidance) For the Fiscal Year Ended November 30, 2017," prepared in the regular course of business by Washington, Pittman & McKeever, LLC, Certified Public Accountants And Management Consultants, on behalf of the Cook County Board of Commissioners, a copy of which is attached hereto as Exhibit A. A copy of this report is regularly maintained in the files of my office.

5. In preparing ¶ 25 of the First Garcia Aff., I relied on 2016 U. S. Census American Community Survey Data, publicly available from the Census Bureau at the following link: https://factfinder.census.gov/faces/tableservices/jsf/pages/productview.xhtml?pid=ACS_16_5YR_B99051&prodType=table (last visited on November 2, 2018), in combination with information on Cook County Board of Commissioners district boundaries provided to my office by the Cook County Bureau of Technology GIS Department. Due to my direct involvement in redistricting, I

maintain such information on district boundaries in my office in the regular course of business. I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 3rd day of November, 2018

*[signature]*
Jesús G. García,
Cook County Board Commissioner, 7th District