IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>Plaintiffs,<br><br>NEW YORK IMMIGRATION COALITION, et al.,<br><br>Consolidated Plaintiffs<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>Defendants. | Civil Action No. 1:18-cv-2921-JMF |

**SUPPLEMENTAL DECLARATION OF SAMER E. KHALAF**

I, Samer E. Khalaf, pursuant to the provisions of 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. As explained in my October 26 Declaration, I am the National President of the American-Arab Anti-Discrimination Committee ("ADC") and ADC Research Institute ("ADCRI") and my responsibilities include overseeing all of the work of both organizations, and leading our efforts regarding the 2020 Decennial Census.

2. All of the statements made in my October 26 Declaration and in this Declaration are made based on my personal knowledge, acquired after several years as ADC and ADCRI President. During that time period, I have familiarized myself with ADC's internal records and processes, our membership, including where they live, and the Arab-American community nationwide and in specific areas in which many Arab Americans and ADC members live.

1

3. I have also spent a good deal of time traveling the country and meeting with both our members and other members of the Arab-American community. Through this process, I have familiarized myself with prevailing views in the community concerning a number of issues, including the Trump Administration's treatment of Arab and Muslim Americans and immigration-related policies, and fears in the community about the policies of this Administration. As part of this process, I have gained personal knowledge about the prevailing feeling of fear among Arab Americans concerning the Trump Administration and, specifically, its intent in adding a citizenship question to the decennial census and potential use of the information gleaned from this question.

4. The fears of Arab-American community members concerning the citizenship question and its effect on their willingness to answer the Decennial Census therefore reflect my knowledge as the leader of ADC/ADCRI and a leader in the Arab-American community rather than a restatement of a particular individual's views. Similarly, in expressing my views about the likely effect of the citizenship question on the Arab-American community, I do not intend to offer any specific predications about non-response rate or percentage undercount, but merely my observations based on my knowledge as a community leader and ADC/ADCRI President.

5. Additionally, my observations in Paragraph 35 of the October 26 Declaration about dilution of political power based on an undercount are not meant to express any precise estimate, but rather reflect the common-sense principle that when members of the Arab American and other communities are undercounted relative to other groups—which I believe to be the case based on my observations and personal knowledge as ADC/ADCRI President—they will lose political power they otherwise would have had with a proper count.

6. I also wish to clarify several specific statements and provide more context for certain documents referenced in my October 26 Declaration. First, when discussing areas in which ADC members live, I have personal knowledge that many of those communities have larger-than-average Arab-American populations, such as Dearborn, Michigan and Orange County, California. Additionally, because of my role as ADC/ADCRI President and my interactions with other civil rights organizations as well as from review of publicly available population records from the Census Bureau including the American Community Survey, I am aware that certain cities and states in which ADC has members have larger-than-average populations of immigrants of color, as well as Latinos, including the States, cities, and counties I cited in Paragraph 35 of my October 26 Declaration.

7. As to the specific documents I authenticated in my October 26 Declaration, I wish to provide some additional context. In citing PX-251, 252, and 253, I referred to these exhibits to provide additional detail for statements of which I already have personal knowledge—namely, the states and cities in which certain ADC members and board members live, the locations of our members and chapters, and events our members and chapters have conducted over the past few years.

8. Moreover, ADC employees with knowledge of the information contained in each of these three documents created those documents. As for PX-251 and PX-253, these are books created in the regular course of ADC's business for its 2017 and 2018 National Conventions. For many years, ADC has held an annual National Convention and has made these books for the convention ever year as a regular practice. As for PX-252, this is an ADC brochure created by an ADC employee in 2017 as part of a regular course of ADC's business of creating and updating

3

public information brochures and pamphlets. Updating these brochures is thus a regular practice for ADC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:        November 2, 2018

Washington, DC

Samer E. Khalaf