# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT<br>OF COMMERCE, et al.,<br><br>    Defendants. | 18-CV-2921 (JMF) |
| NEW YORK IMMIGRATION<br>COALITION, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT<br>OF COMMERCE, et al.,<br><br>    Defendants. | |

**NOTICE OF ERRATA & REQUEST TO STRIKE**

    Plaintiffs respectfully request that the Court strike from the docket the following documents filed erroneously: Docket No. 497, including Nos. 497, 497-1, 497-2, 497-3, and 497-4. Plaintiffs inadvertently filed the entirety of the transcripts of the 30(b)(6) depositions of the U.S. Census Bureau, rather than only those portions of the transcripts that the parties have designated. Plaintiffs respectfully request that the Court strike these entries from the docket. In conformity with the Court's instructions, Plaintiffs will promptly file versions of the transcripts containing only those portions that the parties have designated.

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
ARNOLD & PORTER KAYE SCHOLER LLP


By: */s/ Dale Ho*

| | |
|---|---|
| Dale Ho<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>(212) 549-2693<br>dho@aclu.org | Andrew Bauer<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>(212) 836-7669<br>Andrew.Bauer@arnoldporter.com |
| Sarah Brannon*<br>American Civil Liberties Union Foundation<br>915 15th Street, NW<br>Washington, DC 20005-2313<br>202-675-2337<br>sbrannon@aclu.org<br>* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).* | John A. Freedman<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001-3743<br>(202) 942-5000<br>John.Freedman@arnoldporter.com |

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

Attorneys for the *NYIC* Plaintiffs




BARBARA D. UNDERWOOD
*Attorney General of the State of New York*

Matthew Colangelo
  *Executive Deputy Attorney General*
Elena Goldstein, *Senior Trial Counsel*

2

Elizabeth Morgan, *Assistant Attorney General*
Ajay Saini, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov

Attorneys for the *State of New York* Plaintiffs