IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>Plaintiffs,<br><br>NEW YORK IMMIGRATION COALITION, et al.,<br><br>Consolidated Plaintiffs<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>Defendants. | Civil Action No. 1:18-cv-02921-JMF |

## SUPPLEMENTAL DECLARATION OF DANIEL ALTSCHULER

I, Daniel Altschuler, pursuant to the provisions of 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1.  As explained in my October 26, 2018 Declaration, I am the Director of Civic Engagement and Research for Plaintiff Make the Road New York ("MRNY"). In that capacity, I am responsible in part for community organizing, communications, and research for MRNY, including MRNY's education, outreach, and research efforts around the 2020 Census in the communities MRNY serves. I have been on staff at MRNY since September 2011. Throughout my tenure with MRNY, I have been in regular contact with MRNY members and I frequently meet with members in the communities in which they reside where I learn about their neighborhoods, their needs, and their concerns to inform communications, organizing, and civic engagement programs for MRNY.

1

2. All of the statements made in my October 26 Declaration and in this Declaration are made based on my personal knowledge, acquired after more than seven years on staff at MRNY. During that time period, I have familiarized myself with MRNY's internal records and processes; our staff and their responsibilities; our programs and program areas; and our members, and their needs.

3. As Director of Civic Engagement and Research for MRNY, I have spent significant time traveling around the region that MRNY serves, meeting with the immigrant communities that we serve. Through this process, I have familiarized myself with prevailing views in these community concerning a number of issues, including the Trump Administration's treatment of immigrant communities and immigration-related policies, and fears in immigrant communities about the policies of this Administration. As part of this process, I have gained knowledge about the prevailing feeling of fear among immigrant communities in the region that MRNY serves concerning the Trump Administration and, specifically, the decision to add a citizenship question to the 2020 Census and potential use of the information gleaned from this question.

4. My statements concerning the fears of members of the immigrant communities in the region that MRNY serves concerning the citizenship question and its effect on their willingness to participate in the Census therefore reflect my knowledge as a staff member at MRNY and an organizer in these communities, rather than a restatement of any particular individual's views. Similarly, in expressing my views about the likely effect of the citizenship question on these immigrant communities, I do not intend to offer any specific predictions about non-response rate or percentage undercount, but only my observations based on my knowledge

as a community organizer and my work as Director of Civic Engagement and Research for MRNY.

5. I have also been extensively and personally involved in the research, development, and implementation of MRNY's 2020 Census education and outreach programs. In developing MRNY's education and outreach programs for the 2020 Census cycle, I have researched and become familiar with MRNY's education and outreach efforts during the 2010 Census cycle. To develop programs that achieve MRNY's goals of encouraging greater Census participation in the communities we serve, I have researched and gained familiarity with the importance of data gathered from the Census in apportioning political representation and the allocation of some government funding sources. In 2012 and 2013, I helped lead advocacy efforts based in Long Island around redistricting at the state and county level and in the course of those efforts, I gained extensive familiarity with the role of Census data in political apportionment. Because MRNY's purpose is to serve the needs of our members and build power among immigrant and working-class communities, I have researched our members' concerns around the Census and how the communities we serve would be impacted by an undercount toward the end of designing communications and organizing strategies that address those concerns and increase their civic engagement.

6. Regarding statements I made in Paragraph 5 of my October 26 Declaration about the facilities and services that immigrant communities in New York City and Nassau, Suffolk, and Westchester Counties rely on, these statements are based on my work in the research and development of MRNY's civic engagement communications and programming around the 2020 Decennial Census. As a part of my job, I conducted research on the programs that our members

and the communities we serve use where the funding levels are based on Census data in order to improve the efficacy of MRNY's communications and organizing on these issues.

7. Regarding statements I made in Paragraph 8 of my October 26 Declaration regarding MRNY's Census education and outreach efforts during the 2010 Census, these statements are based on my work in the research and development of programs for increasing Census participation among our members and constituents. Preparing MRNY's education and outreach work for the upcoming 2020 Census is a significant part of my job and to prepare for that work, I have researched MRNY's prior Census efforts in 2010 to gain an understanding of what our budget and staffing needs will be the 2020 cycle.

8. Regarding statements I made in Paragraph 11 of my October 26 Declaration that immigrant communities' heightened fear in interacting with government workers has increased even further due to the decision to add the citizenship question, these statements are based on my work as an organizer in immigrant communities and through the research I conduct to inform the development of our civic engagement programming, including our 2020 Census education and outreach programs. In my position, I stay informed of the policies that affect the immigrant communities we serve and, in my role as an organizer for MRNY, I am able to observe the impact of those policies on our constituents. In the course of researching and developing MRNY's civic engagement programming around the Census, including spending extensive time with our members, I have observed the increased fear and distrust of government arising out of the citizenship question.

9. Regarding a separate statement in Paragraph 11 of my October 26 Declaration, I do not intend to make any definitive statements about the actions of the Trump Administration with regard to the citizenship question. Instead, I simply wish to assert—based on my Census

work and my interactions with many members of immigrant communities in New York—that the citizenship question has proven to be a uniquely threatening policy proposal because of how intrusive the question is and how it affects every single immigrant.

10. Regarding statements I made in Paragraph 12 of my October 26 Declaration that MRNY is facing a more challenging environment for our Census outreach efforts in 2020 than the organization faced in 2010, those statements are based the research I have performed in the course of developing our communications and civic engagement programs around the 2020 Census. As one of the leaders of MRNY's Census efforts, I have already begun organizing and coordinating our educational and outreach efforts in our members' communities. To improve on our past efforts and make informed budgetary, hiring, and other decisions, I have informed myself of MRNY's past Census efforts to make sure we are adequately prepared. In the course of my research as well as my extensive organizing activities, I have learned that the climate of fear around the 2020 Census that I have observed during my recent organizing work in immigrant communities is unprecedented.

11. Based in part on what we have learned about this heightened fear surrounding the citizenship question in the communities we serve, MRNY has decided to expend more resources on 2020 Census education and outreach efforts. The statements I made in Paragraphs 13 through 18 of my October 26 Declaration about heightened fear in immigrant communities, these statements are the result of my extensive contact with MRNY members and their families, many of whom are part of mixed-status households, in the course of my role as a community organizer. During meetings with members, I have observed the significant fear that some of our members face due to the Trump Administration's decision to add a citizenship question, including their consistent use of emphatic language and raised tones of voice when discussing these issues. The

fear and confusion I have learned about through conversations like those referenced in Paragraphs 13-18 of my October 26 Declaration and other research regarding the impact of the citizenship question have informed MRNY's decisions to increase our education and outreach efforts around the 2020 Census to our members and the immigrant communities we serve.

12. Regarding a statement about my work at MRNY expressed in Paragraph 22 of my October 26 Declaration, my reference to the additional 50 hours of Census-related work I have done is a direct result of the inclusion of the citizenship question and the more challenging environment it has created in our members' communities. Without the inclusion of the citizenship question, I would have spent these hours devoted to other core areas of my work, in particular voter education, voter registration, and voter mobilization.

13. Regarding statements I made in Paragraph 23 of my October 26 Declaration concerning the negative consequences that our members will face in the event of an undercount, my statements about the effect of any undercount of immigrant communities is based on my participation and supervision of the research and development of MRNY's Census education and outreach programs, as well as my work on redistricting, through which I have gained an understanding of the role of Census data in the apportionment of political representation and the allocation of government funding.

14. Regarding statements I made in Paragraph 24 of my October 26 Declaration concerning the facilities and services that immigrant communities in New York City and Nassau, Suffolk, and Westchester Counties rely on, these statements are based on my research and development of MRNY's civic engagement and communications activities around the 2020 Census. As a part of my research to inform MRNY's Census communications to members and the public, I have investigated the programs on which our members and their communities rely—

6

particularly as I have focused more of my efforts on MRNY's 2020 education and outreach work. As part of my extensive engagement with members and their families as well as my research to inform MRNY's communications and civic engagement programs, including a report I research and wrote regarding overcrowding in public schools serving immigrant communities in New York City, I have gained an understanding that many of our members with children send their children to public schools in districts that receive Title I funding.

15. Regarding statements I made in Paragraph 25 of my October 26 Declaration concerning MRNY member Julissa Bisono, I know that Ms. Bisono is a member of MRNY, a resident of Queens, and has a child attending a public school that receives Title I funding because I know Ms. Bisono and her children personally and have worked extensively and directly with Ms. Bisono, who supervises MRNY's education organizing team, on a report regarding public school overcrowding that specifically addressed the public school district in which I know her children attend public school.

16. Regarding statements I made in Paragraph 26 of my October 26 Declaration concerning MRNY member Diana Zarumeno, I know Ms. Zarumeno and the fact her child attends a Title I school through working extensively and directly with Ms. Zarumeno in her capacity as a parent leader and in the process of working with her on a report regarding public school overcrowding in Queens that featured her and her concerns about her child's public school.

17. Regarding statements I made in Paragraph 27 of my October 26 Declaration concerning MRNY member Maria Hernandez, I have become aware that Ms. Hernandez is a member of MRNY, that she is a resident of Kings County, and that she has a child attending a public school that receives Title I funding through MRNY's parent and education organizing

programs. As part of the organizing function of my role as Director of Civic Engagement and Research, I regularly interact with our parent and education organizing team and the members they work with.

18. Regarding statements I made in Paragraph 28 of my October 26 Declaration concerning MRNY member Lorena Mendez, I have become aware that Ms. Mendez is a member of MRNY, that she is a resident of Kings County, and that she has a child attending a public school that receives Title I funding through MRNY's parent and education organizing programs. As part of the organizing function of my role as Director of Civic Engagement and Research, I regularly interact with our parent and education organizing team and the members they work with.

19. Regarding statements I made in Paragraph 29 of my October 26 Declaration concerning MRNY member Perla Lopez, I have known and worked regularly with Ms. Lopez for years and I know Ms. Lopez is a member of MRNY and a resident of Queens County, New York. I am aware of the demographics of Queens County through research I have conducted in developing MRNY's census education and outreach efforts as well as other civic engagement programming.

20. Regarding statements I made in Paragraph 30 of my October 26 Declaration concerning MRNY member Yatziri Tovar, I have known and worked regularly with Ms. Tovar for years and I know Ms. Tovar is a member of MRNY and a resident of Bronx County, New York. I am aware of the demographics of Bronx County through research I have conducted in developing MRNY's census education and outreach efforts as well as other civic engagement programming.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:     November 2, 2018

New York, NY

_____
Daniel Altschuler

9