UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:18-cv-2921 (JMF) <br><br> **SUPPLEMENTAL AFFIDAVIT OF TODD A. BREITBART** |

Pursuant to 28 U.S.C. § 1746(2), I, Todd A. Breitbart, hereby declare as follows:

1. I make this Supplemental Affidavit in connection with *State of New York, et al., v. United States Department of Commerce, et al.*, in order to provide additional support for the testimony set forth in my prior affidavit sworn to on October 26, 2018 (the "First Breitbart Aff."). I am over the age of eighteen and have personal knowledge of all the facts stated herein.

2. In preparing ¶¶ 10 and 12 of the First Breitbart Aff., I relied on data from the American Community Survey 2012-16 five-year estimates. The data I used can be downloaded from the American Factfinder website maintained by the United States Census Bureau at the following link: https://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml (last visited November 3, 2018).

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 3rd day of November, 2018

_____
Todd A. Breitbart