# Exhibit 1

<u>Summary: Wendy Teramoto (August 24, 2018)</u>

Wendy Teramoto, who served as Secretary Ross's Chief of Staff, testified at length as to her lack of memory regarding Commerce's efforts to add a citizenship question, despite documents reflecting her involvement in the process. Ms. Teramoto testified that she cannot remember when she heard about adding the citizenship question to the census, nor does she remember any specific conversations or meetings where it was discussed, including with Secretary Ross. Tr. 22-23, 26, 122-124.  Ms. Teramoto testified that she does not recall receiving Secretary Ross's May 2, 2017 email asking why nothing had been done about the citizenship question. Tr. 28-32 and Ex. 2.  Despite sending an email in which she wrote that she talked "frequently" with Mark Neuman, that they have dinner together frequently, and that he "is in love with the census and talks about it nonstop" (Ex. 2), she testified that she cannot recall speaking with Mark Neuman about the citizenship question. Tr. 32-34, 38 and Ex. 2. Despite email communications reflecting that Ms. Teramoto set up a phone call between Secretary Ross and Kris Kobach, Ex 3, Ms. Teramoto testified that she did not know who Kris Kobach, did have any recollection of speaking with him, and did not recall such a call. Tr. 40-46 and Ex. 3. Despite emails indicating that she set up a meeting between Ross, Earl Comstock, Peter Davidson, Karen Dunn Kelley and herself to discuss James Uthmeier's memo regarding the citizenship question, she testified that she does not remember participating in the meeting. Tr. 54-59, Ex. 4.  She also testified that she does not remember attending a meeting regarding legal questions relating to the census in late August 2017, despite email correspondence indicating that she participated and in fact suggested the date and time of the meeting. Tr. 60-61, Ex. 5.

Ms. Teramoto testified she does not remember providing Ross with any information concerning the citizenship question, and she testified that she did not know if the citizenship question was important to him. Tr. 63, 65. Despite email correspondence between Teramoto and Comstock about the citizenship question and outreach to DOJ (Ex. 7), she testified that she does not believe she had discussions with him on that subject around the date of the email, September 16, 2017. Tr. 69-71, Ex. 7. Even though she acknowledged sending an email to John Gore asking him to call her, she testified that she does not remember the phone call or discussing the citizenship question with him. Tr. 74-76, 87-90, Exs. 8, 11. Despite an email from Ross indicating that he and Teramoto spoke with Attorney General Jeff Sessions, she testified that does not remember discussions between Ross and the AG Sessions regarding the citizenship question, and does not remember discussions with others about their working together. Tr. 82-83, Ex. 10.