UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATE OF NEW YORK, et al.,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF COMMERCE, et al.,

        Defendants.

18-CV-2921 (JMF)

---

**NOTICE OF FILING OF DEPOSITION DESIGNATIONS FOR DAVID LANGDON**

Plaintiffs hereby file with the Court the synopsis of deposition excerpts for David Langdon (Exhibit 1), and the deposition excerpts for David Langdon that will be offered as substantive evidence (Exhibit 2) (Plaintiffs' designations are indicated in purple, and Defendants' counter-designations are indicated in green).

    Respectfully submitted,

    BARBARA D. UNDERWOOD
    *Attorney General of the State of New York*

    By: */s/ Matthew Colangelo*
    Matthew Colangelo, *Executive Deputy Attorney General*
    Elena Goldstein, *Senior Trial Counsel*
    Office of the New York State Attorney General
    28 Liberty Street
    New York, NY 10005
    Phone: (212) 416-6057
    matthew.colangelo@ag.ny.gov

    Attorneys for the *State of New York* Plaintiffs

    AMERICAN CIVIL LIBERTIES UNION
    ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Dale Ho*

| | |
|---|---|
| Dale Ho<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>(212) 549-2693<br>dho@aclu.org | Andrew Bauer<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>(212) 836-7669<br>Andrew.Bauer@arnoldporter.com |
| Sarah Brannon*<br>American Civil Liberties Union Foundation<br>915 15th Street, NW<br>Washington, DC 20005-2313<br>202-675-2337<br>sbrannon@aclu.org<br>*\* Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).* | John A. Freedman<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001-3743<br>(202) 942-5000<br>John.Freedman@arnoldporter.com |

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

Attorneys for the *NYIC* Plaintiffs