Page 111

1   the stuff from John, I think we -- I forwarded

2   that information to her, so.

3       Q    Can you describe your conversations with

4   Ms. Karen Dunn Kelley?                    401/403

5       A    I'm not sure there was a conversation,

6   so.

7       Q    So how do you know --

8       A    So --

9       Q    -- Ms. Karen Dunn Kelley?

10      A    Again, I don't recall this conversation

11  directly.

12      Q    Do you recall that Ms. Dunn Kelley agreed

13  with the recommendation of Alternative C?

14      A    I don't recall her saying that.

15      Q    Do you know why you put this in --

16      A    I didn't put this in --

17      Q    -- by you -- I'm sorry.  Can I -- let me

18  try again.

19           Do you recall telling John that

20  Karen Dunn Kelley agrees with the recommendation

21  of Alternative C?

22      A    I don't recall telling John this.  This

1   is -- so -- just so you know, this is, you know,

2   January 4th.   There was professional meetings

3   about to happen.   I was probably involved in

4   several different things at the time.   I don't

5   recall this conversation.            401/403

6        Q    Do you remember, separate from the email,

7   what Ms. Dunn Kelley's view was with respect to

8   which alternative was preferable, A, B, C, around

9   the beginning of January 2018?

10       A    So I don't recall a view so much as I

11   think she was supportive of the process that the

12   Census Bureau was following, and that, you know,

13   she was looking for -- to see what -- where that

14   came out.   So I don't -- I don't recall her     802

15   stating a preference on one alternative or the

16   other.

17       Q    Do you recall --

18       A    Perhaps she did.   I'm just saying I don't

19   recall.

20       Q    Do you recall Ms. Dunn Kelley disagreeing

21   with any of the recommendations of the

22   Census Bureau around this time with respect to

1  this question?

2      A    Yeah.  I don't recall her agreeing or

3  disagreeing.                                    401/403/802

4      Q    Now, this email was sent back in early

5  January of 2018.  And you were cc'd on this email,

6  correct?

7      A    Yes.

8      Q    Do you recall writing back to Mr. -- to

9  Dr. Abowd saying, no, this is not what I discussed

10  with the Under Secretary?

11      A    No.  I don't -- I don't recall doing

12  that.

13      Q    Did you do that?

14      A    I said, no, I do not recall doing that.

15      Q    And did you write back to Dr. Abowd and

16  say Karen Dunn Kelley does not agree with the

17  recommendation of Alternative C?

                                                401/403
18      A    I don't think I did that, no.

19      Q    Okay.  So is it fair to say that you

20  received this email back on January 4, 2018, yes?

21      A    Yes.

22      Q    And that you agreed with this email when

1    you received it?

2            MS. BAILEY:   Objection.   Form.

3            THE WITNESS:   So I get lots of emails

4    that I pay some attention to or less attention to.

5    So as you might imagine, I get cc'd on lots of

6    email.   So -- so saying that I agreed with it,

7    is -- is saying that I read it and fully

8    internalized it when I was busy with other

9    activities, as well.   So I don't recall doing

10   that.                                    401/403

11   BY MS. GOLDSTEIN:

12       Q    If you received an

13   email -- Ms. Dunn Kelley is your boss; is that

14   correct?

15       A    That's correct.

16       Q    If you received an email that

17   mischaracterized a conversation that you had with

18   your boss, would you have corrected that

19   mischaracterization?

20       A    If I'd read the email, yeah.

21       Q    Are you in the habit of not reading

22   emails that you receive?

Page 115

1    A    There are many emails that I do not read.

2    Q    Have you read this email before?

3    A    So I do not recall getting this email on

4    January 4th -- or -- yeah, January 4th.

401/403

5    Q    Is it fair --

6    A    Or that -- or in more particular, the

7    conversation that I would -- I supposedly had with

8    the Secretary -- Under Secretary.

9    Q    Is it fair to say that if you had

10   received this email, read it, and disagreed with

11   the characterization, you would have said

12   something about it?

13        MS. BAILEY:   Objection.   Asked and

14   answered.

15        THE WITNESS:   Yes.   Probably.

16   BY MS. GOLDSTEIN:

17   Q    Do you know what memo was attached to

18   this email?

19   A    No.

20   Q    I'm going to show you what's been marked

21   as Exhibit 6 to the Abowd deposition -- previously

22   marked as Exhibit 6 to the Abowd deposition.  It

1    is a January 19, 2018 memorandum entitled

2    technical review of the Department of Justice

3    request to add the citizenship question to the

4    2020 census.

5           Do you recognize this document?

6    A     I do.

7    Q     What is this?

8    A     This is the memo that we prepared for the

9    Secretary.

10   Q     We previously looked at a white paper

11   from the Census Bureau, correct?

12   A     Uh-huh.  Yes.

13   Q     Why was there -- was this nec- -- this

14   memo necessary, given the prior white paper?

15   A     I think it was just a more formal

16   representation.

17   Q     Did you have any input into this

18   document?

19   A     Not on a technical level, no.

20   Q     Who do you rely on for the technical

21   component?

22   A     John and his team.

Page 117

1       Q    And when we're talking about the

2   technical component, we're talking about the

3   science of --

4       A    Right.  Yes.

5       Q    So you rely on John Abowd and his team

6   for the science with respect to the citizenship

7   question?

8       A    Yes.  In this case, yeah.  I don't have

9   time to do science anymore.

10      Q    And did you review the findings of this

11  memo?

                                        401/403

12      A    Yes.

13      Q    And did you agree with the findings of

14  this memo?

15      A    I did.

16      Q    And when this memo says -- I'm looking

17  here at the last paragraph on Page 1277.

18      A    Correct.

19      Q    "Alternative C best meets DOJ's stated

20  uses, is comparatively far less costly than

21  Alternative B, does not increase response burden,

22  and does not harm the quality of the census

1   count."

2       You agree with that statement?

401/403

3   A   I did.

4   Q   And when you look at the last sentence of

5   that paragraph, "However, Alternative B is very

6   costly, harms the quality of the census count, and

7   would use substantially less accurate citizenship

8   status data that are available from administrative

9   sources," you agree with that statement, correct?

10  A   Yes.

11  Q   Who -- do you know if Karen Dunn Kelley

12  reviewed this memo?

13  A   She did.

14  Q   How do you know that?

15  A   Because we gave it to her.

16  Q   Did you speak with her in person about

17  this memo?

18  A   Yeah.  We -- we met about this memo.

19  Q   When?

20  A   I'm not sure exactly the date, but I

21  believe shortly after we sent it down.  It was

22  either late January or early February.

Page 121

1      A   I don't recall.  Probably not much more

2   than an hour.

3      Q   What happened at this meeting?

4      A   We had a discussion of the -- of the

5   recommendations.

6      Q   Who is we?

7      A   The people I just mentioned at the

8   meeting.

9      Q   Who led the meeting?

10     A   I think the meeting was led -- so the

11  Secretary typically reads these things.  So to say

12  that these meeting are led, it's kind of you come

13  in the room and you are talking about it.  He'll

14  ask questions, so.

15     Q   And did the Secretary ask questions?

16     A   He did.                          **PL obj: 802**

17     Q   What did the Secretary ask?

18     A   He was -- he quickly honed in on that

19  none of the three options were perfect.

20     Q   What do you mean?

21     A   So -- so each one has respective

22  strengths and weaknesses.   In particular, when we

Page 122

1    started focusing between Options B and Options C,

2    you know, we don't have administrative records for

3    every person in the country, so we would miss

4    folks that we would have to impute citizenship

5    status for.    Obviously, Option B had cost

6    ramifications and also would miss some people.

7    And so that's when the discussion sort of turned

8    to a sort of hybrid model.

9         Q    Tell me what else was discussed at this

10   meeting.

11        A    That was essentially what was discussed.

12        Q    What was the discussion of this hybrid

13   model?

14        A    So could we use both sources of data to

15   produce sort of the block-level estimates

16   that -- that DOJ needed?

17        Q    And who asked for the hybrid model?

18        A    So the Secretary asked for the hybrid

19   model.                                    401/403/802

20        Q    What else did the Secretary say at this

21   meeting?

22        A    That's about it.

1     Q    Can you describe a bit more specifically

2  what the Census Bureau was asked to do coming out

3  of that meeting?                    401/403/802

4     A    To explore a fourth option, a hybrid

5  option that included a question on the short-form

6  census and administrative records.

7     Q    Any other details that the Census Bureau

8  was given?

9     A    No.

10    Q    Any timeline the Census Bureau was given?

11    A    So, obviously, the timeline was very

12  compressed, so we still needed to get the

13  questions to Congress by March, so.

14    Q    Were you given any more specifics about

15  your time frame?

16    A    No.

17    Q    Do you recall anything that --

18    A    As soon as possible, I think, is the time

19  frame that we're dealing with here.

20    Q    Do you recall anything that Mr. Comstock

21  said in that meeting?

22    A    So he asked similar questions to the

Page 127

1       Q    What is this?

2       A    I think it was a summary of the white

3  paper findings.

4       Q    And this is a document that's

5  Bates-stamped 8614 to 8616.  It is a memorandum

6  addressed to you entitled summary of

7  costs -- quality/cost of alternatives for meeting

8  Department of Justice's request for citizenship

9  data.                              401/403

10      A    Yep.

11      Q    If you turn to the last page of this

12 document, it states that "Alternative C even

13 better meets DOJ's stated uses."

14           Do you agree with that?

15      A    I do.

16      Q    "Is comparatively far less costly than

17 Alternative B."

18           Do you agree with that?

19      A    Yes.

20      Q    "And does not harm the quality of the

21 census count."

22           Do you agree?

1     A    Yes.

2     Q    "For these reasons, we recommend

3   Alternative C for meeting                    401/403

4   the Department of Justice data request."

5          Who is we?

6     A    The technical team.

7     Q    And you agree with that, as well?

8     A    Yes.

9     Q    I'll take that back.

10         Other than the meeting you just described

11  regarding the citizenship question with

12  Secretary Ross, did you have any other questions

13  for Secretary Ross about the citizenship question?

14    A    Did I have any extra questions for the

15  Secretary?

16    Q    Any other discussions with Secretary Ross

17  about the citizenship question?

18    A    Nothing that I recall as being important,

19  that's for sure.  So probably not, no.

20    Q    Do you recall anything that was

21  unimportant?

22    A    No.

Page 133

```
1   scroll towards the back of it, it begins

2   on -- sorry -- the first page of the document you

3   have is what number, Dr. Jarmin?

4        A    1286.  The first page?

5        Q    Oh.  I'm sorry.  Can I have that back?

6             MS. GOLDSTEIN:  Actually, can I have one

7   of those, please?  Let's do it this way, can you

8   just mark that?

9             (Plaintiffs' Exhibit 16, Email, was

10  marked.)

11  BY MS. GOLDSTEIN:

12       Q    I'm showing you what's been marked as 16,

13  Exhibit 16 to your deposition, and it begins 9812.

14  It goes to 9833.

15           Can you please turn to 9822?  Do you

16  recognize this document?

17       A    Yeah.  This is responses to Commerce's

18  questions about the memo to the Secretary.

19       Q    How did this document come about?

20       A    We received these questions, and these

21  are the responses to them.

22       Q    Who did you receive these questions from?
```

401/403

1      A    I'm not sure.  I think it might have been

2  Earl Comstock.

401/403

3      Q    Anyone else?

4      A    These things are often cc'd across a

5  number of people, so.

6      Q    And when did you receive these questions?

7  Do you recall?

8      A    I believe it was shortly after meeting

9  with the Secretary, but I'm not sure.

10     Q    Who wrote the answers to these questions?

11     A    Folks on the technical team, for the most

12  part.

13     Q    From the Census Bureau?

14     A    Yeah.

15     Q    And when you say for the most part, what

16  do you mean?

17     A    Well, that's my understanding of who

18  answered these questions.

19     Q    It was all folks from the technical

20  team --

21     A    Yeah.

22     Q    -- correct?  Yes?

Page 135

1     A    Yes.

2     Q    And did you have a role in developing the

3   answers to these questions?

4     A    Not a -- I mean, I was cc'd on things,

5   but I was not -- I did not play a role in

6   addressing the questions directly.

7     Q    Did you review the answers that the

8   Census Bureau came up with?                    401/403

9     A    Yeah.  I probably looked at some of this.

10  Probably -- not all of this, because this came in

11  drips and drabs, so.

12    Q    How was this document transmitted to

13  Commerce?

14    A    I believe it was sent probably by Abowd

15  or someone like that, or maybe by -- I mean, it

16  might have been sent by me forwarding on what the

17  team had done.

18    Q    Do you --

19    A    Someone would have forwarded down to

20  them.

21    Q    Is it fair to say you I agreed with what

22  the technical team wrote in this document?

Page 137

1   you.

2       Q    Did the Census Bureau receive any

3   feedback on these questions from Commerce?

4       A    Other than the like, you know,

5   clarifications or anything like that, no.  No.

6       Q    So it's my understanding that Dr. Abowd

7   testified this was the final Census Bureau version

8   of these questions and answers.  Can you tell if

9   that's accurate?

10      A    As far as I -- I've never seen another

11  set of them go out, so.                401/403

12      Q    What do you mean?

13      A    I mean, I never saw anything after this,

14  so.

15      Q    So, to your knowledge, this is --

16      A    This is the final, yeah.

17      Q    And if you go to 9832, Question 31 --

18      A    Uh-huh.

19      Q    -- it states, "The Census Bureau follows

20  a well-established process when adding or changing

21  content on the census for ACS to ensure the data

22  fulfill legal and regulatory requirements

Page 138

1    established by Congress."

2            Do you agree with that?

3        A   Yep.

4        Q   "Adding a question or making a change to

5    the decennial census or the ACS involves extensive

6    testing, review and evaluation."

7            Do you agree?

8        A   Uh-huh.

9        Q   I'm sorry.  I need a yes or --

10       A   Yes.

11       Q   "This process ensures the changes

12   necessary and will produce quality, useful

13   information for the nation."

14           Do you agree?

15       A   We've already gone over that, yes.

16       Q   And when you look down at the steps here

17   that are listed in Question 31, do you agree that

18   each of these steps represents part of the

19   well-established process when adding or changing

20   content on the census?

                                          401/403

21       A   Yes.

22       Q   "Including that final proposed questions

1    result from extensive cognitive and field testing

2    to ensure their result and proper data"?

3        A    Yes.

4        Q    "With an integrity that meets the

5    Census Bureau's highest standards"?    401/403

6        A    Correct.

7        Q    What's the difference between cognitive

8    and field testing?

9        A    So cognitive is making sure people

10   understand the question.  Field testing is making

11   sure that we can actually implement the question

12   in the field.

13       Q    What does that mean?

14       A    So does it work in a -- in -- on a

15   survey.

16       Q    How -- how do you tell if it works on a

17   survey?

18       A    Well, whether we get good response or

19   not.

20       Q    How do you test that?

21       A    So by doing a test survey or in another

22   survey.

PL obj (140:1 to 142:22), FRE 701, 702, 703, 704, 705

Page 140

1    Q    Can you help me understand the difference

2    between cognitive and field testing?

3         MS. BAILEY:  Objection.  Asked and

4    answered.

5         THE WITNESS:  So cognitive is when I

6    understand whether you can read and understand the

7    question and what is being asked of you, so.

8    BY MS. GOLDSTEIN:

9    Q    And field testing is about how a question

10   performs on a survey instrument?

11   A    Right.  People may understand it and

12   still choose not to answer it.

13   Q    And that's --

14   A    Or answer it incompletely or something,

15   right.

16   Q    And is that the sort of thing you find

17   out from field testing?

18   A    Yes.

19   Q    Was the citizenship question field

20   tested?

21   A    Of course.  It's been in the ACS for

22   years.  So it's been answered by 40 to 50 million

1    households.

2        Q    So it was field tested in the context of

3    the ACS, yes?

4        A    Yes.

5        Q    Was the citizenship question ever field

6    tested in the context of the short form?

7            MS. BAILEY:  Objection.  Asked and

8    answered.

9            THE WITNESS:  We never asked it on the

10   short form before.  The only way to do that would

11   be to ask it on the short form.

12   BY MS. GOLDSTEIN:

13       Q    Couldn't you have put it on the

14   end-to-end test?

15       A    The end-to-end test goes to fewer people

16   than the ACS does.  So I don't know how that would

17   achieve the objective.

18       Q    When it says here that final proposed

19   questions result from extensive cognitive and

20   field testing, typically, final proposed questions

21   are fielded before they're put on a survey,

22   correct?

Page 142

1       A    Correct.

2       Q    So, for example --

3       A    This question has been field tested --

4       Q    On --

5       A    -- on the ACS, three and a half million

6    households a year.  Providence would have asked it

7    of a couple hundred households.

8       Q    Uh-huh.

9       A    So it's been field tested.

10      Q    In the context of the ACS, correct?

11      A    Correct.  There is no field test for the

12   decennial.  There's either the decennial or

13   there's not.

14      Q    The end-to-end test tests --

15      A    Tests systems, not questions.

16      Q    What does that mean?

17      A    It tests all of our processes and systems

18   to see if they work.

19      Q    Take that back -- actually, if you flip

20   to the first page of it.  Is this the preliminary

21   analysis of Alternative D?

22      A    Uh-huh.

1        Q    Combined B and C, can you tell me what

2   this is?

3        A    This is a short description of the

4   analysis that the team did of Alternative D.

5        Q    And did you review this document?

6        A    Yes.

7        Q    Do you agree with it?                    401/403

8        A    I do.

9        Q    Who else reviewed this document?

10        A    The team, John Abowd.

11        Q    Karen Dunn Kelley reviewed it?

12        A    Yeah.

13        Q    Did Secretary Ross review it?

14        A    I would assume so.  Again, this was

15   information provided for his review.

16        Q    Did you have conversations about this

17   memo with Ms. Dunn Kelley?

18        A    Yeah.  I don't recall a -- a discussion

19   particularly about this memo, no.

20        Q    Do you recall having any conversations

21   with Secretary Ross about this memo?

22        A    No.

Page 144

1      Q    Did you have any conversations with

2   anyone else at Census -- at Commerce regarding

3   this memo?

                                    401/403

4      A    At --

5      Q    At -- did you have any conversations

6   about this memo with anyone else at Commerce --

7      A    So, again, I'm not recalling

8   conversations about this memo.  I mean, you know,

9   obviously, when we came back with Alternative D,

10  we said what, you know, we gave our, you

11  know -- our assessment of Alternative D, and they

12  took that into consideration.  We did not have

13  detailed conversations like we did about the

14  original three alternatives.

15     Q    You said you didn't have detailed

16  conversations.  Do you remember any conversations

17  with Commerce about your analysis

18  of Alternative D?

19     A    I don't recall that.

20     Q    If you go to 9816.  You say that in

21  sum -- this memo says that, "In sum, Alternative D

22  would result in poorer quality citizenship data

1    than in Alternative C."

2         Do you agree?                    401/403

3     A    Yes.

4     Q    "It would still have all the negative

5    cost and quality implications of Alternative B

6    outlined in the draft January 19th memo to the

7    Department of Commerce."

8         Do you agree?

9     A    Yes.

10    Q    So you said a moment ago that the

11   Secretary took this memo into consideration?

12    A    I believe so.                   802

13        MS. BAILEY:  Objection.  Mischaracterizes

14   prior testimony.

15   BY MS. GOLDSTEIN:

16    Q    Why do you say that?

17    A    Say what?

18    Q    That they took that into consideration.

19    A    It was provided for his consideration.

20    Q    Okay.  But do you have any personal

21   knowledge as to what was done with this memo after

22   Census prepared it?

1       A    So Karen -- I think Karen did.

2       Q    Anyone else?

3       A    I don't think so, no.

4       Q    Do you remember exactly what Karen asked

5   you to do?

6       A    Can you help identify people that the

7   Secretary should talk to?

8       Q    And was there a parallel process for

9   folks in the Census Bureau to talk to stakeholders

10  about the citizenship question?

11      A    A parallel process for us to talk to them

12  about what?

13      Q    About adding the citizenship question.

14      A    So, no.  So, I mean, the decision point

15  laid with the Secretary, so Census was not

16  involved in a side deliberative process on that.

17      Q    And other than thinking about who would

18  have a broad range of perspectives, were there

19  other considerations in determining who the

20  Secretary should talk to and who the Secretary

21  shouldn't?

22      A    So I may I -- I think he, you know,

Page 149

1   wanted to get a broad set of interpretations, both

2   pro and con.

3       Q    Why do you say that?

4       A    You know, because most of the feedback in

5   the -- initially, was all in the con.  So they

6   were looking for, you know, was there somebody who

7   would speak in favor of the addition of the

8   question?                                401/403/802

9       Q    How did -- who told you that?

10      A    So I think we were looking for -- we were

11  trying to find -- the charge was to get a broad

12  set of perspectives, and that's why we wanted to

13  have people on both sides.

14      Q    So you just testified that most of the

15  feedback, initially, was all in the con.

16      A    Yeah.

17      Q    How did you know that most of the

18  feedback, initially, was all in the con?

19      A    Well, you know, it was in the newspaper.

20  And, you know, people that we had dealt with

21  before had sent letters to both Secretary and to

22  me.  So that's how we knew.

1     Q    Did anyone at Commerce instruct you to

2   find stakeholders who were in favor of the

3   citizenship question?

4     A    No.   It was not an instruction.   I mean,

5   I think we sat around trying, talking about who

6   the Secretary should talk to, and we wanted to

7   find, you know, a full range of opinions.

8     Q    And we is you and Mr. Lamas?

9     A    And Karen, yeah.

10     Q    And Karen.

11         Anyone else?

12     A    I don't remember anyone else being there,

13   but there -- you know, there often are others in

14   the room, but that was the primary people.

15     Q    And do you remember anyone else in the

16   room?

17     A    No.

18     Q    And do you remember anything else that

19   Ms. Dunn Kelley said --

20     A    No.

21     Q    -- concerning this?

22     A    No.

Page 153

```
 1      Q    What are these?
 2      A    This was -- I reached out to a person I
 3   know at AEI, Michael Strain, to see if he or
 4   anyone else would be willing to -- to talk to the
 5   Secretary more from the pro side, as opposed to
 6   con side.  So, again, trying to get a more rounded
 7   set of stakeholders involved here.
 8      Q    Did anyone instruct you to reach out to
 9   AEI?
                                        401/403
10      A    No.
11      Q    And AEI, for the record, stands for?
12      A    American Enterprise Institute.
13      Q    Whose idea was it to send solicitations
14   like this out?
15      A    So this was -- to sending it to -- I
16   mean, it was the general idea that we would try to
17   find somebody.  I knew Michael.  I reached out to
18   him.
19      Q    Who else did that team reach out to to
20   try to find a pro side?
21      A    I don't know.  I mean, again, this
22   is -- I think everyone was trying to reach out to
```

Page 155

```
 1      A   No.

 2      Q   Are you aware of anyone else on that team

 3   that made phone calls seeking stakeholders for the

 4   pro side?

 5      A   I'm not aware.

 6      Q   And Mr. Strain advised you that no one at

 7   AEI was willing to speak favorably about the

 8   proposal, correct?                    401/403/802

 9      A   That is correct.

10      Q   Did you have any conversations about

11   Mr. Strain with Karen Dunn Kelley?

12      A   No.  This is -- this is the complete

13   record on that.

14      Q   Did you have conversations with anyone

15   else at Commerce about your communications with

16   AEI?

17      A   No.

18      Q   Did you have communications with anyone

19   else about your communications with AEI on the

20   citizenship question?

21      A   No.

22          (Plaintiffs' Exhibit 18, Email, was
```

Page 167

```
 1        Q    Did she email you the decision memo?

 2        A    I don't recall.

 3        Q    Do you know if you saw the decision memo

 4    before it was finalized?

 5        A    I think we had a quick turnaround on

 6    something about Option D.

 7        Q    Did you ask --

 8        A    But that was -- that was, you

 9    know -- everything was hurried at that stage.

10        Q    We'll talk about that in just a moment.

11             Did you ask Ms. Dunn Kelley why the

12    Census Bureau's recommendations were overruled?

13        A    I did not.                     401/403/802

14        Q    Did she tell you?

15        A    She -- well, we were all in the meeting

16    where the Secretary had expressed some interest in

17    the -- in the hybrid solution, and that's what he

18    chose.  And so it was, essentially, the Secretary

19    decided to go with the hybrid solution.

20        Q    Is it fair to say, though, that census

21    never had -- apart from the memos that were

22    sent --
```

Page 168

1       A    Right.

2       Q    -- that Census never had substantive

3    conversations with anyone at Commerce about

4    Option D?                                    401/403

5       A    No.   I mean, I'm not sure what you mean

6    by substantive.   Be more specific.

7       Q    Other than the memos that were sent from

8    Census to Commerce about Option D, did anyone from

9    Census have any conversations about the

10   Census Bureau's analysis of Option D?

11      A    Not that I'm aware of, so.

12      Q    And would you have been aware if there

13   were conversations?

14      A    I think I would have been aware, yes.

15      Q    So let's talk about what you just

16   mentioned with the quick turnaround on Option D.

17   What happened?

18          MS. BAILEY:   Objection.   Vague.

19          THE WITNESS:   So I don't know what you

20   mean by what happened -- what happened.

21   BY MS. GOLDSTEIN:

22      Q    Sure.

Page 169

1          So we were talking about seeing a draft

2   of the decision memo, correct?

3       A    Yes.

4       Q    When did you first see a draft of the

5   decision memo?

6       A    I don't recall exactly when, but, I mean,

7   it was -- we had an opportunity to make sure that

8   it was technically correct.

9       Q    Who is we?                    401/403

10      A    The Census Bureau.

11      Q    And what do you mean by technically

12  correct?

13      A    That, you know, there wasn't any

14  information about Census Bureau, you know,

15  operations, costs, you know, that sort of stuff

16  that wasn't accurate.

17      Q    So what was this opportunity that you had

18  to make sure that the memo was technically

19  correct?

20          MS. BAILEY:  Objection.  Vague.

21          THE WITNESS:  It was that.

22  BY MS. GOLDSTEIN:

Page 171

1      A    Yeah.

2      Q    Led by Dr. Abowd?

3      A    Yeah.

4      Q    Did you discuss any of the changes that

5   were proposed to the memo?

6      A    I don't recall any major discussions

7   about that.

8      Q    Do you recall what any of the changes

9   were?

10     A    I don't.

11     Q    Is there anything that would help you

12  remember?

13     A    Seeing the two versions, but I -- other

14  than that, I don't recall.

15     Q    Other than this process where the

16  Census Bureau checked to make sure that the

17  decision memo was technically correct, did the

18  Census Bureau have any input into that decision

19  memo?                          401/403

20     A    No.

21     Q    How long did the process of the

22  Census Bureau making sure that the decision memo

Page 173

1      A    Yes.

2      Q    And looking at this document now, does

3    this help -- are you able to identify any changes

4    that the Census Bureau made to make this document

5    more technically correct?

6      A    I can't identify changes.  But if I    401/403

7    recall correctly, there were some issues

8    about, you know, various response rates.  You

9    know, there were, like, corrections to numbers and

10   stuff like that.

11     Q    Do you remember what any of those

12   corrections to numbers were?

13     A    I don't.

14     Q    Do you remember which direction the

15   correction to numbers went, made corrections

16   higher or lower?

17     A    I don't that either.

18     Q    Who would be the right person to ask

19   that?

20     A    You know, John Abowd might have

21   better --

22     Q    Anyone else?

Page 174

```
 1      A   That's where I would start.

 2      Q   So who wrote this memo?

 3      A   I don't know.

 4      Q   Is there anyone who would know?

 5      A   I imagine the Secretary would know.

 6      Q   Anyone else?

 7      A   I don't know.  I don't know who wrote

 8   this let- -- memo.

 9      Q   So if you go to Page 3, the second full

10   paragraph references surveys from Nielsen.  Do you

11   see that?
                                            401/403
12      A   Uh-huh.

13      Q   I'm sorry.  I need a yes or no.

14      A   Yes.

15      Q   Did you ever see these surveys from

16   Nielsen that are referenced in this decision memo?

17      A   No.

18      Q   Did anyone from the Census ever see the

19   surveys that were referenced in this decision

20   memo?

21      A   I don't know.  But as far as I know,

22   nobody did.
```

1      Q    When did you first hear about these

2  surveys from the Nielsen?

3      A    I think in the context -- I mean, you

4  know, Nielsen obviously does surveys --

401/403

5      Q    Sure.

6      A    -- and we have some interaction with them

7  on other things.   So, you know, I think this was

8  the first that I had heard about these surveys in

9  this context, for sure.

10     Q    So this was the first time reviewing --

11     A    Right.

12     Q    -- this March decision memo when you

13  heard about Nielsen adding questions on the ACS --

14     A    Uh-huh.

15     Q    -- on sensitive topics?

16     A    Uh-huh.

17     Q    Sorry.   I need a yes or no.

18     A    Yes.

19     Q    And I just want to make sure I'm clear.

20  No one at Census has reviewed the actual surveys,

21  correct?

22     A    Not that I know of.

Page 176

1    Q    Did you participate in any calls with

2    anyone from Nielsen regarding the citizenship

3    question?

                                        401/403

4    A    No.

5    Q    Do you know if anyone at Census did?

6    A    No.

7    Q    Have you seen the underlying data from

8    these Nielsen surveys?

9    A    I have not.

10   Q    Do you know if anyone at Census has?

11   A    I don't.

12   Q    I will take that back.

13        MS. GOLDSTEIN:  I'm about to move on to

14   another topic.  So I don't know if you want to

15   take a break for lunch or keep going.

16        MS. BAILEY:  Do you know how lengthy that

17   topic's going to be?

18        MS. GOLDSTEIN:  It's going to be a little

19   bit long.

20        MS. BAILEY:  Do you have a preference?

21   We're at three hours now.

22        How do you feel?

Page 177

1          THE WITNESS:  Just keep going.

2          MS. BAILEY:  Okay.

3     BY MS. GOLDSTEIN:

4          Q    Is there any reason why the procedures

5     for adding questions to the decennial would be

6     less rigorous than the process of adding questions

7     to the ACS?                401/403

8          MS. BAILEY:  Objection.

9          THE WITNESS:  No.

10    BY MS. GOLDSTEIN:

11         Q    No reason why adding changes to the short

12    form would require less testing than changes to

13    the ACS, correct?

14         A    Not for an untested question, so, no.

15         Q    There's no reason why adding changes to

16    the short form would require less testing than

17    changes to the ACS?

18         A    No.

19         Q    I'm going to hand you back what I had

20    previously marked as Exhibit 16 to this

21    deposition.

22          And let's go back to Question 31, which

1    is over on 9832.   And we had talked before about

2    the cognitive and field testing the question --

3    the proposed questions typically undergo, correct?

4         A    Right.

5         Q    What testing was done for the proposed

6    changes to the race and ethnicity question?

7         A    So those were part of the

8    National Content Test --      401/403

9         Q    What is that?

10        A    -- mid decade.

11             It's a survey that tried different

12   versions of the race and ethnicity questions to

13   see how people would answer them.

14        Q    And what's the purpose of that?

15        A    To understand the data quality for

16   different versions of the question.

17        Q    And I know that one thing that goes into

18   data quality is the number of people responding.

19        A    Yep.

20        Q    Anything else that goes into data quality

21   in that context?

22        A    How -- how, you know, sort of easily,

1    people sort of respond to the questions and

2    the -- in the case of the race and ethnicity,

3    the -- you know, the number of people that are

4    sort of classified as -- you know, that don't have

5    a precise race and ethnicity category.

6        Q    How can you tell?

7        A    So, you know, the current method

8    classifies lots of people as -- as -- you know,

9    there are -- there's kind of a catchall category.

10   I'm not the expert on this.                    401/403

11       Q    Who is?

12       A    I would call Karen Battle.   So I know

13   that we were looking for ways to have more precise

14   data, so.

15       Q    What other kinds of testing was done for

16   the purposed changes to the race and ethnicity

17   question?

18       A    I believe that's the primary testing that

19   was done.   I mean, there was a part of the 2020

20   census, the alternative questionnaire experiment;

21   that was an early version of that.

22       Q    And what is that?

1      A    That was another -- you know, that was

2  part of the census that was sent to a small number

3  of housing units as a test.

4      Q    And what was it testing?

5      A    Alternative forms of questions that were

6  already on the census, like race and ethnicity.

7      Q    And more than just race and ethnicity?

8      A    I think it was just race and ethnicity.

9      Q    And what's the goal of testing those

10  alternative forms?                      401/403

11      A    To get more precise data.

12      Q    And to determine the quality of the

13  question?

14      A    Yeah.

15      Q    And the quality of the data received?

16      A    Yeah.  Yeah.

17      Q    And when a new question is added to the

18  census, what kind of cognitive testing is done?

19      A    So -- so -- with a completely new

20  question, there could be both some small scale

21  tests done in a lab setting and then some sort

22  of, you know, test questionnaire that would be

Page 181

1   sent out.

2       Q    What are these small scale tests that are

3   done in a lab?

4       A    Where you're actually administering the

5   survey and getting immediate feedback from --

6   like, people having difficulty understanding the

7   question.                    401/403

8       Q    Why is that important?

9       A    Just to understand what are the reasons

10  that people don't -- can't answer the question

11  correctly.

12      Q    Any other reasons why that's important?

13      A    No.   That's -- to understand that when we

14  ask a question, people understand it and are

15  giving us an answer that meets the objective.

16      Q    Sure.   And you mention test

17  questionnaires as a kind of cognitive research?

18      A    Yeah.

19      Q    Can you tell me what that entails?

20      A    So the -- just -- so the -- then you'd

21  send it out into the field and see if you get good

22  responses.   So there's a difference between

1   sitting in a lab and asking some more questions

2   and somebody actually filling it out when they

3   have it in their house.

4       Q   Other kinds of testing to new or changed

5   questions, other than the Content Test, the

6   cognitive testing, and you discussed before the

7   end to end.

8       A   Yeah.                          401/403

9       Q   Anything else?

10      A   That's about it.

11      Q   So earlier, you testified that the

12  end-to-end testing tests systems, correct?

13      A   Correct.

14      Q   What systems do you refer to?

15      A   The systems with which we use to conduct

16  the census.

17      Q   What are those?

18      A   So data capture, so the -- you know,

19  electronic, you know, survey instrument.

20      Q   Uh-huh.

21      A   The paper data capture systems, all the

22  mailing, all the receipt of mail, the electronic

Page 183

1  systems, the telephone questionnaire assistance

2  center, the iPhones that enumerators use out in

3  the field, all of that.

4      Q   Uh-huh.  Does the Census Bureau test

5  how -- the order of questions?

401/403

6      A   Yes.

7      Q   Where?  What?  Which of these tests?

8      A   So like the National Content Test might

9  be a place -- I don't think they did -- I don't

10 think they did in that particular instance, so.

11     Q   Does the end-to-end test test the order

12 of questions?

13     A   No.  The end-to-end test doesn't have any

14 test about the questions, at all.

15     Q   There's no response rates for the

16 end-to-end test?

17     A   We track the response rates, but we're

18 not -- it's not a life measurement exercise.  It's

19 really more of a testing systems exercise.  So

20 tracking response rates while we're live in the

21 field is something we do in 2020, so we do that

22 during the end-to-end test, as well.  For

1    operational reasons, not for --

2        Q    So if --

3        A    -- not for quality assessment reasons.

4        Q    If the citizenship question had been on

5    the 2018 end-to-end test, would that provide data

6    as to the response rates for the citizenship

7    question?

8            MS. BAILEY:   Objection.   Calls for

9    speculation.                              401/403

10           THE WITNESS:   We would have had

11   some -- we could have gained some insight into the

12   item nonresponse rates for that question.

13   BY MS. GOLDSTEIN:

14       Q    And would you have also gained insight

15   into effects on total response rate if this

16   citizenship question was on the test questionnaire

17   for the 2018 end-to-end test?

18           MS. BAILEY:   Objection.   Calls for

19   speculation.

20           THE WITNESS:   That would have to have

21   been a test objective, and we would have to set up

22   an experiment to do that.

Page 185

1  BY MS. GOLDSTEIN:

2      Q    How would you -- how could you do that?

3          MS. BAILEY:  Objection.  Calls for

4  speculation.

5  BY MS. GOLDSTEIN:

6      Q    How could you set up a test objective

7  that would test response rates with the inclusion

8  of a citizenship question?

9          MS. BAILEY:  Same objection.

10         THE WITNESS:  Some sort of randomized

11  experiment.

401/403

12  BY MS. GOLDSTEIN:

13     Q    What would that be?

14     A    I can't tell you exactly what that would

15  be.  We'd have to have some methodologist work on

16  that.

17     Q    But that's the kind of thing the

18  Census Bureau is equipped to do?

19     A    Yes.

20     Q    And it did not happen with the

21  citizenship question, correct?

22     A    No.

Page 186

1      Q   Why is it -- is it important to see how a

2   question -- withdrawn.

3          The content testing that was performed,

4   were all of the questions that are on the planned

5   short form, other than the citizenship question,

6   included in the content testing?

7          MS. BAILEY:  Objection.  Form.

8          THE WITNESS:  I don't know, actually.

9   BY MS. GOLDSTEIN:

10     Q   Who would know?

11     A   Karen Battle.

12     Q   Did the questionnaire that was used for

13  the end-to-end testing include all questions on

14  the short form except for the citizenship

15  question?                         401/403

16     A   Yes.

17     Q   Does the Census Bureau do focus group

18  testing?

19     A   So, for cognitive testing?

20     Q   Is that the same thing?

21     A   No.

22     Q   Okay.

Page 194

1      Q    Can the political climate impact the

2   sensitivity of a question?

3          MS. BAILEY:   Objection.   Calls for

4   speculation.                    401/403

5          THE WITNESS:   Potentially.

6   BY MS. GOLDSTEIN:

7      Q   Can you think of other things that might

8   impact the sensitivity of a question?

9          MS. BAILEY:   Objection.   Calls for

10  speculation.

11         THE WITNESS:   Not off the top of my head,

12  no.

13  BY MS. GOLDSTEIN:

14     Q    Can the order of questions impact results

15  to a survey?

                                401/403

16     A    You know, I understand from the

17  literature that it can.   I'm not -- you know, I'm

18  not an expert on that, but, you know, I think

19  especially in a large survey, I think it can.

20     Q    Is that something that the Census Bureau

21  tests for the decennial?

22     A    So for the decennial, the short form, I

                        PL obj (194:20 to 195:17), FRE 701 to 705

Page 195

1    think, it's less of a concern than it is for

2    something large, like the ACS, where you have

3    different topic modules and stuff like that.

4        Q    Why do you say that?

5        A    So -- because I think that's when

6    question order matters, is in a large complex

7    survey.  There's various framing issues and stuff

8    like that for people.

9        Q    Are you aware of any studies that say

10   that question order does not matter for a shorter

11   survey?

12       A    So I know that people are more concerned

13   about it on a longer survey.  I've never seen

14   anyone argue the counter -- you know, the other

15   way, saying that it doesn't -- I've never seen

16   anyone say it doesn't matter.  I just see that it

17   matters more for a large complex survey.

18       Q    But it matters some for a short survey?

19       A    Yeah, again, I'm not a survey

20   methodologist, especially a household survey

21   methodologist, so I can't speak expertly towards

22   that.

Page 197

1   that sort of stuff, you know, it all matters, so.

2       Q    Is there a -- we talked a few minutes ago

3   about the political climate might impact the

4   sensitivity of a question?

5       A    Uh-huh.   Yes.

6       Q    Can political climate impact how a

7   question functions?

8           MS. BAILEY:   Objection.   Calls for

9   speculation.

10          THE WITNESS:   I don't know what you mean

11  by how a question functions.

12  BY MS. GOLDSTEIN:

13      Q    Fair enough.

14          Can the political climate impact response

15  rates?

16          MS. BAILEY:   Objection.   Calls for

17  speculation.                           401/403

18          THE WITNESS:   So, you know, if, you know,

19  one of the factors in response rates is distrust

20  in government generally, if the political climate

21  increases or decreases that, it could have an

22  impact on response rates.

Page 203

1          THE WITNESS:  Take this one back, too?

2          MS. GOLDSTEIN:  Can you mark this for me,

3     please?

4          (Plaintiffs' Exhibit 19, Email, was

5     marked.)

6     BY MS. GOLDSTEIN:

7     Q    I'm showing you what's been marked as

8     Plaintiffs' Exhibit 19.  It is Bates stamped 2292

9     and 2293.  It is an email from Earl Comstock dated

10    2/2/18.                              401/403

11         Do you recognize this document?

12    A    You know, not per se, but this

13    is -- looks like a transmission of the answers

14    from Burton to Earl.

15    Q    And does that comport with your

16    recollection as to how those 35 questions and

17    answers were sent over to Commerce?

18    A    Yeah.  There was drips and drabs.

19    Q    And the subject of this is citizenship

20    question complete set?

21    A    Yeah.

22    Q    So it is your understanding that on

1   February 2, 2018 the complete set of those 35

2   questions were sent to Commerce, correct?

3       A    If that's what that means, yeah.

4       Q    Let me give you the attachment to this

5   email.

6            (Plaintiffs' Exhibit 20, Questions on the

7   Jan 19 draft Census Memo on the DOJ Citizenship

8   Question Reinstatement Request attachment, was

9   marked.)                                401/403

10  BY MS. GOLDSTEIN:

11      Q    I'm showing you what's been marked as

12  Plaintiffs' Exhibit 20 -- I'm sorry.

13           MS. BAILEY:   Thank you.

14  BY MS. GOLDSTEIN:

15      Q    It is 2294 --

16      A    Right.

17      Q    -- to 2305.   It is another copy of the 35

18  questions that we had just reviewed on Exhibit 16,

19  correct?

20      A    Okay.

21      Q    Yes?

22      A    Yes.

Page 205

1        Q    And this is, as I understand it, the

2   attachment to Exhibit 19.

3        A    Okay.

4        Q    So would this be the final version that

5   is sent over to Commerce?

6        A    I'm not sure that's the final version,

7   but it's probably pretty close.

8        Q    Do you recall any changes that were made

9   after this?

10       A    I -- after February 2nd, I -- you know, I

11  can't tell you whether there were or not.

12       Q    From Census?                401/403

13       A    Yeah.

14       Q    Do you recall asking for any changes

15  after December 2nd to the 35 questions?

16       A    No.

17       Q    If someone had made changes, from Census,

18  to these questions, would you have seen it?

19       A    Probably.  But I'm just saying I

20  don't -- I don't recall whether this was the last

21  version or not, so.

22       Q    If you go to Question 31 --

1    A    Okay.

2    Q    -- it begins on 2303 to 2304, this is the

3  same language that we saw on Exhibit 16, correct?

4    A    I think so.

5    Q    And, to your knowledge, is this -- this

6  is the well-established process, correct?

7    A    Yes, a summary of it.

8    Q    And this Question 31 on 2303 and 2304,

9  this is the language that the Census Bureau

10  believes describes that well-established process,

11  correct?

401/403

12         MS. BAILEY:  Objection.  Form.

13         THE WITNESS:  Yes.

14  BY MS. GOLDSTEIN:

15    Q    The Census Bureau wrote the language in

16  31?

17    A    Yes.

18    Q    To your knowledge, did Census ever change

19  the language in Question 31?

20    A    Again, I don't know.  I don't know for

21  sure that this is the last version we sent.

22    Q    Do you recall anyone at Census proposing

1  any changes to the language in Question 31?

2      A   No.  I mean, but, obviously, we're still

3  editing responses here, so that -- that could

4  happen.  It's a relatively longer answer than most

5  of the other ones, so.

6      Q   But you do not recall anyone at Census

7  changing the language of Question 31 following

8  this language, correct?

9      A   No.  I don't recall, one way or the

10  other.                                    401/403

11      Q   And is there anything that would help

12  your recollection?

13      A   I mean, again, if this is not the last

14  version, the last version would answer that

15  question.

16      Q   Well, this one was in -- okay.

17          So who is Mr. Reist?

18      A   He works for Al.

19      Q   Who is Al?

20      A   Al Fontenot.

21      Q   And what is Al Fontenot's job?

22      A   He's the head of decennial.

Page 208

1      Q     And what is Mr. Reist's job?

2      A     So he's the head of their budget and

3   communications area.

4      Q     And Mr. Reist sends this, to among

5   others, Earl Comstock, correct?

6      A     Uh-huh.

7      Q     I'm sorry.  I need a yes or no.

8      A     Yes.

9      Q     And you were cc'd on this?

10     A     Yes.

11     Q     And had you reviewed these responses

12  before Mr. Reist sent them to Mr. Comstock?

13     A     You know, I probably perused them.  I

14  certainly didn't proof them or anything like that.

15     Q     But as we had talked about before, these

16  responses, these 1 to 35 questions were, in your

17  view, accurate, correct?                401/403

18     A     Yes.

19     Q     Because you wouldn't --

20           So -- and that includes Question 31,

21  correct?

22     A     Yes.

1      Q     I'll take that back.

2           I'm going to show you what had been

3    previously marked as Exhibit 16 to the Abowd

4    deposition.  If you bear with me for just a

5    moment.

6           It is another version of those 35

7    questions, this time that were received in the

8    original administrative record.  It is Bates

9    stamped 1286 to 1297.  And if we could go back

10   over to Question 31, it is on 1296.        401/403

11          The answer to Question 31 in this version

12   says, "Because no new questions had been added to

13   the decennial census for nearly 20 years, the

14   Census Bureau did not feel bound -- bound by past

15   precedent when considering the

16   Department of Justice's request.  Rather, the

17   Census Bureau is working with all relevant

18   stakeholders to make ensure that the legal and

19   regulatory requirements are filled and that

20   questions will produce quality and useful

21   information for the nation.  As you're aware, that

22   process is ongoing at your direction."

Page 210

1          That's pretty different than the language

2     of Question 31 we've seen before, right?

3       A    Yes.

4       Q    It does not describe the well-established

5     process we've been discussing, correct?

6       A    It does not.

7       Q    It does not talk about the

8     well-established process, at all, correct?

9       A    Correct.

10      Q    It doesn't --

11      A    Well, it sort of summarizes.

12      Q    Where?

13      A    To work with all relevant stakeholders to

14    ensure the legal and regulatory requirements are

15    filled and questions will produce quality

16    information, so --

17      Q    Does this --

18      A    -- that's what the process is meant to

19    do.

20      Q    Does this answer to Question 31 discuss

21    the process by which agencies evaluate their data

22    needs?

401/403

1       A    No.

2       Q    And does it say that in order to be

3   included, proposals must demonstrate a clear

4   statutory and regulatory need for data?

5       A    It does say legal and regulatory

6   requirements are filled.

7       Q    Does it mention testing, at all?

8       A    No.

9       Q    Does it mention public comment?          401/403

10      A    No.

11      Q    Does it mention --

12      A    No -- I don't -- it says all relevant

13  stakeholders.   That includes public comment.

14      Q    Okay.   Does it mention OMB specifically?

15      A    It says relevant stakeholders, so, you

16  know --

17      Q    Does it mention OMB specifically?

18      A    No.   It does not.

19      Q    Okay.   Do you know who wrote the language

20  in Number 31?

21      A    I do not.

22      Q    When was the first time you saw the