Page 212

1    language in -- on 1296?

2         A    On 1296, I think I've seen a version like

3    this before, but, you know, I'm not sure where

4    this came from.

5         Q    Have you seen it before today?

6         A    Yes.

7         Q    On Question 31?                  401/403

8         A    On Question 31.

9         Q    Do you know if Commerce wrote this

10   language or Census Bureau wrote this language?

11        A    I don't know.

12        Q    What would tell you?

13        A    I -- you know, seeing who wrote -- who

14   sent the last version.  So, I don't know.

15        Q    So I previously showed you a version that

16   Dr. Abowd represented was the final version --

17        A    Right.

18        Q    -- do you recall?

19        A    Yeah.

20        Q    And that version had the longer

21   Question 31 language --

22        A    Right.

Page 213

1      Q     -- correct?

2      A     Yes.

3      Q     Yeah?

4      A     Yes.

5      Q     And so if we understand the version that

6    Dr. Abowd said was final to include the longer

7    Question 31, does that tell you anything about who

8    changed the language on 1296?                401/403

9           MS. BAILEY:  Objection.  Form.

10          THE WITNESS:  Yeah.  I don't -- no, not

11   particularly.  Probably -- not Dr. Abowd, but --

12   BY MS. GOLDSTEIN:

13     Q     Did you change the language in 31?

14     A     I did not.

15     Q     Did anyone at Census change the language

16   in 31?

17     A     I don't know.

18     Q     Did you review this language in 31 before

19   it was sent to Commerce?

20     A     I --

21          MS. BAILEY:  Objection.  Asked and

22   answered.

Page 214

1              THE WITNESS:   I don't recall.

2    BY MS. GOLDSTEIN:

3        Q    Is there anything that would help you

4    recall?

5        A    I don't know.

6        Q    Do you know why this language was

7    changed?

8              MS. BAILEY:   Objection.   Asked and

9    answered.

10              THE WITNESS:   I assume it's an attempt to

11    summarize the longer answer of the question.

401/403

12    BY MS. GOLDSTEIN:

13        Q    Were there any discussions that you took

14    part in as to why this language was changed?

15              MS. BAILEY:   Objection.   Asked and

16    answered.

17              THE WITNESS:   Do not recall.

18    BY MS. GOLDSTEIN:

19        Q    If the Census Bureau had changed this

20    language, would John Abowd have been aware of the

21    change?

22        A    Yes.   I would think so.

Page 215

1    Q    Yes, you would?

2    A    Yes.

3    Q    Had Census Bureau, to your knowledge,

4   ever taken the position that it was not bound by

5   past precedent when considering an agency's

6   request before?

7    A    No.  And I think -- I think the only

8   degree to which the Census Bureau in this instance

9   was not following past procedures is because the

10  Census Bureau took the position that the question

11  had been tested via the ACS.  That's the only

12  aspect of the process that -- that we believed

13  didn't need to be undergone.

14   Q    And when you say the Census Bureau took

15  that position, who in the Census Bureau?                PL obj: 802
                                                           (lines 14-19)
16   A    You know, I think the technical team,

17  every -- you know, management, everybody agreed

18  that this question has been thoroughly tested on

19  the ACS.

20   Q    Are there -- has a question ever moved

21  from the ACS to the short form before?

22   A    Not that I know of.

Page 216

1     Q    And are there any quality standards that
2  address moving questions from one survey to
3  another?
4     A    Not in particular.  I mean, quality
5  standards are roughly the same across all the
6  surveys.  Obviously, the census is different than
7  the surveys in the sense that it's a census.  We
8  ask everybody.  So, you know, generally, you get
9  better quality on the census than you would in a
10  survey because you're asking everybody.
11     Q    Any statistical standards that govern
12  moving a question from the ACS to the decennial?
13     A    Not standards that don't apply everywhere
14  else.
15     Q    What do you mean?
16     A    I mean, the statistical standards
17  are -- count for everything, not just -- so --
18     Q    But you're not aware of any guidance that
19  goes to the process of moving a question from the
20  long form to the short form or the ACS to the
21  short form, correct?
22     A    No.

1    Q   Some are on paper?

2    A   Yes.

3    Q   Some are in person?

4    A   Well, most surveys are multimode --

5    Q   Okay.

6    A   -- any more, so.

7    Q   Is it fair to conclude that a question is

8  going to perform the same way on one survey that

9  it might on a different survey?

10       MS. BAILEY:  Objection.  Calls for

11  speculation.

12       THE WITNESS:  It isn't necessarily.

13  BY MS. GOLDSTEIN:                          401/403

14    Q   Why not?

15    A   Well, the -- you know, the modes will

16  matter.

17    Q   What else matters?

18    A   The -- you know, the length and

19  complexity of the survey.

20    Q   What other sorts of things can cause a

21  question to perform different ways on different

22  surveys?

Page 221

1      A    You know, we talked earlier about, you

2   know, changing attitudes about the government and

3   stuff like that.  So if one survey is seen as --

4   as, you know, coming from the government or a part

5   of the government that they have bigger issues

6   with, it may perform differently than, you

7   know -- so Census Bureau does pretty well with the

8   surveys because the public generally tends to

9   trust the Census Bureau, so.                401/403

10     Q    But even within the same survey, can a

11  changing political climate impact how a question

12  performs?

13          MS. BAILEY:  Objection.  Calls for

14  speculation.

15          THE WITNESS:  Again, it might.  There's

16  been no analysis to say that, one way or the

17  other.

18  BY MS. GOLDSTEIN:

19     Q    And that's my next question.  Has the

20  Census Bureau performed any analysis as to whether

21  or not the citizenship question will perform the

22  same way on the short form as it has on the ACS?

Page 222

1     A    No.    We don't -- but I'll come back to

2     say we don't have a good way of doing that.    401/403

3     Q    Would the National -- if the citizenship

4     question had been included in the

5     National Content Test --

6     A    So that -- go ahead.

7     Q    I'm sorry.

8          If the citizenship question had been

9     included in the National Content Test, would that

10    have given the Census Bureau any information as to

11    response rates?

12          MS. BAILEY:    Objection.    Hypothetical.

13          THE WITNESS:    Most likely not.    So you

14    have to remember that the context of the decennial

15    census is done as a nationwide activity with a

16    huge advertising outreach and partnership campaign

17    that you're never going to replicate in a small

18    scale test.    You're not going to replicate it on

19    the ACS.    To the degree that you think the

20    political environment is something that might

21    impact response rates to a particular question,

22    you need to mimic the political environment that

Page 223

1    will exist when they're doing it.  And the -- you

2    know, the amount of exposure that the census will

3    get during the live census is, you know, part of

4    that environment, and we just can't test that.  So

5    the only thing we can test right now is whether

6    people understand the question, and whether they

7    can answer it, and whether they answer it at a

8    rate sufficient to provide high-quality data.  The

9    answer to those questions is all in the

10   affirmative.

11   BY MS. GOLDSTEIN:

12       Q    In the context of the ACS, correct?

13       A    In the context of the ACS.  Or in the

14   context of -- of that 2018 end-to-end test.  We

15   wouldn't have learned anything in addition to

16   that, so.

17       Q    The -- if the citizenship question had

18   been included in the 2018 end-to-end test, would

19   you have gotten item nonresponse rate data?

20           MS. BAILEY:  Objection.  Calls for

21   speculation.                          401/403

22           THE WITNESS:  Yes.  We would have gotten

Page 224

1  item nonresponse rate data.  It would not

2  have -- it would not have answered the question of

3  what things would look like during the 2020

4  census, no more than the ACS does.

401/403

5  BY MS. GOLDSTEIN:

6      Q   Why do you say that?

7      A   Because they're both done outside of that

8  context.

9      Q   So the race and ethnicity proposed

10  changes were tested, correct?

11      A   They were tested to see if people

12  understood and could answer the question and what

13  the relative data quality of the different

14  questions was.  The experiment was against the

15  different questions.

16      Q   Is it possible to test a survey -- so --

17      A   We could have tested two versions of a

18  citizenship question --

19      Q   And the census --

20      A   -- that might have been informative, but

21  not whether a, you know, citizenship question

22  versus no citizenship question.

Page 225

1       Q      Why couldn't you have tested that?

2       A      What?

3       Q      Why could -- a citizenship question

4   versus a non- -- no citizenship question?

5       A      I think -- I just argued that.  Without

6   doing it in decennial, we won't know what

7   that -- in that context.

8       Q      So just to make sure I understand.  It's

9   your position that we can't know how the

10  citizenship question performs on the census until

11  you have a census?

12          MS. BAILEY:  Objection.  Mischaracterizes

13  prior testimony.

14  BY MS. GOLDSTEIN:

15      Q      Is that a fair summary?

16      A      So that in -- in the 2020 census, the

17  environment will be radically anything that we can

18  mimic in a test.

19      Q      Which is always the case for the

20  decennial?

21      A      Which is always the case.

22          MS. GOLDSTEIN:  Why don't we take a break

1      A    Uh-huh.

2      Q    I'm sorry?

3      A    Yes.

4      Q    And if we look at F, explore nonfederal

5  surveys for research on the impact of citizenship

6  questions on survey response rates, do know you if

7  the Census Bureau has done that?

8      A    I -- I don't know.

9      Q    And, again, would Ms. Battle be the

10  person who knows this?

11      A    Yes.

12      Q    Anyone else?

13      A    Well, members of her team.

14      Q    Sure.  And what would nonfederal surveys

15  for research on the impact of citizenship

16  questions on survey response rates tell us?

17      A    Same thing that E would, what other

18  people have experienced.

19      Q    And let's look at G, conduct a

20  National Content Test with a split sample where

21  half the respondents received the citizenship

22  question and half do not.  Comparing the response

Page 235

1    rates across the two groups would be the primary

2    way to test the impact of the citizenship question

3    on survey response rates.

4          Has this sort of test been run for the

5    citizenship question?                    401/403

6      A    It has not, as far as I know.

7      Q    And do you agree that this methodology

8    set forth in Subparagraph G would be a way to test

9    the impact of the citizenship question on survey

10   response rates?

11         MS. BAILEY:  Objection.  Form.

12         THE WITNESS:  It -- yes.  It could be.

13   BY MS. GOLDSTEIN:

14     Q    Do you know of any plans to test the

15   citizenship question in this form?

16     A    No, I do not.

17     Q    I'll take that back.  Thank you.

18          Part of your job, Dr. Jarmin, is to

19   appoint people to advisory committees; is that

20   correct?

21     A    Yes.

22     Q    And what is the role of advisory

Page 236

```
 1    committees in the decennial census?

 2            MS. BAILEY:  Objection.  Vague.

 3            THE WITNESS:  So advisory committees,

 4    largely, are to give advise on various

 5    Census Bureau methods and operations, how Census

 6    can reach out to various communities to do our

 7    job.

 8    BY MS. GOLDSTEIN:

 9        Q   Why does the Census Bureau have advisory

10    committees?

11        A   Well, I think we try to be, generally,

12    transparent in how we do our business.  The

13    advisory committees are one way of achieving that.

14        Q   How many advisory committees does the

15    Census Bureau have that are involved in the

16    decennial census?

17        A   Two.                        401/403

18        Q   What are those two?

19        A   The National Advisory Committee and the

20    Census Scientific Advisory Committee.

21        Q   Can you tell me what the responsibilities

22    of the National Advisory Committee are?
```

1      A    So National Advisory Committee is largely

2    made up of stakeholder -- representative

3    stakeholder groups, largely from hard-to-count

4    communities to advise us on how to properly reach

5    out to be able to make sure those communities are

6    counted.                          401/403

7      Q    And the Census Scien- -- the Census

8    Scientific Advisory Committee, what is that?

9      A    Sort of all scientific methodology

10   matters across the Bureau.

11     Q    So can you talk to me about how the

12   National Advisory Committee is typically involved

13   in the decennial census process?

14     A    So -- well, we have, you know, two

15   meetings a year, and, you know, they've been kept

16   apprised of all the planning and development of

17   the 2020 design throughout the decade.  So, you

18   know, been able to comment on it all along.

19     Q    When you say they've been kept apprised

20   of the 2020 design, what do you mean?

21     A    Of how we're going to do the 2020 census.

22     Q    When was, if at all, was the

1   National Advisory Committee notified of the

2   citizenship question?

3       A    So I believe when it became public, that

4   the request from Art Gary had come in.

5       Q    Is the National Advisory Committee

6   typically consulted by Census Bureau before the

7   Census Bureau makes decisions --

8           MS. BAILEY:   Objection.   Vague.

9   BY MS. GOLDSTEIN:

401/403

10      Q    -- regarding the decennial census?

11      A    With a subset of decisions.

12      Q    What kind --

13      A    We can't consult them on every decision

14  we make on a huge program like the census --

15      Q    Of course.

16      A    -- but generically, they're kept apprised

17  of our plans and in a timely input, that they

18  could have input on ultimate decisions.

19      Q    And why is it important for the

20  National Advisory Committee to have input on these

21  decisions?

22      A    We think that it helps us do a better

1   census.

2       Q    And you just distinguished between some

3   decisions that you're not able to keep the

4   National Advisory Committee in the loop for and

5   some that you are.
                                401/403
6       A    Right.

7       Q    Can you explain the kinds of decision

8   that the National Advisory Committee is brought

9   into the loop on?

10      A    So they were brought in, you know, on our

11  basic, you know, multimode collection strategy.

12  They're -- they have some input on our

13  communications and outreach program that's been

14  particularly interesting to them.   They were

15  apprised of the National Content Test and other

16  sort of mid-decade testing activities.

17      Q    Is it fair to say that the

18  National Advisory Committee is involved in the

19  bigger decisions of the Census Bureau with respect

20  to the decennial census?

21      A    Generally, yeah.

22      Q    Okay.   And is there a specific mechanism

Page 240

1   for the --

2        A     So can I go back?

3        Q     Absolutely.

4        A     They have input on -- let's be clear.

5   They are not involved in any decision-making

6   processes.

7        Q     So that's what I'm curious about.   How --

8   what's the process for the National Advisory

9   Committee to give input, and how does that get

10  back to the Census?                          401/403

11       A     So there's --

12             MS. BAILEY:   Objection.   Compound.

13             THE WITNESS:   There's a formal way that

14  all the advisory committees, CSAC and NAC, after

15  each meeting, they give written recommendations to

16  the Bureau.

17  BY MS. GOLDSTEIN:

18       Q     What form do those recommendations take

19  place?

20       A     What do you mean, what form?   They're

21  written.

22       Q     It's like a memo?

1      A    Yeah.

2      Q    Who does it go to?

3      A    The director.

4      Q    Who is you, right now?

5      A    And then, you know, disbursed to various

6   parts of the Bureau for response and action.

7      Q    And typically, when you get a memo from

8   NAC or CSAC, what is your process for dealing with

9   it?                        401/403

10          MS. BAILEY:  Objection.  Vague.

11          THE WITNESS:  So we have a relatively

12   formal process by which it gets disseminated to

13   the various subject matter experts that need to

14   weigh in on it, and then responses are drafted

15   and, you know, it's all, you know, delivered back

16   to NAC or CSAC, whichever the case may be.

17   BY MS. GOLDSTEIN:

18      Q    And it's the same for NAC and CSAC?

19          What's the timeline for delivering back

20   to the NAC?

21      A    So we usually try do it as quickly as

22   possible, but sometimes some of these things take,

Page 242

1   you know, some time to sort through.  But

2   certainly before the next meeting.

3       Q   Does the NAC play any role in changing or

4   adding questions to the census?

5       A   When we've contemplated changes, they've

6   weighed in on that, but they don't play a role

7   in -- I mean, they can suggest, like anybody else

8   can, but they don't have a -- they don't have any

9   more formal role than anybody else does in that

10  regard.                          401/403

11      Q   Did the NAC weigh in on the proposed

12  changes to the race and ethnicity question?

13      A   I believe they did.  I was not an active

14  NAC meeting attendee at that time, but it's my

15  understanding that they -- that they weighed in on

16  that.

17      Q   Do you know how they weighed in?

18      A   You know, I think the NAC is a diverse

19  group of people.  Race and ethnicity questions are

20  something that never make everybody happy, so I

21  think there was lots of discussion amongst

22  different viewpoints of the NAC about what was the

Page 243

1    best approach to make.

2        Q    Did the NAC ultimately make a

3    recommendation?

4        A    I'd have to go back to see what their

5    recommendation was.

6        Q    You don't recall?                401/403

7        A    I don't recall.

8        Q    What about the MENA changes?

9        A    Yes.   That would be one of the

10   controversial issues that was discussed amongst

11   the NAC, so.

12       Q    For the record, can you just explain what

13   the proposed MENA changes were?

14       A    It was to add MENA as a separate category

15   on a combined race and ethnicity question.

16       Q    So when we talk about changes to the race

17   and ethnicity question, are the MENA changes part

18   of that conversation?

19       A    Yes.

20            MS. GOLDSTEIN:   Can we stamp this,

21   please?

22            I'm going to apologize.   These are not

Page 244

1    stamped.

2         (Plaintiffs' Exhibit 22, U.S. Department

3    of Commerce Census Bureau National Advisory

4    Committee on Racial, Ethnic and Other Populations

5    Charter, was marked.)                   401/403

6    BY MS. GOLDSTEIN:

7        Q    I'm showing what's been marked as

8    Plaintiffs' Exhibit 22.   It's titled U.S.

9    Department of Commerce Census Bureau National

10   Advisory Community on Race and Ethnicity and Other

11   Populations Charter.   It is a four-page document.

12         Do you recognize this document?

13       A    I'm not sure I've seen this or not.   It

14   looks like pretty standard -- standard boilerplate

15   for advisory committee charter.

16       Q    So you've seen charters like this before?

17       A    Yes.

18       Q    Okay.   And if we go to Section 3,

19   objectives and scope of activities, it states that

20   "The committee will advise the director of the

21   Census Bureau."

22         That's you, correct?

Page 245

1       A    Yep.

2       Q    "On the full range of economic housing,

3   demographic socioeconomic, linguistic,

4   technological, methodological, geographic,

5   behavioral and operational variables affecting the

6   cost accuracy and implementation of Census Bureau

7   programs and surveys, including the decennial

8   census."

9           Correct?                              401/403

10      A    Uh-huh.   Yes.

11      Q    And so this charter -- does the

12  citizenship question fall within this scope of

13  activities?

14          MS. BAILEY:   Objection.   Form.

15          THE WITNESS:   Yes, it would.

16  BY MS. GOLDSTEIN:

17      Q    If you go further down, it explains that

18  "The committee will address census policies,

19  research and methodology tests, operations,

20  communications/messaging and other activities to

21  ascertain the need -- ascertain needs and best

22  practices to improve Census's surveys, operations

Page 246

1    and programs."

2         Correct?

3    A    Correct.

4    Q    As part of this mandate, did the

5    NAC -- you've mentioned that the NAC weighed in on

6    the citizenship question, correct?

401/403

7    A    Yes, they did.

8    Q    And --

9    A    I was not in attendance at that meeting,

10   though, so.

11   Q    Other than the meeting that you've

12   referred to before, did the NAC weigh in, at all,

13   on the citizenship question?

14   A    Not that I know of.

15   Q    If you go to the next paragraph, it

16   mentions that the committee, the NAC, will review

17   and provide formal recommendations and feedback on

18   working papers, reports and other documents

19   related to the design and implementation of

20   Census Bureau programs and surveys, correct?

21   A    Yes.

22   Q    Did the NAC review any of the memos that

1    the Census Bureau prepared regarding the

2    citizenship question?

3        A    Not that I know of.

4        Q    Did you or anyone on your staff, to your

5    knowledge, provide the NAC with copies of those?

6        A    No.   What this refers to is the items

7    that are part of an agenda of a meeting.   There

8    was not an agenda of a meeting --

         401/403

9        Q    Okay.

10       A    -- in that early 2018 time frame, so.

11       Q    When were the meetings for the NAC?

12       A    I think the NAC meeting was June, if I'm

13   not mistaken.

14       Q    And then there would be a second one?

15       A    You know, late in December.

16       Q    Did the NAC provide any formal

17   recommendations or feedback on the citizenship

18   question?

19       A    I mean, they certainly have not read the

20   recommendation, the -- or at least I don't recall

21   reading the recommendation on this.   They

22   certainly verbally and have PowerPoint slides in

1    relationship to this, so.

2         Q    Is there a process by which the

3    Census Bureau formally reaches out to ask for the

4    NAC's advice?

5         A    So --

6         Q    Is that what you described before?

7         A    So -- so we have a group that's in charge

8    of the -- the advisory committees.   They meet with

9    the chair and sometimes other parts of the

10   committee to discuss upcoming meetings and ongoing

11   response to recommendations, and so there's

12   relatively regular communications between our

13   staff and the committees.          401/403

14        Q    And who is the group that's in charge of

15   the NAC?

16        A    So they're in our communications area,

17   so.

18        Q    Who is that?

19        A    Tara Dunlop Jackson.

20        Q    Anyone else?

21        A    She's the person in charge.

22        Q    And is that also for the CSAC?

Page 249

1       A    CSAC, yep.   And the FESAC.

2       Q    What is the FESAC?

3       A    The Federal Economic Statistics Advisory

4    Committee.

5       Q    So can I have that one back?

6            (Plaintiffs' Exhibit 22, Email, was

7    marked.)                    401/403

8    BY MS. GOLDSTEIN:

9       Q    Did you see the PowerPoint presentation

10   that the NAC prepared that you referred to

11   earlier?

12           MS. BAILEY:   Objection.   Vague.

13           THE WITNESS:   Are you referring to the

14   one by Arturo Vargas?

15   BY MS. GOLDSTEIN:

16      Q    Yes.

17      A    Yes.

18           (Plaintiffs' Exhibit 23, Emails, was

19   marked.)

20   BY MS. GOLDSTEIN:

21      Q    I'm showing what has been marked as

22   Plaintiffs' Exhibit 23.   It is an email chain

Page 250

1    Bates-stamped 8630, 8631.  Do you recognize this

2    document?

3        A    I think so, yeah.

4        Q    What is this?

5        A    So I think we were referring back to

6    their recommendations.

7        Q    What were the NAC's recommendations with

8    respect to the citizenship question?

9        A    To not ask it.                401/403/802

10       Q    After the NAC made the recommendation to

11   not ask the citizenship question, what was the

12   Census Bureau's next steps in response to that

13   recommendation?

14       A    I'm sure we're working on the response.

15   Say, you know, decision's been made, as was

16   communicated in the meeting.

17       Q    Has that response gone out yet?

18       A    No.  I don't know.

19       Q    Who would know?

20       A    Tara.

21       Q    So in this email, it states towards the

22   very bottom on 8630 that, "The committee believes

Page 251

1   the situation is so dire that it considers it a

2   crisis and requires the immediate attention of the

3   U.S. Secretary of Commerce and the Acting Deputy

4   Secretary of Commerce."

5          Did the NAC ever have any direct

6   communications or meetings with the U.S. Secretary

7   of Commerce?

8          MS. BAILEY:   Objection.   Foundation.

9          (Thereupon, the court reporter

10  clarified.)

11         THE WITNESS:   So I don't believe that the

12  NAC as a committee has.              401/403

13  BY MS. GOLDSTEIN:

14     Q   Okay.

15     A   It's my understanding that Arturo was one

16  of the people that the Secretary spoke to.

17     Q   Was there -- what was the result of this

18  email?

19     A   I don't know what you mean by that.

20     Q   So you mentioned that Arturo Vargas met

21  with Ross?

22     A   Prior to the decision.

Page 252

1        Q    Prior to the decision.

2             Do you know how, if at all, the NAC's

3   recommendation with respect to the citizenship

4   question was taken into account by the Commerce

5   Department?

6             MS. BAILEY:  Objection.  Form.

7             THE WITNESS:  I don't know.  I am pretty

8   sure that Arturo and the Secretary spoke and

9   Arturo had his opportunity to state his case to

10  the Secretary.                    401/403/802

11  BY MS. GOLDSTEIN:

12       Q    And other than that one meeting that

13  you've referred to, the NAC meeting, did the

14  Census Bureau have any additional meetings about

15  the citizenship question with NAC?

16            MS. BAILEY:  Objection.  Foundation.

17            THE WITNESS:  No.

18  BY MS. GOLDSTEIN:

19       Q    Other than the meeting that you've

20  described with the NAC, did the Census Bureau have

21  any meetings --

22       A    I'm sorry.

Page 253

1      Q    Go ahead.

2      A    I mean, so they're -- on other work,

3  there are ongoing discussions with the NAC and a

4  range of matters.   The NAC has subcommittees that

5  work with staff directly.

6      Q    Uh-huh.

7      A    You know, I'm sure in those meetings the

8  topic came up.

9      Q    What are those subcommittees where you

10 think the topic came up?

11     A    So I think there's -- you know, I can't

12 remember the names of the subcommittees, but

13 there's some that work on the ACS.   I think one

14 that's roughly on administrative records.   So

15 various sort of subtopics.   CSAC has them, as

16 well.                                   401/403

17     Q    And what is the CSAC's role?

18     A    Very similar.   I'm sure if you go back

19 and read the charter, it reads almost probably

20 exactly the same.

21          (Plaintiffs' Exhibit 24, U.S. Department

22 of Commerce Bureau of the Census Scientific

Page 254

1    Advisory Committee Charter, was marked.)

2    BY MS. GOLDSTEIN:

3        Q    I'm showing what has been marked as

4    Plaintiff's Exhibit 24.   It is the U.S. Census

5    Scientific Advisory Committee Charter.   Is this

6    the CSAC charter?

7        A    Yes.

8        Q    And this charter also provides that it

9    will provide formal review and feedback on

10   internal and external working papers, reports and

11   other documents related to the design and

12   implementation of census programs and surveys?

13       A    Yep.

14       Q    Did the CSAC provide any formal review of

15   the memos relating to the citizenship question?

16       A    No.

17       Q    Did the CSAC provide any feedback on any

18   of the memos relating to the citizenship question?

19       A    No.

20       Q    Why not?

21       A    Again, it was not part of an organized

22   agenda in the meeting where they were -- where

401/403

1   those -- this was something that happened in the

2   compressed time frame, and we didn't have the

3   normal period through which we could have these

4   sorts of engagements.

5       Q   Is it fair to say in the normal course,

6   when a change is proposed to the decennial census,

7   it's on a longer time frame?

8           MS. BAILEY:  Objection.  Speculation.

9           THE WITNESS:  I mean --

10  BY MS. GOLDSTEIN:

401/403

11      Q   For example, the --

12      A   No.

13      Q   -- race and ethnicity proposed changes?

14      A   Yes.  It was on a longer time schedule

15  that allowed more feedback from the advisory

16  committees.

17      Q   And typically, in the ordinary course,

18  when there is a proposed change to a question,

19  that proposed change is raised to the advisory

20  committees, correct?

21      A   If it's significant.

22      Q   So, typically, in the ordinary course,

Page 256

1    where there is a proposed significant change to

2    the census questionnaire, that proposed change is

3    raised to the advisory committees, correct?

4        A    Yes.

5        Q    Including the NAC?

6        A    Yes.

7        Q    And including the CSAC?

8        A    Correct.

9        Q    But that did not happen with the

10   citizenship question, correct?

                                           401/403

11       A    It did not.

12       Q    Because there wasn't time?

13       A    Because there wasn't time.

14       Q    Were there any other reasons why the

15   citizenship question was not raised to the

16   advisory committee?

17            MS. BAILEY:   Objection, speculation.

18            THE WITNESS:   No.

19            That timing was the primary issue, yeah.

20   BY MS. GOLDSTEIN:

21       Q    Were there any --

22       A    No.

1        Q        -- other issues?

2        A        Not that I know of.

3        Q        Okay.  Did CSAC, which is the

4   Census Scientific Advisory Committee, right?

5        A        Yes.

6        Q        Provide any feedback on the citizenship

7   question?

8        A        Yes, they did.

9        Q        What was their feedback on the

10   citizenship question?

11        A        So they had a short presentation about it

12   at the spring CSAC meeting where they argued

13   against it.                    401/403/802

14        Q        For what reasons?

15        A        For many of the normal reasons, the short

16   time frame.  They were concerned about it not

17   being tested.

18        Q    Has the Census Bureau responded to CSAC's

19   recommendation yet?

20        A    I think we have, but I'm not sure.  I'd

21   have to see if that's gone out or not.

22        Q    Who would know?

Page 259

1            I'd like to follow up on something you

2      said earlier.   I believe your testimony was that

3      it's difficult to simulate the decennial census

4      because it's unique.   Is that a fair

5      characterization?

6           A     Correct.

7           Q     Okay.   But, in fact, that the

8      Census Bureau does the multiyear testing program

9      to prepare for the census; is that correct?

10          A     That's correct.

11          Q     Do you know when that testing process

12     started?                              401/403

13          A     2013.

14          Q     So seven years in advance of the

15     decennial census, correct?

16          A     Correct.

17          Q     And from that testing, the Census Bureau

18     determines -- obtains various pieces of

19     information that are useful for development of the

20     2020 census?

21          A     Correct.

22          Q     For example, self-response rates?

Page 260

1    A    That's one thing that --

2    Q    Okay.

3    A    So a testing self-response rate is not

4  that indicative of a census self-response rate

5  because of the lack of advertising and --

6    Q    But, in fact, you do do tests to

7  determine self-response rates in preparation for

8  the decennial census?

9    A    I don't think we did any tests whose

10  purpose it was to determine what the self-response

11  rate was.

12    Q    Do you also use these tests to determine

13  or to obtain information about nonresponse

14  follow-up procedures?              401/403

15    A    About procedures, yes.

16    Q    And about the use of administrative

17  records?

18    A    And about -- yes.

19    Q    And about the use of data capture systems

20  or the functionality of the those systems?

21    A    Correct.

22    Q    How about for language support

Page 261

1   systems --

2           (Conference call interruption.)

3           THE WITNESS:  Okay.  All right.  Please

4   say the question again.                    401/403

5   BY MR. TILAK:

6       Q    And how about language support systems or

7   translations services?

8           MS. BAILEY:  Objection.  Vague.

9           THE WITNESS:  So there was some stuff

10  done with language, yes.

11  BY MR. TILAK:

12      Q    So in short, this multiyear testing

13  program does provide meaningful information that

14  the Census Bureau uses to prepare for the 2020

15  census?

16      A    Yes.

17      Q    Did you do any tests where the sole

18  purpose was not self-response rates but one of the

19  items that was looked at was self-response rates?

20          MS. BAILEY:  Objection.  Form.

21          THE WITNESS:  So we always look at the

22  self-response rate as a matter of course.

Page 265

1    that's not necessarily the rule.

2        Q    It's not a prerequisite to be hired as a

3    decennial census enumerator?

4        A    Not if you're going to try to hire

5    hundreds of thousands of people, it's not.

6        Q    Earlier today you mentioned the concept

7    of a hard-to-count population.  What is a

8    hard-to-count population?

9        A    So there are certain subpopulations that

10   are lower self-response rates.  You know, recent

11   immigrants, you know, people in poverty, you know,

12   folks on tribal lands.                401/403

13       Q    How about noncitizen?

14           MS. BAILEY:  Objection.  Vague.

15           THE WITNESS:  Noncitizen, their recent

16   immigrants would be included in that.

17   BY MR. TILAK:

18       Q    How about households with limited English

19   proficiency, are they considered --

20       A    Yes.

21       Q    -- considered a hard-to-count population?

22       A    Yes.

Page 266

1      Q    In general, isn't it the case that more

2  nonresponse follow-up is needed for hard-to-count

3  populations compared to the population at large?

                                401/403

4      A    Yes.

5      Q    Now, for the 2020 census, what is the

6  maximum number of times that an enumerator will

7  visit a household that has not self-responded?

8      A    I think, by design, six times.

9      Q    And six is not the number at which the

10  Census Bureau expects every household to have

11  responded, correct?

12          MS. BAILEY:   Objection.   Vague.

13          THE WITNESS:   So most households that

14  respond to NRFU will respond before six visits.

15  It's just some households are harder to get than

16  others.

17  BY MR. TILAK:

18      Q    Sir, so after six visits, some households

19  may still not have responded?              401/403

20      A    Correct.

21      Q    And as compared to the U.S. population as

22  a whole, is it more likely that hard-to-count

Page 267

1    populations would still not be counted after those

2    maximum of six visits?

401/403

3         MS. BAILEY:  Objection.  Form.

4         THE WITNESS:  It is.  Hard-to-count

5    populations will have a higher proportion in the

6    higher count of NRFU visits.

7    BY MR. TILAK:

8         Q   And would they also have a higher

9    proportion in the amount of people who have not

10   been enumerated after the maximum of NRFU visits?

11        MS. BAILEY:  Objection.  Form.

12        THE WITNESS:  That's actually more

13   difficult to say.

14   BY MR. TILAK:

15        Q   Are you aware of any studies assessing

16   that question?

17        A   I know that imputation rates are slightly

18   higher, but it's hard to -- you know, the -- what

19   happens at the end of NRFU is -- is -- you know,

20   we seek proxy responses and that sort of thing, as

21   well.  So proxy rates are definitely higher

22   for hard-to-count communities.

Page 268

1       Q     And are proxy rates -- are proxies sought

2   for households that do not respond to nonresponse

3   follow-up?

4       A     Yes.

5       Q     Are they sought in any other circumstance

6   in the context of the decennial census?

7       A     If we received a response, we wouldn't

8   use a proxy response.

9       Q     So the only time you would use a proxy

10  response is if a household didn't respond in NRFU?

11      A     Yes.

12      Q     Now, the maximum of six visits, is that

13  set, in part, based on budgetary and staffing

14  considerations?

15      A     Yes.

16      Q     Because the census has a limited staff?

17      A     Yes.

18      Q     And limited budget?

19      A     And a limited budget --

20      Q     Budget?

21      A     -- and a limited schedule.

22      Q     And we just mentioned proxies.  Who

Page 269

1   qualifies as a proxy for a nonresponding

2   household?

3       A   I don't understand the --

4       Q   Is it neighbors or landlords --

5       A   So you're asking who could give a proxy

6   response for --

7       Q   Right.

8       A   Typically, neighbors or other -- you

9   know, neighbors, sometimes maybe a postal worker.

10  You know, somebody with direct knowledge of the

11  number of people living in that house.

12      Q   How does the Census Bureau go about

13  identifying who has this knowledge, minimum

14  knowledge --

15          MS. BAILEY:  Objection.  Vague.

16          THE WITNESS:  So there are procedures and

17  NRFU training about what to do.  And, you know,

18  obviously, asking a neighbor is the key.

19  BY MR. TILAK:

20      Q   For the 2020 census, is there a maximum

21  number of proxy visits?

22      A   So we try -- if we haven't found anybody

Page 270

1    by four or five, we start looking for a proxy

2    then.

3         Q    Is there a point in which you stop

4    looking for a proxy?

5         A    So, you know, the design is to stop at

6    six.

7         Q    And it's possible that after six visits,

8    you haven't gotten the response in nonresponse

9    follow-up and you also haven't gotten the response

10   in proxy; is that right?

11        A    That is true, yes.

12        Q    And is that the situation -- where you

13   haven't gotten the response in nonresponse

14   follow-up or proxy, is that a situation where you

15   would apply imputation?

16        A    Yes.

17        Q    And I think you mentioned this earlier,

18   but compared to the U.S. population generally, are

19   proxy rates for hard-to-count populations higher?

20        A    Yes.

21        Q    Are administrative records another way

22   that the Census Bureau can use to enumerate a

Page 271

1    household that has not self-responded?

2        A    Yes.

3        Q    And to determine the number of people who

4    live in a household, what administrative records

5    does the Census Bureau look at?

6        A    So a variety of administrative records.

7    So, importantly, you know, income tax returns,

8    other government administrative records from

9    Social Security or -- or various, you know,

10   assistance programs, SNAP or -- but also using

11   other information like, you know, whether the mail

12   is being delivered to the house at the current

13   time and that sort of stuff.

14            It's actually a pretty small share of

15   the -- you know, it's only like 4 percent of the

16   households can be enumerated that way, where we

17   have high -- high-quality records that are very

18   stable over a period of time.

19       Q    So the ability to use administrative

20   records applies to a fairly small portion of the

21   population; is that correct?

                                        401/403

22       A    Of the NRFU population, yes.

Page 272

1      Q    Of the NRFU population.

2           Compared to the U.S. population at large,

3    is the -- can administrative records be used to

4    enumerate hard-to-count populations at a smaller

5    rate than the U.S. population at large?          401/403

6           MS. BAILEY:   Objection.   Form.

7           THE WITNESS:   That is the case.

8    BY MR. TILAK:

9      Q    Is whole person imputation a mechanism

10   that the Census Bureau uses to enumerate

11   households that have failed to self-respond?

12     A    And failed -- non- -- didn't respond in

13   nonresponse follow-up.

14     Q    Does the Census Bureau try to obtain a

15   proxy response before resorting to --

16     A    Yes.

17     Q    -- whole person imputation?

18     A    Yes.

19     Q    And briefly, what is whole person

20   imputation?                                       401/403

21     A    It's when the count in the house is

22   imputed and their characteristics are imputed.

Page 273

1    Q    How is that done?

2    A    Using neighborhood characteristics

                                                        401/403

3    and -- so --

4    Q    Where does the Census -- sorry.   Finish

5    your answer.

6    A    From the other people that have

7    responded.

8    Q    From what sources does the Census Bureau

9    determine the neighborhood characteristics that it

10   then uses to impute to the households?

11   A    So from the ACS, from administrative

12   records, but also, really important here, from the

13   other responses to the Census.

14   Q    Now, besides NRFU and proxy responses and

15   administrative records and whole person

16   imputations, are there any other methods that the

17   Census Bureau can use to enumerate a household

18   that fails to self-respond?

19   A    That's pretty much it.

20   Q    That's the whole list.

21        If there is a decline in the

22   self-response for a subpopulation within the U.S.

Page 274

1   population, is it your understanding that this

2   will be associated with an increase in the net

3   undercount of that population?

4       A    That's not necessarily the case.   It

5   would be an increase in the NRFU workload for that

6   population.

7       Q    And so if there's a decline in      401/403

8   self-response, then the NRFU workload would be

9   increased, correct?

10      A    Yes.

11      Q    Are you aware of any studies that have

12  analyzed the relationship between a decline in

13  self-response in a particular subpopulation and

14  the net undercount for that subpopulation?

15      A    I'm not familiar with any.   That doesn't

16  mean they don't exist, so -- again, this is -- I'm

17  an economist, not a demographer.

18      Q    Do you know who would be the right person

19  to ask about this at the Census Bureau?

20      A    Karen Battle I would start with.   Or I

21  would add -- no.   Karen is a good person.

22      Q    And if there's a decline in the

PL obj (274:22 to 275:19), FRE 701 to 705

Page 275

1   self-response for a hard-to-count population,

2   would that be associated with the net undercount

3   for that hard-to-count population?

4       A    Again, not necessarily.   It means that we

5   would have a higher NRFU workload for that

6   population, and we may capture all of those folks

7   being NRFU.

8       Q    So the net undercount would be avoided if

9   the NRFU procedures were as effective for that

10  hard-to-count population as for the population at

11  large; is that a fair statement?

12      A    Or as is -- as good as they were for that

13  subpopulation before.

14      Q    Could you explain that?

15      A    Well, you know, you're trying to

16  enumerate this subpopulation, so if only the

17  self-response is now at issue but NRFU is not an

18  issue, you should be able to pick everybody else

19  up with NRFU, so.

20      Q    Now, you testified earlier about the

21  memos that Dr. Abowd prepared on January 19th and

22  March of 2018.  Was it your testimony that you

```
                                            Page 278

 1       A    No.
 2       Q    So you would agree that the
 3  inclusion -- or the citizenship question could
 4  potentially be much more burdensome and would lead
 5  to a larger decline in self-response for
 6  noncitizen households?
 7       A    Correct.
 8       Q    And noncitizen households here are any
 9  households with at least one noncitizen?
10       A    Correct.
11       Q    And then if we could turn to Exhibit 16,
12  which I believe is the March 2018 memo, starting
13  Bates was 0009812, I believe.
14       A    I don't have it.
15            Thank you.  This is the questions.  It's
16  not the -- you're looking for the Secretary's
17  memo?
18       Q    Correct.  Yes.  I apologize for that
19  confusion.
20            If I can direct you to Bates ending on
21  15, the last full paragraph that starts, "how
22  might inclusion."
```

Page 279

1      A    Uh-huh.

2      Q    Halfway through that paragraph,

3   "Inclusion of a citizenship question on the 2020

4   census questionnaire is very likely to reduce the

5   self-response rate pushing more households into

6   NRFU."

7          Do you agree with that statement?

8      A    Yes.

9      Q    And then the last statement in that -- or

10  the second to last sentence in that paragraph,

11  "Those refusing to self-respond to the citizen

12  question are particularly likely to refuse to

13  respond in NRFU, as well, resulting in a proxy

14  response."

15     A    Uh-huh.

16     Q    Do you agree with that statement?

17     A    Yes.

18     Q    So would it be fair to say between these

19  two memos, that it is likely that a citizenship

20  question will lead to a decline in self-response

21  among noncitizen households?

22     A    That's what the analysis predicted, yes.

Page 280

1     Q    And then these noncitizen households who

2   did not respond because of the citizenship

3   question were particularly likely to refuse to

4   respond in NRFU, as well?

5     A    Yes.

6     Q    And that would result in a proxy

7   response?

8     A    Correct.

9     Q    In evaluating the citizenship question,

10  did anyone at the Bureau look at the efficacy of

11  non-response follow-up procedures for noncitizen

12  households in comparison to other segments of the

13  population?

14    A    Not in -- I don't think that was -- we

15  have other things that look at efficacy of NRFU

16  procedures.   That was not done as part of this

17  analysis.

18    Q    Apart from this analysis, was any study

19  of the efficacy of nonresponse follow-up

20  procedures for noncitizen households compared to

21  other parts of the population done at the

22  Census Bureau?

1       A    So I'm not sure if there -- I'd have to

2    go back and see if there was really a study that

3    had that as its goal, but analyzing the -- you

4    know, procedures and how well, you know, our

5    instruments work and stuff like that was,

6    obviously, a big part of the '18 test, so --

7       Q    But you're not aware of a study that

8    focused specifically on looking at efficacy for

9    the noncitizen --

10      A    No.

11      Q    -- households --

12      A    No.

13      Q    And you said that was tested in the

14   end-to-end test?

15      A    NRFU procedures were, yes.

16      Q    And the end-to-end test did not contain

17   the citizenship question, correct?

18      A    Correct.

19      Q    Did anyone at the Bureau evaluate the

20   efficacy of nonresponse follow-up procedures for

21   Hispanic households or households with limited

22   English proficiency as compared to the general

                                                     Page 282

1    U.S. population?

2         A    So, again, you know, the answer there is

3    the same.   We do try to have in-language people as

4    enumerators.   So there's often an after-event    401/403

5    analysis of how well that seems to work, so.

6         Q    But you're not aware of any specific test

7    that targeted that question?

8         A    No, not -- not specifically.

9         Q    How about -- did the Bureau evaluate the

10   efficacy of nonresponse follow-up procedures based

11   on census tract or based on state?

12        A    On census or state?

13        Q    Yes.

14        A    I mean, obviously, we look at -- we look

15   at things by the characteristics of different

16   units of geography, but, you know, I'm not sure

17   what you mean by -- what -- what specifically are

18   you trying to get at here?

19        Q    Are there any tests that look at whether

20   certain census tracts are harder to enumerate

21   through nonresponse follow-up procedures than

22   other citizen tracts?

1      A    So, I mean, we already -- we already know

2    that, to some degree, because we know that those

3    tracts are made up of higher proportions of

4    hard-to-count populations, so that's -- I don't

5    know what the test is that you're looking for

6    here.  So --

7      Q    And then you mentioned for these

8    noncitizen households that are likely to not

9    self-respond and then will refuse to answer in

10   NRFU, that a proxy response would be required.  In

11   evaluating the citizenship question, did the

12   Bureau consider whether -- consider the

13   availability of proxies -- let me rephrase.

14          In evaluating the citizenship question,

15   did anyone at the Bureau consider whether the

16   availability of proxy was the same for noncitizen

17   households as for other parts of the U.S.

18   population?

19      A    Not that I know of.

20      Q    How about for Hispanic households or

21   households with limited English proficiencies?

22      A    Yeah.  I don't think we've broken

Page 284

1   that -- I mean, neighbors are neighbors, so.

2        Q    And has the Bureau done any analysis of

3   the availability of proxies that's broken down by

4   census tract or by state?          401/403

5        A    No.

6        Q    Has any analysis been done by the Bureau

7   on the willingness of proxies to respond for

8   noncitizen households versus the U.S. population

9   at large?

10       A    Not that I know of.

11       Q    The same question with respect to proxies

12  for Hispanic households or households with limited

13  English proficiency.

14       A    No.

15       Q    If proxies were less available for

16  noncitizen households, then fewer of these

17  noncitizen households that did not respond to NRFU

18  would be enumerated through proxies, correct?

19            MS. BAILEY:   Objection.   Calls for

20  speculation.

21            THE WITNESS:   Presumably.

22  BY MR. TILAK:

1     Q    We already briefly discussed
2   administrative records.   In evaluating the
3   citizenship question, did anyone at the Bureau
4   consider the differential quality or availability
5   of administrative records for noncitizen
6   households as compared to the U.S. population?
7          MS. BAILEY:   Objection.   Form.
8          THE WITNESS:   Yeah.   That was analyzed in
9   2010.
10  BY MR. TILAK:
11    Q    What test was that analyzed in?
12    A    I believe it was called the census 2010
13  match study.
14    Q    What was the impetus for that test?
15    A    It was one of the regular tests we ran as
16  part of the 2010 program.
17    Q    Briefly, what were the findings of that
18  study?
19    A    So the study basically documented how
20  well we could match census responses, including
21  NRFU and proxy responses, to administrative
22  records.

401/403

1    Q    And did that study also look at the
2   availability of administrative records for
3   Hispanic households --
4    A    That --
5    Q    -- and households of --
6    A    That --
7    Q    -- limited English --
8    A    That would --
9    Q    -- proficiency?
10    A    -- so it was able to demonstrate that
11   hard-to-count populations had lower-quality
12   administrative records.
13            (Thereupon, reporter requested to speak
14   one at a time.)
15   BY MR. TILAK:
16    Q    And when you say lower-quality
17   administrative records, that means that the
18   administrative records could be used to enumerate
19   those households less of the time?
20    A    Correct.
21    Q    Now, with respect to whole person
22   imputation, in evaluating the citizenship

Page 287

1   question, did anyone evaluate whether whole person

2   imputation was less accurate for households with

3   noncitizen as opposed to the population at large?

4       A    I'm not sure that that -- that's been

5   done.  I imagine it probably would be, but I don't

6   know what study that is.

7       Q    You haven't seen any study that looks at

8   this question?                               401/403

9       A    I don't recall seeing it, no.

10      Q    Has anyone evaluated the accuracy of

11  whole person imputation for Hispanic or households

12  with limited English proficiency compared to the

13  population at --

14      A    Same.

15      Q    -- large?

16      A    Same.

17           My guess is there's a study out there,

18  I'm just not familiar with it.

19      Q    Was any such study, to your knowledge,

20  part of the review of the citizen question in

21  preparation for the decennial --

22      A    No.

Page 288

1       Q    -- census?

2            Did anyone evaluate the accuracy of whole

3   person imputation based on census tract or state?

4       A    I -- I don't know, but that would have

5   been done, probably, in a post-enumeration survey

6   type thing.  Would not have been able to evaluate

7   it by state, so.

8       Q    And by post-enumeration survey, what do

9   you mean by that?

10      A    So that's something we do afterwards to

11  assess the quality of the census.

12      Q    So the last time that that would have

13  been done would have been after the 2010 census?

14      A    2010, yes.

15      Q    Do you know if any such survey was used

16  in preparations for this 2020 census?

17      A    So you can only do a post-enumeration

18  survey after you do a census.  So we did use those

19  results to inform our plans and procedures for

20  2020.

21      Q    Are you aware of any specific calculation

22  of the additional costs that would be incurred to