November 8, 2018

The Honorable Jesse M. Furman
Thurgood Marshall U.S. Courthouse
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      RE:    Plaintiffs' Status Report in *State of New York, et al. v. U.S. Dep't of Commerce, et al.,* 18-CV-2921 (JMF).

Dear Judge Furman,

    Pursuant to Paragraph 1(A) of this Court's Individual Rules and Practices, Plaintiffs submit this letter to update the Court regarding the parties' discussions of Plaintiffs' trial exhibits.

    *1.* Following is a list of exhibits not already entered into evidence and to which Defendants have advised that they no longer object:

| | | |
|---|---|---|
| PX-9 | PX-283 | PX-429 to PX-431 |
| PX-183 | PX-294 | PX-463 |
| PX-186 | PX-297 to PX-303 | PX-480 |
| PX-221 | PX-306 to PX-307 | PX-489 |
| PX-256 to PX-257 | PX-332 | PX-491 to PX-494 |
| PX-261 | PX-371 | PX-504 |
| PX-263 to PX-264 | PX-381 | PX-511 |
| PX-268 | PX-404 to PX-405 | PX-515 |
| PX-271 | PX-409 | PX-663 to PX-664 |
| PX-274 to PX-281 | PX-411 | |

Plaintiffs will move these exhibits into the record when trial convenes tomorrow.

    *2.* Defendants continue to object to the following exhibits on the grounds of Rule 401 relevance and Rule 403 cumulativeness only:  PX-192 to PX-195, PX-296, PX-333, PX-479, and PX-530.  Plaintiffs believe the admissibility of these exhibits can be readily addressed and we will raise with the Court at the Court's convenience.

    *3.* Plaintiffs withdraw the following exhibits:  PX-166, PX-305, PX-336, PX-339, PX-356, PX-381, PX-516.  (As noted at Docket No. 478, Plaintiffs earlier withdrew PX-308, PX-310, PX-391, PX-415, PX-451, and PX-520.)

                                        Respectfully submitted,

                                        BARBARA D. UNDERWOOD
                                      *Attorney General of the State of New York*

By: */s/ Matthew Colangelo*
Matthew Colangelo, *Executive Deputy Attorney General*
Elena Goldstein, *Senior Trial Counsel*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov

Attorneys for the *State of New York* Plaintiffs


ARNOLD & PORTER KAYE SCHOLER LLP
AMERICAN CIVIL LIBERTIES UNION

By: */s/ John A. Freedman*

| | |
|---|---|
| Dale Ho<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>(212) 549-2693<br>dho@aclu.org | Andrew Bauer<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>(212) 836-7669<br>Andrew.Bauer@arnoldporter.com |
| Sarah Brannon*<br>American Civil Liberties Union Foundation<br>915 15th Street, NW<br>Washington, DC 20005-2313<br>202-675-2337<br>sbrannon@aclu.org<br>* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).* | John A. Freedman<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001-3743<br>(202) 942-5000<br>John.Freedman@arnoldporter.com |

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

Attorneys for the *NYIC* Plaintiffs