IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | 18-CV-2921 (JMF) |
| NEW YORK IMMIGRATION COALITION, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et. al., <br><br> Defendants. | 18-CV-5025 (JMF) (Consolidated Case) |

**NOTICE OF FILING OF VIDEO EXCERPTS OF DEPOSITION DESIGNATIONS FOR JOHN GORE AND EARL COMSTOCK**

A link to video excerpts of the parties' designations of John Gore's deposition is available here: https://gorlm.box.com/s/ig9l3v8n4ivbrviv8be6v7x9y6ojfj4q.

A link to video excerpts of the parties' designations of Earl Comstock's deposition is available here: https://gorlm.box.com/s/gwdqyz476kbeksekvxpubqnv247eqmc7.

Plaintiffs have provided the Court with a flash drive containing the designated video excerpts of Mr. Gore's deposition. Plaintiffs can furnish the Court a flash drive containing the designated excerpts of Mr. Comstock's deposition in court on Tuesday, November 13.

Respectfully submitted,

By: /s/ Dale Ho

Dated: November 9, 2018

| | |
|---|---|
| Dale Ho | Andrew Bauer |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 125 Broad St. | 250 West 55th Street |
| New York, NY 10004 | New York, NY 10019-9710 |
| (212) 549-2693 | (212) 836-7669 |
| dho@aclu.org | Andrew.Bauer@arnoldporter.com |
| | |
| Sarah Brannon* | John A. Freedman |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 915 15th Street, NW | 601 Massachusetts Avenue, N.W. |
| Washington, DC 20005-2313 | Washington, DC 20001-3743 |
| 202-675-2337 | (202) 942-5000 |
| sbrannon@aclu.org | John.Freedman@arnoldporter.com |
| *Not admitted in the District of Columbia; practice limited per D.C. App. R. 49(c)(3).* | |

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

ARNOLD & PORTER KAYE SCHOLER LLP
AMERICAN CIVIL LIBERTIES UNION

Attorneys for the *NYIC* Plaintiffs

BARBARA D. UNDERWOOD
*Attorney General of the State of New York*

By: /s/ Matthew Colangelo
Matthew Colangelo, *Executive Deputy Attorney General*

Elena Goldstein, *Senior Trial Counsel*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov

Attorneys for the *State of New York* Plaintiffs