**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF COMMERCE, et al.,<br><br>        Defendants. | 18-CV-2921 (JMF) |
| ~~NEW YORK IMMIGRATION~~<br>~~COALITION, et al.,~~<br><br>        ~~Plaintiffs,~~<br><br>~~v.~~<br><br>~~UNITED STATES DEPARTMENT~~<br>~~OF COMMERCE, et al.,~~<br><br>        ~~Defendants.~~ | ~~18-CV-5025 (JMF) (Consolidated Case)~~ |

**JOINT STIPULATION REGARDING SCOPE OF ADMINISTRATIVE RECORD**

The parties hereby stipulate to the inclusion of the following materials in the Administrative Record in this case:

63.    The Administrative Record contains all documents produced by Defendants bearing Bates 000001 through 0013024.  These have been marked by plaintiffs as PX-1 through PX-14.  In addition, the Administrative Record includes the documents listed below:

    PX-17 to PX-153
    PX-155
    PX-158
    PX-167 to PX-173
    PX-175 to PX-181
    PX-183
    PX-185 to PX-186
    PX-188

        PX-190 to PX-191
        PX-285 to PX-286
        PX-315
        PX-357
        PX-372
        PX-490
        PX-523 to PX-524
        PX-537
        PX-542 to PX-558
        PX-565
        PX-568 to PX-603
        PX-605 to PX-622
        PX-656

Further, the parties agree that the exhibits listed in Paragraph 63 of the parties' joint stipulations above that have not already been admitted (PX-178, PX-181, PX-185, PX-188, PX-190, PX-191, PX-544, PX-614) may be admitted into evidence.

The parties are continuing to discuss the possibility of stipulating to the inclusion of additional materials in the Administrative Record, and Plaintiffs reserve the right to move that additional materials be considered part of the Administrative Record in this action.

Dated: November 11, 2018       Respectfully submitted,

BARBARA D. UNDERWOOD
*Attorney General of the State of New York*

SO ORDERED.

*[signature]*

November 13, 2018

By: */s/ Matthew Colangelo*
Matthew Colangelo, *Executive Deputy Attorney General*
Elena Goldstein, *Senior Trial Counsel*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov

Attorneys for the *State of New York* Plaintiffs

AMERICAN CIVIL LIBERTIES UNION
ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Dale Ho*

| | |
|---|---|
| Dale Ho<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>(212) 549-2693<br>dho@aclu.org | Andrew Bauer<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>(212) 836-7669<br>Andrew.Bauer@arnoldporter.com |
| Sarah Brannon*<br>American Civil Liberties Union Foundation<br>915 15th Street, NW<br>Washington, DC 20005-2313<br>202-675-2337<br>sbrannon@aclu.org<br>* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).* | John A. Freedman<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001-3743<br>(202) 942-5000<br>John.Freedman@arnoldporter.com |

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

Attorneys for the *NYIC* Plaintiffs

*Counsel for Defendants*

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Kate Bailey*
KATE BAILEY
GARRETT COYLE
STEPHEN EHRLICH
CAROL FEDERIGHI

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
(202) 514-9239
kate.bailey@usdoj.gov