UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et al.,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF COMMERCE, et al.,

        Defendants.

18-CV-2921 (JMF)

## SECOND JOINT STIPULATION REGARDING SCOPE OF ADMINISTRATIVE RECORD

The parties hereby stipulate to the addition of the following materials to the Administrative Record in this case:

64. In addition to the documents already designated, the Administrative Record includes the native Excel files contained at PX-16 (corresponding to the slipsheets at PX-4, AR 12128-12129, AR 12134-12138; and PX-13, AR 12869, AR 12964-12966), with the exception of the file named < noisy_7.csv >.

Plaintiffs reserve the right to move that additional materials be considered part of the Administrative Record in this action.

Dated: November 12, 2018

Respectfully submitted,

BARBARA D. UNDERWOOD
*Attorney General of the State of New York*

SO ORDERED.

[signature]

November 13, 2018

By: */s/ Matthew Colangelo*
Matthew Colangelo, *Executive Deputy Attorney General*
Elena Goldstein, *Senior Trial Counsel*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov

Attorneys for the *State of New York* Plaintiffs

AMERICAN CIVIL LIBERTIES UNION
ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ John Freedman*

Dale Ho
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 549-2693
dho@aclu.org

Andrew Bauer
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7669
Andrew.Bauer@arnoldporter.com

Sarah Brannon*
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005-2313
202-675-2337
sbrannon@aclu.org
* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

John A. Freedman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000
John.Freedman@arnoldporter.com

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

Attorneys for the *NYIC* Plaintiffs

*Counsel for Defendants*

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Carol Federighi*
CAROL FEDERIGHI
KATE BAILEY
GARRETT COYLE
STEPHEN EHRLICH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
(202) 514-9239