# EXHIBIT 2

**From:** Freedman, John A.
**Sent:** Monday, November 12, 2018 5:16 PM
**To:** Tomlinson, Martin M. (CIV); Wells, Carlotta (CIV); Gardner, Joshua E (CIV); 'Bailey, Kate (CIV)'
**Cc:** 'Colangelo, Matthew'; Goldstein, Elena; dale.ho@aclu.org; Gersch, David P.; zzz.External.SBrannon@aclu.org
**Subject:** New York v. DOC, 18-cv-2921

Counsel --

We are in receipt of your demonstratives for use tomorrow.

1. Please advise where the opinions and underlying facts for DDX-25 were disclosed in Dr. Abowd's September 21 expert disclosure?

2. Please advise where in the September 21 expert disclosure Dr. Abowd analyzed any of the analysis from the Mule memo (G-01)?

3. Please advise when you produced the "Abowd's calculations" referenced in the source line?

Thanks,

John


_____
John A. Freedman

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.5316
John.Freedman@arnoldporter.com | www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com