# EXHIBIT 3

**From:** Tomlinson, Martin M. (CIV) [mailto:Martin.M.Tomlinson@usdoj.gov]
**Sent:** Monday, November 12, 2018 8:47 PM
**To:** Colangelo, Matthew; Goldstein, Elena; Wood, Laura; Dale Ho; Sarah Brannon; Freedman, John A.; Gersch, David P.; Young, Dylan Scot; troy.strunkey@arnoldporter.com; Kelly M. Hernandez; Davin Rosborough
**Cc:** Wells, Carlotta (CIV); Gardner, Joshua E (CIV); Federighi, Carol (CIV); Bailey, Kate (CIV); Coyle, Garrett (CIV); Ehrlich, Stephen (CIV); Halainen, Daniel J. (CIV); Kopplin, Rebecca M. (CIV)
**Subject:** RE: Defendants' Demonstratives for Dr. John Abowd

Counsel:

Please find replacement versions of four of the Abowd demonstratives sent earlier. These have been updated to include the proper exhibit number in the citation, but should otherwise be unchanged.

### Martin M. Tomlinson

Trial Attorney | U.S. Department of Justice
Civil Division | Federal Programs Branch
P.O. Box 480; Ben Franklin Station
Washington, DC 20044
Phone: (202) 353-4556
Fax: (202) 616-8470

For overnight/courier deliveries:
Martin M. Tomlinson
Department of Justice
Federal Programs Branch, Room 12504
1100 L Street, N.W.
Washington, DC 20005

---

**From:** Tomlinson, Martin M. (CIV)
**Sent:** Monday, November 12, 2018 4:49 PM
**To:** Colangelo, Matthew <Matthew.Colangelo@ag.ny.gov>; Goldstein, Elena <Elena.Goldstein@ag.ny.gov>; Wood, Laura <Laura.Wood@ag.ny.gov>; Dale Ho <dho@aclu.org>; Sarah Brannon <sbrannon@aclu.org>; Freedman, John A. <John.Freedman@arnoldporter.com>; Gersch, David P. <David.Gersch@arnoldporter.com>; Young, Dylan Scot <Dylan.Young@arnoldporter.com>; troy.strunkey@arnoldporter.com; khernandez@aclu.org; Davin Rosborough <drosborough@aclu.org>
**Cc:** Wells, Carlotta (CIV) <CWells@CIV.USDOJ.GOV>; Gardner, Joshua E (CIV) <jgardner@CIV.USDOJ.GOV>; Federighi, Carol (CIV) <CFederig@CIV.USDOJ.GOV>; Bailey, Kate (CIV) <katbaile@CIV.USDOJ.GOV>; Coyle, Garrett (CIV) <gcoyle@CIV.USDOJ.GOV>; Ehrlich, Stephen (CIV) <sehrlich@CIV.USDOJ.GOV>; Halainen, Daniel J. (CIV)

1

<dhalaine@CIV.USDOJ.GOV>; Kopplin, Rebecca M. (CIV) <rkopplin@CIV.USDOJ.GOV>
**Subject:** Defendants' Demonstratives for Dr. John Abowd

Counsel:

Please find attached the demonstratives, designated as DDX-001 through DDX-025, that Defendants intend to use for Dr. Abowd's testimony.

## Martin M. Tomlinson

Trial Attorney | U.S. Department of Justice
Civil Division | Federal Programs Branch
P.O. Box 480; Ben Franklin Station
Washington, DC 20044
Phone: (202) 353-4556
Fax: (202) 616-8470

For overnight/courier deliveries:
Martin M. Tomlinson
Department of Justice
Federal Programs Branch, Room 12504
1100 L Street, N.W.
Washington, DC 20005