# EXHIBIT 5

Page 1

1           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
2

    - - - - - - - - - - - - - - - -x
3    NEW YORK IMMIGRATION           :
     COALITION, et al.,             :
4                                   :
        Plaintiffs,                 :
5                                   :  Case No.
        v.                          :
6                                   :  1:18-CF-05025-JMF
     UNITED STATES DEPARTMENT       :
7    OF COMMERCE, et al.,           :
                                    :
8       Defendants.                 :
    - - - - - - - - - - - - - - - -x
9                              Friday, October 12, 2018
                                        Washington, D.C.
10
11
12  Videotaped Deposition of:
13           JOHN  M. ABOWD, Ph.D.,
14  called for oral examination by counsel for the
15  Plaintiffs, pursuant to notice, at the law offices of
16  Arnold & Porter Kaye Scholer, LLP, 601 Massachusetts
17  Avenue, Northwest, Washington, D.C. 20001-3743,
18  before Christina S. Hotsko, RPR, CRR, of Veritext
19  Legal Solutions, a Notary Public in and for the
20  District of Columbia, beginning at 9:06 a.m., when
21  were present on behalf of the respective parties:
22

Dr. John M. Abowd, Ph.D.

Page 287

1  qualitative information that we have done after
2  many censuses, I know after all the recent ones,
3  to try to get a better idea in the hard-to-count
4  populations of what the issues were.
5      Q.  So the one acronym you used that I'm not
6  familiar with R&M.
7      A.  Oh, research and methodology.  That's the
8  directorate that I'm in charge of.  Sorry.
9      Q.  And who's the individual you were
10 referring to who just retired?
11     A.  Patricia Suerte.  I'm not sure I can
12 spell the last name, but I could correct it when
13 the transcript comes through.
14     Q.  Okay.  Shifting gears, if you want to go
15 back to your report, Exhibit -- I'm sorry, page 3,
16 Exhibit 1.  I want to ask just one more series of
17 questions about conclusion 2.
18         So with regard to the first sentence of
19 conclusion 2, why hasn't the Census Bureau
20 conducted a study to see if there's credible
21 quantitative evidence that the addition of a
22 citizenship question in the 2020 census would

1   increase the net undercount or increase
2   differential net undercounts for identifiable
3   subpopulations?
4           MS. WELLS:  Object to the form.
5           THE WITNESS:  Because we believe the
6   qualitative analysis that we've already produced
7   is sufficient to justify our recommendation not to
8   ask the question.
9   BY MR. FREEDMAN:
10      Q.   Has anybody within the Census Bureau
11  proposed doing that additional analysis to produce
12  credible qualitative evidence that the addition of
13  a citizenship question in the 2020 census will
14  increase the net undercount or increase the
15  differential net undercounts for identifiable
16  subpopulations?
17      A.   Yes.
18      Q.   Who?
19      A.   Me.
20      Q.   And what happened?
21      A.   Well, I had to do a feasibility study by
22  discussing it with the experts and determining

1   whether they had artifacts that might be useful
2   for that or, if not, whether the methods that we
3   are experienced in implementing for dual system
4   estimation could be used for that.
5           I consulted internal experts, including
6   the person I consider to be the world's biggest
7   expert on this, and they didn't think that we
8   could do it.
9       Q.  Is that still an open question, whether
10  you can do it?
11      A.  It's not an open question as to whether I
12  should devote staff research time to doing it.
13  I'd say it's an open question as to whether the
14  coverage measurement program could be used for
15  that purpose.  Yes.
16      Q.  So whose decision was it not to undertake
17  any analysis to see if the --
18      A.  So we don't make decisions like that,
19  like chain of command on things like that.  It was
20  within my scope of authority to assemble the team
21  to do that.  I would have had to pull most of them
22  off their current 2020 operations and divert them

1    from other research projects that are directly
2    related to other interests.
3            And as I've said, we didn't believe that
4    credible quantitative information about net
5    undercounts was necessary for our recommendation
6    to the Secretary or to defend our current
7    mitigation.
8            All of the components are going to be
9    affected.  And they could drive the net
10   undercounts way up or they could drive them way
11   down.  And I wish that I had a better assessment
12   of that, but it is my expert opinion that the
13   resources required to do that are better deployed
14   in making the 2020 census work.
15       Q.   In terms of the OMB clearance package,
16   who is responsible for approving the package to
17   send to OMB at the Census Bureau?
18       A.   So the responsibility for preparing it
19   lies with the program area that wants to do the
20   activity.  So the responsibility for preparing it
21   lies with the associate director for decennial
22   census.

1       CERTIFICATE OF NOTARY PUBLIC

2             I, CHRISTINA S. HOTSKO, the officer before

3    whom the foregoing deposition was taken, do hereby

4    certify that the witness whose testimony appears in

5    the foregoing deposition was duly sworn by me; that

6    the testimony of said witness was taken by me in

7    stenotypy and thereafter reduced to typewriting under

8    my direction; that said statement is a true record of

9    the proceedings; that I am neither counsel for,

10   related to, nor employed by any of the parties to the

11   action in which this statement was taken; and,

12   further, that I am not a relative or employee of any

13   counsel or attorney employed by the parties hereto,

14   nor financially or otherwise interested in the

15   outcome of this action.

16

17

18                        CHRISTINA S. HOTSKO

19                     Notary Public in and for the

20                         District of Columbia

21   My commission expires:

22   November 14, 2021