November 16, 2018

The Honorable Jesse M. Furman
Thurgood Marshall U.S. Courthouse
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

> RE: Filing of Plaintiffs' updated exhibit list in *State of New York, et al. v. U.S. Dep't of Commerce, et al.*, 18-CV-2921 (JMF).

Dear Judge Furman,

As directed by the Court (Docket No. 538), Plaintiffs file the attached exhibit list, updated to reflect which exhibits were admitted into evidence (and when), and whether those exhibits appear in the Administrative Record (and, if so, where). Defendants have advised that this exhibit list comports with their understanding of the status of Plaintiffs' exhibits.

In addition, to correct the record with regard to the status of proposed joint stipulations of fact (Trial Tr. at 1417-18), Plaintiffs had not transmitted additional proposed stipulations to Defendants, and no proposal was pending for Defendants' response. Plaintiffs will not have further joint stipulations to propose.

              Respectfully submitted,

              BARBARA D. UNDERWOOD
              *Attorney General of the State of New York*

              By: */s/ Matthew Colangelo*
              Matthew Colangelo, *Executive Deputy Attorney General*
              Elena Goldstein, *Senior Trial Counsel*
              Office of the New York State Attorney General
              28 Liberty Street
              New York, NY 10005
              Phone: (212) 416-6057
              matthew.colangelo@ag.ny.gov

              Attorneys for the *State of New York* Plaintiffs

              ARNOLD & PORTER KAYE SCHOLER LLP
              AMERICAN CIVIL LIBERTIES UNION

              By: */s/ John A. Freedman*

| | |
|---|---|
| Dale Ho | Andrew Bauer |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |

| | |
|---|---|
| 125 Broad St.<br>New York, NY 10004<br>(212) 549-2693<br>dho@aclu.org | 250 West 55th Street<br>New York, NY 10019-9710<br>(212) 836-7669<br>Andrew.Bauer@arnoldporter.com |
| Sarah Brannon*<br>American Civil Liberties Union Foundation<br>915 15th Street, NW<br>Washington, DC 20005-2313<br>202-675-2337<br>sbrannon@aclu.org<br>*\* Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).* | John A. Freedman<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001-3743<br>(202) 942-5000<br>John.Freedman@arnoldporter.com |

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

                                          Attorneys for the *NYIC* Plaintiffs