IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, <br><br> Defendants. | No. 1:18-cv-2921 (JMF) |

**NOTICE**

Defendants hereby provide notice that on November 19, 2018, due to the exigencies of time, and the interests of both the parties and the courts, Defendants filed in the United States Court of Appeals for the Second Circuit a motion to stay post-trial proceedings pending the Supreme Court's disposition of the questions presented in the recently granted petition for certiorari.

DATED:  November 19, 2018

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        BRETT A. SHUMATE
        Deputy Assistant Attorney General

        JOHN R. GRIFFITHS
        Director, Federal Programs Branch

        CARLOTTA P. WELLS
        Assistant Branch Director

        */s/ Joshua E. Gardner*
        Special Counsel

GARRETT COYLE
STEPHEN EHRLICH
CAROL FEDERIGHI
MARTIN M. TOMLINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel.:  (202) 305-7583
Fax:  (202) 616-8470
Email:  joshua.e.gardner@usdoj.gov

*Counsel for Defendants*