UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
:
STATE OF NEW YORK, et al.,                                                 :
:
Plaintiffs,                                :
:          18-CV-2921 (JMF)
-v-                                                     :
:
UNITED STATES DEPARTMENT OF COMMERCE, et al.,                              :
:
Defendants.                                :
:
-------------------------------------------------------------------------- :
:
NEW YORK IMMIGRATION COALITION, et al.,                                    :
:
Plaintiffs,                                :
:          18-CV-5025 (JMF)
-v-                                                     :
:
UNITED STATES DEPARTMENT OF COMMERCE, et al.,                              :          ORDER
:
Defendants.                                :
:
-------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On January 2, 2019, the U.S. Senate confirmed Steven Dillingham as Director of the Census, replacing Ron S. Jarmin, who had previously served as Acting Director and — in that official capacity — was named as a defendant in this action. *See* 164 Cong. Rec. S8054 (Jan. 2, 2019). Rule 25(d) of the Federal Rules of Civil Procedure provides that "when a public officer who is a party in an official capacity . . . ceases to hold office while the action is pending[,] [t]he officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d).

It is therefore ORDERED that Steven Dillingham is substituted as a defendant in his official capacity as Director of the Census, in place of Ron S. Jarmin. The Clerk of Court is directed to modify the docket accordingly.

SO ORDERED.

Dated: January 8, 2019
       New York, New York                       _____
                                                       JESSE M. FURMAN
                                                United States District Judge