January 24, 2019

The Honorable Jesse M. Furman
Thurgood Marshall U.S. Courthouse
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      RE:    Deposition of Secretary of Commerce Wilbur L. Ross, Jr., in *State of New York, et al. v. U.S. Dep't of Commerce, et al.*, 18-CV-2921 (JMF).

Dear Judge Furman,

    Plaintiffs write pursuant to this Court's Rule 1.A to advise the Court that in light of the Court's Order vacating as moot the September 21, 2018 Order allowing Secretary Ross's deposition (Docket No. 345; Docket No. 574 at 277), Plaintiffs have withdrawn their notice of deposition of Secretary Ross and do not seek to rely on the Court's September 21 Order to depose Secretary Ross in these consolidated cases.

           Respectfully submitted,

           LETITIA JAMES
           *Attorney General of the State of New York*

           By: */s/ Matthew Colangelo*
           Matthew Colangelo, *Executive Deputy Attorney General*
           Elena Goldstein, *Senior Trial Counsel*
           Office of the New York State Attorney General
           28 Liberty Street
           New York, NY 10005
           Phone: (212) 416-6057
           matthew.colangelo@ag.ny.gov

           Attorneys for the *State of New York* Plaintiffs

           ARNOLD & PORTER KAYE SCHOLER LLP
           AMERICAN CIVIL LIBERTIES UNION

           By: */s/ Dale Ho*

| | |
|---|---|
| Dale Ho | Andrew Bauer |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 125 Broad St. | 250 West 55th Street |
| New York, NY 10004 | New York, NY 10019-9710 |
| (212) 549-2693 | (212) 836-7669 |
| dho@aclu.org | Andrew.Bauer@arnoldporter.com |

Sarah Brannon*  
American Civil Liberties Union Foundation  
915 15th Street, NW  
Washington, DC 20005-2313  
202-675-2337  
sbrannon@aclu.org  
*Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

Perry M. Grossman  
New York Civil Liberties Union Foundation  
125 Broad St.  
New York, NY 10004  
(212) 607-3300 601  
pgrossman@nyclu.org

John A. Freedman  
Arnold & Porter Kaye Scholer LLP  
601 Massachusetts Avenue, N.W.  
Washington, DC 20001-3743  
(202) 942-5000  
John.Freedman@arnoldporter.com

Attorneys for the *NYIC* Plaintiffs

2