UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br>     Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br>     Defendants. | Civ. Action No. 18-2921 (JMF) <br><br> **NOTICE OF MOTION OF ALBERT FOX CAHN TO WITHDRAW AS ATTORNEY** |

    PLEASE TAKE NOTICE that, upon the accompanying Declaration, Albert Fox Cahn will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for amicus Council on American-Islamic Relations, New York, Inc. in this action. PLEASE TAKE FURTHER NOTICE that attorneys at Akin Gump Strauss Hauer & Feld LLP will continue to be counsel of record for amicus Council on American-Islamic Relations, New York, Inc. in this action.

DATED:    New York, New York,
              February 5, 2019

                                            Respectfully submitted,

                                            */s/ Albert Fox Cahn*

                                            Albert Fox Cahn (SDNY No. AC3482)
                                            Executive Director
                                            Surveillance Technology Oversight Project, Inc.
                                            80 Dekalb Avenue, #15C
                                            Telephone: 646-665-7599
                                            Albert@stopspying.org

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>      Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>      Defendants. | Civ. Action No. 18-2921 (JMF)<br><br>**DECLARATION OF ALBERT FOX CAHN IN SUPPORT OF HIS TO WITHDRAW AS ATTORNEY** |

    **Albert Fox Cahn,** pursuant to 28 U.S.C. § 1746, and subject to the penalty of perjury, declares that the following is true and correct:

    1.    Until recently, I served as the legal director for the Council on American-Islamic relations, New York, Inc. (CAIR-NY). I am counsel of record in this action.

    2.    Currently, I serve as Executive Director for the Surveillance Technology Oversight Project, Inc. (STOP), which has no legal relationship with CAIR-NY.

    3.    In my new position, as STOP's Executive Director, I will be unable to represent CAIR-NY.

    4.    Robert Hardy Pees, Alice Hsu, and Geoffrey James Derrick of Akin, Gump, Strauss, Hauer & Feld LLP continue to represent CAIR-NY in this action.

5. Going forward I will have no involvement in this matter. Please terminate me from the docket sheet as counsel of record in this action.

Dated:  New York, New York
February 5, 2019

Respectfully submitted,

  /s/ Albert Fox Cahn

Albert Fox Cahn (SDNY No. AC3482)
Executive Director
Surveillance Technology Oversight Project, Inc.
80 Dekalb Avenue, #15C
Telephone: 646-665-7599
Albert@stopspying.org

cc: *All Parties (By ECF)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br>            Plaintiffs, <br>   v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br>            Defendants. | Civ. Action No. 18-2921 (JMF) <br><br> **ORDER** |

   **WHEREAS,** upon the application of attorney Albert Fox Cahn for leave to withdraw as the attorney of record in this matter.

   **IT IS HEREBY ORDERED** that attorney Albert Fox Cahn is granted leave to withdraw as counsel for amicus Council on American Islamic Relation, New York, Inc.;

   **IT IS FURTHER ORDERED** that the Clerk of Court shall remove Mr. Cahn from the list of counsel of record amicus Council on American Islamic Relation, New York, Inc in this case.

Dated:     New York, New York
           _____, 2018


SO ORDERED:

_____
HON. JESSE M. FURMAN U.S.D.J.

1