UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>      Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>      Defendants. | Civ. Action No. 18-2921 (JMF)<br><br>**ORDER** |

**WHEREAS,** upon the application of attorney Albert Fox Cahn for leave to withdraw as the attorney of record in this matter.

**IT IS HEREBY ORDERED** that attorney Albert Fox Cahn is granted leave to withdraw as counsel for amicus Council on American Islamic Relation, New York, Inc.;

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Mr. Cahn from the list of counsel of record amicus Council on American Islamic Relation, New York, Inc in this case.

Dated:   New York, New York
              __February 5_____, 2018

SO ORDERED:

_____
HON. JESSE M. FURMAN U.S.D.J.

    The Clerk of Court is directed to terminate Docket No. 578.

1