UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
                                                        :

STATE OF NEW YORK, et al.,                     :

                           Plaintiffs,        :

                      -v-                :       18-CV-2921 (JMF)

UNITED STATES DEPARTMENT OF COMMERCE, et al.,    :

                       Defendants.      :

------------------------------------------------------------------- :

NEW YORK IMMIGRATION COALITION, et al.,     :      18-CV-5025 (JMF)
                                                :          (Consolidated)

                           Plaintiffs,        :

                      -v-                :       <u>ERRATA ORDER</u>

UNITED STATES DEPARTMENT OF COMMERCE, et al.,    :

                       Defendants.      :

------------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

       Seven typographical errors in the Court's Findings of Fact and Conclusions of Law, entered on January 15, 2019, Docket No. 574, are hereby corrected as follows:

- on page 43 (in Paragraph 30), "The March 1 Memo concluded that Alternative D was plainly inferior to Alternative D" should read, "The March 1 Memo concluded that Alternative D was plainly inferior to Alternative C";

- on page 66 (in Paragraph 82), "find an agency that would have as reason to do so" should read "find an agency that would have a reason to do so";

- on page 129 (in Paragraph 223), "the Census Bureau's evidence shows that people who in areas" should read "the Census Bureau's evidence shows that people who live in areas";

- on page 168, "state reliance on federal census data for sovereign purposes is goes well beyond that" should read "state reliance on federal census data for sovereign purposes goes well beyond that";

- on page 257, "narrow tailored" should read "narrowly tailored";

- on page 261, "as Plaintiffs' all but admit" should read "as Plaintiffs all but admit"; and

- on page 274, "Instead, it concerns a single decision about a single questionnaire" should read "Instead, they concern a single decision about a single questionnaire."

SO ORDERED.

Dated: February 7, 2019
New York, New York

_____
JESSE M. FURMAN
United States District Judge