UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | 18-CV-2921 (JMF) |

**NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE OF LOURDES M. ROSADO**

PLEASE TAKE NOTICE that, upon the accompanying Declaration and pursuant to Local Civil Rule 1.4, Lourdes M. Rosado respectfully moves this Court for permission to withdraw her appearance in the above-captioned action on behalf of Plaintiff the State of New York. PLEASE TAKE FURTHER NOTICE that attorneys Matthew Colangelo, Elena Goldstein, and Ajay Saini of the New York State Office of the Attorney General will continue to be counsel of record for Plaintiff the State of New York in this action.

DATED:   February 11, 2019
         New York, New York

                        Respectfully submitted,

                        **LETITIA JAMES**
                        **Attorney General of the State of New York**

                        By: */s/ Lourdes M. Rosado*
                        Lourdes M. Rosado (LR-8143)
                        Civil Rights Bureau Chief
                        Office of the New York State Attorney General
                        28 Liberty Street
                        New York, NY 10005
                        Phone: (212) 416-8252
                        lourdes.rosado@ag.ny.gov

Service on all counsel by ECF