**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | 18-CV-2921 (JMF) |

**DECLARATION OF LOURDES M. ROSADO IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE**

I, Lourdes M. Rosado, declare under penalty of perjury that the following is true and correct:

1. I submit this declaration in support of my motion seeking permission from the Court to withdraw my appearance in the above-captioned matter.

2. I am leaving the employment of the New York State Office of the Attorney General and, therefore, I will no longer be able to represent Plaintiff the State of New York in this matter.

3. Attorneys Matthew Colangelo, Elena Goldstein, and Ajay Saini in the New York State Office of the Attorney General will continue to be counsel of record for Plaintiff the State of New York in this action.

DATED: February 11, 2019
New York, New York

                                              Respectfully submitted,

**LETITIA JAMES**
**Attorney General of the State of New York**

By: */s/ Lourdes M. Rosado*
Lourdes M. Rosado (LR-8143)
Civil Rights Bureau Chief
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8252
lourdes.rosado@ag.ny.gov

Service on all counsel by ECF