## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | 18-CV-2921 (JMF) |

### [PROPOSED] ORDER TERMINATING APPEARANCE OF LOURDES M. ROSADO

**WHEREAS**, the Court has reviewed the motion of Lourdes M. Rosado seeking leave to withdraw as an attorney of record in this matter, as well as her declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Lourdes M. Rosado in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Ms. Rosado from the docket sheet in this matter.

**IT IS SO ORDERED.**

Dated: February __, 2019
        New York, New York

_____
HON. JESSE M. FURMAN
United States District Judge