UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et al.,

          Plaintiffs,

    v.                                    18-CV-2921 (JMF)

UNITED STATES DEPARTMENT
OF COMMERCE, et al.,

          Defendants.

**[PROPOSED] ORDER TERMINATING APPEARANCE OF
LOURDES M. ROSADO**

**WHEREAS**, the Court has reviewed the motion of Lourdes M. Rosado seeking leave to withdraw as an attorney of record in this matter, as well as her declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Lourdes M. Rosado in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Ms. Rosado from the docket sheet in this matter.

**IT IS SO ORDERED.**

Dated:       February 12, 2019
                New York, New York

_____
HON. JESSE M. FURMAN
United States District Judge