IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | * | |
|    *Plaintiff*, | * | |
| v. | * | No. 18-cv-2921 |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | * | |
| | * | |
|    *Defendants*. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTION OF MOTION FOR WITHDRAWAL OF APPEARANCE OF JOHN R. GRIMM

PLEASE TAKE NOTICE that, upon the accompanying Declaration and pursuant to Local Civil Rule 1.4, John R. Grimm respectfully moves this Court for leave to withdraw his appearance in this matter on behalf of the State of Maryland. PLEASE TAKE FURTHER NOTICE that attorney Andrea W. Trento of the Maryland Office of the Attorney General will continue to be counsel of record for Plaintiff State of Maryland in this matter.

DATED: February 15, 2019
          Baltimore, Maryland

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

    /s/John R. Grimm
JOHN R. GRIMM ( admitted *pro hac vice*)
Assistant Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6339 (tel.)
410-576-6955 (fax)
jgrimm@oag.state.md.us

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2019, the foregoing was filed with the Clerk of the Court and served on all counsel of record electronically through the Court's CM/ECF system.

                                                /s/John R. Grimm  
                                                John R. Grimm

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | * | |
|    *Plaintiff*, | * | |
| v. | * | No. 18-cv-2921 |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | * | |
| | * | |
|    *Defendants*. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF JOHN R. GRIMM IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE

I, John R. Grimm, declare under penalty of perjury that the following is true and correct:

1. I submit this declaration in support of my motion seeking leave of Court to withdraw my appearance in the above-captioned matter.

2. I am leaving the employment of the Maryland Office of the Attorney General, and therefore will no loner be able to represent Plaintiff State of Maryland in this matter.

3. Assistant Attorney General Andrea W. Trento of the Maryland Office of the Attorney General will continue to be counsel of record for Plaintiff State of Maryland in this action.

DATED: February 15, 2019
       Baltimore, Maryland

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

   /s/John R. Grimm
JOHN R. GRIMM ( admitted *pro hac vice*)
Assistant Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6339 (tel.)
410-576-6955 (fax)
jgrimm@oag.state.md.us

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | * | |
| Plaintiff, | * | |
| v. | * | No. 18-cv-2921 |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The Court having reviewed the motion of John R. Grimm for leave to withdraw as attorney of record, and his declaration in support thereof, it is hereby **ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the appearance of John R. Grimm in this matter is terminated; and it is further

**ORDERED** that the Clerk shall remove Mr. Grimm from the docket sheet in this matter.

DATED: February ___, 2019                   _____
          New York, New York                    Jesse M. Furman
                                                United States District Judge