IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | * | |
| *Plaintiff*, | * | |
| v. | * | No. 18-cv-2921 |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | * | |
| | * | |
| *Defendants*. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The Court having reviewed the motion of John R. Grimm for leave to withdraw as attorney of record, and his declaration in support thereof, it is hereby **ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the appearance of John R. Grimm in this matter is terminated; and it is further

**ORDERED** that the Clerk shall remove Mr. Grimm from the docket sheet in this matter.

DATED: February 25, 2019
New York, New York

_____
Jesse M. Furman
United States District Judge

The Clerk of Court is directed to terminate Docket No. 584.