UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Of New York, et al.,<br><br>                Plaintiffs,<br><br>                v.<br><br>United States Department of Commerce, et al.,<br><br>                Defendants. | No. 18-cv-2921 (JMF)<br><br>Hon. Jesse M. Furman<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, R. Stanton Jones hereby move this Court for an Order for admission Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

      I am a member in good standing of the bars of the state of Maryland and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated:  May 29, 2019        Respectfully Submitted,

                                        Applicant Signature: */s/ R. Stanton Jones*

                                        Applicant's Name: R. Stanton Jones

                                        Firm Name: Arnold & Porter Kaye Scholer LLP

                                        Address: 601 Massachusetts Ave., NW

                                        City/State/Zip: Washington, D.C.  20001

                                        Telephone/Fax: (202) 942-5563/ (202) 942-5999

                                        E-mail: Stanton.Jones@arnoldporter.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Of New York, et al.,<br><br>                Plaintiffs,<br><br>                v.<br><br>United States Department of Commerce, et al.,<br><br>                Defendants. | No. 18-cv-2921 (JMF)<br><br>Hon. Jesse M. Furman<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of R. Stanton Jones for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of Maryland and the District of Columbia, and that his contact information is as follows:

    Applicant's Name: R. Stanton Jones

    Firm Name: Arnold & Porter Kaye Scholer LLP

    Address: 601 Massachusetts Ave., NW

    City/State/Zip: Washington, D.C.  20001

    Telephone/Fax: (202) 942-5563/ (202) 942-5999

    E-mail: Stanton.Jones@arnoldporter.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

Dated: _____  _____
United States District/ Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Of New York, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>United States Department of Commerce, et al.,<br><br>           Defendants. | Civil Action No. 1:18-cv-2921-JMF<br><br>**DECLARATION OF R. STANTON JONES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, R. Stanton Jones, hereby declare:

1. I am a Partner at the law firm of Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave., NW, Washington, DC 20001-3743. I submit this declaration in support of the motion for my admission *pro hac vice* to this Court pursuant to Local Rule 1.3(c).

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2019.

/s/ R. Stanton Jones
R. Stanton Jones
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax.: (202) 942-5999
Stanton.Jones@arnoldporter.com



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Robert Stanton Jones*

was duly qualified and admitted on **April 6, 2009** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 29, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Court Of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eleventh day of December, 2007,

## Robert Stanton Jones

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty ninth day of May, 2019.

*Clerk of the Court of Appeals of Maryland*