IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Of New York, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>United States Department of Commerce, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:18-cv-2921-JMF<br><br>**DECLARATION OF R. STANTON JONES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, R. Stanton Jones, hereby declare:

1. I am a Partner at the law firm of Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave., NW, Washington, DC 20001-3743. I submit this declaration in support of the motion for my admission *pro hac vice* to this Court pursuant to Local Rule 1.3(c).

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2019.

　　　　　　　　　　　　　　　　　　　　/s/ R. Stanton Jones
　　　　　　　　　　　　　　　　　　　　R. Stanton Jones
　　　　　　　　　　　　　　　　　　　　**Arnold & Porter Kaye Scholer LLP**
　　　　　　　　　　　　　　　　　　　　601 Massachusetts Ave., NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001-3743
　　　　　　　　　　　　　　　　　　　　Tel.: (202) 942-5000
　　　　　　　　　　　　　　　　　　　　Fax.: (202) 942-5999
　　　　　　　　　　　　　　　　　　　　Stanton.Jones@arnoldporter.com