UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Of New York, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of Commerce, et al., <br><br> Defendants. | No. 18-cv-2921 (JMF) <br><br> Hon. Jesse M. Furman <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Elisabeth S. Theodore, hereby move this Court for an Order for admission Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

     I am a member in good standing of the bars of the state of Maryland and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated:  May 29, 2019     Respectfully Submitted,

     Applicant Signature: */s/ Elisabeth S. Theodore*

     Applicant's Name: Elisabeth S. Theodore

     Firm Name: Arnold & Porter Kaye Scholer LLP

     Address: 601 Massachusetts Ave., NW

     City/State/Zip: Washington, D.C.  20001

     Telephone/Fax: (202) 942-5000/ (202) 942-5999

     E-mail: Elisabeth.Theodore@arnoldporter.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Of New York, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>United States Department of Commerce, et al.,<br><br>　　　　　　Defendants. | No. 18-cv-2921 (JMF)<br><br>Hon. Jesse M. Furman<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

　　　　The motion of Elisabeth S. Theodore for admission to practice Pro Hac Vice in the above-captioned action is granted.

　　　　Applicant has declared that she is a member in good standing of the bars of the state of Maryland and the District of Columbia, and that her contact information is as follows:

　　　　Applicant's Name: Elisabeth S. Theodore

　　　　Firm Name: Arnold & Porter Kaye Scholer LLP

　　　　Address: 601 Massachusetts Ave., NW

　　　　City/State/Zip: Washington, D.C. 20001

　　　　Telephone/Fax: (202) 942-5000/ (202) 942-5999

　　　　E-mail: Elisabeth.Theodore@arnoldporter.com

　　　　Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-captioned action;

　　　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

Dated: _____     _____
                                    United States District/ Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Of New York, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>United States Department of Commerce, et al.,<br><br>        Defendants. | Civil Action No. 1:18-cv-2921-JMF<br><br>**DECLARATION OF ELISABETH THEODORE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Elisabeth S. Theodore, hereby declare:

1.    I am a Partner at the law firm of Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave., NW, Washington, DC 20001-3743. I submit this declaration in support of the motion for my admission *pro hac vice* to this Court pursuant to Local Rule 1.3(c).

2.    I have never been convicted of a felony.

3.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4.    There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2019.

                                              /s/ Elisabeth S. Theodore
                                              Elisabeth S. Theodore
                                              **Arnold & Porter Kaye Scholer LLP**
                                              601 Massachusetts Ave., NW
                                              Washington, DC 20001-3743
                                              Tel.: (202) 942-5000
                                              Fax.: (202) 942-5999
                                              elisabeth.theodore@arnoldporter.com



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Elisabeth Susan Theodore*

was duly qualified and admitted on **June 9, 2014** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 29, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Court Of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fifteenth day of December, 2011,

### Elisabeth Susan Theodore

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty ninth day of May, 2019.

*Clerk of the Court of Appeals of Maryland*