

**U.S. Department of Justice**
Civil Division
Federal Programs Branch
1100 L St., N.W.
Washington, DC 20005

---

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York

      Re:  *State of New York, et al., v. U.S. Department of Commerce, et al.*, 18-cv-2921 (JMF)

Dear Judge Furman:

      In response to this Court's order of May 31, 2019, Defendants write to confirm that they have no objection to the unredacted filing of Plaintiffs' motion to show cause, *see* ECF No. 588. Defendants will respond to the substance of that motion by Monday, June 3rd, as directed by the Court.

| | |
|---|---|
| Dated:  May 31, 2019 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General |
| | JAMES BURNHAM<br>Deputy Assistant Attorney General |
| | JOHN R. GRIFFITHS<br>Director, Federal Programs Branch |
| | CARLOTTA P. WELLS<br>Assistant Director, Federal Programs Branch |
| | /s/   Kate Bailey<br>KATE BAILEY<br>GARRETT COYLE<br>STEPHEN EHRLICH<br>CAROL FEDERIGHI<br>DANIEL HALAINEN<br>MARTIN TOMLINSON<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St NW<br>Washington, DC  20005<br>Tel.:  (202) 514-9239<br>Email: kate.bailey@usdoj.gov |
| | *Counsel for Defendants* |

CC:     All Counsel of Record (by ECF)