AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| New York Immigration Coalition, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-CV-2921 |
| United States Department of Commerce, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs New York Immigration Coalition, et al.,                                                                    .

Date:       06/03/2019

/s/ Adriel I. Cepeda Derieux
*Attorney's signature*

Adriel I. Cepeda Derieux (NY No. 1174201; SDNY No. AC4290)
*Printed name and bar number*

American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
*Address*

acepedaderieux@aclu.org
*E-mail address*

(212) 284-7334
*Telephone number*

(212) 549-2654
*FAX number*