STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**LETITIA JAMES**
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

June 3, 2019

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

     RE:    Request for Telephonic Access in *State of New York, et al. v. U.S. Dep't of Commerce, et al.*, 18-CV-2921 (JMF).

Dear Judge Furman,

     The Governmental Plaintiffs respectfully request telephonic access for the upcoming conference scheduled for June 5, 2019. The Court has previously arranged for Plaintiffs who have noticed an appearance on ECF to listen to court conferences using CourtCall in "listen-only" mode. *See, e.g.*, Docket No. 117, 537. The Governmental Plaintiffs respectfully request access to similar arrangements at the upcoming conference.

                      Respectfully submitted,

                      LETITIA JAMES
                      *Attorney General of the State of New York*

                      By: */s/ Elena Goldstein*
                      Elena Goldstein, *Acting Bureau Chief*
                      Matthew Colangelo, *Chief Counsel for Federal Initiatives*
                      Office of the New York State Attorney General
                      28 Liberty Street
                      New York, NY 10005
                      Phone: (212) 416-6021
                      elena.goldstein@ag.ny.gov

                      Attorneys for the *State of New York* Plaintiffs (18-cv-2921)