UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................................x
STATE OF NEW YORK, *et al.*,

                        Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF
COMMERCE, *et al.*,

                        Defendants.
...............................................................................x

18 Civ. 2921 (JMF)

**NOTICE OF APPEARANCE**

TO:    Clerk of Court
          United States District Court
          Southern District of New York

The undersigned attorney respectfully requests the Clerk note his appearance in this case on behalf of all defendants.

Dated:  June 4, 2019

                                                             Respectfully Submitted,

                                                             JOSEPH H. HUNT
                                                             Assistant Attorney General

                                        By:    *s/James M. Burnham*
                                                             JAMES M. BURNHAM
                                                             Deputy Assistant Attorney General
                                                             U.S. Department of Justice, Civil Division
                                                             Federal Programs Branch
                                                             P.O. Box 883
                                                             Washington, D.C. 20044
                                                             Telephone: (202) 353-2793
                                                             james.m.burnham@usdoj.gov