June 4, 2019

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

> RE:   NYIC Plaintiffs' reply in support of motion for an order to show cause in *State of New York, et al. v. U.S. Dep't of Commerce, et al.*, 18-CV-2921 (JMF)

Dear Judge Furman:

Defendants' response does not deny that damning new evidence reveals hyper-partisan and racially discriminatory motives at the root of the citizenship question. Defendants do not deny that (1) Dr. Hofeller is *the person* who came up with the Voting Rights Act rationale for adding a citizenship question to the 2020 Census, that (2) Dr. Hofeller ghostwrote a letter from DOJ to Commerce setting forth the VRA rationale for adding a citizenship question, and that (3) Mark Neuman gave John Gore this draft DOJ letter at a meeting between Neuman and Gore that was arranged by the Commerce Department's General Counsel. Most astonishingly, even though it is undisputed that Dr. Hofeller was the one who suggested a citizenship question to Neuman and the Trump transition in the first place, Defendants do not say whether Commerce officials knew of Dr. Hofeller's conclusion that adding a citizenship question to the 2020 Census would benefit "Republicans and Non-Hispanic Whites" in redistricting. And it is the Commerce Department's decision to add the citizenship question that is at issue.

Faced with the new evidence, Defendants' position seems to be that, sure, maybe the Commerce Department co-opted the idea put forth by a partisan operative who believed that a citizenship question on the 2020 Census would entrench the political power of "Republicans and Non-Hispanic Whites." And, sure, maybe this same partisan operative was also the one who, acting through a Commerce Department emissary, supplied DOJ's VRA enforcement rationale that purports to advance the political power of Hispanics. But, Defendants say, none of this matters because John Gore, the DOJ official who executed the plan, was not fully read into its details, and because Secretary Ross purportedly "provided an objectively rational basis" for a decision that, we now know, had its origins in open racial discrimination. Gov't Br. 5. But the Administrative Procedure Act demands that federal agencies explain the *real* reasons for their actions. It does not permit federal agencies to lie to the public about why they act, so long as the employee tasking with implementing policy has plausible deniability.

In any event, the Justice Department's hands are not clean. DOJ failed to correct Neuman's false testimony that his October 2017 meeting with Gore was not about a draft DOJ letter and that Neuman "wasn't part of the drafting process of the [DOJ] letter." ECF 595 Ex. B at 114, 273. Defendants now seem to acknowledge that DOJ knew all along that this testimony was false. But they argue that all can be forgiven because DOJ produced Gore's copy of the Neuman letter—even though DOJ initially withheld the document and then produced it in a dump of *92,000* pages, with a *new* Bates number, *three* days before Gore's deposition, accompanied by a representation that DOJ was unable to provide *any* information about the document's "author, recipient, date, or time." Ex. 1, 1-C. Thus, when Defendants assert that

Plaintiffs have "*long known that Gore had the Neuman letter*," Gov't Br. 3, they omit that they successfully concealed the fact that Gore had received this letter *from Neuman*.

Defendants' misconduct is apparent. The Court can and should authorize targeted discovery to determine the full extent to which a fraud on the court has occurred and if "the very temple of justice has been defiled." *Universal Oil Prod. Co. v. Root Ref. Co.*, 328 U.S. 575, 580 (1946); *see also Chambers v. NASCO, Inc.*, 501 U.S. 32, 44 (1991) (recognizing court's inherent power to investigate whether "it has been the victim of fraud"); *Sussman v. Bank of Israel*, 56 F.3d 450, 459 (2d Cir. 1995) (noting court's "inherent power" to "sanction counsel or a litigant for bad-faith conduct").

1. Beyond their failure to deny the previously undisclosed facts above, Defendants' response raises far more questions than it answers. Defendants carefully deny that "DOJ or Gore had the Hofeller study and based the Gary Letter on its contents." Gov't Br. 2. But Defendants make no attempt to explain:

- Did anyone at Commerce (including Neuman) have Dr. Hofeller's 2015 study?
- Did anyone at Commerce (including Neuman) know that Dr. Hofeller—before suggesting a citizenship question to the transition—had concluded that adding a citizenship question would enable redistricting advantageous to "Republicans and Non-Hispanic Whites"?
- Even if they did not have a copy of Dr. Hofeller's 2015 study, did anyone at Commerce (including Neuman) appreciate that adding a citizenship question would enable redistricting advantageous to "Republicans and Non-Hispanic Whites"?
- Did anyone at DOJ appreciate that adding a citizenship question would enable redistricting advantageous to "Republicans and Non-Hispanic Whites"?
- Who asked Dr. Hofeller to ghostwrite the VRA rationale that appears in the draft DOJ letter that Neuman gave Gore? Someone must have asked Dr. Hofeller to draft it.
- How did Dr. Hofeller's ghostwritten VRA rationale reach Neuman? Did Commerce officials relay it? Did Hofeller give it to Neuman directly?
- Why didn't Gore identify Neuman at deposition when he provided a list of other people who provided input in drafting the DOJ letter? *See* ECF 595 Ex. E at 150:9-151:20.
- Why didn't DOJ disclose on its privilege log that the draft DOJ letter came from Neuman?
- Why didn't DOJ correct Neuman's materially false testimony that his October 2017 meeting with Gore was *not* about a draft DOJ letter requesting a citizenship question on the 2020 Census, that Neuman gave Gore only a *different* document at that meeting, and that Neuman was not involved in the drafting process for the DOJ letter at all?
- Are Defendants now asserting that Gore's motivation and guide for requesting a citizenship question was the *Evenwel* case about potential use of citizenship data in redistricting, as opposed to VRA enforcement? Are Defendants asserting that Gore relied on *amicus* briefs from *Evenwel* which concluded that ACS data was sufficient for VRA enforcement and that adding a citizenship question to the Census would depress turnout and reduce accuracy?

2. Defendants spend a page of their brief asserting that Gore, in describing the shortcomings of ACS data, relied on an *amicus* brief from former Census Directors in *Evenwel v. Abbott*, 136 S. Ct. 1120 (2016). But there is no declaration from Gore saying that is what he did, and Defendants cite nothing supporting their assertion. Importantly, the Census Directors

reached the *opposite* conclusion that Gore did: they concluded that ACS citizenship data *are sufficient* for VRA enforcement purposes, that it is *not* possible to obtain accurate CVAP data through a citizenship question on the census, and that adding a citizenship question to the census is "not a solution." Gov't Ex. D at 5, 22-24. The other briefs cited by Defendants agreed. *See* Br. of Nathaniel Persily et al. at 27 ("ACS CVAP data" are "the best and only information on citizenship rates," and are "indispensable … in section 2 challenges");[1] Br. of Democratic Nat'l Comm. at 19 n.5; Br. for United States at 24. All four briefs did, however, argue that ACS citizenship data are insufficiently precise for the purpose of switching to citizen voting-age population as the redistricting population base—which was the goal of the *Evenwel* plaintiffs, 136 S. Ct. at 1126, and the very reason that Dr. Hofeller advocated adding a citizenship question to the 2020 Census, ECF 595 Ex. D at 7-9. Thus, if Gore relied on the *Evenwel* briefs, it only *supports* an inference that the true purpose of adding a citizenship question was *not* VRA enforcement, but rather to facilitate a redistricting strategy that would "advantage[] … Non-Hispanic Whites," at the expense of "the major minority groups in the nation." *Id.*

Moreover, we still do not know whether and to what extent James Uthmeier, Peter Davidson, or anyone else at Commerce who relayed the VRA rationale to Gore was relying on Dr. Hofeller or his 2015 study.

The Court can get to the bottom of this. Since Defendants have now squarely put Gore's process of drafting the letter in issue, they have waived deliberative-process privilege over any documents related to Gore's drafting process. *See e.g.*, *Allstate Ins. Co. v. Serio*, No. 97-cv-0670, 2000 WL 554221, at *11 (S.D.N.Y. May 30, 2002) (deliberative process "cannot be used as both a shield and a sword"); *Conte v. Cty. of Nassau*, No. 06-cv-4746, 2009 WL 1362784, at *3-*4 (E.D.N.Y. May 15, 2009) (noting "deliberative process privilege is a sub species of the work-product privilege," separately noting "'work product privilege cannot at once be used as a shield and a sword'" (quoting *Kidder, Peabody & Co., Inc. v. IAG Int'l Acceptance Grp., N.V.*, 1997 WL 272405 (S.D.N.Y. May 21, 1997))). The Court should order production of all such documents, including all 18 drafts and the records of the 10 participants beyond Gore who participated in drafting the letter, as well as Mr. Uthmeier's memo and cover note. These materials are identified on Exhibit 3.

Waiver aside, Defendants' prior claims of deliberative-process privilege should now be overcome. Deliberative-process privilege "disappears altogether when there is any reason to believe government misconduct occurred." *In re Sealed Case*, 121 F.3d 729, 746 (D.C. Cir. 1997); *see also Texaco Puerto Rico, Inc. v. Dep't of Consumer Affairs*, 60 F.3d 867, 885 (1st Cir. 1995) (similar). And even if this privilege did still apply, disclosure is warranted under the relevant balancing test. *In re Delphi Corp.*, 276 F.R.D. 81, 85 (S.D.N.Y. 2011). This evidence is directly relevant to the propriety of sanctions and other appropriate relief.

3. With respect to Neuman, Defendants' "I hardly knew the guy" defense is stunning. Defendants now insist that "Neuman is not a governmental employee" and that "[h]is acts or omissions are thus not attributable to the government." Gov't Br. 4. But Defendants previously asserted in this very lawsuit—in successfully invoking deliberative-process privilege over

---

[1] Dr. Persily wrote today that he is "outraged that my work is being misrepresented by the DOJ in its most recent filing in the census case before the SDNY." *See* https://twitter.com/persily/status/1135973410117341184.

communications with Neuman—that Neuman "functioned as a trusted adviser and consultant to" Commerce, "*act[ed] analogously to an agency employee*," and that "he and Commerce were engaged in a *common enterprise* of seeking to improve the 2020 Census." ECF 451 at 3 (emphases added); *see also* ECF 451-2 (Uthmeier declaration explaining importance of Neuman's role). Having characterized Neuman in this manner to conceal his communications, Defendants cannot cut Neuman loose now that the true extent of his role has come to light. And they cannot contend that Neuman's motivations in working with Secretary Ross to achieve the "common enterprise" of adding a citizenship question to the 2020 Census—or Neuman's discussions with Dr. Hofeller—are irrelevant to whether Commerce's decision was the product of "discriminatory animus." Gov't Br. 5.

As for his testimony, Neuman represented that he "wasn't part of the drafting process of the [DOJ] letter," specifically denied that his October 2017 meeting with Gore was about a "letter from DOJ regarding the citizenship question," and failed to disclose that he provided the draft letter to Gore, testifying instead that he provided another document. ECF 595 Ex. B at 114:15-21, 123:20-124:24, 273:10-21. Neuman denied, moreover, that "Hofeller was one of the people [Neuman] relied on for expertise on the Voting Rights Act." *Id.* at 143:25-144:6. All of that testimony was false, or, at a minimum, remarkably misleading. Defendants deny that Neuman testified that he "only" gave one document to Gore, Gov't Br. 4, but they do not deny that he falsely testified that the meeting was not about the citizenship question. There was no reason to ask Neuman whether he gave the ghostwritten DOJ letter to Gore after he denied that the meeting even concerned the DOJ letter. Defendants also say that Neuman failed to inform Plaintiffs of Dr. Hofeller's role in drafting the VRA rationale solely because the questioner told Neuman, "I'm not asking you to tell me about who the original author was." Gov't Br. 4. Defendants are playing games. A few questions earlier, Neuman had already testified, "I'm not sure who the original author is." ECF 595 Ex. B at 280:12-13. Then, in response to a *different* question about the draft letter, Neuman repeated, non-responsively, that he couldn't "figure out who [the] original author is." *Id.* at 281:10-6. The questioner was simply advising Neuman that he had switched to an entirely different question.

Defense counsel present at Neuman's deposition (including Uthmeier) apparently knew that Neuman had given the draft DOJ letter to Gore at the October 2017 meeting, but never corrected the record. And Defendants told this Court that "[t]he record does not indicate that Mr. Neuman provided any particularly significant consultations on the citizenship question … during his conversations with Commerce officials in 2017." ECF 346 at 2.

Discovery is warranted into communications between Defendants and defense counsel and Neuman and his counsel, as well as the extent to which Defendants knew the falsity of Neuman's testimony.

4. Gore testified he "drafted *the initial draft* of the letter to request the citizenship question sometime around the end of October or early November 2017." ECF 595 Ex. E at 150:9-151:20 (emphasis added). But Gore subsequently told congressional investigators that Neuman provided a draft letter to him during a meeting earlier in the month of October after Commerce General Counsel Peter Davidson asked Neuman and Gore to meet. ECF 595 Ex. G. As discussed above, Gore also conspicuously omitted Neuman from the long list of individuals internal and external to DOJ whom were consulted about the DOJ request. Even more

perplexing, on the same page of the same response letter, Defendants simultaneously state that "Gore disclosed that he talked to Neuman while drafting the Gary Letter," Gov't Br. 3 (citing testimony where Gore did not mention the Gary Letter and invoked the deliberative process privilege), and that "the reason Gore did not identify Neuman or Hofeller as people who provided input on the Gary Letter is that neither Neuman nor Hofeller provided any input on the Gary Letter." *Id.* Which is it?

Defendants stress that DOJ produced its copy of the draft letter that Neuman gave Gore. But they fail to disclose that this document was withheld from DOJ's production on October 3 and was logged with none of the identifying information required under Rule 26(b)(5) or Local Rule 26.2(a)(2)(A). Ex 1-A entry 15199. And after Plaintiffs promptly challenged this entry, Ex. 1-B, Defendants delayed release of DOJ's copy of the document *until three days before Gore's deposition*, when it was relabeled as a different Bates number (DOJ 129991) and produced with nearly 92,000 pages of additional production, Ex. 1-C. Even then, Defendants failed to disclose that Neuman gave Gore the document, instead representing that they were unable to provide information regarding "author, recipient, date, or time." *Id.* Indeed, until their response yesterday, Defendants never acknowledged that the document in Gore's possession was from Neuman. The fact is that Plaintiffs did not know, and had no way of knowing until recently, that Neuman gave Gore that draft letter. The Court should permit discovery into Defendants' handling of this document.

5. In addition to the sanction-related discovery described above, the Court should authorize the following additional limited discovery relevant to sanctions:

- Neuman should be ordered, pursuant to the subpoena Plaintiffs previously issued, promptly to produce all of his communications with Dr. Hofeller, Dale Oldham, Gore, Uthmeier, and/or other Administration personnel.
- A subpoena to Dale Oldham, Dr. Hofeller's former business partner, who we understand took Dr. Hofeller's work computer(s) (as opposed to external electronic storage devices).
- Further depositions of Neuman and Gore on these topics, as well as a deposition of Uthmeier. In the alternative, these individuals should be called to a hearing for cross-examination.

\*      \*      \*

Defendants take Plantiffs to task for failing to discover earlier a handful of documents relevant to this case that appeared on external electronic storage devices produced to Plaintiffs' counsel in a separate litigation in North Carolina. Plaintiffs' counsel brought the newly discovered evidence at issue here to this Court's attention within one week after discovering it. It is Defendants—not Plaintiffs—who have known the truth this entire time. Had Defendants not actively concealed Dr. Hofeller's role in orchestrating the addition of the citizenship question through discovery misconduct in this case, Plaintiffs would have made this material a central part of their case in chief. Defendants should not now be heard to say that it is too late.

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP
AMERICAN CIVIL LIBERTIES UNION

By:   /s/ John A. Freedman         _

Dale Ho
Adriel I. Cepeda Derieux
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 549-2693
dho@aclu.org

Andrew Bauer
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7669
Andrew.Bauer@arnoldporter.com

Sarah Brannon[+**]
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005-2313
202-675-2337
sbrannon@aclu.org

John A. Freedman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000
John.Freedman@arnoldporter.com

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

+ admitted pro hac vice
** Not admitted in D.C.; practice limited pursuant to D.C. App. R. 49(c)(3).

Attorneys for *NYIC* Plaintiffs, 18-CV-5025

# EXHIBIT 1

**CHRONOLOGY: DEFENDANTS' FAILURE TO PRODUCE TIMELY
JOHN GORE'S COPY OF NEUMAN DRAFT LETTER**

July 18, 2018:     Defendants object to producing materials from Department of Justice (DOJ) as part of the Administrative Record.

July 20, 2018:     Plaintiffs serve subpoena on DOJ calling for production of *inter alia* "consultations, conversations, or communications within DOJ, and between or among DOJ representatives and any other person about the addition of the Citizenship Question."

October 3, 2018:   DOJ's fourth production, consisting of 18,133 pages.  The accompanying privilege log contained four documents withheld on deliberative process privilege (and in two cases, attorney-client communication and attorney work product doctrine) that failed to provide Local Rule 26.2(a)(2)(A) information. *See* Ex. 1-A at lines 15197-15200.

October 5, 2018:   Plaintiffs send email noting that the four entries do not set forth sufficient information to sustain a privilege and demand that they be produced or logged.  Ex. 1-B

October 15, 2018:  Plaintiffs raised in the joint status report Defendants' failure to substantiate the basis for withholding the four documents and that any privilege claim was accordingly waived.  ECF No. 380 at 2.

October 23, 2018:  DOJ produces its sixth, seventh, and eighth productions, consisting of just under 92,000 pages, along with written discovery responses.  In the cover email, Defendants stated that it was withdrawing the deliberative process objection as to DOJ 15199 and that "it can be released in full, and will be coming later this afternoon."  Defendants further represented that all four documents were "collected from John Gore" and that "no metadata exists for author, recipient, date or time."  Ex. 1-C.  The email did not indicate the document was drafted by Mr. Neuman.

                   When Defendants produced DOJ 15199, it was relabeled as DOJ 129991.  The document contained no information indicating it came from Mr. Neuman.

October 26, 2018:  Mr. Gore is deposed.  During his testimony, Mr. Gore identified nine other individuals involved in drafting the DOJ request letter, including Mr. Uthmeier, whom Mr. Gore credited with providing information "that was considered by the Department of Justice in drafting its request."  Gore Tr. 123-124.  Mr. Gore did identify Mr. Neuman as someone involved in drafting the request.  Defendants issued a blanket objection on deliberative process privilege to any testimony by Mr. Gore about his meeting with Mr. Neuman. Gore Tr. 450.

# EXHIBIT 1-A

| # | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | FROM | To | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | DOJ00002721 | DOJ00002722 | DOJ00002721 | DOJ00002722 | Tucker, Rachael (OAG) | Gore, John (CRT) | | 12/8/2017 12:00 | | | Letter.msg | WIF | DPP | Email between DOJ lawyers deliberating about edits and changes to a draft of the Gary Letter. |
| 4 | DOJ00002722 | DOJ00002722 | DOJ00002721 | DOJ00002722 | N/A | N/A | | | | 12/8/2017 11:28 | Request for Citizenship Information.Dec 8 REDLINE.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations |
| 7 | DOJ00002736 | DOJ00002736 | DOJ00002735 | DOJ00002736 | N/A | N/A | | | | 11/29/2017 16:52 | Dr.Jarmin Census Bureau Letter.pdf | WIF | DPP | Draft of the Gary Letter that contains deliberative material and pre-dates the final Gary Letter. |
| 8 | DOJ00002738 | DOJ00002738 | DOJ00002738 | DOJ00002738 | Gary, Arthur (JMD) | Gore, John (CRT) | | 11/3/2017 17:10 | | | Close Hold Draft Letter.msg | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 9 | DOJ00002739 | DOJ00002739 | DOJ00002738 | DOJ00002739 | N/A | N/A | | | | 11/3/2017 15:34 | Letter (rev).docx | WIF | DPP | Draft of the Gary Letter that contains deliberative material and pre-dates the final letter. |
| 24 | DOJ00002786 | DOJ00002786 | DOJ00002785 | DOJ00002786 | N/A | N/A | | | | 11/29/2017 10:19 | Request for Citizenship Information.Nov29 FINAL.docx | WIF | DPP | Draft of Gary letter dated November 29, 2018. |
| 149 | DOJ00003740 | DOJ00003740 | DOJ00003740 | DOJ00003741 | Pickett, Bethany (CRT) | Aguinaga, Ben (CRT) | | 11/3/2017 14:03 | | | FW: Confidential & Close Hold: Draft Letter.msg | Redacted | PII | Private email address redacted. |
| 150 | DOJ00003741 | DOJ00003741 | DOJ00003740 | DOJ00003741 | N/A | N/A | | | John Gore | 10/31/2017 11:17 | Letter.docx | WIF | AWP;DPP | This document is a preliminary draft of the Gary letter, to which changes were later made. |
| 162 | DOJ00003890 | DOJ00003890 | DOJ00003889 | DOJ00003890 | N/A | N/A | | | John Gore | 10/31/2017 11:17 | Letter.docx | WIF | DPP | 11/3/17 draft of letter from DOJ to DOC re request to reinstate citizenship question on 2020 census questionnaire |
| 309 | DOJ00014793 | DOJ00014794 | DOJ00014793 | DOJ00014795 | Gore, John (CRT) | Tucker, Rachael (OAG) | N/A | 12/8/2017 16:26 | | | RE: Letter.msg | Redacted | DPP; PII | Email deliberations regarding proposed edits to the final letter and deliberations regarding the timing for sending the letter. Additionally, PII containing individuals' email addresses and phone numbers. |
| 310 | DOJ00014795 | DOJ00014795 | DOJ00014793 | DOJ00014795 | N/A | N/A | N/A | | | 12/8/2017 16:23 | Request for Citizenship Information.Dec 8 REDLINE edits.docx | WIF | DPP | Draft of the Gary Letter showing DOJ attorneys' edits to the text and organization of the letter. |
| 311 | DOJ00014796 | DOJ00014796 | DOJ00014796 | DOJ00014797 | Gore, John (CRT); Troester, Robert J. (ODAG) | Tucker, Rachael (OAG) | N/A | 11/29/2017 20:47 | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 312 | DOJ00014797 | DOJ00014797 | DOJ00014796 | DOJ00014797 | N/A | N/A | N/A | | | 11/29/2017 20:46 | Request for Citizenship Information.Nov26 REDLINE RCT edits.docx | WIF | DPP | Draft of the final letter reflecting proposed edits to its text. |
| 313 | DOJ00014798 | DOJ00014799 | DOJ00014798 | DOJ00014800 | Gore, John (CRT); Tucker, Rachael (OAG) | Troester, Robert J. (ODAG) | N/A | 11/30/2017 9:21 | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 314 | DOJ00014800 | DOJ00014800 | DOJ00014798 | DOJ00014800 | N/A | N/A | N/A | | | 11/30/2017 9:20 | Request for Citizenship Information.Nov26 REDLINE RCT edits (RJT edits).docx | WIF | DPP | Draft of the final letter reflecting proposed edits to the text |
| 315 | DOJ00014801 | DOJ00014801 | DOJ00014801 | DOJ00014802 | Gore, John (CRT) | Pickett, Bethany (CRT) | N/A | 11/3/2017 17:35 | | | Letter.msg | Redacted | PII | Attorney phone number. |
| 316 | DOJ00014802 | DOJ00014802 | DOJ00014801 | DOJ00014802 | N/A | N/A | N/A | | John Gore | 10/31/2017 11:17 | Letter.docx | WIF | DPP | Draft of the final letter reflecting proposed edits and comments on the text. |
| 317 | DOJ00014803 | DOJ00014803 | DOJ00014803 | DOJ00014804 | Gore, John (CRT) | Herren, Chris (CRT) | Aguiñaga, Ben (CRT) | 11/3/2017 14:09 | | | RE: Confidential & Close Hold: Draft Letter.msg | Redacted | PII | Attorney email addresses and contact information. |
| 318 | DOJ00014804 | DOJ00014804 | DOJ00014803 | DOJ00014804 | N/A | N/A | N/A | | | 11/3/2017 14:04 | Letter (rev).docx | WIF | DPP | Draft of the final letter reflecting proposed edits and comments on the text. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321 | DOJ00014821 | DOJ00014825 | DOJ00014821 | DOJ00014826 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 12/8/2017 16:42 | | | RE: Close Hold: Draft Letter.msg | Redacted | DPP; PII | Redacted phone numbers and emails as PII. Redacted internal agency discussions of a draft that pre-dates the final Gary letter. |
| 322 | DOJ00014826 | DOJ00014826 | DOJ00014821 | DOJ00014826 | N/A | N/A | N/A | | | 12/8/2017 16:41 | Request for Citizenship Information.Dec 8 REDLINE edits (002).docx | WIF | DPP | This is a draft of the Gary letter which contains edits and comments which are different from the final version and which reflect internal agency deliberations. |
| 323 | DOJ00014827 | DOJ00014831 | DOJ00014827 | DOJ00014833 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 12/8/2017 15:57 | | | RE: Close Hold: Draft Letter.msg | Redacted | DPP; PII | Redacted phone numbers and emails as PII. Redacted internal agency discussions of a draft that pre-dates the final Gary letter. |
| 324 | DOJ00014832 | DOJ00014832 | DOJ00014827 | DOJ00014833 | N/A | N/A | N/A | | | 12/8/2017 11:28 | Request for Citizenship Information.Dec 8 REDLINE.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations |
| 325 | DOJ00014833 | DOJ00014833 | DOJ00014827 | DOJ00014833 | N/A | N/A | N/A | | | 12/8/2017 15:55 | Request for Citizenship Information.Dec 8 CLEAN.docx | WIF | DPP | This is a draft of the Gary letter which contains text which are different from the final version and which reflect internal agency deliberations |
| 326 | DOJ00014834 | DOJ00014837 | DOJ00014834 | DOJ00014839 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/30/2017 16:21 | | | RE: Close Hold: Draft Letter.msg | Redacted | DPP; PII | Redacted phone numbers and email addresses as PII. Redacted part of email chain which reflects internal agency deliberations over draft of the Gary letter. |
| 327 | DOJ00014838 | DOJ00014838 | DOJ00014834 | DOJ00014839 | N/A | N/A | N/A | | | 11/30/2017 16:13 | Request for Citizenship Information.Nov30 REDLINE.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations |
| 328 | DOJ00014839 | DOJ00014839 | DOJ00014834 | DOJ00014839 | N/A | N/A | N/A | | | 11/30/2017 16:16 | Request for Citizenship Information.Nov30 CLEAN.docx | WIF | DPP | This is a draft of the Gary letter which contains text which are different from the final version and which reflect internal agency deliberations |
| 329 | DOJ00014840 | DOJ00014841 | DOJ00014840 | DOJ00014842 | Troester, Robert J. (ODAG); Tucker, Rachael (OAG) | Gore, John (CRT) | N/A | 11/30/2017 16:17 | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 330 | DOJ00014842 | DOJ00014842 | DOJ00014840 | DOJ00014842 | N/A | N/A | N/A | | | 11/30/2017 16:16 | Request for Citizenship Information.Nov30 CLEAN.docx | WIF | DPP | This is a draft of the Gary letter which contains text which are different from the final version and which reflect internal agency deliberations |
| 331 | DOJ00014843 | DOJ00014846 | DOJ00014843 | DOJ00014847 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/27/2017 13:25 | | | RE: Close Hold: Draft Letter.msg | Redacted | DPP; PII | Redacted e-mail addresses and phone numbers as PII. Redacted internal agency deliberations about drafts of the Gary Letter. |
| 332 | DOJ00014847 | DOJ00014847 | DOJ00014843 | DOJ00014847 | N/A | N/A | N/A | | | 11/25/2017 16:28 | Request for Citizenship Information.Nov26 REDLINE.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations |
| 333 | DOJ00014848 | DOJ00014848 | DOJ00014848 | DOJ00014849 | Tucker, Rachael (OAG); Troester, Robert J. (ODAG) | Gore, John (CRT) | N/A | 11/27/2017 12:42 | | | Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter. Redacted phone numbers and emails as PII. |
| 334 | DOJ00014849 | DOJ00014849 | DOJ00014848 | DOJ00014849 | N/A | N/A | N/A | | | 11/25/2017 16:28 | Request for Citizenship Information.Nov26 REDLINE.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations |
| 335 | DOJ00014850 | DOJ00014852 | DOJ00014850 | DOJ00014853 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/25/2017 16:32 | | | RE: Close Hold: Draft Letter.msg | Redacted | DPP; PII | Redacted emails and phone numbers as PII. Redacted part of email chain as deliberative inter-agency discussions concerning a draft of the Gary letter. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 336 | DOJ00014853 | DOJ00014853 | DOJ00014850 | DOJ00014853 | N/A | N/A | N/A | | | 11/25/2017 16:28 | Request for Citizenship Information.Nov26 REDLINE.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations |
| 337 | DOJ00014854 | DOJ00014854 | DOJ00014854 | DOJ00014855 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/3/2017 17:10 | | | Close Hold: Draft Letter.msg | Redacted | PII | Redacted phone number and email address as PII |
| 338 | DOJ00014855 | DOJ00014855 | DOJ00014854 | DOJ00014855 | N/A | N/A | N/A | | | 11/3/2017 15:34 | Letter (rev).docx | WIF | DPP | This is a draft of the Gary letter which contains text which are different from the final version and which reflect internal agency deliberations |
| 339 | DOJ00014856 | DOJ00014856 | DOJ00014856 | DOJ00014857 | Herren, Chris (CRT) | Gore, John (CRT) | Aguiñaga, Ben (CRT) | 11/1/2017 18:31 | | | Confidential & Close Hold: Draft Letter.msg | Redacted | PII | Redacted phone number and email as PII |
| 340 | DOJ00014857 | DOJ00014857 | DOJ00014856 | DOJ00014857 | N/A | N/A | N/A | | John Gore | 10/31/2017 11:17 | Letter.docx | WIF | DPP | Draft of the final letter |
| 345 | DOJ00014877 | DOJ00014879 | DOJ00014877 | DOJ00014881 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 11/22/2017 17:30 | | | RE: Close Hold: Draft Letter.msg | Redacted | DPP; PII | Redacted phone numbers and emails as PII Redacted intra-agency deliberative discussion concerning a draft of the Gary letter |
| 346 | DOJ00014880 | DOJ00014880 | DOJ00014877 | DOJ00014881 | N/A | N/A | N/A | | | 11/22/2017 17:24 | Request for Citizenship Information.Nov22 draft CLEAN.OGC.docx | WIF | DPP | This is a draft of the Gary letter which contains text which are different from the final version and which reflect internal agency deliberations |
| 347 | DOJ00014881 | DOJ00014881 | DOJ00014877 | DOJ00014881 | N/A | N/A | N/A | | | 11/22/2017 17:20 | Request for Citizenship Information.Nov22 draft REDLINE.OGC.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations |
| 367 | DOJ00014946 | DOJ00014951 | DOJ00014946 | DOJ00014951 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 11/1/2017 13:44 | | | Re 2020 census questions (52).msg | Redacted | DPP | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 368 | DOJ00014952 | DOJ00014956 | DOJ00014952 | DOJ00014956 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 11/1/2017 13:43 | | | Re 2020 census questions (53).msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 369 | DOJ00014957 | DOJ00014961 | DOJ00014957 | DOJ00014961 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/2017 13:41 | | | RE 2020 census questions (54).msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 370 | DOJ00014962 | DOJ00014966 | DOJ00014962 | DOJ00014966 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/2017 13:27 | | | RE 2020 census questions (55).msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 371 | DOJ00014967 | DOJ00014971 | DOJ00014967 | DOJ00014971 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/2017 12:02 | | | RE 2020 census questions (56).msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 372 | DOJ00014972 | DOJ00014976 | DOJ00014972 | DOJ00014976 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 11/1/2017 11:56 | | | Re 2020 census questions (57).msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 373 | DOJ00014977 | DOJ00014980 | DOJ00014977 | DOJ00014980 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/2017 11:45 | | | RE 2020 census questions (58).msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 374 | DOJ00014981 | DOJ00014984 | DOJ00014981 | DOJ00014984 | Gore, John (CR1) | Gary, Arthur (JMD) | N/A | 11/1/2017 11:43 | | | RE 2020 census questions (59).msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 375 | DOJ00014985 | DOJ00014988 | DOJ00014985 | DOJ00014988 | Gary, Arthur (JMD) | Gore, John (CR1) | N/A | 11/1/2017 9:48 | | | Re 2020 census questions (60).msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 376 | DOJ00014989 | DOJ00014992 | DOJ00014989 | DOJ00014992 | Gore, John (CR1) | Gary, Arthur (JMD) | N/A | 10/31/2017 17:56 | | | RE 2020 census questions (61).msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 377 | DOJ00014993 | DOJ00014995 | DOJ00014993 | DOJ00014995 | Gary, Arthur (JMD) | Gore, John (CR1) | N/A | 10/31/2017 15:35 | | | RE 2020 census questions (62).msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 383 | DOJ00015008 | DOJ00015013 | DOJ00015008 | DOJ00015013 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 11/1/2017 14:57 | | | Re 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 391 | DOJ00015057 | DOJ00015061 | DOJ00015057 | DOJ00015063 | Gary, Arthur (JMD) | Gore, John (CR1) | N/A | 12/8/2017 15:57 | | | RE Close Hold Draft Letter (38).msg | Redacted | DPP; PII | Redacted internal agency deliberations concerning drafts of the Gary Letter, and PII that could lead to unsolicited contact. |
| 392 | DOJ00015062 | DOJ00015062 | DOJ00015057 | DOJ00015063 | N/A | N/A | N/A | | | 12/8/2017 11:28 | Request for Citizenship Information.Dec 8 REDLINE.docx | WIF | DPP | Draft of Gary letter containing proposed revisions and edits |
| 393 | DOJ00015063 | DOJ00015063 | DOJ00015057 | DOJ00015063 | N/A | N/A | N/A | | | 12/8/2017 15:55 | Request for Citizenship Information.Dec 8 CLEAN.docx | WIF | DPP | Draft version of Gary letter containing proposed revisions and edits |
| 394 | DOJ00015064 | DOJ00015067 | DOJ00015064 | DOJ00015069 | Gary, Arthur (JMD) | Gore, John (CR1) | N/A | 11/30/2017 16:21 | | | RE Close Hold Draft Letter (39).msg | Redacted | DPP; PII | Email discussion concerning revisions to draft of Gary letter. PII redacted to avoid unsolicited contact. |
| 395 | DOJ00015068 | DOJ00015068 | DOJ00015064 | DOJ00015069 | N/A | N/A | N/A | | | 11/30/2017 16:13 | Request for Citizenship Information.Nov30 REDLINE.docx | WIF | DPP | Draft of Gary letter, marked confidential, containing proposed revisions and edits |
| 396 | DOJ00015069 | DOJ00015069 | DOJ00015064 | DOJ00015069 | N/A | N/A | N/A | | | 11/30/2017 16:16 | Request for Citizenship Information.Nov30 CLEAN.docx | WIF | DPP | Undated draft of Gary letter that is marked confidential |
| 397 | DOJ00015070 | DOJ00015073 | DOJ00015070 | DOJ00015074 | Gary, Arthur (JMD) | Gore, John (CR1) | N/A | 11/27/2017 13:25 | | | RE Close Hold Draft Letter (49).msg | Redacted | DPP; PII | Email discussion about revisions to a draft of the Gary letter. PII redacted to avoid unsolicited contact. |
| 398 | DOJ00015074 | DOJ00015074 | DOJ00015070 | DOJ00015074 | N/A | N/A | N/A | | | 11/25/2017 16:28 | Request for Citizenship Information.Nov26 REDLINE.docx | WIF | DPP | Draft of Gary letter, marked confidential, containing proposed revisions and edits |
| 399 | DOJ00015075 | DOJ00015077 | DOJ00015075 | DOJ00015078 | Gary, Arthur (JMD) | Gore, John (CR1) | N/A | 11/25/2017 16:32 | | | RE Close Hold Draft Letter (50).msg | Redacted | DPP; PII | Email discussion regarding revisions and edits to a draft of the Gary letter. PII redacted to avoid unsolicited contact. |
| 400 | DOJ00015078 | DOJ00015078 | DOJ00015075 | DOJ00015078 | N/A | N/A | N/A | | | 11/25/2017 16:28 | Request for Citizenship Information.Nov26 REDLINE.docx | WIF | DPP | Draft of Gary letter, marked confidential, containing proposed revisions and edits |
| 401 | DOJ00015079 | DOJ00015081 | DOJ00015079 | DOJ00015083 | Gore, John (CR1) | Gary, Arthur (JMD) | N/A | 11/22/2017 17:30 | | | RE Close Hold Draft Letter (51).msg | Redacted | DPP; PII | Email discussion of revisions and edits to a draft of the Gary letter. PII redacted to avoid unsolicited contact. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 402 | DOJ00015082 | DOJ00015082 | DOJ00015079 | DOJ00015083 | N/A | N/A | N/A | | | 11/22/2017 17:24 | Request for Citizenship Information.Nov22 draft CLEAN.OGC.docx | WIF | DPP | Undated draft of Gary letter that is marked confidential |
| 403 | DOJ00015083 | DOJ00015083 | DOJ00015079 | DOJ00015083 | N/A | N/A | N/A | | | 11/22/2017 17:20 | Request for Citizenship Information.Nov22 draft REDLINE.OGC.docx | WIF | DPP | Draft of Gary letter, marked confidential, containing proposed revisions and edits |
| 404 | DOJ00015084 | DOJ00015088 | DOJ00015084 | DOJ00015089 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 12/8/2017 16:42 | | | RE Close Hold Draft Letter.msg | Redacted | DPP; PII | Email discussion regarding revisions and edits to a draft of the Gary letter. PII redacted to avoid unsolicited contact. |
| 405 | DOJ00015089 | DOJ00015089 | DOJ00015084 | DOJ00015089 | N/A | N/A | N/A | | | 12/8/2017 16:41 | Request for Citizenship Information.Dec 8 REDLINE edits (002).docx | WIF | DPP | Draft of Gary letter, marked confidential, containing proposed revisions and edits |
| 418 | DOJ00015131 | DOJ00015131 | DOJ00015130 | DOJ00015131 | N/A | N/A | N/A | | | 12/11/2017 19:00 | Request for Citizenship Information.Dec 11 FINAL.docx | WIF | DPP | Draft letter being circled for comments by Arthur Gary. |
| 419 | DOJ00015134 | DOJ00015134 | DOJ00015133 | DOJ00015134 | N/A | N/A | N/A | | | 11/29/2017 10:19 | Request for Citizenship Information.Nov29 FINAL.docx | WIF | DPP | Draft letter from Arthur Gary. |
| 421 | DOJ00015137 | DOJ00015137 | DOJ00015136 | DOJ00015137 | N/A | N/A | N/A | | | 12/12/2017 13:27 | U. S. Census Bureau Dr. Jarmin (Revised Dec. 12th).pdf | WIF | DPP | Draft Gary letter. |
| 422 | DOJ00015197 | DOJ00015197 | DOJ00015197 | DOJ00015197 | N/A | N/A | N/A | | | | | WIF | ACP; AWP; DPP | Note from James Uthmeier to John Gore accompanying memorandum written by James Uthmeier. Uthmeier prepared this document for the purpose of obtaining legal advice from the Department of Justice, and in anticipation of litigation. This document was considered by DOJ to aid in their deliberations concerning whether to request the addition of a citizenship question. |
| 423 | DOJ00015198 | DOJ00015198 | DOJ00015198 | DOJ00015198 | N/A | N/A | N/A | | | | | WIF | ACP; AWP; DPP | Memorandum written by James Uthmeier for the purpose of providing legal advice to his client and to aid in Commerce's deliberations about whether or not to add a citizenship question to the census, and in anticipation of litigation. The document was also shared with John Gore for the purpose of obtaining legal advice from the Department of Justice, and considered by DOJ to aid in their deliberations concerning whether to request the addition of a citizenship question. |
| 424 | DOJ00015199 | DOJ00015199 | DOJ00015199 | DOJ00015199 | N/A | N/A | N/A | | | | | WIF | DPP | |
| 425 | DOJ00015200 | DOJ00015200 | DOJ00015200 | DOJ00015200 | N/A | N/A | N/A | | | | | WIF | DPP | Draft powerpoint presentation containing deliberative material on the critical objective for Census 2020. |
| 513 | DOJ00020885 | DOJ00020885 | DOJ00020885 | DOJ00020886 | Pickett, Bethany (CRT) | Aguiñaga, Ben (CRT) | N/A | 11/3/2017 14:03 | | | FW: Confidential & Close Hold: Draft Letter.msg | Redacted | PII | Redacted PII to avoid unsolicited contact. |
| 514 | DOJ00020886 | DOJ00020886 | DOJ00020885 | DOJ00020886 | N/A | N/A | N/A | | John Gore | 10/31/2017 11:17 | Letter.docx | WIF | DPP | Predecisional draft of letter from Gary to Jarmin re "Request to Reinstate Citizenship Question on 2020 Census Questionnaire" |
| 589 | DOJ00028339 | DOJ00028339 | DOJ00028339 | DOJ00028340 | Herren, Chris (CRT) | Gore, John (CRT) | Aguiñaga, Ben (CRT) | 11/1/2017 18:31 | | | Confidential & Close Hold: Draft Letter.msg | Redacted | PII | Redacted PII to avoid unsolicited contact |
| 590 | DOJ00028340 | DOJ00028340 | DOJ00028339 | DOJ00028340 | N/A | N/A | N/A | | John Gore | 10/31/2017 11:17 | Letter.docx | WIF | ACP; AWP; DPP | Draft copy of the Gary letter attached to internal DOJ CRT attorney email. |
| 597 | DOJ00028374 | DOJ00028374 | DOJ00028359 | DOJ00028387 | N/A | N/A | N/A | | | 2/12/2018 14:09 | Email 1 - 11.01.2017.pdf | Redacted | PII | PII redacted to avoid unsolicited contact |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | FROM | To | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 598 | DOJ00028375 | DOJ00028375 | DOJ00028359 | DOJ00028387 | N/A | N/A | N/A | | John Gore | 10/31/2017 11:17 | Email 1 - 11.01.2017.pdf^Letter.docx | WIF | DPP | draft of letter from DOJ to DOC |
| 599 | DOJ00028377 | DOJ00028377 | DOJ00028359 | DOJ00028387 | N/A | N/A | N/A | | | 2/12/2018 14:05 | Email 2 - 11.01.2017.pdf | Redacted | PII | PII removed to avoid unsolicited contact. |
| 600 | DOJ00028379 | DOJ00028379 | DOJ00028359 | DOJ00028387 | N/A | N/A | N/A | | | 2/12/2018 14:06 | Email 3 - 11.03.2017.pdf | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 601 | DOJ00028380 | DOJ00028380 | DOJ00028359 | DOJ00028387 | N/A | N/A | N/A | | | 11/3/2017 14:04 | Email 3 - 11.03.2017.pdf^Letter (rev).docx | WIF | DPP | draft letter from DOJ to DOC, with redlines and comments |
| 602 | DOJ00028382 | DOJ00028383 | DOJ00028359 | DOJ00028387 | N/A | N/A | N/A | | | 2/12/2018 14:10 | Email 4 - 11.03.2017.pdf | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 603 | DOJ00028385 | DOJ00028386 | DOJ00028359 | DOJ00028387 | N/A | N/A | N/A | | | 2/12/2018 14:11 | Email 5 - 11.03.2017.pdf | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 613 | DOJ00029550 | DOJ00029550 | DOJ00029550 | DOJ00029551 | Gore, John (CRT) | Herren, Chris (CRT) | Aguiñaga, Ben (CRT) | 11/3/2017 14:09 | | | RE: Confidential & Close Hold: Draft Letter.msg | Redacted | PII | Redacted PII to avoid unsolicited contact. |
| 614 | DOJ00029551 | DOJ00029551 | DOJ00029550 | DOJ00029551 | N/A | N/A | N/A | | | 11/3/2017 14:04 | Letter (rev).docx | WIF | DPP | Draft of letter from Arthur Gary to Acting Director of Census Bureau, including attorney edits and comments. |
| 615 | DOJ00029552 | DOJ00029555 | DOJ00029552 | DOJ00029555 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/2017 9:48 | | | Re: 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 616 | DOJ00029556 | DOJ00029557 | DOJ00029556 | DOJ00029557 | Tucker, Rachael (OAG) | Gore, John (CRT) | Troester, Robert J. (ODAG) | 11/30/2017 10:08 | | | Re: Census Letter.msg | Redacted | DPP; PII | Redacted portions contain attorney discussion regarding a draft of the Gary letter that would reveal internal DOJ advice and opinions about the content of the letter and pre-date the final letter. PII also redacted to avoid unsolicited contact. |
| 617 | DOJ00029558 | DOJ00029558 | DOJ00029558 | DOJ00029558 | Tucker, Rachael (OAG) | Gore, John (CRT) | Troester, Robert J. (ODAG) | 11/30/2017 7:31 | | | Re: Census Letter.msg | Redacted | DPP; PII | Redacted portions contain attorney discussion regarding a draft of the Gary letter that would reveal internal DOJ advice and opinions about the content of the letter and pre-date the final letter. PII also redacted to avoid unsolicited contact. |
| 620 | DOJ00029561 | DOJ00029561 | DOJ00029561 | DOJ00029561 | Tucker, Rachael (OAG) | Gore, John (CRT) | Troester, Robert J. (ODAG) | 12/4/2017 12:34 | | | Re: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 621 | DOJ00029564 | DOJ00029566 | DOJ00029564 | DOJ00029566 | Troester, Robert J. (ODAG); Tucker, Rachael (OAG) | Gore, John (CRT) | N/A | 12/4/2017 11:29 | | | Re: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 651 | DOJ00029779 | DOJ00029780 | DOJ00029779 | DOJ00029780 | Gore, John (CRT) | Tucker, Rachael (OAG) | Troester, Robert J. (ODAG) | 11/30/2017 10:17 | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 652 | DOJ00029781 | DOJ00029782 | DOJ00029781 | DOJ00029782 | Troester, Robert J. (ODAG); Gore, John (CRT) | Tucker, Rachael (OAG) | N/A | 11/30/2017 9:38 | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 653 | DOJ00029783 | DOJ00029783 | DOJ00029783 | DOJ00029783 | Gore, John (CRT); Troester, Robert J. (ODAG) | Tucker, Rachael (OAG) | N/A | 11/27/2017 15:55 | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 654 | DOJ00029784 | DOJ00029786 | DOJ00029784 | DOJ00029786 | Gore, John (CRT); Troester, Robert J. (ODAG) | Tucker, Rachael (OAG) | N/A | 12/4/2017 11:50 | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 655 | DOJ00029787 | DOJ00029788 | DOJ00029787 | DOJ00029788 | Tucker, Rachael (OAG); Gore, John (CRT) | Troester, Robert J. (ODAG) | N/A | 11/30/2017 10:18 | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 737 | DOJ00030703 | DOJ00030707 | DOJ00030703 | DOJ00030707 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 11/1/2017 11:56 | | | Re: 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 738 | DOJ00030708 | DOJ00030711 | DOJ00030708 | DOJ00030711 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 11/1/2017 11:43 | | | RE: 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 739 | DOJ00030712 | DOJ00030715 | DOJ00030712 | DOJ00030715 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 10/31/2017 17:56 | | | RE: 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 748 | DOJ00030733 | DOJ00030738 | DOJ00030733 | DOJ00030738 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 11/1/2017 14:57 | | | Re: 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 749 | DOJ00030739 | DOJ00030744 | DOJ00030739 | DOJ00030744 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 11/1/2017 13:44 | | | Re: 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 750 | DOJ00030745 | DOJ00030749 | DOJ00030745 | DOJ00030749 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 11/1/2017 13:43 | | | Re: 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 807 | DOJ00032176 | DOJ00032179 | DOJ00032176 | DOJ00032179 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/2017 11:45 | | | RE: 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 808 | DOJ00032180 | DOJ00032183 | DOJ00032180 | DOJ00032183 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/2017 9:48 | | | Re: 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 809 | DOJ00032184 | DOJ00032186 | DOJ00032184 | DOJ00032186 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 10/31/2017 15:35 | | | RE: 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 810 | DOJ00032187 | DOJ00032187 | DOJ00032187 | DOJ00032187 | Tucker, Rachael (OAG) | Gore, John (CRT) | Troester, Robert J. (ODAG) | 11/30/2017 7:31 | | | Re: Census Letter.msg | Redacted | AWP; DPP; PII | PII redacted to avoid unsolicited contact. |
| 892 | DOJ00034044 | DOJ00034046 | DOJ00034044 | DOJ00034046 | Tucker, Rachael (OAG) | Gore, John (CRT) | Troester, Robert J. (ODAG) | 12/4/17 12:34 PM | | | Re: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 893 | DOJ00034047 | DOJ00034049 | DOJ00034047 | DOJ00034049 | Troester, Robert J. (ODAG) ; Tucker, Rachael (OAG) | Gore, John (CRT) | N/A | 12/4/17 11:29 AM | | | Re: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 949 | DOJ00034403 | DOJ00034407 | DOJ00034403 | DOJ00034407 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/17 1:41 PM | | | RE: 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 950 | DOJ00034408 | DOJ00034412 | DOJ00034408 | DOJ00034412 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/17 1:27 PM | | | RE: 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 957 | DOJ00034421 | DOJ00034425 | DOJ00034421 | DOJ00034425 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/17 12:02 PM | | | RE: 2020 census questions.msg | Redacted | DPP; PII | Redacted portions containing deliberations by agency attorneys concerning the possible addition of a citizenship question, and PII that could result in unsolicited contact. |
| 1039 | DOJ00034584 | DOJ00034586 | DOJ00034584 | DOJ00034586 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 10/31/17 3:35 PM | | | 2017103194786683 20 1710311935320000 Z D02044E3198 2761A87 29623C7E11E761.EML | Redacted | DPP; PII | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |
| 1040 | DOJ00034587 | DOJ00034590 | DOJ00034587 | DOJ00034590 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 10/31/17 5:56 PM | | | 2017103194877261 20 1710312156550000 Z E0F4343E0028A186B9 CA5016FC77E121.EML | Redacted | DPP; PII | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |
| 1041 | DOJ00034591 | DOJ00034594 | DOJ00034591 | DOJ00034594 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/17 9:48 AM | | | 2017110195442205 20 1711011348200000 Z 90506F9C550055A05A 564837126BE9E1.EML | Redacted | DPP; PII | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |
| 1042 | DOJ00034595 | DOJ00034598 | DOJ00034595 | DOJ00034598 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 11/1/17 11:43 AM | | | 2017110195511161 20 1711011543140000 Z A08834F14D152BE1F1 BB06A444E35051.EML | Redacted | DPP; PII | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1043 | DOJ00034599 | DOJ00034602 | DOJ00034599 | DOJ00034602 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/17 11:45 AM | | | 2017110195512 21 20 1711011545250000 Z A08C30F8DD258CC1E4 A275E73867B5D1.EML | Redacted | DPP; PII | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |
| 1044 | DOJ00034603 | DOJ00034607 | DOJ00034603 | DOJ00034607 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 11/1/17 11:56 AM | | | 2017110195518 82 20 1711011556140000 Z A0E84B1ED371BFE102 E5028074343CE1.EML | Redacted | AWP; DPP | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |
| 1045 | DOJ00034608 | DOJ00034612 | DOJ00034608 | DOJ00034612 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/17 1:27 PM | | | 2017110195573 42 20 1711011727090000 Z B0EC48C329843D9401 EB62EBFFB82BA1.EML | Redacted | DPP; PII | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |
| 1046 | DOJ00034613 | DOJ00034617 | DOJ00034613 | DOJ00034617 | Gary, Arthur (JMD) | Gore, John (CRT) | N/A | 11/1/17 1:41 PM | | | 2017110195582 43 20 1711011741550000 Z B1286B641DDEE38626 FA7DB9BB183181.EML | Redacted | DPP; PII | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |
| 1047 | DOJ00034618 | DOJ00034622 | DOJ00034618 | DOJ00034622 | Gore, John (CRT) | Gary, Arthur (JMD) | N/A | 11/1/17 1:43 PM | | | 2017110195583 61 20 1711011743390000 Z B13044DE82A927CF86 2200A0B1175361.EML | Redacted | DPP; PII | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |
| 1048 | DOJ00034623 | DOJ00034628 | DOJ00034623 | DOJ00034628 | Gore, John (CR1) | Gary, Arthur (JMD) | N/A | 11/1/17 1:44 PM | | | 2017110195584 81 20 1711011744540000 Z B1384C6236D3C80FEE ACEA614D85A591.EML | Redacted | DPP; PII | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1049 | DOJ00034629 | DOJ00034633 | DOJ00034629 | DOJ00034633 | Gary, Arthur (JMD) | Gore, John (CR1) | N/A | 11/1/17 12:02 PM | | | 2017110195621 46 20 1711011602130000 Z C0C4865264DF786FA4 7BC0A2FE2A5E91.EML | Redacted | DPP; PII | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |
| 1050 | DOJ00034634 | DOJ00034639 | DOJ00034634 | DOJ00034639 | Gore, John (CR1) | Gary, Arthur (JMD) | N/A | 11/1/17 2:57 PM | | | 2017110195628 08 20 1711011857580000 Z C0F0BF7E8DE407C140 6FBBC3CBECAB31.EML | Redacted | DPP; PII | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |
| 1051 | DOJ00034640 | DOJ00034640 | DOJ00034640 | DOJ00034641 | Gary, Arthur (JMD) | Gore, John (CR1) | N/A | 11/3/17 5:10 PM | | | 2017110397435 83 20 1711032110520000 Z E034384C3FBF5D7CB4 1BA005A7C40E11.EML | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 1052 | DOJ00034641 | DOJ00034641 | DOJ00034640 | DOJ00034641 | N/A | N/A | N/A | | | 11/3/17 3:34 PM | Letter (rev).docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter and would reveal internal DOJ thoughts and decisionmaking. |
| 1053 | DOJ00034642 | DOJ00034642 | DOJ00034642 | DOJ00034643 | Posner, Morton J (JMD) | Gary, Arthur (JMD) | N/A | 11/3/17 5:17 PM | | | 2017110397440 03 20 1711032117450000 Z E050411D36D47B75BE FC3B678BD41611.EML | Redacted | PII | Removed attorney's phone number and email address. |
| 1054 | DOJ00034643 | DOJ00034643 | DOJ00034642 | DOJ00034643 | N/A | N/A | N/A | | | 11/3/17 3:34 PM | Letter (rev).docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter and would reveal internal DOJ thoughts and decisionmaking. |
| 1055 | DOJ00034644 | DOJ00034646 | DOJ00034644 | DOJ00034648 | Gore, John (CR1) | Gary, Arthur (JMD) | N/A | 11/22/17 5:30 PM | | | 2017112213900 44 20 1711222230510000 Z F01041BD5E047D9550 DE80C07CA32F31.EML | Redacted | DPP; PII | Email chain between DOJ attorneys discussing the draft Gary Letter, including discussions of their proposed edits and the internal DOJ process. PII also redacted to avoid unsolicited contact. |
| 1056 | DOJ00034647 | DOJ00034647 | DOJ00034644 | DOJ00034648 | N/A | N/A | N/A | | | 11/22/17 5:24 PM | Request for Citizenship Information.Nov22 draft CLEAN.OGC.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter and would reveal internal DOJ thoughts and decisionmaking. |
| 1057 | DOJ00034648 | DOJ00034648 | DOJ00034644 | DOJ00034648 | N/A | N/A | N/A | | | 11/22/17 5:20 PM | Request for Citizenship Information.Nov22 draft REDLINE.OGC.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter and would reveal internal DOJ thoughts and decisionmaking, and shows edits by a DOJ attorney. |
| 1058 | DOJ00034649 | DOJ00034651 | DOJ00034649 | DOJ00034652 | Gary, Arthur (JMD) | Gore, John (CR1) | N/A | 11/25/17 4:32 PM | | | 2017112516457 64 20 1711252132490000 Z E0906C0F1DAA4D8A5 D9C294DC9317FE1.EM L | Redacted | DPP; PII | Email chain between DOJ attorneys discussing the draft Gary Letter, including discussions of their proposed edits and the internal DOJ process. PII also redacted to avoid unsolicited contact. |
| 1059 | DOJ00034652 | DOJ00034652 | DOJ00034649 | DOJ00034652 | N/A | N/A | N/A | | | 11/25/17 4:28 PM | Request for Citizenship Information.Nov26 REDLINE.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter and would reveal internal DOJ thoughts and decisionmaking. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1060 | DOJ00034653 | DOJ00034656 | DOJ00034653 | DOJ00034653 | Gary, Arthur (JMD) | Gore, John (CR1) | N/A | 11/27/17 1:25 PM | | | 201711271807223 20 1711271825040000 Z C06C403B4F5D58FF5E BBE85C1B09FF61.EML | Redacted | DPP; PII | Email chain between DOJ attorneys discussing the draft Gary Letter, including discussions of their proposed edits and the internal DOJ process. PII also redacted to avoid unsolicited contact. |
| 1061 | DOJ00034657 | DOJ00034657 | DOJ00034653 | DOJ00034657 | N/A | N/A | N/A | | | 11/25/17 4:28 PM | Request for Citizenship Information.Nov26 REDLINE.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter, shows edits by an attorney, and would reveal internal DOJ thoughts and decisionmaking. |
| 1062 | DOJ00034659 | DOJ00034659 | DOJ00034658 | DOJ00034659 | N/A | N/A | N/A | | | 11/29/17 10:19 AM | Request for Citizenship Information.Nov29 FINAL.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter, shows edits by an attorney, and would reveal internal DOJ thoughts and decisionmaking. |
| 1063 | DOJ00034661 | DOJ00034661 | DOJ00034660 | DOJ00034661 | N/A | N/A | N/A | | | 11/29/17 10:19 AM | Request for Citizenship Information.Nov29 FINAL.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter, shows edits by an attorney, and would reveal internal DOJ thoughts and decisionmaking. |
| 1064 | DOJ00034662 | DOJ00034665 | DOJ00034662 | DOJ00034667 | Gary, Arthur (JMD) | Gore, John (CR1) | N/A | 11/30/17 4:21 PM | | | 201711302077102 20 1711302121140000 Z E06436F2718CB389F1 3DFEC931741971.EML | Redacted | DPP; PII | Email chain between DOJ attorneys discussing the draft Gary Letter, including discussions of their proposed edits and the internal DOJ process. PII also redacted to avoid unsolicited contact. |
| 1065 | DOJ00034666 | DOJ00034666 | DOJ00034662 | DOJ00034667 | N/A | N/A | N/A | | | 11/30/17 4:13 PM | Request for Citizenship Information.Nov30 REDLINE.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter, shows edits by an attorney, and would reveal internal DOJ thoughts and decisionmaking. |
| 1066 | DOJ00034667 | DOJ00034667 | DOJ00034662 | DOJ00034667 | N/A | N/A | N/A | | | 11/30/17 4:16 PM | Request for Citizenship Information.Nov30 CLEAN.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter and would reveal internal DOJ thoughts and decisionmaking. |
| 1067 | DOJ00034669 | DOJ00034669 | DOJ00034668 | DOJ00034669 | N/A | N/A | N/A | | | 11/29/17 4:52 PM | Dr.Jarmin Census Bureau Letter.pdf | WIF | DPP | Draft of the Gary Letter marked December 1 that pre-dates the final letter and would reveal internal agency deliberations and edits. |
| 1068 | DOJ00034670 | DOJ00034674 | DOJ00034670 | DOJ00034676 | Gary, Arthur (JMD) | Gore, John (CR1) | N/A | 12/8/17 3:57 PM | | | 201712120008806 20 1712082057130000 Z 90787C385509AF5A46 2BC47FE7D80491.EML | Redacted | DPP; PII | Email chain between DOJ attorneys discussing the draft Gary Letter, including discussions of their proposed edits and the internal DOJ process. PII also redacted to avoid unsolicited contact. |
| 1069 | DOJ00034675 | DOJ00034675 | DOJ00034670 | DOJ00034676 | N/A | N/A | N/A | | | 12/8/17 11:28 AM | Request for Citizenship Information.Dec 8 REDLINE.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter, shows edits and comments by an attorney, and would reveal internal DOJ thoughts and decisionmaking. |
| 1070 | DOJ00034676 | DOJ00034676 | DOJ00034670 | DOJ00034676 | N/A | N/A | N/A | | | 12/8/17 3:55 PM | Request for Citizenship Information.Dec 8 CLEAN.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter, shows edits and comments by an attorney, and would reveal internal DOJ thoughts and decisionmaking. |
| 1071 | DOJ00034677 | DOJ00034681 | DOJ00034677 | DOJ00034682 | Gary, Arthur (JMD) | Gore, John (CR1) | N/A | 12/8/17 4:42 PM | | | 201712113000892 20 1712082142400000 Z 907E49B05195AD82E0 E214F4EFB3FD11.EML | Redacted | DPP; PII | Email chain between DOJ attorneys discussing the draft Gary Letter, including discussions of their proposed edits and the internal DOJ process. PII also redacted to avoid unsolicited contact. |
| 1072 | DOJ00034682 | DOJ00034682 | DOJ00034677 | DOJ00034682 | N/A | N/A | N/A | | | 12/8/17 4:41 PM | Request for Citizenship Information.Dec 8 REDLINE edits (002).docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter, shows attorney edits, and would reveal internal DOJ thoughts and decisionmaking. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1073 | DOJ00034684 | DOJ00034684 | DOJ00034683 | DOJ00034684 | N/A | N/A | N/A | | | 12/11/17 7:00 PM | Request for Citizenship Information.Dec 11 FINAL.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter, shows attorney edits, and would reveal internal DOJ thoughts and decisionmaking. |
| 1289 | DOJ00035857 | DOJ00035857 | DOJ00035856 | DOJ00035857 | N/A | N/A | N/A | | | 12/11/17 7:00 PM | Request for Citizenship Information.Dec 11 FINAL.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter and would reveal internal DOJ thoughts and decisionmaking. |
| 1290 | DOJ00035859 | DOJ00035859 | DOJ00035858 | DOJ00035859 | N/A | N/A | N/A | | | 11/29/17 10:19 AM | Request for Citizenship Information.Nov29 FINAL.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter and would reveal internal DOJ thoughts and decisionmaking. |
| 1291 | DOJ00035861 | DOJ00035861 | DOJ00035860 | DOJ00035861 | N/A | N/A | N/A | | | 11/29/17 10:19 AM | Request for Citizenship Information.Nov29 FINAL.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter and would reveal internal DOJ thoughts and decisionmaking. |
| 1292 | DOJ00035862 | DOJ00035864 | DOJ00035862 | DOJ00035866 | Gore, John (CR1) | Gary, Arthur (JMD) | N/A | 11/22/17 5:30 PM | | | RE: Close Hold: Draft Letter.msg | Redacted | DPP; PII | Email chain between DOJ attorneys discussing the draft Gary Letter, including discussions of their proposed edits and the internal DOJ process. PII also redacted to avoid unsolicited contact. |
| 1293 | DOJ00035865 | DOJ00035865 | DOJ00035862 | DOJ00035866 | N/A | N/A | N/A | | | 11/22/17 5:24 PM | Request for Citizenship Information.Nov22 draft CLEAN.OGC.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter and would reveal internal DOJ thoughts and decisionmaking. |
| 1294 | DOJ00035866 | DOJ00035866 | DOJ00035862 | DOJ00035866 | N/A | N/A | N/A | | | 11/22/17 5:20 PM | Request for Citizenship Information.Nov22 draft REDLINE.OGC.docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter, shows edits by an attorney, and would reveal internal DOJ thoughts and decisionmaking. |
| 1295 | DOJ00035867 | DOJ00035867 | DOJ00035867 | DOJ00035868 | Posner, Morton J (JMD) | Gary, Arthur (JMD) | N/A | 11/3/17 5:17 PM | | | FW: Close Hold: Draft Letter.msg | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 1296 | DOJ00035868 | DOJ00035868 | DOJ00035867 | DOJ00035868 | N/A | N/A | N/A | | | 11/3/17 3:34 PM | Letter (rev).docx | WIF | DPP | Draft of the Gary Letter, which pre-dates the final Gary Letter and would reveal internal DOJ thoughts and decisionmaking. |
| 1297 | DOJ00035869 | DOJ00035873 | DOJ00035869 | DOJ00035873 | Gore, John (CR1) | Gary, Arthur (JMD) | N/A | 11/1/17 11:43 AM | | | RE: 2020 census questions.msg | Redacted | DPP; PII | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |
| 1298 | DOJ00035874 | DOJ00035878 | DOJ00035874 | DOJ00035878 | Gore, John (CR1) | Gary, Arthur (JMD) | N/A | 10/31/17 5:56 PM | | | RE: 2020 census questions.msg | Redacted | DPP; PII | Email chain between two DOJ attorneys, discussing questions and concerns in regard to adding a citizenship question to the 2020 Census. Redacted portions would reveal DOJ's deliberative process concerning the ultimate decision as to whether to request the addition of a citizenship question to the census. Private contact information also redacted to avoid unsolicited contact. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1412 | DOJ00036762 | DOJ00036762 | DOJ00036762 | DOJ00036764 | Tucker, Rachael (OAG); Troester, Robert J. (ODAG) | Gore, John (CRT) | N/A | 11/27/17 12:42 PM | | | 201711302078995~20 171127174249000000~Z~ E0E285D7C9163BFD0A 4FA7146796AA21.EML | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 1413 | DOJ00036763 | DOJ00036763 | DOJ00036762 | DOJ00036764 | Tucker, Rachael (OAG); Troester, Robert J. (ODAG) | Gore, John (CRT) | N/A | 11/27/17 12:42 PM | | | Census Letter.eml | Redacted | DPP; PII | Redacted internal agency discussions regarding a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1414 | DOJ00036764 | DOJ00036764 | DOJ00036762 | DOJ00036764 | N/A | N/A | N/A | | | 11/25/17 4:28 PM | Request for Citizenship Information.Nov26 REDLINE.docx | WIF | DPP | Draft of the Gary Letter that pre-dates the final Gary Letter and shows edits by a DOJ attorney. |
| 1415 | DOJ00036765 | DOJ00036765 | DOJ00036765 | DOJ00036766 | Tucker, Rachael (OAG) | Gore, John (CRT) | Troester, Robert J. (ODAG) | 11/30/17 7:31 AM | | | 201711302079057~20 171130123117000000~Z~ E0E69CFD84AC62436D 6E47294185D8B1.EML | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 1417 | DOJ00036767 | DOJ00036767 | DOJ00036767 | DOJ00036768 | Gore, John (CRT); Troester, Robert J. (ODAG) | Tucker, Rachael (OAG) | N/A | 11/27/17 3:55 PM | | | 201711302080457~20 171127205538000000~Z~ E1440E411662B55347 993973EF03F4B1.EML | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 1418 | DOJ00036768 | DOJ00036768 | DOJ00036767 | DOJ00036768 | Gore, John (CRT); Troester, Robert J. (ODAG) | Tucker, Rachael (OAG) | N/A | 11/27/17 3:55 PM | | | RE Census Letter.eml | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII |
| 1419 | DOJ00036769 | DOJ00036769 | DOJ00036769 | DOJ00036771 | Gore, John (CRT); Troester, Robert J. (ODAG) | Tucker, Rachael (OAG) | N/A | 11/29/17 8:47 PM | | | 201711302080493~20 171130014750000000~Z~ E146604DDF65A2B9BD 907C2DDD7AA621.EM L | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 1420 | DOJ00036770 | DOJ00036770 | DOJ00036769 | DOJ00036771 | Gore, John (CRT); Troester, Robert J. (ODAG) | Tucker, Rachael (OAG) | N/A | 11/29/17 8:47 PM | | | RE Census Letter.eml | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII |
| 1421 | DOJ00036771 | DOJ00036771 | DOJ00036769 | DOJ00036771 | N/A | N/A | N/A | | | 11/29/17 8:46 PM | Request for Citizenship Information.Nov26 REDLINE RCT edits.docx | WIF | DPP | Draft of the Gary Letter that pre-dates the final Gary Letter and shows edits by a DOJ attorney. |
| 1422 | DOJ00036772 | DOJ00036772 | DOJ00036772 | DOJ00036774 | Troester, Robert J. (ODAG) ; Gore, John (CRT) | Tucker, Rachael (OAG) | N/A | 11/30/17 9:38 AM | | | 201711302080496~20 171130143801000000~Z~ E1469904F855D3E18E 69088DB12FF911.EML | Redacted | PII | PII redacted to avoid unsolicited contact |
| 1423 | DOJ00036773 | DOJ00036774 | DOJ00036772 | DOJ00036774 | Troester, Robert J. (ODAG) ; Gore, John (CRT) | Tucker, Rachael (OAG) | N/A | 11/30/17 9:38 AM | | | RE Census Letter.eml | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII |
| 1424 | DOJ00036775 | DOJ00036775 | DOJ00036775 | DOJ00036777 | Gore, John (CRT) | Tucker, Rachael (OAG) | Troester, Robert J. (ODAG) | 11/30/17 10:17 AM | | | 201711302080498~20 171130151706000000~Z~ E146B49F43636364A8 0D532FEF1C1881.EML | Redacted | PII | PII redacted to avoid unsolicited contact. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1425 | DOJ00036776 | DOJ00036777 | DOJ00036775 | DOJ00036777 | Gore, John (CRT) | Tucker, Rachael (OAG) | Troester, Robert J. (ODAG) | 11/30/17 10:17 AM | | | RE Census Letter.eml | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII |
| 1426 | DOJ00036778 | DOJ00036778 | DOJ00036778 | DOJ00036781 | Gore, John (CRT); Tucker, Rachael (OAG) | Troester, Robert J. (ODAG) | N/A | 11/30/17 9:21 AM | | | 201712012093187~20 171130142144000 0~z~105c869bcb89af579d2 73914fea4bfa1.eml.m s g | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 1427 | DOJ00036779 | DOJ00036780 | DOJ00036778 | DOJ00036781 | Gore, John (CRT); Tucker, Rachael (OAG) | Troester, Robert J. (ODAG) | N/A | 11/30/17 9:21 AM | | | RE Census Letter.eml | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII |
| 1428 | DOJ00036781 | DOJ00036781 | DOJ00036778 | DOJ00036781 | N/A | N/A | N/A | | | 11/30/17 9:20 AM | Request for Citizenship Information.Nov26 REDLINE RCT edits (RJT edits).docx | WIF | DPP | Draft of the Gary Letter that pre-dates the final Gary Letter and displays the edits of a DOJ attorney. |
| 1429 | DOJ00036782 | DOJ00036782 | DOJ00036782 | DOJ00036784 | Tucker, Rachael (OAG) | Gore, John (CRT) | Troester, Robert J. (ODAG) | 11/30/17 10:08 AM | | | 201712012093188~20 1711301508400000~z~ 105C9E03D252344987 6F51BD75426761.EML | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 1430 | DOJ00036783 | DOJ00036784 | DOJ00036782 | DOJ00036784 | Tucker, Rachael (OAG) | Gore, John (CRT) | Troester, Robert J. (ODAG) | 11/30/17 10:08 AM | | | Re Census Letter.eml | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII |
| 1431 | DOJ00036785 | DOJ00036785 | DOJ00036785 | DOJ00036787 | Tucker, Rachael (OAG); Gore, John (CRT) | Troester, Robert J. (ODAG) | N/A | 11/30/17 10:18 AM | | | 201712012093188~20 1711301518320000~z~ 105CA1B0F41C69D731 C2770E31DEAC01.EML | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 1432 | DOJ00036786 | DOJ00036787 | DOJ00036785 | DOJ00036787 | Tucker, Rachael (OAG); Gore, John (CRT) | Troester, Robert J. (ODAG) | N/A | 11/30/17 10:18 AM | | | RE Census Letter.eml | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII |
| 1433 | DOJ00036788 | DOJ00036788 | DOJ00036788 | DOJ00036791 | Troester, Robert J. (ODAG) ; Tucker, Rachael (OAG) | Gore, John (CRT) | N/A | 11/30/17 4:17 PM | | | 201712012093197~20 1711302117280000~z~ 105D302E7C37919396 13CA86B6EF3A51.EML | Redacted | PII | PII redacted to avoid unsolicited contact. |
| 1434 | DOJ00036789 | DOJ00036790 | DOJ00036788 | DOJ00036791 | Troester, Robert J. (ODAG) ; Tucker, Rachael (OAG) | Gore, John (CRT) | N/A | 11/30/17 4:17 PM | | | RE Census Letter.eml | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII |
| 1435 | DOJ00036791 | DOJ00036791 | DOJ00036788 | DOJ00036791 | N/A | N/A | N/A | | | 11/30/17 4:16 PM | Request for Citizenship Information.Nov30 CLEAN.docx | WIF | DPP | Draft of the Gary Letter that pre-dates the final Gary Letter and would reveal internal agency deliberations. |
| 1436 | DOJ00036792 | DOJ00036792 | DOJ00036792 | DOJ00036794 | Troester, Robert J. (ODAG) ; Gore, John (CRT) | Tucker, Rachael (OAG) | N/A | 11/30/17 9:38 AM | | | 201712012093204 20 1711301438010000 z 105da827cdc9036ec7f 2ebba31f6d431.eml.m sg | Redacted | PII | PII redacted to avoid unsolicited contact. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1437 | DOJ00036793 | DOJ00036794 | DOJ00036792 | DOJ00036794 | Troester, Robert J. (ODAG) ; Gore, John (CRT) | Tucker, Rachael (OAG) | N/A | 11/30/17 9:38 AM | | | RE Census Letter.eml | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1438 | DOJ00036795 | DOJ00036797 | DOJ00036795 | DOJ00036797 | Troester, Robert J. (ODAG) ; Tucker, Rachael (OAG) | Gore, John (CRT) | N/A | 12/4/17 11:29 AM | | | 201712042405121 20 1712041629450000 Z B008219664FA3F168E 534E833F2A0EA1.EML | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1439 | DOJ00036798 | DOJ00036800 | DOJ00036798 | DOJ00036800 | Gore, John (CRT); Troester, Robert J. (ODAG) | Tucker, Rachael (OAG) | N/A | 12/4/17 11:50 AM | | | 201712042406381 20 1712041650440000 Z B05C1938B302A93BB5 F0ED07B3CD5A61.EML | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1440 | DOJ00036801 | DOJ00036803 | DOJ00036801 | DOJ00036803 | Tucker, Rachael (OAG) | Gore, John (CRT) | Troester, Robert J. (ODAG) | 12/4/17 12:34 PM | | | 201712042409085 20 1712041734430000 Z B11070DD487F7AF895 F35BEEEF9FE4D1.EML | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1441 | DOJ00036804 | DOJ00036804 | DOJ00036804 | DOJ00036805 | Tucker, Rachael (OAG) | Gore, John (CRT) | N/A | 12/8/17 12:00 PM | | | 201712082753699 20 1712081700070000 Z B0CEC9B0DD0C5850EC 20512E8D283171.EML | Redacted | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. |
| 1442 | DOJ00036805 | DOJ00036805 | DOJ00036804 | DOJ00036805 | N/A | N/A | N/A | | | 12/8/17 11:28 AM | Request for Citizenship Information.Dec 8 REDLINE.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations. |
| 1443 | DOJ00036806 | DOJ00036807 | DOJ00036806 | DOJ00036808 | Gore, John (CRT) | Tucker, Rachael (OAG) | N/A | 12/8/17 4:26 PM | | | 201712113000846 20 1712082126480000 Z 907B26D4DCE59C78C1 4E623DDA38A2A1.EML | Redacted | DPP; PII | Discussion between DOJ attorneys concerning proposed changes to the draft Gary Letter and the process for issuing the Gary Letter. Discussions pre-date the final Gary Letter, and revealing them would reveal internal agency decisionmaking. PII also redacted to avoid unsolicited contact. |
| 1444 | DOJ00036808 | DOJ00036808 | DOJ00036806 | DOJ00036808 | N/A | N/A | N/A | | | 12/8/17 4:23 PM | Request for Citizenship Information.Dec 8 REDLINE edits.docx | WIF | DPP | Draft of the Gary Letter that shows DOJ attorneys' edits. |
| 1458 | DOJ00036823 | DOJ00036824 | DOJ00036823 | DOJ00036824 | Troester, Robert J. (ODAG) ; Gore, John (CRT) | Unspecified Sender | N/A | 11/30/17 9:35 AM | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1469 | DOJ00036835 | DOJ00036837 | DOJ00036835 | DOJ00036837 | Troester, Robert J. (ODAG) ; Tucker, Rachael (OAG) | Gore, John (CRT) | N/A | 12/4/17 11:29 AM | | | Re: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1470 | DOJ00036838 | DOJ00036839 | DOJ00036838 | DOJ00036840 | Troester, Robert J. (ODAG) ; Tucker, Rachael (OAG) | Gore, John (CRT) | N/A | 11/30/17 4:17 PM | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1471 | DOJ00036840 | DOJ00036840 | DOJ00036838 | DOJ00036840 | N/A | N/A | N/A | | | 11/30/17 4:16 PM | Request for Citizenship Information.Nov30 CLEAN.docx | WIF | DPP | A draft of the Gary Letter that pre-dates the final version of the Gary Letter, and which would reveal internal DOJ decisionmaking. |
| 1472 | DOJ00036841 | DOJ00036842 | DOJ00036841 | DOJ00036842 | Tucker, Rachael (OAG); Gore, John (CRT) | Troester, Robert J. (ODAG) | N/A | 11/30/17 10:18 AM | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1473 | DOJ00036843 | DOJ00036844 | DOJ00036843 | DOJ00036844 | Tucker, Rachael (OAG) | Gore, John (CRT) | Troester, Robert J. (ODAG) | 11/30/17 10:08 AM | | | Re: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1474 | DOJ00036845 | DOJ00036846 | DOJ00036845 | DOJ00036847 | Gore, John (CRT); Tucker, Rachael (OAG) | Troester, Robert J. (ODAG) | N/A | 11/30/17 9:21 AM | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1475 | DOJ00036847 | DOJ00036847 | DOJ00036845 | DOJ00036847 | N/A | N/A | N/A | | | 11/30/17 9:20 AM | Request for Citizenship Information.Nov26 REDLINE RCT edits (RJT edits).docx | WIF | DPP | Draft of the Gary Letter that pre-dates the final letter and would reveal internal DOJ deliberations if released. |
| 1476 | DOJ00036848 | DOJ00036848 | DOJ00036848 | DOJ00036848 | Tucker, Rachael (OAG) | Gore, John (CRT) | Troester, Robert J. (ODAG) | 11/30/17 7:31 AM | | | Re: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1477 | DOJ00036849 | DOJ00036849 | DOJ00036849 | DOJ00036850 | Tucker, Rachael (OAG); Troester, Robert J. (ODAG) | Gore, John (CRT) | N/A | 11/27/17 12:42 PM | | | Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1478 | DOJ00036850 | DOJ00036850 | DOJ00036849 | DOJ00036850 | N/A | N/A | N/A | | | 11/25/17 4:28 PM | Request for Citizenship Information.Nov26 REDLINE.docx | WIF | DPP | A draft of the Gary Letter that pre-dates the final Gary Letter and shows the edits of a DOJ attorney. |
| 1483 | DOJ00036855 | DOJ00036856 | DOJ00036855 | DOJ00036857 | Gore, John (CRT) | Tucker, Rachael (OAG) | N/A | 12/8/17 4:26 PM | | | RE: Letter.msg | Redacted | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. |
| 1484 | DOJ00036857 | DOJ00036857 | DOJ00036855 | DOJ00036857 | N/A | N/A | N/A | | | 12/8/17 4:23 PM | Request for Citizenship Information.Dec 8 REDLINE edits.docx | WIF | DPP | Draft of the Gary Letter showing DOJ attorneys' edits to the text and organization of the letter |
| 1485 | DOJ00036858 | DOJ00036860 | DOJ00036858 | DOJ00036860 | Gore, John (CRT); Troester, Robert J. (ODAG) | Tucker, Rachael (OAG) | N/A | 12/4/17 11:50 AM | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1486 | DOJ00036861 | DOJ00036863 | DOJ00036861 | DOJ00036863 | Gore, John (CRT); Troester, Robert J. (ODAG) | Unspecified Sender | N/A | 12/4/17 11:37 AM | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1487 | DOJ00036864 | DOJ00036865 | DOJ00036864 | DOJ00036865 | Gore, John (CRT) | Tucker, Rachael (OAG) | Troester, Robert J. (ODAG) | 11/30/17 10:17 AM | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1488 | DOJ00036866 | DOJ00036867 | DOJ00036866 | DOJ00036867 | Troester, Robert J. (ODAG) ; Gore, John (CRT) | Tucker, Rachael (OAG) | N/A | 11/30/17 9:38 AM | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1489 | DOJ00036868 | DOJ00036868 | DOJ00036868 | DOJ00036869 | Gore, John (CRT); Troester, Robert J. (ODAG) | Tucker, Rachael (OAG) | N/A | 11/29/17 8:47 PM | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1490 | DOJ00036869 | DOJ00036869 | DOJ00036868 | DOJ00036869 | N/A | N/A | N/A | | | 11/29/17 8:46 PM | Request for Citizenship Information.Nov26 REDLINE RCT edits.docx | WIF | DPP | Draft of the Gary Letter that pre-dates the final Gary Letter and shows the edits of a DOJ attorney. |
| 1491 | DOJ00036870 | DOJ00036870 | DOJ00036870 | DOJ00036870 | Gore, John (CRT); Troester, Robert J. (ODAG) | Tucker, Rachael (OAG) | N/A | 11/27/17 3:55 PM | | | RE: Census Letter.msg | Redacted | DPP; PII | Redacted internal agency discussions regarding changes to a draft of the Gary Letter and the proposed process for issuing the Gary Letter. Redacted phone numbers and emails as PII. |
| 1742 | DOJ00039774 | DOJ00039774 | DOJ00039774 | DOJ00039775 | Posner, Morton J (JMD) | Gary, Arthur (JMD) | N/A | 11/3/17 5:17 PM | | | FW Close Hold Draft Letter.msg | Redacted | PII | Redacted PII to avoid unsolicited contact. |
| 1743 | DOJ00039775 | DOJ00039775 | DOJ00039774 | DOJ00039775 | N/A | N/A | N/A | | | 11/3/17 3:34 PM | Letter (rev).docx | WIF | DPP | Draft copy of the Gary Letter. |
| 1850 | DOJ00049887 | DOJ00049887 | DOJ00049873 | DOJ00049893 | N/A | N/A | N/A | | John Gore | 10/31/17 11:17 AM | Email 1 - 11.01.2017.pdf^Letter.docx | WIF | DPP | Draft of the Gary Letter that pre-dates the final Gary Letter and reflects agency deliberations concerning the process of requesting the addition of a citizenship question. In addition, this attachment was prepared as part of the agency's deliberative process in responding to a FOIA request and may not reflect the final form of the FOIA release. |
| 1853 | DOJ00049890 | DOJ00049890 | DOJ00049873 | DOJ00049893 | N/A | N/A | N/A | | | 11/3/17 2:04 PM | Email 3 - 11.03.2017.pdf^Letter (rev).docx | WIF | DPP | Draft of the Gary Letter that pre-dates the final Gary Letter and displays comments and edits by DOJ attorneys. In addition, this attachment was prepared as part of the agency's deliberative process in responding to a FOIA request and may not reflect the final form of the FOIA release. |
| 1938 | DOJ00062345 | DOJ00062345 | DOJ00062331 | DOJ00062352 | N/A | N/A | N/A | | John Gore | 10/31/17 11:17 AM | Email 1 - 11.01.2017.pdf^Letter.docx | WIF | DPP | Draft of letter to Census regarding reinstatement of the citizenship question. |
| 1941 | DOJ00062348 | DOJ00062348 | DOJ00062331 | DOJ00062352 | N/A | N/A | N/A | | | 11/3/17 2:04 PM | Email 3 - 11.03.2017.pdf^Letter (rev).docx | WIF | DPP | Draft letter concerning reinstatement of citizenship question including comments from Justice Department attorney. |
| 2136 | DOJ00074717 | DOJ00074717 | DOJ00074703 | DOJ00074724 | N/A | N/A | N/A | | John Gore | 10/31/17 11:17 AM | Email 1 - 11.01.2017.pdf^Letter.docx | WIF | DPP | Draft of Art Gary letter |
| 2139 | DOJ00074720 | DOJ00074720 | DOJ00074703 | DOJ00074724 | N/A | N/A | N/A | | | 11/3/17 2:04 PM | Email 3 - 11.03.2017.pdf^Letter (rev).docx | WIF | DPP | Draft of Art Gary letter |
| 2339 | DOJ00107749 | DOJ00107749 | DOJ00107749 | DOJ00107749 | Tucker, Rachael (OAG) | Gore, John (CRT) | Troester, Robert J. (ODAG) | 11/30/17 10:08 AM | | | Re: Census Letter.msg | WIF | AWP; DPP; PII | Email chain discussing edits to draft letter to Census Bureau requesting citizenship question. |
| 2422 | DOJ00125619 | DOJ00125619 | DOJ00125619 | DOJ00125620 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 11/28/17 7:34 PM | | | 201711291915764 20 1711290034220000 Z 00906A7B19402C2DA2 995E6039387E91.EML | WIF | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. PII redacted to avoid unsolicited contact. |
| 2423 | DOJ00125620 | DOJ00125620 | DOJ00125619 | DOJ00125620 | N/A | N/A | N/A | | | 11/25/17 4:28 PM | Request for Citizenship Information.Nov26 REDLINE.docx | WIF | DPP | Proposed edits to the draft Gary Letter. Pre-dates the final Gary Letter and would reveal internal DOJ decisionmaking. |
| 2424 | DOJ00125621 | DOJ00125621 | DOJ00125621 | DOJ00125621 | Tucker, Rachael (OAG) | Hamilton, Gene (OAG) | N/A | 11/29/17 6:28 PM | | | 201712012098601 20 1711292328360000 Z 205D76CFA4F0764E47 ACBB67F94981D1.EML | WIF | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. PII redacted to avoid unsolicited contact. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2425 | DOJ00125622 | DOJ00125622 | DOJ00125622 | DOJ00125622 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 11/29/17 6:28 PM | | | 201712012098602 20 1711292328040000 Z 205D81576DE0C6797B F9D652A86A96E51.EML | WIF | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. PII redacted to avoid unsolicited contact. |
| 2426 | DOJ00125623 | DOJ00125623 | DOJ00125623 | DOJ00125623 | Tucker, Rachael (OAG) | Hamilton, Gene (OAG) | N/A | 11/29/17 6:03 PM | | | 201712012098747 20 1711292303000000 Z 206738D3DFD5A396CE FDF25D8D345261.EML | WIF | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. PII redacted to avoid unsolicited contact. |
| 2427 | DOJ00125624 | DOJ00125624 | DOJ00125624 | DOJ00125624 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 11/29/17 6:29 PM | | | 201712012098758 20 1711292329280000 Z 2067F1C340F08DD90A F600D416993EC1.EML | WIF | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. PII redacted to avoid unsolicited contact. |
| 2428 | DOJ00125625 | DOJ00125625 | DOJ00125625 | DOJ00125625 | Tucker, Rachael (OAG) | Hamilton, Gene (OAG) | N/A | 11/29/17 6:29 PM | | | 201712012098964 20 1711292329560000 Z 2075BA9652410F4FE4 3BF5164EED86B1.EML | WIF | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. PII redacted to avoid unsolicited contact. |
| 2429 | DOJ00125626 | DOJ00125626 | DOJ00125626 | DOJ00125627 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 12/8/17 12:09 PM | | | 201712082753741 20 1712081709530000 Z B0D18EBFDA75CCA255 162B5F45088841.EML | Redacted | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. |
| 2430 | DOJ00125627 | DOJ00125627 | DOJ00125626 | DOJ00125627 | N/A | N/A | N/A | | | 12/8/17 11:28 AM | Request for Citizenship Information.Dec 8 REDLINE.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations. |
| 2483 | DOJ00125790 | DOJ00125790 | DOJ00125790 | DOJ00125791 | Morrissey, Brian (OAG) | Tucker, Rachael (OAG) | N/A | 12/8/17 2:46 PM | | | 201712113000780 20 1712081946050000 Z 9076CBE572DEC33226 69C98D2F5F8A11.EML | Redacted | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. |
| 2484 | DOJ00125791 | DOJ00125791 | DOJ00125790 | DOJ00125791 | N/A | N/A | N/A | | | 12/8/17 11:28 AM | Request for Citizenship Information.Dec 8 REDLINE.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations. |
| 2485 | DOJ00125792 | DOJ00125792 | DOJ00125792 | DOJ00125793 | Tucker, Rachael (OAG) | Morrissey, Brian (OAG) | N/A | 12/8/17 3:57 PM | | | 201712113000806 20 1712082057420000 Z 907875E53C7AF5AD37 2B5A67F54BFDA1.EML | Redacted | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. |
| 2486 | DOJ00125793 | DOJ00125793 | DOJ00125792 | DOJ00125793 | N/A | N/A | N/A | | | 12/8/17 3:11 PM | Request for Citizenship Information.Dec 8 REDLINE (4.00pm).docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations. |
| 2487 | DOJ00125794 | DOJ00125794 | DOJ00125794 | DOJ00125795 | Tucker, Rachael (OAG) | Morrissey, Brian (OAG) | N/A | 12/8/17 3:57 PM | | | RE: Letter.msg | Redacted | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. |
| 2488 | DOJ00125795 | DOJ00125795 | DOJ00125794 | DOJ00125795 | N/A | N/A | N/A | | | 12/8/17 3:11 PM | Request for Citizenship Information.Dec 8 REDLINE (4.00pm).docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3007 | DOJ00128664 | DOJ00128664 | DOJ00128664 | DOJ00128669 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 11/28/17 7:34 PM | | | 201711302080479~20 1711290034220000~z~ e1457221d905540463 0e5820dcaf09d1(1).em l.msg | Redacted | PII | Redactions made to PII. |
| 3008 | DOJ00128665 | DOJ00128665 | DOJ00128664 | DOJ00128669 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 11/28/17 7:34 PM | | | Census Letter.eml | Redacted | DPP; PII | Redactions made to PII and attorney's mental impressions regarding the census letter. |
| 3009 | DOJ00128666 | DOJ00128669 | DOJ00128664 | DOJ00128669 | N/A | N/A | N/A | | | 11/25/17 4:28 PM | Request for Citizenship Information.Nov26 REDLINE.docx | Redacted | DPP; PII | Redacted in full of edits made to draft letter to US Census regarding 2020 census questions. |
| 3010 | DOJ00128670 | DOJ00128670 | DOJ00128670 | DOJ00128671 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 11/29/17 6:28 PM | | | 201711302080491~20 1711292328040000~z~ e14649279c7adc28834 7c89d38e95e81.eml.m sg | Redacted | PII | Redaction made to remove PII containing emails. |
| 3011 | DOJ00128671 | DOJ00128671 | DOJ00128670 | DOJ00128671 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 11/29/17 6:28 PM | | | Re Census Letter.eml | Redacted | DPP; PII | Redacted DOJ attorneys concerning draft letter, which pre-date final letter. PII redacted. |
| 3012 | DOJ00128672 | DOJ00128672 | DOJ00128672 | DOJ00128673 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 11/29/17 6:29 PM | | | 201711302080492~20 1711292329280000~z~ E14649C817D60B2B48 D2E53D81A83371.EML | Redacted | PII | PII redacted. |
| 3013 | DOJ00128673 | DOJ00128673 | DOJ00128672 | DOJ00128673 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 11/29/17 6:29 PM | | | Re Census Letter.eml | Redacted | DPP; PII | Redacted DOJ attorneys concerning draft letter, which pre-date final letter. PII redacted. |
| 3014 | DOJ00128674 | DOJ00128674 | DOJ00128674 | DOJ00128675 | Morrissey, Brian (BOP) | Tucker, Rachael (OAG) | N/A | 12/8/17 1:55 PM | | | 201712113000722~20 1712081855430000~z~ 9072d3973eb760028fb 7e3e390998e11.eml | Redacted | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. |
| 3015 | DOJ00128675 | DOJ00128675 | DOJ00128674 | DOJ00128675 | N/A | N/A | N/A | | | 12/8/17 11:28 AM | Request for Citizenship Information.Dec 8 REDLINE.docx | WIF | DPP | This is a draft of the Gary Letter which contains text and comments which are different from the final version and which reflect internal agencydeliberations. |
| 3055 | DOJ00128771 | DOJ00128771 | DOJ00128772 | DOJ00128772 | Brian Morrissey (OAG) | Tucker, Rachael (OAG) | N/A | 12/8/17 2:46 PM | | | FW: Letter.msg | Redacted | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. |
| 3056 | DOJ00128772 | DOJ00128772 | DOJ00128771 | DOJ00128772 | N/A | N/A | N/A | | | 12/8/17 11:28 AM | Request for Citizenship Information.Dec 8 REDLINE.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations. |
| 3057 | DOJ00128773 | DOJ00128773 | DOJ00128773 | DOJ00128774 | N/A | Unspecified Sender | N/A | 12/8/17 2:43 PM | | | FW: Letter.msg | Redacted | DPP; PII | Unsent, draft email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. |
| 3058 | DOJ00128774 | DOJ00128774 | DOJ00128773 | DOJ00128774 | N/A | N/A | N/A | | | 12/8/17 11:28 AM | Request for Citizenship Information.Dec 8 REDLINE.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations. |

| Row | Prod.:Beg. Bate | Prod.:End Bates | Prod.:Beg. Attac | Prod.:End Attac | To | FROM | CC | DATE / SENT | AUTHOR | DATE TIME CRTD | FILENAME | Redacted or | Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3059 | DOJ00128775 | DOJ00128775 | DOJ00128775 | DOJ00128775 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 11/29/17 6:29 PM | | | Re: Census Letter.msg | Redacted | DPP; PII | Redacted DOJ attorneys concerning draft letter, which pre-date final letter. PII redacted. |
| 3060 | DOJ00128776 | DOJ00128776 | DOJ00128776 | DOJ00128776 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 11/29/17 6:29 PM | | | Re: Census Letter.msg | Redacted | DPP; PII | Redacted DOJ attorneys concerning draft letter, which pre-date final letter. PII redacted. |
| 3061 | DOJ00128777 | DOJ00128777 | DOJ00128777 | DOJ00128777 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 11/29/17 6:28 PM | | | Re: Census Letter.msg | Redacted | DPP; PII | Redacted DOJ attorneys concerning draft letter, which pre-date final letter. PII redacted. |
| 3062 | | DOJ00128778 | DOJ00128778 | DOJ00128778 | Hamilton, Gene (OAG) | Tucker, Rachael (OAG) | N/A | 11/29/17 6:28 PM | | | Re: Census Letter.msg | Redacted | DPP; PII | Redacted DOJ attorneys concerning draft letter, which pre-date final letter. PII redacted. |
| 3063 | DOJ00128779 | DOJ00128779 | DOJ00128779 | DOJ00128780 | Gene Hamilton (OAG) | Tucker, Rachael (OAG) | N/A | 11/28/17 7:34 PM | | | Census Letter.msg | Redacted | PII | Private contact information redacted. |
| 3064 | DOJ00128780 | DOJ00128780 | DOJ00128779 | DOJ00128780 | N/A | N/A | N/A | | | 11/25/17 4:28 PM | Request for Citizenship Information.Nov26 REDLINE.docx | WIF | DPP | Draft version of Gary letter with edits. |
| 3067 | DOJ00128783 | DOJ00128783 | DOJ00128783 | DOJ00128784 | Gene Hamilton (OAG) | Tucker, Rachael (OAG) | N/A | 12/8/17 12:09 PM | | | FW: Letter.msg | Redacted | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. |
| 3068 | DOJ00128784 | DOJ00128784 | DOJ00128783 | DOJ00128784 | N/A | N/A | N/A | | | 12/8/17 11:28 AM | Request for Citizenship Information.Dec 8 REDLINE.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations. |
| 3093 | DOJ00128848 | DOJ00128848 | DOJ00128848 | DOJ00128849 | Morrissey, Brian (BOP) | Tucker, Rachael (OAG) | N/A | 12/8/17 1:55 PM | | | FW: Letter.msg | Redacted | DPP; PII | Email between DOJ lawyers discussing and proposing edits to the draft Gary Letter. Deliberations pre-date the final Gary Letter and would reveal internal DOJ decisionmaking. |
| 3094 | DOJ00128849 | DOJ00128849 | DOJ00128848 | DOJ00128849 | N/A | N/A | N/A | | | 12/8/17 11:28 AM | Request for Citizenship Information.Dec 8 REDLINE.docx | WIF | DPP | This is a draft of the Gary letter which contains text and comments which are different from the final version and which reflect internal agency deliberations. |

# EXHIBIT 1-B

| | |
|---|---|
| **From:** | Freedman, John A. |
| **Sent:** | Friday, October 5, 2018 8:32 AM |
| **To:** | Bailey, Kate (CIV); Goldstein, Elena; zzz.External.DHo@aclu.org; Federighi, Carol (CIV); Coyle, Garrett (CIV); Kopplin, Rebecca M. (CIV); Halainen, Daniel J. (CIV); Tomlinson, Martin M. (CIV); Ehrlich, Stephen (CIV); Wells, Carlotta (CIV) |
| **Cc:** | zzz.External.SBrannon@aclu.org; zzz.External.PGrossman@nyclu.org; Colangelo, Matthew; Bauer, Andrew; Gersch, David P.; Grossi, Peter T.; Weiner, David J.; Young, Dylan Scot; Kelly, Caroline; Saini, Ajay; Wood, Laura; Raines, Chase |
| **Subject:** | New York State et al. v. Commerce, 18-cv-2921 |

Counsel --

This is a follow up to the DOJ production of October 3 regarding certain privilege assertions.

1.  The log entries for DOJ 15197, 15198, 15199, and 15200 do not set forth sufficient information as to the documents to allow us to assess the privilege claims.  Please produce the documents or substantiate the basis why they have been withheld by providing the author, recipient(s), custodians, and date/time of these documents.

2.  In conjunction with our pending motion challenging DOJ deliberative privilege assertions (ECF 343), we intend to supplement that motion to challenge the certain related sets of deliberative privilege assertions.  Please advise as to your position regarding the following sets of documents:

      a.  Materials related to the September 11, 2017 exchange between Mr. Gore and Gary.  E.g., DOJ 14907, 14922, 14996, 15002, 15006, 30720, 30723 and 30725.

      b.  Further communications related to Mr. Gore's initial draft of the December 12 letter around late October and early November 2017.  E.g., DOJ 14801, 14802, 14803, 14854, 14856, 14857, 14946, 14952, 14957, 14962, 14967, 14972, 14977, 14981, 14985, 14989, 14993, 15008, 20885, 20886, 28339, 28375, 29550, 29552, 30703, 30708, 30712, 30733, 30739, 30745, 32176, 32180, and 32184.

      c.  Subsequent drafts of the request letter.  E.g., DOJ 14793, 14798, 14827, 14840, 14848, 14850, 14877, 15075, 15079, 29558, 29564, 29783, and 29784.

Thank you for your prompt attention to these matters.

Best regards,

John

_____
John A. Freedman



**From:** Bailey, Kate (CIV) [████████████████]
**Sent:** Wednesday, October 03, 2018 1:10 PM
**To:** Goldstein, Elena; Freedman, John A.; zzz.External.DHo@aclu.org; Federighi, Carol (CIV); Coyle, Garrett (CIV); Kopplin, Rebecca M. (CIV); Halainen, Daniel J. (CIV); Tomlinson, Martin M. (CIV); Ehrlich, Stephen (CIV); Wells, Carlotta (CIV)
**Cc:** zzz.External.SBrannon@aclu.org; zzz.External.PGrossman@nyclu.org; Colangelo, Matthew; Bauer, Andrew; Gersch, David P.; Grossi, Peter T.; Weiner, David J.; Young, Dylan Scot; Kelly, Caroline; Saini, Ajay; Wood, Laura; Raines, Chase
**Subject:** DOJ Production

Counsel,

As promised in my email last night, disks containing the most-recent DOJ production have been sent by courier to Arnold & Porter and by Federal Express to the NYAG Plaintiffs' counsel. Please find attached a production letter and privilege log.

The password for the disks is F3dprg20M!!!

**Kate Bailey**

# EXHIBIT 1-C

| | |
|---|---|
| **From:** | Bailey, Kate (CIV) <​███████████​> |
| **Sent:** | Tuesday, October 23, 2018 3:23 PM |
| **To:** | Freedman, John A.; Federighi, Carol (CIV); Ehrlich, Stephen (CIV); Coyle, Garrett (CIV); Wells, Carlotta (CIV) |
| **Cc:** | zzz.External.DHo@aclu.org; Cc: Khan, Sania; asenteno@MALDEF.org; Todd Grabarsky; Raines, Chase; Thomas, Tina; Goldstein, Elena; Colangelo, Matthew; Gabrielle.Boutin@doj.ca.gov; Duraiswamy, Shankar; Matthew Wise; Rosenberg, Ezra; 'Case, Andrew' |
| **Subject:** | Remaining discovery productions |
| **Attachments:** | 10 23 2018 production letter prod 6.pdf; 10 23 2018 production letter prod 7.pdf; 10 23 2018 production letter prod 8.pdf; Defendants Responses to NY 3rd Interrogatories to All Defendants.pdf; Defendants Responses to NYIC RFA Commerce.pdf; Partial DOJ Priv Log -- 6th Production.pdf; Partial DOJ Priv Log -- 7th Production.pdf; Partial DOJ Priv Log -- 8th Production.pdf; DOJ00129966.pdf; DOJ00129967.pdf; DOJ00129970.pdf; DOJ00129973.pdf; DOJ00129975.pdf; DOJ00129977.pdf; DOJ00129985.pdf; DOJ00129988.pdf; DOJ00129990.pdf; Commerce Production 6 Privilege Log.pdf; Commerce Production 6 Production Letter.pdf; COM_DIS00014338 (replacement).pdf; COM_DIS00014335 (replacement).pdf |

Counsel,

In accordance with Judge Furman's order at last week's status conference, I write to provide most of the outstanding written discovery productions.

- Today we overnighted materials to the NYAG's offices and sent the same materials by courier to Arnold and Porter's DC offices.
  - Production letters for DOJ Productions 6, 7, and 8 are attached, as well as the accompanying privilege logs.
  - Production 7 is on an encrypted flash drive because it was too large to fit on CDs. The password for the drive is 333774206277, and instructions for use are included in the box. Kindly return the flash drives to us after you've copied the files, please. The remaining productions are on CDs, and the password is F3dprg20M!!!
  - Production 7 includes several "dead," or missing bates numbers, due to an inadvertent error on our end. The production was too large for us to re-run once we discovered those errors, so please understand that any missing bates numbers you observe in Prod007 are intentional.
  - In response to Dale Ho's email of 10/7, we previously produced 115 documents without bates numbers. Today we have also transmitted bates numbered versions of these documents. We did not previously address DOJ 15200, but we have determined that that document can be released in full. It will be provided by separate email later today.
  - In response to the DOJ doc issues raised in John Freedman's email of October 5th at 8:32 am, you requested that we produce email chains represented at DOJ 14907, 14922, 14996, 15002, 15006, 30720, 30723 and 30725. We have determined that we can release this chain in full, and these documents are attached to this email.
  - You requested more information about DOJ 15197, 15198, 15199, and 15200. These documents were in hard copy, and therefore no metadata exists for author, recipient, date, or time. These materials were collected from John Gore. As noted above, we have determined that DOJ 15200 can be released in full. In addition, we have determined that DOJ 15199 can be released in full, and will be coming later this

afternoon. As noted in the privilege log entry for DOJ 15198, it is a copy of the Uthmeier memo provided to Gore, and DOJ 15198 is a note that accompanied DOJ 15197. These documents will not be released.

- o Also attached are the production letter and privilege log for Commerce Production 6.
- o On Thursday, 10/8, Elena wrote to us requesting the basis for our request to claw back two documents. The replacement documents also are attached. Information has been redacted as privileged in these two documents for the reasons set forth in the privilege log for the same redactions in COM_DIS00014369, Row 114.

- Also attached to this email are Defendants' responses to NYIC Plaintiffs' RFAs to the Department of Commerce and responses to the Third Interrogatories to all Defendants. Responses to NYIC Plaintiffs' RFAs to Census will be coming later today.
- By separate email momentarily, I will be providing you re-produced versions of the documents we produced on October 9th in response to Judge Furman's order—the new versions have both the original and new bates numbers.
- Sahra Park-Su is available for deposition this Thursday. David Langdon is available this Friday and, per my earlier email, John Gore's earliest date of availability also is Friday.

**Kate Bailey**



# EXHIBIT 1-D

Page 1

1                 UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF NEW YORK

2

   - - - - - - - - - - - - - - -x
3      NEW YORK IMMIGRATION        :

       COALITION, et al.,          :

4                                  :

          Plaintiffs,              :

5                                  :  Case No.

          v.                       :

6                                  :  1:18-CF-05025-JMF

       UNITED STATES DEPARTMENT    :

7      OF COMMERCE, et al.,        :

                                   :

8         Defendants.              :

   - - - - - - - - - - - - - - -x

9                                  Friday, October 16, 2018

                                       Washington, D.C.

10

11

12  Videotaped Deposition of:

13                      JOHN GORE,

14  called for oral examination by counsel for the

15  Plaintiffs, pursuant to notice, at the law offices of

16  Covington & Burling, LLP, One City Center, 850 Tenth

17  Street, Northwest, Washington, D.C. 20001-4956,

18  before Christina S. Hotsko, RPR, CRR, of Veritext

19  Legal Solutions, a Notary Public in and for the

20  District of Columbia, beginning at 9:05 a.m., when

21  were present on behalf of the respective parties:

22

```
 1                    A P P E A R A N C E S
 2   On behalf of New York Immigration Coalition:
         DALE HO, ESQUIRE
 3       JONATHAN TOPAZ, ESQUIRE
         American Civil Liberties Union Foundation
 4       915 15th Street, Northwest
         Washington, D.C. 20005
 5       (202) 675-2337
         dale.ho@aclu.org
 6
 7   On behalf of Lupe Plaintiffs:
         DENISE HULETT, ESQUIRE
 8       MALDEF
         1512 14th Street
 9       Sacramento, California 95814
         (916) 642-6352
10       dhulett@maldef.org
11       ERI ANDRIOLA, ESQUIRE
         Asian Americans Advancing Justice
12       1620 L Street, Northwest, Suite 1050
         Washington, D.C. 20036
13       (202) 296-2300
14
     On behalf of City of San Jose and Black Alliance for
15   Just Immigration:
         JON M. GREENBAUM, ESQUIRE
16       DORIAN L. SPENCE, ESQUIRE
         Lawyers Committee for Civil Rights Under Law
17       1401 New York Avenue, Northwest, Suite 400
         Washington, D.C. 20005
18       (202) 662-8324
         jgreenbaum@lawyerscommittee.org
19       dspence@lawyerscommittee.org
20
21
22
```

```
                                                      Page 3
 1          A P P E A R A N C E S   C O N T I N U E D
 2
    On behalf of Kravitz Plaintiffs:
 3      TINA M. THOMAS, ESQUIRE
        Covington & Burling, LLP
 4      One City Center
        850 Tenth Street, Northwest
 5      Washington, D.C. 20001-4956
        (202) 662-5083
 6      tthomas@cov.com
 7
    On behalf of the State of California:
 8      GABRIELLE D. BOUTIN, ESQUIRE (Via Telephone)
        California Department of Justice
 9      Office of the Attorney General
        1300 I Street
10      P.O. Box 944255
        Sacramento California 94244-2550
11      (916) 210-6053
        gabrielle.boutin@doj.ca.gov
12
13  On behalf of Defendants:
        JOSH GARDNER, ESQUIRE
14      REBECCA KOPPLIN, ESQUIRE
        ALICE LACOUR, ESQUIRE
15      BRETT SHUMATE, ESQUIRE
        U.S. Department of Justice, Civil Division
16      20 Massachusetts Avenue, Northwest
        Washington, D.C. 20530
17      (202) 514-4522
18      VALERIE M. NANNERY, ESQUIRE
        ANDREW SAINDOM, ESQUIRE
19      Office of the Attorney General for D.C.
        One Judiciary Square
20      441 Fourth Street, Northwest, Suite 600 South
        Washington, D.C. 20001
21      (202) 442-9596
        valerie.nannery@dc.gov
22
```

Page 4

1           A P P E A R A N C E S   C O N T I N U E D

2     On behalf of Defendants:
          DAVID DOREY, ESQUIRE
3         DAVID DEWHIRST, ESQUIRE
          U.S. Department of Commerce
4         1401 Constitution Avenue Northwest
          Washington, D.C. 20230
5         (202) 482-2000

6

      Also Present:
7         Dan Reidy, Video Technician

8

9

10

11

12

13

14

15

16

17

18                        Veritext Legal Solutions
                            Mid-Atlantic Region
                          1250 Eye Street NW - Suite 350
19                        Washington, D.C.  20005

20

21

22

Page 126

BY MR. HO:
Q. This is marked as Exhibit 11. This is an e-mail to you -- from you to Mr. Herren -- Chris Herren, sorry -- dated November 1st, 2017, with a cc to Ben Aguinaga, correct?
A. That is correct.
Q. Chris Herren is the chief of the voting section, correct?
A. Yes. And a great lawyer.
Q. The subject line of your e-mail is, Confidential and closehold draft letter, correct?
A. That's correct.
Q. And in your e-mail to Mr. Herren you say that the draft letter is attached, correct?
A. Correct.
Q. Did you write the draft letter that is attached to this e-mail?
A. Yes, I did.
Q. The draft letter that is attached to this e-mail is an early draft of the December 12th letter from the Department of Justice to the Census Bureau requesting a citizenship question on

Page 127

the 2020 census questionnaire, correct?
A. Correct.
Q. Is it fair to say that you wrote the first draft of the letter from the Department of Justice to the Census Bureau requesting a citizenship question on the 2020 census questionnaire?
A. Is that a question? I'm sorry. That sounded like a statement.
Q. No. It was a question.
A. Okay.
Q. Is it fair to say that you wrote the first draft of the letter from the Department of Justice to the Census Bureau requesting a citizenship question on the 2020 census questionnaire?
A. Yes.
Q. You write in this e-mail that you discussed the draft letter with Mr. Herren yesterday.
        Would that have been your first conversation with Mr. Herren about the citizenship

Page 128

question on the census?
A. I don't recall.
Q. When was your first conversation, if you recall, with Mr. Herren about the citizenship question on the census?
A. I don't recall.
Q. Did you have any conversations with Mr. Herren about the citizenship question before you sent this letter to him?
A. Yes.
Q. How many conversations did you have with Mr. Herren before you sent the draft of the letter to him?
A. I don't recall exactly. It would have been a few.
Q. More than one?
A. Yes.
Q. Days before you sent him the letter? Weeks before? Months before? Do you have a recollection about approximate time?
A. I don't have an exact recollection. I would say in the days before I sent him the

Page 129

letter.
Q. Were those conversations in person or by phone?
A. I can recall conversations by phone. And there may have been conversations in person. I can't recall.
Q. Did you have more than five conversations with Mr. Herren about the citizenship question?
A. At what time?
Q. Before you sent him the draft letter.
A. Probably not.
Q. So more than one but fewer than five conversations about the citizenship question before you sent him the draft letter?
A. Sounds about right.
Q. You describe this as confidential and closehold.
        What do you mean by confidential and closehold?
A. I meant that Mr. Herren should review the letter and this was not for broad dissemination, as it represented a draft. And I had asked him to

Page 130

¹ take a look at it.
² Q. When you say confidential and closehold,
³ does that mean that Mr. Herren was not permitted
⁴ to share the draft letter with anyone?
⁵ A. No. It meant that if he was interested
⁶ in sharing the draft letter with someone, he could
⁷ ask me if he was allowed to do that.
⁸ Q. So your understanding was that Mr. Herren
⁹ should ask you before sharing any drafts of the
¹⁰ letter with anyone?
¹¹ A. I believe my understanding was that he
¹² should communicate with me if he wanted to share
¹³ this particular draft with anyone.
¹⁴ Q. Did Mr. Herren ever communicate with you
¹⁵ that he wanted to share the draft letter with
¹⁶ anyone?
¹⁷ A. I can't recall.
¹⁸ Q. Do you know whether or not Mr. Herren
¹⁹ shared this draft letter with anyone?
²⁰ A. I don't.
²¹ Q. Do you know if Mr. Herren discussed the
²² issues in the draft letter with anyone?

Page 131

¹ A. Whether he discussed the issues in the
² draft letter? At what time?
³ Q. Around the time that you sent the copy of
⁴ the draft letter to him.
⁵ A. Well, I know he discussed them with me.
⁶ Other than that, I don't know.
⁷ Q. Do you know if Mr. Herren discussed the
⁸ issues raised in the draft letter with any voting
⁹ section personnel?
¹⁰ A. I don't.
¹¹ Q. Why did you consider this letter to be
¹² confidential and closehold?
¹³ A. I considered it to be confidential and
¹⁴ closehold because it was a draft and related to an
¹⁵ issue that was important to people in the
¹⁶ department.
¹⁷ Q. Did you not want it to become public
¹⁸ information that the Department of Justice at this
¹⁹ point was drafting a letter to request a
²⁰ citizenship question on the 2020 census
²¹ questionnaire?
²² MR. GARDNER: Objection to form.

Page 132

¹ THE WITNESS: I never want any of our
² drafts to become public information unless
³ required by legal process because I believe that
⁴ the Department of Justice should facilitate robust
⁵ and open conversation and deliberations at all
⁶ level before a decision is made.
⁷ BY MR. HO:
⁸ Q. I didn't ask if you wanted the draft to
⁹ not become public. I just asked if you wanted the
¹⁰ fact that the Department of Justice was drafting a
¹¹ letter to request a citizenship question on the
¹² 2020 census questionnaire, if you wanted that fact
¹³ to remain non-public at this time.
¹⁴ A. I would have preferred that that fact
¹⁵ remain non-public because the final letter hadn't
¹⁶ been issued and no final decision had yet been
¹⁷ made about it.
¹⁸ (Gore Deposition Exhibit 12 marked for
¹⁹ identification and attached to the
²⁰ transcript.)
²¹ BY MR. HO:
²² Q. I'm going to show you a document. We've

Page 133

¹ marked this as Exhibit 12. This has Bates number
² DOJ 00003740. It was produced to us in discovery.
³ The top e-mail is from Ben Aguinaga on November
⁴ 3rd to Bethany Pickett.
⁵ Here, Mr. Aguinaga is forwarding the
⁶ e-mail that you sent to Mr. Herren with the draft
⁷ letter to Bethany Pickett, correct?
⁸ A. That appears to be correct, yes.
⁹ Q. Did you authorize Mr. Aguinaga to send
¹⁰ the draft letter that you had sent to Mr. -Herren
¹¹ to forward that to Bethany Pickett?
¹² A. Yes.
¹³ Q. Now, at the time, Mr. Aguinaga and
¹⁴ Ms. Pickett both worked with you in the front
¹⁵ office of the civil rights division, correct?
¹⁶ A. That's correct.
¹⁷ Q. Both of them were political hires rather
¹⁸ than career staff, correct?
¹⁹ A. Correct.
²⁰ Q. And you hired both Mr. Aguinaga and
²¹ Ms. Pickett, correct?
²² A. No, I did not.

Page 134

1       Q.  Who hired Mr. Aguinaga and Ms. Pickett?
2       A.  I believe it was my predecessor, Tom
3   Wheeler.
4       Q.  Both of them had been law clerks for
5   Judge Edith Jones on the Fifth Circuit, correct?
6       A.  That's correct.
7       Q.  Just like Mr. Shumate, correct?
8       A.  I don't know.
9       Q.  Both of them graduated from law school in
10  2015 or more recently, correct?
11      A.  Sounds about right.
12      Q.  Before coming to the civil rights
13  division, neither Mr. Aguinaga nor Ms. Pickett had
14  any experience as counsel in cases under the
15  Voting Rights Act, correct?
16      MR. GARDNER:  Object to lack of
17  foundation.
18      THE WITNESS:  I don't know.
19  BY MR. HO:
20      Q.  You're not aware of any experience that
21  Mr. Aguinaga or Ms. Pickett had as counsel in
22  Voting Rights Act cases prior to them coming to

Page 135

1   the civil rights division, correct?
2       A.  That's correct.
3       Q.  You're not aware of any experience that
4   either Mr. Aguinaga or Ms. Pickett had assessing
5   the reliability of CVAP data for purposes of VRA
6   enforcement, correct?
7       A.  That's correct.
8       (Gore Deposition Exhibit 13 marked for
9       identification and attached to the
10      transcript.)
11  BY MR. HO:
12      Q.  I'll give you a document marked as
13  Exhibit 13.  This is an e-mail from Ms. Pickett to
14  you also on November 3rd, 2017, correct?
15      A.  Appears to be, yes.
16      Q.  Ms. Pickett writes to you, "I have
17  attached the letter that we discussed yesterday.
18  I would be happy to discuss this further.  Please
19  let me know if you have any questions regarding
20  any comments and edits."
21      It's accurate to say that Ms. Pickett
22  offered comments and edits to the draft of the

Page 136

1   letter requesting a citizenship question on the
2   census that you had previously sent to Mr. Herren,
3   correct?
4       A.  Correct.
5       Q.  What were the substance of the
6   conversations that you had had with Ms. Pickett
7   about that letter?
8       MR. GARDNER:  Objection.  Calls for
9   information subject to deliberative process
10  privilege.  I instruct the witness not to answer.
11      THE WITNESS:  Consistent with that
12  instruction, I can't answer.
13  BY MR. HO:
14      Q.  What were the substance of her edits to
15  the draft of the letter?
16      MR. GARDNER:  Same objection.  Same
17  instruction.
18      THE WITNESS:  Consistent with that
19  instruction, I can't answer.
20  BY MR. HO:
21      Q.  Other than Ms. Pickett, Mr. Aguinaga, and
22  Mr. Herren, did you solicit input on the draft

Page 137

1   letter from anyone else within the civil rights
2   division?
3       A.  Not that I can recall.
4       Q.  Other than Ms. Pickett, Mr. Aguinaga, and
5   Mr. Herren, did you receive input on the draft
6   letter from anyone else within the civil rights
7   division?
8       A.  Not that I can recall.
9       Q.  Sometime after you wrote the first draft
10  of this e-mail, you had a conversation with Peter
11  Davidson at the Department of Commerce, correct?
12      A.  Yes.  That would be correct.
13      Q.  So sometime in November of 2017, you had
14  conversation -- you had a conversation with
15  Mr. Davidson about the citizenship question,
16  correct?
17      A.  Yes.  At some point I would have.
18      Q.  How many conversations did you have with
19  Mr. Davidson in November of 2017 about the
20  citizenship question?
21      A.  I don't recall exactly how many.
22      Q.  What, if anything, did you communicate to

Page 138

1  Mr. Davidson about the Department of Justice's
2  process for requesting a citizenship question on
3  the census during November of 2017?
4       MR. GARDNER: Objection. Vague. Also
5  objection -- to the extent it calls for
6  information subject to deliberative process
7  privilege, I instruct you not to answer. To the
8  extent you can answer that without divulging such
9  information, you may answer.
10      THE WITNESS: Consistent with that
11 instruction, I can't answer.
12      (Gore Deposition Exhibit 14 marked for
13      identification and attached to the
14      transcript.)
15 BY MR. HO:
16   Q. I show you a document that's been marked
17 as Exhibit 14. It's an e-mail exchange between
18 you, Robert Troester, T-r-o-e-s-t-e-r, and
19 Rachael, spelled R-a-c-h-a-e-l, Tucker.
20      The top e-mail on the thread is
21 November 30th, 2017. This was produced to us in
22 discovery. The electronic version has DOJ 14798

Page 139

1  on it, although the hard copy doesn't have that
2  Bates number.
3       It we look at the bottom of this page,
4  the first e-mail on this thread is from you to
5  Ms. Tucker and Mr. Troester on November 27th,
6  2017, correct?
7    A. That's correct. Except that he
8  pronounces his last name Troester.
9    Q. Troester. Thank you.
10      You had a conversation on this day, the
11 same day, with Mr. Davidson, correct?
12   A. On November 27th?
13   Q. 2017. Correct?
14   A. I don't recall that specifically, but
15 it's certainly possible.
16   Q. Now, at this time, Ms. Tucker was counsel
17 in the front office of the attorney general,
18 correct?
19   A. That's correct.
20   Q. And Mr. Troester was associate deputy
21 attorney general, correct?
22   A. That's my understanding, yes.

Page 140

1    Q. Okay. Now, neither Ms. Tucker nor
2  Ms. [sic] Troester, as far as you're aware, have
3  any experience as counsel in Voting Rights Act
4  cases, correct?
5    A. Mr. Troester -- yes. That's correct.
6    Q. What about Ms. Tucker?
7    A. Also correct. You called him
8  Ms. Troester, so -- sorry.
9    Q. Thank you.
10   A. But, yes, I was not aware that either had
11 any enforcement responsibility or experience with
12 respect to the Voting Rights Act.
13   Q. And as far as you're aware, neither of
14 them had any experience assessing the reliability
15 of CVAP data used in Voting Rights Act litigation,
16 correct?
17   A. Correct.
18   Q. Ms. Tucker and Mr. Troester were both
19 political appointees in the Department of Justice
20 at this time, correct?
21   A. That's correct for Ms. Tucker. I believe
22 Mr. Troester was a career employee on detail to

Page 141

1  the office of deputy attorney general and had
2  served a long career in the Department of Justice
3  as an assistant United States attorney, and maybe
4  even more than once as the acting United States
5  attorney in his home state of Oklahoma.
6    Q. In your e-mail to them on November 27th,
7  you wrote, "Attached please find the near final
8  draft of the letter to census on the citizenship
9  issue we discussed a couple of weeks ago."
10      So you had discussed the citizenship
11 issue with Ms. Tucker and Mr. Troester a few weeks
12 before the date of this e-mail, November 27th,
13 2017, correct?
14   A. Correct.
15   Q. When were your first conversations with
16 either Ms. Tucker or Mr. Troester about the
17 citizenship question?
18   A. I don't recall specifically when they
19 were. Probably in September of 2017 or early
20 October. And I had a handful to several
21 conversations with each of them about that issue.
22      At the time, Ms. Tucker was responsible

Page 142

1    for the civil rights division portfolio in the
2    Office of Attorney General and Mr. Troester was
3    responsible for the civil rights division
4    portfolio in the Office of the Deputy Attorney
5    General.  So I had many conversations with them
6    over time about issues related to the civil rights
7    division.
8        Q.  You described the draft of the letter as
9    a near final draft, correct?
10       A.  Correct.
11       Q.  So fair to say that on November 27th,
12   2017, a decision had already been made to request
13   a citizenship question on the census?
14       A.  No, I don't think that's fair to say.
15       Q.  Okay.  Ms. Tucker and Mr. Troester both
16   offered you edits to the letter, correct?
17       A.  I believe that's correct.
18           (Gore Deposition Exhibit 15 marked for
19           identification and attached to the
20           transcript.)
21   BY MR. HO:
22       Q.  This is a document marked as Exhibit 15.

Page 143

1    It's another e-mail chain between you and
2    Mr. Gary.  The top e-mail is dated November 30th,
3    2017.
4        A.  Uh-huh.
5        Q.  This was also produced to us.  And in the
6    e-mail at the top from you to Mr. Gary you write,
7    "Art, I have received some nits back from the
8    leadership offices which are reflected in the
9    attached red-line and clean versions.  The
10   leadership offices have requested additional time
11   to review these through the weekend.  I told them
12   that would be fine, so let's plan to be ready to
13   send this out on Monday."
14           Did I read this right?
15       A.  Yes, you did.
16       Q.  Okay.  And the nits that you're referring
17   to from the leadership offices, those are the
18   edits from Ms. Tucker and Mr. Troester, correct?
19       A.  Yes, it would include those edits.  And I
20   don't know -- I can't recall whether other edits
21   also would have been included.
22       Q.  You can't -- you're not aware of any

Page 144

1    other edits that you were referring to beyond
2    Ms. Tucker's and Mr. Troester's when you refer to
3    nits back from the leadership offices?
4        A.  That's correct.
5        Q.  And your plan was to be -- this was
6    Thursday, November 30th.  So your plan would
7    have -- was to be ready to send this out by
8    December 4th, Monday, correct?
9        A.  That sounds right.
10       Q.  So as of this point, November 30th, 2017,
11   a decision had already been made to request the
12   citizenship question, correct?
13       A.  No, not at all.
14       Q.  If a decision had not been made to
15   request a citizenship question, why did you tell
16   Mr. Gary to be ready to send the letter out on
17   Monday?
18       A.  I thought we needed to be ready in case a
19   decision were made by then.
20       Q.  All right.
21
22

Page 145

1           (Gore Deposition Exhibit 16 marked for
2           identification and attached to the
3           transcript.)
4    BY MR. HO:
5        Q.  Exhibit 16 is what I'm handing to you
6    now.  Another e-mail chain between you and
7    Mr. Gary.  The top e-mail on the thread is dated
8    December 8th, 2017.  The subject line of this is,
9    Request for citizenship information.December 8
10   red-line edits, 002.  Is that right?
11       A.  Appears to be right, yeah.
12       Q.  When you say leadership's final changes
13   in this e-mail in the second line -- you write,
14   "Attached is a red-line of a letter with
15   leadership's final changes" -- you're referring to
16   additional edits that you received from Ms. Tucker
17   and Mr. Troester, correct?
18       A.  Possibly.  I don't know exactly which
19   edits I'm referring to here.
20       Q.  Well, what were the final edits from
21   leadership?  I mean, who was leadership?  When you
22   wrote "leadership" here, who were you referring

Page 146

1   to?
2       A.  I would have been referring to the
3   leadership offices at the Department of Justice,
4   which may have included the Office of Attorney
5   General, the Office of Deputy Attorney General,
6   and the Office of Associate Attorney General.
7       Q.  Is there anyone that you can think of who
8   was giving you edits in the last few days before
9   this letter was sent from any of those offices
10  other than Ms. Tucker and Mr. Troester?
11      A.  Not that I can specifically recall.
12      Q.  So fair to say, when you're referring to
13  leadership's final changes, you're referring to,
14  to the best of your recollection, some edits from
15  Ms. Tucker and Mr. Troester, correct?
16      MR. GARDNER:  Objection.
17  Mischaracterizes the witness' prior testimony.
18      THE WITNESS:  Yeah, I don't recall
19  whether they came from Ms. Tucker, Mr. Troester,
20  or somebody else.
21  BY MR. HO:
22      Q.  You write, "With these changes, we are

Page 147

1   authorized to send.  Sending on Monday is fine."
2       Did I read that correctly?
3       A.  That's correct.
4       Q.  Okay.  When you say, "authorized to
5   send," who provided authorization to send the
6   letter with those changes?
7       A.  I don't recall specifically who
8   communicated that.  It would have come from
9   someone in the leadership office.
10      Q.  Was it Ms. Tucker or Mr. Troester?
11      A.  Again, I don't recall specifically who it
12  was.
13      Q.  Was it Attorney General Sessions who gave
14  your authorization to send the letter with these
15  edits?
16      MR. GARDNER:  Objection.  Asked and
17  answered.
18      THE WITNESS:  Again, I don't recall
19  exactly who it was.
20  BY MR. HO:
21      Q.  When you say, "With these changes we are
22  authorized to send," on December 8th, 2017, when

Page 148

1   you wrote that, a decision had been made as of
2   December 8th, 2017, to send the citizenship
3   question -- the request for the citizenship
4   question as long as it had these changes, correct?
5       A.  No, I don't think that's correct.
6       Q.  You wrote, "With these changes, we are
7   authorized to send."
8       A.  That's correct.
9       Q.  So as soon as you made those changes to
10  that letter, you had authorization to send that
11  letter, correct?
12      A.  I believe we might have had authorization
13  to send, but it would have been my practice to
14  check in one last time before the letter was sent.
15      Q.  Okay.  You didn't have reason to believe
16  that you weren't authorized to send the letter
17  once you had made those changes as of
18  December 8th, 2017, right, Mr. Gore?
19      A.  I don't recall what I thought or didn't
20  think on December 8th of 2017.
21      Q.  Okay.  You didn't say in this e-mail to
22  Mr. Gary that you were going to check in again

Page 149

1   after you made these changes, did you?
2       MR. GARDNER:  Objection.
3   Mischaracterizes the document.
4       THE WITNESS:  I did not use those words
5   in that e-mail.
6   BY MR. HO:
7       Q.  You didn't tell Mr. Gary in this e-mail
8   that, after these changes were made, you would
9   have to check in with leadership one more time
10  before sending it, right?
11      A.  Again, I did not use those words in that
12  e-mail, but that's standard practice, certainly my
13  standard practice, and I believe the standard
14  practice of others at the Department of Justice.
15      Q.  You sent this e-mail on Friday,
16  December 8th, which means Monday would have been
17  Monday, December 11th, correct?
18      A.  That's correct.
19      Q.  And you wrote that sending on Monday,
20  which would have been December 11th, would be
21  fine, correct?
22      A.  Correct.  And what I was -- I believe I

Page 150

1    was conveying there is that Mr. Gary didn't need
2    to work late on a Friday night during the holiday
3    season to send the letter out.
4        Q.  So just so I understand the process here,
5    you had -- you first had communications about the
6    issue of a citizenship question sometime around
7    Labor Day of 2017, correct?
8        A.  Give or take, yes, that's correct.
9        Q.  You drafted the initial draft of the
10   letter to request the citizenship question
11   sometime around the end of October or early
12   November of 2017, correct?
13       A.  Correct.
14       Q.  The conversations to add the citizenship
15   question with the Department of Commerce were not
16   initiated by the civil rights division, correct?
17       A.  Correct.
18       Q.  And they were not initiated by the
19   Department of Justice, correct?
20       A.  That's my working understanding.
21       Q.  Around the time that you wrote the first
22   draft of this letter, you received input from

Page 151

1    three individuals:  Mr. Herren, Ms. Pickett, and
2    Mr. Gary, correct?
3        A.  Yes.  And I may have received input from
4    others as well.
5        Q.  Around the time of the first draft of the
6    letter in early November of 2017, who else did you
7    receive input from other than Mr. Herren,
8    Ms. Pickett, and Mr. Gary?
9        A.  Mr. Aguinaga would have provided -- may
10   have provided some input.  I would have had
11   discussions on -- regarding the letter generally
12   with Patrick Hovakimian, who at the time was
13   detailed to the Office of Associate Attorney
14   General, and with Jesse Panuccio in the Office of
15   the Associate Attorney General.
16           And I had various conversations with
17   others at various times throughout this process.
18   But I don't recall who else I would have spoken to
19   at that particular moment in time, around
20   November 1st of 2017.
21       Q.  Okay.  Around November 1st of 2017, the
22   only career staff in the civil rights division

Page 152

1    from whom you received input on the letter was
2    from Mr. Herren, correct?
3        A.  That's correct.
4        Q.  After that period of early November
5    of 2017 when you had drafted the initial draft of
6    that letter, Mr. Herren gave you some edits,
7    correct?
8        A.  That's correct.
9        Q.  After that time, did you receive any
10   further edits from Mr. Herren to the draft letter?
11       A.  I don't recall one way or the other.
12       Q.  So you have no recollection of receiving
13   input from career civil rights division staff on
14   the letter requesting a citizenship question other
15   than that one occasion in early November around
16   the time of the first draft from Mr. Herren,
17   correct?
18       A.  I believe that's correct.  Yeah.
19       Q.  You continued to revise the letter after
20   early November of 2017 with input from different
21   people.  But after that first round of edits from
22   Mr. Herren, you received no subsequent edits from

Page 153

1    people who were career staff in the civil rights
2    division, correct?
3            MR. GARDNER:  Objection.  Compound.
4            THE WITNESS:  To the extent I understand
5    your question, I believe that's correct.
6    BY MR. HO:
7        Q.  During this period when you were revising
8    the letter to request a citizenship question, you
9    had multiple conversations with legal staff at the
10   Department of Commerce, correct?
11       A.  Yes.
12       Q.  And the edits that you were receiving to
13   the letter from other DOJ personnel included
14   political appointees in the front office of the
15   Department of Justice and in the front office of
16   the civil rights division, correct?
17       A.  I -- certainly that's correct with
18   respect to the leadership offices at the
19   Department of Justice.  I can't remember if I was
20   receiving edits from the front office of the civil
21   rights division at that time after receiving the
22   edits from Ms. Pickett.

# EXHIBIT 2

## CHRONOLOGY: DEFENDANTS' INTERCESSION IN NEUMAN'S PRODUCTION

September 19, 2018:  Plaintiffs seek leave to take deposition of Mark Neuman.  ECF 338.

September 21, 2018:  Defendants oppose motion, contending ""[t]he record does not indicate that Mr. Neuman provided any particularly significant consultations on the citizenship question."  ECF 346 at 2.

September 27, 2018:  Court grants motion to take Mr. Neuman's deposition.  ECF 356.

October 2, 2018:  Plaintiffs requested Defendants to accept service on behalf of Mr. Neuman or to forward the subpoena to Mr. Neuman with a  request to contact Plaintiffs.  Ex. 2-A.  Approximately 90 minutes later, Mr. Neuman's lawyer contacted plaintiffs and agreed to accept service.  Plaintiffs issued a subpoena later that day requesting document production by October 5 and the deposition on October 12.

October 3, 2018:  Mr. Neuman's counsel confirmed his availability to be deposed on the afternoon of October 12.

October 4, 2018:  Mr. Neuman's counsel wrote to plaintiffs advising that "Mr. Neuman is continuing to go through his papers" and his "hope" was to make production on October 9.  Ex. 2-B

October 9, 2018:  Mr. Neuman's lawyer writes that he "will email the documents as soon as I have completed the review" and noted that Neuman had a "non-disclosure agreement with the [Presidential] transition and has documents marked privilege."

October 10, 2018:  Mr. Neuman's lawyer unilaterally cancelled the deposition and indicated he would not be producing documents.

October 23, 2018:  Mr. Neuman's lawyer offers to conduct the deposition on Sunday, October 28.

October 24, 2018:  Mr. Neuman's lawyer advises plaintiffs Department of Justice lawyers (Messrs. Gardner and Rosenberg) are reviewing the production.  Ex. 2-C.

Later that morning, Mr. Neuman's lawyer issues a retroactive objection to the subpoena as overbroad and indicates he will not be producing certain emails.  Ex. 2-D.

Mr. Neuman produces 373 pages of documents, but does not include any of his emails or correspondence with anyone.

October 25, 2018:     Department of Justice contacts plaintiffs to advise that it is withholding
                      seven documents from Mr. Neuman's production on the basis of
                      deliberative privilege.  Ex. 2-E.

October 28, 2018:     Mr. Neuman is deposed.  In addition to counsel from Department of
                      Justice (Mr. Rosenberg), the Commerce Department is represented by Mr.
                      Uthmeier.

October 28, 2018:     Plaintiffs file motion to compel production of the deliberative privilege
                      documents.  ECF 414.

October 30, 2018:     Defendants file opposition to motion to compel, contending that Mr.
                      Neuman "functioned as a trusted adviser and consultant to the agency"
                      and "act[ed] analogously to an agency employee" and that "he and
                      Commerce were engaged in a common enterprise of seeking to improve
                      the 2020 Census."  ECF 451 at 3.

                      With this submission, Mr. Uthmeier submitted a declaration stating that
                      Mr. Neuman "was consulted during the Secretary's deliberations in
                      response to the Department of Justice request."  ECF 451-2 ¶ 8.

# EXHIBIT 2-A

.

| | |
|---|---|
| **From:** | Freedman, John A. |
| **Sent:** | Tuesday, October 2, 2018 9:00 AM |
| **To:** | 'Bailey, Kate (CIV)' |
| **Cc:** | Young, Dylan Scot; Federighi, Carol (CIV); Ehrlich, Stephen (CIV); Halainen, Daniel J. (CIV); Tomlinson, Martin M. (CIV); Coyle, Garrett (CIV); Kopplin, Rebecca M. (CIV); Wells, Carlotta (CIV); 'Goldstein, Elena'; 'Colangelo, Matthew'; dale.ho@aclu.org; zzz.External.SBrannon@aclu.org; Gersch, David P.; Grossi, Peter T. |
| **Subject:** | RE: NYS v Commerce - Subpoena Service |
| | |
| **Categories:** | Red Category |

Counsel --

The Administrative Record reflects numerous senior officials and lawyers at the Commerce Department have been in contact with Mr. Neuman.  Indeed, your clients previously asserted there was sufficient relationship with him to assert privilege over certain communications with him.

If your position is that you do not have sufficient control over Mr. Neuman to accept service on his behalf (i) please immediately provide whatever contact information your clients have for Mr. Neuman, including his email address (which has been redacted from documents in the AR, including  AR 2051) and (ii) please have Mr. Uthmeier, Mr. Davidson, or Mr. Walsh (all of whom communicated with Mr. Neuman) forward the subpoenas to him with a request to contact counsel at his earliest convenience.

Best regards,

John

_____
John A. Freedman

**From:** Bailey, Kate (CIV) [mailto:████████████████]
**Sent:** Monday, October 01, 2018 8:01 PM
**To:** Young, Dylan Scot; Federighi, Carol (CIV); Ehrlich, Stephen (CIV); Halainen, Daniel J. (CIV); Tomlinson, Martin M. (CIV); Coyle, Garrett (CIV); Kopplin, Rebecca M. (CIV); Wells, Carlotta (CIV)
**Cc:** Freedman, John A.
**Subject:** RE: NYS v Commerce - Subpoena Service

Counsel,

Thank you for your email. Please note that, as Mr. Neuman is not a government employee, Defendants are unable to accept service of his subpoena or deposition notice. Plaintiffs will need to serve Mr. Neuman individually and coordinate the date/time with him. We do appreciate your sharing this information as a courtesy, however, and ask that, should the date for Mr. Neuman's deposition change, that Plaintiffs inform us so we may ensure coverage to attend the deposition.

**Kate Bailey**



**From:** Young, Dylan Scot [⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛]
**Sent:** Monday, October 01, 2018 7:54 PM
**To:** Bailey, Kate (CIV) <⬛⬛⬛IV.USD⬛⬛>; Federighi, Carol (CIV) <⬛⬛⬛⬛⬛⬛>; Ehrlich, Stephen (CIV) <⬛⬛⬛⬛⬛⬛; Halainen, Daniel J. (CIV) <d⬛⬛⬛⬛⬛⬛>; Tomlinson, Martin M. (CIV) <⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛>;
**Cc:** ⬛⬛⬛⬛⬛⬛⬛>; Young, Dylan Scot <⬛⬛⬛⬛⬛⬛⬛⬛>
**Subject:** NYS v Commerce - Subpoena Service

Counsel:

Please find attached subpoenas for Mark Neuman.

Thank you.

_____

Dylan Young
Associate

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

# EXHIBIT 2-B



**From:** Howard Feldman
**Sent:** Thursday, October
**To:** Duraiswamy, Shankar <                                    >
**Cc:** Goldstein, Elena <                              >                  Peggy Neal <                                    >;
Kristi Blankenship <                                    > Stan Wasser                                  >; Altvater, B.J.,
<                                    >; Amanda Davis                              >; A. Mark Neuman

**Subject:** State Of New York et al v. United States Department of Commerce et al

Dear Mr, Duraiswamy:

Mr. Neuman will be here hopefully by 2:00 pm if we don't have any travel related issues. I am not sure how long you are expecting to go but certainly we can go a reasonable period past 5:00 p.m. (local time) if necessary. I will not agree to having the deposition go late into the evening as I don't see any reason to do that at this point. I think the best way to put it would be we will take it up at the time of the deposition. Under Illinois rules depositions without court approval are limited to three hours but I do understand this is a deposition being taken pursuant to the Federal Rules of Civil Procedure. I would hope that only one person will be doing the questioning from each side of the litigation, however I am not sure of all of the parties and in making that comment my belief is that the sides are each aligned together.

As to the documents, Mr. Neuman is continuing to go through his papers. He will need to review all of his papers/files to comply-these are not all stored on a computer so one cannot do a global search. My hope is that I will have them Tuesday and if possible I will scan them and email them to you. I am not sure the size and if it is too large for an email I am more than willing to find another way to get them to you promptly after receipt. Mr. Neuman does not have a scanner or staff and he is an individual who has to not only do what you have requested but also meet his other business commitments.

I would like to know exactly how many attorneys will be present so I can make sure I have the conference room set up  appropriately. If you have any questions or comments feel free to contact me.

Howard W. Feldman

Howard W. Feldman





This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is privileged and confidential under the attorney/client privilege and/or attorney work product privilege.  If you are not the intended recipient of this communication, you are hereby notified that any retention, dissemination, distribution or copying of this communicationis strictly prohibited. Please reply to the sender either by e-mail or telephone (217-544-3403) that you have received this communicationin error, then please delete this e-mail without disclosing its contents to anyone.

# EXHIBIT 2-C

| | |
|---|---|
| **From:** | Howard Feldman < ███████████ > |
| **Sent:** | Wednesday, October 24, 2018 9:53 AM |
| **To:** | Duraiswamy, Shankar |
| **Subject:** | RE: NY v. Dept of Commerce |

I am going to sound stupid-but what do you mean by NDA.  I have also been advised that the documents seeking to be privileged are on a government privilege log.  I am working with a Brad Rosenberg and a Josh Gardner at DOJ.  Working on the document production now.  Probably will come as multiple emails.

Howard

Howard W. Feldman



This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is privileged and confidential under the attorney/client privilege and/or attorney work product privilege.  If you are not the intended recipient of this communication, you are hereby notified that any retention, dissemination, distribution or copying of this communicationis strictly prohibited. Please reply to the sender either by e-mail or telephone (217-544-3403) that you have received this communicationin error, then please delete this e-mail without disclosing its contents to anyone.

**From:** Duraiswamy, Shankar ███████████████████████
**Sent:** Wednesday, October 2
**To:** Howard Feldman ███████████████████████
**Cc:** A. Mark Neuman (███████████████████████; Stan Wasser ███████████████████>;
Rosenberg, Brad (CIV)███████████████>; Altvater, B.J., ███████████████
**Subject:** RE: NY v. Dept of Commerce

Howard,

Thanks for the update.  A few responses:

1. Please send the documents that are <u>not</u> allegedly privileged asap.  Given the timing we need to review them promptly and don't want to wait on the privilege log.
2. Please let me know who at the government you have been dealing with on privilege issues, so we know who to reach out to.
3. If you are withholding any documents based on an NDA, please identify what the NDA says about providing information or documents pursuant to court order or legal process.  Thanks.

Best regards,
Shankar

-----Original Message-----
From: Howard Feldman <>
Sent: Wednesday, October 24, 2018 9:35 AM
To: Duraiswamy, Shankar <████████████████████ ████; Stan Wasser <████████████████>;
Cc: A. Mark Neuman <███████████████████████
Rosenberg, Brad (CIV ████████████████████
Subject: RE: NY v. Dept of Commerce

Going to work on that this morning.   There are a few documents that the government is claiming a privilege and I will provide as close as I can to a detailed privilege log.  Those issues are between you and the government but I do not want my client to get into trouble releasing documents that are privileged.

Howard W. Feldman



This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is privileged and confidential under the attorney/client privilege and/or attorney work product privilege.  If you are not the intended recipient of this communication, you are hereby notified that any retention, dissemination, distribution or copying of this communicationis strictly prohibited. Please reply to the sender either by e-mail or telephone (217-544-3403) that you have received this communicationin error, then please delete this e-mail without disclosing its contents to anyone.

-----Original Message-----
From: Duraiswamy, Shankar <████████████████████>
Sent: Wednesday, October 24, 2018 8:29 AM
To: Howard Feldman ███████████████████
Cc: Altvater, B.J., ████████████
Subject: RE: NY v.

I'm working on finding out.  Where are we on documents?

-----Original Message-----
From: Howard Feldman <>
Sent: Wednesday, October 24, 2018 9:26 AM
To: Duraiswamy, Shankar <████████████████████
Subject: RE: NY v. Dept of Commerce

Thank you-do you have a count on the number of lawyers attending?

Howard W. Feldman



This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is privileged and confidential under the attorney/client privilege and/or attorney work product privilege.  If you are not the intended recipient of this communication, you are hereby notified that any retention, dissemination, distribution or copying of this communicationis strictly prohibited. Please reply to the sender either by e-mail or telephone (217-544-3403) that you have received this communicationin error, then please delete this e-mail without disclosing its contents to anyone.

-----Original Message-----
From: Duraiswamy, Shankar <>
Sent: Wednesday, October 24, 2018 7:56 AM
To: Howard Feldman <hfeldman@feldman.was
Cc: Stan Wasser <                              >; Altvater, B.J., <                        >
Subject: Re: NY v. Dept of Commerce

Okay, thanks.  Please keep in mind that we have seven hours on the record and while we don't expect to use all seven, we may well have to go past 5 pm.

Sent from my iPhone

On Oct 23, 2018, at 6:27 PM, Howard Feldman <                                        
                > wrote:

Mr. Neuman has indicated he can start at noon.  That should be enough time I hope to get you out of here and on your way.  Not that Illinois cannot use the extra revenue of staying the night.  However, given the night getting you home is a good thing.  I hope that helps a little.  I will address the documents tomorrow.

Howard

Howard W. Feldman



3

This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is privileged and confidential under the attorney/client privilege and/or attorney work product privilege.  If you are not the intended recipient of this communication, you are hereby notified that any retention, dissemination, distribution or copying of this communicationis strictly prohibited. Please reply to the sender either by e-mail or telephone (217-544-3403) that you have received this communicationin error, then please delete this e-mail without disclosing its contents to anyone.

From: Duraiswamy, Shankar <███████████████████████████████>
Sent: Tuesday, October 23, 2018 5:11 PM
To: Howard Feldman ███████████████████████████████████
Subject: RE: NY v. Dep

Howard,

Can we start at 11 am?  That would hopefully avoid our having to stay into Sunday evening and allow us to travel from and back to DC in the same day.

In addition, can you please produce asap the documents that you were prepared to produce before the stay was imposed?  Thanks.

From: Duraiswamy, Shankar
Sent: Tuesday, October 23, 2018 2:05 PM
To: 'Howard Feldman' <███████████████████████████████████████████████████>
Subject: RE: NY v. Dept of Commerce

Thanks.  Let's plan for Sunday.  I will circle back on specifics.

From: Howard Feldman <████████████████████████████████████>
Sent: Tuesday, October 23, 2018 11:39 AM
To: Duraiswamy, Shankar <███████████████████████████████████████>
Subject: NY v. Dept of Commerce

Shankar:

Mr. Neuman has two long schedule activities he coordinates and puts on for clients that deal with honoring military and/or a military museum.  I would suggest we stick with Sunday.  I do not know how the Federal Judges address matters in NY but it seems reasonable to provide reasonable notice to non-party deponents and deal with their schedule.  I could say more but it probably is prudent to leave it at that.  I feel badly screwing up your anniversary and I can assure you I do not want to be sitting in a deposition on Sunday when I have a evidentiary hearing set for Monday relating to a father trying to get to see his special needs child but it is what it is.

Let me know so I can plan accordingly.

Howard

Howard W. Feldman



This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is privileged and confidential under the attorney/client privilege and/or attorney work product privilege.  If you are not the intended recipient of this communication, you are hereby notified that any retention, dissemination, distribution or copying of this communicationis strictly prohibited. Please reply to the sender either by e-mail or telephone (217-544-3403) that you have received this communicationin error, then please delete this e-mail without disclosing its contents to anyone.

# EXHIBIT 2-D

| | |
|---|---|
| **From:** | Howard Feldman <███████████████> |
| **Sent:** | Wednesday, October 24, 2018 9:58 AM |
| **To:** | Duraiswamy, Shankar |
| **Cc:** | A. Mark Neuman (███████████████); Stan Wasser; Rosenberg, Brad (CIV); Gardner, Joshua E (CIV) |
| **Subject:** | NY et. al. v. Dept of Commerce |
| **Attachments:** | US Census Vendor Map. Presentations to Sec..pdf |

Attached is the first group of documents responsive to the initial subpoena.  Although we have not had the time to formally object-the last request that asks for every email/text related to the census is over broad and would require Mr. Neuman to go through an enormous group of emails, if at all possible.  He has gone through and provided all of the emails and text that address communications concerning the census with the named individuals as best possible.

Howard

Howard W. Feldman



This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is privileged and confidential under the attorney/client privilege and/or attorney work product privilege.  If you are not the intended recipient of this communication, you are hereby notified that any retention, dissemination, distribution or copying of this communicationis strictly prohibited. Please reply to the sender either by e-mail or telephone (217-544-3403) that you have received this communicationin error, then please delete this e-mail without disclosing its contents to anyone.

# EXHIBIT 2-E

**From:** Rosenberg, Brad (CIV) <████████████████████>
**Sent:** Thursday, October 25, 2018 6:17 PM
**To:** Duraiswamy, Shankar <██████████████████████>
**Cc:** Gardner, Joshua E (CIV) <███████████████████████>; Altvater, B.J., <██████████████████>
**Subject:** RE: NY v. Dept of Commerce

Hi Shankar:

Mr. Neuman served as a trusted advisor to the Department of Commerce on various Census Bureau matters.  As you are likely aware, Mr. Neuman advised previous Secretaries of Commerce on census issues, including Secretary Mosbacher, Secretary Daley, and Secretary Evans.  Here, Mr. Neuman's advisory capacity was modeled on the previous advisory role performed by John Thompson for Secretary Carlos Gutierrez during President George W. Bush's second term.  Accordingly, his deliberative conversations concerning the census within the government, including documents reflecting or relating to those conversations, would be privileged.  Nor is the deliberative process privilege waived merely because Mr. Neuman was an advisor to the Department of Commerce, rather than a Department of Commerce employee.  *See Dep't of the Interior and Bureau of Indian Affairs v. Klamath Water Users Protective Ass'n*, 532 U.S. 1 (2001).

Thanks,
-Brad


**From:** Duraiswamy, Shankar [██████████████████████]
**Sent:** Thursday, October 25, 2018 2:44 PM
**To:** Rosenberg, Brad (CIV) <██████████████████████>
**Cc:** Gardner, Joshua E (CIV) <███████████████████████>; Altvater, B.J., <██████████████████>
**Subject:** RE: NY v. Dept of Commerce

Brad,

Can you explain the basis for asserting privilege over communications and documents that were disclosed to a third party?

**From:** Rosenberg, Brad (CIV) <█████████████████████v>
**Sent:** Thursday, October 25, 2018 2:33 PM
**To:** Duraiswamy, Shankar <█████████████████>; Howard Feldman <████████████████████████>; Altvater, B.J., <████████████████████>; Stan Wasser <████████████████████████████>
**Cc:** Gardner, Joshua E (CIV) <██████████████████████████>
**Subject:** RE: NY v. Dept of C

1

Hi Shankar:

Following-up on and updating my email below, we have identified seven documents in Mr. Neuman's possession that we are withholding on the basis of the deliberative process privilege:

- The first document is a January 9, 2018 memorandum from Barry Robinson to Peter Davidson and James Uthmeier.  The document appears in the government's privilege logs at Bates Nos. 3731, 3733, 5418, and 8568.
- The second document is a pre-decisional draft list of materials to be considered by the Secretary and appears in the government's privilege logs at Bates No. 10296.  The version of this document in Mr. Neuman's files is one page shorter than the version reflected in the privilege log, as it does not contain the "Draft chart of MOU updates" described in the log.  The version of the document in Mr. Neuman's files also does not contain any handwritten notes.
- The third document is a pre-decisional draft list of administrative record considerations that appears in the government's privilege logs at Bates No. 10285.
- The fourth document is a Feb. 5, 2018 memorandum from Jessica Freitas to Karen Dunn Kelley & James Uthmeier.  The document appears in the government's privilege logs at Bates No. 10249, though the version of the document in Mr. Neuman's files does not contain any handwritten notes.
- The fifth document is a draft of a Jan. 9, 2018 Memo with blank "To" and "From" fields.  Though the exact version of this draft does not appear on our privilege logs, a subsequent version of this document (with the "To" and "From" fields filled-in) are logged at Bates Nos. 2021 and 3735.
- The sixth document is a draft list of Commerce discussion topics for Census senior management that appears in the government's privilege logs at Bates No. COM-_DIS00020920, though the version of this document in Mr. Neuman's files does not contain any handwritten notes.
- The seventh document does not appear on our privilege logs and is being identified here.  It is a list of topics/questions regarding the citizenship question.

I am attaching the referenced privilege logs for your convenience.  Please do not hesitate to contact me with any questions.

Thanks,
-Brad

**From:** Rosenberg, Brad (CIV)
**Sent:** Wednesday, October 24, 2018 5:26 PM
**To:** 'Duraiswamy, Shankar' <sduraiswamy@cov.com>; Howard Feldman <
**Cc:** A. Mark Neuman (amark                    @                 >; Stan Wasser
Altvater, B.J., <                        >; Gardner, Joshua E (CIV)
**Subject:** RE: NY v. Dept of Commerce

Hi Shankar:

As Howard noted in his email below, we have identified five documents in Mr. Neuman's possession on which the government is asserting a privilege and that are being withheld. We believe that all five documents, or versions of those documents, have previously been identified on the government's privilege logs, but are in the process of confirming that. I hope to follow-up with more information about those documents, including identifying where they appear on those logs, shortly.

Thanks,
-Brad


**From:** Duraiswamy, Shankar [                              ]
**Sent:** Wednesday, October 24, 2018 9:47 AM
**To:** Howard Feldman <
**Cc:** A. Mark Neuman (                                >; Stan Wasser <s                          >;
Rosenberg, Brad (CIV) <                    Altvater, B.J., <
**Subject:** RE: NY v. Dept of Commerce

Howard,

Thanks for the update. A few responses:

1. Please send the documents that are <u>not</u> allegedly privileged asap. Given the timing we need to review them promptly and don't want to wait on the privilege log.
2. Please let me know who at the government you have been dealing with on privilege issues, so we know who to reach out to.
3. If you are withholding any documents based on an NDA, please identify what the NDA says about providing information or documents pursuant to court order or legal process. Thanks.


Best regards,
Shankar

-----Original Message-----
From: Howard Feldman <
Sent: Wednesday, Octob
To: Duraiswamy, Shankar <sduraiswamy@cov.com>
Cc: A. Mark Neuman                                    >; Stan Wasser <                          >;



3

Rosenberg, Brad (CIV) < ██████████████████ >
Subject: RE: NY v. Dept of Commerce

Going to work on that this morning.   There are a few documents that the government is claiming a privilege and I will provide as close as I can to a detailed privilege log.  Those issues are between you and the government but I do not want my client to get into trouble releasing documents that are privileged.

Howard W. Feldman



This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is privileged and confidential under the attorney/client privilege and/or attorney work product privilege.  If you are not the intended recipient of this communication, you are hereby notified that any retention, dissemination, distribution or copying of this communicationis strictly prohibited. Please reply to the sender either by e-mail or telephone (217-544-3403) that you have received this communicationin error, then please delete this e-mail without disclosing its contents to anyone.

-----Original Message-----
From: Duraiswamy, Shankar < ██████████████ >
Sent: Wednesday, October 24, 2018 8:29 AM
To: Howard Feldman ██████████████
Cc: Altvater, B.J., < ████████████████████
Subject: RE: NY v. D

I'm working on finding out.  Where are we on documents?

-----Original Message-----
From: Howard Feldman < ████████████████
Sent: Wednesday, October 24, 2018 9:26 AM
To: Duraiswamy, Shankar < ████████████████
Subject: RE: NY v. Dept of Commerce

Thank you-do you have a count on the number of lawyers attending?

Howard W. Feldman





This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is privileged and confidential under the attorney/client privilege and/or attorney work product privilege.  If you are not the intended recipient of this communication, you are hereby notified that any retention, dissemination, distribution or copying of this communicationis strictly prohibited. Please reply to the sender either by e-mail or telephone (217-544-3403) that you have received this communicationin error, then please delete this e-mail without disclosing its contents to anyone.

-----Original Message-----
From: Duraiswamy, Shankar <████████████████████>
Sent: Wednesday, October 24, 2018 7:56 AM
To: Howard Feldman <██████████████████████>
Cc: Stan Wasser <██████████████████████████; Altvater, B.J., <████████████████████
Subject: Re: NY v. Dept of Commerce

Okay, thanks.  Please keep in mind that we have seven hours on the record and while we don't expect to use all seven, we may well have to go past 5 pm.

Sent from my iPhone

On Oct 23, 2018, at 6:27 PM, Howard Feldman <████████████████████████████████
██████████  wrote:

Mr. Neuman has indicated he can start at noon.  That should be enough time I hope to get you out of here and on your way.  Not that Illinois cannot use the extra revenue of staying the night.  However, given the night getting you home is a good thing.  I hope that helps a little.  I will address the documents tomorrow.

Howard

Howard W. Feldman

This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is privileged and confidential under the attorney/client privilege and/or attorney work product privilege.  If you are not the intended recipient of this communication, you are hereby notified that any retention, dissemination, distribution or copying of this communicationis strictly prohibited. Please reply to the sender either by e-mail or telephone (217-544-3403) that you have received this communicationin error, then please delete this e-mail without disclosing its contents to anyone.

From: Duraiswamy, Shankar <████████████████████████████>
Sent: Tuesday, October 23, 2018 5:11 PM

5

To: Howard Feldman < ███████████████████████████████████ >
Subject: RE: NY v. Dept of Commerce

Howard,

Can we start at 11 am?  That would hopefully avoid our having to stay into Sunday evening and allow us to travel from and back to DC in the same day.

In addition, can you please produce asap the documents that you were prepared to produce before the stay was imposed?  Thanks.

From: Duraiswamy, Shankar
Sent: Tuesday, October 23, 2018 2:05 PM
To: 'Howard Feldman' ███████████████████████████████████
Subject: RE: NY v. Dep

Thanks.  Let's plan for Sunday.  I will circle back on specifics.

From: Howard Feldman ███████████████████████████████
Sent: Tuesday, October 23, 2018 11:39 AM
To: Duraiswamy, Shankar < ████████████████████████████ >
Subject: NY v. Dept of Com

Shankar:

Mr. Neuman has two long schedule activities he coordinates and puts on for clients that deal with honoring military and/or a military museum.  I would suggest we stick with Sunday.  I do not know how the Federal Judges address matters in NY but it seems reasonable to provide reasonable notice to non-party deponents and deal with their schedule.  I could say more but it probably is prudent to leave it at that.  I feel badly screwing up your anniversary and I can assure you I do not want to be sitting in a deposition on Sunday when I have a evidentiary hearing set for Monday relating to a father trying to get to see his special needs child but it is what it is.

Let me know so I can plan accordingly.

Howard

Howard W. Feldman



This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is privileged and confidential under the attorney/client privilege and/or attorney work product privilege.  If you are not the intended recipient of this communication, you are hereby notified that any retention, dissemination, distribution or copying of this communicationis strictly prohibited. Please reply to the sender either by e-mail or telephone (217-544-

3403) that you have received this communicationin error, then please delete this e-mail without disclosing its contents to anyone.

# EXHIBIT 3

**DRAFTS AND INPUTS TO DECEMBER 12, 2017 DOJ REQUEST LETTER**
**(Black -- produced; Red -- redacted for deliberative privilege; Blue -- withheld in full)**

| Reviewers/Revisers/Authors | Date/Time | Bates Number(s) of Draft | Bates Number(s) of Related Correspondence |
|---|---|---|---|
| **Gary** | December 12, 2017 13:27 | **DOJ 15137** | **DOJ 15136** |
| **Gary** | December 11, 2017 19:00 | **DOJ 15131, 34684, 35857** | **DOJ 15130, 34683, 35856** |
| **Gore, Gary** | December 8, 2017 16:41 (redline) | **DOJ 14826, 15089, 34682** | **DOJ 14821,15084, 34677** |
| **Tucker, Gore** | December 8, 2017 16:23 | **DOJ 14795, 36808, 36857** | **DOJ 14793, 36806, 36855** |
| **Gore, Gary** | December 8, 2017 15:55 (clean) | **DOJ 14833, 15063, 34676** | **DOJ 14827, 15057, 34670** |
| **Morrissey, Tucker** | December 8, 2017 15:11 (redline) | **DOJ 125793, 125795** | **DOJ 125792, 125794** |
| **Hamilton, Tucker, Morrissey, Gore** | December 8, 2017 11:28 (redline) | **DOJ 2722, 36805, 125627, 125791, 128675, 128772, 128774, 128784, 128849** | **DOJ 2721, 36804, 125626, 125790, 128674, 128771, 128773, 128783, 128848** |
| **Tucker, Troester, Gore** | November 30, 2017 16:16 (clean) | **DOJ 14839, 14842, 36791, 36840** | **DOJ 14834, 14840, 29561, 29564, 29784, 32187, 34044, 34047, 36788, 36789, 36795, 36798, 36801, 36835, 36838, 36838, 36858, 36861** |
| **Gore, Gary** | November 30, 2017 16:13 (redline) | **DOJ 14838, 15068, 34666** | **DOJ 14834, 15064, 34662** |
| **Tucker, Troester, Gore** | November 30, 2017 9:20 | **DOJ 14800, 36781, 36847** | **DOJ 14798, 36773, 36776, 36778, 36779, 36783, 36786, 36793, 36823, 36841, 36843, 36845, 36848, 36864, 36866, 107749** |
| **Tucker, Troester, Gore** | November 29, 2017 20:46 (redline) | **DOJ 14797, 36771, 36869** | **DOJ 14796, 29556, 29558, 29781, 29787, 36765, 36766m 36769, 36770, 36772, 36773, 36775, 36776, 36782, 36783, 36785, 36792, , 36868** |
| **Gary** | November 29, 2017 16:52 | **DOJ 2736** | **DOJ 2735** |

| Reviewers/Revisers/Authors | Date/Time | Bates Number(s) of Draft | Bates Number(s) of Related Correspondence |
|---|---|---|---|
| Gary | November 29, 2017 10:19 | DOJ 2786, 15134, 34659, 35859, 35861 | DOJ 2785, 15133, 34658, 35858, 35860 |
| Hamilton, Tucker, Troester, Gore | November 25, 2017 16:28 | DOJ 14849, 36764, 36850, 125620, 128666, 128780 | DOJ 14848, 29783, 36763, 36768, 36849, 36870, 125619, 125621, 125622, 125623, 125624, 125625, 125626, 128664, 128665, 128670, 128671, 128672, 128673, 128775, 128776, 128777, 128778, 128779 |
| Gore, Gary | November 22, 2017 17:24 (clean) | DOJ 14880, 15082, 34647, 38565 | DOJ 14877, 15079, 34644, 35862 |
| Gore, Gary | November 22, 2017 17:20 (redline) | DOJ 14881, 15083, 34648 | DOJ 14850, 14877, 15075, 15079, 34644, 34649, 35862 |
| Gary, Gore | November 3, 2017 15:34 | DOJ 2739, 14855, 34641, 39775 | DOJ 2738, 14854, 34640, 39774 |
| Aguinaga, Herren, Gore | November 3, 2017 14:04 | DOJ 14804, 28380, 29551, 49890, 62348, 74720 | DOJ 14803, 28379, 29550, 49873, 62331, 74703 |
| Aguinaga, Pickett, Gore, Herren | October 31, 2017 11:17 | DOJ 3741, 3890, 14802, 14857, 20886, 28340, 28375, 49887, 62345, 74717 | DOJ 3740, 3889, 14801, 14856, 20885, 28339, 49873, 62331, 74703 |
| Neuman/Hofeller | | DOJ 15199 | Delivered in Person |
| Uthmeier | August 11 | DOJ 15198 | DOJ 15197 |