**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | |
| v. | 18-CV-2921 (JMF) |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | |
| Defendants. | |
| NEW YORK IMMIGRATION COALITION, et al., | |
| Plaintiffs, | |
| v. | 18-CV-5025 (JMF) (Consolidated) |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | |
| Defendants. | |

**NOTICE OF MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59(E) OR FOR INJUNCTIVE RELIEF PURSUANT TO THE ALL WRITS ACT**

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, the undersigned, on behalf of Plaintiffs, hereby move this Court, before the Honorable Jesse M. Furman, United States District Judge, in Courtroom 1105 of the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order to Amend this Court's January 15, 2019 judgment and for such other relief as this Court deems just and proper, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, or, in the alternative, relief under the All Writs Act, 28 U.S.C. § 1651, to enjoin and estop Defendants the United States Department of Commerce; Wilbur L. Ross, in his capacity as Secretary of

Commerce; Bureau of the Census, an agency within the United States Department of Commerce;

and Steven Dillingham, in his official capacity as Director of the Census, from modifying the 2020

decennial census questionnaire to include a citizenship question at any time after June 30, 2019.

Dated: July 5, 2019
      New York, New York.              Respectfully submitted,

                     ARNOLD & PORTER KAYE SCHOLER LLP
                     AMERICAN CIVIL LIBERTIES UNION
                     NEW YORK CIVIL LIBERTIES UNION

                     By: */s/ Dale Ho_____*

Dale Ho                          Andrew Bauer
Adriel Cepeda Derieux             Arnold & Porter Kaye Scholer LLP
American Civil Liberties Union Foundation   250 West 55th Street
125 Broad St.                 New York, NY 10019-9710
New York, NY 10004           (212) 836-7669
(212) 549-2693               Andrew.Bauer@arnoldporter.com
dho@aclu.org

Sarah Brannon+*                John A. Freedman
Davin Rosborough            R. Stanton Jones+
Ceridwen Cherry             David P. Gersch
American Civil Liberties Union Foundation   Elisabeth S. Theodore+
915 15th Street, NW         Arnold & Porter Kaye Scholer LLP
Washington, DC 20005-2313    601 Massachusetts Avenue, N.W.
202-675-2337               Washington, DC 20001-3743
sbrannon@aclu.org          (202) 942-5000
*Not admitted in D.C.; practice limited*  John.Freedman@arnoldporter.com
*pursuant to D.C. App. R. 49(c)(3).*

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

+ admitted pro hac vice

                    Attorneys for the *NYIC* Plaintiffs

LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Matthew Colangelo*
Matthew Colangelo, *Chief Counsel for Federal Initiatives*
Elena Goldstein, *Acting Bureau Chief, Civil Rights Bureau*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov

Attorneys for the *State of New York* Plaintiffs