UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | 18-CV-2921 (JMF) |
| NEW YORK IMMIGRATION COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | 18-CV-5025 (JMF) <br> (Consolidated) |

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiff's Motion to Alter or Amend the Judgment. For the reasons set forth below and in the Court's separate Opinion, the Motion is GRANTED.

Having considered all of the materials and arguments that have been submitted in connection with this motion, IT IS HEREBY ORDERED THAT, this Court's January 15, 2019 Final Judgment, Order of Vacatur and Permanent Injunction is altered or amended as follows, consistent with June 27, 2019 opinion of the Supreme Court of the United States:

The March 26, 2018 decision of the Secretary of Commerce to add a question concerning citizenship status to the 2020 decennial census questionnaire is VACATED, and the matter is

REMANDED to the Secretary for further action not inconsistent with this Court's Orders and the Supreme Court's June 27, 2019 Opinion in this matter; and

      Defendants, including the Secretary of Commerce in his Official Capacity, the Director of the Census in his official capacity, and any successors to those offices, together with their agents, servants, employees, attorneys, and other persons who are in active concert or participation with the foregoing, *see* Fed. R. Civ. P. 65(d)(2), are PERMANENTLY ENJOINED and ESTOPPED from altering the 2020 decennial census questionnaire or otherwise delaying the process of printing the 2020 decennial census questionnaire after June 30, 2019, for the purpose of including a citizenship question.

SO ORDERED.

Dated: July __, 2019

                                                                                           JESSE M. FURMAN
                                                                                          United States District Judge