# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                                   Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>                                   Defendants. | No. 18-cv-2921<br><br>Hon. Jesse M. Furman<br>United States District Judge<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE that going forward Defendants the United States Department of Commerce, Secretary Wilbur L. Ross, Jr., the Bureau of the Census, and Steven Dillingham, Director of the U.S. Census Bureau will be represented in this matter by different counsel from the Department of Justice.  Because the Civil Division has been involved in litigating this case to date and new attorneys from the Civil Division will be entering their appearances, Defendants do not expect that withdrawal of current counsel will cause any disruption in this matter.

Accordingly, pursuant to Local Rule 1.4, Defendants respectfully request that the Court order the withdrawal of the following counsel and no longer send them docketing notifications via the ECF system:  Kate Bailey, James Burnham, Garrett Coyle, Stephen Ehrlich, Carol Federighi, Joshua Gardner, John Griffiths, Martin Tomlinson, and Carlotta Wells.  Defendants also ask that the Court's Order approve the withdrawal of Brett Shumate and Alice LaCour.  Mr. Shumate no longer works at the Department of Justice, and Ms. LaCour no longer is with the Department's Civil Division.

None of the withdrawing counsel are retaining or charging a lien.

Dated: July 8, 2019                                     Respectfully submitted,

                                                      JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

*/s/   Christopher A. Bates*
CHRISTOPHER A. BATES
GLENN M. GIRDHARRY
COLIN A. KISOR
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER
Attorneys

United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW, Room 3141
Washington, DC 20530
Tel.: (202) 514-3301
Email: christopher.a.bates@usdoj.gov

*Counsel for Defendants*