AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| State of New York, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-cv-2921 |
| U.S. Department of Commerce, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants U.S. Department of Commerce, U.S. Census Bureau, Wilbur L. Ross, Steven Dillingham.

Date:   7/9/2019

/s/ David M. Morrell
*Attorney's signature*

David M. Morrell, 1013411 (DC)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
950 Pennsylvania Ave., NW, Room 3141
Washington, DC 20530
*Address*

david.m.morrell@usdoj.gov
*E-mail address*

(202) 514-2331
*Telephone number*

(202) 514-8071
*FAX number*