AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-2921 (JMF) |
| U.S. Department of Commerce, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Department of Commerce, et al.

Date: 7/9/2019

/s/ Christopher R. Reimer
*Attorney's signature*

Christopher R. Reimer - 85584 (Ohio)
*Printed name and bar number*

950 Pennsylvania Avenue, NW, Room 3612
Washington, DC 20530
*Address*

Christopher.r.reimer@usdoj.gov
*E-mail address*

(202) 305-3829
*Telephone number*

*FAX number*