AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-2921 |
| U.S. Department of Commerce, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants U.S. Department of Commerce, U.S. Census Bureau, Wilbur L. Ross, Steven Dillingham.

Date: 07/11/2019

/s/ Brinton Lucas
*Attorney's signature*

Brinton Lucas (Gerald Brinton Lucas), 1015185 (DC)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20530
*Address*

brinton.lucas@usdoj.gov
*E-mail address*

(202) 305-7920
*Telephone number*

(202) 514-8071
*FAX number*