July 11, 2019

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    RE:    *Plaintiffs' Request for an Enlargement of Pages in State of New York, et al. v. U.S. Dep't of Commerce, et al.*, 18-CV-2921 (JMF)

Dear Judge Furman,

    Pursuant to Paragraphs 1(A) and 3(D) of this Court's Individual Rules and Practices, Plaintiffs write to respectfully request a ten-page enlargement of the page limit for Plaintiffs' forthcoming motion for sanctions and other relief.

    By Order dated June 5, 2019, the Court authorized Plaintiffs to file a "motion for sanctions or other relief (including any request for discovery)" by July 12, 2019. Docket No. 605. While the Court's Individual Rules provide that Memoranda of Law are typically limited to 25 pages, Plaintiffs anticipate that additional pages are necessary in order to fully outline the relevant legal standards, the complicated factual and procedural history, and relief requested. Defendants do not oppose this request.

    Respectfully submitted,

    LETITIA JAMES
    *Attorney General of the State of New York*

    By: */s/ Elena Goldstein*
    Elena Goldstein, *Acting Bureau Chief, Civil Rights Bureau*
    Matthew Colangelo, *Chief Counsel for Federal Initiatives*
    Office of the New York State Attorney General
    28 Liberty Street
    New York, NY 10005
    Phone: (212) 416-6021
    elena.goldstein@ag.ny.gov

    Attorneys for the *State of New York* Plaintiffs

| | |
|---|---|
| Dale Ho | Andrew Bauer |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 125 Broad St. | 250 West 55th Street |
| New York, NY 10004 | New York, NY 10019-9710 |
| (212) 549-2693 | (212) 836-7669 |
| dho@aclu.org | Andrew.Bauer@arnoldporter.com |

Sarah Brannon*  
American Civil Liberties Union Foundation  
915 15th Street, NW  
Washington, DC 20005-2313  
202-675-2337  
sbrannon@aclu.org  
*Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

John A. Freedman  
Arnold & Porter Kaye Scholer LLP  
601 Massachusetts Avenue, N.W.  
Washington, DC 20001-3743  
(202) 942-5000  
John.Freedman@arnoldporter.com

Perry M. Grossman  
New York Civil Liberties Union Foundation  
125 Broad St.  
New York, NY 10004  
(212) 607-3300 601  
pgrossman@nyclu.org

Attorneys for the *NYIC* Plaintiffs