

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20530

July 11, 2019

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  *State of New York, et al., v. U.S. Department of Commerce, et al.*, 18-cv-2921 (JMF)

Dear Judge Furman:

      Defendants write to inform you that the President today signed an Executive Order entitled "Collecting Information About Citizenship Status in Connection With the Decennial Census," a copy of which is attached to this letter. In the Order, the President stated that the Supreme Court's decision in *Department of Commerce v. New York*, No. 18-966 (June 27, 2019), "has now made it impossible, as a practical matter, to include a citizenship question on the 2020 decennial census questionnaire." Furthermore, in prepared remarks, the Attorney General stated that, "as a practical matter, the Supreme Court's decision closed all paths to adding the question to the 2020 decennial census."[1]

      In light of these conclusions, Defendants plan to confer with Plaintiffs' counsel to discuss appropriate next steps in these proceedings.

      Respectfully submitted,

      JOSEPH H. HUNT
      Assistant Attorney General

      DAVID M. MORRELL
      Deputy Assistant Attorney General

      */s/ Daniel A. Schiffer*
      CHRISTOPHER A. BATES
      BRINTON LUCAS
      CHRISTOPHER R. REIMER
      DANIEL A. SCHIFFER

      Attorneys
      United States Department of Justice

---

[1] https://www.justice.gov/opa/speech/remarks-attorney-general-william-p-barr-census-citizenship-question.

Civil Division
950 Pennsylvania Ave., NW, Room 3141
Washington, DC 20530
Tel.: (202) 305-3819
Email: daniel.a.schiffer@usdoj.gov

*Counsel for Defendants*

CC:

All Counsel of Record (by ECF)

All dates and deadlines remain in effect, including today's deadline for Defendants to respond to Plaintiffs' motion to alter or amend the judgment.  The parties shall confer promptly about the need for further proceedings in connection with that motion, and in the event of any stipulated resolution, shall immediately file an executed stipulation on ECF.

SO ORDERED.

July 12, 2019