AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| State of New York, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-CV-2921 (JMF) |
| U.S. Department of Commerce, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Commonwealth of Pennsylvania.

Date:   07/15/2019

/s/ Aimee D. Thomson
*Attorney's signature*

Aimee D. Thomson (NY Bar No. 5404348)
*Printed name and bar number*

Pennsylvania Office of Attorney General
1600 Arch St., Suite 300
Philadelphia, PA 19103
*Address*

athomson@attorneygeneral.gov
*E-mail address*

(267) 940-6696
*Telephone number*

*FAX number*