July 16, 2019

The Honorable Jesse M. Furman
Thurgood Marshall U.S. Courthouse
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      RE:    Plaintiffs' letter-motion for entry of judgment in *State of New York, et al. v. U.S. Dep't of Commerce, et al.*, 18-CV-2921 (JMF).

Dear Judge Furman,

    Plaintiffs write pursuant to Fed. R. Civ. P. 58 and Rules 3(A) and 3(K) of this Court's Individual Rules and Practices to request that the Court enter the attached proposed order. Defendants do not oppose this motion.

    On June 27, 2019, the Supreme Court affirmed this Court's judgment that Secretary Ross's decision to add a citizenship question to the 2020 decennial census should be set aside and remanded because it rested on a pretextual basis. *Dep't of Commerce v. New York*, No. 18-966, slip op. 23-29 (June 27, 2019). On July 11, 2019, the President issued an Executive Order stating that "[a]fter examining every possible alternative, the Attorney General and the Secretary of Commerce have informed me that the logistics and timing for carrying out the census, combined with delays from continuing litigation, leave no practical mechanism for including the [citizenship] question on the 2020 decennial census." Exec. Order 13,880, § 1, 84 Fed. Reg. 33,821, 33,821 (July 16, 2019) ("The [Supreme] Court's ruling . . . has now made it impossible, as a practical matter, to include a citizenship question on the 2020 decennial census questionnaire.").

    Accordingly, the parties have negotiated the language of the attached proposed order permanently enjoining Defendants from including a citizenship question on the 2020 decennial census questionnaire; from delaying the process of printing the 2020 decennial census questionnaire after June 30, 2019 for the purpose of including a citizenship question; and from asking persons about citizenship status on the 2020 census questionnaire or otherwise asking a citizenship question as part of the 2020 decennial census.

                        Respectfully submitted,

                        LETITIA JAMES
                        *Attorney General of the State of New York*

                        By: */s/ Matthew Colangelo*
                        Matthew Colangelo, *Chief Counsel for Federal Initiatives*
                        Elena Goldstein, *Acting Bureau Chief, Civil Rights Bureau*
                        Office of the New York State Attorney General
                        28 Liberty Street
                        New York, NY 10005

Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov

Attorneys for the *State of New York* Plaintiffs


AMERICAN CIVIL LIBERTIES UNION
ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Dale E. Ho*

| | |
|---|---|
| Dale Ho<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>(212) 549-2693<br>dho@aclu.org | Andrew Bauer<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>(212) 836-7669<br>Andrew.Bauer@arnoldporter.com |
| Sarah Brannon*<br>American Civil Liberties Union Foundation<br>915 15th Street, NW<br>Washington, DC 20005-2313<br>202-675-2337<br>sbrannon@aclu.org<br>* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).* | John A. Freedman<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001-3743<br>(202) 942-5000<br>John.Freedman@arnoldporter.com |

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

Attorneys for the *NYIC* Plaintiffs