UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF COMMERCE, et al.,<br><br>                Defendants. | 18-CV-2921 (JMF) |

**[PROPOSED] ORDER**

1.　Defendants, including the Secretary of Commerce in his official capacity, the Director of the Census Bureau in his official capacity, and any successors to those offices, together with their agents, servants, employees, attorneys, and other persons who are in active concert or participation with the foregoing ("Enjoined Persons"), *see* Fed. R. Civ. P. 65(d)(2), are PERMANENTLY ENJOINED from including a citizenship question on the 2020 decennial census questionnaire; from delaying the process of printing the 2020 decennial census questionnaire after June 30, 2019 for the purpose of including a citizenship question; and from asking persons about citizenship status on the 2020 census questionnaire or otherwise asking a citizenship question as part of the 2020 decennial census.

2.　Upon entry of judgment, Plaintiffs will withdraw as moot their Motion to Amend Judgment on Remand Pursuant to Rule 59(e), or for Injunctive Relief Pursuant to the All Writs Act.

3.　The Court will retain jurisdiction in this case to enforce the terms of this Order until the 2020 census results are processed and sent to the President by December 31, 2020.

SO ORDERED.

Dated: _____           _____
       New York, New York                              JESSE M. FURMAN
                                                  United States District Judge