

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20530

July 16, 2019

**By ECF**
The Honorable Jesse M. Furman
Thurgood Marshall U.S. Courthouse
United States District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      RE:    Defendants' letter requesting extensions of time in *State of New York, et al. v. U.S. Dep't of Commerce, et al.*, 18-CV-2921 (JMF).

Dear Judge Furman,

      In light of Plaintiff's recently filed letter-motion for entry of judgment (ECF No. 632), Defendants write pursuant to this Court's Rule 1.A and Rule 1.E to request that the Court extend the deadline to respond to Plaintiffs' motion to amend the judgment pursuant to Rule 59(e) or for injunctive relief pursuant to the All Writs Act ("Plaintiffs' Rule 59(e) motion") until the Court has issued an order in response to the Plaintiffs' letter motion for entry of judgment. Defendants believe this extension is appropriate because Plaintiffs' counsel have confirmed that they intend to withdraw their Rule 59(e) motion if their unopposed motion for permanent injunction is granted.

      Defendants are currently due to oppose by today, July 16, 2019, the 59(e) motion. This is the second request for an extension of this deadline. No party opposes this extension.

      Defendants recognize that this Court's Rule 1.E presumptively provides that requests for an extension of time be made at least 48 hours prior to the deadline. Further, Defendants understand the Court previously indicated it was unlikely to grant further extensions. In this instance, the request is occasioned by an unopposed dispositive motion that would effectively grant the relief sought in Plaintiffs' Rule 59(e) motion and bring an end to this case. In light of these exceptional circumstances and in the interest of judicial economy, Defendants respectfully request that this Court hold the briefing schedule in abeyance pending this Court's resolution of Plaintiffs' letter-motion for entry of judgment, which may moot the need for Defendants response in opposition.

                                    Respectfully submitted,

                                      JOSEPH H. HUNT
                                      Assistant Attorney General

                                    DAVID M. MORRELL
                                    Deputy Assistant Attorney General

                                    */s/ Daniel A. Schiffer*
                                    CHRISTOPHER A. BATES

        BRINTON LUCAS
        CHRISTOPHER R. REIMER
        DANIEL A. SCHIFFER

        Attorneys
        United States Department of Justice
        Civil Division
        950 Pennsylvania Ave., NW, Room 3141
        Washington, DC 20530
        Tel.: (202) 305-3819
        Email: daniel.a.schiffer@usdoj.gov

        *Counsel for Defendants*

CC:    All Counsel of Record (by ECF)