UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2019 JUL 16  PM 4:56
S.D. OF N.Y.

**STATE OF NEW YORK, et al.,**

        *Plaintiffs,*

v.

**UNITED STATES DEPARTMENT OF COMMERCE, et al.,**

        *Defendants.*

18-CV-2921 (JMF)

**NEW YORK IMMIGRATION COALITION, et al.,**

        *Plaintiffs,*

v.

**UNITED STATES DEPARTMENT OF COMMERCE, et al.,**

        *Defendants.*

18-CV-5025 (JMF)

(Consolidated)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-16-19

## PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE

The Plaintiff, Robert A. Heghmann, hereby applies for an order to Show cause why the Original Complaint should not be dismissed and any and all succeeding pleadings filed by the Plaintiffs and Orders of this Court should not be Vacated Under Rule 12 (b)(7), Federal Rule of Civil Procedure for failure to join a Necessary Party under Rule 19, Federal Rule of Civil Procedure,

        or in the alternative,

that this Court's Order enjoining the Defendant Department of Commerce from printing 2020 Census Forms which include the Question, <u>Are you a Citizen</u>?, Dkt. # 167, be Vacated and

the Department of Commerce be allowed to immediately begin printing the Census forms with the Question included.

In support of this Application the Plaintiff relies upon his Motion to Intervene, memorandum in Support of His Motion to Intervene and Application for an Order to Show Cause and his Third-Party Complaint.

Dated: July 12, 2019

The Plaintiff,

*[signature]*

Robert A. Heghmann

933 Wyden Drive

Virginia Beach, VA 23462

(603) 866 – 3024

Bob_Heghmann@Reagan.com

### Certification

I hereby certify that I served copies of this pleading via e-mail to Sania.Khan@ag.ny.gov for the Plaintiffs and Carlotta.Wells@usdoj.gov for the Defendants. The Intervenor-Plaintiff anticipates Pacer will serve all other Parties.

*[signature]*

Robert A. Heghmann
933 Wyden Drive
Virginia Beach, VA 23462
Bob_Heghmann@Reagan.com

RECEIVED
SDNY PRO SE OFFICE
2019 JUL 16  PM 4:56
S.D. OF N.Y.

July 12, 2019

Pre Se Clerk
U.S. District Court
Southern District of New York
500 Pearl Street, Room 200
New York, N.Y. 10007-1312

> RE: New York v. Department of Commerce
> Case No. 1:18-cv-02921

Dear Pro Se Clerk,

Enclosed please find the following pleadings for filing in the above-captioned matter:

1. Plaintiff-Intervenor's Motion to Intervene;

2. Plaintiff-Intervenor's Memorandum of Law in Support of his Motion to Intervene;

3. Plaintiff-Intervenor's Order to Show cause;

*[signature]*



Hoffman Drive
933 Wyclef Drive
Virginia Beach, VA
23462

Pro Se Clerk
US District Court of NY
Southern District
500 Pearl Street Room 200
New York NY 10007-1312

FIRST-CLASS PKG SVC-RTL
SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING NUMBER
9500 1150 3879 9193 8137 34

Heghmann
933 Wyden Drive
Virginia Beach, VA
   23462

RECEIVED
PRO SE OFFICE
2019 JUL 16 PM 4:56
S.D. OF N.Y.

FIRST CLASS



**UNITED STATES POSTAL SERVICE.**  Retail

F   US POSTAGE PAID
    $4.44     Origin: 23456
              07/12/19
              5193650466-02

FIRST-CLASS PKG SVC - RTL ™

0 Lb 7.00 Oz
1020

C014

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING NUMBER

9500 1150 3879 9193 8137 34

Pro Se Clerk
U.S. District Court
Southern District of N.Y.
500 Pearl Street, Room 200
New York, N.Y. 10007-1312



FIRST CLASS