```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                         :
STATE OF NEW YORK, et al.,                                               :
                                                                         :
                              Plaintiffs,                                :
                                                                         :
              -v-                                                        :   18-CV-2921 (JMF)
                                                                         :
UNITED STATES DEPARTMENT OF COMMERCE, et al.,                            :   ORDER
                                                                         :
                              Defendants.                                :
                                                                         :
-------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Robert A. Heghmann, proceeding *pro se*, has filed a motion to intervene in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure and an application for an order to show cause. *See* Docket Nos. 178, 180.[1] The Court has reviewed those filings and, construing them to raise the strongest arguments they suggest, concludes that they identify no non-frivolous argument that intervention is warranted. *See, e.g.*, *SEC v. American Bd. of Trade, Inc.*, 830 F.2d 431, 443 (2d Cir. 1987). Nor, for that matter, has Heghmann demonstrated that his motion to intervene is timely given, among other things, that the merits of the case have been fully adjudicated and that — with the consent of Defendants — a permanent injunction has been entered. *See, e.g.*, *United States v. Pitney Bowes, Inc.*, 25 F.3d 66, 70 (2d Cir. 1994); *see also* Docket Nos. 632, 634.

      Accordingly, Heghmann's motions to intervene and for an order to show cause are DENIED. The Clerk of Court is directed to terminate 18-CV-2921, Docket Nos. 636 and 638; and 18-CV-5025, Docket Nos. 178 and 180; and to mail a copy of this Order to Heghmann.

      SO ORDERED.

Dated: July 17, 2019
      New York, New York

                                                                JESSE M. FURMAN
                                                             United States District Judge

---

[1] Unless otherwise indicated, all docket citations are to 18-CV-2921.