UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
        :
STATE OF NEW YORK, et al.,        :
        :
        Plaintiffs,        :
        :     18-CV-2921 (JMF)
    -v-        :
        :     ORDER
UNITED STATES DEPARTMENT OF COMMERCE, et al.,  :
        :
        Defendants.        :
        :
-----------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In response to the parties' joint motion for extensions, the upcoming deadlines in this litigation are hereby EXTENDED, but only as follows:

- Defendants' opposition to Plaintiffs' motion for sanctions is due **August 2, 2019.** Any reply is due **August 9, 2019.**

- Plaintiffs' application for costs and fees is due **August 2, 2019.**  Any opposition is due **August 12, 2019.**  Any reply is due **August 15, 2019.**

       Defendants' counsel are reminded — again, *see* ECF No. 623, 3 n.2 — that because these cases have been consolidated for all purposes, all documents should be filed only in 18-CV-2921.

       The Clerk of Court is directed to terminate ECF No. 641 in 18-CV-2921 and ECF No. 183 in 18-CV-5025.

       SO ORDERED.

Dated: July 24, 2019
      New York, New York      _____
                                    JESSE M. FURMAN
                              United States District Judge