**MANDATE**

S.D.N.Y.-N.Y.C.
18-cv-2921
18-cv-5025
Furman, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand nineteen.

Present:

>John M. Walker, Jr.,
>Raymond J. Lohier, Jr.,
>>*Circuit Judges*,
>William H. Pauley III,*
>>*District Judge.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 31 2019

---

In Re: United States Department of Commerce, Wilbur L. Ross, in his official capacity as Secretary of Commerce, United States Census Bureau, an agency within the United States Department of Commerce, Steven Dillingham, in his capacity as the Director of the U.S. Census Bureau,

18-2856
18-2857

*Petitioners.*†

---

In light of the Supreme Court's decision in *Department of Commerce v. New York*, 139 S. Ct. 2551, 2574 (2019), our prior order of October 9, 2018 regarding the District Court's authorization of extra-record discovery is hereby VACATED. The Clerk is directed to issue the mandate forthwith.

>FOR THE COURT:
>Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

* Judge William H. Pauley III, of the United States District Court for the Southern District of New York, sitting by designation.
† Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Census Bureau Director Steven Dillingham is automatically substituted for former Acting Director of the U.S. Census Bureau Ron S. Jarmin. The Clerk of Court is directed to amend the caption accordingly.

MANDATE ISSUED ON 07/31/2019