**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, et al., | No. 18-cv-2921 |
| Plaintiffs, | Hon. Jesse M. Furman |
| | United States District Judge |
| v. | |
| | **NOTICE OF MOTION TO** |
| UNITED STATES DEPARTMENT OF | **WITHDRAW AS COUNSEL** |
| COMMERCE, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE THAT pursuant to Local Rule 1.4, it is hereby requested that

the appearance of David Hausman be withdrawn as counsel for Plaintiffs New York Immigration

Coalition, et al. in this matter as his employment with the American Civil Liberties Union will

conclude on July 31, 2019. Plaintiffs continue to be represented by the American Civil Liberties

Union and other counsel, as indicated on the Court's docket.

The Undersigned counsel respectfully requests this Honorable Court enter an Order

granting the motion to withdraw.

Dated: July 31, 2019                    Respectfully submitted:

                                        */s/ Dale E. Ho*
                                        Dale E. Ho
                                        American Civil Liberties Union
                                        Voting Rights Project
                                        125 Broad Street, 18th Floor
                                        New York, NY 10004
                                        Tel: (212) 549-2693
                                        Fax: (212) 549-2654
                                        dho@aclu.org

                                        *Counsel of Record for NYIC Plaintiffs*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 31st day of July, 2019, the foregoing Notice of Motion to

Withdraw as Counsel was served on all counsel of record via ECF.


<u>*/s/ Dale E. Ho*</u>
Dale E. Ho

*Counsel of Record for NYIC Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, et al., | No. 18-cv-2921 |
| Plaintiffs, | Hon. Jesse M. Furman |
| | United States District Judge |
| v. | |
| | **DECLARATION OF DAVID** |
| UNITED STATES DEPARTMENT OF | **HAUSMAN IN SUPPORT OF** |
| COMMERCE, et al., | **MOTION FOR WITHDRAWAL** |
| | **OF APPEARANCE** |
| Defendants. | |

I, David Hausman, declare under penalty of perjury that the following is true and correct:

1. I submit this declaration in support of my motion seeking permission from the Court to withdraw my appearance in the above-captioned matter.

2. I am leaving the employment of the American Civil Liberties Union Foundation, Inc., and therefore, I will no longer be able to represent Plaintiffs New York Immigration Coalition, et al. in this matter.

3. Other counsel of record from the American Civil Liberties Union will continue to represents Plaintiffs in this action.

Dated: July 31, 2019                    Respectfully submitted:

                                        */s/ David Hausman*
                                        David Hausman
                                        American Civil Liberties Union
                                        Immigrants' Rights Projects
                                        125 Broad Street, 18th Floor
                                        New York, NY 10004
                                        Tel: (212) 549-2549
                                        Fax: (212) 549-2654
                                        dhausman@aclu.org

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br>                 Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br>                 Defendants. | No. 18-cv-2921 <br><br> Hon. Jesse M. Furman <br> United States District Judge <br><br> **[PROPOSED] ORDER TERMINATING APPEARANCE OF DAVID HAUSMAN** |

**WHEREAS,** the Court has reviewed the motion of David Hausman seeking leave to withdraw as an attorney of record in this matter, as well his declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of David Hausman in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Mr. Hausman from the docket sheet in this matter.

**IT IS SO ORDERED.**

Dated: August __, 2019
       New York, New York

_____
HON. JESSE M. FURMAN
United States Magistrate Judge