UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>         Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>         Defendants. | No. 18-cv-2921<br><br>Hon. Jesse M. Furman<br>United States District Judge<br><br>**DECLARATION OF DAVID HAUSMAN IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE** |

I, David Hausman, declare under penalty of perjury that the following is true and correct:

1. I submit this declaration in support of my motion seeking permission from the Court to withdraw my appearance in the above-captioned matter.

2. I am leaving the employment of the American Civil Liberties Union Foundation, Inc., and therefore, I will no longer be able to represent Plaintiffs New York Immigration Coalition, et al. in this matter.

3. Other counsel of record from the American Civil Liberties Union will continue to represents Plaintiffs in this action.

Dated: July 31, 2019

Respectfully submitted:

 */s/ David Hausman*
David Hausman
American Civil Liberties Union
Immigrants' Rights Projects
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2549
Fax: (212) 549-2654
dhausman@aclu.org