# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>        Defendants. | No. 18-cv-2921<br><br>Hon. Jesse M. Furman<br>United States District Judge<br><br>**[PROPOSED] ORDER TERMINATING APPEARANCE OF DAVID HAUSMAN** |

**WHEREAS,** the Court has reviewed the motion of David Hausman seeking leave to withdraw as an attorney of record in this matter, as well his declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of David Hausman in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Mr. Hausman from the docket sheet in this matter.

**IT IS SO ORDERED.**

Dated: August __, 2019
   New York, New York

                    HON. JESSE M. FURMAN
                    United States Magistrate Judge