# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., | No. 18-cv-2921 |
| Plaintiffs, | Hon. Jesse M. Furman<br>United States District Judge |
| v. | |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | **[PROPOSED]** ORDER TERMINATING APPEARANCE OF DAVID HAUSMAN |
| Defendants. | |

**WHEREAS,** the Court has reviewed the motion of David Hausman seeking leave to withdraw as an attorney of record in this matter, as well his declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of David Hausman in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Mr. Hausman from the docket sheet in this matter. The Clerk of Court is directed to terminate ECF No. 644.

**IT IS SO ORDERED.**

Dated: August 1, 2019
New York, New York

_____
HON. JESSE M. FURMAN
United States Magistrate Judge