**MANDATE**

N.Y.S.D. Case #
18-cv-2921(JMF)

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of August, two thousand nineteen.

Present:	Pierre N. Leval,
	Rosemary S. Pooler,
	Richard C. Wesley,

*Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 01 2019

In Re: United States Department of Commerce, Wilbur L. Ross, in his official capacity as Secretary of Commerce, United States Census Bureau, an agency within the United States Department of Commerce, Steven Dillingham, in his capacity as the Director of the U.S. Census Bureau,

*Petitioners*.[1]

18-2652
18-2659

In light of the Supreme Court's decision in *Department of Commerce v. New York*, 139 S. Ct. 2551, 2574 (2019), our prior orders of September 25, 2018, and October 9, 2018, are hereby VACATED. The Clerk of Court is directed to issue the mandate forthwith.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/01/2019

---

[1] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Census Bureau Director Steven Dillingham is automatically substituted for former Acting Director of the U.S. Census Bureau Ron S. Jarmin. The Clerk of Court is directed to amend the caption as above.