# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK IMMIGRATION COALITION, *et al.*,<br><br>               Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>               Defendants. | No. 1:18-cv-2921 (JMF) |

## **NOTICE OF SETTLEMENT RE: FEES, EXPENSES, AND COSTS**

Plaintiffs New York Immigration Coalition, Casa de Maryland, American-Arab Anti-Discrimination Committee, ADC Research Institute, and Make The Road New York write to inform the Court that they have reached a settlement with Defendants resolving their claim for any fees, costs, and expenses relating to this action and therefore will not be filing a motion for fees or bill of costs today as previously contemplated.

DATE: August 2, 2019           Respectfully submitted,

                                          AMERICAN CIVIL LIBERTIES UNION
                                          ARNOLD & PORTER KAYE SCHOLER LLP
                                          NEW YORK CIVIL LIBERTIES UNION

                                    By: */s/*       *Dale Ho*

Dale Ho
Davin Rosborough
Adriel Cepeda Derieux
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 549-2693
dho@aclu.org

Sarah Brannon+*
Ceridwen Cherry
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005-2313
202-675-2337
sbrannon@aclu.org
* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

Andrew Bauer
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7669
Andrew.Bauer@arnoldporter.com

John A. Freedman
R. Stanton Jones+
David P. Gersch
Elisabeth S. Theodore+
Daniel F. Jacobson+
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
(202) 942-5000
John.Freedman@arnoldporter.com

+ admitted pro hac vice

Attorneys for the *NYIC* Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day of August 2, 2019, the foregoing NOTICE OF SETTLEMENT RE: FEES, EXPENSES, AND COSTS was served on all counsel of record via CM/ECF.

                                                                */s/     Dale Ho*               
                                                                     Dale Ho