UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK IMMIGRATION COALITION, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>　　　　　　Defendants. | No. 1:18-cv-2921 (JMF) |

### NOTICE OF SETTLEMENT RE: FEES, EXPENSES, AND COSTS

　　Plaintiffs New York Immigration Coalition, Casa de Maryland, American-Arab Anti-Discrimination Committee, ADC Research Institute, and Make The Road New York write to inform the Court that they have reached a settlement with Defendants resolving their claim for any fees, costs, and expenses relating to this action and therefore will not be filing a motion for fees or bill of costs today as previously contemplated.

DATE: August 2, 2019　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　AMERICAN CIVIL LIBERTIES UNION
　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　NEW YORK CIVIL LIBERTIES UNION

　　　　　　　　　　　　　　　　　　By: */s/　　　　Dale Ho　　　*

| | |
|---|---|
| Dale Ho<br>Davin Rosborough<br>Adriel Cepeda Derieux<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>(212) 549-2693<br>dho@aclu.org | Andrew Bauer<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>(212) 836-7669<br>Andrew.Bauer@arnoldporter.com |
| Sarah Brannon+*<br>Ceridwen Cherry<br>American Civil Liberties Union Foundation<br>915 15th Street, NW<br>Washington, DC 20005-2313<br>202-675-2337<br>sbrannon@aclu.org<br>*  *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).* | John A. Freedman<br>R. Stanton Jones+<br>David P. Gersch<br>Elisabeth S. Theodore+<br>Daniel F. Jacobson+<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001-3743<br>(202) 942-5000<br>John.Freedman@arnoldporter.com |
| Perry M. Grossman<br>New York Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>(212) 607-3300 601<br>pgrossman@nyclu.org | |

+ admitted pro hac vice

Attorneys for the *NYIC* Plaintiffs

SO ORDERED.

[signature]

August 5, 2019