**MANDATE**

N.Y.S.D. Case #
18-cv-2921(JMF)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand and nineteen.

Before:     Denny Chin,
                 *Circuit Judge.*
_____

State of New York, et al.,

     Plaintiffs - Appellees,

v.

United States Department of Commerce, United States Census Bureau, an agency within the United States Department of Commerce, Wilbur L. Ross, in his official capacity as Secretary of Commerce, Steven Dillingham, in his official capacity as Director of the Census,

     Defendants - Appellants,

Ron S. Jarmin, in his capacity as the Director of the U.S. Census Bureau,

     Defendant.
_____

**ORDER**

Docket No. 19-212

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 07 2019

Appellants move for voluntary dismissal of the appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/07/2019