UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
:
STATE OF NEW YORK, et al.,                                                    :
:
Plaintiffs,                                 :
:  18-CV-2921 (JMF)
-v-                                                                           :
:  ORDER
UNITED STATES DEPARTMENT OF COMMERCE, et al.,                                 :
:
Defendants.                                 :
:
------------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Earlier today, the United States Court of Appeals for the Second Circuit granted Defendants' motion to dismiss the appeal in this matter and issued the mandate. *See* ECF No. 652. In light of that, and to cure any doubt with respect to the Court's jurisdiction to do so, the Court reissues the decree agreed to by the parties and first issued upon Plaintiffs' unopposed motion on July 16, 2019, ECF No. 634, a copy of which decree is attached to and incorporated into this Order.

      SO ORDERED.

Dated: August 7, 2019  
       New York, New York  
                                      JESSE M. FURMAN  
                                      United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et al.,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF COMMERCE, et al.,

        Defendants.

18-CV-2921 (JMF)

**[PROPOSED] ORDER**

1. Defendants, including the Secretary of Commerce in his official capacity, the Director of the Census Bureau in his official capacity, and any successors to those offices, together with their agents, servants, employees, attorneys, and other persons who are in active concert or participation with the foregoing ("Enjoined Persons"), *see* Fed. R. Civ. P. 65(d)(2), are PERMANENTLY ENJOINED from including a citizenship question on the 2020 decennial census questionnaire; from delaying the process of printing the 2020 decennial census questionnaire after June 30, 2019 for the purpose of including a citizenship question; and from asking persons about citizenship status on the 2020 census questionnaire or otherwise asking a citizenship question as part of the 2020 decennial census.

2. Upon entry of judgment, Plaintiffs will withdraw as moot their Motion to Amend Judgment on Remand Pursuant to Rule 59(e), or for Injunctive Relief Pursuant to the All Writs Act.

3. The Court will retain jurisdiction in this case to enforce the terms of this Order until the 2020 census results are processed and sent to the President by December 31, 2020.

SO ORDERED.

Dated: July 16, 2019
New York, New York

JESSE M. FURMAN
United States District Judge

Plaintiffs' Motion to Amend Judgment on Remand Pursuant to Rule 59(e), or for Injunctive Relief Pursuant to the All Writs Act is hereby deemed WITHDRAWN as moot, and the oral argument scheduled for July 23, 2019, is therefore CANCELED.  Defendants' letter motion seeking an extension of time to respond to Plaintiffs' motion is DENIED as moot.

Plaintiffs shall file any motion for attorney's fees (only after conferring with defense counsel in an effort to reach agreement and avoid the need for, or narrow, any motion practice) by **July 30, 2019**; any opposition to such a motion shall be filed by **August 9, 2019**; and any reply shall be filed by **August 13, 2019**.

The Clerk of Court is directed to terminate Docket Nos. 616, 632, and 633.