AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| State of New York, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18 CV 02921 JMF |
| U.S. Department of Commerce, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The District of Columbia

Date: 10/04/2019

*Attorney's signature*

Kathleen Konopka  5531538
*Printed name and bar number*

Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 630 S
Washington, D.C. 20001
*Address*

Kathleen.Konopka@dc.gov
*E-mail address*

(202) 724-6610
*Telephone number*

(202) 741-0444
*FAX number*