UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE; et al., <br><br> Defendants. | CIVIL ACTION NO. 1:18-cv-2921 (JMF) |

**NOTICE OF MOTION OF WITHDRAWAL OF APPEARANCE OF VALERIE M. NANNERY**

PLEASE TAKE NOTICE that, upon the accompanying declaration and pursuant to Local Civil Rule 1.4, Valerie M. Nannery respectfully moves this Court for permission to withdraw her appearance in the above-captioned case on behalf of Plaintiff the District of Columbia.  PLEASE TAKE FURTHER NOTICE that attorney Kathleen Konopka of the Office of the Attorney General for the District of Columbia will be counsel of record for Plaintiff the District of Columbia in this action.

DATED:    October 10, 2019
          Washington, District of Columbia

Respectfully submitted,

**KARL A. RACINE**
**Attorney General for the District of Columbia**

By: */s/ Valerie M. Nannery*
Valerie M. Nannery
Assistant Attorney General
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., Suite 630 South

Washington, DC 20001  
Phone: (202) 442-9596  
valerie.nannery@dc.gov

Service on all counsel by ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF COMMERCE; et al.,<br><br>    Defendants. | CIVIL ACTION NO. 1:18-cv-2921 (JMF) |

**DECLARATION OF VALERIE M. NANNERY**

I, Valerie M. Nannery, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I submit this declaration in support of my motion seeking permission from the Court to withdraw my appearance in the above-captioned matter.

2. I am leaving employment of the Office of the Attorney General for the District of Columbia and, therefore, I will no longer be able to represent Plaintiff the District of Columbia in this matter. Attorney Kathleen Konopka will continue to be counsel of record for Plaintiff the District of Columbia in this action.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

   Executed on this 10th day of October, 2019

                                                                    */s/ Valerie M. Nannery*_____
                                                                    Valerie M. Nannery

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT<br>OF COMMERCE; et al.,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. 1:18-cv-2921 (JMF) |

**[PROPOSED] ORDER TERMINATING APPEARANCE OF VALERIE M. NANNERY**

**WHEREAS**, the Court has reviewed the motion of Valerie M. Nannery seeking leave to withdraw as an attorney of record in this matter, as well as her declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Valerie M. Nannery in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Ms. Nannery from the docket sheet in this matter.

**IT IS SO ORDERED**

Dated: October ___, 2019
New York, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　United States District Judge