UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT<br>OF COMMERCE; et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 1:18-cv-2921 (JMF) |

**[PROPOSED] ORDER TERMINATING APPEARANCE OF VALERIE M. NANNERY**

**WHEREAS**, the Court has reviewed the motion of Valerie M. Nannery seeking leave to withdraw as an attorney of record in this matter, as well as her declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Valerie M. Nannery in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Ms. Nannery from the docket sheet in this matter.

**IT IS SO ORDERED**

Dated: October  11 , 2019
New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

　　The Clerk of Court is directed to terminate ECF No. 656.