UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

State of New York, et al.

              Plaintiff,

     -against-

U.S. Department of Commerce,
et al.

              Defendant.
--------------------------------------------------------

Case No.  18 CV 02921 JMF

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]    I have cases pending           [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Kathleen Konopka**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 5531538_____    My State Bar Number is _495257 (D.C.)____

I am,

[ ]    An attorney
[✓]    A Government Agency attorney
[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Leif Cabraser Heimann & Bernstein__
               FIRM ADDRESS: 250 Hudson Street, 8th Floor  NY, NY  10013__
               FIRM TELEPHONE NUMBER: (212) 355-9500_____
               FIRM FAX NUMBER: (212) 355-9592_____

NEW FIRM:    FIRM NAME:  District of Columbia Office of the Attorney General__
               FIRM ADDRESS:  441 4th Street NW, Washington DC 20001__
               FIRM TELEPHONE NUMBER: (202) 724-6610_____
               FIRM FAX NUMBER: (202) 741-0444_____

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge _____.

Dated:                            _____
                            ATTORNEY'S SIGNATURE