UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | No. 18-cv-2921 <br><br> Hon. Jesse M. Furman <br> United States District Judge <br><br> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE THAT pursuant to Local Rule 1.4, it is hereby requested that the appearance of Danielle Fidler be withdrawn as counsel for Plaintiffs State of New York, et al. in this matter as her employment with the New York State Office of the Attorney General will conclude on November 1, 2019.  Plaintiffs continue to be represented by Matthew Colangelo and other counsel, as indicated on the Court's docket.

The Undersigned counsel respectfully requests this Honorable Court enter an Order granting the motion to withdraw.

Dated: November 1, 2019

Respectfully submitted:

/s/ Danielle C. Fidler
Danielle C. Fidler
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Tel: (212) 416-8441
danielle.fidler@ag.ny.gov

*Counsel of Record for State of New York Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2019, the foregoing Notice of Motion to Withdraw as Counsel was served on all counsel of record via ECF.

>  */s/ Danielle C. Fidler*
> Danielle C. Fidler
>
> *Counsel of Record for State of New York Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | No. 18-cv-2921 <br><br> Hon. Jesse M. Furman <br> United States District Judge <br><br> **DECLARATION OF DANIELLE FIDLER IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE** |

I, Danielle Fidler, declare under penalty of perjury that the following is true and correct:

1. I submit this declaration in support of my motion seeking permission from the Court to withdraw my appearance in the above-captioned matter.

2. I am leaving the employment of the Office of the New York State Attorney General, and therefore, I will no longer be able to represent Plaintiffs State of New York, et al. in this matter.

3. Other counsel of record from the Office of the New York State Attorney General will continue to represent Plaintiffs in this action.

Dated: November 1, 2019         Respectfully submitted:

*/s/ Danielle C. Fidler*
Danielle C. Fidler
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Tel: (212) 416-8441
danielle.fidler@ag.ny.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | No. 18-cv-2921 <br><br> Hon. Jesse M. Furman <br> United States District Judge <br><br> **[PROPOSED] ORDER TERMINATING APPEARANCE OF DANIELLE FIDLER** |

**WHEREAS,** the Court has reviewed the motion of Danielle Fidler seeking leave to withdraw as an attorney of record in this matter, as well her declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Danielle Fidler in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Ms. Fidler from the docket sheet in this matter.

**IT IS SO ORDERED.**

Dated: November      , 2019
       New York, New York

---

HON. JESSE M. FURMAN
United States District Judge