**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | No. 18-cv-2921 |
| v. | Hon. Jesse M. Furman |
| | United States District Judge |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |
| Defendants. | |

PLEASE TAKE NOTICE THAT pursuant to Local Rule 1.4, it is hereby respectfully requested that the appearance of Jonathan B. Miller be withdrawn as counsel for Plaintiff Commonwealth of Massachusetts in the above-captioned case. Mr. Miller's employment with the Office of the Massachusetts Attorney General will conclude on January 6, 2020. Plaintiff Commonwealth of Massachusetts will continue to be represented by Assistant Attorneys General Mercy Cover and Ann Lynch in the above-captioned matter.

The undersigned counsel respectfully requests that this Honorable Court enter an Order granting the motion to withdraw.

        Respectfully submitted,

        COMMONWEALTH OF MASSACHUSETTS
        ATTORNEY GENERAL
        MAURA HEALEY

        */s/ Jonathan B Miller*
        Jonathan B. Miller
        Assistant Attorney General
        Office of the Massachusetts Attorney General
        One Ashburton Place
        Boston, MA 02108
        617-963-2073

Dated: January 2, 2020        Jonathan.Miller@mass.gov

## CERTIFICATE OF SERVICE

  I, Jonathan B. Miller, hereby certify that on January 2, 2020, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                */s/ Jonathan B. Miller*
                Jonathan B. Miller
                Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | No. 18-cv-2921 |
| v. | Hon. Jesse M. Furman |
| | United States District Judge |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | **DECLARATION OF** |
| | **JONATHAN B. MILLER** |
| Defendants. | |

I, JONATHAN B. MILLER, declare under the pains and penalties of perjury that the following is true and correct:

1. I submit this declaration in support of my motion seeking permission from the Court to withdraw my appearance in the above-captioned matter.

2. I am leaving the employment of the Office of the Massachusetts Attorney General and, therefore, will no longer be able to represent Plaintiff Commonwealth of Massachusetts in this matter.

3. Assistant Attorneys General Ann Lynch and Mercy Cover will continue to represent Plaintiff Commonwealth of Massachusetts in this action.

Respectfully submitted,

*/s/ Jonathan B Miller*
Jonathan B. Miller
Assistant Attorney General
Office of the Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2073
Jonathan.Miller@mass.gov

Dated: January 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | No. 18-cv-2921 <br><br> Hon. Jesse M. Furman <br> United States District Judge <br><br> **[PROPOSED] ORDER TERMINATING APPEARANCE OF JONATHAN B. MILLER** |

**WHEREAS**, the Court has reviewed the motion of Jonathan B. Miller seeking leave to withdraw as an attorney of record in this matter, as well as his declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Jonathan B. Miller in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Mr. Miller from the docket sheet in this matter.

**IT IS SO ORDERED.**

Dated: January _____, 2020         HON. JESSE M. FURMAN
New York, New York                   United States District Judge