UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | No. 18-cv-2921 |
| v. | Hon. Jesse M. Furman |
| | United States District Judge |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | |
| | [PROPOSED] ORDER TERMINATING |
| Defendants. | APPEARANCE OF JONATHAN B. MILLER |

**WHEREAS**, the Court has reviewed the motion of Jonathan B. Miller seeking leave to withdraw as an attorney of record in this matter, as well as his declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Jonathan B. Miller in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Mr. Miller from the docket sheet in this matter.

**IT IS SO ORDERED.**

Dated: January 2, 2020  
New York, New York

HON. JESSE M. FURMAN  
United States District Judge

The Clerk of Court is directed to terminate Docket No. 680.