UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>       Defendants. | No. 18-cv-2921<br><br>Hon. Jesse M. Furman<br>United States District Judge<br><br>[PROPOSED] ORDER TERMINATING APPEARANCE OF AJAY SAINI |

**WHEREAS,** the Court has reviewed the motion of Ajay Saini seeking leave to withdraw as an attorney of record in this matter, as well his declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Ajay Saini in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Mr. Saini from the docket sheet in this matter.

The Clerk of Court is directed to terminate ECF No. 683.

**SO ORDERED.**

Dated: January 21, 2020
   New York, New York

                _____
                HON. JESSE M. FURMAN
                United States District Judge