

**U.S. Department of Justice**

Civil Division
Federal Programs Branch

*P.O. Box 883*
*Washington, D.C. 20044*

---

Carol Federighi  Telephone: (202) 514-1903
Senior Trial Counsel  E-mail: carol.federighi@usdoj.gov

February 24, 2020

**FILED BY ECF**

Hon. Jesse M. Furman
United States District Judge
United States District Court for the
  Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

 Re:  *State of New York v. U.S. Dep't of Commerce*, No. 18-cv-2921 (JMF)

Dear Judge Furman:

 Defendants respectfully submit the attached declaration in accordance with the Court's instruction in its January 2, 2020, Memo Endorsement, ECF No. 682, directing that, "within two days of the final production" of newly identified documents responsive to Plaintiffs' discovery requests, "Defendants shall file a sworn declaration confirming that the production has been completed."

 Respectfully submitted,

 JOSEPH H. HUNT
 Assistant Attorney General

  */s/ Carol Federighi*
 CAROL FEDERIGHI
 Senior Trial Counsel
 United States Department of Justice
 Civil Division, Federal Programs Branch
 P.O. Box 883
 Washington, D.C. 20044
 Telephone: (202) 514-1903
 E-mail:  carol.federighi@usdoj.gov

 *Counsel for Defendants*

cc: All counsel of record (via ECF)