June 18, 2020

The Honorable Jesse M. Furman
Thurgood Marshall U.S. Courthouse
U.S. District Court for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      RE:    Motion for Extension of Time
              *State of New York, et al. v. U.S. Dep't of Commerce, et al.*, 18-CV-2921 (JMF)

Dear Judge Furman:

      On May 21, 2020, the Court issued an Opinion and Order (Doc. 694). The NGO Plaintiffs and Defendants conferred per the Court's Order. The parties have reached an agreement in principal as to a payment for the fees and costs per the Court's Order, subject to the Defendants getting final approvals and finalizing an agreement.

      The Court ordered that Plaintiffs file a supplemental application within 30 days. Given that the parties have an agreement in principal but still need time to finalize the details, Plaintiffs request an eight (8) day extension for this filing. Plaintiffs request that they have until June 29, 2020 to file a supplement application, if needed. In the event the settlement is finalized before that time, Plaintiffs will notify the Court.

                                     Respectfully submitted,

                                       AMERICAN CIVIL LIBERTIES UNION
                                       ARNOLD & PORTER KAYE SCHOLER LLP

                              By: */s/ Dale E. Ho*

Dale E. Ho                                             John A. Freedman
American Civil Liberties Union Foundation      Arnold & Porter Kaye Scholer LLP
125 Broad St.                                    601 Massachusetts Avenue, N.W.
New York, NY 10004                         Washington, DC 20001-3743
(212) 549-2693                                   (202) 942-5000
dho@aclu.org                                       John.Freedman@arnoldporter.com

Sarah Brannon*
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005-2313
202-675-2337
sbrannon@aclu.org
*Not admitted in the District of Columbia;
practice limited pursuant to D.C. App. R.*

*49(c)(3).*

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

                      Attorneys for the *NYIC* Plaintiffs