UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK IMMIGRATION COALITION, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>            Defendants. | No. 1:18-cv-2921 (JMF) |

**NOTICE OF SETTLEMENT RE: FEES, EXPENSES, AND COSTS**

Plaintiffs New York Immigration Coalition, Casa de Maryland, American-Arab Anti-Discrimination Committee, ADC Research Institute, and Make The Road New York write to inform the Court that they have reached a settlement with Defendants resolving their claim for any fees, costs, and expenses relating to the Court's opinion and order of May 21, 2020 (ECF No. 694), in the consolidated case *State of New York et al. v. United States Department of Commerce et al.*, No. 1:18-cv-02921 (S.D.N.Y.) ("Case No. 18-2921"). Plaintiffs, therefore, will not be filing a motion for fees or bill of costs.

    Date: June 25, 2020

                            Respectfully submitted,

                            AMERICAN CIVIL LIBERTIES UNION
                            ARNOLD & PORTER KAYE SCHOLER LLP
                            NEW YORK CIVIL LIBERTIES UNION

                            By: */s/*      *Dale Ho*

Dale Ho
Davin Rosborough
Adriel Cepeda Derieux
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 549-2693
dho@aclu.org

Sarah Brannon+*
Ceridwen Cherry
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005-2313
202-675-2337
sbrannon@aclu.org
* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

+ admitted pro hac vice

Perry M. Grossman
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 607-3300 601
pgrossman@nyclu.org

John A. Freedman
R. Stanton Jones+
David P. Gersch
Elisabeth S. Theodore+
Daniel F. Jacobson+
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743 (202) 942-5000
John.Freedman@arnoldporter.com

Attorneys for the *NYIC* Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this day of June 25, 2020, the foregoing NOTICE OF SETTLEMENT RE: FEES, EXPENSES, AND COSTS was served on all counsel of record via CM/ECF.

>
> /s/     *Dale Ho*
> Dale Ho